E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0756
     Facsimile: (213) 894-6265
     E-mail:   Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
JAN 31 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___IB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 5:23-cr-00021-JGB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING INDICTMENT AND RELATED DOCUMENTS |
| v. | |
| JASON EDWARD THOMAS CARDIFF, | **(UNDER SEAL)** |
| Defendant. | |

   For good cause shown, IT IS HEREBY ORDERED THAT:

   Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this order shall be kept under seal until such time as the government files a "Report Commencing Criminal Action" in this matter. The government may provide the indictment and arrest warrant to INTERPOL.

JANUARY 31, 2023
DATE

HONORABLE
UNITED STATES MAGISTRATE JUDGE

1

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____    _____
DATE                               HONORABLE
                                   UNITED STATES MAGISTRATE JUDGE