UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

Case No.: 5:23-cr-00021-JGB-1　　　　　　　　　　　　　Date: 11/27/2023

Present: The Honorable: Brianna Fuller Mircheff, U.S. Magistrate Judge

Interpreter: N/A　　　　　　　　　　　　　Language: N/A

| Christianna Howard | 11/27/2023 | Valerie Makarewicz |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s): ✓ Present   In Custody　　　Attorneys for Defendants: ✓ Present   Retained

Jason Edward Thomas Cardiff　　　　　　　　　　　　Larson, Stephen Gerard

**Proceedings:** Arraignment of Defendant and/or　✓ Assignment of Case　　Appointment of Counsel

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Jesus G. Bernal.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 1/23/2024 9:00 AM; Status Conference: 1/8/2024 2:00 PM; Motion Hearing: 1/8/2024 2:00 PM
* Government counsel provides trial estimate of 4 days.
* The parties are referred to Judge Bernal's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov.

Judge Bernal is located in 1, Riverside - George E. Brown, Jr. United States Courthouse, 3470 Twelfth Street, CA 92501-3801.

cc:　PSALA　　　PSAED　　　PSASA
　✓ USMLA　　　USMED　　　USMSA
　　Statistics Clerk　　　Interpreter
　　CJA Supervising Attorney　　Fiscal

Appointment of Counsel: 00 : 00
Arraignment: 00 : 05
Initials of Deputy Clerk: CH by TRB