# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

[CLEAR FORM]

UNITED STATES OF AMERICA,
PLAINTIFF

v.

Jason Edward Thomas Cardiff

DEFENDANT.

☑ LA  ☐ RS  ☐ SA   DATE FILED: 11/27/2023
CASE NUMBER: 5:23-cr-00021-JGB-1   ☐ Under Seal
INIT. APP. DATE: 11/27/2023   TIME: 1:30 PM
CHARGING DOC: Indictment
DEFENDANT STATUS: In Custody
☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT
VIOLATION: 18:1029; 18:1028; 18:1512
(COURTSMART) REPORTER:

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Brianna Fuller Mircheff

**CALENDAR/PROCEEDINGS SHEET**
**LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Christianna Howard / Deputy Clerk    Valerie Makarewicz / Assistant U.S. Attorney    _____ / Interpreter / Language

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☐ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☐ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
☑ Attorney: Larson, Stephen Gerard    ☑ Retd. ☐ Apptd. ☐ Prev. Apptd. ☐ DFPD ☐ Panel ☐ Poss. Contribution
☐ Ordered (see separate order)   ☐ Special appearance by: _____
☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☑ CONTINUED
☐ Contested detention hearing is held. ☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☑ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:   ☑ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.   ☐ Class B Misdemeanor   ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ **PO/PSA WARRANT**   ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at _____ in Riverside
☐ Post-Indictment Arraignment set for: _____ at _____ in Riverside
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights.   ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  ☐ Warrant of removal and final commitment are ordered stayed until _____
☑ Case continued to (Date) 11/30/2023 (Time) 2:00 ☐ AM / ☑ PM
☑ Type of Hearing: Detention   Before Judge Mircheff /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom _____   ☑ Judge's Courtroom 780
☑ Defendant committed to the custody of the U.S. Marshal  ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ Release Order issued (if issued using Release Book: Release Order No. _____).
☑ Other: Arraignment held. See separate calendar.

**RECEIVED:** ☐ PSA ☐ PROBATION ☐ FINANCIAL ☐ CR-10   ☐ READY

Deputy Clerk Initials CH
: 05