



jasoncardiff1 Things that happen in your home elevator #Grogu #madeintheusa #cardiff #ja4i #justaskforit

18w

7 likes

JULY 22

Add a comment...



jasoncardiff1 Just ask for it #Millionaire #Billionaire #Freedom #MadeInUSA
138w

jasoncardiff1 ❤️
138w Reply

4 likes
APRIL 3, 2021

Add a comment...



