CLERK, U.S. DISTRICT COURT
NOV 30 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF, | 5:23-cr-00021-JGB |
| v. | |
| Jason Edward Thomas Cardiff | AFFIDAVIT OF THIRD-PARTY CUSTODIAN |
| DEFENDANT/MATERIAL WITNESS, | |

Having been ordered by the Court on __11/30/23__ to take third-party custody of _____, I, __Stephen Cochell__ agree to (a) supervise the defendant/material witness, (b) use every effort to assure the defendant's/material witness' appearance at all court proceedings, and (c) notify Pretrial Services immediately if the defendant/material witness violates a condition of release or is no longer in the custodian's custody. I understand that if I fail to discharge my obligations under this agreement I may be held in contempt of court.

_[signature]_
Signature of Third-Party Custodian (Person or Organization)

Attorney/friend
Relationship to Defendant/Material Witness

[redacted]
Address (only if the above is an organization)

[redacted]
City and State only

[redacted]
Telephone Number

Date: __11/30/23__

CR-31 (03/15)                AFFIDAVIT OF THIRD-PARTY CUSTODIAN