

FILED
CLERK, U.S. DISTRICT COURT
DEC - 5 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. Jason Cardiff DEFENDANT(S). | CASE NUMBER EDCR23-0021-JGB-1 ORDER RE NON-APPROVAL OF BOND |
|---|---|

To:   Courtroom Deputy Clerk to District Judge / Magistrate Judge  **Rosenbluth.**

The following issues have been noted with the documentation submitted to satisfy the defendant's bond conditions:

☐ Equity of property is not adequate to cover bail amount.

☐ Property was recommended for disapproval by the government.

☐ Lot book report is not updated.  "Clerk, U.S. District Court" is not the last recorded transaction.

☐ Lot book report was not provided.

☑ Other: **Local Criminal Rule 46-3.3(g)(5) requires documentation showing the "present" fair market value of the property. The tax assessment on which Defen: relies is as of January 1, 2023, a year ago, and the court has no idea how the Texas real estate market has fared in the last year.**

Date _____   By _____ Deputy Clerk

The following additional issues have been noted with the documentation submitted to satisfy the defendant's bond conditions:

☐ Excessive liens on property.

☐ Question regarding ownership/title of property.

☐ Bond conditions on CR-1 bond form do not conform to bail modification.

☐ No compliance with L.Cr.R. 46-2.1 - Written Consent of Surety. (Any request for modification of conditions of bail, whether made by motion or by stipulation, must include the written consent of each surety to the proposed modification.)

☐ Deadline to post bond condition(s) has expired.

   ☐ Defendant may apply for an extension of time with the judge who set bond.

☑ Other: **One line on third-party custodian form, for Defendant's name, is blank.**

Bond is not approved for the reasons indicated above.  IT IS SO ORDERED.

**Dec. 5, 2023**                           _/s/ Rosenbluth_
Date                                     United States ~~District~~ / Magistrate Judge

CR-96 (11/18)                       ORDER RE NON-APPROVAL OF BOND