Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Hilary Potashner (SBN 167060)
hpotashner@larsonllp.com
Jonathan Gershon (SBN 306979)
jgershon@larsonllp.com
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Tel: (213) 436-4888
Fax: (213) 623-2000

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**DECLARATION OF STEPHEN G. LARSON IN SUPPORT OF JASON CARDIFF'S *EX PARTE* APPLICATION FOR AN ORDER TRANSFERRING CASE TO THE HONORABLE DOLLY M. GEE**<br><br>*[Filed concurrently with Ex Parte Application; Request for Judicial Notice; and [Proposed] Order]* |

LARSON LLP
LOS ANGELES

DECLARATION OF STEPHEN G. LARSON IN SUPPORT OF JASON CARDIFF'S *EX PARTE* APPLICATION FOR ORDER TRANSFERRING CASE TO THE HONORABLE DOLLY M. GEE

# DECLARATION OF STEPHEN G. LARSON

I, Stephen G. Larson, declare as follows:

1. I am a partner with Larson LLP, attorneys of record for Jason Edward Thomas Cardiff in this matter. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of Mr. Cardiff's *Ex Parte* Application for an Order Transferring Case to the Honorable Dolly M. Gee.

3. On December 14, 2023, I contacted counsel for the government to request the government's position on transferring this matter to Judge Gee. Assistant U.S. Attorney Valerie Makarewicz advised that the government was still formulating its position.

4. On December 21, 2023, my colleague, Jonathan D. Gershon, called Ms. Makarewicz and left a voicemail informing her of Mr. Cardiff's intention to file an *Ex Parte* Application to Transfer on December 22, 2023 and requesting that she provide an update on the government's position regarding Mr. Cardiff's Application.

5. On December 22, 2023, Mr. Gershon again called Ms. Makarewicz and left a voicemail seeking the government's position. Ms. Makarewicz responded by email that the government opposes Mr. Cardiff's request to transfer this case to the Honorable Dolly M. Gee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 22nd day of December, 2023, at Los Angeles, California.

/s/ Stephen G. Larson
Stephen G. Larson