# EXHIBIT 4

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| FEDERAL TRADE COMMISSION, | Case No. ED CV 18-2104-DMG (PLAx) |
|---|---|
| Plaintiff, | **ORDER APPROVING THE RECEIVER'S FINAL REPORT AND ACCOUNTING, AND THE RECEIVER'S FINAL FEE APPLICATION [715]** |
| v. | |
| JASON CARDIFF, etc., et al., | |
| Defendants. | |

Pursuant to the Court's Post State Court Interpleader Complaint Filing Discharge Order, Reserving Remaining Receiver Tasks Still to be Completed, entered on February 28, 2022 [Doc. # 703] ("First Discharge Order"), Robb Evans & Associates LLC, the duly appointed and acting receiver ("Receiver") over Redwood Scientific Technologies, Inc. (California), Redwood Scientific Technologies, Inc. (Nevada), Redwood Scientific Technologies, Inc. (Delaware), Identify, LLC, Advance Men's Institute Prolongz LLC, Run Away Productions, LLC, Carols Place Limited Partnership, VPL Medical Inc., and each of their subsidiaries, affiliates, successors, and assigns, and of assets of Jason Cardiff and Eunjung Cardiff (collectively, the "Receivership Defendants"), has submitted to this Court the Receiver's Final Report and Accounting and the Receiver's Final Fee Application. [Doc. # 715.] The Final Fee Application was filed on September 14, 2022. Pursuant to this Court's December 2, 2021 Order re Windup of the Receivership Estate [Doc. # 683], any response from the parties and interested non-parties was due September 21, 2022. No response or opposition has been filed, and the Court thus deems the Application unopposed.

The Court having reviewed and considered the Receiver's Final Report and Accounting, the unopposed Final Fee Application, and all papers and evidence filed and cited in support thereof, and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Receiver's Final Report and Accounting is approved;

2. The Receiver has satisfactorily completed all of its remaining duties and obligations specified in the First Discharge Order, and the entirety of the Receiver's activities in connection therewith are approved;

3. The receivership over the Receivership Defendants and the receivership estate are terminated in full without any qualifications or conditions;

4. The discharge and release of the Receiver (as that term is defined in paragraph 3 of the First Discharge Order) as detailed in paragraph 3 of the First

Discharge Order is affirmed;

5. The fees and expenses of the Receiver, the Receiver's members, staff, and support staff, and the Receiver's outside counsel, Frandzel Robins Bloom & Csato, L.C. ("FRBC"), incurred during the Final Reporting Period (September 1, 2021 through July 31, 2022), which fees and costs total $256,387.33, are approved and authorized for payment from the remaining $198,992.48 on deposit with the Court (plus any interest earned on the deposit);

6. The Clerk of the Court is directed to release the $198,992.48 on deposit with the Court (plus any interest earned on the deposit) to the Receiver, which funds shall be used by the Receiver to pay the Receiver's and FRBC's respective fees and costs incurred during the Final Reporting Period, and shall be deemed final and full payment; the Receiver and FRBC are to determine among themselves how to allocate the total disbursement to the unpaid fees and costs since the $198,992.48 plus any interest earned on the deposit is insufficient to pay their total fees and costs incurred during the Final Reporting Period;

7. The Receiver is authorized to immediately destroy the remaining records and computers of the Receivership Defendants, which records contain consumer information;

8. The Receiver's bond is fully and unconditionally discharged, released and exonerated;

9. Except as otherwise provided for herein, the First Discharge Order remains in full force and effect; and

10. Notice of the Receiver's Application was properly given.

DATED: September 30, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE