1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA
10

| 11 | UNITED STATES OF AMERICA, | Case No. 5:23-cr-00021-JGB |
|---|---|---|
| 12 | Plaintiff, | **[PROPOSED] ORDER GRANTING JASON CARDIFF'S *EX PARTE* APPLICATION FOR ORDER TRANSFERRING CASE TO THE HONORABLE DOLLY M. GEE** |
| 13 | vs. | |
| 14 | JASON EDWARD THOMAS CARDIFF, | |
| 15 | Defendant. | *[Filed concurrently with Ex Parte Application; Declaration of Stephen G. Larson; and Request for Judicial Notice]* |
| 16 | | |

[PROPOSED] ORDER

1     GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Jason Cardiff's *ex parte* application is granted, and the instant case, *USA v. Jason Cardiff*, Case No. 5:23-cr-00021, is hereby transferred to the Honorable Dolly M. Gee, who presided over *FTC v. Jason Cardiff, et al.,* Case No. 5:18-CV-02104.

**IT IS SO ORDERED**.

Dated:_____

                                                Honorable Jesus G. Bernal
                                                United States District Judge