E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0756
     Facsimile: (213) 894-6269
     E-mail:    Valerie.Makarewicz@usdoj.gov

AMANDA LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
BRIANNA M. GARDNER
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
     450 Fifth Street NW, Suite 6400
     Washington, DC 20001
     Telephone: (202) 514-0515
     Facsimile: (202) 514-8742
E-mail:  Manu.J.Sebastian@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 23-CR-00021-JGB |
|---|---|
| Plaintiff, | OPPOSITION TO EX PARTE APPLICATION FOR AN ORDER TRANSFERRING CASE TO THE HONORABLE DOLLY M. GEE |
| v. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |

Plaintiff United States of America, by and through undersigned counsel, opposes the request for an order transferring this case to

the Hon. Dolly M. Gee, made by defendant, Jason Edward Thomas Cardiff.

Dated: December 26, 2023          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

          /s/
VALERIE MAKAREWICZ
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

On December 21, 2023, defendant requested that, upon approval by the Court, the Clerk of the Court be ordered to transfer this case to the Hon. Dolly M. Gee. CR 34. Defendant listed several reasons for this request, with the main thrust of his argument the tie the instant criminal case has with a civil matter the Federal Trade Commission asserted against defendant and his company, <u>FTC v. Jason Cardiff et al</u>., Case No. 5:18-cv-02104-DMG.

Pursuant to General Order 23-15, upon the filing of the Indictment, the government was not required to send notice to the Clerk of the Court of the related civil case. The General Order, nor the Local Rules, do not contemplate such an occasion – when a civil case is related to a subsequent criminal case.  As such, both the General Order and Local Rules are inapplicable to the present situation.

As such, the government therefore opposes the defendant's request.  However, the government is in no position to comment on whether the case should be transferred voluntarily, pursuant to Section II.C. of General Order 23-15.

Dated: December 26, 2023        Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

      /s/
VALERIE L. MAKAREWICZ
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA