E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0756
     Facsimile: (213) 894-6269
     E-mail:   Valerie.Makarewicz@usdoj.gov

AMANDA LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
     450 Fifth Street NW, Suite 6400
     Washington, DC 20001
     Telephone: (202) 514-0515
     Facsimile: (202) 514-8742
E-mail:   Manu.J.Sebastian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 23-CR-00021-JGB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | CURRENT TRIAL DATE: 4/23/24<br>PROPOSED TRIAL DATE: 6/11/24 |

1 The Court has read and considered the Stipulation Regarding
2 Request for (1) Continuance of Trial Date and (2) Findings of
3 Excludable Time Periods Pursuant to Speedy Trial Act, filed by the
4 parties in this matter on March 19, 2024. The Court hereby finds
5 that the Stipulation, which this Court incorporates by reference into
6 this Order, demonstrates facts that support a continuance of the
7 trial date in this matter, and provides good cause for a finding of
8 excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.
9 The Court further finds that: (i) the ends of justice served by
10 the continuance outweigh the best interest of the public and
11 defendant in a speedy trial; (ii) failure to grant the continuance
12 would be likely to make a continuation of the proceeding impossible,
13 or result in a miscarriage of justice; and (iii) failure to grant the
14 continuance would unreasonably deny defendant continuity of counsel
15 and would deny defense counsel the reasonable time necessary for
16 effective preparation, taking into account the exercise of due
17 diligence.
18 THEREFORE, FOR GOOD CAUSE SHOWN:
19 1. The trial in this matter is continued from April 23, 2024
20 to June 11, 2024. The status conference hearing is continued to May
21 20, 2024.
22 2. The time period of April 23, 2024 to June 11, 2024,
23 inclusive, is excluded in computing the time within which the trial
24 must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),
25 and (B)(iv).
26 3. Defendant shall appear in Courtroom 1 of the George E.
27 Brown, Jr. Federal Building and United States Courthouse, 3470
28

Twelfth Street, Riverside, CA 92501-3801 on June 11, 2024 at 9:00 a.m.

    4.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

| DATE | HONORABLE JESUS G. BERNAL |
|---|---|
|  | UNITED STATES DISTRICT JUDGE |

Presented by:

   /s/
VALERIE L. MAKAREWICZ
Assistant United States Attorney