Name & Address:
Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Hilary Potashner (SBN 167060)
*hpotashner@larsonllp.com*
Jonathan Gershon (SBN 306979)
*jgershon@larsonllp.com*
LARSON LLP
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071
Tel: 213-436-4888; Fax: 213-623-2000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br>v.<br>JASON EDWARD THOMAS CARDIFF<br><br>DEFENDANT(S). | CASE NUMBER:<br>5:23-CR-00021-JGB<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☒ Filed ☒ Lodged: **(List Documents)**

Unopposed Ex Parte Application for Leave to file Under Seal;
[Proposed] Order Granting Leave to file Under Seal;
Motion to Dismiss Indictment with Prejudice [lodged conditionally under seal];
Declaration of Stephen G. Larson [lodged conditionally under seal]; and
Exhibits in support of Declaration of Stephen G. Larson [lodged conditionally under seal].

**Reason:**

☒ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

April 8, 2024                           /s/ Stephen G. Larson
Date                                    Attorney Name
                                        Stephen G. Larson

                                        Defendant, Jason Edward Thomas Cardiff
                                        Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*