Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Hilary Potashner (SBN 167060)
*hpotashner@larsonllp.com*
Jonathan Gershon (SBN 306979)
*jgershon@larsonllp.com*
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-CR-00021-JGB |
| Plaintiff, | **EXHIBIT NOS. 67-71 TO DECLARATION OF STEPHEN G. LARSON IN SUPPORT OF MOTION TO DISMISS INDICTMENT WITH PREJUDICE** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | **VOLUME 4 OF 5** |
| Defendant. | [*Filed concurrently with Motion to Dismiss Indictment with Prejudice; Declaration of Stephen G. Larson; and [Proposed] Order*] |
| | Date:       May 6, 2024 |
| | Time:       2:00 p.m. |
| | Courtroom:  1 |

**INDEX OF EXHIBITS TO DECLARATION OF STEPHEN G. LARSON IN SUPPORT OF MOTION TO DISMISS INDICTMENT WITH PREJUDICE**

| EXH. NO. | DESCRIPTION |
|---|---|
| 1 | ███████████████████████████ ███████████████████████ dated July 17, 2018 to October 2, 2022. |
| 2 | █████████████████████████ Bates Number GOV005_00000495. |
| 3 | ██████████████████████████ ████████████████████████, Bates Number GOV005_00000376. |
| 4 | ████████████ Bates Number GOV005_00000475. |
| 5 | ████████████████, Bates Number GOV005_00000378. |
| 6 | ████████████████, Bates Number GOV005_00000498. |
| 7 | ████████████████, Bates Number GOV005_00000539. |
| 8 | ████████████████, Bates Number GOV005_00000507. |
| 9 | ████████████████, Bates Number GOV005_00000509. |
| 10 | ████████████████, Bates Number GOV_MOI_001552–53. |
| 11 | FTC's Complaint for Permanent Injunction and Other Equitable Relief, filed on October 10, 2018, Case No. 5:18-cv-02104-DMG-PLA ("FTC Action"), ECF No. 1. |
| 12 | ████████████████ Bates Number GOV005_00000424. |

LARSON
LOS ANGELES

| EXH. NO. | DESCRIPTION |
|---|---|
| 13 | FTC's Ex Parte Temporary Restraining Order with Asset Freeze, Appointment of a Temporary Receiver, and Other Equitable Relief, filed on October 10, 2018, FTC Action, ECF No. 29. |
| 14 | Excerpt of Receiver's Declarations of Brick Kane and Craig A. Welin in Support of Application for Receiver's Counsel's Fees and Expenses, filed on January 7, 2019, FTC Action, ECF No. 81-1. |
| 15 | ███████████████████████████████, Bates Number GOV005_00000425. |
| 16 | █████████████████████████, Bates Number GOV_MOI_001092–93. |
| 17 | FTC's Preliminary Injunction with Asset Freeze, Receiver, and Other Equitable Relief Against Jason Cardiff and Eunjung Cardiff, filed on November 8, 2018, FTC Action, ECF No. 59. |
| 18 | ████████████████████████, Bates Number GOV005_00000513. |
| 19 | Receiver's Notice of Application and Application for Order Approving Receiver's Counsel's Fees and Expenses, FTC Action, ECF No. 81. |
| 20 | ██████████████████████████████, Bates Number GOV005_00000453. |
| 21 | ███████████████████████, Bates Number GOV005_00000451. |
| 22 | ████████████████████ Bates Number GOV005_00000448. |
| 23 | ███████████████████C, Bates Number GOV005_00000426. |
| 24 | █████████████████████████ Bates Number GOV005_00000477. |
| 25 | ██████████████████████████, Bates Number GOV005_00000579. |

EXHIBITS TO DECLARATION OF STEPHEN LARSON IN SUPPORT OF MOTION TO DISMISS INDICTMENT WITH PREJUDICE

LARSON
LOS ANGELES

| EXH. NO. | DESCRIPTION |
|---|---|
| 26 | Joint Motion for Protective Order filed on September 23, 2019, FTC Action, FTC Action, ECF No. 218. |
| 27 | Stipulated Protective Order filed on September 24, 2019, FTC Action, FTC Action, ECF No. 219. |
| 28 | ███████████████████████ Bates Number GOV005_00000061. |
| 29 | ████████████████████████████████████ ███, Bates Number GOV005_00000375. |
| 30 | ███████████████████████, Bates Number GOV005_00000377. |
| 31 | ████████████████████████████████, Bates Number GOV005_00000086. |
| 32 | ██████████████████████, Bates Number GOV005_00000063. |
| 33 | ██████████████████████, Bates Number GOV005_00000121. |
| 34 | ███████████████████, Bates Number GOV005_00000073. |
| 35 | ██████████████████████████ Bates Number GOV005_00000155. |
| 36 | █████████████████████████, Bates Number GOV005_00000096. |
| 37 | █████████████████████, Bates Number GOV005_00000131. |
| 38 | ███████████████████████████, Bates Number GOV005_00000002. |
| 39 | ██████████████████ Bates Number GOV005_00000038. |
| 40 | █████████████████████, Bates Number GOV_MOI_000972. |

4

LARSON
LOS ANGELES

| EXH. NO. | DESCRIPTION |
|---|---|
| 41 | ███████████████████████████, Bates Number GOV005_00000199. |
| 42 | ████████████████████████████ Bates Number GOV005_00000005. |
| 43 | ████████████████████████████, Bates Number GOV005_00000168. |
| 44 | ████████████████████████████, Bates Number GOV005_00000198. |
| 45 | ████████████████████████████, Bates Number GOV005_00000006. |
| 46 | ████████████████████████████, Bates Number GOV005_00000565. |
| 47 | ████████████████████████████ Bates Number GOV005_00000191. |
| 48 | Excerpt of Cardiff's Ex Parte Opposed Application filed on July 13, 2020, FTC Action, ECF No. 391. |
| 49 | FTC's Opposition to Ex Parte Application filed on July 14, 2020, FTC Action, ECF No. 395. |
| 50 | ████████████████████████████, Bates Number GOV005_00000190. |
| 51 | Order Denying Ex Parte Application filed on July 16, 2020, FTC Action, ECF No. 403. |
| 52 | ████████████████████████████ Bates Number GOV005_00000233. |
| 53 | ████████████████████████████, Bates Number GOV001_00010766–71. |
| 54 | ███████████████████████, Bates Number GOV001_00001876–82. |
| 55 | ███████████████████████, Bates Number GOV001_00014341–45. |

LARSON
LOS ANGELES

| EXH. NO. | DESCRIPTION |
|---|---|
| 56 | ████████████████████████████████████, Bates Number GOV001_00002003–23. |
| 57 | ████████████████████████████████, Bates Number GOV001_00002203–26. |
| 58 | ████████████████████████████████, Bates Number GOV001_00010849–69. |
| 59 | ██████████ Bates Number GOV001_00011061–62. |
| 60 | ██████ Bates Number GOV005_00000201. |
| 61 | ██████ Bates Number GOV005_00000018. |
| 62 | ██████████████ Bates Number GOV005_00000051. |
| 63 | ██████ Bates Number GOV005_00000020. |
| 64 | ████████████████████ Bates Number GOV005_00000140. |
| 65 | Receiver's Declarations of Brick Kane and Michael Gerard Fletcher, filed on September 2, 2020, FTC Action, ECF No. 479-1. |
| 66 | ██████████████████, Bates Number GOV005_00000186. |
| 67 | ████████████████████████, Bates Number GOV005_00000182. |
| 68 | In Chambers—Order re Cross-Motions for Summary Judgment filed on October 9, 2020, FTC Action, ECF No. 511. |
| 69 | ██████████████████████████, Bates Number GOV005_00000117. |
| 70 | ████████████████████, Bates Number GOV005_00000144. |

6

| EXH. NO. | DESCRIPTION |
|---|---|
| 71 | Receiver's Declarations of Brick Kane and Michael Gerard Fletcher, filed on January 8, 2021, FTC Action, ECF No. 537-1. |
| 72 | ████████████████████████████ Bates Number GOV005_00000181. |
| 73 | ████████████████████████████, Bates Number GOV005_00000029. |
| 74 | ███████████████████████████████ Bates Number GOV005_00000266. |
| 75 | ████████████████████████████, Bates Number GOV_MOI_000310. |
| 76 | ███████████████████████████████, Bates Number GOV001_00029793–29811. |
| 77 | In Chambers - Order re Remedies filed on June 29, 2021, FTC Action, ECF No. 627. |
| 78 | ████████████████████████████, Bates Number GOV005_00000290. |
| 79 | ████████████████████████████, Bates Number GOV_MOI_001077–91. |
| 80 | ████████████████████████████ Bates Number GOV_MOI_001794–95. |
| 81 | In Chambers—Order Setting Dates filed August 26, 2021, FTC Action, ECF No. 650. |
| 82 | FTC's [Proposed] Final Judgment Including Permanent Injunction filed on September 3, 2021, FTC Action, ECF No. 651. |
| 83 | ████████████████████████████ Bates Number GOV005_00000285. |
| 84 | Final Judgment Including Permanent Injunction as to Defendants Jason Cardiff and Eunjung Cardiff filed on March 1, 2022, FTC Action, ECF No. 706. |

LARSON
LOS ANGELES

EXHIBITS TO DECLARATION OF STEPHEN LARSON IN SUPPORT OF MOTION TO DISMISS INDICTMENT WITH PREJUDICE

| EXH. NO. | DESCRIPTION |
|----------|-------------|
| 85 | Receiver's Final Report and Accounting, and Notice of Receiver's Final Fee Application filed on September 14, 2022, FTC Action, ECF No. 715. |
| 86 | Receiver's Declarations of Antia Jen and Michael Gerard Fletcher filed on September 14, 2022, FTC Action, ECF No. 715-1. |
| 87 | ████████████████████████████████, Bates Number GOV005_00000270. |
| 88 | Order Approving the Receiver's Final Report and Accounting filed on September 30, 2022, FTC Action, ECF No. 716. |
| 89 | █████████████████████████████████, Bates Number GOV005_00000269. |
| 90 | Plaintiff's Memorandum in Support of its Motion for Summary Judgment filed on August 6, 2020, FTC Action, ECF No. 423-2. |

# EXHIBIT 67

## TO THE DECLARATION OF STEPHEN G. LARSON

[Redacted - Document Conditionally Filed Under Seal]

# EXHIBIT 68

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **ED CV 18-2104-DMG (PLAx)** | Date | October 9, 2020 |
|---|---|---|---|

| Title | ***Federal Trade Commission v Jason Cardiff, et al.*** | Page | 1 of 28 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER RE CROSS-MOTIONS FOR SUMMARY JUDGMENT [423, 441]**

This matter is before the Court on the cross-motions for summary judgment ("MSJs") brought by Plaintiff Federal Trade Commission ("FTC") [Doc. # 423] and by Defendants Jason Cardiff and Eunjung Cardiff [Doc. # 441].  The cross-MSJs are fully briefed.  [Doc. ## 490, 491, 498, 499.]  The Court held a hearing on October 9, 2020.

For the reasons stated below, the Court **GRANTS** in part Plaintiff's MSJ as to the Cardiffs' liability and **DENIES** in part Defendants' MSJ relating to the Cardiffs' liability.

**I.**
**EVIDENTIARY OBJECTIONS**

The Cardiffs object to many of the FTC's Statements of Undisputed Fact because they "lack [] timeframe" and because Defendants ceased to advertise and market the three products at issue in February 2018, months before this action was filed in October 2018.  *See* Defs.' Statement of Genuine Disputes [Doc. # 491-1].  Unless otherwise stated, the Court **OVERRULES** those objections because:  (1) the time frame is clear by the context of the asserted fact, (2) the FTC states the relevant time frames in the Complaint, (3) evidence in the record indicates that the products continued to be marketed and sold later in 2018, and (4) evidence of past violations is relevant to the FTC's claims.

The Cardiffs also make repeated blanket objections to Statements of Undisputed Fact as irrelevant without any support for the objection.  Where the Court determines that facts are relevant and refers to them, the Court **OVERRULES** the relevance objection.  Insofar as the Court does not rely on a given fact in rendering its decision, the Court **OVERRULES** the relevance objection as moot.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **ED CV 18-2104-DMG (PLAx)** | | Date | October 9, 2020 |
|---|---|---|---|---|

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | | Page | 2 of 28 |
|---|---|---|---|---|

Finally, the Court notes that a conclusory, self-serving affidavit, lacking detailed facts and any supporting evidence, is insufficient to create a genuine issue of material fact. *F.T.C. v. Publ'g Clearing House, Inc.*, 104 F.3d 1168, 1171 (9th Cir. 1997), *as amended* (Apr. 11, 1997). Similarly, assertions in briefs that are unsupported by citations to evidence do not give rise to disputed facts. *See* Fed. R. Civ. P 56(c)(1)(A) (requiring a party to support its factual position by "citing to particular parts of materials on the record"); *Comstock v. Humphries*, 786 F.3d 701, 709 (9th Cir. 2015) ("[A]rguments in briefs are not evidence."); *Thornhill's Publ'g Co. v. GTE Corp.*, 594 F.2d 730, 738 (9th Cir. 1979) (conclusory or speculative testimony in affidavits and moving papers is insufficient to raise a genuine issue of fact).

The Court addresses other evidentiary objections in its discussion below as needed.

## II.
## BACKGROUND[1]

### A.     The Cardiffs and their Businesses

At all times relevant to this action, Defendants Jason and Eunjung Cardiff were owners, officers, directors and/or members of the business entity Defendants in this action: Redwood Scientific Technologies, Inc. ("Redwood") (encompassing Redwood California, Redwood Nevada, and Redwood Delaware); Run Away Products, LLC ("Run Away"); Advanced Men's Institute Prolongz LLC ("AMI"); and Identify LLC (together, the "Entity Defendants").[2] SUF 18-36, 45-47, 52-67.

Run Away, AMI, and Redwood are iterations of the same entity such that the Cardiffs frequently refer to them interchangeably in business records. In 2009, Eunjung formed Run Away and was its President and manager, and Jason was a member and Vice President. SUF 34-36. In 2014, Eunjung formed AMI and was a member, owner, and Chief Executive Officer ("CEO"),

---

[1] Due to Defendants' failure to adhere to the Initial Standing Order's instructions when providing disputed and undisputed facts, the Court relies on the FTC's response to the Defendants' Statement of Genuine Dispute ("DGSD") for the majority of undisputed facts. For clarity, the Court cites to the FTC's response as the Statement of Undisputed Facts ("SUF") and notes Defendants' objections where necessary. [Doc. # 499-1.] The Court also cites to the FTC's response to Defendants' additional Statement of Undisputed Material Facts ("DSUMF"). [Doc. # 490-1.]

[2] In 2017, Jason became the sole member and manager of Defendant Identify LLC and used it as an umbrella to register Redwood Scientific Technologies, Runaway Products, Advanced Men's Institute, and TBX-FREE as Identify's trade names. SUF 32-33, 47-48, 254.

---

**CIVIL MINUTES—GENERAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | ED CV 18-2104-DMG (PLAx) | Date | October 9, 2020 |
|---|---|---|---|

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | Page | 3 of 28 |

while Jason was managing member, owner, and President. SUF 45, 53, 57-59, 209, 224. Eunjung changed AMI's name to Redwood Scientific Technologies, LLC in November 2014, and then converted it to its corporate form, Redwood California. SUF 61, 210-11. Between January 1, 2014 and October 3, 2018, Jason was the sole owner, President, CEO, Chief Financial Officer ("CFO"), Secretary, and director of Redwood California, and Eunjung was its owner, director, Secretary, Chief Operating Officer ("COO"), and Director of Marketing. SUF 9-24, 61-65, 256. Redwood Nevada was incorporated in December 2014, and Redwood CA became a wholly-owned subsidiary of Redwood Nevada. SUF 212-13, 215. Redwood Delaware was formed when Redwood Nevada merged with a Delaware corporation in 2017. SUF 217. The Cardiffs retained similar positions in Redwood Nevada and Redwood Delaware to the ones they held in Redwood CA. SUF 25-31, 66-67. The principal places of business for both Redwood Nevada and Redwood Delaware are in California. SUF 214, 218.

In 2017, Jason became the sole member and manager of Defendant Identify LLC and used it as an umbrella to register Redwood Scientific Technologies, Runaway Products, Advanced Men's Institute, and TBX-FREE as Identify's trade names. SUF 32-33, 47-48, 254. Jason and Eunjung were also named beneficiaries of Carols Place Trust and owner/partners (through two entities that the Cardiffs control) of Defendant Carols Place Limited Partnership, which now holds 99.9 percent of the Cardiffs' common shares in Redwood Delaware, as well as title to the Cardiffs' residence in Upland, CA. SUF 37-40, 68-71,172, 228, 278.

Redwood and other Entity Defendants were in the business of marketing what the Cardiffs call "homeopathic dissolvable thin-film strip products," including an aid to smoking cessation called TBX-FREE; an appetite suppressant and weight loss supplement called Eupepsia Thin; and a men's sexual performance product called Prolongz (together, the "Products"). SUF 233. The Products were primarily marketed to consumers through television infomercials, websites, and social media posts described in more detail below. SUF 234. As of October 22, 2018, Redwood was still selling all three products. SUF 232.

The Cardiffs do not dispute that all of the Entity Defendants, not just Redwood, were involved in selling the Products. Several Entity Defendants share office space and employees. SUF 235-36, 250-53. Danielle Walker, who worked for the Cardiffs in various capacities, including as the Director of Operations for Redwood, where she worked from late 2014 until October 2018, attested that "it was all a single business operation marketing oral film strips." SUF 249.[3] The Entity Defendants all participated in advertising the Products, applied for and obtained

---

[3] Walker was also a Defendant in this action who settled and stipulated to a permanent injunction that the Court approved on May 16, 2019. [Doc. # 114.]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | ED CV 18-2104-DMG (PLAx) | Date | October 9, 2020 |
|---|---|---|---|

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | Page | 4 of 28 |

merchant accounts to process payments for the Products, and purchased or acted as consignees for oral film strips from suppliers in China and India. SUF 236-39. In response to one supplier's bank's request to clarify that all of these companies whose names appeared on invoices are related, Jason Cardiff signed a statement as President of Identify, LLC that declared that Redwood, AMI, Run Away, and Identify were "our group of companies (our sister concern companies)." SUF 240.

Undisputed evidence shows that both Cardiffs controlled the Entity Defendants' bank accounts and used various bank accounts to meet operational costs for Redwood and their other businesses and to pay for the Cardiffs' personal expenses such as luxury car leases, cruises, resort lodging, private charter air travel, and clothing and department store purchases. SUF 51, 72-75, 78, 170, 173-77, 234-46, 251. Between April 2015 and May 2018, the Entity Defendants transferred almost $4 million between themselves. SUF 264. Both Cardiffs have also personally guaranteed payments promised by one or more of their businesses. SUF 123, 171, 266. While the Cardiffs assert that they invested $3 million of their "own money" into Redwood, and Eunjung asserts that she invested $800,000 personally into Redwood, no records or financial documents support either assertion. DSUMF 1, 28.

The Cardiffs do not dispute that they had final authority over most, if not all, business decisions regarding the Entity Defendants. SUF 206.[4] For example, Jason Cardiff had final approval of Redwood's websites and all Redwood product advertising online, in video, and in print. SUF 82-83. Eunjung Cardiff approved payment of invoices and bills, was in charge of tracking media performance, and received daily charts showing which advertisement generated each sales call. SUF 146-47, 173, 180. Both Cardiffs were heavily involved in the creation and final approval of advertising material for the Products, as well as decisions on when and where to place advertisements. SUF 87-98. The Cardiffs do not contest most of the FTC's detailed accounts of their involvement with third-party contractors' advertising campaigns for the three Products, as discussed in more detail below. *See* SUF 114-116, 118-119 (Jason instructed a subcontractor to include claims from Redwood's website in television advertisement); SUF 122 (Jason supervised the design of Eupepsia Thin product packaging); SUF 150 (Eunjung confirmed an advertisement for TBX-FREE that stated guaranteed withdrawal-free smoking cessation); SUF 153 (Eunjung asked for the Euepsia Thin advertisement to state "Lose up to 100 pounds"); SUF 169 (Eunjung provided the voiceover for at least two Eupepsia Thin television advertisements); SUF 124-26, 167-68 (both Cardiffs were involved in a telemarketing campaign delivering ringless voicemail

---

[4] Although the Cardiffs assert that Danielle Walker had the authority to make decisions on contracts, expenses, and advertising when the Cardiffs were not available, they do not provide evidence that Walker in fact made any decisions that the Cardiffs did not approve of, and other employees recall seeing Jason in the Redwood CA office almost daily and Eunjung in the office weekly. SUF 206.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | ED CV 18-2104-DMG (PLAx) | Date | October 9, 2020 |
|---|---|---|---|

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | Page | 5 of 28 |

messages and used their voices in recorded messages). Jason also wrote and directed creation of content for Facebook advertisements. SUF 84-85. The Court thus need not go into each undisputed fact regarding the Cardiffs' involvement in producing and approving the advertisements in detail.

**B.      Product Advertising**

Defendants purchased media time for television commercials to promote the Products through at least four media companies: Inter/Media Time Buying Corp. ("Inter/Media"), Havas Edge, Diversified Mercury Communications, LLC ("Mercury Media"), and Cannella Response Television, LLC ("Cannella"). SUF 131. In 2014, Run Away contracted with Inter/Media and Havas Edge to run advertisements about Prolongz. SUF 100-12, 619-21. From 2014 to 2018, Redwood contracted with Cannella, paying over $6.5 million to buy media time to advertise all three Products, mostly through 28-minute television informercials. SUF 135, 184. From 2017 to February 2018, Redwood contracted with Mercury Media for television advertising time for TBX-FREE and Eupepsia Thin. SUF 293, 314-16, 475-77.

**1.      TBX-FREE**

Defendants sold TBX-FREE from at least 2015 to 2018 with reported net sales of $7,227,009.27. SUF 281, 292. TBX-FREE film strips targeted people who wanted to stop smoking. SUF 280. According to the TBX-FREE packaging, each film strip contains "Laburnum anagyroides 1X." SUF 283. The purported active ingredient is cytisine. DSUMF 46. Defendants registered TBX-FREE as an "unapproved homeopathic" drug with the Federal Drug Administration ("FDA"). DSUMF 6.

Defendants advertised TBX-FREE using national television commercials, websites, social media (including Facebook, Instagram, and YouTube), print, and robocalls. SUF 293, 317-20. From 2015 to 2018, Cannella purchased media time for a total of 6,416 airings of TBX-FREE advertising. SUF 310. In late 2017 and February 2018, Mercury Media arranged for TBX-FREE commercials to be broadcast on national cable television. SUF 313-16. Below are some of the representations made in Defendants' TBX-FREE television advertising:

- TBX-FREE is ready to set you free from nicotine addiction forever and the addiction to tobacco and cigarettes.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **ED CV 18-2104-DMG (PLAx)** | Date | October 9, 2020 |
|---|---|---|---|

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | Page | 6 of 28 |

- Did you know the cure rate for the FDA approved patch and gum is a whopping 2 percent? That's right. A 2 percent success rate at best . . . . And what about the other 98 percent? . . . Well, we have you 100 percent covered.
- With an 88 percent success rate . . . TBX-FREE is the number one choice by smokers.
- HUNDREDS & HUNDREDS OF CLINICAL STUDIES PERFORMED ON OVER 10,600 SMOKERS!
- If you'll get your treatment started today, in as little as 30 days, you should never want to smoke another cigarette again.

SUF 322-27.

The TBXFREE.com/2 website made similar statements that the product was more effective than nicotine patches or gum and had an 88 percent success rate, among other statements. SUF 328-35. The website also stated that "[i]n clinical studies cited in The New England Journal of Medicine, the active ingredient in TBX-FREE has an 88% cure care [sic] compared to the patch and gum combined"; "Clinically Proven: New England Journal of Medicine STOP SMOKING NOW"; and "Clinically Proven Johns Hopkins University / The New England Journal of Medicine / Harvard Health Publications / Harvard Medical School." SUF 335-38.

Jason Cardiff appears in Facebook advertisements in January 2017 making similar claims regarding the 88 percent effective rate in long-term smokers and asserting: "Our clinical data on TBX-Free has been done by some of the greatest medical and scientific institutions anywhere that we know of, including, [sic] not limited to the New England Journal of Medicine, which ranks our product ten times more effective than nicotine-replacement therapy to stop smoking." He says TBX-FREE works "really fast, within a week, within ten days" and that "you should never need more than one month." SUF 343-50. Eunjung Cardiff's voice appeared in a ringless voicemail advertising TBX-FREE, describing it as "the stop smoking product that has changed so many lives." SUF 362.

While Eunjung asserts that thousands of customers gave positive reviews of TBX-FREE, there is no evidence of those reviews outside of her declaration. DSUMF 5.

**2. Eupepsia Thin**

Defendants sold Eupepsia Thin from 2017 to 2018 with $1,936,459.02 million in net sales. SUF 458. They advertised Eupepsia Thin as an effective appetite suppressant and weight loss aid

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **ED CV 18-2104-DMG (PLAx)** | Date | October 9, 2020 |
|---|---|---|---|

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | Page | 7 of 28 |

through national television campaigns and websites. SUF 459-60, 482-522. The active ingredient is "Paulinia cupana H.B.K. et K. 1x," or guarana. SUF 194, 453; Jason Decl., Ex. 1 [Doc. # 441-2]. Cannella alone arranged for 8,039 airings of Eupepsia Thin advertisements. SUF 474.

Below are some of the representations made in Defendants' Eupepsia Thin television advertising:

- Eupepsia is a safe and effective way to help you control your appetite.
- The ingredients in Eupepsia will begin to activate in your system in less than 20 seconds. . . . In minutes, you will feel your appetite suppress, giving you control over how much you eat.
- Are you ready to lose 10, 20, even 100 pounds without following a strict and complicated diet plan?
- If you would like to lose 8-20lbs – our one month supply at [$]69.95 will work for you. If you would like to lose 20-50lbs – our three month supply at [$]169.95 will work for you.
- Current calorie reduction and meal plans have less than 5% success rate while the new product, Eupepsia Thin has a substantially higher success rate.

SUF 482-85, 504, 506, 508, 529-31. The Eupepsia Thin website promised, *inter alia*, "Lose up to 15 pounds your first month with Eupepsia Thin oral strips without diets or changing your food or lifestyle choices." SUF 508. The product packaging asserts that it is "Clinically proven to help suppress appetite between meals," and an advertising insert in the packaging claims that "Eupepsia Thin is the product with proven clinical research to help you keep the weight off for life." SUF 521-22.

The Eupepsia Thin advertisements and websites also contained testimonials from individuals claiming that they used the product to lose weight, with Dan Hogan claiming to have lost 45 pounds, Karen Spero claiming to have lost 90 pounds, and Todd Preston claiming to have lost 132 pounds. SUF 1, 493-95, 497, 513-14, 761. Each of these three testimonialists admit in declarations that they did not use Eupepsia Thing to lose weight and were instructed by the infomercial director to say that their weight loss was due to Eupepsia Thin. SUF 762-68.

Jason Cardiff denies that he knew that people giving testimonials about their experiences with Eupepsia Thin in television advertisements had not used Eupepsia Thin to lose weight. SUF 120-121. The evidence shows, however, that Jason responded to an e-mail from contractor Ty Sherrell stating: "[I] am working on getting testimonials from people who have already lost weight

---

**CIVIL MINUTES—GENERAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | ED CV 18-2104-DMG (PLAx) | Date | October 9, 2020 |
|---|---|---|---|

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | Page | 8 of 28 |

and I'm getting before pictures for them . . . they will still have the product and do the testimonials but ill [sic] have before pictures from their past fat lives lol [.]" Sands Decl., Att. 3 at 38-39 [Doc. # 434-1]. Even more telling is the fact that the infomercial regarding Eupepsia Thin was filmed in February 2017, *before* Redwood started selling the product, further undercutting Jason's self-serving denial. SUF 199. Defendants do not provide any evidence to contradict the sworn declarations of the three testimonialists. SUF 121, 762.

A seal that appeared on Eupepsia Thin product packaging and Defendants' websites denoted that Eupepsia Thin was "Made in USA." SUF 712-16.

### 3. Prolongz

Defendants sold Prolongz from 2013 to 2018 but reported only gross sales from 2015 to 2017 of $5,985,747.96. SUF 610, 615. Defendants advertised Prolongz as a male ejaculation control product on television and on websites. According to the Prolongz label, each film strip contains "10 mg Damiana Extract 1X and 10 mg of Ginseng Extract 1X." SUF 607. Cannella alone arranged for 4,748 airings of Prolongz ads. SUF 634. The television advertisements state that Prolongz substantially increases ejaculation control and increases the duration of sex. SUF 636-39. The prolongz.com website claims, *inter alia*, that Prolongz is an FDA registered drug that is "a first of its kind product which uses Oral (sublingual) dissolvable Strip technology for the treatment of PE" and "Prolongz is guaranteed to increase your ejaculatory control levels and overall sexual performance." SUF 640-41, 643.

The website also claims that Prolongz was clinically tested, stating that "[i]n clinical studies, the ingredients in Prolongz™ by Advanced Men's Institute (AMI) were proven to increase ejaculatory control level of over 97% in men" and "[p]roven to effectively increase the length in Sex for over 97% of Thousands of Men who have tried Prolongz." SUF 644-45.

### C. Product Substantiation

The Cardiffs admit that they did not conduct any human clinical studies of TBX-FREE as a smoking cessation product or Eupepsia Thin as a weight loss product. SUF 194-95, 375, 535-538, 599. Instead, they argue that the clinical studies done on the "active" ingredients of each Product and separate articles about thin strip technology supported the Products' efficacy. *See* DSUMF 40. Jason admits that he is not a scientific expert, noting, "I can't say I understood everything in these articles" about thin strip technology. Cardiff Decl. at ¶ 11 [Doc. # 491-3]. The Cardiffs also assert that the FDA "approved" the Products' packaging and labeling, even though

---

**CIVIL MINUTES—GENERAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **ED CV 18-2104-DMG (PLAx)** | Date | October 9, 2020 |
|---|---|---|---|

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | Page | 9 of 28 |

all three were in fact registered in the National Drug Code Directory as an "unapproved homeopathic" drug, which does not denote FDA approval. DSUMF 54, 59, 65.

The Cardiffs were aware of the need for substantiation for the claims of the Products' effectiveness and provided substantiation packets to networks consisting of articles about TBX-FREE's and Eupepsia Thin's active ingredients. SUF 157-58, 190, 192; Cardiff Decl. at ¶¶ 23-25, Ex. 1-2 [Doc. # 441-2].[5] Eunjung in particular handled requests for substantiation. *See, e.g.*, SUF 162-63 (she was informed that FDA approval, not just registration, was needed to satisfy certain networks); 165 (she was informed that "[t]estimonials will need to be provided, to make sure weight loss claims weren't due to being paid").

The FTC has retained experts in the fields of smoking cessation, weight-loss, and male sexual health who each concluded that Defendants' efficacy claims are not substantiated by competent and reliable scientific evidence and did not find any clinical testing of TBX-FREE, Eupepsia Thin, or Prolongz to support Defendants' "clinically proven" claims. The Cardiffs have submitted no expert testimony rebutting the analysis of the FTC's experts.[6]

**1. TBX-FREE**

The FTC's smoking cessation expert, Dr. Judith Prochaska, opines that Defendants do not have substantiation for the challenged TBX-FREE claims.[7] SUF 433-437. She says that to substantiate these claims, experts in the field of nicotine addiction would require randomized,

---

[5] It is not clear what Eunjung offered as substantiation for Prolongz besides asserting that "[t]he FDA registration is proof that our product is certified by the FDA as an over the counter drug that treats the condition[.]" SUF 160. The package for Eupepsia Thin was put together by a contract researcher. SUF 192.

[6] The Cardiffs argue that each of the experts' opinions should be excluded for analyzing claims made about the Products prior to February 2018. *See, e.g.*, SUF 376, 539, 649. As discussed below in Section III.A.2, some misleading advertisements continued after February 2018, and Defendants continued to sell the Products until October 2018. Furthermore, the lack of substantiation for prior claims made about the Products is relevant to the Cardiffs' liability and likelihood for violations to recur. The Court **OVERRULES** the objection.

[7] The Cardiffs argue that Dr. Prochaska's opinions should be excluded because her expert report, which was produced in support of the FTC's application for TRO in October 2018, does not comply with Rule 26(a)'s requirement to provide a list of all other cases in which she testified as an expert at trial or by deposition and a statement of the compensation to be paid for her testimony. SUF 376. Information may be introduced if the parties' failure to disclose the required information is substantially justified or harmless. Fed. R. Civ. P. 37(c)(1). The Cardiffs have not sought discovery sanctions under Rule 37, and there is no indication of harm the Cardiffs have suffered since 2018 from the lack of disclosure. The Court **OVERRULES** the objection.

**CIVIL MINUTES—GENERAL**

Case 5:23-cv-02104-DMG-PDA Document 45-6 Filed 04/08/24 Page 20 of 44 Page ID #:935

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **ED CV 18-2104-DMG (PLAx)** | Date | October 9, 2020 |

| Title | ***Federal Trade Commission v Jason Cardiff, et al.*** | Page | 10 of 28 |

controlled trial evidence from a study of TBX-FREE involving nicotine-dependent subjects and comparing TBX-FREE to a placebo. Dr. Prochaska found no evidence in her independent search of scientific literature that supports the challenged TBX-FREE claims. SUF 392, 414.

The Cardiffs have conceded that the 88 percent success rate claim is false. SUF 438. That figure is not even substantiated by the studies that Jason (who has not been qualified as an expert) describes in his declaration, which involved 60 smokers, 13.8 percent of whom quit smoking during a 12-month period with the aid of cytisine, with results on par with "smokers receiving nicotine replacement therapy." Jason Cardiff Decl. at ¶ 13 [Doc. # 441-1]. Dr. Prochaska reviewed that article and other articles on the effectiveness of cytisine and noted that a few cytisine studies of a completely different product that follow the standards of experts in the field have demonstrated modest efficacy for smoking cessation. SUF 375, 421, 438. Dr. Prochaska opines that these studies cannot be extrapolated to support any of the TBX-FREE efficacy claims, let alone the claim that TBX-FREE has an 88 percent success rate, due to the differences in dosages, dosage regimens, and modes of administration. SUF 426-31.

The New England Journal of Medicine also confirmed that it did not publish clinical studies or other materials demonstrating that TBX-FREE is an effective smoking cessation product or that users of the product had an 88 percent success rate. SUF 445-46.

### 2. **Eupepsia Thin**

Dr. David Levitsky, the FTC's weight-loss expert, opines that Defendants' appetite suppression and weight-loss claims regarding Eupepsia Thin are not supported by reliable scientific evidence. SUF 570, 577-85, 588-97. He explains that to substantiate the efficacy claims made for Eupepsia Thin, experts in the weight-loss field would require double-blind, randomized, placebo-controlled trial evidence from a study of the product itself or from a product using the same ingredients in the same dosages; ideally, the results would be replicated by independent laboratories. SUF 555. Successful results would show statistically significant improvements on standard outcome measures, including clinical (not self-reported) measurements of weight and body fat. SUF 566-67.

Dr. Levitsky reviewed the purported substantiation that Defendants submitted to the FTC and determined that it does not support the efficacy claims. SUF 568, 570, 576-84. In addition, Dr. Levitsky's own review of the scientific literature regarding the purported main ingredient of Eupepsia Thin—Paullinia Cupana H.B.K. 1X (caffeine)—found no studies that can be extrapolated to the product. SUF 569-70, 572-75. Dr. Levitsky stated that some research suggests

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **ED CV 18-2104-DMG (PLAx)** | Date | October 9, 2020 |
|---|---|---|---|

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | Page | 11 of 28 |

that high doses (more than 400 mg) of caffeine are associated with appetite suppression, but that there is no evidence that Eupepsia Thin, a homeopathic product, contains that much caffeine or that caffeine consumption causes weight loss.  SUF 573-75.

In addition, as discussed above, the Eupepsia Thin advertisements and websites used false testimonials from individuals who did not use Eupepsia Thin to lose weight.  SUF 762-63.

Defendants' claim on Eupepsia Thin product packaging and their websites that Eupepsia Thin was "Made in USA" is also false, as the Cardiffs were aware that Eupepsia Thin strips and packaging was manufactured in China and India.  SUF 712-16, 718-21.

### 3.  Prolongz

Dr. Hossein Sadeghi-Nejad, an expert in urology and sexual medicine, opines that Defendants have no reliable science to support the Prolongz ejaculation control claims.  SUF 704-05.  Dr. Sadeghi-Nejad says that to substantiate the Prolongz claims of increased ejaculatory control and treatment or prevention of premature ejaculation, experts in his field would require randomized, double-blind, properly controlled human clinical testing of Prolongz or a substantially similar product using the same dosage and route of administration.  SUF 664-671.  Dr. Sadeghi-Nejad has found no relevant evidence in the scientific literature that meets these standards.  SUF 683-703.

He also reviewed the purported substantiation material Defendants provided to the FTC—a pilot survey and a collection of journal articles on other products—and opines that Defendants' substantiation does not meet the standards of experts in the field.  SUF 683-702.  The pilot survey sponsored by Defendants did not have a randomized control group.  SUF 686.  The study lasted only one week and involved only 29 test subjects and was thus too short and too small to yield accurate and reliable results.  SUF 687-89.  The scientific literature compiled by Defendants on the purported active ingredients in Prolongz was not comparable either to the dosage or to the route of administration of Prolongz.  SUF 694-702.

### D.    Consumer Contact, Shipping, and Billing Programs

### 1.  Money-back guarantee

Defendants advertised money-back guarantees for the Products.  SUF 725-36.  For example, Jason claimed in a TBX-FREE Facebook video, "We have a lifetime money-back

---

**CIVIL MINUTES—GENERAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | ED CV 18-2104-DMG (PLAx) | Date | October 9, 2020 |
|---|---|---|---|

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | Page | 12 of 28 |
|---|---|---|---|

guarantee. So for any reason if it doesn't work, you don't even need to ship it back." SUF 726. In Eupepsia Thin television advertisements, the following words would appear on screen—"MONEY BACK GUARANTEE LIFETIME 1-800-5551212 thinliferx.com"—while the spokeswoman says, "We are so confident that Eupepsia will work for you, it comes with a lifetime guarantee." SUF 732.

In many instances, however, Defendants denied refunds to consumers based on refund policies and conditions that had never been disclosed to consumers. SUF 743, 747, 753. In practice, Defendants limited their "lifetime" guarantee to 30 days. SUF 738. In addition, Jason instructed his customer service staff to cap daily refunds not to exceed daily revenue, in contravention of the product guarantees. SUF 749-54. This resulted in backlogs of customers waiting to receive their refunds. SUF 755.

## 2. Autoship plans and unauthorized charges

For most of the time they sold the Products, Defendants enrolled consumers who ordered the Products into unauthorized autoship programs, which resulted in consumers being repeatedly charged for additional shipments. SUF 772-76. Although the Cardiffs assert that Redwood "had a strict policy to not place anyone on autoship unless the customer was fully aware of the autoship and agreed to the terms and conditions of the program," the Cardiffs fail to provide any proof of this "strict policy" besides Jason's declaration. SUF 798. Several customers reported not being told about the autoship enrollment, and an FTC investigator making an undercover purchase of TBX-FREE experienced the same undisclosed autoship enrollment. SUF 810-16. Redwood employees confirm that until late 2017, Cardiff told his sales representatives not to disclose the autoship plan at time of purchase for purchases made on the phone. Moreover, even after autoship disclosures were added to sales call scripts, sales representatives often failed to mention the disclosures or added customers to autoship policies regardless of the customer's preference. SUF 785-87, 798, 799-08, 811-12. Defendants thus made unauthorized charges on consumers' credit and debit cards and made it difficult for consumers to cancel recurring charges. SUF 748-57, 783, 815-19, 821-24, 826, 829-33, 839-41, 847, 822, 825. As for purchases made online, Defendants' websites contained information about an auto-ship/recurring billing program on the "terms and conditions" page of the websites and made auto-ship the default feature. SUF 775-83. Payment processing consultants informed Jason Cardiff that failure to disclose the auto-ship program on the websites' checkout page was improper. SUF 777-83.

Defendants processed unauthorized charges on stored debit and credit cards of consumers who had made only a one-time purchase, sometimes over a year after the consumer's original

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | ED CV 18-2104-DMG (PLAx) | Date | October 9, 2020 |
|---|---|---|---|

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | Page | 13 of 28 |
|---|---|---|---|

purchase. SUF 839-52. Jason denies this. The FTC has submitted testimony of Redwood employees and documentary evidence of emails Jason sent or received indicating his approval of a scheme to process unauthorized autoship enrollments and charges on the debit or credit cards of consumers who had made only one-time purchases. According to one employee, Jason directed a group of employees to initiate these charges, telling them they had to successfully charge at least $10,000 per day, and threatening to fire at least one of them if she did not comply. SUF 839, 843-44, 848-52. An email from a Redwood employee reads, "Per Jason [t]he straight sale 1 month supply orders between December 21, 1017 [sic] – January 22, 2018 will be placed on continuity." Melendez Decl., Att. 6 at 38 [Doc. # 428-3]. When an employee emailed that she tried to process over 300 orders but most of the cards were declined due to expiration, Jason responded "Increase the year," referring to the expiration date. *Id.*, Att. 6 at 73 [Doc. # 428-3]. The emails indicate Jason's knowledge and approval of a Redwood policy of making unauthorized charges. He provides no supporting evidence for his denial.

Between January and April 2018, Defendants processed unauthorized charges for at least 1,500 consumers. SUF 847.[8]

### 3. Ringless voicemail messages

In early 2018, Defendants contracted with two services to deliver 2.5 million prerecorded ringless voicemail messages straight to consumers' voicemails. SUF 856-57. More than 1.5 million messages were delivered to consumers. SUF 178-79, 856-57, 859.

Jason controlled the telemarketing campaigns that delivered ringless voicemail messages, and his voice is heard in two recorded messages promoting male sexual enhancement products in a campaign that ran from February 2018 through July 2018. SUF 124-25, 938. Eunjung's voice is heard in a ringless voicemail message promoting TBX-FREE that went straight to consumers' voicemail boxes. SUF 167-68. She also approved payment for the ringless voicemail contracts. SUF 178-79.

### 4. Rengalife

From March to July 2018, the Cardiffs developed and began a multilevel marketing program called Rengalife. SUF 201-05, 863-72, 879. Via Facebook, their website, and an email to consumers who had previously purchased the Products, including an undercover FTC

---

[8] This campaign of unauthorized charges began over four months after Defendants received the FTC's Civil Investigative Demand ("CID") and continued until the FTC filed suit to enforce the CID. SUF 1-2, 4-6.

CIVIL MINUTES—GENERAL Initials of Deputy Clerk <u>KT</u>

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **ED CV 18-2104-DMG (PLAx)** | Date | October 9, 2020 |
|---|---|---|---|

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | Page | 14 of 28 |

investigator, Defendants promised that anyone joining Rengalife for a minimum monthly spend of $199.80 would make a minimum annual salary of $7,200 and unlimited earning potential when they sold oral film strip products to others. SUF 870, 873, 878-91, 897. Jason's control over this program is undisputed. SUF 127-28.

Although Jason asserts that no one signed up, the email sent to the FTC investigator claimed that over 200 individuals had signed up between March 26, 2018 and April 9, 2018, and declarations from Rengalife members and Danielle Walker show that the Rengalife program did successfully recruit members. SUF 869, 873-75. The Cardiffs admit that they did not have actual earnings data from Rengalife members to substantiate their earnings claims, and the FTC expert Dr. Stacie Bosley attests that nearly all Rengalife members would be forced to be in a negative financial position due to purchasing more film strips than they could sell. SUF 898-99, 933-36. Jason halted the program in July 2018. SUF 863.

**E.     FTC investigation**

The FTC issued a Civil Investigative Demand (CID) on August 3, 2017. SUF 1. The CID's specifications required that Redwood produce documents and information pertaining to the advertising of TBX-FREE and Eupepsia Thin oral film strips and pertaining to autoship programs and unauthorized charges. SUF 2. The CID and accompanying cover letter instructed Redwood to preserve all documents that may be responsive to the CID's requests. Redwood failed to timely comply with the CID, and the FTC initiated an enforcement action against Redwood on October 30, 2017 in the U.S. District Court for the Central District of California, No. CV 17-07921-SJO (PLAx) (C.D. Cal. 2017) (Otero, J.) [Doc. # 1]. On January 15, 2018, Judge Otero issued an order compelling Redwood to comply with the FTC's CID, and on March 6, 2018, he issued an order for Redwood to show cause why it should not be held in contempt for failure to comply with the CID. SUF 5-6.

Between March 22 and June 14, 2018, the FTC received voluminous records from Redwood that did not contain any video advertising or dissemination schedules for TBX-FREE or Eupepsia Thin. SUF 7, 9.[9] Video advertising and dissemination schedules also were not found in Redwood's offices after Judge Otero issued the initial TRO in the instant case on October 10, 2018. SUF 10. The parties dispute whether the Cardiffs destroyed documents relating to the Products' advertising. SUF 11-14.

---

[9] Although Defendants argue that they "would have included" those schedules and video advertising in the "data dumps provided to the FTC," they do not point to any evidence that they did so. SUF 9.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | ED CV 18-2104-DMG (PLAx) | | Date | October 9, 2020 |
|---|---|---|---|---|

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | | Page | 15 of 28 |

The FTC did not issue a warning letter to Defendants.  DSUMF 12.

**F.     The Instant Action**

On October 10, 2018, the FTC filed a Complaint for Permanent Injunction and Other Equitable Relief under Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), against the Cardiffs and Entity Defendants, alleging that the Cardiffs "have for years operated a fraudulent multi-pronged scheme that has bilked consumers out of millions of dollars through baseless advertising claims for products that purport to alleviate serious health conditions, while also enrolling consumers in unwanted autoship programs that have resulted in millions of dollars in unauthorized charges." Compl. at ¶ 1 [Doc. # 1].  That day, the Court issued a Temporary Restraining Order ("TRO") freezing the Cardiffs' assets and appointing a Temporary Receiver.  [Doc. # 29.]  On November 8, 2018, the Court entered a Preliminary Injunction maintaining the asset freeze and receiver appointment.  [Doc. # 59.]

In brief, since November 2018, the Court has held the Cardiffs in contempt several times for failure to abide by the Court's Orders to turn over documents and funds; approved a settlement between the Receiver and Inter/Media (which has a state court judgment against the Cardiffs) to divide the proceeds of the sale of the Cardiffs' residence; issued another TRO and Preliminary Injunction putting Cardiff's new company, VPL Medical Inc., under receivership under the terms of the original Preliminary Injunction; denied multiple attempts to alter the Preliminary Injunction and/or remove the Receiver; and denied a motion to stay pending appeal of the VPL Preliminary Injunction to the Ninth Circuit and a U.S. Supreme Court decision on the scope of injunctive relief under Section 13(b) of the FTC Act.

In the Order denying the Cardiffs' *Ex Parte* Application to stay the proceedings, however, the Court recognized that the United States Supreme Court will likely decide whether restitution is available under Section 13(b) in its decision on a pair of cases:  *F.T.C. v. Credit Bureau Center*, 937 F.3d 764 (7th Cir. 2019), *cert. granted*, 2020 WL 3865251 (U.S. July 9, 2020), and *F.T.C. v. AMG Capital Management, LLC*, 910 F.3d 417 (9th Cir. 2018), *cert. granted*, 2020 WL 3865250 (U.S. July 9, 2020) (together, the "Consolidated Appeals").  [Doc. # 485.]  The Court did not find a stay of the cross-MSJs on the Cardiffs' liability to be necessary, but noted that a stay at a later date may be appropriate due to uncertainty regarding the breadth and scope of the remedy.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **ED CV 18-2104-DMG (PLAx)** | Date | October 9, 2020 |
|---|---|---|---|

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | Page | 16 of 28 |
|---|---|---|---|

## III.
## LEGAL STANDARD

Summary judgment should be granted "if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a); *accord Wash. Mut. Inc. v. United States*, 636 F.3d 1207, 1216 (9th Cir. 2011). Material facts are those that may affect the outcome of the case. *Nat'l Ass'n of Optometrists & Opticians v. Harris*, 682 F.3d 1144, 1147 (9th Cir. 2012) (citing *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248 (1986)). A dispute is genuine "if the evidence is such that a reasonable jury could return a verdict for the nonmoving party." *Liberty Lobby*, 477 U.S. at 248.

The moving party bears the initial burden of establishing the absence of a genuine dispute of material fact. *Celotex Corp. v. Catrett*, 477 U.S. 317, 323 (1986). Once the moving party has met its initial burden, Rule 56(c) requires the nonmoving party to "go beyond the pleadings and by [his or] her own affidavits, or by the 'depositions, answers to interrogatories, and admissions on file,' designate 'specific facts showing that there is a genuine issue for trial.'" *Id.* at 324 (quoting Fed. R. Civ. P. 56(c), (e)); *see also Norse v. City of Santa Cruz*, 629 F.3d 966, 973 (9th Cir. 2010) (*en banc*) ("Rule 56 requires the parties to set out facts they will be able to prove at trial."). "In judging evidence at the summary judgment stage, the court does not make credibility determinations or weigh conflicting evidence." *Soremekun v. Thrifty Payless, Inc.*, 509 F.3d 978, 984 (9th Cir. 2007). "Rather, it draws all inferences in the light most favorable to the nonmoving party." *Id.* Nonetheless, "[w]hen opposing parties tell two different stories, one of which is blatantly contradicted by the record, so that no reasonable jury could believe it, a court should not adopt that version of the facts for purposes of ruling on a motion for summary judgment." *Scott v. Harris*, 550 U.S. 372, 380 (2007).

When faced with cross-motions for summary judgment, the Court considers each motion on its own merits to determine whether the Rule 56 summary judgment standard is satisfied. *Fair Housing Council of Riverside Cty., Inc. v. Riverside Two*, 249 F.3d 1132, 1136 (9th Cir. 2001). Where the issues before the Court are questions of law, the case is particularly "well suited" for summary judgment. *Del Real, LLC v. Harris*, 966 F. Supp. 2d 1047, 1051 (E.D. Cal. 2013); *see also Asuncion v. Dist. Dir. of U.S. Immigration & Naturalization Serv.*, 427 F.2d 523, 524 (9th Cir. 1970) (district court properly resolved motion for summary judgment where issues presented were comprised solely of questions of law).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **ED CV 18-2104-DMG (PLAx)** | Date | October 9, 2020 |
|---|---|---|---|

| Title | ***Federal Trade Commission v Jason Cardiff, et al.*** | Page | 17 of 28 |
|---|---|---|---|

## IV.
## DISCUSSION

The FTC moves for summary judgment on each of its claims under the FTC Act, Restore Online Shoppers' Confidence Act ("ROSCA"), Electronic Fund Transfer Act ("EFTA"), and the Telemarketing Sales Rule ("TSR") and seeks a permanent injunction prohibiting Jason and Eunjung Cardiff from engaging in deceptive or unfair business practices and ordering equitable monetary relief in the amount of $18,213,899.

The Cardiffs move for summary judgment on each of the FTC's claims, arguing that: (1) the FTC treated Defendants unfairly by choosing to litigate rather than issuing a warning letter; (2) Defendants discontinued sales and marketing prior to the FTC filing this action and had reasonable basis to believe in the efficacy of their products; (3) the FTC Act does not support the FTC's "common enterprise" theory; (4) Section 13(b) of the FTC Act does not provide for restitution; and (5) when calculating a restitution award, reliance may not be imputed to every consumer.

The Court first considers the Cardiffs' motion.

## A.     The Cardiffs' Motion for Summary Judgment

The Court already has dispensed with one of the Cardiffs' arguments regarding its authority to order monetary equitable relief under Section 13(b) of the FTC Act, notwithstanding *Liu v. Securities and Exchange Commission*, 140 S. Ct. 1936 (2020). *See* March 10, 2020 Order at 5-7 [Doc. # 305]; July 7, 2020 Order at 6-9 [Doc. # 388]; September 9, 2020 Order at 6 [Doc. # 485]. Since the issuance of this Court's rulings in this regard, no new authority has abrogated *Federal Trade Commission v. H.N. Singer, Inc.*, 668 F.2d 1107 (9th Cir. 1982), which construed Section 13(b) to give courts the "'authority to grant any ancillary relief necessary to accomplish complete justice,'" including the "power to order restitution." *Id.* at 1113. Indeed, binding Ninth Circuit decisions after *Singer* have confirmed that Section 13(b) permits equitable monetary relief. *See, e.g., F.T.C. v. AMG Capital Mgmt.*, LLC, 910 F.3d 417, 426 (9th Cir. 2018), *cert. granted*, 2020 WL 3865250 (U.S. July 9, 2020); *F.T.C. v. AT&T Mobility*, 883 F.3d 848, 864 (9th Cir. 2018). After the Supreme Court decided *Liu*, this Court held that *Liu* did not displace well-established Ninth Circuit precedent because its holding was cabined to a provision of the Securities and Exchange Act. July 7, 2020 Order at 8 [Doc. # 388]. In that same vein, the Ninth Circuit's recent decision in *Securities and Exchange Commission v. Yang*, No. 19-55289, (9th Cir. Aug. 6, 2020), does not affect the Court's ability to grant restitutionary relief under the FTC Act.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | ED CV 18-2104-DMG (PLAx) | Date | October 9, 2020 |
|---|---|---|---|

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | Page | 18 of 28 |

The Court has also previously held that there is no requirement that funds frozen to pay a possible restitutionary award be traceable to the alleged illegal activity. July 7, 2020 Order at 5 n.4. [Doc. # 388] (citing *F.T.C. v. Commerce Planet, Inc.*, 815 F.3d 593, 601 (9th Cir. 2016) (finding tracing requirements have never applied in Section 13(b) cases)). In that same Order, the Court found that the FTC provided sufficient notice to Defendants of the basis of its equitable monetary relief. *Id.* at 6. The Cardiffs have not provided any reason for the Court to reconsider its prior rulings.

Due to the uncertainty about the scope and breadth of restitutionary relief under Section 13(b), however, the Court will defer ruling and entering judgment on the remedies in this case until after the Supreme Court has rendered its decision in the Consolidated Appeals.

The Court turns next to the new arguments raised in the Cardiffs' MSJ as to their liability.

**1. Selective prosecution and failure to issue warning letters**

The Cardiffs acknowledge that "the selective prosecution doctrine has not been applied in civil cases brought by agencies." Defs.' Reply at 6; *see, e.g.*, *United States v. Armstrong*, 517 U.S. 456, 463 (1996) (noting that a criminal defendant may assert that a "prosecutor has brought the charge for reasons forbidden by the Constitution"); *Rodriguez v. Cal. Highway Patrol*, 89 F. Supp. 2d 1131, 1140 (N.D. Cal. 2000) ("[W]hile *Armstrong* is a case of critical importance in the criminal context, it is less instructive in a civil case such as the present one."). Furthermore, even if they could raise selective prosecution in this context, the Cardiffs have not articulated any reason why the FTC's enforcement action against them violates their constitutional rights. *See Wayte v. United States*, 470 U.S. 598, 608 (1985) (holding that equal protection prohibits the government from selectively prosecuting an individual on the basis of race, ethnicity, or religion); *Blackledge v. Perry*, 417 U.S. 21, 27 (1974) (holding that due process prohibits a prosecutor from vindictively prosecuting a defendant for the defendant's exercise of a statutory, procedural, or other protected right).

The Cardiffs also acknowledge that there is "certainly nothing in the statute that *requires* pre-suit warning of a lawsuit." Defs.' Reply at 5. The Court therefore denies Defendants' summary judgment motion to the extent it relies on the selective prosecution argument.[10] *Id.* at 6.

---

[10] Related to this argument is Defendants' assertion that the FTC did not engage in good-faith settlement discussions with them. *See* Defs.' MSJ at 14-15. The FTC objects to disclosure of settlement discussions. Pl.'s Opp. at 27-28. The Court agrees that the content of settlement discussions is not relevant to the legal disputes at issue here.

**CIVIL MINUTES—GENERAL**                    Initials of Deputy Clerk <u>KT</u>

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | ED CV 18-2104-DMG (PLAx) | Date | October 9, 2020 |
|---|---|---|---|

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | Page | 19 of 28 |

### 2.  Voluntary cessation of illegal conduct

The Cardiffs also argue that Redwood had ceased all of its purportedly deceptive, unfair, or otherwise illegal conduct months before the FTC brought this action.  Defs.' Reply at 8-9.  The Cardiffs have previously raised this argument in their motion to dissolve the Preliminary Injunction [Doc. # 265], and the Court rejected it as a matter of law and fact.  March 10, 2020 Ord. at 4-5 [Doc. # 305].

Even if a violation of the FTC Act has ceased, an injunction will issue under §53(b) if there is reason to believe that the past conduct is "likely to recur."  *FTC v. Evans Prods. Co.*, 775 F.2d 1084, 1087 (9th Cir. 1985); *United States v. W.T. Grant Co.*, 345 U.S. 629, 633 (1953) (holding to obtain an injunction, the FTC must show there is a "cognizable danger of recurrent violation, something more than the mere possibility which serves to keep the case alive").  As the Court held when it denied reconsideration of the Preliminary Injunction, not only were Defendants' statements that Redwood's operations had ceased not credible, but "[e]ven if Defendants had stopped business operations prior to the filing of the Complaint, the presence of products, shipping boxes, labels, and receipt of an order demonstrates that Defendants were likely to engage in future business operations."  March 10, 2020 Ord. at 4-5 [Doc. # 305.]  Furthermore, the Cardiffs admit that Defendants were still selling TBX-FREE, Eupepsia Thin, and Prolongz on October 12, 2018, when the Complaint was filed.  SUF 232.  Although they argue that the Products' sales were *de minimis* after July 2018, when Redwood began winding down operations, and that Redwood ceased doing business in September 2018, Eunjung has attested that she was still paying Redwood employees in October 2018 when the TRO was entered.  DSUMF 22a, 25; Eunjung Decl. at ¶ 7 [Doc. # 147-2].  It is uncontroverted that, according to Internet Archive captures of ordertbxfree.com, as late as September 17, 2020, TBX-FREE was still advertised as having an 88% success rate, despite the Cardiffs acknowledging the deceptive nature of that statistic.  *See* Sands Decl., Att. 12 [Doc. # 499-2].  In addition, the Cardiffs started using paid robocalls on February 14, 2018, and continued to deliver ringless voicemails until July 2018.  SUF 124-25, 320.  Jason also worked on developing Rengalife until July 2018.  SUF 201.

"Mere voluntary cessation of allegedly illegal conduct does not moot a case; if it did, the courts would be compelled to leave '[t]he defendant . . . free to return to his old ways.'"  *F.T.C. v. Affordable Media*, 179 F.3d 1228, 1238 (9th Cir. 1999) (quoting *United States v. Concentrated Phosphate Export Ass'n., Inc.*, 393 U.S. 199, 203 (1968)).  Here, the Court notes that the egregiousness of the Cardiffs' knowing misrepresentations about the efficacy of the Products, years of profiting off the Products, total lack of "protestations of repentance," and plans to continue in the film strip business indicate likelihood of engaging in similar unfair acts or practices in the

---

CIVIL MINUTES—GENERAL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES—GENERAL

| Case No. | ED CV 18-2104-DMG (PLAx) | Date | October 9, 2020 |
|---|---|---|---|

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | Page | 20 of 28 |
|---|---|---|---|

future. *United States v. Or. State Med. Soc.*, 343 U.S. 326, 333 (1952); *see also F.T.C. v. Accusearch Inc.*, 570 F.3d 1187, 1202 (10th Cir. 2009); *S.E.C. v. Murphy*, 626 F.2d 633, 655 (9th Cir. 1980). Moreover, the Cardiffs' demonstrated eagerness to launch new business ventures without any assurances—sincere or otherwise—that consumer protection violations will not recur heightens the likelihood that they will engage in similar deceptive practices in the absence of court intervention.

### 3. Common enterprise

Defendants cite no legal authority for their argument that there is no common enterprise liability in an FTC enforcement action. Rather, courts routinely apply the elements for determining common enterprise in FTC cases at the summary judgment stage. *See, e.g.*, *F.T.C. v. Elegant Sols., Inc.*, No. SA CV 19-1333-JVS (KESx), 2020 WL 4390381, at *11 (C.D. Cal. July 6, 2020) (granting summary judgment and finding that defendants operated as a common enterprise); *F.T.C. v. Consumer Def., LLC*, No. CV 18-00030-JCM (BNWx), 2019 U.S. Dist. LEXIS 225283, at *5-6 (D. Nev. Dec. 5, 2019) (same); *FTC v. AMG Servs.*, No. CV 12-00536-GMN (VCFx), 2017 U.S. Dist. LEXIS 66689, at *26-28 (D. Nev. May 1, 2017) (same). The Ninth Circuit has held that "[w]here corporate entities operate together as a common enterprise, each may be held liable for the deceptive acts and practices of the others." *F.T.C. v. Grant Connect, LLC*, 763 F.3d 1094, 1105 (9th Cir. 2014). A common enterprise may be demonstrated by "strongly interdependent economic interests or the pooling of assets and revenues." *F.T.C. v. Network Servs. Depot, Inc.*, 617 F.3d 1127, 1143 (9th Cir. 2010). Here, the undisputed facts indicate that the Cardiffs and the Entity Defendants are all involved in the sale of the Products and that money, products, and employees flowed freely between them. The FTC has amply shown that the Cardiffs are beneficiaries and masterminds of a common enterprise to sell the Products through the Entity Defendants, which constitute various iterations and shells of one another.[11]

Furthermore, individuals are liable for corporate violations of the FTC Act if they (1) "participated directly in the deceptive acts or had the authority to control them and (2) [ ] had knowledge of the misrepresentations, [were] recklessly indifferent to the truth or falsity of the misrepresentation, or [were] aware of a high probability of fraud along with an intentional avoidance of the truth." *F.T.C. v. John Beck Amazing Profits, LLC*, 865 F. Supp. 2d 1052, 1082 (C.D. Cal. 2012) (quoting *F.T.C. v. Stefanchik*, 559 F.3d 924, 931 (9th Cir. 2009)). The Cardiffs

---

[11] Although the uncontroverted facts tend to support a finding that the Entity Defendants and the Cardiffs were also alter egos, the Court need not specifically address that argument because it has found common enterprise liability and individual liability.

**CIVIL MINUTES—GENERAL**          Initials of Deputy Clerk <u>KT</u>

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **ED CV 18-2104-DMG (PLAx)** | | Date | October 9, 2020 |
|---|---|---|---|---|

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | | Page | 21 of 28 |
|---|---|---|---|---|

do not seriously dispute that they controlled the Entity Defendants and it is uncontroverted that they had knowledge of the misrepresentations in advertising or were recklessly indifferent to the falsity of the misrepresentations.

\* \* \*

For the foregoing reasons, Defendants' MSJ is **DENIED**, to the extent it argues against the Cardiffs' liability.

**B.      The FTC's Motion for Summary Judgment**

**1.    FTC Act claims (Counts 1-12)**

The FTC brings 12 claims against Defendants for violations of Section 5(a) and Section 12 of the FTC Act.  Section 5(a) prohibits deceptive and unfair acts or practices in or affecting commerce.  15 U.S.C. § 45(a).  Section 12 prohibits false advertisements for food, drugs, devices, services, or cosmetics in or affecting commerce.  15 U.S.C. § 52.  The Cardiffs do not dispute that TBX-FREE, Eupepsia Thin, and Prolongz are drugs within the definition of Section 12.  *Cf. F.T.C. v. SlimAmerica, Inc.*, 77 F. Supp. 2d 1263, 1266 & 1272 (S.D. Fla. 1999) (holding that diet pills are a "food" and/or "drug" for purposes of Section 12).

For both Section 5(a) and Section 12 violations, the FTC "will find an act or practice deceptive if, first, there is a representation, omission, or practice that, second, is likely to mislead consumers acting reasonably under the circumstances, and third, the representation, omission, or practice is material." *F.T.C. v. Pantron I Corp.*, 33 F.3d 1088, 1095 (9th Cir. 1994) (citation omitted); *see also F.T.C. v. Gill*, 265 F.3d 944, 950 (9th Cir. 2001).  The FTC may assert a "falsity" theory, in which it must prove that the express or implied message conveyed by the advertising is false, or the "reasonable basis theory," in which it must prove that the advertiser lacked a reasonable basis to assert the message was true.  *Pantron I Corp.*, 33 F.3d at 1096.  To determine whether an advertiser has satisfied the reasonable basis requirement, the Court must determine first "what level of substantiation the advertiser is required to have for his advertising claims[,]" then "whether the advertiser possessed that level of substantiation." *Id.*  Defendants must establish what substantiation they relied on, and the FTC must show that the substantiation is inadequate. *John Beck Amazing Profits, LLC*, 865 F. Supp. 2d at 1067.

A misleading impression is material if it "involves information that is important to consumers and, hence, likely to affect their choice of, or conduct regarding, a product." *F.T.C. v.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES—GENERAL

| Case No. | **ED CV 18-2104-DMG (PLAx)** | Date | October 9, 2020 |
|---|---|---|---|

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | Page | 22 of 28 |
|---|---|---|---|

*Cyberspace.com, LLC*, 453 F.3d 1196, 1201 (9th Cir. 2006) (citation and quotation marks omitted). If the Court finds that "no reasonable factfinder could conclude that the [advertisement] was not likely to mislead consumers acting reasonably under the circumstances in a way that is material," the Court may grant summary judgment on the FTC Act violations. *Id.*

An act is unfair under Section 5(n) if it causes substantial injury not outweighed by countervailing benefits to consumers or competition, and that consumers themselves could not reasonably have avoided. 15 U.S.C. § 45(n); *see also F.T.C. v. Neovi, Inc.*, 604 F.3d 1150, 1155 (9th Cir. 2010).

### a. False or unsubstantiated efficacy and false proof claims (Counts 1-6)

The FTC's first six counts against Defendants are based on false or unsubstantiated efficacy and false proof for each of the three Products. The Cardiffs themselves refer to the Products' advertising prior to February 2018 as "potentially misleading," and they offer no expert opinions to rebut Plaintiff's expert opinions that the Products' advertising is unsubstantiated. Defs.' Opp. at 12. Instead, the Cardiffs argue that they reasonably believed that the Products were effective based on scientific literature regarding their "active" ingredients. *Id.* at 15. They have no expert qualifications to justify their "reasonable" belief, however, and the studies they cite regarding cytisine's effect on smoking cessation and guarana's effect on appetite suppression do not support the claims Defendants made about TBX-FREE's and Eupepsia Thin's efficacy. As for Prolongz, Defendants did conduct a pilot study of its effect on 29 participants. But according to the FTC's expert, that study was unreliable, and it did not "prove[] to effectively increase the length in Sex for over 97% of *Thousands* of Men who have tried Prolongz." SUF 644-45 (emphasis added). Accordingly, the FTC's experts have shown that the Cardiffs' alleged substantiation is inadequate both as to the efficacy of the Products as well as to the truthfulness of claims that any of the Products have been "clinically proven" to affect consumers' health. It is immaterial whether the Cardiffs believed they were acting in good faith by relying on the studies they had read, when they have acted with "reckless indifference" to the falsity of their statements by concocting numbers and ignoring advertisers' and networks' requests for greater substantiation. *Network Servs. Depot*, 617 F.3d at 1140.

What is material is the proven effectiveness of products that promise quick results on three important consumer health concerns: smoking cessation, weight loss, and male sexual performance. Defendants ran ads untruthfully claiming that: TBX-FREE has an 88% success rate, is endorsed by the New England Journal of Medicine, and is more effective than nicotine patches or gum; Eupepsia Thin is guaranteed to result in weight loss fast without a change in diet; and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | ED CV 18-2104-DMG (PLAx) | Date | October 9, 2020 |
|---|---|---|---|

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | Page | 23 of 28 |

Prolongz is clinically proven to work for thousands of men. These guarantees of success, testimonials, clinical studies, and endorsements by prominent academic institutions are certainly material to a consumer purchasing the Products.

Accordingly, the Court **GRANTS** summary judgment on Counts 1 through 6 for violations of Sections 5(a) and 12 of the FTC Act.

### b. False "Made in the United States" advertising (Count 7)

The FTC has authority under Section 5 to regulate claims of U.S. origin in advertising. *See "Made in USA" and Other U.S. Origin Claims*, 62 Fed. Reg. 63756, 1997 WL 737641 (Dec. 2, 1997). The FTC recognizes two types of U.S. origin statements: unqualified and qualified. *Id.* An unqualified statement claims only that the product is of U.S. origin, while a qualified statement goes on to explain the source of the ingredients. *Id.* The FTC distinguishes between statement types because consumers expect that products labeled with unqualified statements of U.S. origin contain a high amount of U.S. content. *Id.* at *63763. Accordingly, the FTC permits unqualified statements of U.S. origin only when "all or virtually all" of the ingredients are domestic; that is, the product must contain no more than a *de minimis* amount of foreign content and have "been last substantially transformed in the United States." *Id.* at *63756.

It is undisputed that Eupepsia Thin strips are made in India and China. Defendants' employees attest that the product packaging was also made in China. Walker Decl. at ¶ 48 [Doc. # 424-1]; Wu Decl. at ¶¶ 8, 12-13 [Doc. # 428-5]. Jason admits that "the products were received from China and India in bags containing 500 strips per bag. The products were removed, ETC." Jason Decl. at ¶ 83 [Doc. # 491-3]. The Cardiffs cite no evidence about what transformation the strips underwent once they arrived in the United States. Their Opposition provides inadmissible argument regarding the cost of "organizing the strips, inserting them into plastic cartridges with labeling, [and] sealing them in plastic bags with labeling." Defs.' Opp. at 23. Even if the Court could take those assertions into consideration, the Court finds as a matter of law that "all or virtually all" of the Eupepsia Thin strips were not made of domestic ingredients or substantially transformed in the United States, thus rendering an unqualified "Made in USA" statement false.

The Court **GRANTS** summary judgment on Count 7 for violation of Section 5(a) of the FTC Act for a false unqualified U.S. origin claim.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES—GENERAL

| Case No. | **ED CV 18-2104-DMG (PLAx)** | Date | October 9, 2020 |
|---|---|---|---|

| Title | ***Federal Trade Commission v Jason Cardiff, et al.*** | Page | 24 of 28 |

### c. False money-back guarantee (Count 8)

The Cardiffs do not dispute that Defendants advertised money-back guarantees, including lifetime money-back guarantees, but that any consumer that received a refund for a Product needed to satisfy certain steps and restrictions first. This constitutes a material deceptive act or practice that is likely to mislead. *See FTC v. Think Achievement Corp.*, 144 F. Supp. 2d 993, 1005-06, 1012 (N.D. Ind. 2000) (granting summary judgment where defendants falsely represented that program came with money-back guarantee without disclosing material conditions before purchase), *aff'd*, 312 F.3d 259 (7th Cir. 2002).

The Court **GRANTS** summary judgment on Count 8 for violation of Sections 5(a) and 12 of the FTC Act.

### d. Deceptive testimonials (Count 9)

Based on the uncontroverted fact that Jason knew that the Eupepsia Thin testimonialists had already lost weight without taking Eupepsia Thin, the Cardiffs acted with reckless indifference to the falsity of the testimonials, which were material to consumers. *See, e.g.*, *FTC v. Grant Connect, LLC*, 827 F. Supp. 2d 1199, 1228 (D. Nev. 2011) (granting summary judgment on FTC's deception count where defendants presented no evidence showing that certain testimonials were genuine), *aff'd in part and vacated in part on other grounds*, 763 F.3d 1094 (9th Cir. 2014). Jason's summary denial of knowledge in his declaration is insufficient to create a dispute of material fact where there is documentary evidence that he knew and approved of the contractor hiring testimonialists who had already lost weight without using Eupepsia Thin, and that the testimonials were filmed before Redwood even began selling the product. *F.T.C. v. Publ'g Clearing House, Inc.*, 104 F.3d 1168, 1171 (9th Cir. 1997), *as amended* (Apr. 11, 1997).

The Court **GRANTS** summary judgment on Count 9 for violation of Sections 5(a) and 12 of the FTC Act.

### e. Failure to adequately disclose and misrepresentation of automatic enrollment in autoship plans (Counts 10 and 11)

The FTC has submitted testimony of former Redwood employees indicating that Jason instructed them not to disclose the autoship program to consumers and, when they did, they falsely reassured customers they would not be enrolled in an autoship program. When an FTC investigator bought TBX-FREE undercover, he was not informed of the autoship program. Online customers

---

CV-90        **CIVIL MINUTES—GENERAL**        Initials of Deputy Clerk <u>KT</u>

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES—GENERAL

| Case No. | **ED CV 18-2104-DMG (PLAx)** | Date | October 9, 2020 |
|---|---|---|---|

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | Page | 25 of 28 |
|---|---|---|---|

were also enrolled by default into an autoship program despite no notice of enrollment at the checkout page, with autoship terms buried in the terms and conditions section of a website. The Cardiffs have submitted no evidence, other than general denials, showing that they made the required disclosures or corrected any misrepresentations, and they have failed to create a genuine dispute of material fact.

Failing to inform consumers that they will be enrolled in an autoship program that includes monthly charges is a material omission that is likely to mislead reasonable consumers. Misrepresentations about the autoship program are also material and likely to mislead reasonable consumers. *See F.T.C. v. Grant Connect, LLC*, 827 F. Supp. 2d 1199, 1224 (D. Nev. 2011), *aff'd in relevant part* 763 F.3d 1094 (9th Cir. 2014) (finding a monthly membership fee not adequately disclosed in violation of the FTC Act where it was buried in the terms and conditions in fine print).

The Court **GRANTS** summary judgment on Counts 10 and 11 for violations of Sections 5(a) and 12 of the FTC Act.

### f. Unfairly charging customers regarding autoship plan (Count 12)

Although Jason generally attests that customers always had an autoship option when purchasing the Products, the testimony and documentary facts show that Jason knew and approved of a program by which Redwood employees directly charged customers' saved debit and credit cards without their consent. By not citing to supporting evidence, the Cardiffs have failed to create a genuine dispute of material fact on this issue.

Clearly, charging consumers without their consent (1) injures them, (2) without any increase in services or benefits, and (3) is not at all avoidable, given the lack of disclosure that consumers would be charged for an autoship program. *See Neovi*, 604 F.3d at 1157; *see also F.T.C. v. Commerce Planet, Inc.*, 878 F. Supp. 2d 1048, 1079 (C.D. Cal. 2012), *aff'd in relevant part*, 642 F. App'x 680 (9th Cir. 2016) (granting summary judgment against defendant that signed consumers up for a continuity program without their consent).

The Court **GRANTS** summary judgment on Count 12 for unfair practices under Section 5(n) of the FTC Act.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | ED CV 18-2104-DMG (PLAx) | Date | October 9, 2020 |
|---|---|---|---|

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | Page | 26 of 28 |
|---|---|---|---|

### 2. Restore Online Shoppers' Confidence Act claim (Count 13)

In 2010, Congress passed the Restore Online Shoppers' Confidence Act ("ROSCA"), 15 U.S.C. §§ 8401-05, to promote consumer confidence in online commerce. Section 4 of ROSCA generally prohibits charging consumers for goods or services sold in transactions effected on the Internet through a negative option feature, which is defined as "an offer or agreement to sell or provide any goods or services, a provision under which the customer's silence or failure to take an affirmative action to reject goods or services or to cancel the agreement is interpreted by the seller as acceptance of the offer." 16 C.F.R. § 310.2(w); *see* 15 U.S.C. § 8403. A seller may only use a negative option feature if the seller: (a) clearly and conspicuously discloses all material terms of the transaction before obtaining the consumer's billing information; (b) obtains the consumer's express informed consent before making the charge; and (c) provides a simple mechanism to stop recurring charges. 15 U.S.C. § 8403.

For the reasons stated above, there is no genuine dispute of material fact that Defendants employed a negative option feature in which consumers were enrolled in a monthly autoship program that shipped products to them without consent and unless consumers took the affirmative step to cancel the autoship program (and sometimes, even then, were not able to effectuate a cancellation).

The Court **GRANTS** summary judgment on Count 13 for violation of ROSCA.

### 3. Electronic Fund Transfer Act claim (Count 14)

The Electronic Fund Transfer Act ("EFTA"), 15 U.S.C. §§ 1693-1693r, and its implementing Regulation E, 12 C.F.R. Part 1005, regulate the rights, liabilities, and responsibilities of participants in electronic fund transfer systems. Violations of EFTA and Regulation E as set forth in Paragraphs 116 and 117 also constitute violations of the FTC Act. 15 U.S.C. § 1693o(c).

The record shows that Defendants (1) debited consumers' bank accounts on a recurring basis without obtaining a written authorization signed or similarly authenticated from consumers for preauthorized electronic fund transfers from their accounts, and (2) debited bank accounts on a recurring basis without providing to the consumer a copy of a written authorization signed or similarly authenticated by the consumer for preauthorized electronic fund transfers from the consumer's account, thereby violating Section 907(a) of EFTA, 15 U.S.C. § 1693e(a), and Section 1005.10(b) of Regulation E, 12 C.F.R. § 1005.10(b). The Cardiffs have not provided evidence raising a genuine dispute of material fact regarding their failure obtain required written

---

CIVIL MINUTES—GENERAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES—GENERAL

| Case No. | **ED CV 18-2104-DMG (PLAx)** | Date | October 9, 2020 |
|---|---|---|---|

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | Page | 27 of 28 |
|---|---|---|---|

authorizations for certain bank transfers from consumers. *See Grant Connect*, 827 F. Supp. 2d at 1231-32.

    The Court **GRANTS** summary judgment on Count 14 for violation of EFTA.

### 4. Telemarketing Sales Rule claim (Count 15)

    Section 310.4(b)(1)(v) of the FTC's Telemarketing Sales Rule ("TSR") prohibits initiating an outbound telephone call that delivers a prerecorded message to induce the purchase of any good or service. 16 C.F.R. § 310.4(b)(1)(v). The Cardiffs admit that Defendants used two companies to send prerecorded ringless voicemails to 1.5 million consumers advertising the Products and have provided no evidence that Defendants obtained from recipients of the calls an express agreement in writing authorizing the placement of such calls. *See id.* § 310.4(b)(1)(v)(A).

    The Court **GRANTS** summary judgment on Count 15 for violation of the TSR.

### 5. Misrepresentation regarding earnings claim (Count 16)

    The Cardiffs admit that they did not have earnings data to substantiate claims of sure earnings from becoming a member of Rengalife. The FTC's expert concluded that nearly all Rengalife members would be forced to be in a negative financial position due to purchasing more films trips than they could sell. Although the Cardiffs aver that they abandoned Rengalife quickly when they realized it would not be profitable, they have not shown a genuine dispute of material fact that they in fact made misrepresentations regarding earnings claims. The Court finds that Defendants' Rengalife emails, website, and Facebook posts and livestreams made material misrepresentations in a manner likely to mislead reasonable consumers. *See F.T.C. v. Stefanchik*, 559 F.3d 924, 929 (9th Cir. 2009).

    The Court **GRANTS** summary judgment on Count 16 for violation of Section 5(a) of the FTC Act.

## V.
## CONCLUSION

    In light of the foregoing, the Court **GRANTS in part** the FTC's MSJ as to the Cardiffs' liability and **DENIES in part** the Cardiffs' MSJ relating to the Cardiffs' liability.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | ED CV 18-2104-DMG (PLAx) | Date | October 9, 2020 |

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | Page | 28 of 28 |

The Court defers ruling and judgment on the proper remedy pending the Supreme Court's decision in the Consolidated Appeals. The parties shall file a joint status report within 15 days of the Supreme Court's ruling, proposing a new briefing schedule as to the remedies phase, if appropriate.

Unless and until the Court orders otherwise, the Preliminary Injunctions [Doc. ## 59, 389] remain in effect.

**IT IS SO ORDERED.**

# EXHIBIT 69

## TO THE DECLARATION OF STEPHEN G. LARSON

[Redacted - Document Conditionally Filed Under Seal]

# EXHIBIT 70
## TO THE DECLARATION OF STEPHEN G. LARSON

[Redacted - Document Conditionally Filed Under Seal]

# EXHIBIT 71

1  Michael Gerard Fletcher (State Bar No. 070849)
     mfletcher@frandzel.com
2  Craig A. Welin (State Bar No. 138418)
     cwelin@frandzel.com
3  Hal D. Goldflam (State Bar No. 179689)
     hgoldflam@frandzel.com
4  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   1000 Wilshire Boulevard, Nineteenth Floor
5  Los Angeles, California 90017-2427
   Telephone: (323) 852-1000
6  Facsimile: (323) 651-2577

7  Attorneys for Receiver ROBB EVANS
   AND ASSOCIATES LLC

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                  WESTERN DIVISION

12

| | |
|---|---|
| 13 FEDERAL TRADE COMMISSION, | Case No. 5:18-cv-02104-DMG-PLA |
| 14                Plaintiff, | **DECLARATIONS OF BRICK KANE AND MICHAEL GERARD FLETCHER IN SUPPORT OF APPLICATION FOR ORDER APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND RECEIVER'S COUNSEL'S FEES AND EXPENSES FOR THE PERIOD FROM JULY 1, 2020 THROUGH OCTOBER 31, 2020** |
| 15          v. | |
| 16 JASON CARDIFF, etc., et al., | |
| 17                Defendants. | |
| 18 | |
| 19 | [Fifth Fee Application; Local Rule 66-7(f)] |
| 20 | |
| 21 | Date:    February 5, 2021 |
| 22 | Time:    9:30 a.m. Place:   Courtroom 8C, 350 West 1st St. Judge:   Hon. Dolly M. Gee |
| 23 | |

24

25

26

27

28

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

## DECLARATION OF BRICK KANE

I, Brick Kane, declare as follows:

1.     I am the President & Chief Operating Officer of Robb Evans & Associates LLC ("REA"), initially the Temporary Receiver and subsequently the Receiver in this matter.  I have personal knowledge of the matters set forth in this declaration and, if I were called upon to testify as to those matters, I could and would competently testify thereto based upon my personal knowledge.

2.     I am one of the individuals with REA that has primary responsibility for the day-to-day supervision and management of the receivership estate in this case since REA first began to act as the Temporary Receiver on October 10, 2018, pursuant the its *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment of a Temporary Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("Temporary Restraining Order").

3.     On October 24, 2018, the Court entered its Preliminary Injunction with Asset Freeze, Receiver, and Other Equitable Relief Against Redwood Scientific Technologies, Inc. (CA), etc. Appointment of a Receiver, and Other Equitable Relief, whereby the Court ordered that Robb Evans & Associates LLC shall continue to serve as the Receiver of the Receivership Entities with full powers of an equity receiver.  [Doc. No. 46.]

4.     On October 24, 2018, the Court entered its Order Extending Temporary Restraining Order and Granting Continuance of Preliminary Injunction Hearing for Defendant Danielle Cadiz.  [Doc. No. 47.]

5.     On October 24, 2018, the Court entered its Order Extending Temporary Restraining Order and Granting Continuance of Preliminary Injunction Hearing for Defendants Jason Cardiff and Eunjung Cardiff and Ordering them to Return Assets. [Doc. No. 48.]

6.     On November 1, 2018, the Receiver filed its Report of Activities for

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

the period from October 10, 2018 through October 31, 2018 ("First Report of Activities"). [Doc. No. 52; *see also* Doc. 53 Notice of Errata – whereby a readable copy of page 9 of the First Report of Activities was filed.]

6. On November 7, 2018, the Court entered its Stipulated Preliminary Injunction as to Defendant Danielle Cadiz, whereby the Court ordered that Robb Evans & Associates LLC shall continue to serve as the Receiver of the Receivership Entities with full powers of an equity receiver [Doc. No. 55.]

7. On November 8, 2018, the Court entered its Preliminary Injunction with Asset Freeze, Receiver, and Other Equitable Relief Against Jason Cardiff and Eunjung Cardiff ("Preliminary Injunction"), whereby the Court ordered that Robb Evans & Associates LLC shall continue to serve as the Receiver of the Receivership Entities and of the Assets of Defendants Jason Cardiff and Eunjung Cardiff, as more particularized therein, with full powers of an equity receiver. [Doc. No. 59.]

8. On September 27, 2019, the Court entered an Order Approving and Authorizing Payment of the Receiver's and Its Counsel's Fees and Expenses for the Period from Inception of the Receivership Estate Through November 30, 2018. [Doc. 223.]

9. On September 27, 2019, the Court entered an Order Approving and Authorizing Payment of the Receiver's and Its Counsel's Fees and Expenses for the Period from Inception of the Receivership Estate through November 30, 2018 ("First Fee Application"). [Doc. 223.]

10. On September 27, 2019, the Court entered its Order Approving and Authorizing Payment of the Receiver's and Its Counsel's Fees and Expenses for the Period from December 1, 2018 through June 30, 2019 ("Second Fee Application"). [Doc. 224.]

11. On March 10, 2020, the Court entered its Order Approving Settlement Between Receiver and Third-Party Inter/Media Time Buying Corporation ("Inter/Media"). [Doc. 306.]

12.    March 10, 2020, the entered its Order Authorizing the Receiver to Sell, Subject to the Court's Final Confirmation, Defendants Cardiffs' Residence Located at 700 West 25th Street, Upland, California.  [Doc. 306, 309 (formal order).]

13.    On March 10, 2020, the Court entered its Order Approving and Authorizing Payment of the Receiver's and Its Counsel's Fees and Expenses for the Period from July 1, 2019 through September 30, 2019 ("Third Fee Application"). [Doc. 307.]

14.    On June 24, 2020, the Court entered its Temporary Restraining Order With Asset Freeze and Other Equitable Relief and Order to Show Cause Why A Preliminary Injunction Should Not Issue Under Seal and In Camera temporarily appointing the Receiver over VPL Medical, Inc., which the Court extended for the duration of this case by entering its Preliminary Injunction with Asset Freeze and Receiver on July 7, 2020 [Doc. 389], giving the Receiver the powers of an equity receiver as to VPL (collectively, the "VPL Preliminary Injunction").

15.    On June 29, 2020, the Receiver filed the Report of Receiver's Immediate Access to the Premises of VPL Medical, Inc ("Initial VPL Report"). [Doc. 365.]

16.    On July 6, 2020, the Receiver file its Supplemental Report Regarding VPL Medical, Inc., Jason Cardiff, and Materially Altered Bank Account Statements ("Supplemental VPL Report").  [Doc. 380.]

17.    On August 31, 2020, the Receiver filed the Declaration of Brick Kane including the Receiver's Report of VPL Medical, Inc. Conducting Operations Going Forward dated August 18, 2020, attached as Exhibit 1 to the Declaration ("August 18, 2020 VPL Report").  (Filed under seal [Doc. 472] pursuant to the Court's Order entered on August 29, 2020 [Doc. 470]).  In addition to the ongoing operational expenses in the VPL Cash Flow Projections included with the August 18, 2020 VPL Report is a weekly reserve for the Receiver's fees and costs, including the Receiver's counsel.  The parties stipulated to the Court approving the August 18,

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

1    2020 VPL Report, including the Cash Flow Projections, and for the Court to instruct

2    the Receiver to conduct VPL operations going forward in accordance therewith

3    [Doc. 467-1].  On August 29, 2020, the Court entered its Order approving the

4    August 18, 2020 Report including the VPL Cash Flow Projections, and instructed

5    the Receiver to conduct VPL Operations going forward in accordance with the VPL

6    Cash Flow Projections.  [Doc. 470.]

7         18.    On October 1, 2020, the Receiver filed its VPL Operating Report.

8    [Doc. 503] pursuant to the Court's September 9, 2020, Order [Doc. 486] directing

9    the Receiver to "provide updates on VPL's business, operations, income/expenses,

10   and earnings projections", among other things, every 60 days ("October 1, 2020

11   VPL Report").

12        19.    On October 13, 2020, the Court entered its Order Re Receiver's Fourth

13   Application for Fees and Expenses granting the Receiver's Fourth Fee Application

14   and authorizing payment of the Receiver's and its counsel's fees and expenses the

15   Fourth Fee Period (October 1, 2019 through June 30, 2020) ("Fourth Fee

16   Application).  [Doc. 514.]

17        20.    By July 16, 2020, the Receiver filed a total of six Affidavits of Non-

18   Compliance with the TRO and Preliminary Injunction (October 23, 2018 [Doc.

19   206], July 2, 2019 [Doc. 144], August 22, 2019 [Docs. 200, 201], January 29, 2020

20   [Doc. 273], April 30, 2020 [Doc. 331], and July 16, 2020 [Doc. 442]).

21                **Fees, Expenses, and Activities During the Fifth Reporting Period**

22        21.    During the Fifth Reporting Period (July 1, 2020 through October 31,

23   2020), the fees and costs of the Receiver, the Receiver's deputies, and staff totaled

24   $160,032.79, consisting of $156,166.20 in fees and $3,866.59 in costs.  The legal

25   fees and costs of the Receiver's counsel, Frandzel Robins Bloom & Csato, L.C.

26   ("FRBC"), which the Receiver hired pursuant to the authority given to the Receiver

27   in the Court's Temporary Restraining Order at § XVI.G., and the Preliminary

28   Injunction at § XVI.G., totaled 348,969.76, consisting of $344,648.50 in fees and

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

1   $4,321.26 in costs.  Accordingly, the total of receivership fees and expenses

2   incurred during the Fifth Reporting Period which the Receiver seeks an order

3   authorizing payment is $509,002.55.

4        22.    The Receiver's fees and costs for which approval is requested are

5   identified in the summary which the Receiver's office has prepared and titled as

6   "Receivership Administrative Expense Report by Month and Fund Balance From

7   Inception (October 10, 2018) to October 31, 2020," a true and correct copy of which

8   I attach hereto as Exhibit 1.  The fees are further detailed Exhibit 2 hereto.

9   Specifically, Exhibit 2 is comprised of monthly billing summaries reflecting the

10  services rendered and time spent by REA's members, accountants, staff, and support

11  staff during the Fifth Reporting Period (with the work descriptions redacted where

12  appropriate to preserve information protected from disclosure by the attorney-client

13  privilege or otherwise to protect the Receiver and the receivership estate from

14  inappropriate disclosures).

15       23.    I am familiar with the methods and procedures used to create, record,

16  and maintain the Receiver's billing records.  The billing records attached hereto as

17  Exhibit 2 are prepared from computerized time records prepared contemporaneously

18  with the services rendered by each professional billing time to this matter.  These

19  computerized records are prepared in the ordinary course of business by the

20  Receiver's professionals who have a business duty to accurately record their time

21  spent and services rendered on the matters on which they perform work.  The time

22  records are transferred into a computerized billing program which generates

23  monthly invoices.  In my experience, the Receiver's methods and procedures for

24  recording and accounting for time and services have proven to be reliable and

25  accurate.

26       24.    The activities described in the First Report of Activities, in my

27  declarations submitted in support of the Receiver's Second Fee Application, Third

28  Fee Application, and Fourth Fee Application, the Initial VPL Report, the

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

1  Supplemental VPL Report, the August 31, 2020 VPL Report, and the October 1,

2  2020 VPL Report generally have continued during the Fifth Reporting Period in the

3  context of the Receiver's efforts to identify, obtain, safeguard and preserve assets of

4  the receivership estate and otherwise to perform its duties and responsibilities under

5  the authority granted by the Temporary Restraining Order and Preliminary

6  Injunction, and the VPL Preliminary Injunction.  Moreover, while the services

7  rendered and time spent by REA's members, accountants, staff, and support staff

8  during the Fifth Reporting Period are summarized in the Receiver's billing

9  summaries (Exhibit 2), such services included, without limitation: (a) regularly

10  communicating with the Receiver's counsel on various legal and fact issues related

11  to the Receiver's administration of the receivership estate, including asset

12  identification and recovery issues; (b) regularly communicating with the FTC's

13  counsel regarding receivership assets, including asset identification and preservation

14  issues; (c) preparing the Receiver's sixth affidavit of non-compliance; (d) evaluating

15  the Receiver's duties and obligations under the VPL Preliminary Injunction; (e)

16  regularly visiting VPL's production, including in connection with VPL's principals,

17  Bobbi Bedi and Jason Cardiff working on getting the production machines

18  operational; (f) engaging in extensive discussions and exchange of information with

19  Messrs. Bedi and Cardiff, the attorneys for VPL and Messrs. Bedi and Cardiff, and

20  third parties, regarding VPL manufacturing issues; (g) preparing the VPL cash flow

21  projections and continuously working on VPL cash flow issues; (h) negotiating

22  salaries and job descriptions for Messrs. Bedi and Cardiff; (i) regularly participating

23  in discussions with the parties and their counsel regarding VPL operational issues;

24  (j) conducting regular meetings with VPL's principals re VPL operational issues; (k)

25  monitoring of the status of the instant litigation including review of motions and

26  other documents filed by the parties, and working with the Receiver's counsel in

27  connection therewith; (l) handling of various VPL related issues, including sales tax

28  issues, vendor payment requests and payments, updating cash flow projections,

DECLARATIONS OF BRICK KANE AND MICHAEL GERARD FLETCHER IN SUPPORT OF APPLICATION FOR ORDER
APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND RECEIVER'S COUNSEL'S FEES, ETC.

1  payroll, and working with the Receiver's counsel re employment agreement terms

2  for line workers; (m) preparing the Receiver's reports filed with the Court; (n)

3  working on multiple matters relating to the Cardiffs' residence.

4      21.    During the Fifth Reporting Period, FRBC performed certain work for

5  the Receiver.  That work is summarized in the accompanying Declaration of

6  Michael Gerard Fletcher and evidenced by FRBC's invoices to the Receiver

7  (Exhibit 4 thereto), which I have reviewed and approved for payment subject to the

8  Court granting this Application.

9      22.    I believe that in light of the work performed during the Fifth Reporting

10  Period, the fees and costs of the Receiver and FRBC are reasonable and should be

11  approved and authorized for payment in their entirety.

12      23.    In connection with the Application, the Receiver will comply with the

13  notice requirements of Local Rule 66-7(f) concerning applications for approval of a

14  receiver's administrative fees and expenses by serving a copy of the Notice of

15  Application and Application, the supporting Memorandum of Points and

16  Authorities, and the declarations and all exhibits on the parties to this action, and by

17  serving a copy of the Notice of Application and Application and the supporting

18  Memorandum of Points and Authorities on known creditors who are identified on

19  the Proof of Service attached to the Notice of Application and Application.  In

20  addition, the Receiver will provide an entire copy of the Application, including the

21  declarations, to anyone who requests a copy of the Application in writing directed to

22  Robb Evans & Associates LLC, 11450 Sheldon Street, Sun Valley, California

23  91352-1121.  The Receiver also will post a copy of the entire Application and

24  supporting declarations on the Receiver's website for this case at

25  https://www.robbevans.com/find-a-case/redwood-scientific-technologies-inc-et-al/.

26

27

28

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

DECLARATIONS OF BRICK KANE AND MICHAEL GERARD FLETCHER IN SUPPORT OF APPLICATION FOR ORDER
APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND RECEIVER'S COUNSEL'S FEES, ETC.

1    24.    Accordingly, the Receiver has complied with Local Rule 66-7

2  regarding notice to creditors of the Application.

3       I declare under penalty of perjury under the laws of the United States of

4  America that the foregoing is true and correct and that this declaration was executed

5  on January 5, 2021, at Alhambra, California.

6

7

8                                    BRICK KANE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATIONS OF BRICK KANE AND MICHAEL GERARD FLETCHER IN SUPPORT OF APPLICATION FOR ORDER
APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND RECEIVER'S COUNSEL'S FEES, ETC.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

## DECLARATION OF MICHAEL GERARD FLETCHER

I, Michael Gerard Fletcher, declare as follows:

1.     I am an attorney at law duly admitted to practice before the courts of the State of California, the federal courts of the State of California, including the United States District Court for the Central District of California, and the Ninth Circuit Court of Appeals, and am a shareholder of Frandzel Robins Bloom & Csato, L.C. ("FRBC"), attorneys for the Receiver in this matter, Robb Evans & Associates LLC.

2.     I am one of the attorneys primarily responsible for the representation of the Receiver in this case in addition to Craig A. Welin, who also is a shareholder of FRBC.

3.     During the period of July 1, 2020 through October 31, 2020 ("Fifth Reporting Period"), FRBC incurred $348,969.76, consisting of $344,648.50 in fees and $4,321.26 in costs.

4.     I attach hereto as Exhibit 3 a table that summarizes the hours worked by each attorney and paralegal during the Fifth Reporting Period, and their respective hourly billing rates.  This table also shows the percentage of the total fees incurred by each timekeeper.  As the table indicates, the work I performed during the Fourth Reporting period accounts for nearly 56% of all of the fees.

5.     I attach hereto as Exhibit 4 the billing records for FRBC reflecting the services rendered, time spent and costs incurred by FRBC pertaining to this matter during the Fifth Reporting Period, with the work descriptions redacted where appropriate to preserve information protected from disclosure by the attorney-client privilege and/or attorney work product doctrine or otherwise to protect the Receiver and the receivership estate from inappropriate disclosures (and FRBC and I otherwise preserve the attorney-client privilege regarding our communications with the Receiver as well as documents and information protected from disclosure under the attorney work product doctrine).  These billing summaries are organized in the

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

DECLARATIONS OF BRICK KANE AND MICHAEL GERARD FLETCHER IN SUPPORT OF APPLICATION FOR ORDER APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND RECEIVER'S COUNSEL'S FEES, ETC.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

1 following manner: (a) by the following ABA Uniform Task-Based Management

2 System Bankruptcy Code Tasks (which are most applicable to billings conducted in

3 a federal receivership matter) – e.g., Case Administration, Asset Analysis and

4 Recovery, Meetings of and Communications with Creditors, Litigation, Asset

5 Analysis and Recovery, and Asset Disposition; and (b) by each attorney and

6 paralegal under each of the referenced task codes. In addition, at the end of all

7 timekeeper entries under each task code is a table that includes the hours worked by

8 each attorney and paralegal.

9      6.      I am familiar with the methods and procedures used to create, record

10 and maintain billing records for FRBC's clients. The billing records attached hereto

11 as Exhibit 4 are prepared from computerized time records prepared

12 contemporaneously with the services rendered by each attorney and paralegal billing

13 time to this matter. These computerized records are prepared in the ordinary course

14 of business by the attorneys and paralegals employed by FRBC who have a business

15 duty to accurately record their time spent and services rendered on the matters on

16 which they perform work. The time records are transferred into a computerized

17 billing program which generates monthly invoices under the supervision of the

18 firm's accounting department. Based upon my experience with FRBC, I believe the

19 firm's methods and procedures for recording and accounting for time and services

20 for its clients is reliable and accurate.

21      7.      While the legal services rendered by FRBC during the Fifth Reporting

22 Period, either at the direction of the Receiver or responsible attorneys with this firm,

23 are contained in the specific work entries in Exhibit 4, such services included,

24 without limitation: (a) regularly communicating with and advising the Receiver on

25 various legal issues related to the Receiver's administration of the receivership

26 estate; (b) assisting the Receiver with legal issues as needed; (c) regularly

27 communicating with the FTC's counsel and the Cardiffs' counsel related to various

28 receivership administration issues; (d) continuing conducting initial legal work

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

1   related to the Court appointing the Receiver as temporary receiver of VPL,

2   including legal review of VPL's operations, pursuant to terms of the Court's

3   temporary restraining order issued June 24, 2020; (e) attending the July 7, 2020

4   hearing on the OSC why the Court should enter an order for a preliminary injunction

5   re VPL; (f) reviewing the VPL Preliminary Injunction; (g) analyzing Jason Cardiff's

6   and VPL's ex parte application (and supporting declarations) to remove the

7   Receiver or to direct the receiver to continue VPL's operations, etc., preparing the

8   Receiver's opposition and supporting declaration, reviewing the FTC's opposition

9   and supporting declarations, reviewing the applicants' reply, and reviewing the

10  order denying the application; (h) preparing the Receiver's sixth affidavit of non-

11  compliance; (i) reviewing documents and evidence filed by the parties regarding the

12  FTC's motion for contempt sanctions against the Cardiffs, attending the July 24,

13  2020 hearing, and reviewing the Court's order provisionally granting the FTC's

14  motion in part; (j) analyzing third-party Inter/Media Time Buying Corporation's

15  motion to compel the Receiver to cure mortgage arrearages for the Cardiffs'

16  residence and supporting declarations, preparing the Receiver's opposition,

17  including supporting declarations and evidence, reviewing the oppositions of the

18  FTC, the Cardiffs, and third-party True Pharmastrip to the motion, reviewing the

19  reply, and reviewing the order denying the motion; (k) reviewing VPL's application

20  for stay pending appeal, preparing the declarations in support of the Receiver's

21  opposition to the application, reviewing the FTC's opposition and supporting

22  evidence as well as applicants' reply and Court's order denying the application; (l)

23  assisting the Receiver on legal and other issues related to the VPL operational

24  issues, including assisting in extensive negotiations on operating expenses and cash

25  flow issues, including salaries for Bobbi Bedi and Jason Cardiff, negotiating the

26  joint stipulation as to VPL operations and preparing the ex parte application to file

27  same under seal, including preparing the Declaration of Brick Kane, and otherwise

28  assisting the Receiver on multiple matters needed to set up the operation of VPL to

4062768.1 | 078410-0061                    12                    Case No. 5:18-cv-02104-SJO-PLA

DECLARATIONS OF BRICK KANE AND MICHAEL GERARD FLETCHER IN SUPPORT OF APPLICATION FOR ORDER
APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND RECEIVER'S COUNSEL'S FEES, ETC.

1   operate profitably and legally in compliance with the Court's August 29, 2020 Order

2   instructing the Receiver to conduct VPL operations going forward in accordance

3   with the VPL Cash Flow Projections; (m) preparing VPL employee contracts; (n)

4   preparing and issuing subpoenas to VPL, Bobbi Bedi and related third-parties in

5   connection with the Receiver's efforts to identify, obtain, safeguard and preserve

6   assets of the receivership estate, reviewing responses and objections to the

7   subpoenas, and conferring with counsel re attempts to informally resolve discovery

8   dispute; (o) preparing the Receiver's Fourth Fee Application, including analyzing

9   Defendants' opposition and third-party Inter/Media's opposition, preparing the

10  Receiver's reply memorandum, and reviewing the Court's order granting

11  application; (p) reviewing the various motions filed by the parties (e.g., cross-

12  summary judgment motions) and resulting orders issued by the Court as they relate

13  to the administration of the receivership estate, including communicating with the

14  Receiver about the motions and orders; (q) assisting the Receiver on legal issues in

15  connection with its report on VPL operations filed on October 1, 2020, including

16  analysis of Defendants response; (r) analyzing the Cardiffs' Motion for Jason

17  Cardiff's Salary and Living Expenses and supporting declarations, reviewing the

18  FTC's opposition and supporting evidence, and preparation the Receiver's

19  opposition and supporting declarations, (s) assisting the Receiver on issues related to

20  the Receiver's plan to discontinue efforts to sell the Cardiffs' residence.

21      8.      I believe that in light of the work FRBC performed during the Fifth

22  Reporting Period, FRBC's fees and costs are reasonable and should be approved and

23  authorized for payment in their entirety.

24      9.      It is FRBC's understanding that in light of the Court's requirement

25  under the Temporary Restraining Order and Preliminary Injunction that the Receiver

26  shall file with the Court and serve on the parties periodic requests for payment of the

27  Receiver's and its professionals' reasonable compensation, that the Receiver was

28  not required to comply with L.R. 7-3 before bringing the instant Application.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

1 Further, it is our understanding that L.R. 7-3 does not apply to the Application in the

2 first instance since the Receiver represents the Court's agent, and there is no

3 "opposing counsel" as that term is used in L.R. 7-3. Nonetheless, on December 9,

4 2020, my partner, Hal D. Goldflam, communicated in writing with counsel of record

5 for Plaintiff Federal Trade Commission, Defendant Danielle Cardiz, and Defendants

6 Jason Cardiff and Eunjung Cardiff regarding the Receiver's intent to bring the

7 instant Application, and that the Receiver would file it after December 16, 2020.

8 Mr. Goldflam also provided all counsel with (a) a copy of the "Receivership

9 Administrative Expense Report by Month and Fund Balance From Inception

10 (October 10, 2018) to October 31, 2020" and (b) copies of the Receiver's and

11 FRBC's respective redacted invoices for the Fifth Reporting Period. I attach hereto

12 collectively as Exhibit 5 true and correct copies of the December 9, 2020 written

13 communications, excluding copies of the invoices and report.

14      10. On December 14, 2020, Stephen Cochell, counsel for the Cardiffs and

15 VPL Medical, Inc., called me asking the Receiver to delay filing the Fifth Fee

16 Application until after the end of December, 2020, because he needed additional

17 time to review the Receiver's and FRBC's invoices for the Fifth Reporting Period.

18 He memorialized his request in an e-mail to me and Mr. Goldflam, and on

19 December 21, 2020, Mr. Goldflam confirmed in an e-mail that the Receiver would

20 not file the Fifth Fee Application until January 7, 2020 at the earliest. I attach hereto

21 as Exhibit 6 a true and correct copy of these e-mails, except I have caused the

22 amount of the weekly reserve in the stipulated VPL Cash Flow Projection for the

23 Receiver's fees and costs, including the Receiver's counsel, to be redacted since the

24 Cash Flow Projection was filed under seal.

25

26

27

28

DECLARATIONS OF BRICK KANE AND MICHAEL GERARD FLETCHER IN SUPPORT OF APPLICATION FOR ORDER
APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND RECEIVER'S COUNSEL'S FEES, ETC.

11. Despite Mr. Cochell's request that the Receiver delay filing the Fifth Fee Application, as of January 7, 2021, he never notified us whether VPL and/or the Cardiffs have any intention to oppose the Fifth Fee Application. In addition, neither the FTC nor Ms. Cardiz has notified us that it or she intends to oppose the Fifth Fee Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on January 8, 2021, at Los Angeles County, California.

   /s/ Michael Gerard Fletcher       
MICHAEL GERARD FLETCHER

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

DECLARATIONS OF BRICK KANE AND MICHAEL GERARD FLETCHER IN SUPPORT OF APPLICATION FOR ORDER APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND RECEIVER'S COUNSEL'S FEES, ETC.

# EXHIBIT 1

Case 5:18-cv-02104-DMG-PLA    Document 537-1    Filed 01/08/21    Page 17 of 403    Page ID #30459

**Robb Evans & Associates LLC Receiver of Redwood Scientific Technologies, Inc. et al.**
**Receivership Administrative Expense Report by Month**
From Inception (October 10, 2018) to October 31, 2020

| | Previously Reported and Approved | Jul 31, 20 | Aug 31, 20 | Sep 30, 20 | Oct 31, 20 | 7/1/20~ 10/31/20 | TOTAL |
|---|---|---|---|---|---|---|---|
| **Corporate & Defendant Assets** | | | | | | | |
| **BizTank Group LLC** | | | | | | | |
| East West Bank | 0.00 | 345,148.74 | 0.00 | 0.00 | 0.00 | 345,148.74 | 345,148.74 |
| The Cochell Law Firm P.C. | 0.00 | 25,500.00 | 7,000.00 | 0.00 | 0.00 | 32,500.00 | 32,500.00 |
| Total BizTank Group LLC | 0.00 | 370,648.74 | 7,000.00 | 0.00 | 0.00 | 377,648.74 | 377,648.74 |
| | | | | | | | |
| **VPL Medical Inc.** | | | | | | | |
| JPMorgan #5799 | 2,659,975.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,659,975.51 |
| Total VPL Medical Inc. | 2,659,975.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,659,975.51 |
| | | | | | | | |
| **Jason & Eunjung Cardiff** | | | | | | | |
| HSBC | 793.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 793.06 |
| Total Jason & Eunjung Cardiff | 793.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 793.06 |
| | | | | | | | |
| **Advanced Mens Institute** | | | | | | | |
| Priority Payment #6166 | 25,238.89 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,238.89 |
| Total Advanced Mens Institute | 25,238.89 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,238.89 |
| | | | | | | | |
| **Carols Place Limited Partnershp** | | | | | | | |
| Arizona B&T #2320 | 213,357.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 213,357.88 |
| Total Carols Place Limited Partnershp | 213,357.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 213,357.88 |
| | | | | | | | |
| **Identify LLC** | | | | | | | |
| Arizona B&T | 1,264.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,264.48 |
| Total Identify LLC | 1,264.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,264.48 |
| | | | | | | | |
| **Intel Property LLC** | | | | | | | |
| First Western Bank #8915 | 68,487.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68,487.60 |
| Total Intel Property LLC | 68,487.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68,487.60 |
| | | | | | | | |
| **Owl Enterprises LLC** | | | | | | | |
| EMS #0705 | 39,677.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39,677.73 |
| EVO Payments #1541 | 7,686.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,686.94 |
| EVO Payments #0516 | 34,509.74 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34,509.74 |

Robb Evans & Associates, LLC Receiver of Redwood Scientific Technologies, Inc. et al.
**Receivership Administration Expense Report by Month**
From Inception (October 10, 2018) to October 31, 2020

| | Previously Reported and Approved | Jul 31, 20 | Aug 31, 20 | Sep 30, 20 | Oct 31, 20 | 7/1/20~ 10/31/20 | TOTAL |
|---|---|---|---|---|---|---|---|
| Humboldt Merchant Svcs #9888 | 11,024.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,024.51 |
| **Total Owl Enterprises LLC** | 92,898.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 92,898.92 |
| | | | | | | | |
| People United for Christians | | | | | | | |
| Bank of the West #7807 | 7,486.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,486.12 |
| Bank of the West #8177 | 3,494.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,494.27 |
| Citizen Business Bank #7443 | 18,730.66 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,730.66 |
| **Total People United for Christians** | 29,711.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29,711.05 |
| | | | | | | | |
| Redwood Scientific Technologies | | | | | | | |
| WorldPay Services Company | 49,304.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 49,304.13 |
| Priority Payment #9990 | 17,513.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,513.00 |
| EVO Payments #1969 | 784.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 784.17 |
| Humboldt Merchant Svcs #0881 | 25,648.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,648.25 |
| Select Bankcard #0511 | 78,736.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 78,736.23 |
| **Total Redwood Scientific Technologies** | 171,985.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 171,985.78 |
| | | | | | | | |
| Smoke Stop LLC | | | | | | | |
| Humboldt Merchant Svcs #1887 | 1,786.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,786.82 |
| **Total Smoke Stop LLC** | 1,786.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,786.82 |
| | | | | | | | |
| Top Hill Shop LTD | | | | | | | |
| EVO Payments #6745 | 4,677.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,677.76 |
| **Total Top Hill Shop LTD** | 4,677.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,677.76 |
| | | | | | | | |
| Cash from Defendant | 6,715.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,715.00 |
| Petty Cash/Cash on Hand | 2,033.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,033.00 |
| Proceeds from auction | 24,309.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24,309.59 |
| Worker Comp Premium Refund | 4,206.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,206.25 |
| **Total Corporate & Defendant Assets** | 3,307,441.59 | 370,648.74 | 7,000.00 | 0.00 | 0.00 | 377,648.74 | 3,685,090.33 |
| | | | | | | | |
| Jason Cardiff VPL Payroll Held | 0.00 | 0.00 | 0.00 | 18,879.00 | 18,270.00 | 37,149.00 | 37,149.00 |
| Asset Turn Over Jacques Poujade | 1,205,984.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,205,984.80 |
| Interest Income | 563.61 | 31.80 | 40.32 | 39.17 | 36.03 | 147.32 | 710.93 |
| **Total Funds Collected** | 4,513,990.00 | 370,680.54 | 7,040.32 | 18,918.17 | 18,306.03 | 414,945.06 | 4,928,935.06 |

**Robb Evans & Associates, LLC Receiver of Redwood Scientific Technologies, Inc. et al.**
**Receivership Administrative Expense Report by Month**
From Inception (October 10, 2018) to October 31, 2020

| | Previously Reported and Approved | Jul 31, 20 | Aug 31, 20 | Sep 30, 20 | Oct 31, 20 | 7/1/20~ 10/31/20 | TOTAL |
|---|---|---|---|---|---|---|---|
| **Expenses** | | | | | | | |
| Payments for VPL Medical Inc. | | | | | | | |
| Accounting | | | | | | | |
| Ed Jimenez | 0.00 | 465.00 | 905.00 | 0.00 | 0.00 | 1,370.00 | 1,370.00 |
| Total Accounting | 0.00 | 465.00 | 905.00 | 0.00 | 0.00 | 1,370.00 | 1,370.00 |
| | | | | | | | |
| Cleaning | | | | | | | |
| Janitorial Solutions Services | 0.00 | 0.00 | 1,120.00 | 0.00 | 0.00 | 1,120.00 | 1,120.00 |
| R&D Pest Services Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 495.00 | 495.00 | 495.00 |
| Total Cleaning | 0.00 | 0.00 | 1,120.00 | 0.00 | 495.00 | 1,615.00 | 1,615.00 |
| | | | | | | | |
| Equipment | | | | | | | |
| EDM Int'l Logistics, Inc. | 39,474.89 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39,474.89 |
| Everwan Int'l Corp. | 45,554.90 | 9,121.00 | 0.00 | 0.00 | 0.00 | 9,121.00 | 54,675.90 |
| Frain Industries, Inc. | 0.00 | 26,050.00 | 0.00 | 0.00 | 0.00 | 26,050.00 | 26,050.00 |
| Parts & Material | | | | | | | |
| Taizhou Belping Machine Tool Co | 0.00 | 6,664.00 | 0.00 | 0.00 | 0.00 | 6,664.00 | 6,664.00 |
| Parts & Material - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Parts & Material | 0.00 | 6,664.00 | 0.00 | 0.00 | 0.00 | 6,664.00 | 6,664.00 |
| | | | | | | | |
| Total Equipment | 85,029.79 | 41,835.00 | 0.00 | 0.00 | 0.00 | 41,835.00 | 126,864.79 |
| | | | | | | | |
| Internet Service | | | | | | | |
| Frontier | 0.00 | 0.00 | 261.39 | 91.67 | 91.67 | 444.73 | 444.73 |
| Total Internet Service | 0.00 | 0.00 | 261.39 | 91.67 | 91.67 | 444.73 | 444.73 |
| | | | | | | | |
| Insurance | | | | | | | |
| Workers' Comp Insurance | 0.00 | 0.00 | 0.00 | 281.13 | 672.02 | 953.15 | 953.15 |
| Braunwalder Insurance Agency | | | | | | | |
| Product Liability Policy | 0.00 | 0.00 | 0.00 | 34,081.60 | 0.00 | 34,081.60 | 34,081.60 |
| Employment Practices Liability | 0.00 | 0.00 | 0.00 | 0.00 | 11,459.85 | 11,459.85 | 11,459.85 |
| Total Braunwalder Insurance Agency | 0.00 | 0.00 | 0.00 | 34,081.60 | 11,459.85 | 45,541.45 | 45,541.45 |
| | | | | | | | |
| Total Insurance | 0.00 | 0.00 | 0.00 | 34,362.73 | 12,131.87 | 46,494.60 | 46,494.60 |

Case 5:18-cv-02104-DMG-PLA Document 537-1 Filed 01/08/21 Page 20 of 403 Page ID #30562

Robb Evans & Associates, LLC Receiver of Redwood Scientific Technologies, Inc. et al.
**Receivership Administration Expense Report by Month**
From Inception (October 10, 2018) to October 31, 2020

| | Previously Reported and Approved | Jul 31, 20 | Aug 31, 20 | Sep 30, 20 | Oct 31, 20 | 7/1/20~ 10/31/20 | TOTAL |
|---|---|---|---|---|---|---|---|
| **Office Expenses** | | | | | | | |
| GSuite Cloud Storage | 0.00 | 0.00 | 0.00 | 0.00 | 332.82 | 332.82 | 332.82 |
| **Total Office Expenses** | 0.00 | 0.00 | 0.00 | 0.00 | 332.82 | 332.82 | 332.82 |
| **Office Equipment** | | | | | | | |
| Best Buy | 0.00 | 0.00 | 0.00 | 0.00 | 1,707.15 | 1,707.15 | 1,707.15 |
| Home Depot | 0.00 | 0.00 | 0.00 | 0.00 | 166.23 | 166.23 | 166.23 |
| Office Depot | 0.00 | 0.00 | 0.00 | 0.00 | 142.34 | 142.34 | 142.34 |
| **Total Office Equipment** | 0.00 | 0.00 | 0.00 | 0.00 | 2,015.72 | 2,015.72 | 2,015.72 |
| **Payments to Bobby Bedi** | 0.00 | 15,000.00 | 0.00 | 0.00 | 0.00 | 15,000.00 | 15,000.00 |
| **Payroll** | | | | | | | |
| Bobby Bedi | 0.00 | 0.00 | 0.00 | 20,666.67 | 20,000.00 | 40,666.67 | 40,666.67 |
| Jason Cardiff | 0.00 | 0.00 | 0.00 | 20,666.67 | 20,000.00 | 40,666.67 | 40,666.67 |
| Faryal Khan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Othon Mendez | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Christopher White | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Frank Woodson | 0.00 | 0.00 | 0.00 | 0.00 | 2,272.73 | 2,272.73 | 2,272.73 |
| Employer Tax VPL | 0.00 | 0.00 | 0.00 | 3,736.00 | 3,327.05 | 7,063.05 | 7,063.05 |
| **Total Payroll** | 0.00 | 0.00 | 0.00 | 45,069.34 | 45,599.78 | 90,669.12 | 90,669.12 |
| **Payroll Processing Costs** | | | | | | | |
| ADP | 0.00 | 0.00 | 0.00 | 62.96 | 155.92 | 218.88 | 218.88 |
| **Total Payroll Processing Costs** | 0.00 | 0.00 | 0.00 | 62.96 | 155.92 | 218.88 | 218.88 |
| **Rent** | | | | | | | |
| Dett Property Inc | 0.00 | 0.00 | 10,552.30 | 9,593.00 | 9,593.00 | 29,738.30 | 29,738.30 |
| Teamrise Bell Tower Ap LLC | 0.00 | 0.00 | 2,295.40 | 0.00 | 0.00 | 2,295.40 | 2,295.40 |
| **Total Rent** | 0.00 | 0.00 | 12,847.70 | 9,593.00 | 9,593.00 | 32,033.70 | 32,033.70 |
| **Repair & Maintenance** | | | | | | | |
| Kaeser Compressors, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 527.86 | 527.86 | 527.86 |
| **Supplies** | | | | | | | |
| Uline | 0.00 | 0.00 | 0.00 | 1,834.97 | 0.00 | 1,834.97 | 1,834.97 |
| **Total Supplies** | 0.00 | 0.00 | 0.00 | 1,834.97 | 0.00 | 1,834.97 | 1,834.97 |

Robb Evans & Associates, LLC Receiver of Redwood Scientific Technologies, Inc. et al.
**Receivership Administrative Expense Report by Month**
From Inception (October 10, 2018) to October 31, 2020

Case 5:18-cv-02104-DMG-PLA   Document 537-1   Filed 01/08/21   Page 21 of 403   Page ID #:30563

| | Previously Reported and Approved | Jul 31, 20 | Aug 31, 20 | Sep 30, 20 | Oct 31, 20 | 7/1/20~ 10/31/20 | TOTAL |
|---|---|---|---|---|---|---|---|
| Wolf Backflow/ David Pastor | 0.00 | 0.00 | 0.00 | 260.00 | 0.00 | 260.00 | 260.00 |
| Other | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 100.00 | 100.00 |
| Total Repair & Maintenance | 0.00 | 0.00 | 0.00 | 2,094.97 | 627.86 | 2,722.83 | 2,722.83 |
| | | | | | | | |
| Set Up Costs | | | | | | | |
| Bryan Ross | 0.00 | 11,485.00 | 0.00 | 0.00 | 0.00 | 11,485.00 | 11,485.00 |
| Custom Duty | | | | | | | |
| DHL | 0.00 | 0.00 | 0.00 | 1,132.83 | 0.00 | 1,132.83 | 1,132.83 |
| Total Custom Duty | 0.00 | 0.00 | 0.00 | 1,132.83 | 0.00 | 1,132.83 | 1,132.83 |
| | | | | | | | |
| Nathan Szukala | 0.00 | 0.00 | 0.00 | 40,480.00 | 0.00 | 40,480.00 | 40,480.00 |
| Singh Automation Inc. | 0.00 | 23,680.00 | 0.00 | 0.00 | 0.00 | 23,680.00 | 23,680.00 |
| Smith Machine Services LLC | 0.00 | 0.00 | 0.00 | 0.00 | 3,655.00 | 3,655.00 | 3,655.00 |
| Snyder & Snyder Construction, I | 0.00 | 38,600.00 | 0.00 | 0.00 | 16,000.00 | 54,600.00 | 54,600.00 |
| Strand View Enterprises LLC | 0.00 | 85,084.19 | 0.00 | 0.00 | 0.00 | 85,084.19 | 85,084.19 |
| Taizhou Chengxi Import And Expo | 0.00 | 0.00 | 0.00 | 960.00 | 0.00 | 960.00 | 960.00 |
| Tech Wayne Company | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Zhejiang Yiyang Machinery Techn | 0.00 | 0.00 | 0.00 | 3,782.00 | 0.00 | 3,782.00 | 3,782.00 |
| Total Set Up Costs | 0.00 | 158,849.19 | 0.00 | 46,354.83 | 19,655.00 | 224,859.02 | 224,859.02 |
| | | | | | | | |
| Shipping | | | | | | | |
| UPS | 0.00 | 0.00 | 0.00 | 0.00 | 125.70 | 125.70 | 125.70 |
| Total Shipping | 0.00 | 0.00 | 0.00 | 0.00 | 125.70 | 125.70 | 125.70 |
| | | | | | | | |
| Utilities | | | | | | | |
| Burrtec Waste Industries, Inc. | 0.00 | 0.00 | 0.00 | 592.53 | 197.51 | 790.04 | 790.04 |
| Southern California Edison | 0.00 | 0.00 | 1,664.04 | 781.67 | 759.78 | 3,205.49 | 3,205.49 |
| Cucamonga Valley Water District | 0.00 | 0.00 | 0.00 | 1,458.78 | 202.84 | 1,661.62 | 1,661.62 |
| Total Utilities | 0.00 | 0.00 | 1,664.04 | 2,832.98 | 1,160.13 | 5,657.15 | 5,657.15 |
| | | | | | | | |
| Total Payments for VPL Medical Inc. | 85,029.79 | 216,149.19 | 16,798.13 | 140,462.48 | 91,984.47 | 465,394.27 | 550,424.06 |
| | | | | | | | |
| 401K Plan Fees & Costs | 0.00 | 10,675.23 | 0.00 | 1,215.90 | 0.00 | 11,891.13 | 11,891.13 |

**Robb Evans & Associates LLC Receiver of Redwood Scientific Technologies, Inc. et al.**
**Receivership Administration Expense Report by Month**
From Inception (October 10, 2018) to October 31, 2020

| | Previously Reported and Approved | Jul 31, 20 | Aug 31, 20 | Sep 30, 20 | Oct 31, 20 | 7/1/20~ 10/31/20 | TOTAL |
|---|---|---|---|---|---|---|---|
| **700 W 25th St. Upland, CA** | | | | | | | |
| Appraisal Fees | 3,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,300.00 |
| Insurance Premiums | 3,466.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,466.05 |
| **Total 700 W 25th St. Upland, CA** | 6,766.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,766.05 |
| | | | | | | | |
| **Corporate Office Rent** | 2,564.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,564.78 |
| **Payroll Expenses** | | | | | | | |
| People United for Christians | 1,692.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,692.63 |
| Redwood Scientific Technologies | 254.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 254.00 |
| | | | | | | | |
| **Total Payroll Expenses** | 1,946.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,946.63 |
| | | | | | | | |
| **States Taxes** | 6,589.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,589.00 |
| | | | | | | | |
| **Receiver's Fees & Costs** | | | | | | | |
| Receiver Fees | | | | | | | |
| Receiver | | | | | | | |
| B. Kane | 43,981.20 | 9,541.80 | 8,105.40 | 4,069.80 | 2,872.80 | 24,589.80 | 68,571.00 |
| S. Krishnan | 2,736.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,736.00 |
| K. Johnson | 16,860.60 | 8,344.80 | 0.00 | 0.00 | 0.00 | 8,344.80 | 25,205.40 |
| A. Jen | 76,095.00 | 21,204.00 | 13,714.20 | 14,979.60 | 10,431.00 | 60,328.80 | 136,423.80 |
| **Total Receiver** | 139,672.80 | 39,090.60 | 21,819.60 | 19,049.40 | 13,303.80 | 93,263.40 | 232,936.20 |
| | | | | | | | |
| Senior Staff | | | | | | | |
| B. Owings | 3,015.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,015.00 |
| C. Callahan | 34,515.00 | 787.50 | 3,105.00 | 832.50 | 562.50 | 5,287.50 | 39,802.50 |
| F. Jen | 18,542.25 | 60.30 | 90.45 | 0.00 | 4,552.65 | 4,703.40 | 23,245.65 |
| T. Chung | 26,984.25 | 2,261.25 | 0.00 | 0.00 | 0.00 | 2,261.25 | 29,245.50 |
| H. Jen | 8,707.50 | 2,605.50 | 2,065.50 | 10,773.00 | 18,873.00 | 34,317.00 | 43,024.50 |
| C. DeCius | 12,295.80 | 996.30 | 376.65 | 1,251.45 | 1,154.25 | 3,778.65 | 16,074.45 |
| J. Dadbin | 6,836.40 | 0.00 | 56.70 | 3,596.40 | 8,901.90 | 12,555.00 | 19,391.40 |
| **Total Senior Staff** | 110,896.20 | 6,710.85 | 5,694.30 | 16,453.35 | 34,044.30 | 62,902.80 | 173,799.00 |
| | | | | | | | |
| Support Staff | 6,583.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,583.20 |
| **Total Receiver Fees** | 257,152.20 | 45,801.45 | 27,513.90 | 35,502.75 | 47,348.10 | 156,166.20 | 413,318.40 |

Case 5:18-cv-02104-DMG-PLA Document 537-1 Filed 01/08/21 Page 23 of 403 Page ID

**Robb Evans & Associates, LLC Receiver of Redwood Scientific Technologies, Inc. et al.**
**Receivership Administrative Expense Report by Month**
From Inception (October 10, 2018) to October 31, 2020

| | Previously Reported and Approved | Jul 31, 20 | Aug 31, 20 | Sep 30, 20 | Oct 31, 20 | 7/1/20~ 10/31/20 | TOTAL |
|---|---|---|---|---|---|---|---|
| **Receiver Costs** | | | | | | | |
| Bank Fees | (0.01) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (0.01) |
| Document Reproduction Costs | 170.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 170.00 |
| Investigative Search Costs | 1,502.54 | 0.00 | 562.50 | 180.07 | 67.10 | 809.67 | 2,312.21 |
| Locksmith Costs | 1,429.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,429.96 |
| Mileage | 790.62 | 0.00 | 0.00 | 167.64 | 407.33 | 574.97 | 1,365.59 |
| Moving Costs | 2,640.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,640.32 |
| Parking Fees | 27.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.00 |
| PO Box Rental | 143.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 143.00 |
| Postage & Delivery Costs | 1,443.74 | 0.00 | 31.09 | 77.14 | 169.37 | 277.60 | 1,721.34 |
| Receiver Bond Premium | 286.00 | 0.00 | 0.00 | 143.00 | 0.00 | 143.00 | 429.00 |
| Storage Unit Rent | 8,022.67 | 400.00 | 400.00 | 400.00 | 400.00 | 1,600.00 | 9,622.67 |
| Tax Return Prep Fees | 10,537.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,537.50 |
| Website & Support | 2,200.25 | 181.88 | 110.90 | 119.77 | 48.80 | 461.35 | 2,661.60 |
| **Total Receiver Costs** | 29,193.59 | 581.88 | 1,104.49 | 1,087.62 | 1,092.60 | 3,866.59 | 33,060.18 |
| | | | | | | | |
| **Legal Fees & Costs** | | | | | | | |
| **Frandzel Robins Bloom & Csato** | | | | | | | |
| Legal Fees | 568,561.00 | 106,959.00 | 114,179.00 | 80,226.50 | 43,284.00 | 344,648.50 | 913,209.50 |
| Legal Costs | 19,543.42 | 63.20 | 720.28 | 742.24 | 2,795.54 | 4,321.26 | 23,864.68 |
| **Total Frandzel Robins Bloom & Csato** | 588,104.42 | 107,022.20 | 114,899.28 | 80,968.74 | 46,079.54 | 348,969.76 | 937,074.18 |
| | | | | | | | |
| **Total Legal Fees & Costs** | 588,104.42 | 107,022.20 | 114,899.28 | 80,968.74 | 46,079.54 | 348,969.76 | 937,074.18 |
| | | | | | | | |
| **Total Receiver's Fees & Costs** | 874,450.21 | 153,405.53 | 143,517.67 | 117,559.11 | 94,520.24 | 509,002.55 | 1,383,452.76 |
| | | | | | | | |
| **Total Expenses** | 977,346.46 | 380,229.95 | 160,315.80 | 259,237.49 | 186,504.71 | 986,287.95 | 1,963,634.41 |
| | | | | | | | |
| **Fund Balance** | 3,536,643.54 | | | | | | 2,965,300.65 |

# EXHIBIT 2

Robb Evans & Associates LLC

11450 Sheldon Street
Sun Valley, CA 91352

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/31/2020 | Redwood22 |

| Bill To |
|---------|
| Robb Evans, Rec of Redwood Scientific |

| | P.O. No. |
|--|----------|
| | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| For professional services provided from 7/1/20 to 7/31/20 by: | | | |
| B. Kane | 27.9 | 342.00 | 9,541.80 |
| K. Johnson | 24.4 | 342.00 | 8,344.80 |
| A. Jen | 62 | 342.00 | 21,204.00 |
| C. Callahan | 3.5 | 225.00 | 787.50 |
| F. Jen | 0.2 | 301.50 | 60.30 |
| T. Chung | 7.5 | 301.50 | 2,261.25 |
| H. Jen | 19.3 | 135.00 | 2,605.50 |
| C. DeCius | 8.2 | 121.50 | 996.30 |

| | Total | $45,801.45 |
|--|-------|------------|

Tax ID # 95-4800611

28

| Fee Claims for: | Robb Evans & Associates LLC |
|---|---|
| Case : | Redwood Scientific Technologies, Inc. et al. |
| For the Month of : | July-20 |
| Name : | Brick Kane |

| Date | Description | Hours |
|---|---|---|
| 7/1/20 | Discussion with A. Jen & K. Johnson re: production and loan issues | 0.20 |
| 7/1/20 | Discussion with M. Fletcher | 0.10 |
| 7/1/20 | Conference call with S. Cochell, J. White, B. Bedi, FTC, M. Fletcher, A. Jen, & K. Johnson re: Wave Crest loan issues, business operations, issues with Made in the USA representation, and HHS contract issues | 1.10 |
| 7/1/20 | Discussion with M. Fletcher, A. Jen, & K. Johnson | 0.40 |
| 7/2/20 | Work on 6th affidavit of non-compliance | 0.20 |
| 7/2/20 | Analyze emails re: potential settlement issues | 0.20 |
| 7/3/20 | Discussion with M. Fletcher re: | 0.20 |
| 7/4/20 | Analyze downloaded email and google documents for further report to the Court | 0.90 |
| 7/5/20 | Prepare supplemental Court report | 1.70 |
| 7/6/20 | Discussion with M. Fletcher, receiver team, and defendants' counsel re: business operating issues | 0.50 |
| 7/7/20 | Analyze the Court's tentative PI ruling | 0.20 |
| 7/7/20 | Discussion with M. Fletcher | 0.10 |
| 7/8/20 | Email exchanges with B. Betty re: HHS approval of labeling | 0.20 |
| 7/8/20 | Deal with multiple operational and payables issues to fulfill the HHS contract | 1.60 |
| 7/8/20 | Discussion with M. Fletcher, A. Jen, & K. Johnson | 0.40 |
| 7/9/20 | Discussion with M. Peters and his attorneys re: operational difficulties with the mask production | 0.50 |
| 7/9/20 | Discussion with M. Fletcher and receiver team | 0.60 |
| 7/9/20 | Discussion with M. Fletcher | 0.30 |
| 7/9/20 | Discussion with FTC re: results of today's site inspection | 0.50 |
| 7/9/20 | Discussions with K. Johnson re: details of site inspection | 0.40 |
| 7/10/20 | Work on edits to VPI funding suspension email | 0.40 |
| 7/12/20 | Review multiple email and draft declarations | 0.40 |
| 7/13/20 | Discussion with H. Jen re: J. Baker interview | 0.10 |

29

**Fee Claims for:** **Robb Evans & Associates LLC**
**Case :** Redwood Scientific Technologies, Inc. et al.
**For the Month of :** **July-20**
**Name :** **Brick Kane**

| Date | Description | Hours |
|------|-------------|-------|
| 7/13/20 | Discussion with M. Fletcher, A. Jen, & K. Johnson re: | 0.50 |
| 7/13/20 | Discussion with M. Fletcher, A. Jen, & K. Johnson re: | 0.30 |
| 7/13/20 | Discussion with A. Jen, M. Peters, & J. Baker re: status of operations, projection for completion of facility and steps to make machines and the facility operational | 1.40 |
| 7/13/20 | Discussion with M. Peters and Facetime tour of the facility | 0.20 |
| 7/13/20 | Discussion with M. Fletcher, A. Jen, & K. Johnson re: | 0.60 |
| 7/13/20 | Discussion with M. Peters re: HHS letter status | 0.20 |
| 7/14/20 | Discussion with M. Fletcher re: | 0.10 |
| 7/14/20 | Discussion with K. Johnson re: operational issues | 0.20 |
| 7/14/20 | Discussion with M. Peters re: interviews with 4 staffing agencies for hourly workers | 0.20 |
| 7/14/20 | Analyze VPL Court filings | 0.60 |
| 7/14/20 | Revise draft letter to HHS | 0.30 |
| 7/14/20 | Discussion with M. Fletcher re: | 0.10 |
| 7/14/20 | Work on Court filing | 1.20 |
| 7/15/20 | Discussion with M. Fletcher re: | 0.10 |
| 7/15/20 | Analyze VPL response to Court filing | 0.30 |
| 7/16/20 | Discussion with M. Peters re: Cardiff issues | 0.20 |
| 7/16/20 | Discussion with M. Fletcher re:                          s | 0.10 |
| 7/16/20 | Discussion with M. Fletcher, A. Jen, & K. Johnson re: | 0.30 |
| 7/16/20 | Discussions with M. Peters re: site visit | 0.20 |
| 7/16/20 | Finalize 6th affidavit of non-compliance | 0.20 |
| 7/16/20 | Discussions with M. Fletcher re: | 0.10 |
| 7/16/20 | Discussion with M. Fletcher, A. Jen, & K. Johnson re: | 0.10 |
| 7/17/20 | To and from production facility, discussions with various contractors re: status of machines and items to complete to make facility operational | 3.70 |
| 7/19/20 | Discussion with M. Fletcher, A. Jen, K. Johnson, & H. Jen re: | 0.30 |

30

| Fee Claims for: | Robb Evans & Associates LLC |
| --- | --- |
| Case : | Redwood Scientific Technologies, Inc. et al. |
| For the Month of : | **July-20** |
| Name : | **Brick Kane** |

| Date | Description | Hours |
| --- | --- | --- |
| 7/20/20 | Discussion with M. Peters re: Cardiff and Bedi's instructions that he and J. Baker not go the production facility | 0.10 |
| 7/20/20 | Discussion with M. Fletcher re: ' | 0.20 |
| 7/20/20 | Discussion with A. Jen, K. Johnson, & H. Jen re: issues for tomorrow's site visit | 0.20 |
| 7/21/20 | Discussion with M. Fletcher, A. Jen, K. Johnson, & H. Jen re: | 0.40 |
| 7/22/20 | Discussion with M. Fletcher, A. Jen, K. Johnson, & H. Jen re: : | 0.70 |
| 7/22/20 | Work on cash flow issues with A. Jen | 0.30 |
| 7/24/20 | Discussion with M. Peters re: status of operations | 0.30 |
| 7/27/20 | Discussion with M. Fletcher re: | 0.20 |
| 7/27/20 | Work on declaration for FTC | 0.20 |
| 7/27/20 | Discussion with M. Fletcher re: | 0.10 |
| 7/28/20 | Discussion with M. Peters re: status of operations | 0.10 |
| 7/28/20 | Work on business cash flow issues | 0.30 |
| 7/29/20 | Discussion with M. Fletcher, A. Jen & FTC re: potential VPL operations | 0.90 |
| 7/31/20 | Conference call with S. Cochell, J. White, J. Cardiff, B. Bedi, A. Jen, M. Fletcher, & FTC re: VPL operations, VA boxes of product to be returned, status of boxes held by Zap, and status of production facility | 1.00 |
| 7/31/20 | Discussion with M. Peters re: status of resuming operations | 0.10 |
| 7/31/20 | Discussion with M. Fletcher re: | 0.10 |

31

Fee Claims for:      **Robb Evans & Associates LLC**
Case :      **Redwood Scientific Technologies, Inc. et al.**
For the Month of :      **July-20**
Name :      **Kenton Johnson**

| Date | Description | Hours |
|------|-------------|-------|
| 7/1/20 | Prepare for discussion call with all parties. | 0.40 |
| 7/1/20 | Complete discussion call with all parties. | 1.00 |
| 7/1/20 | Discussion with the receiver personnel and attorney Fletcher. | 0.30 |
| 7/1/20 | Review all documents including the HHS contract, VPL financial details, and all email exchanges. | 0.70 |
| 7/6/20 | Discussion call with receiver personnel and attorney Fletcher about | 0.50 |
| 7/8/20 | Discussion call with receiver personnel and attorney Fletcher about | 0.40 |
| 7/9/20 | Discussion call with receiver personnel and attorney Fletcher about | 0.50 |
| 7/9/20 | Review new information and information to be gathered from inspecting the mask production site. | 0.40 |
| 7/9/20 | Round-trip to all VPL manufacturing location to meet with on-site contractors preparing the facility and the equipment. Inspect inventory and machinery. Present questions to several individuals and received detailed answers. | 3.80 |
| 7/12/20 | Read email exchanges with parties. Review and edit      and return to attorney Fletcher. | 0.40 |
| 7/13/20 | Discussion call with receiver personnel and attorney Fletcher about | 0.50 |
| 7/13/20 | Prepare and forward statement of information about time required to have the VPL equipment and operation fully functioning compared to the statements forwarded by VPL attorneys. | 0.30 |
| 7/13/20 | Prepare, edit, and forward statement of information about the source and quality of information furnished by John Baker at the VPL visit on July 9. | 0.50 |
| 7/13/20 | Telephone call with receiver personnel and attorney Fletcher about | 0.40 |
| 7/14/20 | Telephone call to M. Peters to review details of July 9 meeting and discussions. | 0.20 |



32

| | |
|---|---|
| **Fee Claims for:** | **Robb Evans & Associates LLC** |
| **Case :** | **Redwood Scientific Technologies, Inc. et al.** |
| **For the Month of :** | **July-20** |
| **Name :** | **Kenton Johnson** |

| Date | Description | Hours |
|------|-------------|-------|
| 7/14/20 | Read and consider multiple emails exchanges with Receiver's attorney and defendants' attorney. Read unexpected defendants' Motion to extinguish receivership. | 0.60 |
| 7/14/20 | Read and edit and add additional text and details to draft declaration. Complete final review and edits and forward to attorney Fletcher. | 0.80 |
| 7/14/20 | Read and incorporate edits and changes from others. Prepare final declaration version, sign and forward. | 0.40 |
| 7/14/20 | Read and incorporate second set of edits and changes from others. Prepare final declaration version, sign and forward. | 0.30 |
| 7/15/20 | Read Receiver's filed VPL opposition. | 0.10 |
| 7/15/20 | Read the filings and declarations and view exhibits filed by the VPL defendants replying to the Receiver's response. | 0.20 |
| 7/16/20 | Telephone discussion with Receiver's personnel and attorney to | 0.30 |
| 7/17/20 | Read email from the attorney for Matthew Peters and the email from HHS with a notice of canceling the HHS 20 million masks procurement contract. | 0.20 |
| 7/17/20 | Round trip travel to VPL Santa Margarita manufacturing site to inspect the progress of preparing the seven machines to fully operate at sufficient capacity. Observe operation of two machines and note the operating capacity was imperfect, poorly functioning, and not prepared to operate at required capacity. The other five machines were not ready to operate. | 3.90 |
| 7/19/20 | Telephone discussion with Receiver's personnel and attorney to | 0.30 |
| 7/20/20 | Read summary prepared by attorney Fletcher of the | 0.10 |
| 7/20/20 | Telephone discussion with the Receiver's personnel to go over the scheduled meeting tomorrow with VPL defendants and possibly with machine technicians at the Manufacturing facility. | 0.20 |



33

| | |
|---|---|
| Fee Claims for: | **Robb Evans & Associates LLC** |
| Case : | **Redwood Scientific Technologies, Inc. et al.** |
| For the Month of : | **July-20** |
| Name : | **Kenton Johnson** |

| Date | Description | Hours |
|---|---|---|
| 7/21/20 | Telephone discussion with Receiver's personnel and attorney to | 0.40 |
| 7/21/20 | Round trip travel to VPL manufacturing site to meet with technician Jalinder Singh and Bobby Bedi and Jason Cardiff.  Review the status of the seven mask making machines with Singh and the work needed to have them fully operational. Discuss the plans of Bedi and Cardiff to complete installing the manufacturing equipment, train necessary technical and operating employees, and obtain new contracts. | 4.30 |
| 7/22/20 | Telephone discussion with the Receiver's personnel and attorney Fletcher to | 0.60 |
| 7/22/20 | Begin to prepare summary of July 21 visit and inspection at the VPL manufacturing site and the discussions with Jalinder Singh, Bobby Bedi, and Jason Cardiff. | 0.60 |
| 7/23/20 | Revise and finish summary of visit and inspection at the VPL manufacturing site on July 21. Update July 9 photos with observations at the July 21 inspection. | 0.70 |
| 7/26/20 | Read the collection of emails from attorney Fletcher about | 0.10 |

Fee Claims for: **Robb Evans & Associates LLC**
Case : **Redwood Scientific Technologies, Inc. et al.**
For the Month of : **July-20**
Name : **Anita Jen**

| Date | Description | Hours |
|------|-------------|-------|
| 7/1/20 | Conference call with B. Kane and K. Johnson re : VPL | 0.20 |
| 7/1/20 | Review operation issues; transfer VPL funds to new bank account; confirm wire; complete setting up new account for VPL; phone discussion with B. Beddy | 1.90 |
| 7/1/20 | Discussions with FTC re : Made in the USA, Discussions with HHS re : conference call to discuss Made in the USA; | 0.90 |
| 7/1/20 | Discussions with M. Fletcher re : | 0.00 |
| 7/1/20 | Follow up call with Citizen Business Bank | 0.00 |
| 7/1/20 | Conference call with S. Cochell, J. While, FTC, M. Fletcher, B. Kane and K. Johnson re : operations | 1.10 |
| 7/1/20 | Conference call with M. Fletcher, B. Kane and K. Johnson re : | 0.40 |
| 7/2/20 | Review operation issues; send out payment wire, multiple emails with B. Beddy, review cash flow; review information received from Venmo; follow up email with Venmo; review email from Esat West Bank, follow up with EastWest bank; complete account set up; review budget and create weekly budget and actual worksheet | 5.90 |
| 7/3/20 | Process international wire | 0.00 |
| 7/3/20 | Follow up with Arrowhead Credit Union | 0.00 |
| 7/3/20 | Deal with operation issues | 1.00 |
| 7/3/20 | Follow up with Arrowhead Credit Union; review statements provided by Arrowhead Credit Union, update service file | 0.50 |
| 7/3/20 | Discussion with B. Kane and M. Fletcher re : | 0.10 |
| 7/6/20 | Deal with VPL operation isses; received confirmation of balance from Citizens Business Bank; update service summary file; review information on cash deposits; update service file for confirmation on EastWest Bank | 5.90 |
| 7/6/20 | Phone discussions with FTC re : service results | 0.30 |
| 7/6/20 | Conf call with M. Fletcher, B. Kane and K. Johnson re ; | 0.50 |
| 7/7/20 | Deal with VPL operation issues | 0.80 |
| 7/7/20 | Discussions with FTC re ; bank information | 0.10 |
| 7/7/20 | Review documentation provide by EastWest Bank, request additional information | 0.20 |

35

Case 5:28-cv-02104-DJGB-PLA Document 48-537-Filed 04/08/04/21 Page 74 of 444 03 Page ID #:3655

| Fee Claims for: | Robb Evans & Associates LLC |
| Case : | Redwood Scientific Technologies, Inc. et al. |
| For the Month of : | **July-20** |
| Name : | **Anita Jen** |

| Date | Description | Hours |
|---|---|---|
| 7/7/20 | Discussion with B. Bedi re : operations | 0.20 |
| 7/8/20 | Serve banks with PI | 1.40 |
| 7/8/20 | Conference call with M. Fletcher, B. Kane and K. Johnson re : | 0.40 |
| 7/8/20 | Deal with operation issues | 2.70 |
| 7/9/20 | Conference call wih B. Kane, K. Johnson and H. Jen re : site visit | 0.60 |
| 7/9/20 | Review accounting and funding, | 0.30 |
| 7/9/20 | Discussions with H. Jen re : site visit | 0.30 |
| 7/10/20 | Deal with Chase funds return request; follow up with EastWest Bank; update Cathay Bank's no account response | 0.30 |
| 7/13/20 | Conference call with M. Fletcher, B. Kane and K. Johnson re : | 0.50 |
| 7/13/20 | Prepare and provide information to M. Fletcher re : es | 1.00 |
| 7/13/20 | Deal with JP Morgan request funds | 0.00 |
| 7/13/20 | Conference call with M. Fletcher, B. Kane and K. Johnson re : | 0.30 |
| 7/13/20 | Conference call with Matt Peters and B. Kane re : operations; | 1.40 |
| 7/13/20 | Conference call with M. Fletcher, B. Kane and K. Johnson re : | 0.60 |
| 7/13/20 | Received invoices from M. Peters | 0.00 |
| 7/13/20 | Follow up with EastWest Bank on requested items and subpoena; received documents from East West Bank, still missing information. request additonal | 0.10 |
| 7/14/20 | Discussions with M. Fletcher and G. Warrington re: | 0.10 |
| 7/14/20 | Prepare information for my declaration; review request for payment from M. Peters | 4.50 |
| 7/14/20 | Review additional information received from FCCU | 0.90 |
| 7/15/20 | Received emails from B. Bedi forward to M. Fletcher to reply; discussion with M. Fletcher re : | 0.90 |
| 7/16/20 | Discussions with FTC re : bank information provided | 0.20 |
| 7/16/20 | Conference calls with M. Fletcher, B. Kane and K. Johnson re : | 0.40 |
| 7/16/20 | Discussions with M. Fletcher re : | 0.10 |



36

Fee Claims for: **Robb Evans & Associates LLC**
Case : **Redwood Scientific Technologies, Inc. et al.**
For the Month of : **July-20**
Name : **Anita Jen**

| Date | Description | Hours |
|---|---|---|
| 7/16/20 | Review documents received from M. Peters; request for clarifications on a few items, further discussions on payment itmes; confirm payment to Tech Wayne Co is a duplicate with Tech Wayne Co, issue stop payment on check issued | 2.70 |
| 7/16/20 | Review bank account and provide       k to M. Fletcher; review email from B. Bedi and forward to M. Fletcher, and response to M. Fletcher for his questions | 0.20 |
| 7/17/20 | Review information from B. Bedy, discuss with B. Kane; review emails re : HHS contract: review offer from M. Peters for operations; deal with operation issues; review and approve wire ; confirm wire; follow up with Singh Automation Inc for wire instruction, follow up with vendor for corrected invoice | 2.60 |
| 7/19/20 | Conference call with M. Fletcher, B. Kane, K. Johnson and H. Jen re : | 0.30 |
| 7/20/20 | Confirm wire instruction | 0.00 |
| 7/20/20 | Call Sighn Automation to confirm wire receipt | 0.00 |
| 7/20/20 | Provide       to M. Fletcher | 0.20 |
| 7/20/20 | Deal with operation issues | 0.20 |
| 7/20/20 | Conference call with B. Kane, K. Johnson and H. Jen re : onsite meeting tomorrow | 0.20 |
| 7/21/20 | Conference call with B. Kane, K. Johnson and H. Jen re : onsite meeting | 0.40 |
| 7/21/20 | Call vendor to understand completeness of invoice item and obtain payment information; Review, approved and release wires. | 1.00 |
| 7/21/20 | Request phone bills from T-Mobile, follow up with EastWest Bank on video, and close account and transfer funds to receiver's account | 0.20 |
| 7/22/20 | Follow up with EastWest Bank | 0.00 |
| 7/22/20 | Conference call with B. Kane, K. Johnson and H. Jen re : discussion on operation issues | 0.60 |
| 7/22/20 | Discussion with Snyder & Snyder on outstanding invoice; follow up with Snyder & Snyder on outstanding invoice; email B. Bedi for information and repond to him re : Snyder & Snyder and his pay | 0.30 |
| 7/22/20 | Discussion with M. Fletcher re : | 0.10 |
| 7/22/20 | Prepare operating budget based on avaialbe information | 2.10 |



37

| | | |
|---|---|---|
| Fee Claims for: | **Robb Evans & Associates LLC** | |
| Case : | **Redwood Scientific Technologies, Inc. et al.** | |
| For the Month of : | **July-20** | |
| Name : | **Anita Jen** | |

| Date | Description | Hours |
|---|---|---|
| 7/23/20 | Discussion with M. Fletcher re : | 0.10 |
| 7/23/20 | Discussion with FTC re : East West Bank | 0.30 |
| 7/24/20 | Prepare information on           and provide to M. Fletcher | 0.60 |
| 7/24/20 | Review revised bill from Snyder & Snyder, email for claification; review revised invoice from B. Ross; review and approve outgoing wire payment; complete          and email it to M. Fletcher; follow up with EastWest Bank on turning over funds; undate 13 weeks budget form based on addtional information received from vendor | 1.40 |
| 7/27/20 | Review approved and relase wire | 0.10 |
| 7/27/20 | Follow up with EastWest Bank on release funds to Receiver, provide sections on PI Order to EastWest Bank to release funds to Receiver | 0.20 |
| 7/27/20 | Attemp to deposit check from S Crochell, unsuucessful, request color copy, deposit check | 0.10 |
| 7/27/20 | Update VPL budget form | 0.80 |
| 7/28/20 | Deal with VPL operations; follow up with EastWest Bank on CC; received CC and deposit remotely; discussions with M. Peters re : Bryan Ross and operations | 1.60 |
| 7/28/20 | Go to office to pick up CD | 1.80 |
| 7/29/20 | Deal with VPL operations; review vendor invoices for payments; approve and release wire; discussions with B. Kane re : operation issues | 1.90 |
| 7/29/20 | Conference call with FTC, M. Fletcher, B. Kane re : operation issues | 0.90 |
| 7/30/20 | Prepare receiver accounting report; prepare creditor list for service | 1.90 |
| 7/30/20 | Discussion with M. Peters re : packaging ; deal with operation issues | 0.40 |
| 7/31/20 | Reviewing response from S. Cochell re : budget | 0.30 |
| 7/31/20 | Discussion with H. Goldflam re : | 0.10 |
| 7/31/20 | Conference call with S. Crochell, J. White, B. Beddi, M. Fletcher, B. Kane re : operating budget | 1.00 |
| 7/31/20 | Prepare report filing package for service | 0.20 |
| 7/31/20 | Public search for possible purchaser's information | 0.20 |



38

**Fee Claims for:**     **Robb Evans & Associates LLC**
**Case :**     **Redwood Scientific Technologies, Inc. et al.**
**For the Month of :**     **July-20**
**Name :**     **Coleen Callahan**

| Date | Description | Hours |
|------|-------------|-------|
| 7/8/20 | Serve First City Credit Union re VPL | 0.2 |
| 7/10/20 | Receive, review, archive and forward Response to Service from First City Credit Union to Deputy to the Receiver | 0.3 |
| 7/13/20 | Call with Realtor regarding status of Cardiff SFR | 0.3 |
| 7/19/20 | Call with Realtor regarding anticipating two offers to come in from different people who are anxious to purchase property. Advise Deputies to the Receiver and Receiver's Counsel Michael Fletcher and Hal Goldflam | 0.3 |
| 7/20/20 | Respond to e-mail from Porsche/Bentley attorney regarding potential repossession of vehicles | 0.1 |
| 7/22/20 | Call with realtor with report on showings of SFR today; Advise deputies to the Receiver and Receiver's Counsel Michael Fletcher and Hal Goldflam | 0.3 |
| 7/25/20 | Receive and review blind offer from Realtor from non owner occupant potential buyer; Summarize and forward to Deputy to the Receiver; Receive response and notify Realtor | 2.0 |
| 7/28/20 | Request scheduling of showing of Cardiff SFR | 0.0 |





39

Fee Claims for: **Robb Evans & Associates LLC**
Case : **Redwood Scientific Technologies, Inc. et al.**
For the Month of : **July-20**
Name : **Flora Jen**

| Date | Description | Hours |
|------|-------------|-------|
| 7/9/20 | Bank reconciliations; post reconciling items. | 0.20 |



40

| | |
|---|---|
| **Fee Claims for:** | **Robb Evans & Associates LLC** |
| **Case :** | **Redwood Scientific Technologies, Inc. et al.** |
| **For the Month of :** | **July-20** |
| **Name :** | **Tiffany Chung** |

| Date | Description | Hours |
|---|---|---|
| 7/2/20 | Review and analyze banking records obtained. Work on accounting reconstruction summary for Biztank based on its banking records and other documents available to the Receiver. Email correspondence with associates re: the reconstruction results and additional follow-ups and documents needed. | 3.90 |
| 7/7/20 | Continue to review and analyze additional bank records obtained. Work on accounting reconstruction re: Biztank. Prepare information and related documents re: Biztank for the Receiver's counsel. Various email correspondences and calls with A. Jen re: the same. | 3.60 |



41

| | |
|---|---|
| **Fee Claims for:** | **Robb Evans & Associates LLC** |
| **Case :** | **Redwood Scientific Technologies, Inc. et al.** |
| **For the Month of :** | **July-20** |
| **Name :** | **Henry Jen** |

| Date | Description | Hours |
|---|---|---|
| 7/9/20 | call with A. Jen, B. Kane, K. Johnson, M. Flectcher | 0.60 |
| 7/9/20 | call with A. Jen | 0.30 |
| 7/9/20 | travel to/from site.  Site inspection | 4.00 |
| 7/9/20 | review and compile notes and pictures | 2.00 |
| 7/10/20 | review and comment on report | 0.30 |
| 7/13/20 | review draft email | 0.10 |
| 7/17/20 | review comments | 0.20 |
| 7/17/20 | travel to/from site.  Site inspection | 3.70 |
| 7/18/20 | review and consolidate visit notes | 0.80 |
| 7/19/20 | review and consolidate visit notes | 0.40 |
| 7/19/20 | call with M. Flecther, B. Kane, A. Jen, K. Johnson | 0.20 |
| 7/20/20 | follow up vist schedule | 0.10 |
| 7/20/20 | call with B. Kane, A. Jen and K. Johnson | 0.20 |
| 7/21/20 | call with B. Kane, A. Jen, M. Fletcher and K. Johnson | 0.40 |
| 7/21/20 | travel to/from site.  Site inspection | 3.80 |
| 7/21/20 | review manuals, consolidate notes | 0.90 |
| 7/22/20 | consolidate notes | 0.70 |
| 7/22/20 | call with B. Kane, A. Jen, M. Fletcher and K. Johnson | 0.60 |



42

| | | |
|---|---|---|
| Fee Claims for: | Robb Evans & Associates LLC | |
| Case : | Redwood Scientific Technologies, Inc. et al. | |
| For the Month of : | **July-20** | |
| Name : | **Carl DeCius** | |

| Date | Description | Hours |
|---|---|---|
| 7/1/20 | Prepare and submit new wires for processing. Review and update accounting information. File maintenance.. | 1.10 |
| 7/2/20 | Emails with associates; review and prepare VPL Medical vendor wires for processing. | 0.60 |
| 7/6/20 | Prepare and submit new wires for processing. Review and update accounting information. File maintenance.. | 0.60 |
| 7/7/20 | Update financial information. | 0.10 |
| 7/8/20 | Prepare and submit wires. Update financial information. | 0.20 |
| 7/17/20 | Emails with associates; review and prepare VPL Medical vendor wires for processing. | 0.30 |
| 7/20/20 | Emails regarding VPL Medical wires. Review wire information. | 0.10 |
| 7/20/20 | Prepare vendor wires and update accounting information. | 0.40 |
| 7/21/20 | Confirm wire for processing. Emails regarding same. | 0.10 |
| 7/22/20 | Review new documents. Update accounting information and process payables. File maintenance. | 0.60 |
| 7/24/20 | Prepare vendor wires and update accounting information. | 0.20 |
| 7/27/20 | Prepare vendor wires and submit. Review case information and update accounting information. | 1.40 |
| 7/28/20 | Prepare vendor wires and update accounting information. | 0.20 |
| 7/29/20 | Prepare vendor wires and update accounting information. | 0.60 |
| 7/30/20 | Finish updating financial information in advance of semi annual reporting. Review creditor information and update list. | 1.10 |
| 7/30/20 | Review case creditor correspondence and documents. Update creditor list for reporting and serving purposes. | 0.60 |



43

**Robb Evans & Associates LLC**

11450 Sheldon Street
Sun Valley, CA 91352

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/31/2020 | Redwood23 |

| Bill To |
|---------|
| Robb Evans, Rec of Redwood Scientific |

| | P.O. No. |
|--|----------|
| | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| For professional services provided from 8/1/20 to 8/31/20 by: | | | |
| B. Kane | 23.7 | 342.00 | 8,105.40 |
| A. Jen | 40.1 | 342.00 | 13,714.20 |
| C. Callahan | 13.8 | 225.00 | 3,105.00 |
| F. Jen | 0.3 | 301.50 | 90.45 |
| H. Jen | 15.3 | 135.00 | 2,065.50 |
| C. DeCius | 3.1 | 121.50 | 376.65 |
| J. Dadbin | 0.7 | 81.00 | 56.70 |

| | **Total** | $27,513.90 |
|--|-----------|-----------|

44

Fee Claims for:   **Robb Evans & Associates LLC**
Case :   **Redwood Scientific Technologies, Inc. et al.**
For the Month of :   **August-20**
Name :   **Brick Kane**

| Date | Description | Hours |
|---|---|---|
| 8/3/20 | Analyze budget data sent by S. Cochell | 0.60 |
| 8/3/20 | Discussion with A. Jen & M. Fletcher re: | 0.50 |
| 8/3/20 | Conference call with A. Jen, M. Fletcher, FTC, J. White, S. Cochell, J. Cardiff, & B. Bedi re: operational issues and additional information needed to analyze re-starting the business | 0.50 |
| 8/4/20 | Analyze business premises insurance policy and note issues with same | 0.30 |
| 8/5/20 | Review multiple email re: additional information needed from Cardiff & Bedi, work on details needed from Cardiff & Bedi | 0.80 |
| 8/6/20 | Discussion with M. Peters re: operational issues and his expectations for payout | 0.30 |
| 8/7/20 | Discussion with M. Fletcher re: | 0.10 |
| 8/7/20 | Prepare letter to San Bernardino County tax collector re: personal property taxes | 0.30 |
| 8/7/20 | Discussion with M. Fletcher re: | 0.10 |
| 8/7/20 | Conference call with A. Jen, M. Fletcher, FTC, J. White, J. Cardiff, & B. Bedi re: operational issues and additional information needed to analyze re-starting the business | 1.60 |
| 8/10/20 | Review, execute, and process counter-offer for residential property | 0.20 |
| 8/11/20 | Discussion with M. Fletcher & A. Jen re: | 0.50 |
| 8/11/20 | Discussion with M. Fletcher, A. Jen & FTC re: VPL operating issues, salaries for management, potential distribution issues, creditor claims, and reply to Intermedia motion | 1.40 |
| 8/11/20 | Work on list of additional items to provided for cash flow projection | 0.70 |
| 8/11/20 | Discussion with P. Kinaga re: | 0.40 |
| 8/12/20 | Work on cash flow projection | 0.30 |
| 8/13/20 | Work on cash flow projection | 2.10 |
| 8/14/20 | Work on cash flow projection | 1.90 |
| 8/16/20 | Work on cash flow projection | 1.80 |

45

| | |
|---|---|
| Fee Claims for: | **Robb Evans & Associates LLC** |
| Case : | **Redwood Scientific Technologies, Inc. et al.** |
| For the Month of : | **August-20** |
| Name : | **Brick Kane** |

| Date | Description | Hours |
|---|---|---|
| 8/16/20 | Conference call with A. Jen, M. Fletcher, FTC, J. White, S. Cochell, J. Cardiff, & B. Bedi re: cash flow projection and related operational matters | 1.10 |
| 8/16/20 | Discussion with M. Fletcher & T. Robins re: | 0.40 |
| 8/17/20 | Discussion with C. DeCius re: obtaining quotes for product liability insurance | 0.20 |
| 8/17/20 | Work on Court report | 1.60 |
| 8/17/20 | Discussion with M. Fletcher re: | 0.10 |
| 8/18/20 | Discussion with M. Fletcher re: | 0.10 |
| 8/18/20 | Finalize Court report and issues with product liability insurance | 0.70 |
| 8/19/20 | Discussion with M. Fletcher re: | 0.10 |
| 8/19/20 | Discussion with M. Fletcher re: | 0.20 |
| 8/19/20 | Review and approved draft stipulation for circulation to the parties | 0.10 |
| 8/20/20 | Review Cochell changes to draft stipulation | 0.10 |
| 8/20/20 | Discussion with M. Fletcher re: | 0.10 |
| 8/24/20 | Discussion with M. Fletcher re: | 0.10 |
| 8/24/20 | Analyze various insurance proposals submitted by B. Bedi and email Bedi | 0.40 |
| 8/25/20 | Discussion with M. Fletcher re: | 0.40 |
| 8/25/20 | Discussion with M. Fletcher re: | 0.10 |
| 8/25/20 | Review and revise draft job descriptions for Bedi and Cardiff | 0.20 |
| 8/26/20 | Further work on Cardiff and Bedi job descriptions | 0.20 |
| 8/26/20 | Analyze filing for stay of proceedings | 0.30 |
| 8/26/20 | Discussions with M. Fletcher re: | 0.10 |
| 8/26/20 | Work on declaration in response to motion for stay | 0.30 |
| 8/27/20 | Discussion with M. Peters re: potential business | 0.20 |
| 8/28/20 | Discussion with A. Jen, H. Jen, & J. Dadbin re: operational issues to deal with after the Court issues an order | 0.70 |

46

Fee Claims for: **Robb Evans & Associates LLC**
Case : **Redwood Scientific Technologies, Inc. et al.**
For the Month of : **August-20**
Name : **Brick Kane**

| Date | Description | Hours |
|------|-------------|-------|
| 8/29/20 | Discussion with M. Peters re: turnover of his keys and status of his note | 0.20 |
| 8/31/20 | Discussion with A. Jen, M. Fletcher, B. Bedi, J. Cardiff and their lawyers and FTC re: operational issues going forward | 0.50 |
| 8/31/20 | Discussion with A. Jen B. Bedi, & J. Cardiff re: operational issues and meeting at facility tomorrow | 0.30 |
| 8/31/20 | Discussion with H. Jen & J. Dadbin re: update on operational status before tomorrow's onsite meeting | 0.20 |
| 8/31/20 | Discussion with VPL insurance agent re: status on product liability insurance, he will respond with more details tomorrow | 0.30 |



47

| Fee Claims for: | Robb Evans & Associates LLC |
| Case : | Redwood Scientific Technologies, Inc. et al. |
| For the Month of : | August-20 |
| Name : | Anita Jen |

| Date | Description | Hours |
|------|-------------|-------|
| 8/1/20 | Review and search for additional information for budget. | 0.00 |
| 8/2/20 | review company tax status, email B. Bedi for confirmation of tax status. | 0.00 |
| 8/3/20 | Deal with vendor payment issues, review and budget estimate and request again for confirmation on budget items as discussed over the phone on last Friday; discussions with CA California Department of Tax and Fee Administration. | 2.30 |
| 8/3/20 | Conference call with M. Fletcher and B. Kane re : | 0.50 |
| 8/3/20 | Conference call with M. Fletcher B, Kane, S. Cochell, J. White, B. Bedi, J. Cardiff and FTC re : operation budgets | 0.50 |
| 8/4/20 | Respond to California Department of Tax and Fee Administration re : sales tax report ; request copy from B. Bedi | 0.10 |
| 8/5/20 | Deal with VPL operation issues; rent, taxes; review budget | 1.40 |
| 8/5/20 | Prepare creditor list for service. | 0.20 |
| 8/6/20 | Deal with VPL operation issues : rent payments; review and approve wires; review 2Q sales tax filing, noted unreported revenue, discussions with CA BOE re : filing, follow up with E. Jimenez re : sales tax filing and his invoice for description. | 2.50 |
| 8/7/20 | Review budget cash flow | 4.30 |
| 8/7/20 | Conference call with J. White, S. Cochell, J. Cardiff, B. Bedi, FTC, M. Fletcher, B. Kane | 1.50 |
| 8/10/20 | Review cash flow information provided | 2.40 |
| 8/10/20 | Deal with operation issues ; payment | 0.10 |
| 8/11/20 | Conference call with M. Fletcher and B. Kane re : | 0.50 |
| 8/11/20 | Conference call with FTC, M. Fletcher and B. Kane re : cash flow budget and operations issues | 1.40 |
| 8/11/20 | Review cash flow information provided; prepare detail request for supporting documentation | 0.40 |
| 8/12/20 | Review budget information; discussions with H. Jen on production issue | 0.50 |
| 8/13/20 | Prepare bank statements for service to parties | 0.80 |
| 8/13/20 | Review information provided for cash flow projections; update cash flow projection | 2.70 |



48

| Fee Claims for: | Robb Evans & Associates LLC |
|---|---|
| Case : | Redwood Scientific Technologies, Inc. et al. |
| For the Month of : | August-20 |
| Name : | Anita Jen |

| Date | Description | Hours |
|---|---|---|
| 8/14/20 | Review information provided and update cash flow projections | 2.30 |
| 8/16/20 | Update cash flow projections, discussions and review with B. Kane | 2.20 |
| 8/16/20 | Conference call with S. Cochell, J. White, J. Cardiff, B. Bedi, FTC, M. Fletcher and B. Kane re : cash flow and operations | 1.10 |
| 8/16/20 | Deal with vendor payment request | 0.10 |
| 8/17/20 | Deal with VPL operation issues : deal with vendor payment requests; review additional information on new business; public search on individual; discussion with R. Han re : tax issues | 1.20 |
| 8/17/20 | Request updates from financial institutions, and follow up with T-Mobile | 0.20 |
| 8/17/20 | Assist in receiver's report | 0.80 |
| 8/18/20 | Update cash flow projections, review and calculation product insurance premium, and compare rates; review cash flow for additional questions; assist in prepare report to Court | 1.10 |
| 8/19/20 | Discussion with C. DeCius re : VPL product liability | 0.30 |
| 8/20/20 | Received confirmation from Ally Bank, update service summary | 0.00 |
| 8/21/20 | Read multiple emails and changes on stip filing on VPL operations | 0.20 |
| 8/21/20 | Deal with VPL operation issues; Correspond with CA Department of Tax and Fee Administration | 1.50 |
| 8/24/20 | Receive email from CA Department of Tax and Fee Administration re : Redwood sales tax returns for 2nd Q, 3rd Q and 4th Q returns; read article re : government sales reporting; and reply to CA Department of Tax and Fee Administration; review emails, invoice and follow up with E. Jimenez and Bobby re : revised sales tax return and utility bill; deal with VPL operation issues | 1.40 |
| 8/25/20 | Deal with VPL operation issues; reply to H. Goldflam re : ; review and edit job descriptions | 0.90 |
| 8/26/20 | Review B. Kane declaration; Review M. Fletcher declaration | 0.20 |
| 8/26/20 | Deposit S. Cochell's check and update accounting | 0.10 |
| 8/28/20 | Conference call with B. Kane, H. Jen and J. Dadbin re : VPL operations | 0.70 |



49

Fee Claims for:     **Robb Evans & Associates LLC**
Case :     **Redwood Scientific Technologies, Inc. et al.**
For the Month of :     **August-20**
Name :     Anita Jen

| Date | Description | Hours |
|------|-------------|-------|
| 8/31/20 | Deal with operation issues | 2.70 |
| 8/31/20 | Conference call with B. Bedi, J. Cardiff,  J. White, S. Cochell, M. Fletcher and B. Kane and FTC | 0.50 |
| 8/31/20 | Conference call with M. Fletcher and B. Kane  re : | 0.20 |
| 8/31/20 | Conference call with B. Bedi, J. Cardiff and B. Kane re : operations | 0.30 |



50

| | |
|---|---|
| **Fee Claims for:** | **Robb Evans & Associates LLC** |
| **Case :** | **Redwood Scientific Technologies, Inc. et al.** |
| **For the Month of :** | **August-20** |
| **Name :** | **Coleen Callahan** |

| Date | Description | Hours |
|---|---|---|
| 8/1/20 | Review Offer on Cardiff SFR; Discuss Counter with the Deputy to the Receiver | 0.2 |
| 8/2/20 | Draft Counter | 3.2 |
| 8/3/20 | Forward                          to Deputy to the Receiver and Receiver's Counsel, Michael Fletcher for Review | 0.1 |
| 8/3/20 | Advise Realtor of Status of response from Cardiff re showing requests | 0.1 |
| 8/4/20 | Revise              and forward              to Receiver's Counsel, Michael Fletcher | 1.9 |
| 8/6/20 | Follow re showing request for Cardiff SFR | 0.0 |
| 8/10/20 | Finalize counter on Cardiff Residence with all revisions, forward to Deputy to the Receiver | 2.0 |
| 8/12/20 | Receive, review and respond to Receiver's Counsel, Michael Fletcher regarding | 3.2 |
| 8/12/20 | Coordinate/request showings of Cardiff SFR | 0.0 |
| 8/13/20 | Review and revise Declaration previously reviewed to include additional information regarding on Cardiff SFR that was declined | 1.3 |
| 8/17/20 | Receive and review counter offer to Receiver's Counter offer; advise Deputies to the Receiver | 0.2 |
| 8/17/20 | At request of Deputy to the Receiver, request updated information on various credit cards | 0.6 |
| 8/18/20 | Call with Receiver's Realtor of Cardiff SFR regarding showing to individuals who submitted offer; advise Deputy to the Receiver and Receiver's Counsel, Michael Fletcher | 0.3 |
| 8/19/20 | Prepare rejection to counter offer received on Cardiff SFR | 0.4 |
| 8/22/20 | Receive and review response from one of Credit Card companies; advise Deputy to the Receiver | 0.0 |
| 8/24/20 | Call with Receiver's Realtor regarding additional showing request and vetting done | 0.1 |
| 8/25/20 | Follow up with Credit Cards regarding estimated response time; send additional request via FAX v previously send e-mail | 0.2 |
| 8/25/20 | Receive and Review information and Offer from individuals regarding Cardiff SFR | 0.0 |

51

Fee Claims for:    **Robb Evans & Associates LLC**
Case :    **Redwood Scientific Technologies, Inc. et al.**
For the Month of :    **August-20**
Name :    Flora Jen

| Date | Description | Hours |
|------|-------------|-------|
| 8/11/20 | Bank reconciliations; post reconciling items. | 0.30 |



52

| Fee Claims for: | Robb Evans & Associates LLC |
| Case : | Redwood Scientific Technologies, Inc. et al. |
| For the Month of : | **August-20** |
| Name : | Henry Jen |

| Date | Description | Hours |
|---|---|---|
| 8/6/20 | Review email, resume, assumption. | 2.50 |
| 8/10/20 | Review production plan and discuss finding with A. Jen. | 1.10 |
| 8/12/20 | Review testing plan. | 3.40 |
| 8/13/20 | Research download content. | 0.20 |
| 8/13/20 | Research FDA, quality, production requirements. | 3.40 |
| 8/13/20 | Search for google info. | 0.20 |
| 8/15/20 | Research FDA, quality, production requirements. | 0.20 |
| 8/17/20 | Discuss case info with B. Kane. | 0.10 |
| 8/24/20 | Discuss case info with B. Kane. | 0.10 |
| 8/24/20 | Review and prepare document | 0.20 |
| 8/26/20 | Review documents and research sampling and testing requirements. | 1.70 |
| 8/27/20 | Prepare and copy files. | 0.40 |
| 8/28/20 | Call with B. Kane, A. Jen, J. Dadbin on case info. | 0.60 |
| 8/28/20 | Review case related material. | 0.50 |
| 8/31/20 | Research, review and compile FDA / AQL / ASTM mask sampling requirement. | 0.60 |
| 8/31/20 | Call with B. Kane, J. Dadbin on case info. | 0.10 |





53

| | | |
|---|---|---|
| Fee Claims for: | **Robb Evans & Associates LLC** | |
| Case : | **Redwood Scientific Technologies, Inc. et al.** | |
| For the Month of : | **August-20** | |
| Name : | **Carl DeClus** | |

| Date | Description | Hours |
|---|---|---|
| 8/3/20 | Review and update creditor claim information. | 0.30 |
| 8/5/20 | Prepare and submit vendor wires. Update accounting information. | 0.30 |
| 8/6/20 | Prepare and submit vendor wire. Update accounting information. | 0.10 |
| 8/14/20 | Review and update accounting information. | 0.10 |
| 8/17/20 | Discussion with B. Kane regarding insurance requirements for VPL product. Phone call to broker to obtain product liability policy quotes. Work on obtaining information and application completion. | 1.10 |
| 8/18/20 | Emails and phone call with agent regarding product liability policy. | 0.20 |
| 8/18/20 | Review new creditor correspondence and update creditor file with new information. | 0.30 |
| 8/20/20 | Discussions with agent regarding VPL policy; finish and forward product liability application to associates for follow-up. | 0.70 |



Page 1

54

Fee Claims for: **Robb Evans & Associates LLC**
Case : Redwood Scientific Technologies, Inc. et al.
For the Month of : **August-20**
Name : Jacklin Dadbin

| Date | Description | Hours |
|------|-------------|-------|
| 8/28/20 | Call with B. Kane, A. Jen, H. Jen on case info. | 0.60 |
| 8/31/20 | Call with B. Kane, H. Jen on case info. | 0.10 |



55

Robb Evans & Associates LLC

11450 Sheldon Street
Sun Valley, CA 91352

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2020 | Redwood24 |

| Bill To |
|---------|
| Robb Evans, Rec of Redwood Scientific |

| | P.O. No. |
|--|----------|
| | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| For professional services provided from 9/1/20 to 9/30/20 by: | | | |
| B. Kane | 11.9 | 342.00 | 4,069.80 |
| A. Jen | 43.8 | 342.00 | 14,979.60 |
| C. Callahan | 3.7 | 225.00 | 832.50 |
| H. Jen | 79.8 | 135.00 | 10,773.00 |
| C. DeCius | 10.3 | 121.50 | 1,251.45 |
| J. Dadbin | 44.4 | 81.00 | 3,596.40 |

| | **Total** | $35,502.75 |
|--|-----------|------------|

56

**Fee Claims for:**      Robb Evans & Associates LLC
**Case :**      Redwood Scientific Technologies, Inc. et al.
**For the Month of :**      September-20
**Name :**      Brick Kane

| Date | Description | Hours |
|------|-------------|-------|
| 9/1/20 | Discussion with H. Jen re: operational issues to today and checking suite 150 | 0.20 |
| 9/1/20 | Discussion with VPL insurance agent re: product liability insurance binder and wire transfer | 0.10 |
| 9/1/20 | Discussion with A. Jen, H. Jen, & J. Dadbin re: issues to today's site visit | 0.20 |
| 9/1/20 | Analyze and approved proposed insurance coverage | 0.60 |
| 9/8/20 | Discussion with H. Jen re: results of today's meeting with B. Bedi, J. Cardiff, & potential production manager and next steps | 0.20 |
| 9/9/20 | Discussion with M. Fletcher re: | 0.20 |
| 9/9/20 | Email instructions to associates re: notes of daily activity | 0.10 |
| 9/11/20 | Discussion with J. Jen re: issues with production facility | 0.10 |
| 9/11/20 | Discussion with M. Fletcher re: | 0.30 |
| 9/14/20 | Discussion with M. Fletcher & FTC re: Cardiff residence issues and Accent Imports company ownership | 0.40 |
| 9/14/20 | Discussion with M. Fletcher re: | 0.30 |
| 9/17/20 | Email C. DeCius re: Practices Liability Insurance coverage and the details | 0.10 |
| 9/18/20 | Email exchanges with J. Cardiff & B. Bedi re: over budget items and coordination of work | 0.20 |
| 9/18/20 | Discussion with A. Jen, H. Jen, J. Cardiff, & B. Bedi re: budget and operational issues | 0.70 |
| 9/21/20 | Discussion with M. Fletcher re: | 0.10 |
| 9/23/20 | Read multiple emails from J. Cardiff re: air conditioning contract and wire transfer and respond to Cardiff | 0.20 |
| 9/23/20 | Discuss VPL Oct. 1 Court report with H. Jen | 0.20 |
| 9/25/20 | Discussion with A. Jen, H. Jen, J. Dadbin, J. Cardiff, & B. Bedi re: VPL operational issues, status of production plant readiness, next week's schedule for work to be done, potential recipient of VA masks to donated | 0.50 |
| 9/28/20 | Review and revise employment agreement for line workers | 0.20 |

57

Fee Claims for:     **Robb Evans & Associates LLC**
Case :     **Redwood Scientific Technologies, Inc. et al.**
For the Month of :     **September-20**
Name :     **Brick Kane**

| Date | Description | Hours |
|------|-------------|-------|
| 9/28/20 | Review and approve draft stipulation to discontinue marketing efforts on Cardiff residence | 0.10 |
| 9/28/20 | Analyze agreement with temporary employment agency and respond to email with questions | 0.20 |
| 9/28/20 | Work on Court report | 3.30 |
| 9/29/20 | Discussion with H. Jen re: VPL operational issues | 0.10 |
| 9/29/20 | Discussion with M. Fletcher re: | 0.10 |
| 9/29/20 | Work on Court report | 1.20 |
| 9/30/20 | Work on Court report | 0.70 |
| 9/30/20 | Deal with VPL operational matters | 1.30 |



58

| | | |
|---|---|---|
| **Fee Claims for:** | **Robb Evans & Associates LLC** | |
| **Case :** | **Redwood Scientific Technologies, Inc. et al.** | |
| **For the Month of :** | **September-20** | |
| **Name :** | Anita Jen | |

| Date | Description | Hours |
|---|---|---|
| 9/1/20 | Deal with VPL operation issues; discussions with H. Jen, J. Dadbin, and B. Kane re : operations; set up payroll processing account, review approve and release wires | 2.80 |
| 9/1/20 | Discussion with H. Goldflam re : | 0.00 |
| 9/1/20 | Discussion with P. Kinaga re : | 0.60 |
| 9/2/20 | Deal with VPL operation issues; continue setting up payroll processing account; download Redwood QBs file; pay vendors, update accounting | 1.80 |
| 9/2/20 | Review declarations | 0.30 |
| 9/3/20 | Deal with VPL operation issues | 1.00 |
| 9/4/20 | Deal with VPL operation issues | 1.60 |
| 9/7/20 | Deal with VPL operation issues | 0.00 |
| 9/8/20 | Deal with Paychex to open account; deal with operation issues | 1.00 |
| 9/8/20 | Review subpoena request | 0.10 |
| 9/9/20 | Deal with VPL operation issues; follow up with B. Bedi and E. Jimenez for missing items; request international wire, confirm with FCB | 1.90 |
| 9/10/20 | Deal with operating issues | 3.50 |
| 9/11/20 | Deal with operating issues; discussions with H. Jen re : operation issues; setting up payroll processing account with ADP; review invoices, follow up with B. Bedi and E. Jimenez, invoice payments, update VPL accounting | 4.60 |
| 9/13/20 | Discussion with P. Kinaga re : | 0.60 |
| 9/14/20 | Email to J. Cardiff and B. Bedi re : temp agency insurance issues | 0.30 |
| 9/14/20 | Deal with operation issues; Discussions with H. Jen re: operation issues; employment issues | 0.80 |
| 9/14/20 | Discussion with H. Goldflam re : email . to H. Goldflam | 0.30 |
| 9/14/20 | Discussion with P. Kinaga re : ‹ | 0.60 |
| 9/14/20 | Deal with operation issues; process payroll; open new bank account for J. Cardiff's net payroll, correspondences with B. Bedi and J. Cardiff re : operations; review operating accounting | 2.80 |



59

Fee Claims for: **Robb Evans & Associates LLC**
Case : Redwood Scientific Technologies, Inc. et al.
For the Month of : **September-20**
Name : **Anita Jen**

| Date | Description | Hours |
|---|---|---|
| 9/15/20 | Deal with operation issues; discussions with P. Kinaga re : discussion with ADP re : workers comp insurance | 2.90 |
| 9/16/20 | and provide to M. Fletcher and H. Goldflam; Discussions with M. Fletcher re : | 0.80 |
| 9/16/20 | Discussions with ADP re : worker's comp insurance | 0.50 |
| 9/17/20 | Follow up with M. Fletcher re ; discussions with H. Jen re : operation issues; VA returned masks; review revised sales tax return, email E. Jimenez re : reconciling items | 1.50 |
| 9/18/20 | Deal with VPL operation issues | 0.50 |
| 9/18/20 | Conference call with B. Bedi, J. Cardiff, B. Kane and H. Jen re : operation issues | 0.70 |
| 9/21/20 | Discussions with H. Jen re : VPL operation issues | 0.20 |
| 9/22/20 | Deal with VPL operation issues | 0.30 |
| 9/22/20 | Discussion with FTC re : masks | 0.10 |
| 9/22/20 | Discussions with ADP re : Worker's Comp insurance | 0.30 |
| 9/23/20 | Deal with operation issues, multiple emails with J. Cardiff and B. Bedi, discussions with H. Jen re : operation issues, discussions with C. DeCius insurance issues; update cash flow report | 2.00 |
| 9/25/20 | Deal with operation issues, request P. Kinaga to run month end payroll; process utility payment; follow up email requesting information on revised sale tax return; update accounting | 1.60 |
| 9/25/20 | Conference call with J. Cardiff, B. Bedi, B. Kane, H. Jen and J. Dadbin re : weekly updates | 0.50 |
| 9/28/20 | Review employment contract for machinist and edit | 0.20 |
| 9/28/20 | Review documents received from M. Fletcher; request H. Jen to do further research | 0.40 |
| 9/29/20 | Prepare operation report : request for additional information from E. Jimenez | 0.90 |
| 9/30/20 | Deal with operation issues, continue working on accounting report | 5.80 |

60

Fee Claims for: **Robb Evans & Associates LLC**
Case : **Redwood Scientific Technologies, Inc. et al.**
For the Month of : **September-20**
Name : **Coleen Callahan**

| Date | Description | Hours |
|---|---|---|
| 9/2/20 | Followed up with Capital One on status of response | 0.2 |
| 9/10/20 | Serve Venders | 1.0 |
| 9/11/20 | Call with Deputy to the Receiver and Receiver's Counsel Michael Fletcher regarding | 0.2 |
| 9/15/20 | Follow up with financial institution regarding status of service | 0.2 |
| 9/17/20 | Review and prepare Counter offer to offer received on Cardiff sfr. | 0.6 |
| 9/18/20 | Continue working on Counter Offer responding to Offer on Cardiff house; review values of properties being sold as contingency on-line. contact realtor regarding issue with insufficient funds to close, and appearance homes are being listed higher than comparable homes | 1.3 |
| 9/21/20 | Review additional information sent from broker on individual's funds availability | 0.2 |





61

Fee Claims for:     **Robb Evans & Associates LLC**
Case :              **Redwood Scientific Technologies, Inc. et al.**
For the Month of :    **September-20**
Name :          **Henry Jen**

| Date | Description | Hours |
|------|-------------|-------|
| 9/1/20 | travel to / from site, meet with J. Cardiff, B. Bedi, J. Dadbin; discuss case info with B. Kane, A. Jen, J. Dadbin. | 3.70 |
| 9/3/20 | travel to / from site, meet with JC, BB, Singh; discuss case info with AJ and JD. | 5.00 |
| 9/4/20 | discuss case info with A. Jen | 0.30 |
| 9/4/20 | review and reply emails regarding machine spare parts quotations and follow up on google suite invoice info. | 0.30 |
| 9/5/20 | review and reply emails regarding machine spare parts quotations and follow up on google suite invoice info. | 0.30 |
| 9/5/20 | email search on operation and machine info | 1.20 |
| 9/7/20 | review, research and reply emails regarding machine spare parts quotation and timing. | 1.60 |
| 9/7/20 | research internet service and wait for customer service agent | 0.70 |
| 9/7/20 | discuss case info with B. Kane | 0.30 |
| 9/8/20 | review, research and reply emails regarding machine spare parts cost, timing and wiring instruction; search and provide B. Bedi pictures of 9087 Arrow suite 150 office per request. | 0.30 |
| 9/8/20 | travel from home to plant site; meet with J. Cardiff, F. Woodson, B. Bedi and J. Dadbin; travel home from plant | 2.90 |
| 9/8/20 | call with B. Kane on case info | 0.20 |
| 9/9/20 | review case material | 0.30 |
| 9/9/20 | review, research and reply emails regarding machine spare parts; call with supplier | 0.60 |
| 9/10/20 | compile site visit notes; review, research and reply emails regarding machine spare parts status. | 1.60 |
| 9/11/20 | review, research and reply emails regarding regarding operation status; follow up on AC requirement. | 0.30 |
| 9/11/20 | call with B. Kane and A. Jen on case info. | 0.30 |
| 9/14/20 | review, research and reply emails regarding machine spare parts. | 0.20 |
| 9/14/20 | discuss case info with A. Jen | 0.20 |
| 9/14/20 | review F. Woodson resume and discuss case info with A. Jen | 0.20 |
| 9/15/20 | review tracking # and follow up on part shipment status and operation status. | 0.60 |

62

| | | |
|---|---|---|
| Fee Claims for: | **Robb Evans & Associates LLC** | |
| Case : | **Redwood Scientific Technologies, Inc. et al.** | |
| For the Month of : | **September-20** | |
| Name : | **Henry Jen** | |

| Date | Description | Hours |
|---|---|---|
| 9/16/20 | follow up on emails regarding facility electrical requirement, On Point quotation, dust particular testing kit. | 0.10 |
| 9/17/20 | follow up on emails and equipment status | 0.60 |
| 9/17/20 | review F. Woodson job description | 0.10 |
| 9/18/20 | review, research and reply emails; follow up on parts status | 0.60 |
| 9/18/20 | conference call with B. Kane, A. Jen, B. Bedi, J. Cardiff on facility status and electrical installation without approval. | 0.80 |
| 9/21/20 | follow up on AC installation schedule and plan visit timing; schedule Friday call; follow up on emails | 0.50 |
| 9/22/20 | travel to site | 0.70 |
| 9/22/20 | on site and meet with AC installation crew, J. Cardiff and J. Dadbin | 2.00 |
| 9/22/20 | on site and meet with J. Cardiff, B. Bedi and J. Dadbin, travel home | 2.40 |
| 9/22/20 | recap notes | 0.60 |
| 9/22/20 | review spending vs. budget | 0.50 |
| 9/23/20 | discuss case info with A. Jen and follow up on job description; follow up on site timing; read and follow up on emails regarding operation | 0.80 |
| 9/23/20 | drive to site and return home 1/2 way | 0.50 |
| 9/23/20 | review machinist job description and research | 0.40 |
| 9/23/20 | call with B. Kane on case info | 0.10 |
| 9/23/20 | research and create employment application form | 0.60 |
| 9/24/20 | review employment application terms | 0.10 |
| 9/24/20 | travel to site and meet with J. Dadbin, J. Cardiff, B. Bedi, On point air | 3.60 |
| 9/24/20 | waited for On point air. Drive home | 3.20 |
| 9/24/20 | discuss case info with B. Kane | 0.10 |
| 9/24/20 | review machinist applicants' resumes | 0.90 |
| 9/25/20 | travel to site and meet with J. Dadbin, J. Cardiff, B. Bedi, On point air | 5.50 |
| 9/25/20 | waited for On point air. Drive home | 4.10 |
| 9/26/20 | report preparation | 1.90 |
| 9/26/20 | report preparation | 1.40 |
| 9/26/20 | report preparation | 0.70 |
| 9/26/20 | research VPL web site content accuracy | 0.60 |
| 9/28/20 | travel to site and meet with J. Dadbin, J. Cardiff, B. Bedi, On point air | 3.20 |
| 9/28/20 | wait for On point air. Drive home | 4.70 |
| 9/28/20 | review report | 0.60 |



63

**Fee Claims for:**    **Robb Evans & Associates LLC**

**Case :**    **Redwood Scientific Technologies, Inc. et al.**

**For the Month of :**    **September-20**

**Name :**    **Henry Jen**

| Date | Description | Hours |
|------|-------------|-------|
| 9/29/20 | travel to site and meet with J. Dadbin, J. Cardiff, On point air, and electrician. | 2.60 |
| 9/29/20 | wait for On point air.  Drive home | 4.30 |
| 9/29/20 | review and update report | 0.90 |
| 9/30/20 | review DHL shipment and duty info | 0.30 |
| 9/30/20 | travel to site and meet with J. Cardiff, On point air and electrician | 3.80 |
| 9/30/20 | wait for On point air.  Drive home | 3.90 |
| 9/30/20 | email search per A. Jen's request | 1.00 |



Fee Claims for: **Robb Evans & Associates LLC**
Case : Redwood Scientific Technologies, Inc. et al.
For the Month of : **September-20**
Name : **Carl DeCius**

| Date | Description | Hours |
|---|---|---|
| 9/1/20 | Process VPL wires; phone calls with associates re same. Update acct info; review emails. | 0.80 |
| 9/2/20 | Review new case correspondence and documents. Update financial information and process payables. | 0.40 |
| 9/8/20 | Review new case correspondence and documents. Update financial information and process payables. | 0.30 |
| 9/10/20 | Review accounting information for VPL Medical on server. Review accounting information. | 0.90 |
| 9/11/20 | Update accounting information and process payables. Set up wire templates. | 0.70 |
| 9/14/20 | Review case correspondence and documents. Update accounting information and process payables. Reconcile accounts. | 0.80 |
| 9/15/20 | Review new case correspondence and documents. Update financial information and process payables. | 0.30 |
| 9/16/20 | Review and update new creditor claim information. Verify existing client information. | 0.20 |
| 9/17/20 | Phone call and emails with insurance agent regarding new EPL policy for VPL. | 0.40 |
| 9/21/20 | Review VPL Medical case documents and operations information. Update new accounting information. | 0.60 |
| 9/22/20 | Emails and phone calls with insurance agent and associates to obtain new corporate policies for VPL Medical Inc. | 0.30 |
| 9/23/20 | Work on application and information for new EPL policy for VPL Medical. Phone call and emails to agent regarding same. | 0.90 |
| 9/23/20 | Review various VPL Medical Inc. files on server. | 0.30 |
| 9/23/20 | Review emails and invoices received. Prepare and submit vendor wire for processing. Update accounting information and process payables. File maintenance. | 1.40 |
| 9/25/20 | Review and prepare new comprehensive application for EPL coverage quote for VPL Medical Inc. Phone call with agent to discuss. | 0.60 |
| 9/29/20 | Update accounting information; review payables on server. | 0.60 |
| 9/30/20 | Research payment options of import duties on line; review DHL website for payment options. | 0.30 |



| Fee Claims for: | Robb Evans & Associates LLC |
|---|---|
| Case : | Redwood Scientific Technologies, Inc. et al. |
| For the Month of : | September-20 |
| Name : | Carl DeCius |

| Date | Description | Hours |
|---|---|---|
| 9/30/20 | Update accounting information and process payables. Issue payments. | 0.50 |



66

| | | |
|---|---|---|
| **Fee Claims for:** | **Robb Evans & Associates LLC** | |
| **Case :** | **Redwood Scientific Technologies, Inc. et al.** | |
| **For the Month of :** | **September-20** | |
| **Name :** | **Jacklin Dadbin** | |

| Date | Description | Hours |
|---|---|---|
| 9/1/20 | Me and Henry met with Jason Cardiff and Bobbi Bedi. We discussed various subjects: air-conditioning, electrician, machinery repair guy, parts, bids, employment agency agreement, warehouse manager, and mailbox keys. | 4.30 |
| 9/3/20 | Henry and I met with Singh, Jason and Bobbi. Singh checked the machineries, prepared a list for parts, discussed repairs, orders and timing. Discussed air-conditioning and electrical bids and status with Jason and Bobbi. | 5.30 |
| 9/8/20 | Met with Jason, Bobbi and Frank Woodson. Interviewed Frank, discussed the job description. | 3.70 |
| 9/22/20 | In the office all day, Air-conditioning and the electrician worked all day. Discussed various operation status with Jason and Bobbi. | 5.60 |
| 9/24/20 | Air-conditioning guys were working all day. A representative from Uline, Crane company, Pest Control and couple of brokers showed up. Discussed status of parts orders and deliveries. Talked about janitorial services. | 7.70 |
| 9/25/20 | Air-conditioning guys were there. Expecting interviewers to arrive but no one showed up. Discussed DHL delivery and holdup. Conference call with Brick, Anita, Henry, Jason and Bobbi regarding weekly updates. | 9.90 |
| 9/29/20 | Air-conditioning people working all day. Edwin from Snyder Electrician was working there for most of the day. Discussed about Singh and his back-up with Jason and Bobbi. | 7.90 |

67

**Robb Evans & Associates LLC**

11450 Sheldon Street
Sun Valley, CA 91352

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2020 | Redwood25 |

| Bill To |
|---------|
| Robb Evans, Rec of Redwood Scientific |

| | P.O. No. |
|---|---|
| | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| For professional services provided from 10/1/20 to 10/31/20 by: | | | |
| B. Kane | 8.4 | 342.00 | 2,872.80 |
| A. Jen | 30.5 | 342.00 | 10,431.00 |
| C. Callahan | 2.5 | 225.00 | 562.50 |
| F. Jen | 15.1 | 301.50 | 4,552.65 |
| H. Jen | 139.8 | 135.00 | 18,873.00 |
| C. DeCius | 9.5 | 121.50 | 1,154.25 |
| J. Dadbin | 109.9 | 81.00 | 8,901.90 |

| | **Total** | $47,348.10 |
|---|-----------|-----------|

68

| | |
|---|---|
| **Fee Claims for:** | **Robb Evans & Associates LLC** |
| **Case :** | **Redwood Scientific Technologies, Inc. et al.** |
| **For the Month of :** | **October-20** |
| **Name :** | **Brick Kane** |

| Date | Description | Hours |
|---|---|---|
| 10/1/20 | Discussion with H. Goldflam re: | 0.20 |
| 10/2/20 | Conference call with A. Jen, H. Jen, J. Cardiff, & B. Bedi re: operational issues, backup plan is Singh does not return calls, potential brokered deal for next week, operational status of facility | 0.50 |
| 10/4/20 | Discuss salary issues with J. Cardiff | 0.30 |
| 10/5/20 | Review and approve stipulations | 0.20 |
| 10/6/20 | Discussion with H. Jen re: today's VPL operations and interview issues with inside sales candidate | 0.10 |
| 10/9/20 | Discussion with A. Jen & H. Jen re: VPL operational issues, facility still not ready and no clear path on Singh replacement and machinist helpers | 0.30 |
| 10/12/20 | Read and reply to J. Cardiff email re: receivership issues | 0.10 |
| 10/13/20 | Conference call with A. Jen, H. Jen, J. Dadbin, J. Cardiff, & B. Bedi re: air conditioning status, status of donation of VA surplus masks, replacement engineer for Singh, potential contract for 500,000 masks, and status of installation of alarm system and the production facility | 0.50 |
| 10/13/20 | Discussion with H. Jen re: follow up on conference call issues | 0.10 |
| 10/18/20 | Read and reply to lengthy email form J. Cardiff re: various issues including status of budget comparison | 0.40 |
| 10/20/20 | Discussion with A. Jen and sales representative from Bambee (HR) company recommended by J. Cardiff | 0.40 |
| 10/20/20 | Discussion with FTC re: Made in America labeling issues | 0.20 |
| 10/20/20 | Discuss various operational issues with H. Jen | 0.30 |
| 10/21/20 | Discuss machine status and network issues with H. Jen | 0.10 |
| 10/22/20 | Analyze Employment Practices Liability policy and approve binding insurance | 0.30 |
| 10/22/20 | Discussion with M. Peters re: status of operations | 0.30 |
| 10/23/20 | Discussion with referral re: potential donation of masks being returned by VA | 0.10 |

69

Case 5:18-cv-02021-DMG-PLA Document 45-5 37 Filed 04/08/21 Page 108 of 443 Page ID #:3069

| | |
|---|---|
| **Fee Claims for:** | **Robb Evans & Associates LLC** |
| **Case :** | **Redwood Scientific Technologies, Inc. et al.** |
| **For the Month of :** | **October-20** |
| **Name :** | **Brick Kane** |

| Date | Description | Hours |
|---|---|---|
| 10/23/20 | Conference call with A. Jen, H. Jen, J. Dadbin, J. Cardiff, & B. Bedi re: status of re-tooling the production machines and estimated time to complete, status of donation of VA masks, need for account to ship samples etc. to prospective clients, status of alarm system installation, employment forms needed for new employees, problems with bagging machines | 1.00 |
| 10/26/20 | Discussion with A. Jen & H. Jen re: various operational issues, damage caused by today's wind storm, and problems with retrofitting the production machines | 0.50 |
| 10/27/20 | Discussion with M. Peters re: donation of damaged VA masks | 0.10 |
| 10/27/20 | Read and reply to lengthy email from J. Cardiff re: various issues operational and financial issues | 0.30 |
| 10/27/20 | Discussion with H. Jen re: status of onsite work | 0.10 |
| 10/28/20 | Discussion with H. Jen re: schedule for machinists, call with technician in China | 0.20 |
| 10/28/20 | Discussion with H. Jen & J. Dadbin re: today's progress and status of production facility | 0.10 |
| 10/28/20 | Work on VA damaged mask donation | 0.20 |
| 10/29/20 | Discussion with H. Jen re: status of onsite work, priorities for operations director, yesterday's call with Chinese company technician and issues with the motors, and phone system options | 0.20 |
| 10/30/20 | Discussion with A. Jen, H. Jen, & J. Dadbin re: status of operations director working remotely and parts needed to make machines operational | 0.40 |
| 10/30/20 | Conference call with A. Jen, H. Jen, J. Dadbin, J. Cardiff, & B. Bedi re: discussion with landlord about securing skylights, seeking landlord's approval to install antenna for the internet, parts needed for machines and problems with the motors, no work on double line machines until parts arrive, Free voice phone system, and new budget | 0.90 |



70

Case 5:23-cv-01024-DOC-PLA Document 45-1 Filed 08/28/21 Page 109 of 443 Page ID #30685

**Fee Claims for:** Robb Evans & Associates LLC
**Case :** Redwood Scientific Technologies, Inc. et al.
**For the Month of :** October-20
**Name :** Anita Jen

| Date | Description | Hours |
|---|---|---|
| 10/1/20 | Review tax information, search for individual information | 0.50 |
| 10/2/20 | Deal with operation issues, follow up with E. Jimenez | 0.60 |
| 10/2/20 | Weekly conference call with J. Cardiff, B. Bedi, B. Kane and H. Jen re : updates | 0.50 |
| 10/5/20 | Deal with operation issues: rent payments, review Accent Imports' documents, request additional information | 0.90 |
| 10/6/20 | Deal with operating issues, reply to J. Cardiff's request for budget comparison; deal with new sale procedure; open new account | 1.90 |
| 10/7/20 | Deal with operation issue; review invoices received in the mail and coordinate for payments, provide account information to JC; public search | 0.50 |
| 10/7/20 | Read email from FTC re : WorldPay and research for Vantiv/WorldPay information, reply to FTC and reply to WorlPay | 0.40 |
| 10/8/20 | Review bank account for incoming wire, multiple emails with J. Cardiff re : revised sale invoice and payment; deal with operation issues | 0.30 |
| 10/8/20 | Review and sign tax returns | 0.10 |
| 10/9/20 | Conference call with H. Jen and B. Kane re : operation issues | 0.30 |
| 10/9/20 | Run 10/15/20 payroll; and record payroll | 0.20 |
| 10/13/20 | Conference call with J. Cardiff, B. Bedi, H. Jen and B. Kane re : operation issues | 0.50 |
| 10/13/20 | Discussions with C. DeCius re : insurance | 0.10 |
| 10/14/20 | Deal with VPL operation issues | 0.00 |
| 10/14/20 | Transfer funds to cover Court approved payments; approve and release wire payment | 0.20 |
| 10/15/20 | Discuss with H. Jen and B. Kane re : VPL operation issues; prepare employment agreement for machinist; box quote | 1.20 |
| 10/15/20 | Discussion with G. Warrington re : | 0.30 |
| 10/16/20 | Review declaration and discussions with M. Fletcher and B. Kane re : | 0.30 |
| 10/16/20 | Revise employment agreement | 0.30 |



71

| | | |
|---|---|---|
| **Fee Claims for:** | **Robb Evans & Associates LLC** | |
| **Case :** | **Redwood Scientific Technologies, Inc. et al.** | |
| **For the Month of :** | **October-20** | |
| **Name :** | **Anita Jen** | |

| Date | Description | Hours |
|---|---|---|
| 10/18/20 | Search information on Bambee, set appointment for discussion with Bambee; prepare budget actual variance; forward to P. Kinaga to | 2.50 |
| 10/19/20 | Deal with VPL operation issues, review and approve wire payment | 0.40 |
| 10/20/20 | Discussion with Bambee and B. Kane; search for HR related information; deal with VPL operation issues; | 1.40 |
| 10/20/20 | Review information received from credit card company. Respond to question from FTC | 0.10 |
| 10/21/20 | Deal with VPL operation issues | 0.10 |
| 10/22/20 | Deal with VPL operating issues; return masks from VA, HR issues | 1.50 |
| 10/23/20 | Deal with VPL operating issues; follow up with Square; follow up with P. Kinaga | 2.90 |
| 10/23/20 | Conference call with J. Cardiff, B. Bedi, H. Jen, J. Dadbin and B. Kane re : operation issues | 1.00 |
| 10/24/20 | Deal with VPL operating issues | 0.00 |
| 10/26/20 | Deal with VPL operating issues; on boarding new employee; review release and approve vendor payments | 2.30 |
| 10/26/20 | Discussions with B. Kane and H. Jen re : VPL operation issues | 0.50 |
| 10/27/20 | Deal with VPL operation issues; follow up with B. Bedi on payment supports and sales tax return reconciling items | 0.90 |
| 10/28/20 | Deal with VPL operation issues , call ADP for confirmation on payroll calculation for new employee; record payroll; review accounting; discussions with C. DeCius on insurance issues; review, approved and release payment wire, follow up with B. Bedi on invoices | 1.70 |
| 10/28/20 | deal with 401K issues | 0.10 |
| 10/29/20 | Deal with VPL operation issues; approve and release wire payments, review and approve payables; discussions with H. Jen and J. Dadbin on operating issues, update budget accounting; update sales employment contracts | 4.20 |
| 10/30/20 | Deal with VPL operation issues; insurance issues | 0.10 |
| 10/30/20 | Reply to M. Fletcher email on : | 0.10 |
| 10/30/20 | Discussions with H. Jen, J. Dadbin and B. Kane on VPL operation issues, problems | 0.40 |

72

**Fee Claims for:**     **Robb Evans & Associates LLC**
**Case :**            **Redwood Scientific Technologies, Inc. et al.**
**For the Month of :**   **October-20**
**Name :**           **Anita Jen**

| Date | Description | Hours |
|------|-------------|-------|
| 10/30/20 | Conference call with J. Cardiff, B. Bedi, B. Kane, H. Jen and J. Dadbin | 0.90 |
| 10/30/20 | Deal with VPL operation issues; review invoices; prepare payments, follow up with B. Bedi re : sale tax reconciliation, payment reimbursement | 0.30 |



73

**Fee Claims for:**    **Robb Evans & Associates LLC**
**Case :**    **Redwood Scientific Technologies, Inc. et al.**
**For the Month of :**    **October-20**
**Name :**    **Coleen Callahan**

| Date | Description | Hours |
|---|---|---|
| 10/5/20 | Run UCC searches Accent Import Inc. dba Viral Tech labs | 0.8 |
| 10/17/20 | Respond to Collection agency for Solar company with Lease on Cardiff Residence | 0.0 |
| 10/17/20 | Send out requests to financial institutions Barclays, Discover and Capital one for additional information; check on American Express anticipated date | 1.0 |
| 10/18/20 | Receive, Review, Archive Statements from Barclays; advise Deputy to the Receiver of Receipt. | 0.2 |
| 10/26/20 | Access, download and review encrypted files from Wells Fargo Advisors; | 0.5 |



74

**Fee Claims for:**     Robb Evans & Associates LLC
**Case :**              Redwood Scientific Technologies, Inc. et al.
**For the Month of :**  October-20
**Name :**              Flora Jen

| Date | Description | Hours |
|------|-------------|-------|
| 10/6/20 | Bank reconciliations; post reconciling items. | 0.40 |
| 10/8/20 | Researched for files and documents | 4.50 |
| 10/9/20 | Researched for files and documents | 1.90 |
| 10/11/20 | Researched for files and documents | 2.50 |
| 10/12/20 | Researched for files and documents | 1.70 |
| 10/14/20 | Researched and reviewed companies. | 2.10 |
| 10/15/20 | Continued researched for companies, files and documents, and online searches; discussed with H. Jen. | 2.00 |



75

| Fee Claims for: | Robb Evans & Associates LLC |
|---|---|
| Case : | Redwood Scientific Technologies, Inc. et al. |
| For the Month of : | October-20 |
| Name : | Henry Jen |

| Date | Description | Hours |
|---|---|---|
| 10/1/20 | travel to site, meet with J. Cardiff, wait for On Point installation | 3.20 |
| 10/1/20 | wait for On Point installation, travel home | 3.40 |
| 10/2/20 | travel to site, meet with J. Cardiff, B. Bedi, wait for On Point installation | 4.30 |
| 10/2/20 | wait for On Point installation, travel home | 1.80 |
| 10/2/20 | conf call with J. Cardiff, B. Bedi, B. Kane and A. Jen | 0.50 |
| 10/4/20 | call with B. Kane | 0.10 |
| 10/4/20 | prepare and research emails per B. Kane request | 1.90 |
| 10/5/20 | prepare and research emails per B. Kane request | 2.00 |
| 10/5/20 | travel to site, meet with J. Cardiff, wait for On Point installation | 4.00 |
| 10/5/20 | wait for On Point installation, travel home | 3.60 |
| 10/6/20 | prepare and research emails per B. Kane request | 0.50 |
| 10/6/20 | travel to site, meet with J. Cardiff, J. Dadbin, wait for On Point installation, interview J. Chiarelli, travel home | 4.50 |
| 10/6/20 | review and reply email; review J. Chiarelli's updated resume. | 0.30 |
| 10/7/20 | travel to site, meet with J. Cardiff, J. Dadbin, B. Bedi; wait for On Point installation | 3.60 |
| 10/7/20 | wait for On Point installation, travel home | 4.20 |
| 10/8/20 | review machinist resumes; follow up B. Bedi email on machinist applicants | 0.40 |
| 10/9/20 | conf call with B. Kane, A. Jen on operation status update | 0.30 |
| 10/9/20 | travel to site, meet with J. Dadbin, B. Bedi; wait for On Point installation; interview machinist; travel home | 3.80 |
| 10/9/20 | review, research, reply emails regarding product # | 0.20 |
| 10/11/20 | search email per B. Kane's request | 0.70 |
| 10/12/20 | email B. Bedi and J. Cardiff to follow up on AC installation and inspection | 0.10 |
| 10/12/20 | discuss with J. Dadbin on machinist applicant reference check | 0.10 |
| 10/12/20 | document interview notes and prepare employment application | 0.30 |
| 10/13/20 | conference call with B. Kane, A. Jen, B. Bedi, J. Cardiff, J. Dadbin | 0.60 |
| 10/13/20 | discuss case info with B. Kane | 0.10 |



Page 1

76

Fee Claims for: **Robb Evans & Associates LLC**
Case : **Redwood Scientific Technologies, Inc. et al.**
For the Month of : **October-20**
Name : **Henry Jen**

| Date | Description | Hours |
|---|---|---|
| 10/13/20 | prepare notes, research smithmachineservices.com, follow up on machinists' ad and potential hire. | 0.40 |
| 10/14/20 | follow up on machinists' craig's list ad and employment contracts | 0.10 |
| 10/14/20 | review package quote and package graphics and make comments | 0.40 |
| 10/15/20 | follow up resume and interview schedule and job description; discuss case info with A. Jen; discuss case info with F. Jen | 0.30 |
| 10/16/20 | travel to site, meet with J. Cardiff, J. Dadbin, B. Bedi; interview sales applicants and machinist applicant; travel home | 4.40 |
| 10/16/20 | follow up on applicant's resumes | 0.10 |
| 10/18/20 | discuss case info with B. Kane | 0.10 |
| 10/18/20 | review emails regarding operation status and made-in-US claims and meeting timing | 0.40 |
| 10/19/20 | travel to site, meet with B. Bedi, J. Cardiff, J. Dadbin, D. Smith; observe D. Smith's inspection of machines and working with the machines. Travel home (no lunch break - J. Dadbin bought for me while I was watching D. Smith working) | 9.40 |
| 10/19/20 | review emails regarding operation status | 0.20 |
| 10/20/20 | discuss case info with B. Kane | 0.20 |
| 10/20/20 | email follow up on operation related issues; research and order laptops | 1.80 |
| 10/20/20 | pickup laptop and back | 0.50 |
| 10/21/20 | travel to site, meet with B. Bedi, J. Cardiff, J. Dadbin, D. Smith; observe D. Smith's inspection of machines and working with the machines. | 5.10 |
| 10/21/20 | observe D. Smith working with the machine, discuss w/ J. Cardiff on pending issues, travel home | 5.30 |
| 10/21/20 | Follow up on emails with overseas suppliers on D. Smith's questions | 0.20 |
| 10/22/20 | travel to site, meet with B. Bedi, J. Cardiff, J. Dadbin, D. Smith; observe D. Smith's inspection of machines and working with the machines. | 6.20 |
| 10/22/20 | observe D. Smith working with the machine, discuss w/ J. Cardiff on pending issues, travel home | 3.60 |
| 10/22/20 | follow up with Chinese vendor on inquries | 0.50 |



77

| Fee Claims for: | Robb Evans & Associates LLC |
|---|---|
| Case : | Redwood Scientific Technologies, Inc. et al. |
| For the Month of : | October-20 |
| Name : | Henry Jen |

| Date | Description | Hours |
|---|---|---|
| 10/23/20 | travel to site, meet with B. Bedi, J. Cardiff, J. Dadbin, D. Smith; observe D. Smith's inspection of machines and working with the machines; call with B. Kane, J. Cardiff, J. Dadbin, A. Jen, B. Bedi. | 10.70 |
| 10/23/20 | review and follow up on operation related emails | 0.70 |
| 10/26/20 | travel to site, meet with B. Bedi, J. Cardiff, J. Dadbin, D. Smith; observe D. Smith's inspection of machines and working with the machines; meet with On Point to sand floor; call with F. Woodson; | 9.60 |
| 10/26/20 | call with B. Kane and A. Jen | 0.50 |
| 10/26/20 | call with F. Woodson | 0.20 |
| 10/26/20 | follow up with emails with laptop status, overseas supplier | 0.30 |
| 10/27/20 | travel to site, meet with J. Dadbin, inspect factory floor and office, drive home | 2.60 |
| 10/27/20 | call with B. Kane, call with A. Jen, call with J. Dadbin | 0.20 |
| 10/27/20 | communicate with D. Smith and overseas supplier | 0.50 |
| 10/27/20 | communicate with F. Woodson, follow up on F. Woodson projects | 0.40 |
| 10/27/20 | follow up on printer status | 0.30 |
| 10/28/20 | travel to site, meet with B. Bedi, J. Cardiff, J. Dadbin, D. Smith; observe D. Smith's inspection of machines and working with the machines; | 5.30 |
| 10/28/20 | observe D. Smith working with the machine, discuss w/ J. Cardiff on pending issues, travel home | 4.40 |
| 10/29/20 | travel to site, meet with B. Bedi, J. Cardiff, J. Dadbin, D. Smith, F. Woodson, Hugo; observe D. Smith's inspection of machines and working with the machines; | 8.10 |
| 10/29/20 | travel home | 1.00 |
| 10/30/20 | travel to site, meet with B. Bedi, J. Cardiff, J. Dadbin, D. Smith; observe D. Smith's inspection of machines and working with the machines; | 6.40 |
| 10/30/20 | call with B. Kane, A. Jen and J. Dadbin | 0.30 |
| 10/30/20 | call with B. Kane, A. Jen, J. Dadbin, B. Bedi and J. Cardiff | 0.90 |
| 10/31/20 | prepare and setup laptops | 3.40 |



78

**Fee Claims for:**    **Robb Evans & Associates LLC**
**Case :**    **Redwood Scientific Technologies, Inc. et al.**
**For the Month of :**    **October-20**
**Name :**    **Henry Jen**

| Date | Description | Hours |
|------|-------------|-------|
| 10/31/20 | create sales contact log spreadsheet and forward out to B. Bedi and J. Cardiff. | 0.30 |



79

**Fee Claims for:**    **Robb Evans & Associates LLC**
**Case :**    **Redwood Scientific Technologies, Inc. et al.**
**For the Month of :**    **October-20**
**Name :**    **Carl DeCius**

| Date | Description | Hours |
|------|-------------|-------|
| 10/2/20 | Phone calls and emails with insurance agent regarding site visits. | 0.10 |
| 10/7/20 | Review VPL documents, invoices and correspondence. Process payables and issue payments. | 0.60 |
| 10/12/20 | Review case documents and correspondence. Update accounting information and process payables. | 0.40 |
| 10/13/20 | Review case documents and correspondence. Update accounting information and process payables. | 0.70 |
| 10/13/20 | Emails and phone call with agent and associates regarding VPL policy quote. | 0.20 |
| 10/14/20 | Review case documents and correspondence. Update accounting information and process payables. Payout approved fees and costs. File maintenance. | 1.70 |
| 10/16/20 | Review case documents and correspondence. Update accounting information and process payables. Review VPL files and information. | 0.60 |
| 10/16/20 | Emails and phone calls with associates and insurance agent regarding policy matters. | 0.20 |
| 10/19/20 | Review case documents and correspondence. Update accounting information and process payables. File and information maintenance. | 0.80 |
| 10/20/20 | Review case documents and files. Prepare new files. | 0.30 |
| 10/22/20 | Update accounting information and process payables. | 0.20 |
| 10/26/20 | Review case documents and correspondence. Update accounting information and process payables. Process vendor wires for VPL. | 1.10 |
| 10/28/20 | Multiple phone calls and emails with associates and insurance agent regarding various EPL and package policy matters; review policy documents. Prepare and forward information and inquiry responses. | 0.90 |
| 10/29/20 | Review emails regarding 401K plan termination and status updates. | 0.10 |
| 10/29/20 | Review case documents and correspondence. Update accounting information and process payables. Update VPL information and process payables. File maintenance. | 1.10 |

80

Fee Claims for:     **Robb Evans & Associates LLC**
Case :              **Redwood Scientific Technologies, Inc. et al.**
For the Month of :  **October-20**
Name :              **Carl DeCius**

| Date | Description | Hours |
|------|-------------|-------|
| 10/30/20 | Multiple phone calls and emails with associates and insurance agent regarding cargo insurance policy matters. Review documents. | 0.50 |





81

Case 5:18-cv-00224-DMG-PLA Document 45-5 Filed 04/08/21 Page 120 of 444 Page ID #3063651

| | |
|---|---|
| **Fee Claims for:** | **Robb Evans & Associates LLC** |
| **Case :** | **Redwood Scientific Technologies, Inc. et al.** |
| **For the Month of :** | **October-20** |
| **Name :** | **Jacklin Dadbin** |

| Date | Description | Hours |
|---|---|---|
| 10/6/20 | Travel to/from site ; Nathan from On-Point came in to work on the air conditioning's. We interviewed John Chiarelli for the sales position. | 5.60 |
| 10/7/20 | Travel to/from site; On-Point people came in to work on the air-conditioning, dealing with various issues. | 5.60 |
| 10/9/20 | Travel to/from site; Interviewed several applicants for the Machinists position: Larry Moore, Jose Gallegos, Francisco Haro, and Jose Serrano. On-Point people came in to continue working on the air-conditioning. | 3.90 |
| 10/13/20 | Conference call, prepared reports. | 2.00 |
| 10/16/20 | Travel to/from site; Interviewed Chris White and Faryal Khan for sale position. Interviewed Reginald Rucher for machinist position. Called on references. | 5.00 |
| 10/19/20 | Travel to/from site; David Smith came in to repair and operate the machines. Called on references . Art Borrayo from A. Upland Fire Protection came in, installed necessary fire extinguishers. | 9.80 |
| 10/20/20 | Prepared reports. | 1.50 |
| 10/21/20 | Travel to/from site; David started working on the machines. We talked to Jason about sales people contract, shipping, starting dates, laptop, printer and samples. Jason's friend came in to visit. | 11.10 |
| 10/22/20 | Travel to/from site; Met with Bobby and Jason. David started working on the machines. We discussed janitorial services, cleaning, floor painting, Singh, trash, missing parts of the machines, Compressor, and the alarm. | 10.50 |
| 10/23/20 | Travel to/from site; Met with David and Bobby. David started working on the machines, Kaeser company came to fix the compressor. We discussed about the Burrtec, Air conditioning issues, flooring, cleaning, and the final electrical work, sales people schedule, Office supplies, Internet, network, phone system, and sample testing. Weekly conference call. Prepare reports. | 12.60 |



82

| | | |
|---|---|---|
| Fee Claims for: | Robb Evans & Associates LLC | |
| Case : | Redwood Scientific Technologies, Inc. et al. | |
| For the Month of : | October-20 | |
| Name : | Jacklin Dadbin | |

| Date | Description | Hours |
|---|---|---|
| 10/26/20 | Travel to/from site; David started working on the machines. Met with Bobby and Jason. We discussed new interviewing schedules, laptops, sample testing, Frank, building safety, skylights, Machine status, furniture, internet and network. | 9.50 |
| 10/27/20 | Travel to/from site; inspected the office and the warehouse just to make sure everything is safe and secure. | 4.80 |
| 10/28/20 | Travel to/from site; Had a meeting with Jason, Bobby and Henry about testing requirements, materials, Nelson lab, machinery covers, internet contract, and the flooring. Throughout the day in discussed air filtration system, cleaning the machines, hiring machinist interviews, HEPA Filters for air-conditioning, sales people, furniture, free voice, skylight, machines repair status, Singh and David schedule. reviewed Frank's list. | 9.90 |
| 10/29/20 | Travel to/from site; David continued working on the machines. Hugo came in to clean the dusty machines. Spoke to Frank about receiverships priorities. Discussed with Bobby and Jason about covering the machines and Internet. | 9.60 |
| 10/30/20 | Travel to/from site; David continued working on the machines. Discussed with Bobby about furniture, janitor's W9, alarm system, network, Frank's hours, starting date for sales people, and technician to replace David. Meeting with David and Jason about the machines status, repairs and parts. Attend conference call with J. Cardiff, B. Bedi, B. Kane, H. Jen and A. Jen | 8.50 |



83

# EXHIBIT 3

**Robb Evans - FTC v. Jason, Cardiff**

**July 1, 2020 through October 31, 2020**

| Initials | Timekeeper | Rate | Hours | Fees | Cost | % of Total Time |
|---|---|---|---|---|---|---|
| 126 | MICHAEL G. FLETCHER (Shareholder) | 515 | 377.4 | 194,361.00 | | 56% |
| 131 | CRAIG A. WELIN (Shareholder) | 500 | 8.8 | 4,400.00 | | 1% |
| 160 | PATRICIA A. KINAGA | 480 | 15.3 | 7,344.00 | | 2% |
| 774 | HAL D. GOLDFLAM (Partner) | 435 | 88.2 | 38,367.00 | | 11% |
| 926 | REED S. WADDELL (Of Counsel) | 465 | 16.5 | 7,672.50 | | 2% |
| 608 | BRAD R. BECKER (Associate) | 380 | 121.6 | 46,208.00 | | 13% |
| 936 | GERRICK M. WARRINGTON (Associate) | 320 | 141.6 | 45,312.00 | | 13% |
| 504 | SANDRA BARNETT (Paralegal) | 205 | 0.5 | 102.50 | | 0% |
| 518 | RONNIE AUCEDA (Paralegal) | 205 | 4.3 | 881.50 | | 0% |
| | Total: | | | 344,648.50 | 4321.26 | 100% |
| | **Total Fees and Costs** | | | **348,969.76** | | |

# EXHIBIT 4

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-5437891

ROBB EVANS & ASSOCIATES LLC
ATTN: BRICK KANE
CHIEF OPERATING OFFICER
11450 SHELDON STREET
SUN VALLEY, CA 91352

AUGUST 19, 2020
INVOICE # 415927
0131

FOR LEGAL SERVICES RENDERED THROUGH 07/31/20

FILE NO: 078410-0061  FILE NAME: FTC V. JASON CARDIFF

CONTACT: BRICK KANE

|  | FEES | COSTS | TOTAL |
|---|---|---|---|
| PRIOR BALANCE | 231,879.00 | 2,320.12 | 234,199.12 |
| PAYMENTS THRU Aug 19, 2020 | .00 | .00 | .00 |
| SUBTOTAL | 231,879.00 | 2,320.12 | 234,199.12 |
| CURRENT CHARGES | 106,959.00 | 63.20 | 107,022.20 |
| TOTAL BALANCE DUE | 338,838.00 | 2,383.32 | 341,221.32 |

L-T-D FEES BILLED     675,615.00

L-T-D DISB BILLED      19,606.62

87

**FRANDZEL ROBINSON SHEPPARD & CSATO, L.C.**

L A W Y E R S
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
ATTN: BRICK KANE                             AUGUST 19, 2020
CHIEF OPERATING OFFICER                      INVOICE # 415927
11450 SHELDON STREET
SUN VALLEY, CA  91352

FOR LEGAL SERVICES RENDERED THROUGH 07/31/20

FILE NO:    078410-0061    FTC V. JASON CARDIFF

------------------------------------------------------------------

## ITEMIZED SERVICES

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| | **CASE ADMINISTRATION** | | |
| 07/01/20 | HAL D. GOLDFLAM<br>REVIEW STATUS OF VPL ISSUES | 0.2 | $87.00 |
| 07/01/20 | CRAIG A. WELIN<br>REVIEW OF MEMOS AND PLEADINGS<br>FILED RE THE VPL ISSUES. | 0.6 | $300.00 |
| 07/02/20 | HAL D. GOLDFLAM<br>REVIEW SETTLEMENT PROPOSAL | 0.2 | $87.00 |
| 07/02/20 | HAL D. GOLDFLAM<br>REVIEW DRAFT SIXTH AFFIDAVIT OF<br>NON-COMPLIANCE AND KANE DECLARATION | 0.3 | $130.50 |
| 07/05/20 | HAL D. GOLDFLAM<br>REVIEW MULTIPLE E-MAILS RE VPL<br>ISSUES | 0.3 | $130.50 |
| 07/05/20 | HAL D. GOLDFLAM<br>REVIEW REVISED REPORT RE VPL | 0.3 | $130.50 |

88

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                    PAGE:   2
FILE NO:    078410-0061                         AUGUST 19, 2020
FTC V. JASON CARDIFF                            INVOICE # 415927
```

-------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/06/20 | HAL D. GOLDFLAM<br>REVIEW SUPPLEMENTAL RECEIVER'S<br>REPORT RE VPL AND MANIPULATED<br>ACCOUNT STATEMENTS | 0.2 | $87.00 |
| 07/06/20 | CRAIG A. WELIN<br>REVIEW OF MEMOS RE VPL USURY<br>ISSUES/CONTEMPT ISSUES. | 0.3 | $150.00 |
| 07/06/20 | CRAIG A. WELIN<br>REVIEW OF VARIOUS ORDERS ISSUES BY<br>THE COURT AND FILINGS RE THE<br>CONTEMPT MOTION. | 0.2 | $100.00 |
| 07/07/20 | HAL D. GOLDFLAM<br>ATTEND HEARING ON OSC RE VPL<br>PRELIMINARY INJUNCTION (VIA<br>TELEPHONE) (NO CHARGE) | 1.2 | NO CHARGE |
| 07/07/20 | HAL D. GOLDFLAM<br>REVIEW ADDITIONAL PLEADINGS AND<br>EVIDENCE RE VPL INJUNCTION HEARING | 0.5 | $217.50 |
| 07/07/20 | HAL D. GOLDFLAM<br>REVIEW TENTATIVE RULING GRANTING<br>VPL PRELIMINARY INJUNCTION | 0.3 | $130.50 |
| 07/07/20 | HAL D. GOLDFLAM<br>ANALYSIS RE EAST-WEST BANK<br>DOCUMENT PRODUCTION ISSUES RE VPL<br>TRO | 0.3 | $130.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:   3
FILE NO:    078410-0061                  AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/07/20 | CRAIG A. WELIN REVIEW OF/RESPONSE TO MEMOS RE RECEIVERSHIP ADMINISTRATION ISSUES. | 0.6 | $300.00 |
| 07/07/20 | CRAIG A. WELIN REVIEW OF PLEADINGS/THE RECEIVER'S SUPPLEMENTAL REPORT RE VPL. ANALYSIS RE FUNDS HELD AT EAST WEST. | 0.5 | $250.00 |
| 07/08/20 | HAL D. GOLDFLAM REVIEW COURT'S MINUTE ORDER GRANTING PI; REVIEW ISSUED PI; E-MAIL TO KANE AND JEN ▮▮▮▮▮▮▮▮▮▮▮ | 0.7 | $304.50 |
| 07/09/20 | HAL D. GOLDFLAM REVIEW MEMOS RE VPL AND NEXT STEPS | 0.3 | $130.50 |
| 07/10/20 | HAL D. GOLDFLAM REVIEW E-MAILS WITH JEN ▮▮▮▮▮▮▮▮▮▮▮ | 0.1 | $43.50 |
| 07/10/20 | HAL D. GOLDFLAM REVIEW DRAFTS OF MEMO TO ALL PARTIES RE SUSPENDED VPL PAYMENTS BASED ON RECEIVER'S INSPECTION AND ANALYSIS; REVIEW FINAL MEMO | 0.3 | $130.50 |
| 07/10/20 | HAL D. GOLDFLAM PREPARATION OF SUBPOENA | 0.2 | $87.00 |

90

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:    4
FILE NO:    078410-0061                         AUGUST 19, 2020
FTC V. JASON CARDIFF                            INVOICE # 415927

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/10/20 | CRAIG A. WELIN<br>TELEPHONE CALL TO CLIENT RE<br>RECEIVERSHIP ADMINISTRATION ISSUES. | 0.2 | $100.00 |
| 07/10/20 | CRAIG A. WELIN<br>REVIEW OF THE ORDER GRANTING THE<br>VPL PI. | 0.2 | $100.00 |
| 07/10/20 | CRAIG A. WELIN<br>ANALYSIS RE VARIOUS ISSUES<br>PERTAINING TO THE VPL PI.<br>REVIEW/RESPONSE TO MEMOS RE<br>RECEIVERSHIP ADMINISTRATIVE ISSUES. | 0.4 | $200.00 |
| 07/11/20 | HAL D. GOLDFLAM<br>REVIEW CORRESPONDENCE FROM COCHELL<br>RE ALLEGED WRONGDOING BY RECEIVER<br>IN CONNECTION WITH VPL | 0.2 | $87.00 |
| 07/11/20 | CRAIG A. WELIN<br>REVIEW OF/RESPONSE TO MEMOS RE VPL<br>OPERATIONAL ISSUES. | 0.5 | $250.00 |
| 07/12/20 | HAL D. GOLDFLAM<br>REVIEW DRAFT KANE AND JOHNSON<br>DECLARATIONS RE OPPOSITION TO<br>MOTION TO REMOVE RECEIVER | 0.2 | $87.00 |
| 07/12/20 | HAL D. GOLDFLAM<br>REVIEW E-MAILS RE MOTION TO REMOVE<br>RECEIVER; ANALYSIS RE STRATEGY AND<br>RESPONSE | 0.4 | $174.00 |

Case 5:18-cv-02104-DMG-PLA Document 537 Filed 04/08/21 Page 309 of 443 Page ID #3061

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                  PAGE:   5
FILE NO:    078410-0061                      AUGUST 19, 2020
FTC V. JASON CARDIFF                         INVOICE # 415927
```

-------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/12/20 | HAL D. GOLDFLAM<br>ANALYSIS RE LOCAL RULES FOR FILING MOTIONS UNDER SEAL | 0.3 | $130.50 |
| 07/12/20 | HAL D. GOLDFLAM<br>PREPARE INSTRUCTIONS RE CERTIFIED COPIES OF VPL TRO AND PI FOR FILING IN OTHER DISTRICTS UNDER 28 USC 754 | 0.2 | $87.00 |
| 07/12/20 | CRAIG A. WELIN<br>REVIEW OF/RESPONSE TO MEMOS RE THE ALLEGATIONS AGAINST THE RECEIVER. | 0.5 | $250.00 |
| 07/13/20 | HAL D. GOLDFLAM<br>REVIEW EX PARTE APPLICATION TO REMOVE RECEIVER AND SUPPORTING DECLARATIONS | 0.7 | $304.50 |
| 07/13/20 | HAL D. GOLDFLAM<br>REVIEW AND REVISE SUBPOENA TO EAST WEST BANK | 0.3 | $130.50 |
| 07/13/20 | HAL D. GOLDFLAM<br>ANALYSIS RE ISSUES FOR SEEKING TO SEAL PROPOSED MATTHEW PETERS DECLARATION | 0.2 | $87.00 |
| 07/13/20 | HAL D. GOLDFLAM<br>ANALYSIS RE DEFENDANTS HOLDING OFF ON MOTION TO REMOVE RECEIVER | 0.1 | $43.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:   6
FILE NO:     078410-0061               AUGUST 19, 2020
FTC V. JASON CARDIFF                   INVOICE # 415927
```

------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/13/20 | HAL D. GOLDFLAM<br>E-MAIL EXCHANGE WITH MS. JEN RE<br>▮▮▮▮▮▮ | 0.1 | $43.50 |
| 07/13/20 | HAL D. GOLDFLAM<br>SUMMARY REVIEW OF FTC'S BRIEF ON<br>APPEAL (POUJADE'S APPEAL) | 0.5 | $217.50 |
| 07/13/20 | HAL D. GOLDFLAM<br>REVISE LIST OF DOCUMENTS FOR<br>SUBPOENA TO EAST WEST BANK | 0.3 | $130.50 |
| 07/13/20 | HAL D. GOLDFLAM<br>PREPARE FURTHER REVISIONS TO<br>SUBPOENA (NO CHARGE) | 0.5 | NO CHARGE |
| 07/13/20 | CRAIG A. WELIN<br>REVIEW OF/RESPONSE TO MEMOS RE THE<br>VPL OPERATIONAL ISSUES. | 0.4 | $200.00 |
| 07/14/20 | HAL D. GOLDFLAM<br>REVIEW DRAFT DECLARATIONS IN<br>SUPPORT OF APPLICATION TO REMOVE<br>RECEIVER | 0.3 | $130.50 |
| 07/14/20 | HAL D. GOLDFLAM<br>REVIEW FTC'S OPPOSITION TO EX<br>PARTE APPLICATION TO REMOVE<br>RECEIVER | 0.3 | $130.50 |
| 07/14/20 | HAL D. GOLDFLAM<br>E-MAIL EXCHANGES WITH MS. JEN RE<br>CHANGES TO SUBPOENA TO EAST WEST<br>BANK; PREPARE REVISIONS | 0.3 | $130.50 |

Case 5:23-cv-02024-DSF-PLA Document 45-3 Filed 04/08/24 Page 891 of 443 Page ID #3068

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:   7
FILE NO:    078410-0061                  AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/14/20 | HAL D. GOLDFLAM<br>PREPARATION OF 28 USC 754 FILINGS<br>RE VPL PRELIMINARY INJUNCTION;<br>TELEPHONE CALL AND E-MAIL EXCHANGE<br>WITH MS. JEN; REVIEW ACCOUNT<br>INFORMATION RE CHASE AND CITIZENS<br>BUSINESS BANK | 0.6 | $261.00 |
| 07/15/20 | HAL D. GOLDFLAM<br>REVIEW PLAINTIFF'S EX PARTE<br>APPLICATION TO FILE REPLY BRIEF;<br>ANALYSIS RE FILING NO RESPONSE | 0.3 | $130.50 |
| 07/15/20 | HAL D. GOLDFLAM<br>REVIEW REPLY TO OPPOSITIONS TO EX<br>PARTE APPLICATION TO REMOVE<br>RECEIVER | 0.3 | $130.50 |
| 07/16/20 | HAL D. GOLDFLAM<br>REVIEW SIXTH AFFIDAVIT OF<br>NON-COMPLIANCE | 0.2 | $87.00 |
| 07/16/20 | HAL D. GOLDFLAM<br>REVIEW ORDER DENYING EX PARTE<br>APPLICATION TO REMOVE RECEIVER | 0.2 | $87.00 |
| 07/16/20 | HAL D. GOLDFLAM<br>REVIEW MULTIPLE E-MAILS RE VPL<br>OPERATION ISSUES (NO CHARGE) | 0.4 | NO CHARGE |
| 07/16/20 | HAL D. GOLDFLAM<br>ANALYSIS RE TIMING OF NEXT FEE<br>APPLICATION | 0.1 | $43.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

L A W Y E R S
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:   8
FILE NO:    078410-0061                         AUGUST 19, 2020
FTC V. JASON CARDIFF                            INVOICE # 415927

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/16/20 | CRAIG A. WELIN<br>REVIEW OF MEMOS RE VPL ISSUES. | 0.2 | $100.00 |
| 07/17/20 | HAL D. GOLDFLAM<br>REVIEW FTC'S REPLY IN SUPPORT OF<br>MOTION TO INCARCERATE CARDIFF | 0.3 | $130.50 |
| 07/19/20 | CRAIG A. WELIN<br>REVIEW OF MEMOS RE VPL OPERATIONAL<br>ISSUES. | 0.4 | $200.00 |
| 07/20/20 | HAL D. GOLDFLAM<br>ANALYSIS RE 28 USC SECTION 754<br>FILINGS IN CONNECTION WITH VPL PI | 0.3 | $130.50 |
| 07/20/20 | CRAIG A. WELIN<br>REVIEW OF MEMOS RE VPL OPERATIONAL<br>ISSUES. | 0.2 | $100.00 |
| 07/21/20 | HAL D. GOLDFLAM<br>E-MAIL EXCHANGES WITH MS. JEN RE<br>███████████████ | 0.2 | $87.00 |
| 07/22/20 | HAL D. GOLDFLAM<br>REVIEW EAST WEST SUBPOENA RESPONSE<br>(VIDEO OF CARDIFF AT BRANCH);<br>E-MAIL EXCHANGE WITH CUSTODIAN OF<br>RECORDS RE PASSWORD FOR VIEWING<br>CD; REVIEW DECLARATION OF<br>CUSTODIAN OF RECORDS; E-MAIL<br>EXCHANGE WITH MS. JEN RE SAME | 0.6 | $261.00 |

Case 5:18-cv-02104-DMG-PLA Document 45-3 Filed 04/08/21 Page 134 of 443 Page ID #3065

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                     PAGE:   9
FILE NO:     078410-0061                        AUGUST 19, 2020
FTC V. JASON CARDIFF                            INVOICE # 415927

------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/23/20 | HAL D. GOLDFLAM<br>REVIEW STATUS OF CONTEMPT<br>PROCEEDINGS AND E-MAILS RE SAME | 0.3 | $130.50 |
| 07/24/20 | HAL D. GOLDFLAM<br>REVIEW COURT'S TENTATIVE RULING ON<br>MOTION FOR CONTEMPT; E-MAIL<br>EXCHANGES WITH KANE AND FLETCHER<br>RE STRATEGY | 0.3 | $130.50 |
| 07/25/20 | HAL D. GOLDFLAM<br>REVIEW ENTERED ORDER PRELIMINARY<br>GRANTING MOTION FOR CONTEMPT | 0.3 | $130.50 |
| 07/25/20 | CRAIG A. WELIN<br>REVIEW OF THE RESULTS OF THE<br>CONTEMPT PROCEEDING. | 0.2 | $100.00 |
| 07/26/20 | HAL D. GOLDFLAM<br>ANALYSIS RE COCHELL'S REQUEST FOR<br>EAST WEST DOCUMENTS; E-MAIL RE<br>CUSTODIAN OF RECORDS DECLARATION | 0.2 | $87.00 |
| 07/27/20 | HAL D. GOLDFLAM<br>ATTENTION DELIVERY OF EAST WEST<br>VIDEOS TO CARDIFFS' COUNSEL | 0.1 | $43.50 |
| 07/27/20 | HAL D. GOLDFLAM<br>ANALYSIS RE COCHELL'S AND WHITE'S<br>COMPLIANCE WITH DISGORGEMENT DEMAND | 0.1 | $43.50 |
| 07/28/20 | HAL D. GOLDFLAM<br>REVIEW MEMOS RE VPL OPERATION<br>ISSUES | 0.4 | $174.00 |

Case 5:18-cv-02104-DMG-PLA Document 457 Filed 04/08/21 Page 135 of 443 Page ID #30636

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  10
FILE NO:   078410-0061                         AUGUST 19, 2020
FTC V. JASON CARDIFF                           INVOICE # 415927

------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/28/20 | HAL D. GOLDFLAM<br>REVIEW APPLICATION AND OPPOSITION<br>RE SUMMARY JUDGMENT MOTION<br>BRIEFING SCHEDULE (NO CHARGE) | 0.2 | NO CHARGE |
| 07/30/20 | HAL D. GOLDFLAM<br>REVIEW INTERIM FUND BALANCE REPORT<br>FOR PERIOD THROUGH 6/3/20 | 0.3 | $130.50 |
| 07/30/20 | HAL D. GOLDFLAM<br>REVIEW VPL BUDGET MEMOS | 0.2 | $87.00 |
| 07/31/20 | HAL D. GOLDFLAM<br>E-MAIL EXCHANGE WITH MS. JEN RE<br>INTERIM FINANCIAL REPORT | 0.1 | $43.50 |
| 07/31/20 | HAL D. GOLDFLAM<br>FURTHER ANALYSIS OF FUND BALANCE<br>REPORT | 0.3 | $130.50 |
| | Subtotal | 19.7 | $8,920.50 |
| | **ASSET ANALYSIS AND RECOVERY** | | |
| 07/01/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL WITH MORE VPL<br>INFORMATION | 0.1 | $51.50 |
| 07/01/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH SANGER ABOUT<br>MADE IN THE USA AND MEETING AND<br>CONFERRING ABOUT VPL | 0.2 | $103.00 |

97

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  11
FILE NO:    078410-0061                  AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

---------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/01/20 | MICHAEL G. FLETCHER<br>E MAIL FROM SANGER ABOUT THE ARRANGEMENTS FOR THE JULY 7 PRELIMINARY INJUNCTION HEARING | 0.1 | $51.50 |
| 07/01/20 | MICHAEL G. FLETCHER<br>E MAIL TO JEN ABOUT ███████<br>████████████████████ | 0.1 | $51.50 |
| 07/01/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE VPL OPERATIONS CONFERENCE CALL | 0.2 | $103.00 |
| 07/01/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN ABOUT THE ████████████ | 0.1 | $51.50 |
| 07/01/20 | MICHAEL G. FLETCHER<br>E MAIL TO COCHELL ABOUT THE HHS RESPONSE TO THE ASSURANCES LETTER RE THE RAW MATERIALS SOURCING | 0.1 | $51.50 |
| 07/01/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH KANE, JEN, JOHNSON, COCHELL, BEDI, CARDIFF, SANGER, AND PRUNTY ABOUT VPL OPERATIONS AND FINANCES | 1.1 | $566.50 |
| 07/01/20 | MICHAEL G. FLETCHER<br>E MAIL FROM SANGER ABOUT MADE IN THE USA ISSUES | 0.1 | $51.50 |

98

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                    PAGE:  12
FILE NO:    078410-0061                         AUGUST 19, 2020
FTC V. JASON CARDIFF                            INVOICE # 415927
```

------------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/01/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO SANGER ABOUT THE<br>HHS AND FTC RAW MATERIALS SOURCING<br>RULES; THE CONFERENCE CALL;<br>FINANCING THE BUSINESS POST<br>RECEIVERSHIP | 0.3 | $154.50 |
| 07/01/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE JULY 7<br>PRELIMINARY INJUNCTION HEARING | 0.1 | $51.50 |
| 07/01/20 | MICHAEL G. FLETCHER<br>E MAIL FROM SANGER TO COCHELL<br>ABOUT BANK ACCOUNT AND CHECK COPIES | 0.1 | $51.50 |
| 07/01/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE DELIVERY AND<br>OPERATIONS OF THE MACHINES | 0.2 | $103.00 |
| 07/01/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH SANGER AND<br>COCHELL ABOUT THE DROP BOX LINKS<br>AND FORWARD TO KANE AND JEN TO<br>CONSIDER THE DOWNLOADS | 0.1 | $51.50 |
| 07/01/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL FROM JEN ABOUT ▮▮▮ | 0.1 | $51.50 |
| 07/01/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE COCHELL ADDITIONAL<br>VPL INFORMATION | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3837891

```
ROBB EVANS & ASSOCIATES LLC                PAGE:  13
FILE NO:    078410-0061                     AUGUST 19, 2020
FTC V. JASON CARDIFF                        INVOICE # 415927
```

----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/01/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT MEETING AND CONFERRING ABOUT<br>VPL | 0.5 | $257.50 |
| 07/01/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH<br>KANE, JEN, AND JOHNSON POST<br>CONFERENCE CALL ABOUT VPL<br>OPERATIONS AND FINANCES | 0.4 | $206.00 |
| 07/01/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE, JEN,<br>AND JOHNSON ▮▮▮▮▮▮▮ | 0.3 | $154.50 |
| 07/02/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH EWING,<br>BOISE, AND VACURA ABOUT THE VPL<br>FACTS THAT COULD BE PUBLICLY<br>DISCLOSED AND ISSUES ABOUT WAVE<br>CREST AND ITS PRE-RECEIVERSHIP<br>LOAN ISSUES | 0.9 | $463.50 |
| 07/02/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO SANGER ABOUT<br>DISCUSSIONS WITH COCHELL ABOUT VPL<br>FIXING THE CASH FLOW PROJECTION | 0.1 | $51.50 |

100

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                PAGE:  14
FILE NO:    078410-0061                     AUGUST 19, 2020
FTC V. JASON CARDIFF                        INVOICE # 415927
```

------------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/02/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN AND JOHNSON<br>ABOUT ▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮ | 0.1 | $51.50 |
| 07/02/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO COCHELL<br>SUMMARIZING THE DISCUSSIONS WITH<br>THE MATT PETERS LAWYERS | 0.1 | $51.50 |
| 07/02/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT USING THE CASH TO OPERATE<br>AND THE CASH FLOW PROJECTION | 0.4 | $206.00 |
| 07/02/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL ABOUT HIS<br>DISCUSSIONS ABOUT WAVE CREST AND<br>THE PRE-RECEIVERSHIP LOAN | 0.1 | $51.50 |
| 07/02/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO COCHELL ABOUT<br>FIXING THE CASH FLOW PROJECTION | 0.2 | $103.00 |
| 07/02/20 | MICHAEL G. FLETCHER<br>E MAIL TO COCHELL AND WHITE ABOUT<br>A TRUE POST-RECEIVERSHIP SECURED<br>LOAN TO VPL BY WAVE CREST AND THE<br>PRE-RECEIVERSHIP LOAN ISSUES ABOUT<br>USURY | 0.5 | $257.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  15
FILE NO:    078410-0061                  AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/02/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH<br>SANGER ABOUT THE EVALUATION OF THE<br>SETTLEMENT OFFER, WAVE CREST, AND<br>VPL OPERATIONS | 0.3 | $154.50 |
| 07/02/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL ABOUT THE<br>AMENDED HHS CONTRACT HAVING BEEN<br>ISSUED AFTER THE ASSURANCES LETTER<br>WAS SENT | 0.1 | $51.50 |
| 07/02/20 | MICHAEL G. FLETCHER<br>E MAIL FROM CALLAHAN ABOUT SHOWINGS | 0.1 | $51.50 |
| 07/02/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE ISSUES CONCERNING<br>THE WAVE CREST PRE-RECEIVERSHIP<br>LOAN AND USURY | 1.3 | $669.50 |
| 07/02/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE DATING ON THE<br>AMENDED HHS CONTRACT AND THE<br>ASSURANCES LETTER | 0.2 | $103.00 |
| 07/02/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT VPL<br>██████████ | 0.1 | $51.50 |
| 07/02/20 | MICHAEL G. FLETCHER<br>E MAIL TO COCHELL AND WHITE ABOUT<br>SHOWINGS | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  16
FILE NO:    078410-0061                  AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/02/20 | MICHAEL G. FLETCHER<br>E MAIL FROM WHITE ABOUT USURY | 0.1 | $51.50 |
| 07/02/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL AND<br>WHITE WITH FILINGS, AND FORWARD TO<br>KANE AND JEN | 0.1 | $51.50 |
| 07/02/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH EWING ABOUT<br>MATT PETERS | 0.1 | $51.50 |
| 07/02/20 | HAL D. GOLDFLAM<br>ANALYSIS RE WAVE CREST USURY<br>ISSUES; PREPARE E-MAILS RE INITIAL<br>ANALYSIS | 0.7 | $304.50 |
| 07/02/20 | GERRICK WARRINGTON<br>REVIEW AND ANALYZE AGREEMENT<br>BETWEEN VPL AND WAVE CREST. | 0.6 | $192.00 |
| 07/02/20 | GERRICK WARRINGTON<br>PREPARE MEMO RE WHETHER AGREEMENT<br>BETWEEN VPL MEDICAL AND WAVE CREST<br>COMES WITHIN EXEMPTION TO<br>CALIFORNIA USURY LAWS. | 3.7 | $1,184.00 |
| 07/02/20 | GERRICK WARRINGTON<br>ANALYZE WHETHER AGREEMENT BETWEEN<br>VPL MEDICAL AND WAVE CREST COMES<br>WITHIN EXEMPTION TO CALIFORNIA<br>USURY LAWS. | 4.2 | $1,344.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19ᵀᴴ FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                  PAGE:  17
FILE NO:    078410-0061                      AUGUST 19, 2020
FTC V. JASON CARDIFF                         INVOICE # 415927
```

------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/03/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE, JEN,<br>AND JOHNSON ABOUT THE ANALYSIS RE<br>USURY ███████ | 0.3 | $154.50 |
| 07/03/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE ENGLAND LETTER ABOUT<br>MADE IN THE USA | 0.3 | $154.50 |
| 07/03/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE SETTLEMENT PARAMETERS | 0.1 | $51.50 |
| 07/03/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH SANGER ABOUT<br>AUCTUS AND TIES TO PHARMASTRIP | 0.2 | $103.00 |
| 07/03/20 | MICHAEL G. FLETCHER<br>E MAIL FROM KANE ███████████ | 0.1 | $51.50 |
| 07/03/20 | MICHAEL G. FLETCHER<br>FURTHER ANALYSIS RE USURY AND OPEN<br>QUESTIONS | 0.4 | $206.00 |
| 07/03/20 | MICHAEL G. FLETCHER<br>E MAIL TO COCHELL AND WHITE WITH<br>THE WAVE CREST LOAN USURY QUESTIONS | 0.1 | $51.50 |
| 07/03/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL WITH AN<br>UPDATED OPERATING CASH FLOW<br>PROJECTION | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3457891

```
ROBB EVANS & ASSOCIATES LLC           PAGE:  18
FILE NO:    078410-0061               AUGUST 19, 2020
FTC V. JASON CARDIFF                  INVOICE # 415927
```

------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/03/20 | MICHAEL G. FLETCHER<br>REVISIONS TO THE KANE NOTICE OF<br>NON-COMPLIANCE DECLARATION | 0.1 | $51.50 |
| 07/03/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, AND JOHNSON<br>WITH AND ABOUT THE ENGLAND LETTER<br>ABOUT MADE IN THE USA | 0.1 | $51.50 |
| 07/03/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT ███████ | 0.1 | $51.50 |
| 07/03/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT SETTLEMENT | 0.1 | $51.50 |
| 07/03/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE EMAILS INVOLVING<br>AUCTUS | 0.1 | $51.50 |
| 07/03/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH TELEPHONE<br>CALL FROM KANE AND JEN ███████ | 0.4 | $206.00 |
| 07/03/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE WAVE CREST LOAN USURY<br>QUESTIONS | 0.7 | $360.50 |
| 07/03/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE UPDATED OPERATING<br>CASH FLOW PROJECTION | 0.2 | $103.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

L A W Y E R S
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  19
FILE NO:    078410-0061                  AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/03/20 | MICHAEL G. FLETCHER<br>E MAIL TO EWING, BOISE, AND VACURA<br>WITH THE WAVE CREST LOAN USURY<br>QUESTIONS | 0.1 | $51.50 |
| 07/03/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL FROM SANGER ABOUT<br>THE MADE IN THE USA ISSUES, AND<br>REVIEW OF THE REVISED SPREADSHEET | 0.2 | $103.00 |
| 07/03/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL WITH THE<br>ENGLAND LETTER ABOUT MADE IN THE<br>USA | 0.1 | $51.50 |
| 07/03/20 | MICHAEL G. FLETCHER<br>PREPARATION OF REMAINDER OF THE<br>KANE REVISED NON-COMPLIANCE<br>DECLARATION AND EXHIBITS | 1.4 | $721.00 |
| 07/03/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE KANE REVISED<br>NON-COMPLIANCE DECLARATION | 0.1 | $51.50 |
| 07/03/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH FTC ABOUT<br>COMMENTS CONCERNING THE ENGLAND<br>LETTER ABOUT MADE IN THE USA | 0.2 | $103.00 |
| 07/03/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE ABOUT<br>INFORMATION NEEDED | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  20
FILE NO:    078410-0061                   AUGUST 19, 2020
FTC V. JASON CARDIFF                      INVOICE # 415927
```

--------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/03/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT ▮▮▮<br>▮▮▮▮▮▮▮▮▮ | 0.2 | $103.00 |
| 07/03/20 | MICHAEL G. FLETCHER<br>E MAIL FROM KANE WITH HIS REVISED<br>NON-COMPLIANCE DECLARATION | 0.1 | $51.50 |
| 07/03/20 | REED S. WADDELL<br>FURTHER WORK ON 6TH NOTICE OF<br>NON-COMPLIANCE AND RELATED<br>DECLARATION. | 1.0 | $465.00 |
| 07/03/20 | GERRICK WARRINGTON<br>PREPARE RECEIVER'S SIXTH REPORT RE<br>CARDIFF NON-COMPLIANCE WITH PRIOR<br>COURT ORDERS AND RE FAILURE TO<br>PURGE CONTEMPT. | 2.6 | $832.00 |
| 07/04/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE NOTICE OF<br>NON-COMPLIANCE DECLARATION<br>REDACTED EXHIBITS | 0.3 | $154.50 |
| 07/04/20 | MICHAEL G. FLETCHER<br>E MAIL FROM KANE ▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮ | 0.1 | $51.50 |
| 07/04/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT THE WAVE CREST QUESTIONS | 0.1 | $51.50 |

107

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                PAGE:  21
FILE NO:    078410-0061                     AUGUST 19, 2020
FTC V. JASON CARDIFF                        INVOICE # 415927
```

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/04/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.2 | $103.00 |
| 07/04/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH TEPPER AND<br>OTHERS WITH AND ABOUT THE VPL TRO<br>AND THE CARDIFF PRELIMINARY<br>INJUNCTION | 0.7 | $360.50 |
| 07/04/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE VPL BALANCE SHEET<br>FOR APRIL 30, 2020 | 0.1 | $51.50 |
| 07/04/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE WITH<br>THE REVISED NOTICE OF<br>NON-COMPLIANCE AND DECLARATION AND<br>THE REDACTED EXHIBITS, FOR SIGNING | 0.2 | $103.00 |
| 07/04/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE INVOICES RE THE<br>TEPPER SITUATION | 0.1 | $51.50 |
| 07/04/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE VPL WAVE CREST<br>AGREEMENT, VERSION 7, AND THE<br>CHASE ACCOUNT STATEMENTS FOR THE<br>WAVE CREST LOANS AND PAYMENTS | 0.3 | $154.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  22
FILE NO:    078410-0061                  AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/04/20 | MICHAEL G. FLETCHER<br>WORK ON THE NOTICE OF<br>NON-COMPLIANCE AND EXHIBITS | 0.8 | $412.00 |
| 07/04/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE NEXT VPL<br>RECEIVER'S REPORT ABOUT THE FORGED<br>CREDIT UNION BANK ACCOUNT<br>STATEMENT AND THE NYC LEASE | 0.3 | $154.50 |
| 07/04/20 | MICHAEL G. FLETCHER<br>MULTIPLE TEST MESSAGES WITH JEN<br>ABOUT ██████████████ | 0.3 | $154.50 |
| 07/04/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE JEN BUDGET REVIEW AND<br>PENDING QUESTIONS | 0.1 | $51.50 |
| 07/04/20 | REED S. WADDELL<br>FURTHER WORK ON KANE DECLARATION<br>ISO 6TH NOTICE OF NONCOMPLIANCE;<br>ANALYSIS RE ADDITIONAL DISCOVERIES<br>RE MISAPPROPRIATION OF<br>RECEIVERSHIP ASSETS. | 0.5 | $232.50 |
| 07/05/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE VPL AND COCHELL<br>PROVIDED INFORMATION AND DOCUMENTS<br>ABOUT THE TRANSACTIONS WITH WAVE<br>CREST QUESTIONS | 0.4 | $206.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC            PAGE:  23
FILE NO:    078410-0061                AUGUST 19, 2020
FTC V. JASON CARDIFF                   INVOICE # 415927

-------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/05/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL AND<br>WHITE ABOUT THE RESPONSES TO THE<br>WAVE CREST QUESTIONS | 0.2 | $103.00 |
| 07/05/20 | MICHAEL G. FLETCHER<br>E MAIL TO EWING ABOUT THE<br>RESPONSES TO THE WAVE CREST<br>QUESTIONS | 0.1 | $51.50 |
| 07/05/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT THE MISSION CRITICAL<br>INVOICES TO BE PAID AND A REVISED<br>SPREADSHEET | 0.2 | $103.00 |
| 07/05/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE RECEIVER'S DRAFT OF<br>THE SECOND VPL RECEIVER'S REPORT<br>AND THE REDACTED EXHIBITS | 0.3 | $154.50 |
| 07/05/20 | MICHAEL G. FLETCHER<br>PREPARATION OF PLEADINGS RE: COURT<br>SUMMARY FOR THE NEXT RECEIVER VPL<br>REPORT | 0.3 | $154.50 |
| 07/05/20 | MICHAEL G. FLETCHER<br>PREPARATION OF PLEADINGS RE: JEN<br>DECLARATION FOR THE NEXT RECEIVER<br>VPL REPORT | 0.3 | $154.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  24
FILE NO:     078410-0061                 AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/05/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT THE TRANSACTIONS WITH WAVE<br>CREST AND THE OPEN QUESTIONS | 0.1 | $51.50 |
| 07/05/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>ABOUT ███████████████████ | 0.3 | $154.50 |
| 07/05/20 | MICHAEL G. FLETCHER<br>PREPARATION OF REMAINDER OF THE<br>DRAFT SECOND VPL RECEIVER'S REPORT | 0.8 | $412.00 |
| 07/05/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT<br>███████████████████ | 0.1 | $51.50 |
| 07/05/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE AND E MAIL TO KANE AND<br>JEN ABOUT THE USURY ███████<br>███████████████████ | 0.8 | $412.00 |
| 07/06/20 | MICHAEL G. FLETCHER<br>DRAFT EMAIL RESPONSES TO THE<br>BUDGETING INFORMATION | 0.2 | $103.00 |

111

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19ᵀᴴ FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  25
FILE NO:    078410-0061              AUGUST 19, 2020
FTC V. JASON CARDIFF                 INVOICE # 415927
```

---------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/06/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE PAYMENTS, OPERATIONS,<br>AND MATERIALS | 0.4 | $206.00 |
| 07/06/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH KANE,<br>JEN, JOHNSON ABOUT ███████<br>█████████████████ | 0.6 | $309.00 |
| 07/06/20 | MICHAEL G. FLETCHER<br>E MAIL TO SANGER, OTHER FTC<br>LAWYERS, COCHELL, AND WHITE WITH<br>THE FILED SUPPLEMENTAL REPORT | 0.1 | $51.50 |
| 07/06/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE FILED SUPPLEMENTAL<br>REPORT | 0.2 | $103.00 |
| 07/06/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE MADE IN USA<br>REQUIREMENTS | 0.3 | $154.50 |
| 07/06/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH WHITE<br>AND COCHELL ABOUT THE WAVE CREST<br>DISCLOSURES | 0.2 | $103.00 |
| 07/06/20 | MICHAEL G. FLETCHER<br>E MAIL FROM VACURA ABOUT THE WAVE<br>CREST RESPONSE BEING DELAYED | 0.1 | $51.50 |

112

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  26
FILE NO:     078410-0061                       AUGUST 19, 2020
FTC V. JASON CARDIFF                           INVOICE # 415927

----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/06/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH AND MULTIPLE<br>TELEPHONE CALLS WITH KANE ABOUT<br>THE SUPPLEMENTAL REPORT | 0.3 | $154.50 |
| 07/06/20 | MICHAEL G. FLETCHER<br>E MAIL TO WILLIAMS AT THE DOJ WITH<br>THE SUPPLEMENTAL RECEIVER'S REPORT | 0.1 | $51.50 |
| 07/06/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH PRUNTY ABOUT<br>THE MADE IN USA REQUIREMENTS | 0.6 | $309.00 |
| 07/06/20 | MICHAEL G. FLETCHER<br>PREPARATION OF REMAINDER OF THE<br>SUPPLEMENTAL REPORT | 1.4 | $721.00 |
| 07/06/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE FTC REPLY TO THE VPL<br>PRELIMINARY INJUNCTION OPPOSITION | 0.7 | $360.50 |
| 07/06/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, AND JOHNSON | 0.1 | $51.50 |
| 07/06/20 | MICHAEL G. FLETCHER<br>E MAIL TO JEN WITH THE DRAFT EMAIL<br>RESPONSES TO THE BUDGETING<br>INFORMATION | 0.1 | $51.50 |

113

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

L A W Y E R S
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                PAGE:  27
FILE NO:    078410-0061                    AUGUST 19, 2020
FTC V. JASON CARDIFF                       INVOICE # 415927

--------------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|---------------|-------|--------|
| 07/06/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE SUPPLYING THE FILED<br>SUPPLEMENTAL REPORT TO DOJ | 0.2 | $103.00 |
| 07/06/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT ███<br>████████████████████ | 0.1 | $51.50 |
| 07/06/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE RECAP OF THE MONIES<br>PAID TO DATE RE VPL | 0.1 | $51.50 |
| 07/06/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH THE<br>FILED SUPPLEMENTAL REPORT | 0.1 | $51.50 |
| 07/06/20 | GERRICK WARRINGTON<br>COORDINATE FILING OF SUPPLEMENTAL<br>REPORT; EMAILS RE SAME. | 0.1 | $32.00 |
| 07/06/20 | GERRICK WARRINGTON<br>PREPARE SUPPLEMENTAL REPORT RE<br>VPL; EMAILS RE SAME. | 1.2 | $384.00 |
| 07/06/20 | GERRICK WARRINGTON<br>PREPARE REDACTIONS TO ATTACHMENT<br>TO SUPPLEMENTAL REPORT RE VPL;<br>EMAILS AND CALLS RE SAME. | 0.6 | $192.00 |
| 07/07/20 | MICHAEL G. FLETCHER<br>████████████████████████<br>████████████████████████ | 0.2 | NO CHARGE |

114

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:  28
FILE NO:    078410-0061                AUGUST 19, 2020
FTC V. JASON CARDIFF                   INVOICE # 415927
```

----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/07/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH SANGER AND COCHELL WITH LATE FILED DECLARATIONS FOR THE PRELIMINARY INJUNCTION HEARING AND FORWARD TO KANE, JEN, AND JOHNSON | 0.1 | $51.50 |
| 07/07/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE COCHELL EX PARTE TO FILE ADDITIONAL DECLARATIONS | 0.1 | $51.50 |
| 07/07/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE SETTLEMENT OFFER AND FORWARD TO KANE, JEN, AND JOHNSON | 0.1 | $51.50 |
| 07/07/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, AND JOHNSON WITH AND ABOUT THE VPL OBJECTION TO THE SUPPLEMENTAL REPORT | 0.1 | $51.50 |
| 07/07/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH CALLAHAN ABOUT ███████ ███████ | 0.1 | $51.50 |
| 07/07/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH AND TELEPHONE CONFERENCE WITH SANGER, PRUNTY, AND KANE ABOUT THE VPL SITUATION AND FTC'S HEARING POSITIONS | 0.3 | $154.50 |

115

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19ᵀᴴ FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  29
FILE NO:    078410-0061              AUGUST 19, 2020
FTC V. JASON CARDIFF                 INVOICE # 415927
```

--------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/07/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL FROM AND MULTIPLE E MAILS WITH JEN ABOUT ▮▮▮▮▮ | 0.3 | $154.50 |
| 07/07/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE LATE FILED DECLARATIONS FOR THE PRELIMINARY INJUNCTION HEARING | 0.1 | $51.50 |
| 07/07/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE AND THE COURT CLERK ABOUT CARDIFF AND BEDI ATTENDING THE PRELIMINARY INJUNCTION HEARING, AND FORWARD TO KANE, JEN, AND JOHNSON | 0.1 | $51.50 |
| 07/07/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE PRELIMINARY INJUNCTION HEARING | 1.3 | $669.50 |
| 07/07/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE PURCHASE ORDER FINANCING ASPECTS OF THE WAVE CREST PRE-RECEIVERSHIP DEAL | 0.1 | $51.50 |
| 07/07/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT ▮▮▮▮▮ | 0.1 | $51.50 |
| 07/07/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN ABOUT ▮▮▮▮▮ | 0.4 | $206.00 |

116

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  30
FILE NO:    078410-0061                  AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/07/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE VPL OBJECTION TO THE<br>SUPPLEMENTAL REPORT | 0.1 | $51.50 |
| 07/07/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE JEN PREPARED<br>SPREADSHEET AS TO POST<br>RECEIVERSHIP PAYMENTS FOR VPL | 0.1 | $51.50 |
| 07/07/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE ABOUT<br>HIM PITCHING THE VPL OPERATIONS<br>AND FORWARD TO KANE, JEN, AND<br>JOHNSON | 0.4 | $206.00 |
| 07/07/20 | BRAD R. BECKER<br>TC M FLETCHER RE OPINION LETTER ON<br>MADE IN USA | 0.2 | $76.00 |
| 07/07/20 | BRAD R. BECKER<br>REVIEW EMAILS RE OPINION LETTER ON<br>MADE IN USA | 0.5 | $190.00 |
| 07/07/20 | BRAD R. BECKER<br>INITIAL REVIEW OF VPL RESPONSE TO<br>REQUEST FOR ASSURANCES | 0.4 | $152.00 |
| 07/07/20 | GERRICK WARRINGTON<br>PREPARE MEMORANDUM RE WHETHER THE<br>USURY EXEMPTION ██████████████ | 6.2 | $1,984.00 |

117

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:  31
FILE NO:    078410-0061                AUGUST 19, 2020
FTC V. JASON CARDIFF                   INVOICE # 415927
```

------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/07/20 | GERRICK WARRINGTON ANALYZE CALIFORNIA LAW ON USURY AND EXEMPTIONS. | 3.2 | $1,024.00 |
| 07/08/20 | MICHAEL G. FLETCHER MULTIPLE E MAILS BETWEEN JEN AND BEDI ABOUT WHAT IS NEEDED | 0.3 | $154.50 |
| 07/08/20 | MICHAEL G. FLETCHER TELEPHONE CONFERENCE WITH KANE, JEN, AND JOHNSON ABOUT ███████ | 0.5 | $257.50 |
| 07/08/20 | MICHAEL G. FLETCHER ANALYSIS RE FILING THE TRO AND ISSUED PRELIMINARY INJUNCTION IN OTHER DISTRICTS | 0.3 | $154.50 |
| 07/08/20 | MICHAEL G. FLETCHER MULTIPLE E MAILS WITH WHITE ABOUT THE MELTBROWN MASK LAYER FOR THE VPL OPERATIONS | 0.2 | $103.00 |
| 07/08/20 | MICHAEL G. FLETCHER E MAIL TO KANE, JEN, AND JOHNSON ABOUT THE TELEPHONE CALL FROM COCHELL AND WHITE ABOUT THE PRELIMINARY INJUNCTION AND DISCRETIONARY DECISIONS | 0.1 | $51.50 |

118

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19ᵀᴴ FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  32
FILE NO:    078410-0061               AUGUST 19, 2020
FTC V. JASON CARDIFF                  INVOICE # 415927
```

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/08/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, AND JOHNSON<br>ABOUT THE REVIEW OF THE ORDER RE<br>THE PRELIMINARY INJUNCTION MOTION<br>BEING GRANTED | 0.1 | $51.50 |
| 07/08/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE MADE IN THE USA<br>RESEARCH | 0.8 | $412.00 |
| 07/08/20 | MICHAEL G. FLETCHER<br>E MAIL TO COUNSEL ABOUT FURTHER<br>DISCUSSIONS | 0.1 | $51.50 |
| 07/08/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, AND JOHNSON<br>WITH THE CLAIMS FROM WHITE ABOUT<br>THE MELTBROWN MASK LAYER FOR THE<br>VPL OPERATIONS | 0.1 | $51.50 |
| 07/08/20 | MICHAEL G. FLETCHER<br>E MAIL TO COCHELL AND WHITE ABOUT<br>WHAT BEDI IS MIS-FOCUSING ON | 0.1 | $51.50 |
| 07/08/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, AND JOHNSON<br>ABOUT AND WITH THE EMAIL FROM<br>COCHELL ABOUT IMMEDIATE NEEDS | 0.1 | $51.50 |
| 07/08/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE, JEN,<br>AND JOHNSON WITH PORTIONS OF THE<br>ORDER GRANTING THE PRELIMINARY<br>INJUNCTION MOTION | 0.3 | $154.50 |

119

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                PAGE:  33
FILE NO:    078410-0061                    AUGUST 19, 2020
FTC V. JASON CARDIFF                       INVOICE # 415927

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/08/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, AND JOHNSON<br>WITH AND ABOUT THE ISSUED<br>PRELIMINARY INJUNCTION AND BIZTANK | 0.1 | $51.50 |
| 07/08/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT PAYMENTS | 0.2 | $103.00 |
| 07/08/20 | MICHAEL G. FLETCHER<br>E MAIL TO COCHELL AND WHITE ABOUT<br>TEPPER | 0.1 | $51.50 |
| 07/08/20 | MICHAEL G. FLETCHER<br>E MAIL TO WHITE OR COCHELL ABOUT<br>NO RECEIVERSHIP PAYMENTS TO THEM | 0.3 | $154.50 |
| 07/08/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE, JEN,<br>AND JOHNSON WITH AND ABOUT THE<br>WHITE PICTURES OF THE GOODS<br>CLAIMED TO BE SOURCED FROM THE US<br>AND SHIPPING EVIDENCE | 0.2 | $103.00 |
| 07/08/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH KANE<br>ABOUT THE MACHINE OPERABILITY<br>ISSUES █████████████ | 0.3 | $154.50 |
| 07/08/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL ABOUT<br>IMMEDIATE NEEDS | 0.1 | $51.50 |

120

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                    PAGE:  34
FILE NO:    078410-0061                         AUGUST 19, 2020
FTC V. JASON CARDIFF                            INVOICE # 415927
```

------------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/08/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH<br>WHITE ABOUT VPL ISSUES, PAYMENTS,<br>AND OPEN ITEMS | 0.1 | $51.50 |
| 07/08/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, AND JOHNSON<br>ABOUT ██████████████ | 0.1 | $51.50 |
| 07/08/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE AND E MAIL TO COCHELL<br>ABOUT THE RECEIVER NOT BEING PART<br>OF ANY FTC SETTLEMENT AND FURTHER<br>DISCUSSIONS ABOUT THE OPERATIONS<br>AND WAVE CREST | 0.3 | $154.50 |
| 07/08/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL FROM COCHELL AND<br>WHITE ABOUT THE PRELIMINARY<br>INJUNCTION AND DISCRETIONARY<br>DECISIONS | 0.2 | $103.00 |
| 07/08/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE ABOUT<br>VPL ISSUES, PAYMENTS, AND OPEN<br>ITEMS AND THE LINES OF<br>COMMUNICATION | 0.2 | $103.00 |
| 07/08/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH VACURA ABOUT<br>WAVE CREST AND FURTHER DISCUSSIONS | 0.4 | $206.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  35
FILE NO:    078410-0061                  AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/08/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE WHITE PICTURES OF<br>THE GOODS CLAIMED TO BE SOURCED<br>FROM THE US AND SHIPPING EVIDENCE | 0.2 | $103.00 |
| 07/08/20 | MICHAEL G. FLETCHER<br>E MAIL FROM WHITE LINKING PICTURES<br>TO THE GOODS SOURCED FROM THE US | 0.1 | $51.50 |
| 07/08/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE ELECTRONIC COURT<br>NOTICE RE PRELIMINARY INJUNCTION<br>MOTION GRANTED | 0.1 | $51.50 |
| 07/08/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL ABOUT THE FTC<br>SETTLEMENT AND THE OPERATIONS | 0.1 | $51.50 |
| 07/08/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE REMAINING AND<br>OUTSTANDING ISSUES AND REQUESTS TO<br>VACURA ABOUT WAVE CREST AND<br>FURTHER DISCUSSIONS | 0.2 | $103.00 |
| 07/08/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, AND JOHNSON<br>ABOUT THE STATUS OF THE FIRST<br>MANUFACTURING | 0.1 | $51.50 |
| 07/08/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE LOOKING FOR THE<br>JUDGE'S RULING ON THE PRELIMINARY<br>INJUNCTION | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  36
FILE NO:    078410-0061                  AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

---------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/08/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE ISSUED PRELIMINARY<br>INJUNCTION | 0.3 | $154.50 |
| 07/08/20 | MICHAEL G. FLETCHER<br>E MAIL FROM KANE ABOUT ███████<br>████████ | 0.1 | $51.50 |
| 07/08/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND<br>PETERS LAWYERS ABOUT DISCUSSING<br>THE SITUATION WITH MATT PETERS | 0.3 | $154.50 |
| 07/08/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE CARDIFF JUNE 25<br>PROCESSED ITEMS FOR $30,000 IN CASH | 0.1 | $51.50 |
| 07/08/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE ORDER RE THE<br>PRELIMINARY INJUNCTION MOTION<br>BEING GRANTED | 0.5 | $257.50 |
| 07/08/20 | MICHAEL G. FLETCHER<br>E MAIL FROM JEN ABOUT ██████<br>████████ | 0.1 | $51.50 |
| 07/08/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH EWING,<br>BOISE, AND VACURA ABOUT SETTLEMENT<br>WITH WAVE CREST AND PETERS | 0.7 | $360.50 |
| 07/08/20 | BRAD R. BECKER<br>INITIAL REVIEW OF MADE IN USA<br>OPINION LETTER | 1.1 | $418.00 |

123

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:     078410-0061
FTC V. JASON CARDIFF

PAGE:  37
AUGUST 19, 2020
INVOICE # 415927

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/08/20 | BRAD R. BECKER<br>ANALYSIS RE ISSUES RAISED IN MADE<br>IN USA OPINION LETTER | 3.9 | $1,482.00 |
| 07/08/20 | BRAD R. BECKER<br>INITIAL REVIEW OF VPL CONTRACT<br>WITH DHHS | 0.7 | $266.00 |
| 07/08/20 | BRAD R. BECKER<br>TC M FLETCHER RE VPL DHHS CONTRACT | 0.1 | $38.00 |
| 07/08/20 | BRAD R. BECKER<br>EMAIL TO M FLETCHER RE ISSUES<br>RAISED IN USA OPINION LETTER | 1.7 | $646.00 |
| 07/08/20 | GERRICK WARRINGTON<br>ATTENTION TO CALENDARING RESPONSE<br>AND REPLY DEADLINES TO CONTINUED<br>HEARING ON MOTION FOR CONTEMPT. | 0.4 | $128.00 |
| 07/09/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE, JEN,<br>AND JOHNSON ABOUT ███████████ | 0.2 | $103.00 |
| 07/09/20 | MICHAEL G. FLETCHER<br>E MAIL FROM VACURA ABOUT THE<br>DISCUSSIONS CONCERNING VPL | 0.1 | $51.50 |
| 07/09/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN ABOUT<br>█████████████ | 0.1 | $51.50 |

124

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  38
FILE NO:     078410-0061                 AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/09/20 | MICHAEL G. FLETCHER<br>PREPARATION OF AND E MAIL TO<br>SEBASTION AND GARDNER ABOUT AND<br>ATTACHING THE VPL OPINION LETTER<br>FROM BENJAMIN ENGLAND ABOUT THE<br>HHS CONTRACT ISSUES | 0.3 | $154.50 |
| 07/09/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE POST<br>CONFERENCE CALL WITH SEBASTION,<br>AND GARDNER ABOUT VPL AND THE VA<br>AND HHS CONTRACTS | 0.1 | $51.50 |
| 07/09/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE ABOUT<br>HAVING A DISCUSSION | 0.1 | $51.50 |
| 07/09/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>AND JOHNSON ███████████ | 0.3 | $154.50 |
| 07/09/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH KANE,<br>JEN, HENRY JEN, AND JOHNSON ABOUT<br>████████ | 0.6 | $309.00 |
| 07/09/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE TEXT AND VOICE MAIL<br>FROM TONY THE INVESTOR | 0.1 | $51.50 |

125

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                   PAGE:  39
FILE NO:    078410-0061                       AUGUST 19, 2020
FTC V. JASON CARDIFF                          INVOICE # 415927
```

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/09/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH SEBASTION<br>ABOUT OTHER VPL DOCUMENTS | 0.3 | $154.50 |
| 07/09/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT<br>███████████ | 0.1 | $51.50 |
| 07/09/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, AND JOHNSON<br>WITH AND ABOUT ███████████ | 0.1 | $51.50 |
| 07/09/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH KANE,<br>SEBASTION, AND GARDNER ABOUT VPL<br>AND THE VA AND HHS CONTRACTS | 0.3 | $154.50 |
| 07/09/20 | BRAD R. BECKER<br>FURTHER ANALYSIS RE MADE IN USA<br>REGULATIONS | 0.6 | $228.00 |
| 07/10/20 | MICHAEL G. FLETCHER<br>REVIEW OF AND ANALYSIS RE THE<br>FURTHER BEDI MISLEADING EMAIL | 0.1 | $51.50 |
| 07/10/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT<br>███████████ | 0.1 | $51.50 |

126

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  40
FILE NO:     078410-0061                 AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/10/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE INTERPRETATION OF THE<br>MADE IN THE USA RULES AND<br>REGULATIONS, AND THE ENGLAND<br>OPINION LETTER RESULTS | 0.2 | $103.00 |
| 07/10/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE SUBPOENA TO<br>EAST WEST | 0.4 | $206.00 |
| 07/10/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE ARTICLE ABOUT THE<br>SUPREME COURT ACCEPTING FOR REVIEW<br>THE FTC RESTITUTION CASES | 0.1 | $51.50 |
| 07/10/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE, JEN,<br>JOHNSON, AND HENRY JEN WITH AND<br>ABOUT ██████████████████████ | 0.9 | $463.50 |
| 07/10/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE AND<br>COCHELL ABOUT SUSPENSION OF<br>PAYMENTS | 0.2 | $103.00 |
| 07/10/20 | MICHAEL G. FLETCHER<br>REVIEW OF ARTICLE ABOUT THE<br>SUPREME COURT ACCEPTING FOR REVIEW<br>THE FTC RESTITUTION CASES | 0.3 | $154.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  41
FILE NO:     078410-0061                 AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/10/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE AND PREPARATION OF THE<br>STATEMENT ABOUT THE SURPRISE<br>INSPECTION AND SUSPENSION OF<br>FUNDING; REVISIONS TO THE DRAFT<br>BASED ON THE RECEIVER'S REVIEW | 3.1 | $1,596.50 |
| 07/10/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, AND JOHNSON<br>WITH THE CARDIFF CONTEMPT<br>OPPOSITION | 0.1 | $51.50 |
| 07/10/20 | MICHAEL G. FLETCHER<br>E MAIL TO SANGER AND COCHELL ABOUT<br>THE ARTICLE ABOUT THE SUPREME<br>COURT ACCEPTING FOR REVIEW THE FTC<br>RESTITUTION CASES | 0.1 | $51.50 |
| 07/10/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE LATEST DRAFT OF THE 6TH<br>NOTICE OF NON-COMPLIANCE ▮▮▮▮ | 0.1 | $51.50 |
| 07/10/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN ABOUT ▮▮▮ | 0.1 | $51.50 |
| 07/10/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE CARDIFF CONTEMPT<br>OPPOSITION | 0.1 | $51.50 |

128

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  42
FILE NO:     078410-0061                 AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

-------------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/10/20 | MICHAEL G. FLETCHER<br>WORK ON THE 6TH NOTICE OF<br>NON-COMPLIANCE | 0.1 | $51.50 |
| 07/12/20 | MICHAEL G. FLETCHER<br>E MAIL TO SANGER ABOUT FTC<br>PARTICIPATING IN THE CONFERENCE<br>CALL | 0.1 | $51.50 |
| 07/12/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE, JEN,<br>AND JOHNSON ABOUT THE CONFERENCE<br>CALL TO MEET AND CONFER ABOUT<br>REMOVING THE RECEIVER AND GEARING<br>UP TO OPPOSE THE EX PARTE<br>APPLICATION | 0.4 | $206.00 |
| 07/12/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE FILINGS OF THE<br>CERTIFIED ORDERS | 0.3 | $154.50 |
| 07/12/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT<br>███████████████ | 0.1 | $51.50 |
| 07/12/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO VACURA ABOUT THE<br>DISCUSSIONS WITH PETERS ABOUT THE<br>MANUFACTURING CAPABILITIES | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  43
FILE NO:    078410-0061              AUGUST 19, 2020
FTC V. JASON CARDIFF                 INVOICE # 415927
```

--------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/12/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE FILING THE RESPONSE<br>DECLARATIONS UNDER SEAL | 0.2 | $103.00 |
| 07/12/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL AND<br>SANGER ABOUT A CONFERENCE CALL TO<br>MEET AND CONFER ABOUT REMOVING THE<br>RECEIVER | 1.2 | $618.00 |
| 07/12/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE DRAFTING THE RECEIVER<br>AND NEEDED DECLARATIONS TO OPPOSE<br>THE EX PARTE APPLICATION AND<br>FORMULATING THE SUBSTANTIVE<br>RESPONSE POINTS AND DOCUMENTS | 1.7 | $875.50 |
| 07/12/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE, JEN,<br>AND JOHNSON ABOUT DRAFT<br>DECLARATIONS ▮▮▮▮▮▮▮ | 0.3 | $154.50 |
| 07/12/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL FROM SANGER AND<br>PRUNTY ABOUT THEIR AVAILABILITY<br>FOR THE CONFERENCE CALL WITH<br>COCHELL AND WHITE | 0.2 | $103.00 |
| 07/12/20 | BRAD R. BECKER<br>REVIEW USDC COURTROOM RULES RE<br>SEALED DOCUMENTS | 0.5 | $190.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  44
FILE NO:    078410-0061                  AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

-------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/12/20 | BRAD R. BECKER<br>REVIEW USDC CENTRAL DISTRICT<br>CALIFORNIA RULES RE SEALED<br>DOCUMENTS | 1.0 | $380.00 |
| 07/12/20 | BRAD R. BECKER<br>ANALYSIS RE FILING DOCUMENTS UNDER<br>SEAL | 0.5 | $190.00 |
| 07/12/20 | BRAD R. BECKER<br>REVIEW DRAFT DECLARATION OF KENTON<br>JOHNSON RE EX PARTE APPLICATION TO<br>REMOVE RECEIVER | 0.5 | $190.00 |
| 07/12/20 | BRAD R. BECKER<br>EMAIL TO M FLETCHER RE FILING<br>SEALED DOCUMENTS IN USDC CENTRAL<br>DISTRICT CALIFORNIA | 1.3 | $494.00 |
| 07/13/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT THE<br>█████████████ | 0.1 | $51.50 |
| 07/13/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE FILING CERTIFIED<br>ORDERS IN VARIOUS FEDERAL DISTRICTS | 0.1 | $51.50 |
| 07/13/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH KANE,<br>JEN, AND JOHNSON ABOUT OPEN ISSUES<br>AND WHAT HAPPENS NEXT | 0.6 | $309.00 |

131

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  45
FILE NO:    078410-0061                  AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

-------------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/13/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, AND JOHNSON<br>WITH ███████ | 0.1 | $51.50 |
| 07/13/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL FROM VACURA ABOUT A<br>PROPOSAL FROM PETERS | 0.1 | $51.50 |
| 07/13/20 | MICHAEL G. FLETCHER<br>PREPARATION OF AND E MAIL TO KANE,<br>JEN, AND JOHNSON ABOUT NEXT STEPS<br>RE VPL ███████ | 0.2 | $103.00 |
| 07/13/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE REVISIONS TO THE EAST<br>WEST SUBPOENA | 0.4 | $206.00 |
| 07/13/20 | MICHAEL G. FLETCHER<br>LETTER TO HHS ABOUT THE CONTRACT<br>AND FURTHER ASSURANCES | 1.3 | $669.50 |
| 07/13/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE, JEN,<br>AND JOHNSON ABOUT ███████ | 0.1 | $51.50 |
| 07/13/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE HHS LETTER SEEKING<br>FURTHER ASSURANCES | 0.1 | $51.50 |
| 07/13/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE, JEN,<br>AND JOHNSON WITH AND ABOUT ███████ | 0.2 | $103.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC               PAGE:  46
FILE NO:     078410-0061                  AUGUST 19, 2020
FTC V. JASON CARDIFF                      INVOICE # 415927
```

------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| | ███████████████████████ | | |
| 07/13/20 | MICHAEL G. FLETCHER ARRANGING THE CONFERENCE CALL WITH ALL COUNSEL | 0.3 | $154.50 |
| 07/13/20 | MICHAEL G. FLETCHER MULTIPLE E MAILS WITH COUNSEL SCHEDULING A CONFERENCE CALL | 0.2 | $103.00 |
| 07/13/20 | MICHAEL G. FLETCHER TELEPHONE CALL TO KANE ABOUT THE ███████████████████████ | 0.1 | $51.50 |
| 07/13/20 | MICHAEL G. FLETCHER TELEPHONE CONFERENCE WITH KANE, JEN, AND JOHNSON ██████ | 0.4 | $206.00 |
| 07/13/20 | MICHAEL G. FLETCHER TELEPHONE CONFERENCE WITH KANE, JEN, AND JOHNSON ABOUT ███████ ███████████████████████ | 0.6 | $309.00 |
| 07/13/20 | MICHAEL G. FLETCHER MULTIPLE E MAILS WITH KANE ABOUT ██████████ | 0.1 | $51.50 |

133

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC          PAGE: 47
FILE NO:   078410-0061               AUGUST 19, 2020
FTC V. JASON CARDIFF                 INVOICE # 415927

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/13/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH BOISE ABOUT<br>PETERS AND THE DECLARATIONS | 0.3 | $154.50 |
| 07/13/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH VACURA<br>AND BOISE ABOUT PETERS AND THE<br>DECLARATIONS | 0.2 | $103.00 |
| 07/13/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL AND<br>WHITE ABOUT THE INFORMATION AND<br>BACKGROUND CONCERNING SINGH AND<br>HIS QUALIFICATIONS; OPEN ISSUES;<br>ENGLAND; HHS LETTER RESPONSE | 1.3 | $669.50 |
| 07/13/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH SANGER AND<br>COCHELL ABOUT A MEET AND CONFER<br>PROCESS AND TIMING | 0.1 | $51.50 |
| 07/13/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT THE<br>███████████████████ | 0.1 | $51.50 |
| 07/13/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JOHNSON<br>ABOUT MORE INFORMATION FOR HIS<br>DECLARATION | 0.8 | $412.00 |

134

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:  48
FILE NO:    078410-0061                AUGUST 19, 2020
FTC V. JASON CARDIFF                   INVOICE # 415927
```

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/13/20 | MICHAEL G. FLETCHER<br>E MAIL FROM VACURA ABOUT PETERS<br>AND SETTLEMENT AND FORWARD TO KANE | 0.1 | $51.50 |
| 07/13/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO JEN ABOUT HER<br>DECLARATION █████████ | 0.1 | $51.50 |
| 07/13/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE INVOICES AND OTHER<br>MATERIALS FROM JEN | 0.2 | $103.00 |
| 07/13/20 | BRAD R. BECKER<br>REVIEW CENTRAL DISTRICT AND<br>COURTROOM EX PARTE RULES | 0.6 | $228.00 |
| 07/13/20 | BRAD R. BECKER<br>REVIEW JUDGE GEE'S INITIAL<br>STANDING ORDER RE APPLICATION FOR<br>LEAVE TO FILE DOCUMENTS UNDER SEAL | 0.3 | $114.00 |
| 07/13/20 | BRAD R. BECKER<br>REVIEW EX PARTE APPLICATION TO<br>REMOVE RECEIVER, ETC. | 0.5 | $190.00 |
| 07/13/20 | BRAD R. BECKER<br>ANALYSIS RE APPLICATION FOR LEAVE<br>TO FILE DOCUMENTS UNDER SEAL | 0.9 | $342.00 |
| 07/13/20 | BRAD R. BECKER<br>DRAFT APPLICATION FOR LEAVE TO<br>FILE DOCUMENTS UNDER SEAL | 0.9 | $342.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  49
FILE NO:      078410-0061                AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/13/20 | BRAD R. BECKER<br>REVIEW REASSIGNMENT ORDER RE<br>APPLICATION FOR LEAVE TO FILE<br>DOCUMENTS UNDER SEAL | 0.1 | $38.00 |
| 07/14/20 | MICHAEL G. FLETCHER<br>E MAIL FROM AND TELEPHONE CALL TO<br>KANE ABOUT ██████████ | 0.2 | $103.00 |
| 07/14/20 | MICHAEL G. FLETCHER<br>REVIEW OF AND ANALYSIS RE THE<br>VACURA EMAIL AND PROPOSAL | 0.1 | $51.50 |
| 07/14/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE ENGLAND DRAFT HHS<br>RESPONSE | 0.1 | $51.50 |
| 07/14/20 | BRAD R. BECKER<br>REVIEW ORDER GRANTING PRELIMINARY<br>INJUNCTION RE OPPOSITION TO EX<br>PARTE APPLICATION | 0.5 | $190.00 |
| 07/14/20 | BRAD R. BECKER<br>DRAFT OPPOSITION TO EX PARTE<br>APPLICATION TO REMOVE RECEIVER,<br>ETC. | 3.3 | $1,254.00 |
| 07/14/20 | BRAD R. BECKER<br>TC M FLETCHER RE OPPOSITION TO EX<br>PARTE APPLICATION TO REMOVE<br>RECEIVER, ETC. | 0.1 | $38.00 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                PAGE:  50
FILE NO:     078410-0061                   AUGUST 19, 2020
FTC V. JASON CARDIFF                       INVOICE # 415927
```

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/14/20 | BRAD R. BECKER<br>REVIEW EMAILS RE EX PARTE<br>APPLICATION TO REMOVE RECEIVER,<br>ETC. | 0.2 | $76.00 |
| 07/14/20 | BRAD R. BECKER<br>REVIEW PRELIMINARY INJUNCTION RE<br>VPL RE EX PARTE APPLICATION | 0.3 | $114.00 |
| 07/14/20 | BRAD R. BECKER<br>LEGAL REVIEW OF EX PARTE<br>APPLICATION TO REMOVE RECEIVER,<br>ETC. | 1.8 | $684.00 |
| 07/15/20 | MICHAEL G. FLETCHER<br>E MAIL FROM KANE ABOUT ▇▇▇<br>▇▇▇ | 0.1 | $51.50 |
| 07/15/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH KANE<br>ABOUT ▇▇▇ | 0.2 | $103.00 |
| 07/15/20 | MICHAEL G. FLETCHER<br>E MAIL FROM AND TELEPHONE CALL<br>FROM JEN ▇▇▇▇▇ | 0.1 | $51.50 |
| 07/15/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE FTC OPPOSITION TO<br>THE EX PARTE APPLICATION | 0.4 | $206.00 |

137

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19ᵀᴴ FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  51
FILE NO:   078410-0061                   AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/15/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE COURT'S ORDER<br>PERMITTING A REPLY TO THE EX PARTE<br>OPPOSITIONS | 0.1 | $51.50 |
| 07/15/20 | MICHAEL G. FLETCHER<br>REVISIONS TO THE DRAFT RECEIVER<br>HHS LETTER | 0.2 | $103.00 |
| 07/15/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH<br>VACURA, BOISE, AND EWING ABOUT THE<br>FILING AND THE PETERS DECLARATION | 0.5 | $257.50 |
| 07/15/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, AND JOHNSON<br>WITH AND ABOUT THE COURT'S ORDER<br>PERMITTING A REPLY TO THE EX PARTE<br>OPPOSITIONS | 0.1 | $51.50 |
| 07/15/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO SANGER THE<br>DISCUSSIONS CONCERNING THE PETERS<br>DECLARATION | 0.2 | $103.00 |
| 07/15/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL FROM PRUNTY ABOUT<br>CONTEMPT ISSUES | 0.1 | $51.50 |
| 07/15/20 | BRAD R. BECKER<br>REVIEW EX PARTE APPLICATION TO<br>FILE EX PARTE REPLY | 0.3 | $114.00 |

138

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  52
FILE NO:    078410-0061                  AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/15/20 | BRAD R. BECKER<br>REVIEW ORDER GRANTING LEAVE TO<br>FILE REPLY BRIEF | 0.1 | $38.00 |
| 07/15/20 | BRAD R. BECKER<br>TC M FLETCHER RE EX PARTE<br>APPLICATION TO FILE EX PARTE REPLY | 0.1 | $38.00 |
| 07/16/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE ORDER RE THE HHS<br>CONTRACT AND TO REMOVE THE RECEIVER | 0.3 | $154.50 |
| 07/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH<br>SANGER ABOUT THE DATES ON THE $100<br>BILLS AND THE CREDIT UNION ACCOUNT<br>STATEMENTS | 0.2 | $103.00 |
| 07/16/20 | MICHAEL G. FLETCHER<br>E MAIL TO COUNSEL ABOUT A SITE<br>VISIT, CALL WITH ENGLAND, AND HHS<br>CALL | 0.3 | $154.50 |
| 07/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH JEN<br>ABOUT ███████████████████████ | 0.2 | $103.00 |
| 07/16/20 | MICHAEL G. FLETCHER<br>REVIEW OF NOTICES ABOUT THE<br>POUJADE HEARING TRANSCRIPTS | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                PAGE:  53
FILE NO:     078410-0061                   AUGUST 19, 2020
FTC V. JASON CARDIFF                       INVOICE # 415927
```

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/16/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, AND CALLAHAN<br>ABOUT ███████ | 0.3 | $154.50 |
| 07/16/20 | MICHAEL G. FLETCHER<br>E MAIL TO COCHELL ABOUT A<br>CONFERENCE CALL WITH ENGLAND TO<br>DISCUSS THE HHS EXTENSION | 0.1 | $51.50 |
| 07/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH KANE<br>ABOUT ███████ | 0.2 | $103.00 |
| 07/16/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO COCHELL ABOUT<br>THE SITE VISIT | 0.1 | $51.50 |
| 07/16/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, AND JOHNSON<br>ABOUT ███████ | 0.1 | $51.50 |
| 07/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH SANGER ABOUT<br>ENGLAND NOT PROVIDING THE<br>UNDERLYING DOCUMENTS | 0.1 | $51.50 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                     PAGE:  54
FILE NO:    078410-0061                         AUGUST 19, 2020
FTC V. JASON CARDIFF                            INVOICE # 415927

---------------------------------------------------------------

ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/16/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH KANE,<br>JEN, AND JOHNSON ABOUT THE MEETING<br>TIMES AND ARRANGEMENTS | 0.2 | $103.00 |
| 07/16/20 | MICHAEL G. FLETCHER<br>E MAIL TO SANGER AND OTHERS AT FTC<br>ABOUT REINSTATING THE MORTGAGE<br>WITH THE BIZTANK MONEY | 0.1 | $51.50 |
| 07/16/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH COCHELL<br>AND ENGLAND ABOUT THE HHS ISSUES | 0.6 | $309.00 |
| 07/16/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE NEW CASE ABOUT THE<br>REPURCHASE OF SHARES | 0.1 | $51.50 |
| 07/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH CROWELL<br>ABOUT MARKETING THE HOUSE | 0.2 | $103.00 |
| 07/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH<br>FLEMMING ABOUT TEPPER AND HIS CLAIM | 0.3 | $154.50 |
| 07/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL AND<br>WHITE ABOUT SHOWING THE RESIDENCE | 0.3 | $154.50 |
| 07/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH ENGLAND<br>ABOUT VARIOUS CALLS | 0.2 | $103.00 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                PAGE:  55
FILE NO:    078410-0061                     AUGUST 19, 2020
FTC V. JASON CARDIFF                        INVOICE # 415927
```

----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/16/20 | MICHAEL G. FLETCHER<br>WORK ON THE LETTER TO HHS | 0.1 | $51.50 |
| 07/16/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE INFORMATION AND<br>DOCUMENTS FROM THE CREDIT UNION | 0.5 | $257.50 |
| 07/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT THE PLANT SITE MEETING AND<br>SINGH AND HIS PAYMENT | 0.3 | $154.50 |
| 07/16/20 | MICHAEL G. FLETCHER<br>PREPARATION OF REMAINDER OF THE<br>6TH NOTICE OF NON-COMPLIANCE | 0.1 | $51.50 |
| 07/16/20 | MICHAEL G. FLETCHER<br>E MAIL FROM CALLAHAN ABOUT SHOWING<br>THE RESIDENCE | 0.1 | $51.50 |
| 07/16/20 | MICHAEL G. FLETCHER<br>E MAIL TO JEN WITH THE DRAFT<br>DECLARATION | 0.1 | $51.50 |
| 07/16/20 | MICHAEL G. FLETCHER<br>PREPARATION OF REMAINDER OF THE<br>6TH NOTICE OF NON-COMPLIANCE | 0.9 | $463.50 |
| 07/16/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE EXHIBITS TO THE<br>JEN DECLARATION | 0.4 | $206.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19ᵀᴴ FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                    PAGE:  56
FILE NO:    078410-0061                        AUGUST 19, 2020
FTC V. JASON CARDIFF                           INVOICE # 415927
```

------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/16/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE WITH AND ABOUT THE<br>FINAL 6TH NOTICE OF NON-COMPLIANCE | 0.1 | $51.50 |
| 07/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE, JEN,<br>AND JOHNSON ABOUT ██████████ | 0.2 | $103.00 |
| 07/16/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO COCHELL ABOUT A<br>CONFERENCE CALL WITH ENGLAND TO<br>DISCUSS THE HHS EXTENSION | 0.2 | $103.00 |
| 07/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT THE HHS EXTENSION | 0.6 | $309.00 |
| 07/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH ENGLAND WITH<br>HIS MISSING DOCUMENTS | 0.2 | $103.00 |
| 07/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH KANE<br>ABOUT ██████████ | 0.4 | $206.00 |
| 07/16/20 | MICHAEL G. FLETCHER<br>E MAIL TO COUNSEL ABOUT THE SITE<br>VISIT AND THE HHS CALL | 0.1 | $51.50 |

143

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

L A W Y E R S
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  57
FILE NO:    078410-0061                        AUGUST 19, 2020
FTC V. JASON CARDIFF                           INVOICE # 415927

------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|---------------|-------|--------|
| 07/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH<br>VACURA ABOUT PETERS AND THE<br>MANUFACTURING FACILITY | 0.1 | $51.50 |
| 07/16/20 | MICHAEL G. FLETCHER<br>DECLARATION OF JEN RE THE<br>█████████████████████ | 0.8 | $412.00 |
| 07/16/20 | HAL D. GOLDFLAM<br>REVIEW STATUS OF RESIDENCE<br>SHOWINGS FOR SALE; REVIEW<br>COMMUNICATIONS WITH INTER/MEDIA'S<br>COUNSEL RE STATUS | 0.2 | $87.00 |
| 07/17/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS FROM ENGLAND<br>ABOUT HIS PRIOR DOCUMENTS<br>CONCERNING VPL | 0.4 | $206.00 |
| 07/17/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE FILED 6TH NOTICE OF<br>NON-COMPLIANCE | 0.1 | $51.50 |
| 07/17/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH KANE<br>█████████████████████ | 0.1 | $51.50 |

144

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:   58
FILE NO:    078410-0061                         AUGUST 19, 2020
FTC V. JASON CARDIFF                            INVOICE # 415927

--------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/17/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN ABOUT<br>THE SINGH TIME AND REMAINING<br>INVOICES | 0.1 | $51.50 |
| 07/17/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH VACURA WITH<br>A PETERS PROPOSAL | 0.2 | $103.00 |
| 07/17/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE WITH AND ABOUT THE<br>PETERS PROPOSAL | 0.1 | $51.50 |
| 07/17/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, AND JOHNSON<br>WITH AND ABOUT THE FILE CONFORMED<br>6TH NOTICE OF NON-COMPLIANCE | 0.1 | $51.50 |
| 07/17/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH ENGLAND AND<br>COCHELL ABOUT THE HHS EMAIL ABOUT<br>FURTHER COMMUNICATIONS | 0.4 | $206.00 |
| 07/17/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL FROM KANE ABOUT<br>███████████████████████████ | 0.1 | $51.50 |
| 07/17/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH HHS ABOUT<br>FURTHER COMMUNICATIONS AND<br>CONTRACT CANCELLATION | 0.2 | $103.00 |

145

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:   59
FILE NO:    078410-0061                  AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

--------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/17/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH EWING ABOUT<br>A CALL FROM DOJ ABOUT PETERS | 0.1 | $51.50 |
| 07/18/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO COCHELL ABOUT<br>THE FAILURE TO APPROVE THE<br>RESIDENCE INSPECTION AND A 7TH<br>NOTICE OF NON-COMPLIANCE | 0.1 | $51.50 |
| 07/18/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE FAILURE TO APPROVE<br>THE RESIDENCE INSPECTION AND ███████<br>███████████████ | 0.1 | $51.50 |
| 07/18/20 | MICHAEL G. FLETCHER<br>E MAIL FROM KANE ABOUT ████████<br>███████████ | 0.1 | $51.50 |
| 07/19/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH CALLAHAN<br>ABOUT ████████████ | 0.3 | $154.50 |
| 07/19/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH KANE,<br>JEN, AND JOHNSON ABOUT ████████ | 0.4 | $206.00 |
| 07/19/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT THE WEDNESDAY RESIDENCE SITE<br>VISIT | 0.2 | $103.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:  60
FILE NO:     078410-0061               AUGUST 19, 2020
FTC V. JASON CARDIFF                   INVOICE # 415927
```

----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/19/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>CONFIRMING THE VISIT TO THE<br>MANUFACTURING FACILITY FOR MONDAY<br>JULY 20 AND ABOUT HIS ATTEMPT TO<br>CHANGE IT TO TUESDAY | 0.3 | $154.50 |
| 07/19/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, JOHNSON, AND<br>HENRY JEN ABOUT AND WITH THE<br>MULTIPLE E MAILS WITH COCHELL<br>CONFIRMING THE VISIT TO THE<br>MANUFACTURING FACILITY FOR MONDAY<br>JULY 20 AND ABOUT HIS ATTEMPT TO<br>CHANGE IT TO TUESDAY | 0.1 | $51.50 |
| 07/19/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE, JEN,<br>AND JOHNSON ABOUT ▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮ | 0.3 | $154.50 |
| 07/19/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE FURTHER MANUFACTURING<br>SITE VISITS | 0.3 | $154.50 |
| 07/20/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT PAYMENTS TO SINGH AND<br>SCHEDULING THE NEXT SITE VISIT | 0.5 | $257.50 |

147

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:  61
FILE NO:   078410-0061                 AUGUST 19, 2020
FTC V. JASON CARDIFF                   INVOICE # 415927
```

----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/20/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND<br>JOHNSON APPROVING THE TUESDAY SITE<br>VISIT | 0.3 | $154.50 |
| 07/20/20 | MICHAEL G. FLETCHER<br>E MAIL TO COCHELL WITH THE<br>INFORMATION THAT THE PROSPECTIVE<br>BUYERS ARE COMING FROM PORTLAND,<br>OREGON AND THE VISIT TIMING | 0.4 | $206.00 |
| 07/20/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE, JEN,<br>JOHNSON, AND HENRY JEN WITH THE<br>CARDIFF SUR REPLY APPLICATION AND<br>COCHELL DECLARATION; ▮▮▮▮▮▮▮▮ | 0.2 | $103.00 |
| 07/20/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL ABOUT THE SITE<br>VISIT TOMORROW | 0.1 | $51.50 |
| 07/20/20 | MICHAEL G. FLETCHER<br>MEMORANDUM TO KANE, JEN, JOHNSON,<br>AND HENRY JEN ABOUT THE SUMMARY OF<br>THE TELEPHONE CONFERENCE WITH<br>ENGLAND AND COCHELL AND THE HHS<br>CONTRACT | 0.8 | $412.00 |
| 07/20/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE CARDIFF SUR REPLY<br>APPLICATION AND COCHELL<br>DECLARATION AND ANALYSIS RE<br>RECOMMENDATION NOT TO RESPOND | 0.2 | $103.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  62
FILE NO:     078410-0061                       AUGUST 19, 2020
FTC V. JASON CARDIFF                           INVOICE # 415927

----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/20/20 | MICHAEL G. FLETCHER<br>E MAIL FROM SANGER ABOUT A VIDEO<br>CONTEMPT HEARING ON JULY 24 | 0.1 | $51.50 |
| 07/20/20 | MICHAEL G. FLETCHER<br>E MAIL TO COCHELL CONFIRMING THE<br>TUESDAY SITE VISIT | 0.1 | $51.50 |
| 07/20/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH CALLAHAN<br>ABOUT ▮▮▮▮▮▮▮▮▮▮▮▮ | 0.5 | $257.50 |
| 07/20/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH ENGLAND<br>AND COCHELL AND THE HHS CONTRACT | 0.3 | $154.50 |
| 07/20/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH KANE<br>ABOUT THE MEETING CONFIRMATION AND<br>MEETING ARRANGEMENTS | 0.3 | $154.50 |
| 07/20/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, JOHNSON, AND<br>HENRY JOHNSON WITH AND ABOUT THE<br>EMAIL FROM COCHELL ABOUT THE SITE<br>VISIT TOMORROW | 0.1 | $51.50 |
| 07/20/20 | MICHAEL G. FLETCHER<br>REVIEW OF COVID-19 CASES IN<br>PORTLAND, OREGON | 0.2 | $103.00 |

149

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:    078410-0061
FTC V. JASON CARDIFF

PAGE:   63
AUGUST 19, 2020
INVOICE # 415927

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/20/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE FILING THE CERTIFIED<br>COURT ORDERS | 0.3 | $154.50 |
| 07/20/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH ENGLAND AND<br>COCHELL ABOUT FURTHER DISCUSSIONS<br>OVER THE HHS CONTRACT | 0.2 | $103.00 |
| 07/20/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, JOHNSON, AND<br>HENRY JEN WITH THE MEMO ABOUT THE<br>SUMMARY OF THE TELEPHONE<br>CONFERENCE WITH ENGLAND AND<br>COCHELL AND THE HHS CONTRACT | 0.1 | $51.50 |
| 07/21/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT<br>███████████████ | 0.1 | $51.50 |
| 07/21/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH ENGLAND<br>ABOUT THE HHS CONTRACT AND<br>RE-APPLYING | 0.3 | $154.50 |
| 07/21/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE ORDER PERMITTING A<br>CONTEMPT SUR-REPLY BY CARDIFF | 0.1 | $51.50 |
| 07/21/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE, JEN,<br>JOHNSON, AND HENRY JEN ABOUT<br>PREPARING FOR THE PLANT SITE<br>MEETING ███████████ | 0.2 | $103.00 |

150

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:   078410-0061
FTC V. JASON CARDIFF

PAGE:  64
AUGUST 19, 2020
INVOICE # 415927

------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| | ███████████████ | | |
| 07/21/20 | MICHAEL G. FLETCHER E MAIL TO COCHELL SEEKING CONFIRMATION OF THE SITE VISIT TO THE RESIDENCE | 0.1 | $51.50 |
| 07/21/20 | MICHAEL G. FLETCHER MULTIPLE E MAILS WITH JEN ABOUT ███████████████ | 0.1 | $51.50 |
| 07/21/20 | MICHAEL G. FLETCHER E MAIL FROM CALLAHAN SEEKING CONFIRMATION OF THE SITE VISIT TO THE RESIDENCE | 0.1 | $51.50 |
| 07/21/20 | MICHAEL G. FLETCHER TELEPHONE CONFERENCE WITH KANE, JEN, JOHNSON, AND HENRY JEN ABOUT PREPARING FOR THE PLANT SITE MEETING | 0.4 | $206.00 |
| 07/21/20 | MICHAEL G. FLETCHER E MAIL TO GRAY ABOUT RECEIVING THE EAST WEST SUBPOENA RESPONSE | 0.1 | $51.50 |
| 07/22/20 | MICHAEL G. FLETCHER PREPARATION OF THE CONFERENCE CALL TO DISCUSS THE MANUFACTURING SITE AND THE SITE VISIT | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:    078410-0061
FTC V. JASON CARDIFF

PAGE:  65
AUGUST 19, 2020
INVOICE # 415927

----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/22/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE COURT'S ORDER FOR THE<br>VIDEO CONTEMPT HEARING | 0.1 | $51.50 |
| 07/22/20 | MICHAEL G. FLETCHER<br>LETTER FROM FLEMING ABOUT BERGEN<br>AND TEPPER | 0.1 | $51.50 |
| 07/22/20 | MICHAEL G. FLETCHER<br>E MAIL FROM JEN REQUESTING THE<br>███████████████ | 0.1 | $51.50 |
| 07/22/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH THE CLERK<br>ABOUT THE HEARING TIME FOR THE<br>VIDEO HEARING | 0.2 | $103.00 |
| 07/22/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH COCHELL<br>AND WHITE ABOUT THE MEETING AND<br>WHAT COMES NEXT | 0.7 | $360.50 |
| 07/22/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT CONFERRING ABOUT THE SITE<br>VISIT | 0.2 | $103.00 |
| 07/22/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN ███████ | 0.2 | $103.00 |

152

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  66
FILE NO:     078410-0061                 AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/22/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE CARDIFF CONTEMPT SUR REPLY | 0.2 | $103.00 |
| 07/22/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT CONFERRING WITH COCHELL ABOUT THE SITE VISIT | 0.1 | $51.50 |
| 07/22/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE COURT'S ORDER FOR THE VIDEO CONTEMPT HEARING | 0.1 | $51.50 |
| 07/22/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND ABOUT ▮▮▮▮ | 0.1 | $51.50 |
| 07/22/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH CALLAHAN ABOUT AND WITH THE CONFIRMING E MAIL FROM COCHELL ABOUT THE SITE VISIT TO THE RESIDENCE | 0.1 | $51.50 |
| 07/22/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO JEN ABOUT THE ▮▮▮▮ | 0.2 | $103.00 |
| 07/22/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE OPERATING WEEK TO WEEK CASH FLOW PROJECTION | 0.2 | $103.00 |

153

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  67
FILE NO:      078410-0061                      AUGUST 19, 2020
FTC V. JASON CARDIFF                           INVOICE # 415927

----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/22/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH KANE<br>ABOUT ███ | 0.1 | $51.50 |
| 07/22/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL CONFIRMING THE<br>SITE VISIT TO THE RESIDENCE | 0.1 | $51.50 |
| 07/22/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE DELIVERY AND<br>REVIEW OF THE EAST WEST VIDEO OF<br>CARDIFF VISITING THE BRANCH | 0.1 | $51.50 |
| 07/22/20 | MICHAEL G. FLETCHER<br>CONFERENCE CALL WITH KANE, JEN,<br>JOHNSON, AND HENRY JEN ███ | 0.7 | $360.50 |
| 07/23/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH JEN<br>ABOUT ███ | 0.1 | $51.50 |
| 07/23/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE TIME STAMP ON THE<br>EAST WEST TELLER VIDEO; SERVICE ON<br>EAST WEST; AND AMOUNT WITHDRAWN BY<br>CARDIFF | 0.2 | $103.00 |
| 07/23/20 | MICHAEL G. FLETCHER<br>COMMENCE REVIEW OF THE CONTEMPT<br>EXHIBITS | 0.1 | $51.50 |

154

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  68
FILE NO:     078410-0061                 AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

------------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/23/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN AND<br>ANALYSIS RE ███████ | 0.3 | $154.50 |
| 07/23/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT THE ██████ | 0.1 | $51.50 |
| 07/23/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL TO THE CLERK<br>ABOUT CONTEMPT EXHIBITS | 0.1 | $51.50 |
| 07/23/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL ABOUT DELAYING<br>THE FTC SUMMARY JUDGMENT MOTION | 0.1 | $51.50 |
| 07/23/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE CONTEMPT<br>HEARING AS TO CARDIFF AND REVIEW<br>OF THE FILINGS | 1.8 | $927.00 |
| 07/23/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL ABOUT THE VPL<br>PLANNING | 0.1 | $51.50 |
| 07/23/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH CROWELL<br>ABOUT THE CARDIFF CLAIM TO USE THE<br>$360,000 TO CURE THE MORTGAGE | 0.2 | $103.00 |
| 07/23/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE FINAL CONTEMPT ORDER | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS

1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  69
FILE NO:     078410-0061                       AUGUST 19, 2020
FTC V. JASON CARDIFF                           INVOICE # 415927

------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/23/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, JOHNSON, AND HENRY JEN WITH THE FINAL CONTEMPT ORDER | 0.1 | $51.50 |
| 07/23/20 | MICHAEL G. FLETCHER<br>E MAIL FROM WHITE ABOUT OTHER ACCOUNTS AND FORWARD TO KANE AND JEN | 0.1 | $51.50 |
| 07/24/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, JOHNSON, AND HENRY JEN ABOUT THE POSITIONS TO TAKE AT THE CARDIFF CONTEMPT HEARING | 0.2 | $103.00 |
| 07/24/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH CROWELL AND MULTIPLE TEXTS WITH HIM AND BISNO ABOUT THE HEARING AND THE USE OF THE MONEY FOR THE MORTGAGE AND OTHER ISSUES | 0.4 | $206.00 |
| 07/24/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH KANE ABOUT THE HEARING RESULTS AND ▇▇▇▇▇ | 0.2 | $103.00 |
| 07/24/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO JEN ABOUT THE HEARING AND ▇▇▇▇▇ | 0.2 | $103.00 |

156

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:  70
FILE NO:     078410-0061                AUGUST 19, 2020
FTC V. JASON CARDIFF                    INVOICE # 415927
```

-----------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| | ██████████████████ | | |
| 07/24/20 | MICHAEL G. FLETCHER PREPARATION OF THE CONTEMPT HEARING, INCLUDING REVIEW OF THE FILINGS AND THE COURT'S TENTATIVE RULING; MULTIPLE E MAILS WITH JEN ██████████████ | 2.7 | $1,390.50 |
| 07/24/20 | MICHAEL G. FLETCHER E MAIL TO COCHELL AND WHITE FOR DISGORGEMENT OF THE PAYMENTS FROM BIZTANK | 0.2 | $103.00 |
| 07/24/20 | MICHAEL G. FLETCHER COURT APPEARANCE AT US DISTRICT COURT LOS ANGELES FOR THE CARDIFF CONTEMPT HEARING | 1.0 | $515.00 |
| 07/24/20 | MICHAEL G. FLETCHER E MAIL TO COCHELL AND WHITE FOR BEDI'S BANK ACCOUNT STATEMENTS | 0.2 | $103.00 |
| 07/26/20 | MICHAEL G. FLETCHER E MAIL FROM JEN WITH THE RECEIVER'S WIRE TRANSFER INSTRUCTIONS | 0.1 | $51.50 |
| 07/26/20 | MICHAEL G. FLETCHER ANALYSIS RE STRUCTURING ADMISSIONS BY CARDIFF RE THE FINAL CONTEMPT ORDER | 1.1 | $566.50 |

157

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  71
FILE NO:    078410-0061              AUGUST 19, 2020
FTC V. JASON CARDIFF                 INVOICE # 415927
```

----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/26/20 | MICHAEL G. FLETCHER<br>E MAIL TO FLEMMING ABOUT HER<br>CLAIMS CONCERNING BERGEN | 0.1 | $51.50 |
| 07/26/20 | MICHAEL G. FLETCHER<br>WORK ON THE CASH FLOW PRO FORMA | 0.7 | $360.50 |
| 07/26/20 | MICHAEL G. FLETCHER<br>E MAIL FROM JEN ABOUT ███████<br>████████████ | 0.1 | $51.50 |
| 07/26/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL ABOUT<br>DISGORGEMENT | 0.1 | $51.50 |
| 07/26/20 | MICHAEL G. FLETCHER<br>E MAIL TO WHITE AND COCHELL ABOUT<br>DISGORGEMENT AND THE RECEIVER'S<br>WIRE TRANSFER INSTRUCTIONS | 0.1 | $51.50 |
| 07/26/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO SANGER ABOUT THE<br>FTC SYSTEM ISSUES | 0.2 | $103.00 |
| 07/26/20 | MICHAEL G. FLETCHER<br>E MAIL FROM WHITE ABOUT<br>DISGORGEMENT AND WITH DOCUMENTS | 0.1 | $51.50 |
| 07/26/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN AND BEDI<br>ABOUT PAYMENTS | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC          PAGE:  72
FILE NO:    078410-0061               AUGUST 19, 2020
FTC V. JASON CARDIFF                  INVOICE # 415927

------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/26/20 | MICHAEL G. FLETCHER MULTIPLE E MAILS WITH JEN AND KANE ABOUT ■ | 0.3 | $154.50 |
| 07/26/20 | MICHAEL G. FLETCHER REVIEW OF THE COCHELL SUMMARY JUDGMENT EX PARTE APPLICATION | 0.1 | $51.50 |
| 07/26/20 | MICHAEL G. FLETCHER MULTIPLE E MAILS WITH KANE AND JEN WITH AND ABOUT THE REQUEST FROM COCHELL ABOUT THE EAST WEST DOCUMENTS | 0.2 | $103.00 |
| 07/26/20 | MICHAEL G. FLETCHER REVIEW OF THE LETTER FROM FLEMING ABOUT HER CLAIMS CONCERNING BERGEN | 0.2 | $103.00 |
| 07/26/20 | MICHAEL G. FLETCHER E MAIL TO KANE, JEN, JOHNSON, AND HENRY JEN ABOUT ■ | 0.1 | $51.50 |
| 07/26/20 | MICHAEL G. FLETCHER E MAIL FROM COCHELL ABOUT THE EAST WEST DOCUMENTS | 0.1 | $51.50 |
| 07/27/20 | MICHAEL G. FLETCHER MULTIPLE E MAILS WITH AND MULTIPLE TELEPHONE CALLS WITH JEN ABOUT A ■ | 0.5 | $257.50 |

159

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                     PAGE:  73
FILE NO:     078410-0061                        AUGUST 19, 2020
FTC V. JASON CARDIFF                            INVOICE # 415927

--------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/27/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE ADDRESSING THE BERGEN<br>AND TEPPER CLAIMS INFORMATION | 0.2 | $103.00 |
| 07/27/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE EAST WEST<br>AUTHENTICATING DECLARATION | 0.1 | $51.50 |
| 07/27/20 | MICHAEL G. FLETCHER<br>DRAFT E MAIL WITH COCHELL ABOUT<br>THE GENERATION OF ORDERS PROCESS | 0.4 | $206.00 |
| 07/27/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO JEN ABOUT<br>██████████████ | 0.1 | $51.50 |
| 07/27/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO COCHELL ABOUT<br>THE DISGORGEMENT | 0.1 | $51.50 |
| 07/27/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE PRUNTY DRAFT<br>AUTHENTICATING DECLARATION | 0.1 | $51.50 |
| 07/27/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE MULTIPLE FILINGS BY<br>CARDIFF AND THE FTC ABOUT THE<br>SUMMARY JUDGMENT DATES AND HEARING | 0.3 | $154.50 |
| 07/27/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL FROM VACURA ABOUT<br>THE PETERS OFFER AND QUESTIONS AS<br>TO THE ESTATE AND OPERATIONS | 0.5 | $257.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  74
FILE NO:    078410-0061              AUGUST 19, 2020
FTC V. JASON CARDIFF                 INVOICE # 415927
```

----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/27/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH THE | 0.1 | $51.50 |
| 07/27/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN ABOUT | 0.3 | $154.50 |
| 07/27/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT<br>AND WITH THE PRUNTY DRAFT<br>AUTHENTICATING DECLARATION | 0.2 | $103.00 |
| 07/27/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT | 0.1 | $51.50 |
| 07/27/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT THE CASH FLOW PROJECTION | 0.2 | $103.00 |
| 07/27/20 | MICHAEL G. FLETCHER<br>E MAIL TO PRUNTY WITH THE FLORA<br>JEN DECLARATION | 0.1 | $51.50 |
| 07/27/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19th FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  75
FILE NO:     078410-0061             AUGUST 19, 2020
FTC V. JASON CARDIFF                 INVOICE # 415927
```

---------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/27/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH FLEMING<br>ABOUT THE CLAIMS MADE BY BERGEN | 0.4 | $206.00 |
| 07/27/20 | MICHAEL G. FLETCHER<br>PREPARATION OF PRODUCED MATERIALS<br>FOR COCHELL | 0.4 | $206.00 |
| 07/27/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT THE DISGORGEMENT AND HIS<br>DISGORGEMENT CHECK | 0.8 | $412.00 |
| 07/27/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL FROM PRUNTY<br>AUTHENTICATING THE OUTLOOK FILES | 0.1 | $51.50 |
| 07/27/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH KANE<br>ABOUT ████████████████████ | 0.2 | $103.00 |
| 07/28/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH CALLAHAN<br>ABOUT VIEWING THE PROPERTY | 0.1 | $51.50 |
| 07/28/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE SHARING THE CASH FLOW<br>PROJECTION WITH PETERS FOR HIS<br>INPUT AND ALTERNATIVE PROPOSAL | 0.2 | $103.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                 PAGE:  76
FILE NO:      078410-0061                   AUGUST 19, 2020
FTC V. JASON CARDIFF                        INVOICE # 415927
```

--------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/28/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL ABOUT REVENUE<br>OPPORTUNITIES | 0.1 | $51.50 |
| 07/28/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN ABOUT<br>█████████████████████ | 0.3 | $154.50 |
| 07/28/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH VENDORS<br>ABOUT AND WITH INVOICING | 0.2 | $103.00 |
| 07/28/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE VPL CASH FLOW<br>ADDITIONAL INFORMATION FOR THE<br>SPREADSHEET | 0.1 | $51.50 |
| 07/28/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE REVISED CASH FLOW<br>PRO FORMA PROJECTION | 0.1 | $51.50 |
| 07/28/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT<br>█████████████████████ | 0.1 | $51.50 |
| 07/28/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE,<br>COCHELL, AND ENGLAND WITH AND<br>ABOUT THE REVISED CASH FLOW PRO<br>FORMA PROJECTION | 0.6 | $309.00 |

163

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  77
FILE NO:    078410-0061                   AUGUST 19, 2020
FTC V. JASON CARDIFF                      INVOICE # 415927
```

--------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/28/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN AND BEDI<br>ABOUT OPEN ISSUES | 0.3 | $154.50 |
| 07/28/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE AND E MAIL TO JEN AND<br>KANE ABOUT ███████ | 0.2 | $103.00 |
| 07/28/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL WITH A VPL<br>CASH FLOW ADDITIONAL INFORMATION<br>FOR THE SPREADSHEET | 0.1 | $51.50 |
| 07/28/20 | MICHAEL G. FLETCHER<br>E MAIL FROM PRUNTY AND TELEPHONE<br>CALL TO HIM ABOUT THE DRAFT<br>JUDGMENT | 0.2 | $103.00 |
| 07/28/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE WITH AND ABOUT THE<br>DRAFT PRUNTY LANGUAGE ABOUT THE<br>JUDGMENT TERMS RE THE RECEIVER | 0.1 | $51.50 |
| 07/28/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT<br>THE QUESTIONS FROM PRUNTY ABOUT<br>THE DRAFT JUDGMENT AND THE FORM OF<br>ORDER CONTINUING THE RECEIVERSHIP<br>POST JUDGMENT | 0.6 | $309.00 |

164

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  78
FILE NO:    078410-0061                  AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/28/20 | MICHAEL G. FLETCHER<br>E MAIL TO JEN ABOUT ██████████<br>███████████████████████ | 0.1 | $51.50 |
| 07/28/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE DRAFT PRUNTY<br>LANGUAGE ABOUT THE JUDGMENT TERMS<br>RE THE RECEIVER | 0.1 | $51.50 |
| 07/28/20 | MICHAEL G. FLETCHER<br>E MAIL TO JEN WITH THE MESSAGE<br>FROM COCHELL ABOUT REVENUE<br>OPPORTUNITIES | 0.1 | $51.50 |
| 07/29/20 | MICHAEL G. FLETCHER<br>E MAIL FROM VENDOR TO JEN WITH<br>BACKUP INFORMATION AND DOCUMENTS | 0.1 | $51.50 |
| 07/29/20 | MICHAEL G. FLETCHER<br>REVIEW OF AND ANALYSIS RE ██████<br>████████████████████████ | 0.1 | $51.50 |
| 07/29/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH SANGER,<br>PRUNTY, KANE AND JEN ABOUT VPL<br>OPERATIONS | 1.0 | $515.00 |
| 07/29/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE PRUNTY NEW DRAFT<br>JUDGMENT LANGUAGE ABOUT THE<br>RECEIVER POST JUDGMENT | 0.3 | $154.50 |

165

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  79
FILE NO:     078410-0061             AUGUST 19, 2020
FTC V. JASON CARDIFF                 INVOICE # 415927
```

-------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/29/20 | MICHAEL G. FLETCHER<br>E MAIL TO COCHELL AND WHITE WITH THE INITIAL QUESTIONS FROM JEN ABOUT THE VPL CASH FLOW PROJECTION OF OPERATIONS | 0.2 | $103.00 |
| 07/29/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO SANGER ABOUT THE COCHELL AND WHITE REVISED VPL CASH FLOW PROJECTION OF OPERATIONS | 0.3 | $154.50 |
| 07/29/20 | MICHAEL G. FLETCHER<br>E MAIL TO JEN ABOUT ███████████ ███████████████████████████ | 0.2 | $103.00 |
| 07/29/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH PRUNTY ABOUT DRAFT JUDGMENT LANGUAGE ABOUT THE RECEIVER POST JUDGMENT | 0.1 | $51.50 |
| 07/29/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE OPEN QUESTIONS ON THE REVISIONS TO THE CASH FLOW PROJECTIONS | 0.2 | $103.00 |
| 07/29/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT THE POTENTIAL VPL OPERATIONS AND CONSULTATIONS WITH THE FTC | 0.1 | $51.50 |

166

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  80
FILE NO:    078410-0061                   AUGUST 19, 2020
FTC V. JASON CARDIFF                      INVOICE # 415927
```

----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/29/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH SANGER AND<br>KANE ABOUT SETTING UP A CALL TO<br>DISCUSS THE POTENTIAL VPL<br>OPERATIONS AND CONSULTATIONS WITH<br>THE FTC | 0.4 | $206.00 |
| 07/29/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO SANGER ABOUT<br>SETTING UP A CALL TO DISCUSS THE<br>POTENTIAL VPL OPERATIONS AND<br>CONSULTATIONS WITH THE FTC | 0.1 | $51.50 |
| 07/29/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE CONFERENCE CALL<br>ABOUT THE POTENTIAL VPL OPERATIONS<br>AND CONSULTATIONS WITH THE FTC | 0.1 | $51.50 |
| 07/30/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT VPL RESPONSES TO THE JEN<br>QUESTIONS ABOUT THE CASH FLOW<br>REVISIONS AND MEETING TO DISCUSS | 0.3 | $154.50 |
| 07/30/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>ABOUT ███████████████████████<br>████████████████████████████████ | 0.2 | $103.00 |
| 07/30/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN AND<br>OTHERS ABOUT FURTHER INFORMATION<br>AND DOCUMENTS SHE NEEDS | 0.2 | $103.00 |

167

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

L A W Y E R S
1000 WILSHIRE BOULEVARD
19ᵀᴴ FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  81
FILE NO:    078410-0061                  AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/30/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH CALLAHAN<br>ABOUT SITE VISITS AND TIMES | 0.2 | $103.00 |
| 07/30/20 | MICHAEL G. FLETCHER<br>E MAIL TO COCHELL AND WHITE<br>CONCERNING RESIDENCE SITE VISITS<br>AND TIMES | 0.2 | $103.00 |
| 07/31/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH<br>SANGER ABOUT PAYMENTS TO THE<br>OPPOSING LAWYERS | 0.2 | $103.00 |
| 07/31/20 | MICHAEL G. FLETCHER<br>E MAIL FROM AND MULTIPLE TELEPHONE<br>CALLS WITH KANE ABOUT THE VPL<br>OPERATING CONFERENCE CALL; ███████ | 0.3 | $154.50 |
| 07/31/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE OPERATIONS<br>CONFERENCE CALL | 0.1 | $51.50 |
| 07/31/20 | MICHAEL G. FLETCHER<br>E MAIL FROM SANGER ABOUT PAYMENTS<br>TO THE OPPOSING LAWYERS | 0.1 | $51.50 |
| 07/31/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH KANE,<br>JEN, COCHELL, WHITE, JEN, AND<br>SANGER ABOUT THE VPL OPERATING<br>ISSUES AND CASH FLOW PRO FORMA | 1.1 | $566.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  82
FILE NO:     078410-0061                 AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

---------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/31/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE OPPOSING ANY<br>INTERMEDIA MOTION RE USING ESTATE<br>CASH TO PAY MORTGAGE ARREARAGES | 1.0 | $515.00 |
| 07/31/20 | HAL D. GOLDFLAM<br>TELEPHONE CALL WITH MS. JEN RE ▮▮▮▮▮ | 0.4 | $174.00 |
| 07/31/20 | BRAD R. BECKER<br>LEGAL REVIEW OF INTERMEDIA<br>SETTLEMENT AGREEMENT RE MEET AND<br>CONFER LETTER RE RESIDENCE<br>MORTGAGE PAYMENTS | 0.7 | $266.00 |
| 07/31/20 | BRAD R. BECKER<br>LEGAL REVIEW OF MEET AND CONFER<br>LETTER RE RESIDENCE MORTGAGE<br>PAYMENTS | 0.6 | $228.00 |
| 07/31/20 | BRAD R. BECKER<br>ANALYSIS RE ISSUES RAISED BY MEET<br>AND CONFER LETTER RE RESIDENCE<br>MORTGAGE PAYMENTS | 0.9 | $342.00 |
| 07/31/20 | BRAD R. BECKER<br>TC M FLETCHER RE MEET AND CONFER<br>LETTER RE RESIDENCE MORTGAGE<br>PAYMENTS | 0.2 | $76.00 |
| | Subtotal | 167.2 | $78,054.00 |
| | **ASSET DISPOSITION** | | |
| 07/19/20 | HAL D. GOLDFLAM | 0.2 | $87.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  83
FILE NO:    078410-0061                        AUGUST 19, 2020
FTC V. JASON CARDIFF                           INVOICE # 415927

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| | REVIEW STATUS OF CARDIFFS' PERMITTING LATEST INTERESTED PURCHASERS TO INSPECT HOME; REVIEW E-MAILS RE SAME | | |
| 07/28/20 | HAL D. GOLDFLAM REVIEW STATUS OF EFFORTS TO MARKET AND SELL RESIDENCE | 0.2 | $87.00 |
| 07/30/20 | HAL D. GOLDFLAM REVIEW LATEST EFFORTS FOR MARKETING SALE OF RESIDENCE | 0.1 | $43.50 |
| | Subtotal | 0.5 | $217.50 |
| | MEETINGS OF AND COMMUNICATIONS WITH C RS | | |
| 07/30/20 | HAL D. GOLDFLAM REVIEW OF INTER/MEDIA'S "MEET AND CONFER LETTER RE MOTION FOR ORDER DIRECTING PAYMENT OF HOME LOAN; ANALYSIS OF POTENTIAL MOTION AND OPPOSITION TO SAME | 0.4 | $174.00 |
| | Subtotal | 0.4 | $174.00 |
| | FEE/EMPLOYMENT APPLICATIONS | | |
| 07/30/20 | HAL D. GOLDFLAM PREPARATION OF FRBC INVOICES FOR FOURTH FEE APPLICATION | 0.2 | $87.00 |

170

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:    078410-0061
FTC V. JASON CARDIFF

PAGE:  84
AUGUST 19, 2020
INVOICE # 415927

------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/30/20 | HAL D. GOLDFLAM<br>E-MAIL EXCHANGE WITH MS. JEN RE<br>FOURTH FEE APPLICATION | 0.1 | $43.50 |
| 07/31/20 | HAL D. GOLDFLAM<br>REVIEW FRBC INVOICES RE<br>PREPARATION OF SUMMARY OF<br>ACTIVITIES FOR FOURTH FEE<br>APPLICATION AND PREPARE REDACTIONS<br>TO INVOICES | 3.2 | $1,392.00 |
| 07/31/20 | HAL D. GOLDFLAM<br>PREPARE "MEET AND CONFER" LETTER<br>TO ALL COUNSEL RE RECEIVER'S<br>FOURTH FEE APPLICATION | 0.5 | $217.50 |
| | Subtotal | 4.0 | $1,740.00 |
| | OTHER CONTESTED MATTERS(EXCL ASSUMP/R S) | | |
| 07/07/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE FURTHER EVALUATING THE<br>MADE IN USA ISSUES | 0.8 | $412.00 |
| 07/07/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT<br>██████████████ | 0.1 | $51.50 |
| 07/07/20 | MICHAEL G. FLETCHER<br>E MAIL FROM KANE ABOUT WAITING ON<br>THE WHITE CONFERENCE CALL | 0.1 | $51.50 |

171

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  85
FILE NO:    078410-0061                  AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/07/20 | MICHAEL G. FLETCHER<br>REVIEW OF AND ANALYSIS RE THE<br>COURT'S TENTATIVE RULING GRANTING<br>THE PRELIMINARY INJUNCTION | 0.3 | $154.50 |
| 07/07/20 | MICHAEL G. FLETCHER<br>COURT APPEARANCE AT US DISTRICT<br>COURT LOS ANGELES FOR THE HEARING<br>ON THE PRELIMINARY INJUNCTION | 1.5 | $772.50 |
| 07/07/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE AND<br>SANGER ABOUT A CONFERENCE CALL AND<br>TIMING | 0.3 | $154.50 |
| 07/12/20 | MICHAEL G. FLETCHER<br>REVISIONS TO THE JOHNSON<br>DECLARATION | 0.7 | $360.50 |
| 07/12/20 | MICHAEL G. FLETCHER<br>DECLARATION OF FLETCHER IN SUPPORT<br>OF THE RECEIVER OPPOSITION TO THE<br>VPL PLANNED EX PARTE APPLICATION | 0.5 | $257.50 |
| 07/12/20 | MICHAEL G. FLETCHER<br>DECLARATION OF JOHNSON IN SUPPORT<br>OF THE RECEIVER OPPOSITION TO THE<br>VPL PLANNED EX PARTE APPLICATION | 0.7 | $360.50 |
| 07/12/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, AND JOHNSON<br>WITH THE REVISIONS TO THE JOHNSON<br>DECLARATION ████ | 0.3 | $154.50 |

**FRANDZEL ROBINS BLOOM & CSATO, L.C.**

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC           PAGE:  86
FILE NO:   078410-0061                AUGUST 19, 2020
FTC V. JASON CARDIFF                  INVOICE # 415927
```

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/12/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JOHNSON<br>ABOUT REVISIONS TO HIS DRAFT<br>DECLARATION IN SUPPORT OF THE<br>RECEIVER OPPOSITION TO THE VPL<br>PLANNED EX PARTE APPLICATION | 0.1 | $51.50 |
| 07/12/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND<br>JOHNSON WITH AND ABOUT THEIR DRAFT<br>DECLARATIONS IN SUPPORT OF THE<br>RECEIVER OPPOSITION TO THE VPL<br>PLANNED EX PARTE APPLICATION | 0.1 | $51.50 |
| 07/12/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, AND JOHNSON<br>WITH COCHELL'S LATEST EMAIL AND<br>███████████████████ | 0.3 | $154.50 |
| 07/12/20 | MICHAEL G. FLETCHER<br>PREPARATION OF PLEADINGS RE: THE<br>RECEIVER OPPOSITION TO THE VPL<br>PLANNED EX PARTE APPLICATION | 0.1 | $51.50 |
| 07/12/20 | MICHAEL G. FLETCHER<br>DECLARATION OF KANE IN SUPPORT OF<br>THE RECEIVER OPPOSITION TO THE VPL<br>PLANNED EX PARTE APPLICATION | 0.6 | $309.00 |
| 07/13/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH COCHELL,<br>WHITE, SANGER, AND PRUNTY ABOUT<br>MEETING AND CONFERRING ABOUT THE<br>PAYMENT SHUT DOWN AND THE HHS | 0.5 | $257.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  87
FILE NO:    078410-0061                  AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| | LETTER | | |
| 07/13/20 | MICHAEL G. FLETCHER ANALYSIS RE FURTHER FACTS TO DEVELOP CONCERNING THE RECEIVER OPPOSITION TO THE EX PARTE | 0.4 | $206.00 |
| 07/13/20 | MICHAEL G. FLETCHER DECLARATION OF JEN SUPPORTING THE RECEIVER OPPOSITION TO THE EX PARTE | 0.1 | $51.50 |
| 07/13/20 | MICHAEL G. FLETCHER MULTIPLE E MAILS AND TEXTS WITH KANE, JEN, JOHNSON ABOUT THE SUBSTANCE OF THE QUESTIONS ON THE TABLE | 0.3 | $154.50 |
| 07/13/20 | MICHAEL G. FLETCHER DECLARATION OF PETERS SUPPORTING THE RECEIVER OPPOSITION TO THE EX PARTE | 0.1 | $51.50 |
| 07/13/20 | MICHAEL G. FLETCHER TELEPHONE CALL FROM SANGER AND PRUNTY ABOUT THE CALL AND THE HHS RESPONSE ISSUES AND TIMING | 0.3 | $154.50 |
| 07/14/20 | MICHAEL G. FLETCHER WORK ON THE KANE DECLARATION FOR THE OPPOSITION TO THE EX PARTE APPLICATION | 1.2 | $618.00 |

174

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  88
FILE NO:    078410-0061                        AUGUST 19, 2020
FTC V. JASON CARDIFF                           INVOICE # 415927

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/14/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE OPPOSING THE EX PARTE<br>APPLICATION | 1.4 | $721.00 |
| 07/14/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT ▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮ | 0.1 | $51.50 |
| 07/14/20 | MICHAEL G. FLETCHER<br>E MAIL TO JOHNSON WITH HIS REVISED<br>DECLARATION | 0.1 | $51.50 |
| 07/14/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH AND<br>TELEPHONE CALL FROM VACURA, BOISE,<br>AND EWING WITH AND ABOUT THE<br>DECLARATIONS CONCERNING PETERS AND<br>BAKER | 0.5 | $257.50 |
| 07/14/20 | MICHAEL G. FLETCHER<br>E MAIL TO JOHNSON WITH HIS REVISED<br>DECLARATION | 0.1 | $51.50 |
| 07/14/20 | MICHAEL G. FLETCHER<br>E MAIL TO AND MULTIPLE TELEPHONE<br>CALLS WITH KANE ABOUT ▮▮▮▮▮▮ | 0.1 | $51.50 |
| 07/14/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH SANGER AND<br>MODELL ABOUT THE RESPONSE AND THE<br>CONFERENCE CALL | 0.2 | $103.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  89
FILE NO:    078410-0061                        AUGUST 19, 2020
FTC V. JASON CARDIFF                           INVOICE # 415927

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/14/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO JOHNSON ABOUT<br>THE CHANGES TO THE DECLARATIONS | 0.1 | $51.50 |
| 07/14/20 | MICHAEL G. FLETCHER<br>WORK ON THE FLETCHER DECLARATION<br>AND EXHIBITS | 0.7 | $360.50 |
| 07/14/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT THE UNAUTHORIZED VPL<br>RESPONSE TO HHS | 0.3 | $154.50 |
| 07/14/20 | MICHAEL G. FLETCHER<br>E MAIL TO VACURA WITH THE PETERS<br>DRAFT DECLARATION | 0.1 | $51.50 |
| 07/14/20 | MICHAEL G. FLETCHER<br>WORK ON THE JEN DECLARATION | 0.4 | $206.00 |
| 07/14/20 | MICHAEL G. FLETCHER<br>WORK ON ASSEMBLING THE FACTS AND<br>EXHIBITS FOR THE JEN DECLARATION | 0.3 | $154.50 |
| 07/14/20 | MICHAEL G. FLETCHER<br>WORK ON THE JOHNSON DECLARATION | 1.7 | $875.50 |
| 07/14/20 | MICHAEL G. FLETCHER<br>PREPARATION OF PLEADINGS RE:<br>NOTICE OF OPPOSITION TO THE EX<br>PARTE APPLICATION | 0.5 | $257.50 |

176

Case 5:18-cv-02104-DMG-PLA Document 45-37 Filed 04/08/21 Page 215 of 444 Page ID #:3076

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

L A W Y E R S
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:  90
FILE NO:    078410-0061                AUGUST 19, 2020
FTC V. JASON CARDIFF                   INVOICE # 415927
```

----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/14/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, AND JOHNSON<br>WITH AND ABOUT THE FILED NOTICE OF<br>OPPOSITION TO THE EX PARTE<br>APPLICATION | 0.1 | $51.50 |
| 07/14/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE AND PREPARATION OF<br>PETERS DRAFT DECLARATION | 0.4 | $206.00 |
| 07/14/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE WITH<br>HIS REVISED DECLARATION FOR THE<br>OPPOSITION TO THE EX PARTE<br>APPLICATION | 0.1 | $51.50 |
| 07/14/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN WITH HER<br>DECLARATION AND PAYMENTS AND THE<br>PAYMENTS EXHIBIT | 0.3 | $154.50 |
| 07/14/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE INTRODUCTION<br>FOR THE OPPOSITION TO THE EX PARTE<br>APPLICATION | 1.2 | $618.00 |
| 07/14/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE OPPOSITION TO<br>THE EX PARTE APPLICATION | 1.6 | $824.00 |
| 07/14/20 | MICHAEL G. FLETCHER<br>E MAIL TO COCHELL AND WHITE ABOUT<br>NO AUTHORITY TO COMMUNICATE WITH<br>HHS AND THE CONTINUING CONFERENCE<br>CALL | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  91
FILE NO:    078410-0061                  AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/14/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH JEN<br>AND WARRINGTON ABOUT ASSEMBLING<br>THE FACTS AND EXHIBITS FOR THE JEN<br>DECLARATION | 0.1 | $51.50 |
| 07/14/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO JEN ███████<br>███████████ | 0.1 | $51.50 |
| 07/15/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH VACURA ABOUT<br>THE PETERS DECLARATION | 0.2 | $103.00 |
| 07/15/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO VACURA ABOUT A<br>PETERS DECLARATION | 0.1 | $51.50 |
| 07/15/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE, JEN,<br>AND JOHNSON WITH AND ABOUT THE<br>REPLY BY VPL | 0.2 | $103.00 |
| 07/15/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, AND JOHNSON<br>WITH THE CONFORMED FILING OF THE<br>RECEIVER'S EX PARTE OPPOSITION | 0.1 | $51.50 |
| 07/15/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE ATTEMPTS TO FILE A<br>REPLY TO THE EX PARTE APPLICATION<br>AND RECEIVER RESPONSES | 0.4 | $206.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:  92
FILE NO:    078410-0061                AUGUST 19, 2020
FTC V. JASON CARDIFF                   INVOICE # 415927
```

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/15/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE VIOLATION OF THE<br>ORDER PERMITTING A REPLY AND<br>MOVING TO STRIKE | 0.3 | $154.50 |
| 07/15/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE FILING OF THE<br>PETERS DECLARATION | 0.1 | $51.50 |
| 07/15/20 | MICHAEL G. FLETCHER<br>E MAIL TO SANGER AND OTHER FTC<br>LAWYERS WITH THE COURTESY COPY OF<br>THE CONFORMED FILING OF THE<br>RECEIVER'S EX PARTE OPPOSITION | 0.1 | $51.50 |
| 07/15/20 | MICHAEL G. FLETCHER<br>CONFIRMATION OF TIMELY FILING OF<br>THE RECEIVER'S EX PARTE OPPOSITION | 0.1 | $51.50 |
| 07/15/20 | MICHAEL G. FLETCHER<br>REVIEW OF REPLY BY VPL | 0.6 | $309.00 |
| 07/15/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE AND PREPARATION OF<br>DELIVERY OF THE COURTESY COPY OF<br>THE CONFORMED FILING OF THE<br>RECEIVER'S EX PARTE OPPOSITION TO<br>THE JUDGE'S CHAMBERS | 0.1 | $51.50 |
| 07/26/20 | MICHAEL G. FLETCHER<br>CONTINUE THE REVIEW OF THE<br>CONTEMPT ORDER | 0.1 | $51.50 |

179

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  93
FILE NO:    078410-0061                        AUGUST 19, 2020
FTC V. JASON CARDIFF                           INVOICE # 415927

---

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/31/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE NEXT FEE<br>APPLICATION | 0.2 | $103.00 |
| | **Subtotal** | 22.6 | $11,639.00 |
| | **LITIGATION** | | |
| 07/10/20 | RONNIE AUCEDA<br>PREPARATION OF SUBPOENA TO PRODUCE<br>DOCUMENTS AS TO EAST WEST BANK. | 3.6 | $738.00 |
| 07/13/20 | GERRICK WARRINGTON<br>DOWNLOAD AND CIRCULATE EX PARTE TO<br>REMOVE RECEIVER RE VPL. | 0.4 | $128.00 |
| 07/13/20 | SANDRA BARNETT<br>OBTAIN CERTIFIED COPIES OF THE<br>TEMPORARY RESTRAINING ORDER AND<br>PRELIMINARY INJUNCTION. | 0.3 | $61.50 |
| 07/14/20 | GERRICK WARRINGTON<br>FINALIZE M. FLETCHER DECLARATION. | 0.4 | $128.00 |
| 07/14/20 | GERRICK WARRINGTON<br>FINALIZE A. JEN DECLARATION. | 0.6 | $192.00 |
| 07/14/20 | GERRICK WARRINGTON<br>PREPARE NOTICE OF INTENT TO OPPOSE<br>EX PARTE APPLICATION OF VPL TO<br>REMOVE RECEIVER. | 0.6 | $192.00 |

180

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19ᵀᴴ FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  94
FILE NO:    078410-0061                  AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

-------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/14/20 | GERRICK WARRINGTON<br>PREPARE DECLARATION OF A. JEN IN<br>SUPPORT OF OPPOSITION TO EX PARTE<br>APPLICATION OF VPL TO REMOVE<br>RECEIVER. | 4.2 | $1,344.00 |
| 07/14/20 | GERRICK WARRINGTON<br>FINALIZE B. KANE DECLARATION. | 0.3 | $96.00 |
| 07/14/20 | GERRICK WARRINGTON<br>REVIEW AND COMPILE EXHIBITS TO<br>DECLARATION OF A. JEN; REDACT SAME. | 1.2 | $384.00 |
| 07/14/20 | GERRICK WARRINGTON<br>FINALIZE OPPOSITION AND ATTACHED<br>DECLARATIONS. | 0.6 | $192.00 |
| 07/14/20 | GERRICK WARRINGTON<br>REVIEW AND COMPILE EXHIBITS TO<br>DECLARATION OF B. KANE. | 0.3 | $96.00 |
| 07/14/20 | GERRICK WARRINGTON<br>COORDINATE FILING OF OPPOSITION TO<br>EX PARTE TO REMOVE RECEIVER RE<br>VPL; MULTIPLE EMAILS RE SAME. | 1.2 | $384.00 |
| 07/14/20 | GERRICK WARRINGTON<br>REVIEW AND COMPILE EXHIBITS TO<br>DECLARATION OF M. FLETCHER; REDACT<br>SAME. | 0.9 | $288.00 |
| 07/14/20 | GERRICK WARRINGTON<br>FINALIZE K. JOHNSON DECLARATION. | 0.4 | $128.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC      PAGE: 95
FILE NO: 078410-0061      AUGUST 19, 2020
FTC V. JASON CARDIFF      INVOICE # 415927

--------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 07/14/20 | GERRICK WARRINGTON<br>COMPILE EXHIBITS TO DECLARATION OF<br>B. KANE. | 0.3 | $96.00 |
| 07/14/20 | RONNIE AUCEDA<br>PREPARATION OF FILINGS OF<br>PRELIMINARY INJUNCTION RE: VPL IN<br>VARIOUS DISTRICT COURTS. | 0.3 | $61.50 |
| 07/14/20 | SANDRA BARNETT<br>EMAIL WITH NATIONWIDE LEGAL<br>REGARDING STATUS OF OBTAINING<br>CERTIFIED COPIES OF THE TEMPORARY<br>RESTRAINING ORDER AND PRELIMINARY<br>INJUNCTION. | 0.2 | $41.00 |
| 07/16/20 | GERRICK WARRINGTON<br>REVIEW, ANALYZE, AND PREPARE<br>EXHIBITS FOR A. JEN DECLARATION;<br>REDACT SAME. | 2.2 | $704.00 |
| 07/16/20 | GERRICK WARRINGTON<br>PREPARE SIXTH NOTICE OF<br>NONCOMPLIANCE; KANE DECLARATION;<br>EXHIBITS. | 2.1 | $672.00 |
| 07/16/20 | GERRICK WARRINGTON<br>ATTENTION TO FILING OF SIXTH<br>NOTICE OF NONCOMPLIANCE;<br>REDACTIONS. | 0.9 | $288.00 |
| | **Subtotal** | 21.0 | $6,214.00 |
| | TOTAL | 235.4 | $106,959.00 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                  PAGE:  96
FILE NO:     078410-0061                     AUGUST 19, 2020
FTC V. JASON CARDIFF                         INVOICE # 415927
```

-----------------------------------------------------------------

```
                    TOTAL FOR SERVICES           $106,959.00


                        ITEMIZED COSTS
07/14/20  274303    LITIGATION SUPPORT VENDORS -        63.20
                    Vendor: PACER SERVICE CENTER
                    -PACER CHARGES FOR THE MONTH
                    OF JUNE, 2020 -

                        TOTAL COSTS              $63.20

                        TOTAL INVOICE       $107,022.20
```

183

**FRANDZEL ROBINS BLOOM & CSATO, L.C.**

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  97
FILE NO:    078410-0061                  AUGUST 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 415927
```

--------------------------------------------------------------

ATTORNEY SUMMARY

| | HOURS NOT CHARGED | HOURS CHARGED | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| MICHAEL G. FLETCHER | .20 | 138.80 | 515.00 | 71,482.00 |
| HAL D. GOLDFLAM | 2.30 | 20.50 | 435.00 | 8,917.50 |
| CRAIG A. WELIN | .00 | 5.40 | 500.00 | 2,700.00 |
| BRAD R. BECKER | .00 | 25.40 | 380.00 | 9,652.00 |
| REED S. WADDELL | .00 | 1.50 | 465.00 | 697.50 |
| GERRICK M. WARRINGTON | .00 | 39.40 | 320.00 | 12,608.00 |
| RONNIE AUCEDA | .00 | 3.90 | 205.00 | 799.50 |
| SANDRA BARNETT | .00 | .50 | 205.00 | 102.50 |
| ========================= | ======== | ======== | ======== | ======== |
| TOTAL ALL ATTORNEYS | 2.50 | 235.40 | 454.37 | 106,959.00 |

```
                        TOTAL FOR SERVICES     $106,959.00

                        TOTAL FOR COSTS            $63.20

                        TOTAL THIS INVOICE     $107,022.20
```

184

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437991

ROBB EVANS & ASSOCIATES LLC
ATTN: BRICK KANE
CHIEF OPERATING OFFICER
11450 SHELDON STREET
SUN VALLEY, CA  91352

SEPTEMBER 16, 2020
INVOICE # 416382
0131

FOR LEGAL SERVICES RENDERED THROUGH 08/31/20

FILE NO: 078410-0061  FILE NAME: FTC V. JASON CARDIFF

CONTACT: BRICK KANE

|  | FEES | COSTS | TOTAL |
|---|---|---|---|
| PRIOR BALANCE | 338,838.00 | 2,383.32 | 341,221.32 |
| PAYMENTS THRU Sep 16, 2020 | .00 | .00 | .00 |
| SUBTOTAL | 338,838.00 | 2,383.32 | 341,221.32 |
| CURRENT CHARGES | 114,179.00 | 720.28 | 114,899.28 |
| **TOTAL BALANCE DUE** | **453,017.00** | **3,103.60** | **456,120.60** |

| L-T-D FEES BILLED | 789,794.00 |
|---|---|
| L-T-D DISB BILLED | 20,326.90 |

185

FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
ATTN: BRICK KANE                          SEPTEMBER 16, 2020
CHIEF OPERATING OFFICER                   INVOICE # 416382
11450 SHELDON STREET
SUN VALLEY, CA   91352

FOR LEGAL SERVICES RENDERED THROUGH 08/31/20

FILE NO:   078410-0061   FTC V. JASON CARDIFF

--------------------------------------------------------------

### ITEMIZED SERVICES

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| | **CASE ADMINISTRATION** | | |
| 08/01/20 | CRAIG A. WELIN<br>REVIEW OF MEMOS RE THE<br>ADMINISTRATIVE MOTION ISSUES. | 0.4 | $200.00 |
| 08/01/20 | CRAIG A. WELIN<br>REVIEW OF/RESPONSE TO MEMOS RE THE<br>VPL OPERATIONAL ISSUES. | 0.3 | $150.00 |
| 08/04/20 | HAL D. GOLDFLAM<br>REVIEW MEMOS RE VPL OPERATION<br>ISSUES | 0.3 | $130.50 |
| 08/04/20 | HAL D. GOLDFLAM<br>SUMMARY REVIEW POUJADE APPEAL<br>BRIEFS | 0.4 | $174.00 |
| 08/05/20 | HAL D. GOLDFLAM<br>REVIEW VPL ISSUES AND MEMOS RE SAME | 0.5 | $217.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:   2
FILE NO:    078410-0061                        SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                           INVOICE # 416382

------------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/06/20 | CRAIG A. WELIN<br>REVIEW OF MEMOS RE THE<br>ADMINISTRATIVE MOTION. | 0.2 | $100.00 |
| 08/07/20 | HAL D. GOLDFLAM<br>SUMMARY REVIEW OF FTC'S SUMMARY<br>JUDGMENT MOTION | 0.6 | $261.00 |
| 08/07/20 | HAL D. GOLDFLAM<br>REVIEW INTER/MEDIA'S MOTION TO<br>COMPEL RECEIVER TO CURE MORTGAGE<br>DEFAULT AND CONSIDER ISSUES FOR<br>OPPOSITION | 0.5 | $217.50 |
| 08/10/20 | HAL D. GOLDFLAM<br>REVIEW AND COMMENTS TO DRAFT<br>OPPOSITION TO INTER/MEDIA'S MOTION<br>TO COMPEL RECEIVER TO PAY MORTGAGE | 0.6 | $261.00 |
| 08/10/20 | HAL D. GOLDFLAM<br>E-MAIL EXCHANGE WITH MR. WHITE RE<br>RECEIVER'S FOURTH FEE APPLICATION<br>& CARDIFFS' PERSONAL PROPERTY;<br>FOLLOW UP E-MAIL EXCHANGE WITH<br>KANE RE PERSONAL PROPERTY | 0.3 | $130.50 |
| 08/11/20 | HAL D. GOLDFLAM<br>PREPARE RESEARCH MEMO RE USURY<br>ISSUES RELATED TO VPL LOAN | 1.1 | $478.50 |
| 08/11/20 | HAL D. GOLDFLAM<br>REVIEW AND COMMENTS TO CALLAHAN<br>DECLARATION IN SUPPORT OF<br>OPPOSITION TO MOTION TO COMPEL<br>RECEIVER TO PAY MORTGAGE | 0.3 | $130.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:   3
FILE NO:    078410-0061                         SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                            INVOICE # 416382

------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/11/20 | HAL D. GOLDFLAM<br>REVIEW MEMOS RE VPL OPERATION<br>ISSUES | 0.4 | $174.00 |
| 08/11/20 | PATRICIA A. KINAGA<br>REVIEW COMMUNICATIONS CONCERNING<br>EMPLOYMENT OF MANAGERS BY VPL<br>MEDICAL; COMMUNICATIONS WITH MR.<br>KANE ON SAME. | 0.8 | $384.00 |
| 08/12/20 | HAL D. GOLDFLAM<br>REVIEW PHARMASTRIP'S LIMITED<br>OPPOSITION TO INTER/MEDIA'S MOTION<br>TO COMPEL. | 0.1 | $43.50 |
| 08/12/20 | PATRICIA A. KINAGA<br>DRAFT TEMPLATES FOR RETENTION OF<br>SENIOR MANAGERS AND PRODUCTION<br>MANAGER. | 0.8 | $384.00 |
| 08/13/20 | HAL D. GOLDFLAM<br>REVIEW AND COMMENTS TO OPPOSITION<br>TO INTER/MEDIA'S MOTION TO COMPEL<br>PAYMENT OF HOME MORTGAGE,<br>INCLUDING REVIEW OF LATEST DRAFT<br>DECLARATIONS | 0.6 | $261.00 |
| 08/14/20 | HAL D. GOLDFLAM<br>REVIEW MULTIPLE E-MAILS RE VPL<br>OPERATION ISSUES | 0.3 | $130.50 |
| 08/14/20 | CRAIG A. WELIN<br>ANALYSIS RE VPL OPERATIONAL ISSUES. | 0.3 | $150.00 |

188

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:    4
FILE NO:    078410-0061                        SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                           INVOICE # 416382

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/16/20 | HAL D. GOLDFLAM<br>REVIEW E-MAILS RE VPL OPERATION<br>ISSUES | 0.3 | $130.50 |
| 08/16/20 | CRAIG A. WELIN<br>REVIEW OF MEMOS RE THE VPL<br>OPERATIONAL ISSUES. | 0.2 | $100.00 |
| 08/17/20 | HAL D. GOLDFLAM<br>ANALYSIS RE MOTION FOR LEAVE TO<br>VPL REPORT UNDER SEAL | 0.2 | $87.00 |
| 08/19/20 | HAL D. GOLDFLAM<br>REVIEW REVISED STIPULATION FOR<br>APPROVAL OF RECEIVER'S VPL REPORT<br>AND PROJECTED CASH FLOW | 0.2 | $87.00 |
| 08/19/20 | HAL D. GOLDFLAM<br>REVIEW NOTICE OF APPEAL OF VPL<br>PRELIMINARY INJUNCTION | 0.1 | $43.50 |
| 08/19/20 | CRAIG A. WELIN<br>TELEPHONE CALL TO CLIENT RE VPL<br>OPERATIONAL ISSUES. | 0.2 | $100.00 |
| 08/20/20 | HAL D. GOLDFLAM<br>REVIEW ARI ROTHMAN'S WITHDRAWAL OF<br>COUNSEL FOR POUJADE | 0.1 | $43.50 |
| 08/21/20 | HAL D. GOLDFLAM<br>REVIEW STATUS OF VARIOUS VPL ISSUES | 0.3 | $130.50 |

189

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                PAGE:   5
FILE NO:   078410-0061                     SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                       INVOICE # 416382
```

------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/21/20 | HAL D. GOLDFLAM<br>PREPARATION OF RESPONSE TO LEGAL<br>PROCESS | 0.2 | $87.00 |
| 08/21/20 | HAL D. GOLDFLAM<br>REVIEW INTER/MEDIA'S REPLY<br>MEMORANDUM IN SUPPORT OF ITS<br>MOTION TO COMPEL RECEIVER TO PAY<br>CARDIFFS' MORTGAGE | 0.4 | $174.00 |
| 08/23/20 | CRAIG A. WELIN<br>PREPARATION OF MEMOS RE<br>RECEIVERSHIP ADMINISTRATION ISSUES. | 0.1 | $50.00 |
| 08/24/20 | PATRICIA A. KINAGA<br>REVIEW AND REVISE LATEST JOB OFFER<br>TEMPLATE. | 0.5 | $240.00 |
| 08/25/20 | HAL D. GOLDFLAM<br>REVIEW JOB DESCRIPTIONS FOR VPL<br>(NO CHARGE) | 0.3 | NO CHARGE |
| 08/25/20 | HAL D. GOLDFLAM<br>E-MAIL EXCHANGE WITH MS. JEN RE<br>BIZTANK FUNDS AND INCLUSION OF<br>SAME IN INTERIM FINANCIAL REPORT<br>THROUGH 6/30; REVIEW UPDATED REPORT | 0.3 | $130.50 |
| 08/25/20 | HAL D. GOLDFLAM<br>REVIEW E-MAILS RE DEFENDANTS'<br>INTENDED MOTION TO STAY | 0.2 | $87.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID I95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:   6
FILE NO:    078410-0061                         SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                            INVOICE # 416382

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/25/20 | HAL D. GOLDFLAM<br>SUMMARY REVIEW APPLICATION FOR<br>STAY OF CERTAIN PROCEEDINGS AND<br>CONSIDER SCOPE OF RECEIVER'S<br>RESPONSE TO INACCURATE ALLEGATIONS | 0.3 | $130.50 |
| 08/25/20 | PATRICIA A. KINAGA<br>CONFERENCE CALL WITH BRICK KANE<br>AND MIKE FLETCHER RE LATEST<br>REVISIONS TO JOB OFFER TEMPLATE;<br>NUMEROUS FOLLOW UP COMMUNICATIONS<br>WITH MR. FLETCHER BASED ON<br>SUBSEQUENT REVISIONS AND RESEARCH<br>ON LATEST CASE LAW ON NON COMPETES. | 0.9 | $432.00 |
| 08/26/20 | HAL D. GOLDFLAM<br>ANALYSIS RE SCOPE OF RECEIVER'S<br>DECLARATION IN RESPONSE TO<br>APPLICATION TO STAY PROCEEDINGS;<br>REVIEW DRAFT | 0.3 | $130.50 |
| 08/27/20 | HAL D. GOLDFLAM<br>REVIEW JUDGE GEE'S MOTION<br>PROCEDURES INCLUDING DETERMINATION<br>OF AVAILABLE HEARING DATE FOR<br>FOURTH FEE APPLICATION (NO CHARGE) | 0.2 | NO CHARGE |
| 08/27/20 | HAL D. GOLDFLAM<br>REVIEW ORDER DENYING INTER/MEDIA'S<br>MOTION TO COMPEL RECEIVER TO PAY<br>MORTGAGE ARREARS; E-MAIL EXCHANGE<br>WITH JOHNSON AND JEN RE ORDER | 0.3 | $130.50 |

191

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:   7
FILE NO:   078410-0061                         SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                           INVOICE # 416382

--------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/27/20 | HAL D. GOLDFLAM<br>FINAL REVIEW OF MOTION FOR LEAVE<br>TO FILE VPL DOCUMENTS UNDER SEAL;<br>REVIEW STIPULATION, CASH FLOW AND<br>RECEIVER'S REPORT | 0.6 | $261.00 |
| 08/28/20 | HAL D. GOLDFLAM<br>ATTENTION TO PROCEDURES FOR<br>APPLICATION TO FILE DOCUMENTS<br>UNDER SEAL (NO CHARGE) | 0.3 | NO CHARGE |
| 08/29/20 | HAL D. GOLDFLAM<br>REVIEW ORDER APPROVING VPL<br>STIPULATION AND E-MAIL TO KANE JEN<br>AND FLETCHER RE ORDER | 0.2 | $87.00 |
| 08/30/20 | HAL D. GOLDFLAM<br>E-MAIL FROM MS. SANGER RE VPL<br>OPERATIONS | 0.1 | $43.50 |
| 08/31/20 | HAL D. GOLDFLAM<br>REVIEW DECLARATIONS IN RESPONSE TO<br>APPLICATION TO STAY PROCEEDINGS<br>PENDING APPEAL | 0.3 | $130.50 |
|  | Subtotal | 15.1 | $6,814.00 |
|  | **ASSET ANALYSIS AND RECOVERY** |  |  |
| 08/01/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN AND BEDI<br>ABOUT INFORMATION NEEDED AND<br>TURNOVER OF THAT, FOR THE CASH<br>FLOW PROJECTION | 0.1 | $51.50 |

192

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19ᵀᴴ FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:     078410-0061
FTC V. JASON CARDIFF

PAGE:   8
SEPTEMBER 16, 2020
INVOICE # 416382

----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/01/20 | MICHAEL G. FLETCHER TELEPHONE CALL TO COCHELL ABOUT FOCUSING ON INFORMATION NEEDED FOR THE CASH FLOW PROJECTION | 0.2 | $103.00 |
| 08/01/20 | BRAD R. BECKER ANALYSIS RE ISSUES RAISED IN MEET AND CONFER LETTER RE MORTGAGE PAYMENTS | 0.3 | $114.00 |
| 08/03/20 | MICHAEL G. FLETCHER MULTIPLE E MAILS WITH KANE AND JEN ABOUT VPL OPERATIONS | 0.3 | $154.50 |
| 08/03/20 | MICHAEL G. FLETCHER MULTIPLE E MAILS WITH AND TELEPHONE CALL TO SANGER ABOUT THE NEXT CONFERENCE CALL | 0.4 | $206.00 |
| 08/03/20 | MICHAEL G. FLETCHER E MAIL TO COCHELL AND WHITE ABOUT THE CASH FLOW PROJECTION AND THE MISSING INFORMATION | 0.6 | $309.00 |
| 08/03/20 | MICHAEL G. FLETCHER MULTIPLE E MAILS WITH WHITE ABOUT THE NEXT CONFERENCE CALL | 0.3 | $154.50 |
| 08/03/20 | MICHAEL G. FLETCHER E MAIL TO KANE AND JEN ABOUT THE MESSAGE FROM COCHELL ABOUT THE RESUMED VPL CALL AND ADDITIONAL INFORMATION | 0.1 | $51.50 |

193

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:    078410-0061
FTC V. JASON CARDIFF

PAGE:   9
SEPTEMBER 16, 2020
INVOICE # 416382

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/03/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE ISSUES WITH THE<br>CARTONS AND THE LABELS | 0.5 | $257.50 |
| 08/03/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH CALLAHAN<br>ABOUT ███████████ | 0.1 | $51.50 |
| 08/03/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE MATERIALS RE THE<br>OFFER FOR THE RESIDENCE AND THE<br>RECEIVER'S COUNTER OFFER RESPONSE | 1.4 | $721.00 |
| 08/03/20 | MICHAEL G. FLETCHER<br>WORK ON THE OPPOSITION TO<br>INTERMEDIA'S ATTEMPT TO TAKE<br>ESTATE CASH | 0.2 | $103.00 |
| 08/03/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH KANE AND<br>JEN ABOUT ████████████ | 0.7 | $360.50 |
| 08/03/20 | MICHAEL G. FLETCHER<br>REVIEW OF PRIOR EMAIL AND E MAIL<br>TO COCHELL AND WHITE ABOUT THE<br>VISITS FOR WHICH WE HAVE NO<br>CONFIRMATIONS | 0.2 | $103.00 |
| 08/03/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH CROWELL<br>ABOUT WHEN TO HAVE A FURTHER<br>DISCUSSION | 0.2 | $103.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  10
FILE NO:    078410-0061              SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                 INVOICE # 416382
```

---------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/03/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN ABOUT<br>████████████████ | 0.2 | $103.00 |
| 08/03/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE OPEN CASH FLOW ISSUES | 0.3 | $154.50 |
| 08/03/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE OPEN ISSUES RE THE<br>CASH FLOW PROJECTION | 0.3 | $154.50 |
| 08/03/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH SANGER ABOUT<br>THE NEXT VPL CONFERENCE CALL<br>PARTICIPATION | 0.2 | $103.00 |
| 08/03/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH CALLAHAN<br>WITH THE COMMENTS ON THE<br>RECEIVER'S COUNTER OFFER RESPONSE<br>████████████████ | 0.3 | $154.50 |
| 08/03/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT<br>████████████████ | 0.1 | $51.50 |
| 08/03/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN ABOUT<br>████████████████ | 0.3 | $154.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3457891

ROBB EVANS & ASSOCIATES LLC                      PAGE:  11
FILE NO:    078410-0061                          SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                             INVOICE # 416382

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/03/20 | MICHAEL G. FLETCHER<br>E MAIL FROM CALLAHAN ABOUT THE<br>VISITS FOR WHICH WE HAVE NO<br>CONFIRMATIONS | 0.1 | $51.50 |
| 08/03/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN ABOUT<br>THE BOXES AND LABELS | 0.1 | $51.50 |
| 08/03/20 | MICHAEL G. FLETCHER<br>EMAIL FROM COCHELL ABOUT THE<br>RESUMED VPL CALL AND ADDITIONAL<br>INFORMATION | 0.1 | $51.50 |
| 08/03/20 | BRAD R. BECKER<br>REVIEW EMAILS RE MEET AND CONFER<br>RE RESIDENCE MORTGAGE PAYMENTS | 0.1 | $38.00 |
| 08/04/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH CROWELL<br>AND BISNO ABOUT FACTS AND<br>INTERMEDIA CLAIMED INTERESTS AND<br>LIENS | 0.9 | $463.50 |
| 08/04/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT A<br>CONFERENCE CALL TIME | 0.1 | $51.50 |
| 08/04/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE NATURE OF THE<br>INTERMEDIA PERSONAL PROPERTY LIEN<br>CLAIMS | 0.3 | $154.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  12
FILE NO:    078410-0061                   SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                      INVOICE # 416382
```

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/04/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE ABOUT<br>A CONFERENCE CALL TIME AND THE<br>INFORMATION NEEDED | 0.1 | $51.50 |
| 08/04/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN ABOUT<br>THE ███████████████████████ | 0.1 | $51.50 |
| 08/04/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH CROWELL<br>ABOUT THE INTERMEDIA CLAIMS AND<br>FURTHER FACTS AND DISCUSSIONS | 0.3 | $154.50 |
| 08/04/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN AND<br>CALLAHAN ABOUT ████████████ | 0.5 | $257.50 |
| 08/04/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE AND<br>THE RECEIVER AND SANGER ABOUT<br>RE-SCHEDULING THE VPL NEXT<br>CONFERENCE CALL; AND TELEPHONE<br>CALL TO KANE ABOUT THE TIMING OF<br>THE NEXT CALL | 0.3 | $154.50 |
| 08/04/20 | HAL D. GOLDFLAM<br>ANALYSIS RE INTER/MEDIA'S CLAIM<br>PERSONAL PROPERTY LIENS | 0.2 | $87.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID J95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  13
FILE NO:    078410-0061                        SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                           INVOICE # 416382

----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/05/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE SUITE 150 LEASE AS<br>TO REJECTION | 0.1 | $51.50 |
| 08/05/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE MULTIPLE ISSUES RE<br>SUITE 150; INSURANCE COVERAGES;<br>PAYMENT ON THE OTHER LEASE;<br>SUB-CHAPTER S STATUS AND THE CASH<br>FLOW TAX HOLD BACK; REJECTION OF<br>SUITE 150; WHEN THE CALL WILL BE<br>HELD | 0.7 | $360.50 |
| 08/05/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE S CORP ELECTION | 0.1 | $51.50 |
| 08/05/20 | MICHAEL G. FLETCHER<br>E MAIL TO JEN AND KANE WITH AND<br>ABOUT THE EMAIL FROM WHITE WITH<br>MORE INFORMATION FOR THE CASH FLOW<br>PROJECTION | 0.1 | $51.50 |
| 08/05/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>CONCERNING THE MULTIPLE ISSUES RE<br>███████████████████████ | 0.5 | $257.50 |
| 08/05/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH RANDAZZO OF<br>ZAP PACKAGING ABOUT HIS CLAIM | 0.3 | $154.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                  PAGE:  14
FILE NO:     078410-0061                     SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                         INVOICE # 416382

-------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/05/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE ABOUT<br>RESCHEDULING THE CALL AND THE IRS<br>HOLD BACK AND S CORP ISSUES | 0.5 | $257.50 |
| 08/05/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE FURTHER OPPOSITION TO<br>ANY INTERMEDIA MOTION RE CURING<br>THE MORTGAGE ARREARAGE | 0.3 | $154.50 |
| 08/05/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT ▇▇▇▇▇▇ | 0.1 | $51.50 |
| 08/05/20 | MICHAEL G. FLETCHER<br>E MAIL TO JEN ABOUT ▇▇▇▇▇ | 0.1 | $51.50 |
| 08/05/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE ABOUT<br>A CONFERENCE CALL TIME AND THE<br>INFORMATION THAT STILL IS NEEDED<br>BEFORE A CALL | 0.3 | $154.50 |
| 08/05/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE FEE APPLICATIONS | 0.2 | $103.00 |
| 08/05/20 | MICHAEL G. FLETCHER<br>E MAIL FROM BEDI ABOUT THE RENT ON<br>A LOCATION | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  15
FILE NO:    078410-0061                  SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                     INVOICE # 416382
```

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/05/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE WITH<br>MORE INFORMATION | 0.2 | $103.00 |
| 08/05/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE WITH<br>MORE INFORMATION FOR THE CASH FLOW<br>PROJECTION AND ABOUT THE<br>SUPPLEMENTAL FURTHER DOCUMENTATION<br>AND BACK UP | 0.2 | $103.00 |
| 08/05/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO WHITE ABOUT<br>RESCHEDULING THE CALL | 0.1 | $51.50 |
| 08/05/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO SANGER ABOUT THE<br>RESCHEDULING OF THE CALL AND THE<br>IRS HOLD BACK AND S CORP ISSUES | 0.2 | $103.00 |
| 08/05/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO AND TEXTS WITH<br>JEN AND KANE ABOUT ███████████ | 0.2 | $103.00 |
| 08/05/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>ABOUT ██████████ | 0.8 | $412.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:   078410-0061
FTC V. JASON CARDIFF

PAGE:  16
SEPTEMBER 16, 2020
INVOICE # 416382

--------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/05/20 | BRAD R. BECKER<br>REVIEW INTER/MEDIA SETTLEMENT<br>AGREEMENT RE OPPOSITION TO MOTION<br>FOR ORDER TO COMPEL RECEIVER TO<br>PAY CARDIFFS' MORTGAGE PAYMENTS | 0.5 | $190.00 |
| 08/05/20 | BRAD R. BECKER<br>DRAFT OPPOSITION TO MOTION FOR<br>ORDER TO COMPEL RECEIVER TO PAY<br>CARDIFFS' MORTGAGE PAYMENTS<br>(INTRODUCTION) | 1.1 | $418.00 |
| 08/05/20 | BRAD R. BECKER<br>REVIEW MOTION TO APPROVE<br>INTER/MEDIA SETTLEMENT AGREEMENT<br>RE MOTION FOR ORDER TO COMPEL<br>RECEIVER TO PAY CARDIFFS' MORTGAGE<br>PAYMENTS | 0.4 | $152.00 |
| 08/05/20 | BRAD R. BECKER<br>REVIEW AND ANALYSIS OF 7/24/20<br>MINUTE ORDER RE OPPOSITION TO<br>MOTION FOR ORDER TO COMPEL<br>RECEIVER TO PAY CARDIFFS' MORTGAGE<br>PAYMENTS | 0.7 | $266.00 |
| 08/05/20 | BRAD R. BECKER<br>REVIEW APPRAISER MOTION RE MOTION<br>FOR ORDER TO COMPEL RECEIVER TO<br>PAY CARDIFFS' MORTGAGE PAYMENTS | 0.3 | $114.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:    078410-0061
FTC V. JASON CARDIFF

PAGE:  17
SEPTEMBER 16, 2020
INVOICE # 416382

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/05/20 | BRAD R. BECKER<br>DRAFT OPPOSITION TO MOTION FOR<br>ORDER TO COMPEL RECEIVER TO PAY<br>CARDIFFS' MORTGAGE PAYMENTS (FACTS) | 1.9 | $722.00 |
| 08/05/20 | BRAD R. BECKER<br>ANALYSIS RE MOTION FOR ORDER TO<br>COMPEL RECEIVER TO PAY CARDIFFS'<br>MORTGAGE PAYMENTS (IMPLIED<br>COVENANT OF GOOD FAITH AND FAIR<br>DEALING) | 1.7 | $646.00 |
| 08/06/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN ABOUT ██<br>████████████ | 0.1 | $51.50 |
| 08/06/20 | MICHAEL G. FLETCHER<br>E MAIL TO COCHELL AND WHITE ABOUT<br>THE BEDI BANK ACCOUNTS AND THE<br>CARDIFF $30,000 BASED ON THE PRIOR<br>EMAIL DEMANDS | 0.2 | $103.00 |
| 08/06/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO JEN ABOUT THE | 0.1 | $51.50 |
| 08/06/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN | 0.3 | $154.50 |

202

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                PAGE:  18
FILE NO:    078410-0061                    SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                       INVOICE # 416382

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/06/20 | MICHAEL G. FLETCHER<br>E MAIL TO WHITE AND COCHELL WITH<br>AND ABOUT THE S CORP IRS<br>SUBMISSIONS; TIMING ISSUES;<br>QUESTIONS ABOUT THE DATING; AND C<br>CORP ESTIMATED TAX HOLD BACKS | 0.3 | $154.50 |
| 08/06/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE WITH<br>THE RECEIVER'S RESPONSES TO THE<br>FURTHER PROVIDED CASH FLOW<br>INFORMATION AND RE-SEND TO WHITE | 0.3 | $154.50 |
| 08/06/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE JEN EMAILS AND<br>ATTACHMENTS ABOUT THE IRS<br>SUBMISSIONS | 0.3 | $154.50 |
| 08/06/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE FURTHER INFORMATION<br>FROM WHITE FOR THE CASH FLOW<br>PROJECTIONS | 0.2 | $103.00 |
| 08/06/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT<br>███████████████████████ | 0.1 | $51.50 |
| 08/06/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE AND<br>JEN WITH MORE INFORMATION | 0.2 | $103.00 |

203

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  19
FILE NO:    078410-0061                         SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                            INVOICE # 416382

---------------------------------------------------------------

ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/06/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE PROPER TIMING FOR<br>THE NEXT CALL ABOUT VPL | 0.1 | $51.50 |
| 08/06/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE FEE APPLICATION<br>INFORMATION AND WHITE OBJECTIONS | 0.2 | $103.00 |
| 08/06/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT TALKING TO ENGLAND ABOUT HHS | 0.1 | $51.50 |
| 08/06/20 | MICHAEL G. FLETCHER<br>REVIEW OF AND ANALYSIS RE THE<br>RECEIVER'S DRAFT RESPONSES TO SOME<br>OF THE FURTHER PROVIDED CASH FLOW<br>INFORMATION AND ANALYSIS RE THE<br>FURTHER POINTS TO BE RAISED | 1.1 | $566.50 |
| 08/06/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO AND MULTIPLE E<br>MAILS WITH SANGER ABOUT THE PROPER<br>TIMING FOR THE NEXT CALL ABOUT VPL | 0.2 | $103.00 |
| 08/06/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL FROM WHITE ABOUT<br>THE MATERIALS HE SENT | 0.1 | $51.50 |
| 08/06/20 | MICHAEL G. FLETCHER<br>E MAIL TO WHITE ABOUT THE $5,000<br>THAT HE IS TO DISGORGE | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                    PAGE:  20
FILE NO:    078410-0061                         SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                            INVOICE # 416382
```

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/06/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE ABOUT<br>CHANGING THE TIME FOR THE CALL<br>ABOUT THE CASH FLOW | 0.2 | $103.00 |
| 08/07/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT THE<br>█████████████████████ | 0.1 | $51.50 |
| 08/07/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH KANE<br>ABOUT █████████████████████ | 0.2 | $103.00 |
| 08/07/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH WHITE,<br>CARDIFF, BEDI, SANGER, KANE, AND<br>JEN, ABOUT THE CASH FLOW<br>PROJECTION AND UNDERLYING<br>INFORMATION AND DOCUMENTATION | 1.7 | $875.50 |
| 08/07/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE INTERMEDIA MOTION | 0.2 | $103.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC            PAGE:  21
FILE NO:    078410-0061                SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                   INVOICE # 416382

-------------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/07/20 | MICHAEL G. FLETCHER<br>E MAIL TO CALLAHAN WITH AND ABOUT<br>THE RESIDENCE ▮▮▮▮▮▮▮▮▮▮ | 0.2 | $103.00 |
| 08/07/20 | MICHAEL G. FLETCHER<br>E MAIL TO CALLAHAN WITH COMMENTS | 0.2 | $103.00 |
| 08/07/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH THE<br>ENGLAND INVOICES | 0.1 | $51.50 |
| 08/07/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO JEN ▮▮▮▮▮ | 0.1 | $51.50 |
| 08/07/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE,<br>COCHELL, AND ENGLAND ABOUT THE HHS<br>CALL AND THE LATER ZOOM CALL TO<br>DISCUSS THE CASH FLOW PROJECTIONS;<br>SET UP THE RECEIVER INVOLVEMENT IN<br>THE CALL | 0.6 | $309.00 |
| 08/07/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO CALLAHAN ABOUT<br>NO CONFIRMATION OF SITE VISITS ▮▮▮ | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  22
FILE NO:    078410-0061                   SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                      INVOICE # 416382
```

---------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/07/20 | MICHAEL G. FLETCHER<br>TEXT TO KANE ABOUT THE CALL TO<br>SANGER AND HER COMMENTS ABOUT THE<br>VA | 0.1 | $51.50 |
| 08/07/20 | MICHAEL G. FLETCHER<br>POST TELEPHONE CONFERENCE CALL TO<br>KANE ABOUT ██████████████████ | 0.1 | $51.50 |
| 08/07/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO SANGER ABOUT THE<br>CALLS WITH ENGLAND AND VPL | 0.1 | $51.50 |
| 08/07/20 | MICHAEL G. FLETCHER<br>REVIEW OF AND WORK ON THE<br>RESIDENCE COUNTER OFFER ADDENDUM<br>ABOUT NO REPS OR WARRANTIES | 0.2 | $103.00 |
| 08/07/20 | MICHAEL G. FLETCHER<br>WORK ON AND REVIEW OF THE<br>RESIDENCE COUNTER OFFER ADDENDUM<br>ABOUT JURISDICTION AND THE BROKER<br>COMMISSION | 0.2 | $103.00 |
| 08/07/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, GOLDFLAM, AND<br>BECKER WITH THE INTERMEDIA MOTION | 0.1 | $51.50 |
| 08/07/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH ENGLAND,<br>COCHELL, WHITE, SANGER AND MGF | 0.5 | $257.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19ᵀᴴ FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  23
FILE NO:    078410-0061                         SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                            INVOICE # 416382

--------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/07/20 | BRAD R. BECKER<br>REVIEW CONTEMPT RULINGS RE<br>INTER/MEDIA'S MOTION TO COMPEL<br>RECEIVER TO PAY MORTGAGE | 1.2 | $456.00 |
| 08/07/20 | BRAD R. BECKER<br>REVIEW PRELIMINARY INJUNCTION RE<br>OPPOSITION TO MOTION TO COMPEL<br>RECEIVER TO PAY MORTGAGE | 0.7 | $266.00 |
| 08/07/20 | BRAD R. BECKER<br>CONTINUED DRAFTING OF OPPOSITION<br>TO MOTION TO COMPEL RECEIVER TO<br>PAY MORTGAGE (FACTS) | 4.2 | $1,596.00 |
| 08/07/20 | BRAD R. BECKER<br>DRAFT OPPOSITION TO MOTION TO<br>COMPEL RECEIVER TO PAY MORTGAGE<br>(DISCUSSION) | 0.7 | $266.00 |
| 08/07/20 | BRAD R. BECKER<br>REVIEW INTER/MEDIA'S MOTION TO<br>COMPEL RECEIVER TO PAY MORTGAGE | 1.0 | $380.00 |
| 08/08/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO WHITE ABOUT THE<br>BEDI DOCUMENTS AND SHOWING THE<br>RESIDENCE AND INVOICES | 0.1 | $51.50 |
| 08/08/20 | MICHAEL G. FLETCHER<br>E MAIL TO CALLAHAN WITH THE OFFER<br>FROM WHITE ABOUT SHOWING THE<br>RESIDENCE ON TUESDAY | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:     078410-0061
FTC V. JASON CARDIFF

PAGE:   24
SEPTEMBER 16, 2020
INVOICE # 416382

-------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/08/20 | MICHAEL G. FLETCHER<br>E MAIL TO CALLAHAN WITH AND ABOUT ████████████████████ | 0.1 | $51.50 |
| 08/08/20 | MICHAEL G. FLETCHER<br>E MAIL FROM WHITE ABOUT REFUSAL TO PROVIDE THE BEDI DOCUMENTS | 0.1 | $51.50 |
| 08/08/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE ABOUT SHOWING THE RESIDENCE AND INVOICES | 0.1 | $51.50 |
| 08/08/20 | MICHAEL G. FLETCHER<br>E MAIL FROM WHITE ABOUT SHOWING THE RESIDENCE | 0.1 | $51.50 |
| 08/08/20 | MICHAEL G. FLETCHER<br>REVIEW OF AND REVISIONS TO THE COUNTER OFFER SPREADSHEET | 0.5 | $257.50 |
| 08/08/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH CALLAHAN ABOUT A TUESDAY SHOWING OF THE RESIDENCE | 0.2 | $103.00 |
| 08/08/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE WITH AND ABOUT THE ████████████████████ | 0.1 | $51.50 |

209

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:   25
FILE NO:    078410-0061                         SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                            INVOICE # 416382

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/09/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN ABOUT THE ████████ | 0.1 | $51.50 |
| 08/09/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE ABOUT THE TUESDAY RESIDENCE SITE VISIT | 0.2 | $103.00 |
| 08/09/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH CALLAHAN ABOUT THE TIMES FOR THE TUESDAY SHOWING OF THE RESIDENCE AND ISSUES ABOUT COVID 19 | 0.3 | $154.50 |
| 08/09/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN ABOUT THE EMPLOYMENT ISSUES ████████ | 0.1 | $51.50 |
| 08/09/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE ABOUT THE REVISED CASH FLOW PROJECTION | 0.2 | $103.00 |
| 08/09/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE DEALING WITH THE BEDI REFUSAL TO PROVIDE BANK ACCOUNT INFORMATION | 0.3 | $154.50 |

210

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  26
FILE NO:    078410-0061                  SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                     INVOICE # 416382
```

--------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/09/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE DEALING WITH THE<br>EMPLOYMENT ISSUES AND AN<br>EMPLOYMENT TERM SHEET | 0.4 | $206.00 |
| 08/09/20 | MICHAEL G. FLETCHER<br>E MAIL FROM SANGER AND REVIEW OF<br>THE VA INFORMATION ABOUT<br>NON-CONFORMING MASKS AND THE<br>250,000 STILL AT THE VA | 0.2 | $103.00 |
| 08/09/20 | BRAD R. BECKER<br>DRAFT OPPOSITION TO MOTION TO<br>COMPEL RECEIVER TO PAY MORTGAGE<br>(FACTS) | 0.4 | $152.00 |
| 08/09/20 | BRAD R. BECKER<br>REVIEW RECEIVER'S SIXTH REPORT OF<br>NON-COMPLIANCE RE OPPOSITION TO<br>MOTION TO COMPEL RECEIVER TO PAY<br>MORTGAGE | 0.8 | $304.00 |
| 08/09/20 | BRAD R. BECKER<br>DRAFT OPPOSITION TO MOTION TO<br>COMPEL RECEIVER TO PAY MORTGAGE<br>(DISCUSSION) | 0.6 | $228.00 |
| 08/09/20 | BRAD R. BECKER<br>DRAFT OPPOSITION TO MOTION TO<br>COMPEL RECEIVER TO PAY MORTGAGE<br>(INTRODUCTION) | 2.4 | $912.00 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:   27
FILE NO:     078410-0061                        SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                            INVOICE # 416382

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/10/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO BUFFINGTON ABOUT<br>THE BOXES FROM ZAP | 0.1 | $51.50 |
| 08/10/20 | MICHAEL G. FLETCHER<br>E MAIL FROM VACURA ABOUT WAVE<br>CREST AND HER CONCERNS | 0.1 | $51.50 |
| 08/10/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE ABOUT<br>THE SHOWINGS ON TUESDAY AND THE<br>SCHEDULE | 0.1 | $51.50 |
| 08/10/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT<br>██████████ | 0.1 | $51.50 |
| 08/10/20 | MICHAEL G. FLETCHER<br>E MAIL TO CALLAHAN ABOUT<br>CONFIRMATION OF THE 10 AM START<br>TIME | 0.1 | $51.50 |
| 08/10/20 | MICHAEL G. FLETCHER<br>LETTER FROM THE LAWYER FOR ZAP | 0.1 | $51.50 |
| 08/10/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH CALLAHAN<br>ABOUT THE SHOWINGS ON TUESDAY AND<br>THE SCHEDULE | 0.2 | $103.00 |
| 08/10/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN ABOUT<br>██████████ | 0.1 | $51.50 |

212

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  28
FILE NO:    078410-0061                         SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                            INVOICE # 416382

--------------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/10/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, AND GOLDFLAM ██████████ | 0.1 | $51.50 |
| 08/10/20 | MICHAEL G. FLETCHER<br>E MAIL TO VACURA ABOUT THE<br>RECEIVER'S EVALUATIONS AND THE<br>STATUS RE WAVE CREST | 0.1 | $51.50 |
| 08/10/20 | MICHAEL G. FLETCHER<br>E MAIL FROM SANGER ABOUT TIME<br>AVAILABLE FOR A CALL | 0.1 | $51.50 |
| 08/10/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT ████████████ | 0.1 | $51.50 |
| 08/10/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL FROM ABOUT THE ZOOM<br>CALL RE THE UPDATED CASH FLOW<br>PROJECTION; SITE INSPECTIONS;<br>CONFIRMING COVID-19 ISSUES | 0.1 | $51.50 |
| 08/10/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH THE<br>LETTER FROM THE LAWYER FOR ZAP | 0.1 | $51.50 |
| 08/10/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE RECENTLY SENT<br>FURTHER INFORMATION AND CASH FLOW<br>ANALYSIS | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID /95-3437891

ROBB EVANS & ASSOCIATES LLC                   PAGE:  29
FILE NO:    078410-0061                        SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                           INVOICE # 416382

----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/10/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE INTERMEDIA MOTION<br>AND THE RECEIVER'S RESPONSE BRIEF,<br>DECLARATIONS, AND EXHIBITS | 0.9 | $463.50 |
| 08/10/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH THE<br>WHITE REVISED CASH FLOW | 0.1 | $51.50 |
| 08/10/20 | MICHAEL G. FLETCHER<br>E MAIL FROM WHITE WITH A REVISED<br>CASH FLOW | 0.1 | $51.50 |
| 08/10/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH THE<br>EMAIL FROM SANGER ABOUT TIME<br>AVAILABLE FOR A CALL AND THEIR<br>REVIEW OF THE LATEST CASH FLOW<br>PROJECTION | 0.1 | $51.50 |
| 08/10/20 | BRAD R. BECKER<br>CONTINUED DRAFTING OF OPPOSITION<br>TO MOTION TO COMPEL RECEIVER TO<br>PAY MORTGAGE (DISCUSSION) | 0.7 | $266.00 |
| 08/10/20 | BRAD R. BECKER<br>REVISE OPPOSITION TO MOTION TO<br>COMPEL RECEIVER TO PAY MORTGAGE<br>(INTRODUCTION, FACTS) | 1.7 | $646.00 |
| 08/10/20 | BRAD R. BECKER<br>TC M FLETCHER RE OPPOSITION TO<br>MOTION TO COMPEL RECEIVER TO PAY<br>MORTGAGE | 0.1 | $38.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19th FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  30
FILE NO:     078410-0061                 SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                     INVOICE # 416382
```

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/10/20 | BRAD R. BECKER<br>FURTHER ANALYSIS RE IMPLIED<br>COVENANT OF GOOD FAITH AND FAIR<br>DEALING RE OPPOSITION TO MOTION TO<br>COMPEL RECEIVER TO PAY MORTGAGE | 0.9 | $342.00 |
| 08/11/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE PREPARING AN<br>EMPLOYMENT TERM SHEET | 0.3 | $154.50 |
| 08/11/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO AND MULTIPLE E<br>MAILS WITH TO SANGER ABOUT<br>DISTRIBUTION PRIORITIES OVER<br>INTERMEDIA AND TIME TO DISCUSS THE<br>VPL CASH FLOW PROJECTION | 0.2 | $103.00 |
| 08/11/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE USURY ISSUES AND<br>DAMAGES QUESTIONS | 0.6 | $309.00 |
| 08/11/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN ABOUT<br>████████████████████████ | 0.4 | $206.00 |
| 08/11/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH CALLAHAN AND<br>JEN ABOUT THE RESIDENCE VISITS | 0.3 | $154.50 |
| 08/11/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE ABOUT<br>THE NEXT CALL AND THE MISSING<br>INFORMATION | 0.3 | $154.50 |

Case 5:18-cv-02104-DMG-PLA Document 45-537 Filed 04/08/24 Page 254 of 443 Page ID #30755

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

L A W Y E R S
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                   PAGE:  31
FILE NO:    078410-0061                        SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                           INVOICE # 416382

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/11/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE USURY DAMAGES FOR WAVE<br>CREST | 0.4 | $206.00 |
| 08/11/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE EMPLOYMENT,<br>SALARY, AND DISTRIBUTION ISSUES | 0.4 | $206.00 |
| 08/11/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE, JEN,<br>AND KINAGA ABOUT THE EMPLOYMENT<br>ISSUES, SALARIES, EMPLOYMENT OPEN<br>QUESTIONS, AND INFORMATION AND<br>DOCUMENTS NEEDED | 0.5 | $257.50 |
| 08/11/20 | MICHAEL G. FLETCHER<br>WORK ON THE OPPOSITION TO THE<br>MOTION BY INTERMEDIA | 0.9 | $463.50 |
| 08/11/20 | MICHAEL G. FLETCHER<br>REVIEW OF, ANALYSIS RE, AND<br>REVISIONS TO THE JEN DRAFT LIST OF<br>REMAINING DOCUMENTATION NEEDED | 0.7 | $360.50 |
| 08/11/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH KANE,<br>JEN, AND SANGER ABOUT SALARY AND<br>DISTRIBUTION ISSUES | 1.5 | $772.50 |
| 08/11/20 | MICHAEL G. FLETCHER<br>E MAIL TO WHITE AND COCHELL ABOUT<br>NO SITE VISITS TODAY | 0.2 | $103.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

L A W Y E R S
1000 WILSHIRE BOULEVARD
19ᵀᴴ FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:      078410-0061
FTC V. JASON CARDIFF

PAGE:  32
SEPTEMBER 16, 2020
INVOICE # 416382

---------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/11/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS ABOUT THE<br>CONFERENCE CALL, WITH SANGER,<br>KANE, JEN, AND GRAY | 0.3 | $154.50 |
| 08/11/20 | MICHAEL G. FLETCHER<br>CONFERENCE CALL WITH KANE AND JEN<br>ABOUT ███████████████████<br>████████ | 0.6 | $309.00 |
| 08/11/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL ABOUT THE<br>TIMING OF GOING TO COURT | 0.1 | $51.50 |
| 08/11/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE AND TO<br>JEN ABOUT THE SERVICE AGREEMENT | 0.2 | $103.00 |
| 08/11/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH THE | 0.1 | $51.50 |
| 08/11/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT THE | 0.1 | $51.50 |
| 08/11/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE DEFICIENCY IN THE<br>INTERMEDIA MOTION | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  33
FILE NO:    078410-0061              SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                 INVOICE # 416382
```

-------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/11/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE WHEN ███████████<br>███████████████████████ | 0.2 | $103.00 |
| 08/11/20 | MICHAEL G. FLETCHER<br>E MAIL FROM SANGER ABOUT THE<br>COCHELL INVOICES | 0.1 | $51.50 |
| 08/11/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH KANE<br>AND JEN ABOUT THE EMPLOYMENT<br>ISSUES, OPEN QUESTIONS, AND<br>INFORMATION AND DOCUMENTS NEEDED | 0.1 | $51.50 |
| 08/11/20 | MICHAEL G. FLETCHER<br>E MAIL TO WHITE AND COCHELL WITH<br>THE RECEIVER'S LIST OF DOCUMENTS<br>AND INFORMATION NEEDED | 0.3 | $154.50 |
| 08/11/20 | BRAD R. BECKER<br>REVISE OPPOSITION TO MOTION FOR<br>ORDER REQUIRING RECEIVER TO PAY<br>MORTGAGE | 0.4 | $152.00 |
| 08/11/20 | BRAD R. BECKER<br>EMAILS TO M FLETCHER RE USURIOUS<br>LOANS | 0.5 | $190.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC  
FILE NO:    078410-0061  
FTC V. JASON CARDIFF

PAGE:  34  
SEPTEMBER 16, 2020  
INVOICE # 416382

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/11/20 | BRAD R. BECKER<br>FURTHER ANALYSIS RE ISSUES RAISED<br>IN MOTION TO REQUIRE RECEIVER TO<br>PAY MORTGAGE | 2.7 | $1,026.00 |
| 08/11/20 | BRAD R. BECKER<br>ANALYSIS RE USURIOUS LOANS | 1.0 | $380.00 |
| 08/11/20 | BRAD R. BECKER<br>REVIEW CALLAHAN DECLARATION IN<br>SUPPORT OF OPPOSITION TO MOTION TO<br>REQUIRE RECEIVER TO PAY MORTGAGE | 0.4 | $152.00 |
| 08/12/20 | MICHAEL G. FLETCHER<br>REVIEW OF AND ANALYSIS RE THE<br>CALLAHAN NET DOWN CALCULATIONS | 0.2 | $103.00 |
| 08/12/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE AND<br>COCHELL ABOUT A PROSPECTIVE BUYER<br>WANTING TO SEE THE HOUSE | 0.2 | $103.00 |
| 08/12/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>AND TELEPHONE CALL TO KANE ABOUT<br>THE ZOOM CALL, THE ADDITIONAL<br>INFORMATION, AND PREPARING THE<br>RECEIVER'S REPORT; THE TIMING OF<br>APPROACHING THE COURT WITH THE<br>CASH FLOW PROJECTION | 0.4 | $206.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  35
FILE NO:    078410-0061                   SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                      INVOICE # 416382
```

-------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/12/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH CALLAHAN<br>ABOUT THE OFFEROR WANTING TO SEE<br>THE HOUSE AND THE APPROVAL OF THAT<br>TIMING | 0.2 | $103.00 |
| 08/12/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE AND MULTIPLE E MAILS<br>WITH WHITE ABOUT THE ZOOM CALL,<br>THE ADDITIONAL INFORMATION, AND<br>PREPARING THE RECEIVER'S REPORT,<br>AND THE TIMING OF APPROACHING THE<br>COURT WITH THE CASH FLOW PROJECTION | 0.5 | $257.50 |
| 08/12/20 | MICHAEL G. FLETCHER<br>WORK ON THE DECLARATION FROM<br>FLETCHER ABOUT THE INTERMEDIA<br>MOTION OPPOSITION | 0.3 | $154.50 |
| 08/12/20 | MICHAEL G. FLETCHER<br>WORK ON THE EMPLOYMENT TERM SHEET | 0.3 | $154.50 |
| 08/12/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE ABOUT<br>ANOTHER ZOOM CALL AND THE TIMING<br>THEREOF | 0.2 | $103.00 |
| 08/12/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL,<br>WHITE, AND ENGLAND ABOUT WHAT THE<br>LABELING HAS TO SAY | 0.3 | $154.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:     078410-0061
FTC V. JASON CARDIFF

PAGE:  36
SEPTEMBER 16, 2020
INVOICE # 416382

------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|---------------|-------|--------|
| 08/12/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH CALLAHAN<br>ABOUT ██████████ | 0.2 | $103.00 |
| 08/12/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH<br>CALLAHAN ABOUT ██████████<br>██████████ | 0.2 | $103.00 |
| 08/12/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE TIMING OF<br>APPROACHING THE COURT WITH THE<br>CASH FLOW PROJECTION | 0.2 | $103.00 |
| 08/12/20 | MICHAEL G. FLETCHER<br>E MAIL FROM WHITE AND ON TO JEN<br>WITH MORE INFORMATION | 0.1 | $51.50 |
| 08/12/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE FURTHER INFORMATION<br>NEEDED IN PREPARATION FOR THE NEXT<br>ZOOM CALL | 0.3 | $154.50 |
| 08/12/20 | MICHAEL G. FLETCHER<br>WORK ON THE DECLARATION FROM<br>CALLAHAN ABOUT THE INTERMEDIA<br>MOTION OPPOSITION | 0.6 | $309.00 |
| 08/12/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE, JEN,<br>AND CALLAHAN WITH AND ABOUT THE<br>DRAFT DECLARATIONS ABOUT THE<br>INTERMEDIA MOTION OPPOSITION | 0.3 | $154.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19ᵀᴴ FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  37
FILE NO:    078410-0061                   SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                      INVOICE # 416382
```

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/12/20 | BRAD R. BECKER<br>REVIEW AND REVISE OPPOSITION TO<br>MOTION TO COMPEL RECEIVER TO PAY<br>MORTGAGE | 1.6 | $608.00 |
| 08/12/20 | BRAD R. BECKER<br>FURTHER ANALYSIS RE OPPOSITION TO<br>MOTION TO COMPEL RECEIVER TO PAY<br>MORTGAGE | 1.6 | $608.00 |
| 08/12/20 | BRAD R. BECKER<br>TCS M FLETCHER RE OPPOSITION TO<br>MOTION TO COMPEL RECEIVER TO PAY<br>MORTGAGE | 0.2 | $76.00 |
| 08/12/20 | BRAD R. BECKER<br>ANALYSIS RE EX APPLICATION FOR<br>INSTRUCTIONS AND TO FILE UNDER SEAL | 1.6 | $608.00 |
| 08/13/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN AND KANE<br>ABOUT ▮▮▮▮▮▮▮▮▮▮ | 0.3 | $154.50 |
| 08/13/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>AND KINAGA WITH THE REVISED<br>EMPLOYMENT TERM SHEET | 0.2 | $103.00 |

222

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19ᵀᴴ FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  38
FILE NO:    078410-0061                  SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                     INVOICE # 416382
```

----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/13/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE STIPULATION TO APPROVE<br>THE CASH FLOW PROJECTION | 0.1 | $51.50 |
| 08/13/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE FTC LIKELY<br>POSITION ABOUT THE CARDIFF SALARY<br>AND THE IMPACTS ON THE APPROVAL<br>PROCESS | 0.2 | $103.00 |
| 08/13/20 | MICHAEL G. FLETCHER<br>PREPARATION OF PLEADINGS RE: THE<br>STIPULATION TO APPROVE THE CASH<br>FLOW PROJECTION | 0.6 | $309.00 |
| 08/13/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>WITH AND ABOUT THE WHITE NEW<br>MATERIALS AND THE NEXT CALL BEING<br>PRODUCTIVE; HIS TIME URGENT TASKS;<br>AND THE TIMING OF EVALUATION OF<br>THE MATERIALS | 0.2 | $103.00 |
| 08/13/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO SANGER ABOUT THE<br>STIPULATION TO APPROVE THE CASH<br>FLOW PROJECTION AND THE FTC<br>POSITION, INCLUDING THE CARDIFF<br>SALARY | 0.1 | $51.50 |
| 08/13/20 | MICHAEL G. FLETCHER<br>WORK ON FURTHER DOCUMENTS BEING<br>SOUGHT BY DOJ RE CARDIFF | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  39
FILE NO:    078410-0061                         SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                            INVOICE # 416382

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/13/20 | MICHAEL G. FLETCHER<br>E MAIL TO CALLAHAN WITH THE<br>REVISED FLETCHER DECLARATION IN<br>OPPOSITION TO THE MOTION BY<br>INTERMEDIA AND THE DECLARATIONS | 0.1 | $51.50 |
| 08/13/20 | MICHAEL G. FLETCHER<br>WORK ON THE EMPLOYMENT TERM SHEET | 0.4 | $206.00 |
| 08/13/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE HANDLING THE REQUEST<br>FOR THE AMOUNT OF CASH IN THE<br>ESTATE FROM INTERMEDIA | 0.1 | $51.50 |
| 08/13/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT<br>███████████████ | 0.2 | $103.00 |
| 08/13/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>ABOUT ███████████<br>███████████████ | 0.1 | $51.50 |
| 08/13/20 | MICHAEL G. FLETCHER<br>WORK ON THE CALLAHAN DECLARATION<br>AND EXHIBITS IN OPPOSITION TO THE<br>MOTION BY INTERMEDIA AND THE<br>DECLARATIONS | 1.2 | $618.00 |
| 08/13/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE ABOUT<br>THE NEW MATERIALS AND THE NEXT<br>CALL BEING PRODUCTIVE; HIS TIME<br>URGENT TASKS AND REQUESTS FOR | 0.7 | $360.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19ᵀᴴ FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  40
FILE NO:    078410-0061                   SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                      INVOICE # 416382
```

----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| | FUNDING | | |
| 08/13/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>ABOUT ███████████ | 0.2 | $103.00 |
| 08/13/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH AND MULTIPLE<br>TELEPHONE CALLS WITH SANGER ABOUT<br>INTERMEDIA | 0.5 | $257.50 |
| 08/13/20 | MICHAEL G. FLETCHER<br>WORK ON THE FLETCHER DECLARATION<br>AND EXHIBITS IN OPPOSITION TO THE<br>MOTION BY INTERMEDIA AND THE<br>DECLARATIONS | 0.4 | $206.00 |
| 08/13/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>ABOUT ███████████ | 0.1 | $51.50 |
| 08/13/20 | BRAD R. BECKER<br>REVIEW OPPOSITION TO MOTION FOR<br>ORDER COMPELLING RECEIVER TO PAY<br>MORTGAGE | 0.4 | $152.00 |

225

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC          PAGE:  41
FILE NO:    078410-0061              SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                 INVOICE # 416382

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/14/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO SANGER ABOUT HER<br>AVAILABILITY TO TALK ABOUT THE<br>RECEIVER'S 13-WEEK CASH FLOW AND<br>WITH WHITE | 0.1 | $51.50 |
| 08/14/20 | MICHAEL G. FLETCHER<br>PREPARATION OF REMAINDER OF THE<br>INTERMEDIA OPPOSITION,<br>DECLARATIONS, AND EXHIBITS, FOR<br>FILING AND SERVICE | 1.4 | $721.00 |
| 08/14/20 | MICHAEL G. FLETCHER<br>E MAIL TO SANGER ABOUT HER<br>AVAILABILITY TO TALK ABOUT THE<br>RECEIVER'S 13-WEEK CASH FLOW AND<br>WITH WHITE AND THE CARDIFF SALARY<br>ISSUES | 0.2 | $103.00 |
| 08/14/20 | MICHAEL G. FLETCHER<br>E MAIL FROM ENGLAND ABOUT PENDING<br>ISSUES AND PAYMENT | 0.1 | $51.50 |
| 08/14/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT THE<br>████████████████████████ | 0.1 | $51.50 |
| 08/14/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>WITH AND ABOUT THE EMAILS FROM<br>WHITE WITH FURTHER INFORMATION,<br>DOCUMENTATION, AND A DRAFT CASH | 0.3 | $154.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:    078410-0061
FTC V. JASON CARDIFF

PAGE:  42
SEPTEMBER 16, 2020
INVOICE # 416382

----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| | FLOW PROJECTION; TIME TO SCHEDULE A CALL | | |
| 08/14/20 | MICHAEL G. FLETCHER<br>E MAIL TO COUNSEL WITH THE MOST RECENT RECEIVERSHIP BANK ACCOUNT STATEMENTS | 0.1 | $51.50 |
| 08/14/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE MOST RECENT RECEIVERSHIP BANK ACCOUNT STATEMENTS | 0.2 | $103.00 |
| 08/14/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE ABOUT FURTHER INFORMATION, DOCUMENTATION, AND A DRAFT CASH FLOW PROJECTION | 0.2 | $103.00 |
| 08/14/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE EX PARTE RE THE VPL CASH FLOW REPORT AND APPROVALS FOR THE REPORT, THE CASH FLOW PROJECTIONS, AND THE OPERATIONS | 0.4 | $206.00 |
| 08/14/20 | BRAD R. BECKER<br>TC M FLETCHER RE MOTION TO FILE UNDER SEAL | 0.1 | $38.00 |
| 08/14/20 | BRAD R. BECKER<br>ANALYSIS RE MOTION TO FILE UNDER SEAL | 2.2 | $836.00 |

227

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:    078410-0061
FTC V. JASON CARDIFF

PAGE:  43
SEPTEMBER 16, 2020
INVOICE # 416382

---

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/14/20 | BRAD R. BECKER<br>REVIEW EMAILS RE MOTION TO FILE<br>UNDER SEAL | 0.2 | $76.00 |
| 08/15/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE,<br>SANGER, AND THE OTHERS ABOUT<br>CHANGING THE CALL TIME | 0.4 | $206.00 |
| 08/15/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>AND TELEPHONE CALL TO JEN WITH AND<br>ABOUT THE REQUEST FROM WHITE ABOUT<br>CHANGING THE CALL TIME AND<br>QUESTIONS ABOUT TIMING OF<br>INFORMATION SHARING | 0.3 | $154.50 |
| 08/15/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE NEW RECEIVER CASH<br>FLOW PROJECTIONS | 0.1 | $51.50 |
| 08/15/20 | MICHAEL G. FLETCHER<br>REVIEW OF AND ANALYSIS RE THE OPEN<br>ISSUES AND QUESTIONS RAISED BY THE<br>ASSUMPTIONS BY JEN IN THE NEW<br>RECEIVER CASH FLOW PROJECTIONS | 0.3 | $154.50 |
| 08/15/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT ███████████████ | 0.1 | $51.50 |

228

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC          PAGE:  44
FILE NO:    078410-0061             SEPTEMBER 16, 2020
FTC V. JASON CARDIFF            INVOICE # 416382

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/15/20 | MICHAEL G. FLETCHER<br>PREPARATION OF REMAINDER OF THE<br>REVISIONS TO THE QUESTIONS RAISED<br>BY THE ASSUMPTIONS BY JEN IN THE<br>NEW RECEIVER CASH FLOW PROJECTIONS | 0.4 | $206.00 |
| 08/15/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>ABOUT ███████████████████ | 0.2 | $103.00 |
| 08/15/20 | BRAD R. BECKER<br>DRAFT KANE DECLARATION IN SUPPORT<br>OF EX PARTE APPLICATION FOR LEAVE<br>TO FILE UNDER SEAL | 2.0 | $760.00 |
| 08/15/20 | BRAD R. BECKER<br>DRAFT FLETCHER DECLARATION IN<br>SUPPORT OF EX PARTE APPLICATION<br>FOR LEAVE TO FILE UNDER SEAL | 1.2 | $456.00 |
| 08/15/20 | BRAD R. BECKER<br>DRAFT EX PARTE APPLICATION FOR<br>LEAVE TO FILE UNDER SEAL; ANALYSIS<br>RE EX PARTE APPLICATION | 1.1 | $418.00 |
| 08/15/20 | BRAD R. BECKER<br>REVIEW DRAFT STIPULATION IN<br>SUPPORT OF EX PARTE APPLICATION<br>FOR LEAVE TO FILE UNDER SEAL | 0.2 | $76.00 |

229

# FRANDZEL ROBINS BLOOM & CSATO, L.C.
LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  45
FILE NO:   078410-0061               SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                 INVOICE # 416382
```

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/15/20 | BRAD R. BECKER<br>DRAFT PROPOSED ORDER IN SUPPORT OF<br>EX PARTE APPLICATION FOR LEAVE TO<br>FILE UNDER SEAL | 0.3 | $114.00 |
| 08/16/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE REVISIONS TO<br>RECEIVER'S CASH FLOW PROJECTION<br>AND THE ASSUMPTIONS SHEET | 0.2 | $103.00 |
| 08/16/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL FROM KANE ABOUT<br>███████████████ | 0.1 | $51.50 |
| 08/16/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE DRAFT EX PARTE<br>APPLICATIONS RE THE REPORT AND THE<br>CASH FLOW | 0.2 | $103.00 |
| 08/16/20 | MICHAEL G. FLETCHER<br>E MAIL TO SANGER ABOUT HER SALARY<br>ISSUES | 0.1 | $51.50 |
| 08/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH<br>SANGER ABOUT THE CASH FLOW<br>PROJECTION AND ASSUMPTIONS; AND<br>DRAFT ISSUES ABOUT SALARIES | 0.1 | $51.50 |
| 08/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE,<br>COCHELL, SANGER AND OTHER FTC<br>LAWYERS WITH AND ABOUT THE<br>RECEIVER'S CASH FLOW PROJECTIONS, | 0.2 | $103.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID J95-3457891

ROBB EVANS & ASSOCIATES LLC
FILE NO:    078410-0061
FTC V. JASON CARDIFF

PAGE:  46
SEPTEMBER 16, 2020
INVOICE # 416382

----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| | AND THE UNDERLYING ASSUMPTIONS | | |
| 08/16/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE AND TELEPHONE<br>CONFERENCE WITH KANE AND TOM<br>ROBINS ABOUT ▉▉▉▉▉▉▉ | 0.6 | $309.00 |
| 08/16/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH THE<br>RECEIVER'S CASH FLOW PROJECTION<br>OPEN QUESTIONS | 0.1 | $51.50 |
| 08/16/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH WHITE,<br>COCHELL, SANGER, BEDI, CARDIFF,<br>AND KANE AND JEN ABOUT THE CASH<br>FLOW PROJECTION AND ASSUMPTIONS | 0.9 | $463.50 |
| 08/16/20 | MICHAEL G. FLETCHER<br>POST CALL TO THE TELEPHONE<br>CONFERENCE WITH KANE AND JEN ABOUT<br>THE CASH FLOW PROJECTION ▉▉▉▉ | 0.3 | $154.50 |
| 08/16/20 | MICHAEL G. FLETCHER<br>E MAIL TO SANGER WITH AND ABOUT<br>LANGUAGE FOR THE STIPULATION ABOUT<br>THE SALARY FOR CARDIFF | 0.1 | $51.50 |

231

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC          PAGE:  47
FILE NO:    078410-0061              SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                 INVOICE # 416382

------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/16/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH THE<br>WORD VERSION OF THE ASSUMPTIONS RE<br>THE RECEIVER'S CASH FLOW<br>PROJECTIONS | 0.1 | $51.50 |
| 08/16/20 | MICHAEL G. FLETCHER<br>WORK ON THE EVALUATION OF THE<br>RECEIVER'S REVISED CASH FLOW<br>PROJECTIONS, THE REVISED<br>ASSUMPTIONS, AND THE OPEN QUESTIONS | 0.6 | $309.00 |
| 08/16/20 | MICHAEL G. FLETCHER<br>WORK ON THE STIPULATION RE THE<br>RECEIVER'S VPL REPORT AND THE CASH<br>FLOW | 0.7 | $360.50 |
| 08/16/20 | BRAD R. BECKER<br>ANALYSIS RE EX PARTE APPLICATION<br>FOR LEAVE TO FILE UNDER SEAL | 0.7 | $266.00 |
| 08/16/20 | BRAD R. BECKER<br>DRAFT EX PARTE APPLICATION FOR<br>LEAVE TO FILE UNDER SEAL | 1.9 | $722.00 |
| 08/16/20 | BRAD R. BECKER<br>DRAFT MEMORANDUM IN SUPPORT OF EX<br>PARTE APPLICATION FOR LEAVE TO<br>FILE UNDER SEAL | 1.4 | $532.00 |
| 08/16/20 | BRAD R. BECKER<br>REVIEW REVISED JOINT STIPULATION | 0.3 | $114.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437881

ROBB EVANS & ASSOCIATES LLC                    PAGE:  48
FILE NO:    078410-0061                         SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                            INVOICE # 416382

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/16/20 | BRAD R. BECKER<br>DRAFT KANE DECLARATION IN SUPPORT<br>OF EX PARTE APPLICATION FOR LEAVE<br>TO FILE UNDER SEAL | 0.9 | $342.00 |
| 08/16/20 | BRAD R. BECKER<br>DRAFT PROPOSED ORDER GRANTING EX<br>PARTE APPLICATION FOR LEAVE TO<br>FILE UNDER SEAL | 0.4 | $152.00 |
| 08/16/20 | BRAD R. BECKER<br>REVIEW EMAILS RE VPL PROJECTIONS | 0.2 | $76.00 |
| 08/17/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO COCHELL ABOUT<br>HIS EMAILS AND TURNING AROUND THE<br>DOCUMENTS | 0.2 | $103.00 |
| 08/17/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE OPEN ISSUES RAISED BY<br>THE COCHELL CONVERSATION SUMMARY | 0.2 | $103.00 |
| 08/17/20 | MICHAEL G. FLETCHER<br>PREPARATION OF REMAINDER OF THE<br>EMPLOYMENT TERM SHEET | 0.4 | $206.00 |
| 08/17/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE SEEKING ALTERNATIVE<br>FDA LAWYERS | 0.1 | $51.50 |
| 08/17/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL WITH HIS<br>CONVERSATION SUMMARY | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC          PAGE:  49
FILE NO:    078410-0061              SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                 INVOICE # 416382

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/17/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL ABOUT VARIOUS TOPICS | 0.1 | $51.50 |
| 08/17/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE DRAFT RECEIVER VPL REPORT | 0.4 | $206.00 |
| 08/17/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND ABOUT THE OPEN ISSUES RAISED BY THE COCHELL CONVERSATION SUMMARY | 0.2 | $103.00 |
| 08/17/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT ▮▮▮▮ | 0.2 | $103.00 |
| 08/17/20 | MICHAEL G. FLETCHER<br>E MAIL FROM AND MULTIPLE TELEPHONE CALLS WITH KANE ABOUT THE RESPONSE TO THE E MAIL FROM COCHELL ABOUT VARIOUS TOPICS; ▮▮▮▮ | 0.1 | $51.50 |
| 08/17/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE WITH AND ABOUT THE REVISED DRAFT RECEIVER VPL REPORT | 0.1 | $51.50 |

234

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

L A W Y E R S
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  50
FILE NO:    078410-0061              SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                 INVOICE # 416382
```

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/17/20 | MICHAEL G. FLETCHER<br>E MAIL TO COCHELL CONCERNING HIS<br>CONVERSATION SUMMARY | 0.4 | $206.00 |
| 08/17/20 | BRAD R. BECKER<br>REVIEW COURT RULES RE SEALING<br>MOTION | 0.9 | $342.00 |
| 08/17/20 | BRAD R. BECKER<br>REVIEW AND REVISE EX PARTE<br>APPLICATION FOR LEAVE TO FILE<br>UNDER SEAL | 0.8 | $304.00 |
| 08/17/20 | BRAD R. BECKER<br>REVIEW AND REVISE KANE DECLARATION<br>IN SUPPORT OF EX PARTE APPLICATION<br>FOR LEAVE TO FILE UNDER SEAL | 1.4 | $532.00 |
| 08/17/20 | BRAD R. BECKER<br>EMAILS WITH M FLETCHER RE EX PARTE<br>APPLICATION | 0.2 | $76.00 |
| 08/17/20 | BRAD R. BECKER<br>TCS WITH M FLETCHER RE EX PARTE<br>APPLICATION | 0.1 | $38.00 |
| 08/17/20 | BRAD R. BECKER<br>REVIEW AND REVISE PROPOSED ORDER<br>GRANTING EX PARTE APPLICATION FOR<br>LEAVE TO FILE UNDER SEAL | 0.7 | $266.00 |

235

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  51
FILE NO:    078410-0061              SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                 INVOICE # 416382
```

----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/17/20 | BRAD R. BECKER<br>REVIEW AND REVISE FLETCHER<br>DECLARATION IN SUPPORT OF EX PARTE<br>APPLICATION FOR LEAVE TO FILE<br>UNDER SEAL | 0.5 | $190.00 |
| 08/18/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE STATUS OF THE FEES<br>MEET AND CONFER AND STEPS FORWARD | 0.1 | $51.50 |
| 08/18/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE AND<br>SANGER ABOUT THE FTC LANGUAGE FOR<br>THE JOINT STIPULATION | 0.2 | $103.00 |
| 08/18/20 | MICHAEL G. FLETCHER<br>COMPARE THE REVISED ASSUMPTIONS<br>WITH THE LINED AND REVISED<br>RECEIVER'S REPORT DRAFT | 0.2 | $103.00 |
| 08/18/20 | MICHAEL G. FLETCHER<br>E MAIL TO WHITE ABOUT HIS COMMENTS<br>TO THE EX PARTE APPLICATION<br>FILINGS RE THE CASH FLOW<br>PROJECTIONS | 0.1 | $51.50 |
| 08/18/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE FINAL RECEIVER'S<br>REPORT | 0.1 | $51.50 |
| 08/18/20 | MICHAEL G. FLETCHER<br>REVISIONS TO THE JOINT STIPULATION<br>WITH THE FTC LANGUAGE | 0.2 | $103.00 |

236

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  52
FILE NO:    078410-0061                   SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                      INVOICE # 416382
```

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/18/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE ███████████ ██████████ | 0.1 | $51.50 |
| 08/18/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT ██████████ | 0.2 | $103.00 |
| 08/18/20 | MICHAEL G. FLETCHER<br>E MAIL FROM JEN ABOUT ████████ ██████ | 0.1 | $51.50 |
| 08/18/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE ABOUT<br>THE RECEIVER'S REPORT AND COMMENTS | 0.2 | $103.00 |
| 08/18/20 | MICHAEL G. FLETCHER<br>E MAIL FROM SANGER TO WHITE WITH<br>THE STIPULATION LANGUAGE | 0.1 | $51.50 |
| 08/18/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH SANGER ABOUT<br>HER OPEN QUESTIONS | 0.4 | $206.00 |
| 08/18/20 | MICHAEL G. FLETCHER<br>E MAIL TO AND TELEPHONE CALL TO<br>KANE ABOUT THE RESPONSES TO THE<br>QUESTIONS FROM SANGER ABOUT THE<br>CASH FLOW PROJECTION, AND AS TO<br>THE CARDIFF SALARY | 0.3 | $154.50 |

237

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC        PAGE:  53
FILE NO:   078410-0061            SEPTEMBER 16, 2020
FTC V. JASON CARDIFF             INVOICE # 416382

------------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/18/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH<br>COCHELL ABOUT CHANGES TO THE VPL<br>OPERATIONS FILINGS DRAFTS | 0.3 | $154.50 |
| 08/18/20 | MICHAEL G. FLETCHER<br>E MAIL TO SANGER ABOUT THE PER<br>MASK NUMBER | 0.1 | $51.50 |
| 08/18/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE COCHELL REQUESTED MAJOR<br>CHANGES TO THE VPL OPERATIONS<br>FILINGS DRAFTS | 0.4 | $206.00 |
| 08/18/20 | MICHAEL G. FLETCHER<br>E MAIL FROM KANE TO BEDI ABOUT<br>PRODUCT LIABILITY INSURANCE | 0.1 | $51.50 |
| 08/18/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE WITH<br>AND ABOUT THE FINAL RECEIVER'S<br>REPORT | 0.1 | $51.50 |
| 08/18/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE DRAFT LANGUAGE FROM<br>SANGER ABOUT THE CARDIFF SALARY | 0.2 | $103.00 |
| 08/18/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE 9TH CIRCUIT'S<br>MANDATE RE THE JUNE 2020 ORDER | 0.1 | $51.50 |

238

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                      PAGE:  54
FILE NO:    078410-0061                          SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                             INVOICE # 416382

-------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/18/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT THE ███████ | 0.1 | $51.50 |
| 08/19/20 | MICHAEL G. FLETCHER<br>WORK ON REVISING THE JOINT<br>STIPULATION | 1.5 | $772.50 |
| 08/19/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT ███ | 0.1 | $51.50 |
| 08/19/20 | MICHAEL G. FLETCHER<br>E MAIL FROM KANE ABOUT FURTHER<br>DISCUSSIONS AND SUBSTANTIVE POINTS | 0.1 | $51.50 |
| 08/19/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE COCHELL MAIN<br>ISSUES AND FURTHER DISCUSSIONS<br>ABOUT HIS SUBSTANTIVE POINTS | 0.4 | $206.00 |
| 08/19/20 | MICHAEL G. FLETCHER<br>E MAIL TO COUNSEL WITH THE LINED<br>AND REVISED JOINT STIPULATION AND<br>APPROVAL THEREOF | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  55
FILE NO:    078410-0061                         SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                            INVOICE # 416382

------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/19/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH<br>SANGER ABOUT THE RECEIVER'S<br>RESPONSE TO COCHELL AND ABOUT A<br>CONFERENCE CALL CONVENIENT TIMING | 0.3 | $154.50 |
| 08/19/20 | MICHAEL G. FLETCHER<br>E MAIL TO COCHELL AND OTHER<br>COUNSEL WITH THE RECEIVER RESPONSE<br>TO THE COCHELL COMMENTS TO THE<br>DRAFT FILINGS | 0.1 | $51.50 |
| 08/19/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>WITH THE LINED AND REVISED JOINT<br>STIPULATION AND APPROVAL THEREOF | 0.2 | $103.00 |
| 08/19/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH AND<br>E MAIL TO SANGER AND PRUNTY ABOUT<br>THE COCHELL MAIN ISSUES AND<br>FURTHER DISCUSSIONS ABOUT HIS<br>SUBSTANTIVE POINTS | 0.9 | $463.50 |
| 08/19/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE DRAFT RECEIVER<br>RESPONSE TO THE COCHELL COMMENTS<br>TO THE DRAFT FILINGS | 1.1 | $566.50 |
| 08/19/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE DRAFT RECEIVER RESPONSE<br>TO THE COCHELL COMMENTS TO THE<br>DRAFT FILINGS AND THE REVISIONS TO | 0.1 | $51.50 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:  56
FILE NO:    078410-0061                SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                   INVOICE # 416382
```

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| | THE JOINT STIPULATION | | |
| 08/19/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT THE<br>COCHELL MAIN ISSUES AND FURTHER<br>DISCUSSIONS ABOUT HIS SUBSTANTIVE<br>POINTS | 0.1 | $51.50 |
| 08/19/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE CONFERENCE CALL<br>RE THE FTC AND CARDIFF SALARY<br>ISSUES | 0.2 | $103.00 |
| 08/19/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>███████████████████ | 0.3 | $154.50 |
| 08/19/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL ABOUT HIS<br>COMMENTS TO THE DRAFT FILINGS | 0.2 | $103.00 |
| 08/19/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH AND<br>TELEPHONE CALL TO KANE ABOUT ███<br>███████████████████ | 0.2 | $103.00 |
| 08/19/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO COCHELL ABOUT<br>THE RECEIVER RESPONSE TO THE<br>COCHELL COMMENTS TO THE DRAFT<br>FILINGS | 0.1 | $51.50 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  57
FILE NO:    078410-0061                  SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                     INVOICE # 416382
```

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/19/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH SANGER AND<br>WHITE ABOUT A TIME FOR THE LAWYER<br>CONFERENCE CALL ABOUT THE FTC<br>ISSUES AND AN UNREVIEWED AND NOT<br>APPROVED REVISION TO THE JOINT<br>STIPULATION | 0.3 | $154.50 |
| 08/19/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH SANGER,<br>PRUNTY, WHITE, AND COCHELL ABOUT<br>THE SALARY ISSUES | 0.4 | $206.00 |
| 08/19/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH KANE<br>ABOUT THE CONFERENCE CALL RESULTS<br>AND THE REVISED DRAFT JOINT<br>STIPULATION | 0.1 | $51.50 |
| 08/20/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH<br>SANGER ABOUT HER COMMENTS ON THE<br>REVISED JOINT STIPULATION | 0.1 | $51.50 |
| 08/20/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO AND E MAIL TO<br>KANE ABOUT ███████████████ | 0.1 | $51.50 |
| 08/20/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO SANGER ABOUT THE<br>FTC REVISIONS TO THE JOINT<br>STIPULATION | 0.1 | $51.50 |

242

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  58
FILE NO:    078410-0061                         SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                            INVOICE # 416382

-------------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/20/20 | MICHAEL G. FLETCHER REVIEW OF AND ANALYSIS RE THE COCHELL CHANGES TO THE JOINT STIPULATION | 0.2 | $103.00 |
| 08/20/20 | MICHAEL G. FLETCHER TELEPHONE CALL FROM SANGER AND PRUNTY ABOUT THE FTC CHANGES TO THE JOINT STIPULATION | 0.4 | $206.00 |
| 08/20/20 | MICHAEL G. FLETCHER TELEPHONE CALL TO KANE ABOUT HIS ███████████████ | 0.1 | $51.50 |
| 08/20/20 | MICHAEL G. FLETCHER MULTIPLE E MAILS WITH COCHELL ABOUT HIS CHANGES TO THE JOINT STIPULATION | 0.3 | $154.50 |
| 08/20/20 | MICHAEL G. FLETCHER MULTIPLE E MAILS WITH KANE AND JEN ███████████████ | 0.3 | $154.50 |
| 08/20/20 | MICHAEL G. FLETCHER REVIEW OF THE FTC REVISIONS TO THE JOINT STIPULATION | 0.4 | $206.00 |
| 08/20/20 | MICHAEL G. FLETCHER TELEPHONE CALL TO KANE AND JEN ABOUT FURTHER COMMENTS AND COCHELL FURTHER LANGUAGE CHANGES TO THE JOINT STIPULATION | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  59
FILE NO:    078410-0061                  SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                     INVOICE # 416382
```

-----------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/20/20 | MICHAEL G. FLETCHER<br>E MAIL FROM SANGER WITH FTC<br>REVISIONS TO THE JOINT STIPULATION | 0.1 | $51.50 |
| 08/20/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL FROM SANGER AND<br>TELEPHONE CONFERENCE WITH SANGER<br>AND COCHELL ABOUT FURTHER LANGUAGE<br>CHANGES TO THE JOINT STIPULATION | 0.2 | $103.00 |
| 08/20/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO COCHELL ABOUT<br>HIS COMMENTS ON THE REVISED JOINT<br>STIPULATION | 0.1 | $51.50 |
| 08/20/20 | MICHAEL G. FLETCHER<br>E MAIL TO COUNSEL ABOUT COMMENTS<br>ON THE REVISED JOINT STIPULATION | 0.1 | $51.50 |
| 08/20/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>ABOUT FURTHER COMMENTS AND COCHELL<br>FURTHER LANGUAGE CHANGES TO THE<br>JOINT STIPULATION | 0.3 | $154.50 |
| 08/20/20 | MICHAEL G. FLETCHER<br>REVISIONS TO THE JOINT STIPULATION | 1.2 | $618.00 |
| 08/21/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO SANGER ABOUT THE<br>PROPOSED FTC LANGUAGE CHANGES TO<br>THE JOINT STIPULATION | 0.2 | $103.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS

1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3457891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:  60
FILE NO:    078410-0061                SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                   INVOICE # 416382
```

---------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/21/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE AND<br>COCHELL ABOUT THE FTC LANGUAGE | 0.1 | $51.50 |
| 08/21/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT<br>ATTACHING THE REPORT TO THE<br>STIPULATION WHEN IT IS CIRCULATED<br>FOR SIGNATURES AND APPROVAL THEREOF | 0.1 | $51.50 |
| 08/21/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>WITH THE REVISIONS TO THE DRAFT<br>JOINT STIPULATION | 0.2 | $103.00 |
| 08/21/20 | MICHAEL G. FLETCHER<br>E MAIL TO SANGER AND PRUNTY ABOUT<br>THE CARDIFF AND BEDI OBJECTIONS TO<br>THE RECEIVER DECLINING TO PAY THEM<br>SALARY FOR THE PRE-CASH FLOW<br>PERIOD AND THAT BEING THE SUBJECT<br>OF FURTHER DISPUTES | 0.2 | $103.00 |
| 08/21/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN ABOUT<br>ASSEMBLING THE RECEIVER'S VPL<br>REPORT AND THE CASH FLOW<br>PROJECTIONS | 0.1 | $51.50 |
| 08/21/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE FTC DRAFT LANGUAGE<br>CHANGES FROM SANGER | 0.2 | $103.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3457891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  61
FILE NO:    078410-0061              SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                 INVOICE # 416382
```

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/21/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH AND MULTIPLE<br>TELEPHONE CALLS WITH SANGER AND<br>PRUNTY ABOUT THE REQUESTED CHANGES<br>FROM FTC TO THE JOINT STIPULATION<br>DRAFT | 0.2 | $103.00 |
| 08/21/20 | MICHAEL G. FLETCHER<br>FURTHER ANALYSIS RE THE REQUESTED<br>CHANGES FROM VPL AND FTC TO THE<br>JOINT STIPULATION DRAFT | 0.3 | $154.50 |
| 08/21/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT<br>███████████ | 0.1 | $51.50 |
| 08/21/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>ABOUT ████████<br>█████████ | 0.1 | $51.50 |
| 08/21/20 | MICHAEL G. FLETCHER<br>WORK ON THE EX PARTE MOTION TO<br>APPROVE THE CASH FLOW PROJECTIONS | 0.1 | $51.50 |
| 08/21/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE ABOUT<br>HIS LIVING EXPENSES ISSUES AND<br>REJECTING INCLUSION OF THOSE<br>ISSUES IN THE JOINT STIPULATION | 0.9 | $463.50 |

246

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:     078410-0061
FTC V. JASON CARDIFF

PAGE:  62
SEPTEMBER 16, 2020
INVOICE # 416382

---------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/21/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN ▮▮▮▮▮▮▮ | 0.3 | $154.50 |
| 08/21/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE ABOUT<br>THE FINAL JOINT STIPULATION DRAFT<br>AND THE EXHIBITS | 0.3 | $154.50 |
| 08/21/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS FROM WHITE AND<br>COCHELL ABOUT THEIR CHANGES TO THE<br>JOINT STIPULATION DRAFT | 0.2 | $103.00 |
| 08/21/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH<br>WHITE AND COCHELL ABOUT THE<br>EMPLOYMENT TERM SHEET, AND THE JOB<br>TITLES AND DESCRIPTIONS, AND<br>SIGNATURES AND THE REJECTION OF<br>THEIR PROPOSED LANGUAGE RE THE<br>NON-VPL ISSUES. | 0.2 | $103.00 |
| 08/21/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COUNSEL WITH<br>THE LINED AND REVISED JOINT<br>STIPULATION | 0.2 | $103.00 |

247

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  63
FILE NO:    078410-0061                  SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                     INVOICE # 416382
```

-------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/21/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH SANGER WITH<br>PROPOSED FTC LANGUAGE ABOUT THE<br>JOINT STIPULATION AND FURTHER<br>REVISIONS | 0.3 | $154.50 |
| 08/21/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE EMAIL FROM SANGER WITH<br>PROPOSED FTC LANGUAGE ABOUT THE<br>JOINT STIPULATION | 0.1 | $51.50 |
| 08/21/20 | MICHAEL G. FLETCHER<br>E MAIL TO COUNSEL WITH THE<br>EXECUTION COPY OF THE JOINT<br>STIPULATION | 0.1 | $51.50 |
| 08/21/20 | MICHAEL G. FLETCHER<br>WORK ON THE REVISIONS TO THE DRAFT<br>JOINT STIPULATION | 1.7 | $875.50 |
| 08/21/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE AND<br>COCHELL ABOUT THE EMPLOYMENT TERM<br>SHEET, AND THE JOB TITLES AND<br>DESCRIPTIONS, AND SIGNATURES | 0.3 | $154.50 |
| 08/21/20 | BRAD R. BECKER<br>TC M FLETCHER RE EX PARTE<br>APPLICATION TO FILE UNDER SEAL | 0.1 | $38.00 |
| 08/21/20 | BRAD R. BECKER<br>REVIEW EMAILS RE EX PARTE<br>APPLICATION TO FILE UNDER SEAL | 0.2 | $76.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437991

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  64
FILE NO:   078410-0061                SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                  INVOICE # 416382
```

------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/23/20 | MICHAEL G. FLETCHER<br>E MAIL TO WHITE AND COCHELL ABOUT THE EMPLOYMENT TERM SHEETS FOR CARDIFF AND BEDI | 0.1 | $51.50 |
| 08/23/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE FEE APPLICATIONS | 0.2 | $103.00 |
| 08/24/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN ABOUT THE COCHELL MEET AND CONFER REQUESTS RE THE VPL APPEAL | 0.1 | $51.50 |
| 08/24/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND ABOUT THE 9TH CIRCUITS VPL PI APPEAL BRIEFING SCHEDULE | 0.1 | $51.50 |
| 08/24/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN ▮▮▮▮▮▮▮▮▮ | 0.2 | $103.00 |
| 08/24/20 | MICHAEL G. FLETCHER<br>E MAIL FROM WHITE ABOUT THE EMPLOYMENT TERM SHEETS | 0.1 | $51.50 |
| 08/24/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL AND THE FTC ABOUT HIS MEET AND CONFER REQUESTS RE THE VPL APPEAL | 0.3 | $154.50 |

**FRANDZEL ROBINS BLOOM & CSATO, L.C.**
LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  65
FILE NO:    078410-0061                   SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                      INVOICE # 416382
```

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/24/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS ██████████<br>████████████ | 0.1 | $51.50 |
| 08/24/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH THE<br>WHITE COMMENTS ABOUT THE<br>EMPLOYMENT TERM SHEETS | 0.1 | $51.50 |
| 08/24/20 | MICHAEL G. FLETCHER<br>E MAIL TO COCHELL ABOUT HIS SALARY<br>COMPLAINTS | 0.2 | $103.00 |
| 08/24/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH COCHELL,<br>PRUNTY, AND SANGER ABOUT MEETING<br>AND CONFERRING | 0.7 | $360.50 |
| 08/24/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN ABOUT THE<br>CALL FROM COCHELL ABOUT A<br>SUGGESTED RESOLUTION OF THE SALARY<br>████████████ | 0.2 | $103.00 |
| 08/24/20 | MICHAEL G. FLETCHER<br>FURTHER E MAIL FROM COCHELL ABOUT<br>SALARY AND LIVING EXPENSES | 0.1 | $51.50 |
| 08/24/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE 9TH CIRCUITS VPL PI<br>APPEAL BRIEFING SCHEDULE | 0.1 | $51.50 |

250

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  66
FILE NO:    078410-0061              SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                 INVOICE # 416382
```

----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/24/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE PROPOSED JOB<br>DESCRIPTIONS | 0.1 | $51.50 |
| 08/24/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH BEDI AND<br>KANE AND JEN ABOUT GETTING A<br>PRODUCTS LIABILITY INSURANCE QUOTE<br>AND NO BINDING ANY POLICIES UNTIL<br>THE CASH FLOW PROJECTION IS<br>APPROVED | 0.4 | $206.00 |
| 08/24/20 | MICHAEL G. FLETCHER<br>FURTHER E MAIL FROM WHITE WITH<br>COMMENTS ABOUT THE EMPLOYMENT TERM<br>SHEETS | 0.1 | $51.50 |
| 08/24/20 | MICHAEL G. FLETCHER<br>E MAIL FROM BROWN OF THE IRS | 0.1 | $51.50 |
| 08/24/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE PROPOSED CHANGES TO<br>THE EMPLOYMENT TERM SHEET | 0.6 | $309.00 |
| 08/24/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN ABOUT THE<br>FINAL ASSEMBLED RECEIVER'S REPORT<br>AND EXHIBITS AND TIMING RE DELIVERY | 0.1 | $51.50 |
| 08/24/20 | MICHAEL G. FLETCHER<br>E MAIL TO AND MULTIPLE TELEPHONE<br>CALLS WITH KANE AND JEN ABOUT<br>RESPONDING TO THE E MAIL FROM<br>COCHELL EMAIL ABOUT LIVING EXPENSES | 0.3 | $154.50 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

L A W Y E R S
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                      PAGE:  67
FILE NO:    078410-0061                          SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                             INVOICE # 416382

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/24/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE RESPONDING TO THE E<br>MAIL FROM COCHELL EMAIL ABOUT<br>LIVING EXPENSES | 0.1 | $51.50 |
| 08/24/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH<br>COCHELL ABOUT A SUGGESTED<br>RESOLUTION OF THE SALARY | 0.1 | $51.50 |
| 08/24/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL EMAIL ABOUT<br>LIVING EXPENSES | 0.1 | $51.50 |
| 08/24/20 | BRAD R. BECKER<br>REVIEW AND ANALYSIS OF INTERMEDIA<br>REPLY TO OPPOSITION TO MOTION TO<br>COMPEL RECEIVER TO PAY MORTGAGE | 0.6 | $228.00 |
| 08/25/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH KANE<br>ABOUT ██████████████ | 0.6 | $309.00 |
| 08/25/20 | MICHAEL G. FLETCHER<br>FURTHER REVISIONS TO THE<br>EMPLOYMENT TERM SHEET | 0.7 | $360.50 |
| 08/25/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE FEE APPLICATION<br>CONFERENCE CALL | 0.3 | $154.50 |

252

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:    078410-0061
FTC V. JASON CARDIFF

PAGE:  68
SEPTEMBER 16, 2020
INVOICE # 416382

----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/25/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE AND<br>COCHELL, SANGER, AND OTHER FTC<br>LAWYERS WITH THE RECEIVER'S REPORT<br>AND ABOUT SALARY | 0.3 | $154.50 |
| 08/25/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT THE<br>OPEN ISSUES ON THE EMPLOYMENT<br>CONTRACT | 0.1 | $51.50 |
| 08/25/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT THE<br>████████████████████████ | 0.1 | $51.50 |
| 08/25/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH CALLAHAN<br>ABOUT THE APPROVED WEDNESDAY<br>RESIDENCE SHOWING AND THE SCOPE OF<br>THE SHOWING | 0.2 | $103.00 |
| 08/25/20 | MICHAEL G. FLETCHER<br>E MAIL TO WHITE AND COCHELL ABOUT<br>SHOWING THE ENTIRE RESIDENCE | 0.1 | $51.50 |
| 08/25/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT STAYING THE CASE AND HIS NEW<br>CASE | 0.1 | $51.50 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  69
FILE NO:    078410-0061                  SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                     INVOICE # 416382
```

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/25/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH COCHELL,<br>SANGER, AND RODRIQUEZ ABOUT<br>SEEKING A STAY OF THE CASE PENDING<br>A RULING BY THE SUPREME COURT;<br>RECEIVERSHIP ISSUES; SALARY ISSUE<br>AND THE EMPLOYMENT AGREEMENT; OPEN<br>ISSUES | 0.5 | $257.50 |
| 08/25/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH<br>COCHELL ABOUT THE HHS CONTRACT | 0.2 | $103.00 |
| 08/25/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE,<br>KINAGA, AND JEN WITH THE REVISIONS<br>TO THE EMPLOYMENT TERM SHEET | 0.2 | $103.00 |
| 08/25/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND KINAGA WITH AND<br>ABOUT THE FURTHER REVISIONS TO THE<br>EMPLOYMENT TERM SHEET | 0.1 | $51.50 |
| 08/25/20 | MICHAEL G. FLETCHER<br>PREPARATION OF REMAINDER OF FEE<br>APPLICATIONS | 0.4 | $206.00 |
| 08/25/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT THE RESIDENCE SHOWING | 0.1 | $51.50 |
| 08/25/20 | MICHAEL G. FLETCHER<br>REVISIONS TO THE EMPLOYMENT TERM<br>SHEET | 1.4 | $721.00 |

254

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  70
FILE NO:   078410-0061                   SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                     INVOICE # 416382
```

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/25/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT ███████████ | 0.2 | $103.00 |
| 08/25/20 | MICHAEL G. FLETCHER<br>E MAIL TO WHITE, COCHELL, AND SANGER AND OTHER FTC LAWYERS WITH THE RECEIVER'S REVISIONS TO THE EMPLOYMENT TERM SHEET | 0.1 | $51.50 |
| 08/25/20 | MICHAEL G. FLETCHER<br>FEE APPLICATION CONFERENCE CALL | 0.3 | $154.50 |
| 08/25/20 | BRAD R. BECKER<br>REVIEW RECEIVER'S REPORT RE VPL OPERATIONS | 0.1 | $38.00 |
| 08/25/20 | BRAD R. BECKER<br>REVIEW EMAILS RE RECEIVER'S REPORT RE VPL OPERATIONS | 0.1 | $38.00 |
| 08/26/20 | MICHAEL G. FLETCHER<br>E MAIL TO AND TELEPHONE CALL TO CALLAHAN ABOUT THE MESSAGE FROM COCHELL ABOUT NOT SHOWING THE HOUSE TODAY | 0.1 | $51.50 |
| 08/26/20 | MICHAEL G. FLETCHER<br>E MAIL FROM KANE ABOUT THE REVISED JOB DESCRIPTIONS | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  71
FILE NO:    078410-0061                  SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                     INVOICE # 416382
```

------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/26/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE BEDI EMPLOYMENT<br>TERM SHEET | 0.2 | $103.00 |
| 08/26/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>ABOUT FURTHER REVIEW OF THE<br>REVISED JOB DESCRIPTIONS AND<br>███████████████████████ | 0.2 | $103.00 |
| 08/26/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL ABOUT NOT<br>SHOWING THE HOUSE TODAY | 0.1 | $51.50 |
| 08/26/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE ABOUT<br>THE EMPLOYMENT AGREEMENT AND NO TO<br>A BEDI CREDIT CARD | 0.2 | $103.00 |
| 08/26/20 | MICHAEL G. FLETCHER<br>PREPARATION OF REMAINDER OF THE<br>REVISED JOB DESCRIPTIONS | 0.6 | $309.00 |
| 08/26/20 | MICHAEL G. FLETCHER<br>E MAIL FROM JEN ABOUT THE REVISED<br>JOB DESCRIPTIONS | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3457891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  72
FILE NO:    078410-0061              SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                 INVOICE # 416382
```

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/26/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE JOINT STIPULATION<br>AND RESPONSE TO WHITE ABOUT THE<br>RESERVATION OF RIGHTS IN THE JOINT<br>STIPULATION | 0.3 | $154.50 |
| 08/26/20 | MICHAEL G. FLETCHER<br>E MAIL FROM WHITE ABOUT THE<br>RESERVATION OF RIGHTS IN THE JOINT<br>STIPULATION | 0.1 | $51.50 |
| 08/26/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE AND<br>COCHELL WITH THE REVISED JOB<br>DESCRIPTIONS AND THE BEDI<br>EMPLOYMENT AGREEMENT | 0.3 | $154.50 |
| 08/27/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT THE<br>███████████████████ | 0.1 | $51.50 |
| 08/27/20 | MICHAEL G. FLETCHER<br>E MAIL TO SANGER ABOUT SIGNING THE<br>JOINT STIPULATION | 0.1 | $51.50 |
| 08/27/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>WITH AND ABOUT THE COURT'S MINUTE<br>ORDER AND OPINION DENYING THE<br>INTERMEDIA MOTION | 0.2 | $103.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  73
FILE NO:    078410-0061              SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                 INVOICE # 416382
```

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|---------------|-------|--------|
| 08/27/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE SIGNED JOINT<br>STIPULATION BY COCHELL, BEDI,<br>CARDIFF, AND WHITE AND COMPARE TO<br>WHAT WAS SENT | 0.3 | $154.50 |
| 08/27/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AN JEN WITH THE<br>COCHELL RE-FILED MOTION SUBSEQUENT<br>ERRATA AND BRIEFING SCHEDULE ORDER | 0.1 | $51.50 |
| 08/27/20 | MICHAEL G. FLETCHER<br>E MAIL TO COUNSEL WITH THE REVISED<br>ORDER | 0.1 | $51.50 |
| 08/27/20 | MICHAEL G. FLETCHER<br>PREPARATION OF REMAINDER OF THE<br>FILINGS FOR SUBMISSION OF THE<br>RECEIVER'S VPL REPORT AND<br>ATTACHMENTS | 1.4 | $721.00 |
| 08/27/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH THE<br>COCHELL RE-FILED MOTION | 0.1 | $51.50 |
| 08/27/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH CALLAHAN<br>ABOUT RESCHEDULING THE VISIT TO<br>THE RESIDENCE | 0.1 | $51.50 |
| 08/27/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE AND<br>COCHELL ABOUT SIGNING THE JOINT<br>STIPULATION AND EMPLOYMENT TERM<br>SHEETS | 0.2 | $103.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.
LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3457891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:  74
FILE NO:    078410-0061                SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                   INVOICE # 416382
```

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/27/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT<br>SIGNING THE JOINT STIPULATION AND<br>THE EMPLOYMENT AGREEMENTS | 0.3 | $154.50 |
| 08/27/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH SANGER<br>ABOUT, AND ANALYSIS RE, VENABLE<br>AND OTHER FIRMS THAT RECEIVED<br>MONEY THAT SHOULD BE DISGORGED | 0.3 | $154.50 |
| 08/27/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE COURT'S MINUTE ORDER<br>AND OPINION DENYING THE INTERMEDIA<br>MOTION | 0.2 | $103.00 |
| 08/27/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE<br>REJECTING HIS ECONOMIC DURESS<br>CLAIMS AND ABOUT THE IMPROPERLY<br>SIGNED EMPLOYMENT AGREEMENTS TO BE<br>FIXED | 0.2 | $103.00 |
| 08/27/20 | MICHAEL G. FLETCHER<br>E MAIL TO WHITE AND COCHELL ABOUT<br>RESCHEDULING THE VISIT TO THE<br>RESIDENCE | 0.1 | $51.50 |
| 08/27/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE RECEIVER'S VPL<br>REPORT FOR FILING UNDER SEAL | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  75
FILE NO:    078410-0061                  SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                     INVOICE # 416382
```

-------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/27/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE COCHELL RE-FILED<br>MOTION AND THE NEW PROPOSED ORDER<br>AND THE SUBSEQUENT ERRATA AND<br>BRIEFING SCHEDULE ORDER | 0.5 | $257.50 |
| 08/27/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE SIGNED EMPLOYMENT<br>AGREEMENTS AND ASSEMBLED WITH THE<br>CORRECT JOB DESCRIPTIONS AND<br>COMPARE TO WHAT WAS SENT | 0.6 | $309.00 |
| 08/27/20 | BRAD R. BECKER<br>REVIEW AND REVISE EX PARTE<br>APPLICATION TO FILE UNDER SEAL AND<br>SUPPORTING DOCUMENTS | 2.6 | $988.00 |
| 08/27/20 | BRAD R. BECKER<br>REVIEW COURT RULES RE SEALING<br>MOTION | 0.9 | $342.00 |
| 08/27/20 | BRAD R. BECKER<br>TCS M FLETCHER RE EX PARTE<br>APPLICATION TO FILE UNDER SEAL | 0.4 | $152.00 |
| 08/27/20 | BRAD R. BECKER<br>REVIEW OPINION DENYING INTER/MEDIA<br>MOTION | 0.4 | $152.00 |
| 08/27/20 | BRAD R. BECKER<br>REVIEW EMAILS RE JOINT STIPULATION | 0.1 | $38.00 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  76
FILE NO:    078410-0061              SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                 INVOICE # 416382
```

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/28/20 | BRAD R. BECKER<br>FINAL REVIEW OF KANE DECLARATION<br>RE EX PARTE APPLICATION TO FILE<br>UNDER SEAL | 0.7 | $266.00 |
| 08/28/20 | BRAD R. BECKER<br>REVIEW CONFORMED COPIES OF EX<br>PARTE APPLICATION TO SEAL FILINGS | 0.4 | $152.00 |
| 08/28/20 | BRAD R. BECKER<br>TCS M FLETCHER RE EX PARTE<br>APPLICATION TO FILE UNDER SEAL | 0.2 | $76.00 |
| 08/28/20 | BRAD R. BECKER<br>FINAL REVIEW OF FLETCHER<br>DECLARATION RE EX PARTE<br>APPLICATION TO FILE UNDER SEAL | 0.3 | $114.00 |
| 08/28/20 | BRAD R. BECKER<br>FINAL REVIEW OF EX PARTE<br>APPLICATION TO FILE UNDER SEAL | 1.3 | $494.00 |
| 08/28/20 | BRAD R. BECKER<br>EMAILS TO BRICK KANE AND ANITA JEN<br>RE FILING OF EX PARTE APPLICATION<br>TO SEAL | 0.2 | $76.00 |
| 08/28/20 | BRAD R. BECKER<br>INSTRUCT STAFF RE FILING OF EX<br>PARTE APPLICATION TO SEAL | 0.9 | $342.00 |
| 08/28/20 | BRAD R. BECKER<br>ASSISTED STAFF IN UNDER SEAL FILING | 0.5 | $190.00 |

261

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  77
FILE NO:   078410-0061                   SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                     INVOICE # 416382
```

---

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/28/20 | BRAD R. BECKER<br>FINAL REVIEW OF PROPOSED ORDER RE<br>EX PARTE APPLICATION TO FILE UNDER<br>SEAL | 0.3 | $114.00 |
| 08/29/20 | MICHAEL G. FLETCHER<br>E MAIL FROM WHITE ABOUT MONEY | 0.1 | $51.50 |
| 08/29/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE ELECTRONIC NOTICE OF<br>THE ENTRY OF THE VPL INSTRUCTIONS<br>ORDER | 0.1 | $51.50 |
| 08/29/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH SANGER AND<br>COCHELL ABOUT THE CONTEMPT FILING<br>AND MISSED REDACTIONS | 0.2 | $103.00 |
| 08/29/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>WITH AND ABOUT ███████████████<br>██████████ | 0.2 | $103.00 |
| 08/29/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE ENTERED VPL<br>INSTRUCTIONS ORDER | 0.1 | $51.50 |
| 08/29/20 | BRAD R. BECKER<br>REVIEW ORDER GRANTING EX PARTE<br>APPLICATION TO FILE UNDER SEAL | 0.1 | $38.00 |

262

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3457891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  78
FILE NO:    078410-0061              SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                 INVOICE # 416382
```

---------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/30/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO COCHELL ABOUT<br>DISCUSSING OPERATIONS WITH THE<br>OTHERS | 0.1 | $51.50 |
| 08/30/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE CONFERENCE CALL<br>ABOUT DISCUSSING OPERATIONS WITH<br>THE OTHERS | 0.1 | $51.50 |
| 08/30/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE LODGING THE REPORT<br>UNDER SEAL | 0.1 | $51.50 |
| 08/30/20 | MICHAEL G. FLETCHER<br>E MAIL FROM AND TELEPHONE CALL TO<br>KANE ABOUT ███████ | 0.1 | $51.50 |
| 08/30/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE ENTERED VPL INSTRUCTIONS<br>ORDER | 0.1 | $51.50 |
| 08/30/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT DISCUSSING OPERATIONS | 0.2 | $103.00 |
| 08/30/20 | BRAD R. BECKER<br>EMAILS WITH M FLETCHER RE EX PARTE<br>ORDER | 0.1 | $38.00 |

263

## FRANDZEL ROBINS BLOOM & CSATO, L.C.
LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  79
FILE NO:    078410-0061                   SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                      INVOICE # 416382
```

------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/31/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE CASH FLOW PROJECTION<br>AND THE OPEN ISSUES UP FIRST TO BE<br>DEALT WITH | 0.2 | $103.00 |
| 08/31/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH PRUNTY ABOUT<br>RETURN OF THE $30,000 TAKEN BY<br>CARDIFF | 0.2 | $103.00 |
| 08/31/20 | MICHAEL G. FLETCHER<br>WORK ON REJECTING THE LEASE TO<br>SUITE 150 | 0.4 | $206.00 |
| 08/31/20 | MICHAEL G. FLETCHER<br>E MAIL TO AND TELEPHONE CALL TO<br>KANE WITH AND ABOUT HIS<br>DECLARATION OPPOSING THE VPL STAY<br>MOTION | 0.1 | $51.50 |
| 08/31/20 | MICHAEL G. FLETCHER<br>E MAIL TO COUNSEL WITH THE<br>TEMPLATE OF THE EMPLOYMENT TERM<br>SHEET FOR FURTHER USE | 0.1 | $51.50 |
| 08/31/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE ███████████ | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:    078410-0061
FTC V. JASON CARDIFF

PAGE:  80
SEPTEMBER 16, 2020
INVOICE # 416382

------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/31/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL FROM JEN ABOUT THE<br>FLETCHER DECLARATION OPPOSING THE<br>VPL STAY MOTION | 0.1 | $51.50 |
| 08/31/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE FILING THE SEALED KANE<br>DECLARATION AS A STANDALONE SEALED<br>DOCUMENT | 0.1 | $51.50 |
| 08/31/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>WITH THE REVISED AND LINED<br>FLETCHER DECLARATION OPPOSING THE<br>VPL STAY MOTION | 0.2 | $103.00 |
| 08/31/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH KANE,<br>JEN, COCHELL, WHITE, BEDI,<br>CARDIFF, PRUNTY, AND RODRIGUEZ<br>ABOUT THE COCHELL LIST OF THE OPEN<br>ISSUES UP FIRST TO BE DEALT WITH | 0.5 | $257.50 |
| 08/31/20 | MICHAEL G. FLETCHER<br>WORK ON FINALIZING THE KANE<br>DECLARATION OPPOSING THE VPL STAY<br>MOTION | 1.1 | $566.50 |
| 08/31/20 | MICHAEL G. FLETCHER<br>WORK ON THE OPPOSING THE VPL STAY<br>MOTION FLETCHER DECLARATION | 1.7 | $875.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  81
FILE NO:    078410-0061                  SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                     INVOICE # 416382
```

----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/31/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE ORDER EXTENDING THE<br>TIME TO OPPOSE THE VPL MOTION TO<br>STAY | 0.1 | $51.50 |
| 08/31/20 | MICHAEL G. FLETCHER<br>WORK ON THE DECLARATIONS IN<br>OPPOSITION TO THE VPL MOTION TO<br>STAY | 0.2 | $103.00 |
| 08/31/20 | MICHAEL G. FLETCHER<br>WORK ON THE COCHELL LISTS OF THE<br>OPEN ISSUES TO ADDRESS | 0.2 | $103.00 |
| 08/31/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN ABOUT<br>FINISHES THE DECLARATIONS IN<br>OPPOSITION TO THE VPL MOTION TO<br>STAY AND THE COURT ORDER EXTENDING<br>THE DEADLINE | 0.1 | $51.50 |
| 08/31/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH KANE AND<br>JEN ABOUT ▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.3 | $154.50 |
| 08/31/20 | MICHAEL G. FLETCHER<br>WORK ON ASSEMBLING THE EXHIBITS TO<br>THE KANE DECLARATION OPPOSING THE<br>VPL STAY MOTION | 1.2 | $618.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:     078410-0061
FTC V. JASON CARDIFF

PAGE:  82
SEPTEMBER 16, 2020
INVOICE # 416382

---

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/31/20 | MICHAEL G. FLETCHER<br>WORK ON THE BEDI SUBPOENAS | 0.1 | $51.50 |
| 08/31/20 | MICHAEL G. FLETCHER<br>WORK ON THE EMPLOYMENT AGREEMENT<br>TEMPLATE FOR FURTHER USE | 0.3 | $154.50 |
| 08/31/20 | BRAD R. BECKER<br>REVIEW COURT RULES RE FILING OF<br>DOCUMENTS ORDERED SEALED; PREPARE<br>SEALED DOCUMENT FOR FILING | 0.9 | $342.00 |
| 08/31/20 | BRAD R. BECKER<br>INSTRUCT STAFF RE FILING SEALED<br>KANE DECLARATION AND ATTACHED<br>RECEIVER'S REPORT | 0.1 | $38.00 |
| | Subtotal | 170.8 | $79,576.00 |
| | **ASSET DISPOSITION** | | |
| 08/03/20 | HAL D. GOLDFLAM<br>ANALYSIS OF OFFER FOR CARDIFF<br>RESIDENCE AND RECEIVER'S COUNTER<br>OFFER | 0.2 | $87.00 |
| 08/10/20 | HAL D. GOLDFLAM<br>REVIEW MEMOS RE ACCESS TO<br>RESIDENCE FOR FURTHER SHOWINGS TO<br>POTENTIAL BUYERS | 0.2 | $87.00 |
| 08/12/20 | HAL D. GOLDFLAM<br>REVIEW MEMOS RE HOME SHOWINGS AND<br>COUNTER OFFER | 0.1 | $43.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  83
FILE NO:    078410-0061                  SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                     INVOICE # 416382
```

------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/25/20 | HAL D. GOLDFLAM<br>REVIEW SCHEDULING OF LATEST VISITS<br>BY PROSPECTIVE PURCHASER | 0.1 | $43.50 |
| 08/26/20 | HAL D. GOLDFLAM<br>REVIEW STATUS OF VISITS TO HOUSE<br>BY PROSPECTIVE PURCHASERS | 0.1 | $43.50 |
| | Subtotal | 0.7 | $304.50 |
| | **FEE/EMPLOYMENT APPLICATIONS** | | |
| 08/02/20 | HAL D. GOLDFLAM<br>CONTINUE REDACTING FRBC INVOICES<br>RE 4TH FEE APPLICATION | 1.2 | $522.00 |
| 08/03/20 | HAL D. GOLDFLAM<br>PREPARATION OF FOURTH FEE<br>APPLICATION | 1.5 | $652.50 |
| 08/04/20 | HAL D. GOLDFLAM<br>E-MAIL TO MS. JEN RE REA REDACTED<br>INVOICES | 0.1 | $43.50 |
| 08/05/20 | HAL D. GOLDFLAM<br>REVIEW RECEIVER'S REDACTED<br>INVOICES RE FOURTH FEE APPLICATION | 0.5 | $217.50 |
| 08/05/20 | HAL D. GOLDFLAM<br>REVISE AND FINALIZE LETTER TO ALL<br>COUNSEL RE RECEIVER'S FOURTH FEE<br>APPLICATION | 0.3 | $130.50 |

**FRANDZEL ROBINS BLOOM & CSATO, L.C.**

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  84
FILE NO:    078410-0061                   SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                      INVOICE # 416382
```

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/05/20 | HAL D. GOLDFLAM<br>REVIEW AND CONFIRM REDACTIONS TO<br>FRBC INVOICES RE FOURTH FEE<br>APPLICATION | 0.7 | $304.50 |
| 08/07/20 | HAL D. GOLDFLAM<br>E-MAIL FROM WHITE RE OPPOSITION TO<br>RECEIVER'S FOURTH FEE APPLICATION | 0.1 | $43.50 |
| 08/18/20 | HAL D. GOLDFLAM<br>E-MAIL EXCHANGE WITH KANE AND<br>FLETCHER RE ██████████████ | 0.1 | $43.50 |
| 08/19/20 | HAL D. GOLDFLAM<br>PREPARATION OF FOURTH FEE<br>APPLICATION | 1.2 | $522.00 |
| 08/21/20 | HAL D. GOLDFLAM<br>FURTHER E-MAILS WITH WHITE AND<br>COCHELL RE MEET AND CONFER RE FEE<br>APPLICATION | 0.2 | $87.00 |
| 08/21/20 | HAL D. GOLDFLAM<br>E-MAIL EXCHANGE WITH COCHELL RE<br>RECEIVER'S FEE APPLICATION | 0.1 | $43.50 |
| 08/23/20 | HAL D. GOLDFLAM<br>PREPARATION OF MEMORANDUM OF<br>POINTS AND AUTHORITIES IN SUPPORT<br>OF 4TH FEE APPLICATION | 1.5 | $652.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS

1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  85
FILE NO:    078410-0061              SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                 INVOICE # 416382
```

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/25/20 | HAL D. GOLDFLAM<br>E-MAIL EXCHANGE WITH COCHELL RE<br>HIS REQUEST TO POSTPONE CONFERENCE<br>OF COUNSEL RE FEE APPLICATION | 0.1 | $43.50 |
| 08/25/20 | HAL D. GOLDFLAM<br>PREPARE FOR AND TELECONFERENCE<br>WITH COCHELL WHITE & FLETCHER RE<br>"MEET AND CONFER" ON RECEIVER'S<br>FOURTH FEE APPLICATION | 0.4 | $174.00 |
| 08/27/20 | HAL D. GOLDFLAM<br>PREPARE EXHIBITS TO FOURTH FEE<br>APPLICATION | 0.7 | $304.50 |
| 08/27/20 | HAL D. GOLDFLAM<br>E-MAIL EXCHANGE WITH MR. KANE RE<br>██████████████████████████ | 0.2 | $87.00 |
| 08/27/20 | HAL D. GOLDFLAM<br>CONTINUE PREPARATION OF MEMORANDUM<br>OF POINTS AND AUTHORITIES IN<br>SUPPORT OF FOURTH FEE APPLICATION | 0.8 | $348.00 |
| 08/28/20 | HAL D. GOLDFLAM<br>PREPARE DECLARATIONS OF BRICK KANE<br>AND MICHAEL FLETCHER IN SUPPORT OF<br>FOURTH FEE APPLICATION | 3.0 | $1,305.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  86
FILE NO:    078410-0061                        SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                           INVOICE # 416382

---------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/31/20 | HAL D. GOLDFLAM<br>RECONCILE UPDATED CREDITORS LIST<br>WITH CREDITORS LIST FOR SERVICE OF<br>FOURTH FEE APPLICATION | 0.4 | $174.00 |
| 08/31/20 | HAL D. GOLDFLAM<br>REVISE FOURTH FEE APPLICATION AND<br>SUPPORTING DECLARATIONS | 1.3 | $565.50 |
| 08/31/20 | HAL D. GOLDFLAM<br>PREPARE PROPOSED ORDER GRANTING<br>FOURTH FEE APPLICATION | 0.6 | $261.00 |
| | Subtotal | 15.0 | $6,525.00 |
| | OTHER CONTESTED MATTERS(EXCL ASSUMP/R S) | | |
| 08/01/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN ████████ | 0.5 | $257.50 |
| 08/01/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE DECLARATIONS<br>OPPOSING THE INTERMEDIA MOTION | 0.3 | $154.50 |
| 08/01/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>CONCERNING LITIGATION AND HIS<br>CONTINUAL POSTURING | 0.6 | $309.00 |
| 08/01/20 | MICHAEL G. FLETCHER<br>PREPARATION OF DECLARATIONS TO<br>OPPOSE INTERMEDIA | 0.5 | $257.50 |

271

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS

1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID /95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  87
FILE NO:    078410-0061                         SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                            INVOICE # 416382

------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/02/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE RECHARACTERIZING THE<br>WAVE CREST TRANSACTION | 0.5 | $257.50 |
| 08/02/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE AND MULTIPLE E MAILS<br>WITH KANE, JEN, AND WELIN ABOUT<br>███████████████████ | 0.5 | $257.50 |
| 08/02/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE NEXT FEE<br>APPLICATIONS | 0.2 | $103.00 |
| 08/04/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE DECLARATIONS<br>AGAINST INTERMEDIA | 0.2 | $103.00 |
| 08/10/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE FTC SUMMARY JUDGMENT<br>MOTION AND THE COUNTER MOTION FROM<br>CARDIFF | 0.3 | $154.50 |
| 08/11/20 | MICHAEL G. FLETCHER<br>WORK ON THE CALLAHAN DRAFT<br>DECLARATION OPPOSING INTERMEDIA | 0.1 | $51.50 |
| 08/12/20 | MICHAEL G. FLETCHER<br>WORK ON THE INTERMEDIA MOTION<br>EVALUATION | 0.2 | $103.00 |
| 08/12/20 | MICHAEL G. FLETCHER<br>WORK ON THE INTERMEDIA MOTION<br>OPPOSITION | 1.0 | $515.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC          PAGE: 88
FILE NO:    078410-0061                SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                  INVOICE # 416382

----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/13/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE INTERMEDIA OPPOSITION | 0.1 | $51.50 |
| 08/13/20 | MICHAEL G. FLETCHER<br>E MAIL FROM ███████████ | 0.1 | $51.50 |
| 08/13/20 | MICHAEL G. FLETCHER<br>FURTHER WORK ON THE INTERMEDIA<br>OPPOSITION | 0.6 | $309.00 |
| 08/17/20 | MICHAEL G. FLETCHER<br>WORK ON THE VPL EX PARTE<br>APPLICATION RE THE RECEIVER'S<br>REPORT | 0.8 | $412.00 |
| 08/17/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH SANGER ABOUT<br>COCHELL'S EMAIL, AND THE DRAFT VPL<br>JOINT REPORT LANGUAGE ABOUT THE<br>CARDIFF SALARY, AND THE EX PARTE<br>APPLICATION RE THE RECEIVER'S<br>REPORT | 0.2 | $103.00 |
| 08/17/20 | MICHAEL G. FLETCHER<br>E MAIL TO COUNSEL WITH THE DRAFT<br>FILINGS RE THE CASH FLOW<br>PROJECTIONS | 0.1 | $51.50 |
| 08/17/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH<br>SANGER ABOUT THE JOINT STIPULATION<br>AND THE FTC LANGUAGE | 0.2 | $103.00 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC   PAGE: 89
FILE NO: 078410-0061   SEPTEMBER 16, 2020
FTC V. JASON CARDIFF    INVOICE # 416382

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/17/20 | MICHAEL G. FLETCHER<br>WORK ON THE KANE DECLARATION<br>CONCERNING THE DRAFT VPL EX PARTE<br>APPLICATION RE THE RECEIVER'S<br>REPORT | 0.2 | $103.00 |
| 08/17/20 | MICHAEL G. FLETCHER<br>E MAIL FROM BEDI ABOUT BUSINESS<br>THINGS | 0.1 | $51.50 |
| 08/17/20 | MICHAEL G. FLETCHER<br>WORK ON THE DRAFT ORDER APPROVING<br>THE VPL EX PARTE APPLICATION RE<br>THE RECEIVER'S REPORT | 0.5 | $257.50 |
| 08/17/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE DRAFT ORDER APPROVING<br>THE VPL EX PARTE APPLICATION RE<br>THE RECEIVER'S REPORT | 0.1 | $51.50 |
| 08/17/20 | MICHAEL G. FLETCHER<br>WORK ON FINALIZING ALL OF THE<br>DRAFT FILINGS RE THE CASH FLOW<br>PROJECTIONS | 0.5 | $257.50 |
| 08/17/20 | MICHAEL G. FLETCHER<br>E MAIL TO COCHELL ABOUT HIS<br>FURTHER ISSUES AND WITH THE<br>EMPLOYMENT AGREEMENT | 0.5 | $257.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC       PAGE: 90
FILE NO:     078410-0061       SEPTEMBER 16, 2020
FTC V. JASON CARDIFF       INVOICE # 416382

----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/17/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE DRAFT VPL EX PARTE<br>APPLICATION RE THE RECEIVER'S<br>REPORT | 0.1 | $51.50 |
| 08/17/20 | MICHAEL G. FLETCHER<br>WORK ON THE JOINT STIPULATION | 0.6 | $309.00 |
| 08/17/20 | MICHAEL G. FLETCHER<br>WORK ON THE FLETCHER DECLARATION<br>CONCERNING THE DRAFT VPL EX PARTE<br>APPLICATION RE THE RECEIVER'S<br>REPORT | 0.2 | $103.00 |
| 08/17/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO COCHELL ABOUT<br>HIS FURTHER ISSUES | 0.1 | $51.50 |
| 08/26/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL AND<br>JEN ABOUT FURTHER DISGORGEMENTS | 0.2 | $103.00 |
| 08/26/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE NEW EX PARTE MOTION TO<br>STAY THE PROCEEDINGS AND THE BRICK<br>KANE DECLARATION TO RESPOND | 0.2 | $103.00 |
| 08/26/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, AND<br>WARRINGTON WITH THE DRAFT<br>DECLARATION OPPOSING THE ERRONEOUS<br>FACTS IN THE NEW EX PARTE MOTION | 0.1 | $51.50 |

**FRANDZEL ROBINS BLOOM & CSATO, L.C.**

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437991

ROBB EVANS & ASSOCIATES LLC               PAGE:  91
FILE NO:    078410-0061                    SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                       INVOICE # 416382

-------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| | TO STAY THE PROCEEDINGS | | |
| 08/26/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN ABOUT<br>████████████ | 0.2 | $103.00 |
| 08/26/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE NEW EX PARTE MOTION<br>TO STAY THE PROCEEDINGS | 0.4 | $206.00 |
| 08/26/20 | MICHAEL G. FLETCHER<br>DECLARATION OF FLETCHER OPPOSING<br>THE ERRONEOUS FACTS IN THE NEW EX<br>PARTE MOTION TO STAY THE<br>PROCEEDINGS | 1.3 | $669.50 |
| 08/26/20 | MICHAEL G. FLETCHER<br>DECLARATION OF KANE OPPOSING THE<br>ERRONEOUS FACTS IN THE NEW EX<br>PARTE MOTION TO STAY THE<br>PROCEEDINGS | 1.9 | $978.50 |
| 08/26/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE AND PREPARATION OF THE<br>DOCUMENTS FOR A KANE DECLARATION<br>OPPOSING THE ERRONEOUS FACTS IN<br>THE NEW EX PARTE MOTION TO STAY<br>THE PROCEEDINGS | 0.6 | $309.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID /95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  92
FILE NO:    078410-0061              SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                 INVOICE # 416382
```

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/26/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH SANGER AND<br>PRUNTY ABOUT THE COCHELL MOTION<br>AND MISSTATEMENTS | 0.4 | $206.00 |
| 08/26/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO SANGER ABOUT THE<br>RECEIVER DRAFT DECLARATION<br>OPPOSING THE COCHELL MOTION AND<br>MISSTATEMENTS | 0.1 | $51.50 |
| 08/27/20 | MICHAEL G. FLETCHER<br>WORK ON THE KANE AND FLETCHER<br>DECLARATIONS OPPOSING THE RE-FILED<br>MOTION TO STAY THE CASE | 0.2 | $103.00 |
| 08/28/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT<br>[redacted] | 0.1 | $51.50 |
| 08/28/20 | MICHAEL G. FLETCHER<br>PREPARATION OF REMAINDER OF VPL<br>RECEIVER'S REPORT AND THE EX PARTE<br>APPLICATION FOR SUBMISSION TO THE<br>COURT | 1.1 | $566.50 |
| 08/31/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE DECLARATIONS<br>AND EXHIBITS FOR FILING AND<br>SERVICE AND GETTING A CONFORMED<br>SET OF COPIES FOR THE RECEIVER | 0.2 | $103.00 |
| | **Subtotal** | 16.9 | $8,703.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:  93
FILE NO:    078410-0061                SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                   INVOICE # 416382
```

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| | **LITIGATION** | | |
| 08/04/20 | GERRICK WARRINGTON PREPARE DECLARATION OF C. CALLAHAN IN OPPOSITION TO MOTION TO APPLY RECEIVERSHIP FUNDS TOWARD ACCRUED ARREARAGES ON UPLAND RESIDENCE. | 2.9 | $928.00 |
| 08/04/20 | GERRICK WARRINGTON PREPARE DECLARATION OF M. FLETCHER IN OPPOSITION TO MOTION TO APPLY RECEIVERSHIP FUNDS TOWARD ACCRUED ARREARAGES ON UPLAND RESIDENCE. | 1.3 | $416.00 |
| 08/05/20 | GERRICK WARRINGTON PREPARE DECLARATION OF C. CALLAHAN IN OPPOSITION TO MOTION TO APPLY RECEIVERSHIP FUNDS TOWARD ACCRUED ARREARAGES ON UPLAND RESIDENCE. | 2.6 | $832.00 |
| 08/06/20 | GERRICK WARRINGTON PREPARE DECLARATION OF C. CALLAHAN IN OPPOSITION TO MOTION TO APPLY RECEIVERSHIP FUNDS TOWARD ACCRUED ARREARAGES ON UPLAND RESIDENCE. | 1.1 | $352.00 |
| 08/07/20 | GERRICK WARRINGTON REVIEW AND ANALYZE MOTION BY INTER/MEDIA. | 0.6 | $192.00 |
| 08/07/20 | GERRICK WARRINGTON PREPARE DECLARATION OF C. CALLAHAN. | 0.8 | $256.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID J95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  94
FILE NO:    078410-0061                         SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                            INVOICE # 416382

-------------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/10/20 | GERRICK WARRINGTON<br>REVIEW AND ANALYZE EMAILS<br>CONCERNING MARKETING OF CARDIFF<br>RESIDENCE. | 1.4 | $448.00 |
| 08/10/20 | GERRICK WARRINGTON<br>PREPARE DECLARATION OF C. CALLAHAN. | 1.6 | $512.00 |
| 08/11/20 | GERRICK WARRINGTON<br>PREPARE DECLARATION OF C. CALLAHAN<br>IN SUPPORT OF OPPOSITION TO<br>INTER/MEDIA MOTION TO APPLY FUNDS<br>TOWARD RESIDENCE ARREARS. | 3.6 | $1,152.00 |
| 08/11/20 | GERRICK WARRINGTON<br>REVIEW AND ANALYZE VPL EMAILS RE<br>B. ENGLAND, ET AL. | 0.9 | $288.00 |
| 08/11/20 | GERRICK WARRINGTON<br>PREPARE DECLARATION OF M. FLETCHER<br>IN SUPPORT OF OPPOSITION TO<br>INTER/MEDIA MOTION TO APPLY FUNDS<br>TOWARD RESIDENCE ARREARS. | 2.4 | $768.00 |
| 08/12/20 | GERRICK WARRINGTON<br>PREPARE DECLARATION OF C. CALLAHAN<br>IN SUPPORT OF OPPOSITION TO<br>INTER/MEDIA MOTION TO APPLY FUNDS<br>TOWARD RESIDENCE ARREARS. | 2.2 | $704.00 |
| 08/13/20 | GERRICK WARRINGTON<br>UPDATE DECLARATION OF C. CALLAHAN. | 1.1 | $352.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  95
FILE NO:    078410-0061                  SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                     INVOICE # 416382
```

-------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/14/20 | GERRICK WARRINGTON<br>FINALIZE OPPOSITION, APPENDIX, AND<br>DECLARATIONS FOR FILING. | 1.6 | $512.00 |
| 08/14/20 | GERRICK WARRINGTON<br>APPENDIX IN SUPPORT OF OPPOSITION<br>TO INTER/MEDIA'S MOTION. \ | 2.4 | $768.00 |
| 08/26/20 | GERRICK WARRINGTON<br>PREPARE M. FLETCHER DECLARATION IN<br>OPPOSITION TO EX PARTE. | 0.9 | $288.00 |
| 08/26/20 | GERRICK WARRINGTON<br>REVIEW AND ANALYZE EMAILS AND<br>EXHIBITS FOR B. KANE DECLARATION<br>IN OPPOSITION TO EX PARTE. | 1.4 | $448.00 |
| 08/26/20 | GERRICK WARRINGTON<br>PREPARE B. KANE DECLARATION IN<br>OPPOSITION TO EX PARTE. | 0.9 | $288.00 |
| 08/27/20 | GERRICK WARRINGTON<br>FINALIZE JOINT STIPULATION RE VPL. | 0.3 | $96.00 |
| 08/27/20 | GERRICK WARRINGTON<br>REVIEW AND ANALYZE<br>POST-RECEIVERSHIP TERMS OF<br>EMPLOYMENT BY VPL RE B. BEDI. | 0.3 | $96.00 |
| 08/27/20 | GERRICK WARRINGTON<br>REVIEW AND ANALYZE<br>POST-RECEIVERSHIP TERMS OF<br>EMPLOYMENT BY VPL RE J. CARDIFF. | 0.4 | $128.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  96
FILE NO:    078410-0061                         SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                            INVOICE # 416382

--------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/27/20 | GERRICK WARRINGTON<br>JOINT STIPULATION RE VPL. | 0.3 | $96.00 |
| 08/27/20 | GERRICK WARRINGTON<br>REVIEW AND ANALYZE<br>POST-RECEIVERSHIP TERMS OF<br>EMPLOYMENT BY VPL RE B. BEDI. | 0.3 | $96.00 |
| 08/27/20 | GERRICK WARRINGTON<br>PREPARE EXHIBITS FOR B. KANE<br>DECLARATION IN OPPOSITION TO EX<br>PARTE. | 1.3 | $416.00 |
| 08/31/20 | GERRICK WARRINGTON<br>PREPARE NOTICE OF REJECTION OF<br>SUITE 150 LEASE. | 1.3 | $416.00 |
| 08/31/20 | GERRICK WARRINGTON<br>PREPARE PROOFS OF SERVICE; EMAILS<br>RE SAME. | 0.3 | $96.00 |
| 08/31/20 | GERRICK WARRINGTON<br>FINALIZE DECLARATIONS AND EXHIBITS. | 1.8 | $576.00 |
| 08/31/20 | GERRICK WARRINGTON<br>PREPARE B. KANE DECLARATION AND<br>EXHIBITS IN OPPOSITION TO EX PARTE<br>FOR STAY PENDING APPEAL. | 1.1 | $352.00 |
| 08/31/20 | GERRICK WARRINGTON<br>REVIEW AND ANALYSIS OF BIZTANK<br>ACCOUNT WITH EAST WEST BANK AND<br>DEMANDS TO RESTORE FUNDS TO THAT<br>ACCOUNT. | 0.9 | $288.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC        PAGE: 97
FILE NO:  078410-0061        SEPTEMBER 16, 2020
FTC V. JASON CARDIFF        INVOICE # 416382

-------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 08/31/20 | GERRICK WARRINGTON PREPARE M. FLETCHER DECLARATION IN OPPOSITION TO EX PARTE FOR STAY PENDING APPEAL. | 0.3 | $96.00 |
| | Subtotal | 38.3 | $12,256.00 |
| | TOTAL | 256.8 | $114,179.00 |
| | TOTAL FOR SERVICES | | $114,179.00 |

### ITEMIZED COSTS

| | | | |
|------|------|------|------|
| 08/10/20 | 274453 | LITIGATION SUPPORT VENDORS - Vendor: THOMSON REUTERS - WEST -INV. 842729119 - | 39.32 |
| 08/10/20 | 274457 | LITIGATION SUPPORT VENDORS - Vendor: PACER SERVICE CENTER PACER CHARGES FOR JULY 2020- | 34.50 |
| 08/20/20 | 274500 | DELIVERY / MESSENGERS - Vendor: NATIONWIDE LEGAL, LLC -INV. 00000019278 -20 CERTIFIED COPIES - U.S.COURTHOUSE - | 25.50 |
| 08/20/20 | 274500 | LITIGATION SUPPORT VENDORS - Vendor: NATIONWIDE LEGAL, LLC -INV. 00000019278 -INSERT EXHIBIT TABS 1-10 - | 80.05 |
| 08/20/20 | 274500 | LITIGATION SUPPORT VENDORS - Vendor: NATIONWIDE LEGAL, LLC -INV. 00000019278 -(10) CERTIFIED COPIES OF EACH OF THE ATTACHED TWO DOCUMENTS - U.S. DISTRICT COURT CENTRAL | 511.50 |

282

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:    078410-0061
FTC V. JASON CARDIFF

PAGE:  98
SEPTEMBER 16, 2020
INVOICE # 416382

----------------------------------------------------------------

### ITEMIZED COSTS (CONTINUED)

| | | | |
|---|---|---|---|
| 08/24/20 | 274510 | DISTRICT OF CALIF.<br>OUTSIDE REPROGRAPHIC -<br>Vendor: HAL  GOLDFLAM -COPY<br>CHARGES - | 29.41 |

TOTAL COSTS          $720.28

TOTAL INVOICE        $114,899.28

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC          PAGE:  99
FILE NO:     078410-0061             SEPTEMBER 16, 2020
FTC V. JASON CARDIFF                 INVOICE # 416382

---------------------------------------------------------------

## ATTORNEY SUMMARY

|                         | HOURS NOT CHARGED | HOURS CHARGED | BILLED PER HOUR | BILL AMOUNT |
|-------------------------|------------------:|--------------:|----------------:|------------:|
| MICHAEL G. FLETCHER     | .00               | 125.50        | 515.00          | 64,632.50   |
| HAL D. GOLDFLAM         | .80               | 26.30         | 435.00          | 11,440.50   |
| PATRICIA A. KINAGA      | .00               | 3.00          | 480.00          | 1,440.00    |
| CRAIG A. WELIN          | .00               | 1.70          | 500.00          | 850.00      |
| BRAD R. BECKER          | .00               | 62.00         | 380.00          | 23,560.00   |
| GERRICK M. WARRINGTON   | .00               | 38.30         | 320.00          | 12,256.00   |
| TOTAL ALL ATTORNEYS     | .80               | 256.80        | 444.62          | 114,179.00  |

```
                       TOTAL FOR SERVICES    $114,179.00

                       TOTAL FOR COSTS          $720.28

                       TOTAL THIS INVOICE    $114,899.28
```

284

**F R A N D Z E L   R O B I N S   B L O O M   &   C S A T O ,   L . C .**

L A W Y E R S
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC
ATTN: BRICK KANE                          OCTOBER 19, 2020
CHIEF OPERATING OFFICER                   INVOICE # 417131
11450 SHELDON STREET                      0131
SUN VALLEY, CA  91352
```

```
FOR LEGAL SERVICES RENDERED THROUGH 09/30/20

FILE NO: 078410-0061  FILE NAME: FTC V. JASON CARDIFF

CONTACT: BRICK KANE
```

|  | FEES | COSTS | TOTAL |
|---|---|---|---|
| PRIOR BALANCE | 453,017.00 | 3,103.60 | 456,120.60 |
| PAYMENTS THRU Oct 19, 2020 | -231,879.00 | -2,320.12 | -234,199.12 |
| SUBTOTAL | 221,138.00 | 783.48 | 221,921.48 |
| CURRENT CHARGES | 80,226.50 | 742.24 | 80,968.74 |
| **TOTAL BALANCE DUE** | 301,364.50 | 1,525.72 | 302,890.22 |

```
L-T-D FEES BILLED     870,020.50

L-T-D DISB BILLED      21,069.14
```

285

**F R A N D Z E L   R O B I N S   B L O O M   &   C S A T O,   L.C.**

L A W Y E R S
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
ATTN: BRICK KANE
CHIEF OPERATING OFFICER
11450 SHELDON STREET
SUN VALLEY, CA  91352

OCTOBER 19, 2020
INVOICE # 417131

FOR LEGAL SERVICES RENDERED THROUGH 09/30/20

FILE NO:    078410-0061    FTC V. JASON CARDIFF

-----------------------------------------------------------------

ITEMIZED SERVICES

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| | **CASE ADMINISTRATION** | | |
| 09/01/20 | HAL D. GOLDFLAM<br>TELEPHONE CALL WITH MS. JEN RE<br>███████████ | 0.1 | $43.50 |
| 09/01/20 | PATRICIA A. KINAGA<br>CONFER WITH ANITA JEN CONCERNING<br>████████ CONDUCT RESEARCH ON<br>PAID SICK LEAVE LAW (INCLUDING<br>COVID AMENDMENTS); NUMEROUS<br>COMMUNICATIONS WITH MS. JEN RE<br>███████████ | 1.6 | $768.00 |
| 09/02/20 | HAL D. GOLDFLAM<br>REVIEW CARDIFFS' REPLY AND<br>SUPPORTING DOCUMENTS RE MOTION TO<br>STAY PENDING APPEAL | 0.4 | $174.00 |
| 09/02/20 | HAL D. GOLDFLAM<br>ANALYSIS OF APPEAL AND FRCP 62 | 0.4 | $174.00 |

286

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:    078410-0061
FTC V. JASON CARDIFF

PAGE:   2
OCTOBER 19, 2020
INVOICE # 417131

--------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/02/20 | CRAIG A. WELIN<br>REVIEW OF/RESPONSE TO MEMOS RE<br>ADMINISTRATIVE MOTION ISSUES. | 0.2 | $100.00 |
| 09/03/20 | HAL D. GOLDFLAM<br>SUMMARY REVIEW OF DECLARATIONS AND<br>EXHIBITS SUBMITTED BY CARDIFFS RE<br>CONTEMPT PROCEEDINGS | 0.5 | $217.50 |
| 09/04/20 | HAL D. GOLDFLAM<br>REVIEW SANGER E-MAIL RE CARDIFFS'<br>DECLARATIONS CONTINUING TO HAVE<br>UNREDACTED PII | 0.1 | $43.50 |
| 09/04/20 | HAL D. GOLDFLAM<br>REVIEW FTC'S RESPONSE TO CARDIFFS'<br>DECLARATIONS RE PURGE OF CONTEMPT;<br>E-MAIL TO KANE AND JEN RE RESPONSE | 0.3 | $130.50 |
| 09/06/20 | HAL D. GOLDFLAM<br>REVIEW CARDIFFS' REPLY RE CONTEMPT<br>ORDERS | 0.3 | $130.50 |
| 09/06/20 | HAL D. GOLDFLAM<br>REVIEW MEMOS RE DISCOVERY CUTOFF<br>AND NO BAR TO RECEIVER DISCOVERY | 0.2 | $87.00 |
| 09/07/20 | HAL D. GOLDFLAM<br>ANALYSIS RE ANY DEADLINES FOR<br>RECEIVER DISCOVERY | 0.3 | $130.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC               PAGE:   3
FILE NO:    078410-0061                   OCTOBER 19, 2020
FTC V. JASON CARDIFF                      INVOICE # 417131

-----------------------------------------------------------------

ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/08/20 | HAL D. GOLDFLAM<br>REVIEW MEMOS RE DOCUMENT REQUEST<br>TO BEDI AND AT WILL EMPLOYMENT<br>ISSUES | 0.2 | $87.00 |
| 09/08/20 | PATRICIA A. KINAGA<br>PROVIDE ADVICE ON POSSIBLE<br>█████████████████████ | 0.4 | $192.00 |
| 09/09/20 | HAL D. GOLDFLAM<br>REVIEW MINUTE ORDER DENYING MOTION<br>FOR STAY | 0.1 | $43.50 |
| 09/09/20 | HAL D. GOLDFLAM<br>REVIEW COURT'S ORDER RE CONTEMPT<br>INCLUDING NEW REPORTING<br>REQUIREMENTS FOR RECEIVER | 0.2 | $87.00 |
| 09/10/20 | HAL D. GOLDFLAM<br>REVIEW MINUTE ORDER RE NO<br>SETTLEMENT | 0.1 | $43.50 |
| 09/10/20 | HAL D. GOLDFLAM<br>REVIEW FINAL DRAFTS OF DEPOSITION<br>SUBPOENAS (ORAL DEPOSITIONS AND<br>FOR BUSINESS RECORDS) | 0.5 | $217.50 |
| 09/10/20 | HAL D. GOLDFLAM<br>REVIEW ORDER RE NO SETTLEMENT | 0.1 | $43.50 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

L A W Y E R S
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID J95-3437891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:   4
FILE NO:    078410-0061                OCTOBER 19, 2020
FTC V. JASON CARDIFF                   INVOICE # 417131
```

-------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/11/20 | PATRICIA A. KINAGA<br>ANALYZE LEGAL ISSUES RE EXPRESS<br>(TEMP AGENCY) AS JOINT EMPLOYER,<br>INCLUDING INDEMNIFICATION AND<br>RECENT CASE LAW ON JOINT EMPLOYER<br>STATUS. I | 1.7 | $816.00 |
| 09/11/20 | CRAIG A. WELIN<br>REVIEW/ANALYSIS RE THE COURT'S<br>ORDER RE THE CONTEMPT MOTION. | 0.2 | $100.00 |
| 09/12/20 | PATRICIA A. KINAGA<br>REVIEW ISSUES FOR DISCUSSION WITH<br>ANITA JEN; CONFER WITH MS. JEN RE<br>█████████████ | 0.8 | $384.00 |
| 09/14/20 | HAL D. GOLDFLAM<br>REVIEW INTEL AND REDWOOD LEASES RE<br>ANALYSIS OF AUCTION PROCEEDS | 0.3 | $130.50 |
| 09/14/20 | HAL D. GOLDFLAM<br>TELEPHONE CALL WITH MS. JEN RE<br>█████ | 0.2 | $87.00 |
| 09/14/20 | PATRICIA A. KINAGA<br>NUMEROUS COMMUNICATIONS WITH ANITA<br>JEN RE █████████ | 1.6 | $768.00 |

289

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:   5
FILE NO:    078410-0061                         OCTOBER 19, 2020
FTC V. JASON CARDIFF                            INVOICE # 417131

---------------------------------------------------------------

ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/14/20 | CRAIG A. WELIN<br>REVIEW OF/RESPONSE TO MEMOS RE THE<br>RESPONSE TO THE OPPOSITIONS TO THE<br>ADMINISTRATIVE MOTION. | 0.4 | $200.00 |
| 09/15/20 | HAL D. GOLDFLAM<br>ANALYSIS RE NEED OF COCHELL TO<br>FILE FEE APPLICATION INCLUDING<br>REVIEW OF E-MAILS | 0.1 | $43.50 |
| 09/15/20 | HAL D. GOLDFLAM<br>RESEARCH CASE LAW RE RECEIVER'S<br>LIEN | 0.9 | $391.50 |
| 09/15/20 | HAL D. GOLDFLAM<br>REVIEW E-MAIL FROM COUNSEL FOR<br>LENDER FOR HOME RE STATUS | 0.1 | $43.50 |
| 09/15/20 | PATRICIA A. KINAGA<br>NUMEROUS REVISIONS TO FRANK<br>WOODSON JOB DESORPTION AND DRAFT<br>TERM SHEET FOR SAME; NUMEROUS<br>COMMUNICATIONS WITH MS. JEN<br>█████████ | 2.9 | $1,392.00 |
| 09/16/20 | HAL D. GOLDFLAM<br>ANALYSIS OF PRELIMINARY INJUNCTION<br>RE SOURCES OF FUNDS TO PAY<br>RECEIVERSHIP EXPENSES | 0.3 | $130.50 |
| 09/16/20 | HAL D. GOLDFLAM<br>ANALYSIS OF AUCTION PROCEEDS<br>INCLUDING REVIEW OF ACCOUNTING AND<br>E-MAIL EXCHANGE WITH MR. KANE AND<br>MS. JEN | 0.5 | $217.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:   6
FILE NO:    078410-0061                  OCTOBER 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 417131
```

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/16/20 | HAL D. GOLDFLAM<br>REVIEW JUDGE GEE'S PROCEDURES RE<br>REPLY MEMORANDUM (NO CHARGE) | 0.2 | NO CHARGE |
| 09/17/20 | HAL D. GOLDFLAM<br>PREPARE REDACTIONS TO EXHIBITS TO<br>SUPPLEMENTAL DECLARATION OF BRICK<br>KANE | 0.3 | $130.50 |
| 09/17/20 | HAL D. GOLDFLAM<br>REVIEW RESEARCH RE LIEN PRIORITIES | 0.4 | $174.00 |
| 09/17/20 | CRAIG A. WELIN<br>REVIEW OF IRS ISSUES. | 0.2 | $100.00 |
| 09/20/20 | HAL D. GOLDFLAM<br>REVIEW MEMOS RE CARDIFF LIVING<br>EXPENSES; REVIEW BACKUP | 0.3 | $130.50 |
| 09/22/20 | HAL D. GOLDFLAM<br>REVIEW ORDER DENYING CARDIFFS' EX<br>PARTE APPLICATION | 0.1 | $43.50 |
| 09/25/20 | HAL D. GOLDFLAM<br>PREPARE REVISIONS TO STIPULATION<br>TO ABANDON INTEREST IN CARDIFF<br>RESIDENCE | 0.3 | $130.50 |
| 09/25/20 | PATRICIA A. KINAGA<br>DRAFT TERM SHEET AND REVISE<br>DESCRIPTION FOR MACHINISTS TO BE<br>HIRED. | 1.3 | $624.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:   7
FILE NO:     078410-0061             OCTOBER 19, 2020
FTC V. JASON CARDIFF                 INVOICE # 417131
```

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/29/20 | HAL D. GOLDFLAM<br>ANALYSIS RE MEET & CONFER WITH<br>COCHELL RE BEDI'S DEFICIENT<br>SUBPOENA RESPONSES | 0.2 | $87.00 |
| 09/30/20 | HAL D. GOLDFLAM<br>CONFER WITH MICHAEL FLETCHER RE<br>DISCOVERY MOTIONS AND STRATEGY;<br>E-MAIL EXCHANGES RE SAME; REVIEW<br>MAGISTRATE JUDGE'S DISCOVERY<br>MOTION PROCEDURES | 0.5 | $217.50 |
| 09/30/20 | HAL D. GOLDFLAM<br>REVIEW DRAFT RECEIVER'S VPL REPORT | 0.3 | $130.50 |
| 09/30/20 | HAL D. GOLDFLAM<br>PREPARATION OF DISCOVERY MOTIONS<br>RE BEDI ENTITIES' OBJECTIONS TO<br>SUBPOENAS | 0.5 | $217.50 |
| 09/30/20 | HAL D. GOLDFLAM<br>E-MAIL EXCHANGE WITH MR. KANE RE<br>BEDI'S DEFICIENT RESPONSES TO<br>SUBPOENAS | 0.1 | $43.50 |
| 09/30/20 | HAL D. GOLDFLAM<br>REVIEW AND ANALYSIS OF OBJECTIONS<br>AND RESPONSES OF ACCENT, ROCKON<br>IT, SMART MEDICAL, VPL MEDICAL,<br>VERSA GROUP AND BEDI TO SUBPOENAS<br>DUCES TECUM; REVIEW OF OBJECTIONS<br>TO NOTICES OF ORAL DEPOSITIONS;<br>ANALYSIS OF RESPONSES TO<br>OBJECTIONS AND PREPARATION FOR<br>"MEET AND CONFER" WITH COCHELL RE | 2.1 | $913.50 |

**FRANDZEL ROBINS BLOOM & CSATO, L.C.**

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                  PAGE:    8
FILE NO:     078410-0061                     OCTOBER 19, 2020
FTC V. JASON CARDIFF                         INVOICE # 417131

---------------------------------------------------------------

ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| | DISCOVERY DISPUTE | | |
| | Subtotal | 22.6 | $10,359.50 |
| | **ASSET ANALYSIS AND RECOVERY** | | |
| 09/01/20 | MICHAEL G. FLETCHER<br>E MAIL FROM NATIONWIDE ABOUT<br>HOLDING THE REJECTION NOTICE FOR<br>THE LANDLORD, FOR OVERNIGHT SERVICE | 0.1 | $51.50 |
| 09/01/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT THE<br>████████████████████ | 0.1 | $51.50 |
| 09/01/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT<br>████████████ | 0.1 | $51.50 |
| 09/01/20 | MICHAEL G. FLETCHER<br>E MAIL TO SANGER WITH THE<br>REJECTION OF THE SUITE 150 LEASE | 0.1 | $51.50 |
| 09/01/20 | MICHAEL G. FLETCHER<br>IMPLEMENTING THE REJECTION OF THE<br>SUITE 150 LEASE | 0.2 | $103.00 |
| 09/01/20 | BRAD R. BECKER<br>REVIEW ECF DOCKET RE EX PARTE<br>APPLICATION TO FILE UNDER SEAL | 0.1 | $38.00 |

**F R A N D Z E L   R O B I N S   B L O O M   &   C S A T O ,   L . C .**

L A W Y E R S
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC           PAGE:    9
FILE NO:    078410-0061               OCTOBER 19, 2020
FTC V. JASON CARDIFF                  INVOICE # 417131
```

------------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/02/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE CALLING OFF THE FILING<br>AND SERVICE OF THE REJECTION<br>NOTICE RE SUITE 150 | 0.1 | $51.50 |
| 09/02/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE COURT'S MINUTE ORDER<br>ABOUT THE REDACTED PURGE FILINGS | 0.1 | $51.50 |
| 09/03/20 | MICHAEL G. FLETCHER<br>E MAIL TO BROWN ABOUT THE<br>REJECTION OF SUITE 150 LEASE | 0.1 | $51.50 |
| 09/03/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL ABOUT EUNJUNG<br>BEING SICK | 0.1 | $51.50 |
| 09/03/20 | MICHAEL G. FLETCHER<br>E MAIL TO CALLAHAN WITH AND ABOUT<br>THE E MAIL FROM COCHELL ABOUT<br>EUNJUNG BEING SICK | 0.1 | $51.50 |
| 09/03/20 | MICHAEL G. FLETCHER<br>E MAIL TO AND TELEPHONE CALL TO<br>KANE ABOUT ███████████ | 0.1 | $51.50 |
| 09/03/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL FROM BROWN ABOUT<br>THE REJECTION OF SUITE 150 LEASE | 0.1 | $51.50 |

**FRANDZEL ROBINS BLOOM & CSATO, L.C.**

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  10
FILE NO:    078410-0061                  OCTOBER 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 417131
```

---------------------------------------------------------------

ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/03/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE CONTEMPT PURGE<br>FILINGS | 0.1 | $51.50 |
| 09/04/20 | MICHAEL G. FLETCHER<br>E MAIL TO COCHELL AND WHITE ABOUT<br>THEIR DISCUSSIONS WITH THE<br>LANDLORD CONCERNING THE REJECTION<br>OF THE SUITE 150 LEASE | 0.1 | $51.50 |
| 09/04/20 | MICHAEL G. FLETCHER<br>E MAIL TO RON BROWN TO DEAL WITH<br>THE LAWYERS FOR BEDI ABOUT<br>PERSONAL PROPERTY AND THE<br>REJECTION OF THE SUITE 150 LEASE | 0.2 | $103.00 |
| 09/04/20 | MICHAEL G. FLETCHER<br>E MAIL FROM SANGER ABOUT<br>UNREDACTED SOCIAL SECURITY NUMBERS | 0.1 | $51.50 |
| 09/04/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE RECEIVER'S REPORT<br>AND THE ASSUMPTIONS ATTACHED AS<br>EXHIBIT 1, AS TO THE REJECTION OF<br>THE SUITE 150 LEASE | 0.2 | $103.00 |
| 09/04/20 | MICHAEL G. FLETCHER<br>E MAIL FROM BEDI COMPLAINING ABOUT<br>THE REJECTION OF THE SUITE 150<br>LEASE | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  11
FILE NO:    078410-0061                  OCTOBER 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 417131
```

----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/04/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL AND<br>WHITE ABOUT BEDI COMPLAINING ABOUT<br>THE REJECTION OF THE SUITE 150<br>LEASE | 0.4 | $206.00 |
| 09/04/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE DEALING WITH THE<br>CLAIMS OF BEDI ABOUT PERSONAL<br>PROPERTY AND THE REJECTION OF THE<br>SUITE 150 LEASE | 0.2 | $103.00 |
| 09/04/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE USING ▬▬▬▬▬ | 0.3 | $154.50 |
| 09/04/20 | GERRICK WARRINGTON<br>ANALYZE DISCOVERY ORDERS, COURT'S<br>CASE MANAGEMENT ORDER, AND<br>PRELIMINARY INJUNCTION TO<br>DETERMINE DISCOVERY CONSTRAINTS. | 3.1 | $992.00 |
| 09/05/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH ENGLAND<br>ABOUT HIM BEING RETAINED | 0.6 | $309.00 |
| 09/05/20 | MICHAEL G. FLETCHER<br>WORK ON THE BEDI SUBPOENAS | 1.2 | $618.00 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  12
FILE NO:    078410-0061              OCTOBER 19, 2020
FTC V. JASON CARDIFF                 INVOICE # 417131
```

----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/05/20 | MICHAEL G. FLETCHER<br>E MAIL TO JEN ABOUT ██████<br>████████████████ | 0.2 | $103.00 |
| 09/05/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>ABOUT ██████ | 0.3 | $154.50 |
| 09/05/20 | GERRICK WARRINGTON<br>ANALYSIS OF DISCOVERY CUTOFF<br>ISSUES; PREPARE MEMO RE SAME. | 2.1 | $672.00 |
| 09/06/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE CONSTRUING THE<br>RECEIVER AS NOT BOUND BY THE<br>DISCOVERY CUTOFF DEADLINES IN THE<br>UNDERLYING LITIGATION | 0.4 | $206.00 |
| 09/06/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE NOTICE FROM THE 9TH<br>CIRCUIT ABOUT THE HEARING<br>SCHEDULING ON THE POUJADE APPEAL | 0.1 | $51.50 |
| 09/06/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE 9TH CIRCUIT HEARING<br>SCHEDULING ON THE POUJADE APPEAL | 0.1 | $51.50 |
| 09/08/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE VPL APPEALS COURT<br>REPLY RE SUMMARY REVERSAL OF THE<br>VPL RECEIVERSHIP ORDER | 0.1 | $51.50 |

## F R A N D Z E L  R O B I N S  B L O O M  &  C S A T O, L.C.

L A W Y E R S
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                PAGE:  13
FILE NO:    078410-0061                     OCTOBER 19, 2020
FTC V. JASON CARDIFF                        INVOICE # 417131
```

----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/08/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>██████████████████ | 0.1 | $51.50 |
| 09/08/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE INFORMATION NEEDED<br>BY ENGLAND FOR THE RETAINER LETTER | 0.1 | $51.50 |
| 09/08/20 | MICHAEL G. FLETCHER<br>WORK ON THE VARIOUS SUBPOENAS | 0.2 | $103.00 |
| 09/08/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE MOTION TO STAY REPLY<br>AND CARDIFF AND BEDI DECLARATIONS<br>AND THE MOTION FOR SUMMARY<br>REVERSAL FTC OPPOSITION | 0.5 | $257.50 |
| 09/08/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE ██████████████<br>██████████████ | 0.4 | $206.00 |
| 09/08/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE AMENDED PURGE<br>CONTEMPT REPLY AND THE FTC PURGE<br>OBJECTION | 0.2 | $103.00 |
| 09/08/20 | MICHAEL G. FLETCHER<br>E MAIL FROM CROWELL ABOUT THE<br>CARDIFF CURE OBLIGATIONS | 0.1 | $51.50 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  14
FILE NO:     078410-0061                 OCTOBER 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 417131
```

-----------------------------------------------------------------

ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/08/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>WITH AND ABOUT ███████████ | 0.4 | $206.00 |
| 09/08/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE FTC ACKNOWLEDGMENT<br>ABOUT THE POUJADE APPEALS HEARING | 0.1 | $51.50 |
| 09/08/20 | MICHAEL G. FLETCHER<br>E MAIL FROM BROWN ABOUT BEDI'S<br>PERSONAL PROPERTY CLAIMS | 0.1 | $51.50 |
| 09/08/20 | MICHAEL G. FLETCHER<br>E MAIL TO ENGLAND WITH THE<br>INFORMATION NEEDED BY ENGLAND FOR<br>THE RETAINER LETTER | 0.3 | $154.50 |
| 09/08/20 | MICHAEL G. FLETCHER<br>FURTHER WORK ON THE DOCUMENT<br>DESIGNATION FOR THE BEDI SUBPOENAS | 1.6 | $824.00 |
| 09/08/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN ABOUT<br>███████████████████ | 0.3 | $154.50 |
| 09/09/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>WITH AND ABOUT THE COURT'S MINUTE<br>ORDER AND RULING DENYING THE STAY<br>PENDING APPEAL | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                PAGE:  15
FILE NO:    078410-0061                     OCTOBER 19, 2020
FTC V. JASON CARDIFF                        INVOICE # 417131
```

---------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/09/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE COURT'S CONTEMPT<br>PURGE MINUTE ORDER | 0.1 | $51.50 |
| 09/09/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH SANGER AND<br>OTHERS AT FTC ABOUT GERALD CARDIFF<br>AND HIS COMPANY | 0.3 | $154.50 |
| 09/09/20 | MICHAEL G. FLETCHER<br>E MAIL TO AND TELEPHONE CALL TO<br>KANE ABOUT ███████████ | 0.4 | $206.00 |
| 09/09/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE SUBPOENA TARGETS | 0.3 | $154.50 |
| 09/09/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE COURT'S MINUTE ORDER<br>AND RULING DENYING THE STAY<br>PENDING APPEAL | 0.3 | $154.50 |
| 09/09/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH AND<br>E MAIL FROM COCHELL ABOUT THE<br>MORTGAGE EXPENSES | 0.3 | $154.50 |
| 09/09/20 | MICHAEL G. FLETCHER<br>FURTHER WORK ON THE BEDI SUBPOENA<br>ATTACHMENTS | 0.8 | $412.00 |
| 09/09/20 | MICHAEL G. FLETCHER<br>FURTHER WORK ON THE BEDI SUBPOENAS<br>AND 30(B)(6) DEPOSITION<br>DESIGNATIONS AND VIDEO DEPOSITION<br>NOTICE STATEMENTS | 2.2 | $1,133.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:  16
FILE NO:    078410-0061                OCTOBER 19, 2020
FTC V. JASON CARDIFF                   INVOICE # 417131
```

--------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/09/20 | MICHAEL G. FLETCHER ANALYSIS RE SETTING UP THE COURT'S VPL REPORTING UNDER THE PURGE CONTEMPT ORDER | 0.2 | $103.00 |
| 09/09/20 | MICHAEL G. FLETCHER REVIEW OF THE COURT'S CONTEMPT PURGE ORDER | 0.3 | $154.50 |
| 09/09/20 | HAL D. GOLDFLAM REVIEW BEDI RELATED SUBPOENAS AND COMMENTS TO SAME; ANALYSIS OF REMOTE DEPOSITION ISSUES DUE TO COVID | 0.7 | $304.50 |
| 09/10/20 | MICHAEL G. FLETCHER MULTIPLE E MAILS WITH KANE AND JEN ABOUT ██████████ | 0.3 | $154.50 |
| 09/10/20 | MICHAEL G. FLETCHER MULTIPLE E MAILS WITH JEN ABOUT ████████████ | 0.2 | $103.00 |
| 09/10/20 | MICHAEL G. FLETCHER E MAIL TO KANE AND JEN WITH AND ████████████ | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC        PAGE: 17
FILE NO:    078410-0061            OCTOBER 19, 2020
FTC V. JASON CARDIFF           INVOICE # 417131

--------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/10/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE TIMING OF GIVING<br>NOTICE OF THE SUBPOENAS TO BOBBY<br>BEDI | 0.7 | $360.50 |
| 09/10/20 | MICHAEL G. FLETCHER<br>E MAIL FROM ENGLAND ABOUT<br>REGULATORY WORK AND HIS RETAINER<br>LETTER | 0.1 | $51.50 |
| 09/10/20 | MICHAEL G. FLETCHER<br>FINALIZE THE DOCUMENT PRODUCTION<br>AND DEPO DATES | 0.2 | $103.00 |
| 09/10/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>ABOUT THERE BEING NO SETTLEMENT<br>FROM THE MEDIATION | 0.1 | $51.50 |
| 09/10/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE BEDI'S CONTACT<br>INFORMATION FOR APTUS AND<br>NATIONWIDE | 0.1 | $51.50 |
| 09/10/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL,<br>SANGER, AND WHITE ABOUT THE<br>SPREADSHEET AND THE BACK UP OF THE<br>LIVING EXPENSES | 0.3 | $154.50 |
| 09/10/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE TIMING OF THE NEXT<br>RECEIVER'S VPL OPERATING REPORT | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  18
FILE NO:     078410-0061                 OCTOBER 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 417131
```

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/10/20 | MICHAEL G. FLETCHER<br>PREPARATION OF REMAINDER OF THE<br>NOTICE OF THE SUBPOENAS | 0.3 | $154.50 |
| 09/10/20 | MICHAEL G. FLETCHER<br>WORK ON THE DEPO SUBPOENA AS TO<br>REMOTE DEPOS AND THE NOTICE OF THE<br>DOCUMENT PRODUCTION AND THE REMOTE<br>DEPOS | 1.3 | $669.50 |
| 09/10/20 | MICHAEL G. FLETCHER<br>PREPARATION OF PERSONAL SERVICE ON<br>BOBBY BEDI | 1.1 | $566.50 |
| 09/10/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE SPREADSHEET AND THE<br>BACK UP OF THE LIVING EXPENSES | 0.4 | $206.00 |
| 09/10/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH SWE AT APTUS<br>ABOUT THE REMOTE DEPOS AND SETTING<br>THAT UP | 0.2 | $103.00 |
| 09/10/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH<br>COCHELL ABOUT THE CARDIFF LIVING<br>EXPENSES AND THE NET SALARY | 0.3 | $154.50 |
| 09/10/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  19
FILE NO:    078410-0061                  OCTOBER 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 417131
```

-------------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/10/20 | MICHAEL G. FLETCHER REVIEW OF THE ELECTRONIC COURT NOTICE OF NO SETTLEMENT | 0.1 | $51.50 |
| 09/10/20 | GERRICK WARRINGTON CALLS AND EMAILS TO APTUS TO COORDINATE ZOOM LINKS FOR DEPOSITION NOTICES. | 0.6 | $192.00 |
| 09/10/20 | GERRICK WARRINGTON PREPARE INSTRUCTIONS FOR SERVICE OF SUBPOENAS. | 0.4 | $128.00 |
| 09/10/20 | GERRICK WARRINGTON PREPARE DEPOSITION SUBPOENA DUCES TECUM TO SMART MEDICAL. | 0.2 | $64.00 |
| 09/10/20 | GERRICK WARRINGTON PREPARE DEPOSITION SUBPOENA DUCES TECUM TO VERSA GROUP. | 0.2 | $64.00 |
| 09/10/20 | GERRICK WARRINGTON COORDINATE WITH APTUS RE ZOOM LINKS FOR DEPOSITION NOTICES. | 0.4 | $128.00 |
| 09/10/20 | GERRICK WARRINGTON ANALYZE WITNESS FEES AND MILEAGE FOR SERVICE OF SUBPOENAS ON B. BEDI. | 1.6 | $512.00 |
| 09/10/20 | GERRICK WARRINGTON PREPARE DEPOSITION SUBPOENA DUCES TECUM TO VPL MEDICAL. | 0.2 | $64.00 |

**F R A N D Z E L  R O B I N S  B L O O M  &  C S A T O, L.C.**

L A W Y E R S
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  20
FILE NO:    078410-0061                  OCTOBER 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 417131
```

-------------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/10/20 | GERRICK WARRINGTON<br>PREPARE DEPOSITION SUBPOENA DUCES<br>TECUM TO B. BEDI. | 0.2 | $64.00 |
| 09/10/20 | GERRICK WARRINGTON<br>PREPARE DEPOSITION SUBPOENA DUCES<br>TECUM TO ROCKON IT. | 0.2 | $64.00 |
| 09/10/20 | GERRICK WARRINGTON<br>PREPARE NOTICE OF SUBPOENAS. | 0.9 | $288.00 |
| 09/11/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE INTERMEDIA LIEN CLAIMS<br>AND CARDIFF OPPOSITION TO THE FEE<br>APPLICATIONS; RECEIVER RESPONSES | 0.7 | $360.50 |
| 09/11/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE NATIONWIDE<br>CONFIRMATION OF THE START OF THE<br>BEDI SUBPOENA SERVICE | 0.1 | $51.50 |
| 09/11/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT THE<br>███████████████ | 0.1 | $51.50 |
| 09/11/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE NOTICE TO WHITE ABOUT<br>SENDING THE BEDI WITNESS AND<br>MILEAGE FEES | 0.1 | $51.50 |
| 09/11/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE HAVING WHITE ACCEPT<br>SERVICE OF THE BEDI SUBPOENAS AND<br>DOCUMENTING THAT ACCEPTANCE;<br>ANALYSIS RE STATUS OF THE | 0.3 | $154.50 |

**FRANDZEL ROBINS BLOOM & CSATO, L.C.**

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  21
FILE NO:     078410-0061                       OCTOBER 19, 2020
FTC V. JASON CARDIFF                           INVOICE # 417131

-----------------------------------------------------------------

ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| | NATIONWIDE SERVICE | | |
| 09/11/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH KANE AND<br>CALLAHAN ███████ | 0.2 | $103.00 |
| 09/11/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH<br>WHITE ABOUT ACCEPTING SERVICE OF<br>THE BEDI SUBPOENAS | 0.1 | $51.50 |
| 09/11/20 | MICHAEL G. FLETCHER<br>PREPARATION OF REMAINDER OF AND<br>REVISIONS TO THE INSTRUCTIONS TO<br>NATIONWIDE ABOUT THE BEDI SUBPOENA<br>SERVICE | 0.7 | $360.50 |
| 09/11/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE SENDING THE BEDI<br>WITNESS AND MILEAGE FEES TO WHITE<br>THROUGH NATIONWIDE AND<br>CONFIRMATION OF THEM BEING SENT | 0.3 | $154.50 |
| 09/11/20 | MICHAEL G. FLETCHER<br>E MAIL TO SANGER AND THE OTHER FTC<br>LAWYERS WITH THE BEDI SUBPOENAS<br>AND NOTICE | 0.1 | $51.50 |
| 09/11/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT<br>RESIDENCE DISCUSSIONS | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  22
FILE NO:    078410-0061                   OCTOBER 19, 2020
FTC V. JASON CARDIFF                      INVOICE # 417131
```

----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/11/20 | MICHAEL G. FLETCHER<br>E MAIL FROM CROWELL ABOUT THE<br>RESIDENCE MARKETING EFFORTS | 0.1 | $51.50 |
| 09/11/20 | HAL D. GOLDFLAM<br>ANALYSIS RE NEXT STEPS RE<br>POTENTIAL ABANDONMENT OF INTEREST<br>IN CARDIFF RESIDENCE | 0.2 | $87.00 |
| 09/11/20 | GERRICK WARRINGTON<br>CALL J. WHITE RE HIS ACCEPTANCE OF<br>SERVICE OF B. BEDI SUBPOENAS. | 0.3 | $96.00 |
| 09/11/20 | GERRICK WARRINGTON<br>PREPARE MILEAGE AND WITNESS FEE<br>CALCULATIONS. | 1.1 | $352.00 |
| 09/11/20 | GERRICK WARRINGTON<br>EMAIL J. WHITE CONFIRMING HIS<br>ACCEPTANCE OF B. BEDI SUBPOENAS. | 0.3 | $96.00 |
| 09/11/20 | GERRICK WARRINGTON<br>ATTENTION TO MILEAGE AND WITNESS<br>FEES TO BE SENT TO B. BEDI IN CARE<br>OF J. WHITE. | 0.4 | $128.00 |
| 09/14/20 | MICHAEL G. FLETCHER<br>PREPARATION OF AND SERVICE OF A<br>BEDI SUBPOENA FOR ACCENT DOCUMENTS | 0.6 | $309.00 |
| 09/14/20 | MICHAEL G. FLETCHER<br>PREPARATION OF PLEADINGS RE: A<br>JOINT STIPULATION FOR THE RECEIVER<br>TO ABANDON THE HOUSE AND THE<br>MARKETING EFFORT | 0.2 | $103.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  23
FILE NO:     078410-0061                 OCTOBER 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 417131
```

----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/14/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH KANE AND SANGER ABOUT THE HOUSE MARKETING AND NO REAL LIKELIHOOD OF A SALE; SALARY ISSUES AND ABANDONMENT ISSUES; FURTHER DOCUMENTS AND INFORMATION FROM FTC ABOUT OTHER INFORMATION | 0.4 | $206.00 |
| 09/14/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE BIZTANK ACCOUNT INFORMATION AND PRESENTED AND CLEARED CHECKS | 0.2 | $103.00 |
| 09/14/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE GATHERING THE INFORMATION FOR THE REPLIES TO THE FEE APPLICATION OPPOSITIONS | 0.9 | $463.50 |
| 09/14/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH KANE ABOUT THE HOUSE ISSUES | 0.1 | $51.50 |
| 09/14/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE WITHHOLDING ISSUES RE BEDI AND ADP | 0.8 | $412.00 |
| 09/14/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC        PAGE: 24
FILE NO:   078410-0061            OCTOBER 19, 2020
FTC V. JASON CARDIFF           INVOICE # 417131

----------------------------------------------------------------

ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/14/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE INTERMEDIA LIEN<br>CLAIMS ABOUT THE MERCHANT DEPOSIT<br>ACCOUNTS | 4.1 | $2,111.50 |
| 09/14/20 | MICHAEL G. FLETCHER<br>E MAIL FROM SANGER ABOUT FTC NO<br>OBJECTING TO THE RECEIVER<br>ABANDONING THE HOUSE AND THE<br>MARKETING EFFORT | 0.1 | $51.50 |
| 09/14/20 | MICHAEL G. FLETCHER<br>E MAIL TO SANGER WITH AND ABOUT<br>THE SUBPOENA FOR ACCENT DOCUMENTS | 0.1 | $51.50 |
| 09/14/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE AUCTION PROCEEDS AND<br>THE LEASES | 0.3 | $154.50 |
| 09/14/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO AND MULTIPLE E<br>MAILS WITH KANE ███████ | 0.3 | $154.50 |
| 09/14/20 | MICHAEL G. FLETCHER<br>E MAIL TO JEN ABOUT ███████ | 0.1 | $51.50 |
| 09/14/20 | HAL D. GOLDFLAM<br>ANALYSIS RE PROCEEDING WITH<br>STIPULATION TO ABANDON CARDIFFS'<br>RESIDENCE | 0.1 | $43.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  25
FILE NO:    078410-0061                        OCTOBER 19, 2020
FTC V. JASON CARDIFF                           INVOICE # 417131

---------------------------------------------------------------------

ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/14/20 | GERRICK WARRINGTON<br>PREPARE SUBPOENA DUCES TECUM TO<br>ACCENT IMPORTS, INC. | 0.3 | $96.00 |
| 09/14/20 | GERRICK WARRINGTON<br>CALL J. WHITE TO ASK HIM TO ACCEPT<br>SERVICE OF ACCENT IMPORTS SUBPOENA. | 0.3 | $96.00 |
| 09/14/20 | GERRICK WARRINGTON<br>PREPARE NOTICE OF SUBPOENA DUCES<br>TECUM. | 0.4 | $128.00 |
| 09/14/20 | GERRICK WARRINGTON<br>REVIEW AND ANALYZE B. KANE AND M.<br>FLETCHER DECLARATIONS. | 0.3 | $96.00 |
| 09/14/20 | GERRICK WARRINGTON<br>PREPARE ATTACHMENT TO SUBPOENA<br>DUCES TECUM TO ACCENT IMPORTS, INC. | 0.4 | $128.00 |
| 09/14/20 | GERRICK WARRINGTON<br>EMAIL J. WHITE TO CONFIRM HIS<br>AGREEMENT TO ACCEPT SERVICE OF<br>ACCENT IMPORTS SUBPOENA. | 0.3 | $96.00 |
| 09/14/20 | GERRICK WARRINGTON<br>COORDINATE SERVICE OF NOTICE VIA<br>ATTORNEY SERVICE. | 0.8 | $256.00 |
| 09/15/20 | MICHAEL G. FLETCHER<br>E MAIL FROM JEN ███████ | 0.1 | $51.50 |

310

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC              PAGE:  26
FILE NO:      078410-0061                OCTOBER 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 417131

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/15/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN ABOUT<br>THE FURTHER EMPLOYMENT AGREEMENTS | 0.1 | $51.50 |
| 09/15/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL AND<br>WHITE ABOUT THE CARDIFF NET SALARY | 0.1 | $51.50 |
| 09/15/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE FURTHER<br>EMPLOYMENT TERM SHEETS | 0.3 | $154.50 |
| 09/15/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT HIS FEES AND HIS FEE<br>APPLICATION | 0.2 | $103.00 |
| 09/15/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, AND CALLAHAN<br>███████████████████ | 0.1 | $51.50 |
| 09/15/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE SHUTTING DOWN THE<br>MARKETING AND DISCUSSIONS WITH THE<br>LIEN HOLDER | 0.3 | $154.50 |
| 09/15/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH THE LAWYER<br>FOR THE SENIOR LENDER ON THE<br>CARDIFF RESIDENCE | 0.2 | $103.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  27
FILE NO:    078410-0061                   OCTOBER 19, 2020
FTC V. JASON CARDIFF                      INVOICE # 417131
```

--------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/16/20 | MICHAEL G. FLETCHER<br>COMMENCE REVIEW OF THE VPL<br>PRELIMINARY INJUNCTION REVIEW | 0.6 | $309.00 |
| 09/16/20 | MICHAEL G. FLETCHER<br>PREPARATION OF REMAINDER OF THE<br>REMAINDER OF THE FRANK WOODSON<br>EMPLOYMENT TERM SHEET | 0.4 | $206.00 |
| 09/16/20 | MICHAEL G. FLETCHER<br>PREPARATION OF OTHER EMPLOYMENT<br>TERM SHEETS | 0.1 | $51.50 |
| 09/16/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT THE<br>STATUS OF THE ▮▮▮ | 0.1 | $51.50 |
| 09/16/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT NO<br>▮▮▮ | 0.1 | $51.50 |
| 09/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH CALLAHAN<br>ABOUT ▮▮▮ | 0.1 | $51.50 |
| 09/16/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE ENGLAND DRAFT<br>ENGAGEMENT LETTER | 0.1 | $51.50 |

**F R A N D Z E L  R O B I N S  B L O O M  &  C S A T O, L.C.**

L A W Y E R S
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  28
FILE NO:    078410-0061              OCTOBER 19, 2020
FTC V. JASON CARDIFF                 INVOICE # 417131
```

---------------------------------------------------------------

ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/16/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE DOCUMENTING THE<br>ABANDONMENT OF THE RESIDENCE AND<br>THE MARKETING EFFORT | 0.2 | $103.00 |
| 09/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE, JEN,<br>AND CALLAHAN WITH AND ABOUT THE<br>███████████████████ | 0.4 | $206.00 |
| 09/16/20 | MICHAEL G. FLETCHER<br>E MAIL FROM CALAPIORE WITH THE<br>ENGLAND DRAFT ENGAGEMENT LETTER | 0.1 | $51.50 |
| 09/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT HIM GETTING PAYMENT FROM VPL<br>FOR HIS RECOMMENDED FEES SET FORTH<br>IN THE CASH FLOW PROJECTION | 0.2 | $103.00 |
| 09/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND<br>CALLAHAN ABOUT ███████████<br>███████████████████ | 0.4 | $206.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                     PAGE:  29
FILE NO:    078410-0061                         OCTOBER 19, 2020
FTC V. JASON CARDIFF                            INVOICE # 417131

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/16/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE AN EMPLOYEE HANDBOOK<br>FOR VPL EMPLOYEES AND REPORTING OF<br>PROBLEMS TO THE RECEIVER | 0.5 | $257.50 |
| 09/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH ENGLAND<br>ABOUT HIS RETAINER LETTER DRAFT | 0.1 | $51.50 |
| 09/16/20 | MICHAEL G. FLETCHER<br>PREPARATION OF PLEADINGS RE: THE<br>JOINT STIPULATION TO DISCONTINUE<br>THE MARKETING EFFORTS AND TO ALLOW<br>LIEN ENFORCEMENT ACTIVITIES ON THE<br>CARDIFF RESIDENCE | 1.1 | $566.50 |
| 09/16/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE ENGLAND DRAFT ENGAGEMENT<br>LETTER | 0.1 | $51.50 |
| 09/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH CATHAY<br>FLEMING ABOUT BERGEN WHOLESALE | 0.2 | $103.00 |
| 09/16/20 | HAL D. GOLDFLAM<br>ANALYSIS RE ABANDONMENT OF CARDIFF<br>RESIDENCE AS ASSET; REVIEW E-MAILS<br>WITH RECEIVER'S DEPUTIES RE SAME | 0.2 | $87.00 |
| 09/16/20 | HAL D. GOLDFLAM<br>REVIEW E-MAILS RE STIPULATION TO<br>ABANDON CARDIFF RESIDENCE;<br>ANALYSIS OF DRAFT STIPULATION AND<br>SCOPE OF ABANDONMENT | 0.3 | $130.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                    PAGE:  30
FILE NO:      078410-0061                       OCTOBER 19, 2020
FTC V. JASON CARDIFF                            INVOICE # 417131
```

----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/17/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE MATERIALS FROM<br>ENGLAND ABOUT PAYMENT FOR PAST<br>EFFORTS AND GOING FORWARD | 0.1 | $51.50 |
| 09/17/20 | MICHAEL G. FLETCHER<br>PREPARATION OF REMAINDER OF THE<br>WOODSON EMPLOYMENT TERM SHEET | 0.5 | $257.50 |
| 09/17/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE COCHELL DECLARATION<br>ABOUT VPL AND THE VPL OPPOSITION<br>TO THE FEE APPLICATIONS | 0.2 | $103.00 |
| 09/17/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN ABOUT ▮▮▮▮▮ | 0.3 | $154.50 |
| 09/17/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE, JEN,<br>AND WELIN ABOUT ▮▮▮▮▮ | 0.2 | $103.00 |
| 09/17/20 | MICHAEL G. FLETCHER<br>JEN ABOUT ▮▮▮▮▮ | 0.3 | $154.50 |

315

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

L A W Y E R S
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                 PAGE:  31
FILE NO:    078410-0061                      OCTOBER 19, 2020
FTC V. JASON CARDIFF                         INVOICE # 417131
```

--------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/17/20 | HAL D. GOLDFLAM<br>REVIEW ANALYSIS OF LATEST PURCHASE<br>OFFER OR RESIDENCE ▇▇▇▇ ▇▇▇▇▇▇ | 0.2 | $87.00 |
| 09/18/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE FURTHER COCHELL<br>ARGUMENTS TO DISSOLVE THE VPL<br>INJUNCTION | 0.4 | $206.00 |
| 09/18/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE RECEIVER'S VPL<br>REPORT ON THE ON-GOING ACTIVITIES | 0.2 | $103.00 |
| 09/18/20 | MICHAEL G. FLETCHER<br>REVIEW OF COCHELL FILINGS ABOUT<br>THE SUMMARY JUDGMENT MOTIONS | 0.1 | $51.50 |
| 09/18/20 | MICHAEL G. FLETCHER<br>E MAIL TO WHITE NOTING THAT HE<br>FAILED TO SEND HIS EMAIL ABOUT<br>LIVING EXPENSES TO THE FTC | 0.1 | $51.50 |
| 09/18/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE FINALIZING THE<br>RECEIVER'S FEE APPLICATION REPLY<br>AND DECLARATION AND EXHIBITS | 0.9 | $463.50 |
| 09/18/20 | MICHAEL G. FLETCHER<br>E MAIL FROM SANGER ABOUT NOT<br>HAVING RECEIVED THE WHITE LIVING<br>EXPENSES MATERIALS AND FTC<br>EVALUATION OF THEM, AND TIMING | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  32
FILE NO:    078410-0061                  OCTOBER 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 417131
```

----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/18/20 | MICHAEL G. FLETCHER<br>E MAIL FROM WHITE ABOUT LIVING<br>EXPENSES | 0.1 | $51.50 |
| 09/21/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT<br>THE RESIDENCE MARKETING EFFORT AND<br>THE DRAFT STIPULATION TO SHUT DOWN<br>THE MARKETING EFFORT | 0.2 | $103.00 |
| 09/21/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH WHITE ABOUT<br>LIVING EXPENSES AND THE RECEIVER'S<br>EVALUATION OF THE LATEST MATERIALS | 0.5 | $257.50 |
| 09/21/20 | MICHAEL G. FLETCHER<br>E MAIL TO CALLAHAN ███████ | 0.1 | $51.50 |
| 09/21/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE MATERIALS FROM WHITE<br>ABOUT LIVING EXPENSES | 0.3 | $154.50 |
| 09/21/20 | MICHAEL G. FLETCHER<br>E MAIL FROM KANE ABOUT THE<br>RESIDENCE DRAFT STIPULATION ████ | 0.1 | $51.50 |
| 09/21/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE DEALING WITH THE<br>RESIDENCE AND THE FLURRY OF<br>EVALUATIONS OF THE LAST OFFER | 0.2 | $103.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:   33
FILE NO:      078410-0061               OCTOBER 19, 2020
FTC V. JASON CARDIFF                    INVOICE # 417131
```

---------------------------------------------------------------

ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/21/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT<br>█████████████████ | 0.1 | $51.50 |
| 09/21/20 | MICHAEL G. FLETCHER<br>E MAIL TO JEN WITH AND ABOUT THE<br>████████████ | 0.2 | $103.00 |
| 09/21/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH SANGER,<br>PRUNTY, WHITE, AND COCHELL ABOUT<br>DISCUSSING THE LIVING EXPENSES | 0.2 | $103.00 |
| 09/21/20 | MICHAEL G. FLETCHER<br>E MAIL FROM CALLAHAN AND ANALYSIS<br>RE ███████████████ | 0.1 | $51.50 |
| 09/22/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH<br>BUFFINGTON ABOUT ZAP | 0.1 | $51.50 |
| 09/22/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE CONFERENCE CALL<br>ABOUT LIVING EXPENSES | 0.2 | $103.00 |
| 09/22/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE CLAIM OF ZAP<br>PACKAGING | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:    078410-0061
FTC V. JASON CARDIFF

PAGE:  34
OCTOBER 19, 2020
INVOICE # 417131

----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/22/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>ABOUT THE CLAIM OF ZAP PACKAGING<br>██████████████████ | 0.3 | $154.50 |
| 09/22/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE ABOUT ████████<br>██████████████████ | 0.2 | $103.00 |
| 09/22/20 | MICHAEL G. FLETCHER<br>CONFERENCE CALL WITH SANGER,<br>WHITE, COCHELL, AND OTHERS ABOUT<br>LIVING EXPENSES | 0.4 | $206.00 |
| 09/23/20 | MICHAEL G. FLETCHER<br>WORK ON THE VPL RECEIVER'S REPORT | 0.1 | $51.50 |
| 09/23/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE WITH AND ABOUT THE<br>ORDER APPROVING THE JOINT<br>STIPULATION AND THE VPL CASH FLOW<br>PROJECTIONS | 0.1 | $51.50 |
| 09/23/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT<br>████████████████ | 0.1 | $51.50 |
| 09/23/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT THE<br>RESIDENCE; ████████████<br>██████████████████ | 0.2 | $103.00 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:  35
FILE NO:   078410-0061                 OCTOBER 19, 2020
FTC V. JASON CARDIFF                   INVOICE # 417131
```

------------------------------------------------------------

ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| | ███████████████████████ | | |
| 09/23/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE ORDER APPROVING THE<br>JOINT STIPULATION AND THE VPL CASH<br>FLOW PROJECTIONS | 0.1 | $51.50 |
| 09/23/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH<br>SANGER AND PRUNTY ABOUT THE<br>RESIDENCE AND TERMINATING THE<br>MARKETING EFFORT | 0.6 | $309.00 |
| 09/24/20 | MICHAEL G. FLETCHER<br>PREPARATION OF PLEADINGS RE: THE<br>INTERMEDIA OPPOSITION AND A<br>STIPULATION TO WITHDRAW | 0.7 | $360.50 |
| 09/24/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT<br>THE ███████████████████████ | 0.2 | $103.00 |
| 09/24/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL FROM COCHELL ABOUT<br>THE BEDI PRODUCTION OF DOCUMENTS<br>AND AN EXTENSION OF TIME TO RESPOND | 0.1 | $51.50 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:  36
FILE NO:    078410-0061                OCTOBER 19, 2020
FTC V. JASON CARDIFF                   INVOICE # 417131
```

-------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/24/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE WITH<br>AND ABOUT<br>█████████ | 0.1 | $51.50 |
| 09/24/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH<br>CROWELL ABOUT THE INTERMEDIA FEE<br>APPLICATION OPPOSITION | 0.5 | $257.50 |
| 09/24/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH SANGER<br>AND PRUNTY ABOUT THE HOUSE AND<br>LIVING EXPENSES | 1.3 | $669.50 |
| 09/24/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN SUMMARIZING<br>THE DISCUSSIONS WITH SANGER AND<br>PRUNTY ABOUT THE HOUSE AND LIVING<br>EXPENSES | 0.2 | $103.00 |
| 09/24/20 | MICHAEL G. FLETCHER<br>E MAIL TO CROWELL WITH STIPULATION<br>TO WITHDRAW THE OPPOSITION | 0.1 | $51.50 |
| 09/24/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE GETTING INTERMEDIA TO<br>WITHDRAW ITS FEE APPLICATION<br>OPPOSITION, WITHOUT PREJUDICE | 0.3 | $154.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                PAGE:  37
FILE NO:    078410-0061                     OCTOBER 19, 2020
FTC V. JASON CARDIFF                        INVOICE # 417131
```

----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/24/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT THE BEDI PRODUCTION OF<br>DOCUMENTS AND AN EXTENSION OF TIME<br>TO RESPOND | 0.1 | $51.50 |
| 09/24/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE FOLLOW UP CALL<br>WITH SANGER ABOUT THE RESIDENCE<br>AND LIVING EXPENSES | 0.2 | $103.00 |
| 09/24/20 | HAL D. GOLDFLAM<br>REVIEW MEMOS RE ABANDONMENT OF<br>RESIDENCE | 0.1 | $43.50 |
| 09/25/20 | MICHAEL G. FLETCHER<br>REVIEW OF 9TH CIRCUIT FILINGS RE<br>THE VPL APPEAL OF THE PRELIMINARY<br>INJUNCTION | 0.1 | $51.50 |
| 09/25/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE, JEN,<br>AND CALLAHAN WITH AND ABOUT THE<br>STIPULATION TO SUSPEND THE<br>MARKETING EFFORTS AS TO THE<br>RESIDENCE ███████ | 0.6 | $309.00 |
| 09/25/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE JOB DESCRIPTIONS FOR<br>OTHER WORKERS | 0.1 | $51.50 |

322

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  38
FILE NO:    078410-0061                        OCTOBER 19, 2020
FTC V. JASON CARDIFF                           INVOICE # 417131

-----------------------------------------------------------------

ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/25/20 | MICHAEL G. FLETCHER<br>PREPARATION OF PLEADINGS RE: ORDER<br>APPROVING THE STIPULATION TO CEASE<br>MARKETING THE RESIDENCE | 0.5 | $257.50 |
| 09/25/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE CARDIFF OBJECTIONS<br>TO THE FTC FORM OF JUDGMENT AND<br>ESPECIALLY THE RECEIVERSHIP<br>PROVISIONS | 0.1 | $51.50 |
| 09/25/20 | MICHAEL G. FLETCHER<br>FURTHER WORK ON THE STIPULATION TO<br>SUSPEND THE MARKETING EFFORTS AS<br>TO THE RESIDENCE | 0.6 | $309.00 |
| 09/28/20 | MICHAEL G. FLETCHER<br>E MAIL TO SANGER AND PRUNTY WITH<br>AND ABOUT THE MARKETING CESSATION<br>STIPULATION AND SOLICITATION OF<br>COMMENTS | 0.1 | $51.50 |
| 09/28/20 | MICHAEL G. FLETCHER<br>WORK ON THE MARKETING CESSATION<br>STIPULATION | 0.1 | $51.50 |
| 09/28/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE VPL S CORPORATION<br>DESIGNATION | 0.1 | $51.50 |
| 09/28/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT THE | 0.1 | $51.50 |

**F R A N D Z E L  R O B I N S  B L O O M  &  C S A T O,  L.C.**

L A W Y E R S
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:  39
FILE NO:     078410-0061               OCTOBER 19, 2020
FTC V. JASON CARDIFF                   INVOICE # 417131
```

------------------------------------------------------------

ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/28/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL FROM COCHELL ABOUT<br>THE SUBPOENA RESPONSES, NEW<br>ASSETS, AND OBJECTIONS | 0.1 | $51.50 |
| 09/28/20 | MICHAEL G. FLETCHER<br>BEGIN REVIEW OF THE FTC DOCUMENTS<br>ABOUT HONEYWELL MASKS | 0.5 | $257.50 |
| 09/28/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE FURTHER EMPLOYMENT<br>AGREEMENTS | 0.1 | $51.50 |
| 09/28/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN ABOUT<br>█████████████████████████ | 0.3 | $154.50 |
| 09/28/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT █████████████████<br>████████ | 0.1 | $51.50 |
| 09/28/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE WITH<br>█████████████████████████ | 0.1 | $51.50 |
| 09/28/20 | MICHAEL G. FLETCHER<br>E MAIL FROM CROWELL ABOUT<br>ACCOUNTING QUESTIONS | 0.1 | $51.50 |

**FRANDZEL ROBINS BLOOM & CSATO, L.C.**

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  40
FILE NO:    078410-0061              OCTOBER 19, 2020
FTC V. JASON CARDIFF                 INVOICE # 417131
```

-------------------------------------------------------------

ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/29/20 | MICHAEL G. FLETCHER<br>E MAIL FROM SANGER ABOUT THE<br>DISCLOSURES FROM COCHELL AND FTC<br>ISSUES | 0.1 | $51.50 |
| 09/29/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL,<br>WHITE, SANGER AND OTHERS ABOUT A<br>MEET AND CONFER ABOUT THE<br>OBJECTIONS IN THE BEDI SUBPOENA<br>RESPONSES AND MOVING TO COMPEL<br>FULL ANSWERS | 0.4 | $206.00 |
| 09/29/20 | MICHAEL G. FLETCHER<br>PREPARATION OF PLEADINGS RE: THE<br>MOTION RE THE BEDI SUBPOENA<br>RESPONSES AND MOVING TO COMPEL<br>FULL ANSWERS | 0.5 | $257.50 |
| 09/29/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT THE<br>[REDACTED] | 0.2 | $103.00 |
| 09/29/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH SANGER ABOUT<br>THE RECENT COCHELL DISCLOSURES | 0.1 | $51.50 |
| 09/29/20 | MICHAEL G. FLETCHER<br>COMMENCE REVIEW OF THE BEDI<br>SUBPOENA RESPONSES | 0.2 | $103.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  41
FILE NO:    078410-0061                        OCTOBER 19, 2020
FTC V. JASON CARDIFF                           INVOICE # 417131

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/29/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT DISCLOSURES AND OBJECTIONS | 0.1 | $51.50 |
| 09/29/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE AND EVALUATION OF THE<br>MEET AND CONFER ABOUT THE<br>OBJECTIONS IN THE BEDI SUBPOENA<br>RESPONSES AND MOVING TO COMPEL<br>FULL ANSWERS | 0.6 | $309.00 |
| 09/29/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE FEE APPLICATION<br>HEARINGS | 0.5 | $257.50 |
| 09/29/20 | GERRICK WARRINGTON<br>ATTENTION TO FEE APPLICATION<br>HEARING AND FILINGS. | 0.4 | $128.00 |
| 09/29/20 | GERRICK WARRINGTON<br>REVIEW AND ANALYZE OBJECTIONS TO<br>SUBPOENAS. | 0.4 | $128.00 |
| 09/30/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE WITH<br>AND ABOUT ██████████████ | 0.1 | $51.50 |
| 09/30/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE ELECTRONIC NOTICE FROM<br>THE COURT ABOUT TAKING THE FEE<br>APPLICATIONS UNDER SUBMISSION | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

L A W Y E R S
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC               PAGE:  42
FILE NO:    078410-0061                   OCTOBER 19, 2020
FTC V. JASON CARDIFF                      INVOICE # 417131

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/30/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH COCHELL,<br>SANGER, AND PRUNTY ABOUT THE FTC<br>MEET AND CONFER PROCESS CONCERNING<br>EXPEDITED DISCOVERY | 0.2 | $103.00 |
| 09/30/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH<br>REVISIONS TO THE DRAFT OF THE<br>RECEIVER'S VPL OPERATING REPORT AS<br>OF OCTOBER 1, 2020 | 0.1 | $51.50 |
| 09/30/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE COURT'S NOTICE OF<br>TAKING THE FEE APPLICATIONS UNDER<br>SUBMISSION | 0.1 | $51.50 |
| 09/30/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT THE<br>REVISIONS TO THE DRAFT VPL REPORT | 0.1 | $51.50 |
| 09/30/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL,<br>SANGER, AND PRUNTY ABOUT THE FTC<br>MEET AND CONFER PROCESS CONCERNING<br>EXPEDITED DISCOVERY | 0.2 | $103.00 |
| 09/30/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH<br>COCHELL, SANGER, AND PRUNTY ABOUT<br>THE FTC MEET AND CONFER PROCESS<br>CONCERNING EXPEDITED DISCOVERY | 0.2 | $103.00 |

327

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:  43
FILE NO:    078410-0061                OCTOBER 19, 2020
FTC V. JASON CARDIFF                   INVOICE # 417131
```

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/30/20 | MICHAEL G. FLETCHER<br>WORK ON AND REVISIONS TO THE DRAFT<br>OF THE RECEIVER'S VPL OPERATING<br>REPORT AS OF OCTOBER 1, 2020 | 1.3 | $669.50 |
| 09/30/20 | MICHAEL G. FLETCHER<br>WORK ON THE MEET AND CONFER<br>PROCESS CONCERNING THE BEDI<br>SUBPOENA RESPONSES AND OBJECTIONS<br>AND THE DISCOVERY MOTION PROCESS | 3.3 | $1,699.50 |
| 09/30/20 | HAL D. GOLDFLAM<br>REVIEW MEMO ABOUT SUBPOENAED<br>PARTIES | 0.3 | $130.50 |
| 09/30/20 | GERRICK WARRINGTON<br>ANALYSIS OF SUBPOENAS AND<br>CONNECTIONS BETWEEN ENTITIES. | 0.4 | $128.00 |
| | Subtotal | 81.4 | $38,580.50 |

MEETINGS OF AND COMMUNICATIONS WITH C   RS

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/02/20 | HAL D. GOLDFLAM<br>E-MAIL EXCHANGE WITH SAN<br>BERNARDINO COUNTY TAX COLLECTOR RE<br>RECEIVERSHIP CLAIM AND RECEIVER'S<br>FEE APPLICATION; REVIEW CLAIM | 0.3 | $130.50 |
| 09/03/20 | HAL D. GOLDFLAM<br>TELEPHONE MESSAGE FROM COUNSEL FOR<br>VPL'S LANDLORD RE LEASE REJECTION;<br>E-MAILS WITH RECEIVER RE REJECTION | 0.2 | $87.00 |

328

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:  44
FILE NO:    078410-0061                OCTOBER 19, 2020
FTC V. JASON CARDIFF                   INVOICE # 417131
```

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/11/20 | HAL D. GOLDFLAM<br>TELEPHONE CALL WITH CHRISTOPHER<br>CROWELL RE CARDIFF RESIDENCE<br>MARKETING EFFORTS | 0.1 | $43.50 |
| 09/11/20 | HAL D. GOLDFLAM<br>E-MAIL FROM MR. CROWELL RE<br>RECEIVER'S MARKETING EFFORTS | 0.1 | $43.50 |
|  | Subtotal | 0.7 | $304.50 |
|  | **FEE/EMPLOYMENT APPLICATIONS** |  |  |
| 09/01/20 | HAL D. GOLDFLAM<br>ATTENTION TO MAIL AND E-MAIL<br>SERVICE OF FOURTH FEE APPLICATION<br>ON CREDITORS | 0.3 | $130.50 |
| 09/01/20 | HAL D. GOLDFLAM<br>E-MAILS TO MR. KANE AND MS. JEN RE<br>FOURTH FEE APPLICATION | 0.2 | $87.00 |
| 09/01/20 | HAL D. GOLDFLAM<br>E-MAIL EXCHANGE WITH MR. KANE RE<br>FOURTH FEE APPLICATION | 0.1 | $43.50 |
| 09/01/20 | HAL D. GOLDFLAM<br>PREPARE REVISIONS TO FOURTH FEE<br>APPLICATION AND SUPPORTING<br>DECLARATIONS | 0.9 | $391.50 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:  45
FILE NO:   078410-0061                 OCTOBER 19, 2020
FTC V. JASON CARDIFF                   INVOICE # 417131
```

----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/02/20 | HAL D. GOLDFLAM<br>PREPARE FILING AND SERVICE<br>INSTRUCTIONS FOR FOURTH FEE<br>APPLICATION; REVIEW FINAL<br>ASSEMBLED DOCUMENTS (NO CHARGE) | 0.5 | NO CHARGE |
| 09/02/20 | HAL D. GOLDFLAM<br>REVISE PROPOSED ORDER GRANTING<br>FOURTH FEE APPLICATION | 0.1 | $43.50 |
| 09/02/20 | HAL D. GOLDFLAM<br>PREPARE REVISIONS TO AND FINALIZE<br>KANE AND FLETCHER DECLARATIONS IN<br>SUPPORT OF FOURTH FEE APPLICATION | 0.8 | $348.00 |
| 09/11/20 | HAL D. GOLDFLAM<br>PREPARATION OF REPLY TO<br>CARDIFFS'/VPL'S OPPOSITION TO<br>FOURTH FEE APPLICATION | 0.9 | $391.50 |
| 09/11/20 | HAL D. GOLDFLAM<br>REVIEW AND ANALYSIS OF<br>INTER/MEDIA'S OPPOSITION TO<br>RECEIVER'S FOURTH FEE APPLICATION;<br>CONSIDER ISSUES FOR REPLY BRIEF | 1.2 | $522.00 |
| 09/11/20 | HAL D. GOLDFLAM<br>REVIEW AND ANALYSIS OF<br>CARDIFFS/VPL'S OPPOSITION TO<br>FOURTH FEE APPLICATION INCLUDING<br>REVIEW OF COCHELL DECLARATION;<br>CONSIDER ISSUES FOR REPLY BRIEF | 0.6 | $261.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  46
FILE NO:    078410-0061              OCTOBER 19, 2020
FTC V. JASON CARDIFF                 INVOICE # 417131
```

----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/11/20 | BRAD R. BECKER<br>INITIAL REVIEW OF OPPOSITION OF<br>CARDIFFS/VPL TO FOURTH FEE<br>APPLICATION | 0.6 | $228.00 |
| 09/11/20 | BRAD R. BECKER<br>TCS H GOLDFLAM RE ISSUES RAISED BY<br>OPPOSITIONS OF INTERMEDIA AND<br>CARDIFFS/VPL TO FOURTH FEE<br>APPLICATION | 0.3 | $114.00 |
| 09/11/20 | BRAD R. BECKER<br>ANALYSIS RE ISSUES RAISED BY<br>OPPOSITION OF INTERMEDIA TO FOURTH<br>FEE APPLICATION | 0.6 | $228.00 |
| 09/11/20 | BRAD R. BECKER<br>INITIAL REVIEW OF OPPOSITION OF<br>INTERMEDIA TO FOURTH FEE<br>APPLICATION | 0.6 | $228.00 |
| 09/11/20 | BRAD R. BECKER<br>ANALYSIS RE ISSUES RAISED BY<br>OPPOSITION OF CARDIFFS/VPL TO<br>FOURTH FEE APPLICATION | 0.6 | $228.00 |
| 09/13/20 | HAL D. GOLDFLAM<br>WORK ON OMNIBUS REPLY TO<br>OPPOSITIONS TO FEE MOTION<br>INCLUDING REVIEW OF PRIOR FILINGS<br>AND DECLARATIONS | 1.4 | $609.00 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  47
FILE NO:   078410-0061                         OCTOBER 19, 2020
FTC V. JASON CARDIFF                           INVOICE # 417131

------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/14/20 | HAL D. GOLDFLAM<br>WORK ON OMNIBUS REPLY TO<br>VPL/CARDIFF AND INTER/MEDIA<br>OPPOSITIONS TO FOURTH FEE<br>APPLICATION | 1.2 | $522.00 |
| 09/14/20 | HAL D. GOLDFLAM<br>REVIEW RESEARCH FOR ISSUES RELATED<br>TO REPLY TO OPPOSITIONS TO FOURTH<br>FEE APPLICATION | 0.7 | $304.50 |
| 09/14/20 | BRAD R. BECKER<br>ANALYSIS RE ISSUES RAISED IN<br>INTERMEDIA OPPOSITION TO FOURTH<br>FEE APPLICATION | 2.5 | $950.00 |
| 09/14/20 | BRAD R. BECKER<br>REVIEW ORDER GRANTING VPL<br>PRELIMINARY INJUNCTION RE<br>OPPOSITIONS TO FOURTH FEE<br>APPLICATION | 0.2 | $76.00 |
| 09/14/20 | BRAD R. BECKER<br>FURTHER REVIEW OF INTERMEDIA<br>OPPOSITION TO FOURTH FEE<br>APPLICATION | 0.4 | $152.00 |
| 09/14/20 | BRAD R. BECKER<br>FURTHER REVIEW OF VPL OPPOSITION<br>TO FOURTH FEE APPLICATION | 0.4 | $152.00 |
| 09/14/20 | BRAD R. BECKER<br>REVIEW RECEIVER'S FOURTH FEE<br>APPLICATION | 0.6 | $228.00 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:   078410-0061
FTC V. JASON CARDIFF

PAGE:  48
OCTOBER 19, 2020
INVOICE # 417131

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/14/20 | BRAD R. BECKER<br>ANALYSIS RE ISSUES RAISED IN VPL<br>OPPOSITION TO FOURTH FEE<br>APPLICATION | 2.5 | $950.00 |
| 09/15/20 | HAL D. GOLDFLAM<br>FURTHER REVIEW OF INTER/MEDIA'S<br>OPPOSITION TO FEE APPLICATION RE<br>PREPARATION OF ADDITIONS TO DRAFT<br>REPLY BRIEF | 0.7 | $304.50 |
| 09/15/20 | HAL D. GOLDFLAM<br>ANALYSIS OF ARGUMENT IN OPPOSITION<br>TO INTER/MEDIA'S OPPOSITION TO<br>FOURTH FEE APPLICATION | 0.5 | $217.50 |
| 09/15/20 | BRAD R. BECKER<br>DRAFT COMBINED REPLY TO<br>OPPOSITIONS TO FOURTH FEE<br>APPLICATION (INTERMEDIA) | 1.6 | $608.00 |
| 09/15/20 | BRAD R. BECKER<br>ANALYSIS RE ISSUES RAISED IN<br>CARDIFFS/VPL OPPOSITION TO FOURTH<br>FEE APPLICATION | 2.2 | $836.00 |
| 09/15/20 | BRAD R. BECKER<br>ANALYSIS RE ISSUES RAISED IN<br>INTER/MEDIA OPPOSITION TO FOURTH<br>FEE APPLICATION | 2.2 | $836.00 |

333

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437801

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  49
FILE NO:    078410-0061                  OCTOBER 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 417131
```

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/15/20 | BRAD R. BECKER<br>REVIEW PRIOR COURT ORDERS RE<br>ISSUES RAISED IN OPPOSITIONS TO<br>FOURTH FEE APPLICATION | 1.7 | $646.00 |
| 09/15/20 | BRAD R. BECKER<br>DRAFT COMBINED REPLY TO<br>OPPOSITIONS TO FOURTH FEE<br>APPLICATION (CARDIFFS/VPL) | 2.8 | $1,064.00 |
| 09/16/20 | HAL D. GOLDFLAM<br>PREPARE REVISIONS TO DRAFT OMNIBUS<br>REPLY TO OPPOSITIONS TO FOURTH FEE<br>APPLICATION; PREPARE REVISIONS TO<br>SUPPLEMENTAL DECLARATION OF KANE<br>IN SUPPORT OF REPLY; ANALYSIS OF<br>WHETHER TO INCLUDE DISCUSSION OF<br>BIZTANK FUNDS. | 1.2 | $522.00 |
| 09/16/20 | HAL D. GOLDFLAM<br>CONFER WITH BRAD RE REPLY TO<br>OPPOSITIONS TO FEE MOTION (NO<br>CHARGE) | 0.6 | NO CHARGE |
| 09/16/20 | BRAD R. BECKER<br>DRAFT SUPPLEMENTAL KANE<br>DECLARATION IN SUPPORT OF<br>OPPOSITIONS TO FOURTH FEE<br>APPLICATION | 1.8 | $684.00 |
| 09/16/20 | BRAD R. BECKER<br>CONTINUED DRAFTING OF COMBINED<br>REPLY TO OPPOSITIONS TO FOURTH FEE<br>APPLICATION (CARDIFFS/VPL) | 2.1 | $798.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  50
FILE NO:    078410-0061                  OCTOBER 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 417131
```

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/16/20 | BRAD R. BECKER<br>REVIEW INTEL LEASE RE OPPOSITION<br>OF INTERMEDIA TO FOURTH FEE<br>APPLICATION | 0.3 | $114.00 |
| 09/16/20 | BRAD R. BECKER<br>CONTINUED DRAFTING OF COMBINED<br>REPLY TO OPPOSITIONS TO FOURTH FEE<br>APPLICATION (INTERMEDIA) | 0.9 | $342.00 |
| 09/17/20 | HAL D. GOLDFLAM<br>PREPARE FURTHER REVISIONS TO<br>OMNIBUS REPLY TO OPPOSITIONS TO<br>FOURTH FEE APPLICATION | 0.5 | $217.50 |
| 09/17/20 | BRAD R. BECKER<br>REVISE COMBINED REPLY TO<br>OPPOSITIONS TO FOURTH FEE<br>APPLICATION | 2.5 | $950.00 |
| 09/17/20 | BRAD R. BECKER<br>REVIEW COURT RULES RE REPLY TO<br>OPPOSITIONS TO FOURTH FEE<br>APPLICATION | 0.3 | $114.00 |
| 09/17/20 | BRAD R. BECKER<br>FURTHER ANALYSIS RE ISSUES RAISED<br>IN INTER/MEDIA OPPOSITION TO<br>FOURTH FEE APPLICATION | 1.9 | $722.00 |
| 09/17/20 | BRAD R. BECKER<br>REVIEW SUPPLEMENTAL KANE<br>DECLARATION IN SUPPORT OF REPLY TO<br>OPPOSITIONS TO FOURTH FEE<br>APPLICATION | 0.3 | $114.00 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:     078410-0061
FTC V. JASON CARDIFF

PAGE:  51
OCTOBER 19, 2020
INVOICE # 417131

----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/18/20 | HAL D. GOLDFLAM<br>E-MAIL EXCHANGE WITH MR. KANE RE<br>SUPPLEMENTAL DECLARATION | 0.1 | $43.50 |
| 09/18/20 | HAL D. GOLDFLAM<br>PREPARE REMAINDER OF REVISIONS TO<br>AND FINALIZE REPLY TO OPPOSITIONS<br>TO FOURTH FEE APPLICATION<br>INCLUDING SUPPLEMENTAL KANE<br>DECLARATION; PREPARE FILING AND<br>SERVICE INSTRUCTIONS | 1.5 | $652.50 |
| 09/18/20 | HAL D. GOLDFLAM<br>CONFER WITH MR. BECKER RE FINAL<br>REVISIONS TO REPLY TO OPPOSITIONS<br>TO FEE APPLICATION | 0.3 | $130.50 |
| 09/18/20 | BRAD R. BECKER<br>FINAL REVIEW AND REVISION OF<br>RECIEVER'S COMBINED REPLY TO<br>OPPOSITIONS TO FOURTH FEE<br>APPLICATION | 1.7 | $646.00 |
| 09/21/20 | HAL D. GOLDFLAM<br>REVIEW INTER/MEDIA'S SUPPLEMENTAL<br>LIMITED OPPOSITION TO FOURTH FEE<br>APPLICATION | 0.5 | $217.50 |
| 09/22/20 | HAL D. GOLDFLAM<br>REVIEW INTER/MEDIA'S SUPPLEMENTAL<br>LIMITED OPPOSITION TO FOURTH FEE<br>APPLICATION AND ANALYSIS RE<br>POTENTIAL APPLICATION TO | 0.7 | $304.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  52
FILE NO:    078410-0061                  OCTOBER 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 417131
```

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| | STRIKE/AND OR LEAVE TO FILE OF SUR-REPLY | | |
| 09/22/20 | BRAD R. BECKER<br>REVIEW AND ANALYSIS OF INTERMEDIA SUPPLEMENTAL LIMITED OPPOSITION TO FOURTH FEE APPLICATION | 1.6 | $608.00 |
| 09/22/20 | BRAD R. BECKER<br>TC H GOLDFLAM RE INTERMEDIA SUPPLEMENTAL LIMITED OPPOSITION RE FOURTH FEE APPLICATION | 0.4 | $152.00 |
| 09/23/20 | HAL D. GOLDFLAM<br>PREPARE MEMO RE NOT PROCEEDING WITH APPLICATION FOR LEAVE TO RESPOND TO INTER/MEDIA'S SUPPLEMENTAL RESPONSE TO FEE APPLICATION | 0.2 | $87.00 |
| 09/23/20 | BRAD R. BECKER<br>FURTHER ANALYSIS RE INTERMEDIA SUPPLEMENTAL LIMITED OPPOSITION TO FOURTH FEE APPLICATION | 0.3 | $114.00 |
| 09/24/20 | HAL D. GOLDFLAM<br>COMMENTS TO DRAFT STIPULATION WITH INTER/MEDIA RE WITHDRAWAL OF OPPOSITION TO FEE APPLICATION WITH RESERVATION OF RIGHTS; E-MAIL EXCHANGE WITH MR. FLETCHER | 0.2 | $87.00 |

337

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:    078410-0061
FTC V. JASON CARDIFF

PAGE:   53
OCTOBER 19, 2020
INVOICE # 417131

----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/24/20 | HAL D. GOLDFLAM<br>ANALYSIS RE POTENTIAL AGREEMENT OF<br>INTER/MEDIA TO WITHDRAW OPPOSITION<br>TO FEE APPLICATION | 0.1 | $43.50 |
| 09/30/20 | HAL D. GOLDFLAM<br>PREPARE FOR HEARING ON FOURTH FEE<br>APPLICATION | 0.3 | $130.50 |
| 09/30/20 | HAL D. GOLDFLAM<br>REVIEW MINUTE ORDER RE FOURTH FEE<br>APPLICATION UNDER SUBMISSION | 0.1 | $43.50 |
| | Subtotal | 49.2 | $19,537.50 |
| | **OTHER CONTESTED MATTERS(EXCL ASSUMP/R S)** | | |
| 09/01/20 | MICHAEL G. FLETCHER<br>WORK ON THE FEE APPLICATIONS | 0.5 | $257.50 |
| 09/02/20 | MICHAEL G. FLETCHER<br>WORK ON FINALIZING THE DOCUMENTS<br>FOR THE DOJ | 0.1 | $51.50 |
| 09/02/20 | MICHAEL G. FLETCHER<br>WORK ON FINALIZING THE FEE<br>APPLICATION AND DECLARATIONS AND<br>EXHIBITS | 0.6 | $309.00 |
| 09/15/20 | MICHAEL G. FLETCHER<br>PREPARATION OF PLEADINGS RE: THE<br>PORTION OF THE FEE APPLICATION<br>REPLY ADDRESSING INTERMEDIA | 2.7 | $1,390.50 |

**F R A N D Z E L  R O B I N S  B L O O M  &  C S A T O, L.C.**

L A W Y E R S
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  54
FILE NO:   078410-0061                         OCTOBER 19, 2020
FTC V. JASON CARDIFF                           INVOICE # 417131

-----------------------------------------------------------------

ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH JEN<br>ABOUT ███████ | 0.2 | $103.00 |
| 09/16/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO COCHELL ABOUT<br>ABANDONMENT OF THE PROPERTY AND<br>SALARY AND LIVING EXPENSES ISSUES | 0.2 | $103.00 |
| 09/16/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE SALARY AND LIVING<br>EXPENSES ISSUES | 0.2 | $103.00 |
| 09/16/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO CROWELL ABOUT<br>ABANDONMENT OF THE PROPERTY | 0.1 | $51.50 |
| 09/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN ABOUT<br>████████ | 0.4 | $206.00 |
| 09/16/20 | MICHAEL G. FLETCHER<br>E MAIL TO COCHELL, WHITE, SANGER,<br>AND THE OTHER FTC LAWYERS ABOUT<br>THE NET SALARY AND WITHHOLDING FOR<br>CARDIFF | 0.3 | $154.50 |
| 09/16/20 | MICHAEL G. FLETCHER<br>WORK ON THE FEE APPLICATION REPLY<br>AND THE KANE DECLARATION | 0.8 | $412.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC             PAGE:  55
FILE NO:    078410-0061                 OCTOBER 19, 2020
FTC V. JASON CARDIFF                    INVOICE # 417131
```

----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/16/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO DEFAZIO ABOUT<br>ABANDONMENT OF THE PROPERTY | 0.2 | $103.00 |
| 09/16/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE ORIGINAL PRELIMINARY<br>INJUNCTION ABOUT REA BEING THE<br>RECEIVER OVER CARDIFF ASSETS | 0.2 | $103.00 |
| 09/17/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE AND E MAIL TO KANE<br>ABOUT THE INTEL OFFICE LEASE | 0.1 | $51.50 |
| 09/17/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>ABOUT ███████████████████ | 0.1 | $51.50 |
| 09/17/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>WITH AND ABOUT THE DRAFT REPLY<br>BRIEF RE THE VPL AND INTERMEDIA<br>OPPOSITIONS TO THE FEE APPLICATIONS | 0.2 | $103.00 |
| 09/17/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE WITH<br>███████████████████ | 0.1 | $51.50 |
| 09/17/20 | MICHAEL G. FLETCHER<br>WORK ON THE REPLY TO THE VPL AND<br>INTERMEDIA OPPOSITIONS TO THE FEE<br>APPLICATIONS | 3.3 | $1,699.50 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:  56
FILE NO:     078410-0061               OCTOBER 19, 2020
FTC V. JASON CARDIFF                   INVOICE # 417131
```

------------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/17/20 | MICHAEL G. FLETCHER<br>WORK ON THE KANE DECLARATION FOR<br>THE REPLY TO THE VPL AND<br>INTERMEDIA OPPOSITIONS TO THE FEE<br>APPLICATIONS | 0.3 | $154.50 |
| 09/22/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE UNAUTHORIZED<br>INTER/MEDIA SUR REPLY | 0.3 | $154.50 |
| 09/22/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE POTENTIAL<br>RESPONSES TO THE UNAUTHORIZED<br>INTER/MEDIA SUR REPLY | 0.4 | $206.00 |
| 09/22/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE UNAUTHORIZED INTER/MEDIA<br>SUR REPLY | 0.1 | $51.50 |
| 09/22/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE UNAUTHORIZED<br>INTER/MEDIA SUR REPLY | 0.1 | $51.50 |
| | Subtotal | 11.5 | $5,922.50 |
| | **LITIGATION** | | |
| 09/01/20 | GERRICK WARRINGTON<br>REVIEW AND ANALYZE NOTICE<br>PROVISIONS ION SUITE 150 LEASE. | 0.6 | $192.00 |

341

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC           PAGE:  57
FILE NO:    078410-0061               OCTOBER 19, 2020
FTC V. JASON CARDIFF                  INVOICE # 417131
```

-------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/01/20 | GERRICK WARRINGTON PREPARE NOTICE OF REJECTION OF SUITE 150 LEASE. | 0.3 | $96.00 |
| 09/04/20 | GERRICK WARRINGTON PREPARE SUBPOENA TO B. BEDI. | 2.4 | $768.00 |
| 09/06/20 | GERRICK WARRINGTON REVIEW AND ANALYZE PRELIMINARY INJUNCTION AND SCHEDULING ORDER TO DETERMINE IMPACT OF DISCOVERY CUTOFF ON RECEIVER'S ABILITY TO CONDUCT DISCOVERY. | 2.2 | $704.00 |
| 09/09/20 | GERRICK WARRINGTON PREPARE DEPOSITION SUBPOENA DUCES TECUM TO B. BEDI. | 0.4 | $128.00 |
| 09/09/20 | GERRICK WARRINGTON PREPARE DEPOSITION SUBPOENA DUCES TECUM ATTACHMENT RE SMART MEDICAL. | 0.8 | $256.00 |
| 09/09/20 | GERRICK WARRINGTON PREPARE DEPOSITION SUBPOENA DUCES TECUM ATTACHMENT RE ROCKON IT. | 0.8 | $256.00 |
| 09/09/20 | GERRICK WARRINGTON PREPARE DEPOSITION SUBPOENA DUCES TECUM TO ROCKON IT. | 0.4 | $128.00 |
| 09/09/20 | GERRICK WARRINGTON PREPARE NOTICE OF DEPOSITION SUBPOENAS. | 0.9 | $288.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  58
FILE NO:   078410-0061                OCTOBER 19, 2020
FTC V. JASON CARDIFF                  INVOICE # 417131
```

------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/09/20 | GERRICK WARRINGTON PREPARE RULE 30(B)(6) SUBPOENA TO SMART MEDICAL. | 0.4 | $128.00 |
| 09/09/20 | GERRICK WARRINGTON PREPARE RULE 30(B)(6) SUBPOENA ATTACHMENT RE SMART MEDICAL. | 0.6 | $192.00 |
| 09/09/20 | GERRICK WARRINGTON PREPARE DEPOSITION SUBPOENA DUCES TECUM ATTACHMENT RE VERSA GROUP. | 0.8 | $256.00 |
| 09/09/20 | GERRICK WARRINGTON PREPARE RULE 30(B)(6) SUBPOENA TO VPL MEDICAL. | 0.4 | $128.00 |
| 09/09/20 | GERRICK WARRINGTON PREPARE DEPOSITION SUBPOENA DUCES TECUM ATTACHMENT RE B. BEDI. | 0.8 | $256.00 |
| 09/09/20 | GERRICK WARRINGTON PREPARE DEPOSITION SUBPOENA DUCES TECUM TO VERSA GROUP. | 0.4 | $128.00 |
| 09/09/20 | GERRICK WARRINGTON PREPARE DEPOSITION SUBPOENA DUCES TECUM TO VPL MEDICAL. | 0.4 | $128.00 |
| 09/09/20 | GERRICK WARRINGTON PREPARE DEPOSITION SUBPOENA DUCES TECUM TO SMART MEDICAL. | 0.4 | $128.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  59
FILE NO:     078410-0061                 OCTOBER 19, 2020
FTC V. JASON CARDIFF                     INVOICE # 417131
```

------------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 09/09/20 | GERRICK WARRINGTON<br>CALLS AND EMAILS TO APTUS TO<br>COORDINATE ZOOM LINKS FOR<br>DEPOSITION NOTICES. | 0.6 | $192.00 |
| 09/09/20 | GERRICK WARRINGTON<br>PREPARE RULE 30(B)(6) SUBPOENA TO<br>ROCKON IT. | 0.4 | $128.00 |
| 09/09/20 | GERRICK WARRINGTON<br>PREPARE RULE 30(B)(6) SUBPOENA<br>ATTACHMENT RE ROCKON IT. | 0.6 | $192.00 |
| 09/09/20 | GERRICK WARRINGTON<br>PREPARE RULE 30(B)(6) SUBPOENA<br>ATTACHMENT RE VERSA GROUP. | 0.6 | $192.00 |
| 09/09/20 | GERRICK WARRINGTON<br>PREPARE DEPOSITION SUBPOENA DUCES<br>TECUM ATTACHMENT RE VPL MEDICAL. | 0.8 | $256.00 |
| 09/09/20 | GERRICK WARRINGTON<br>PREPARE RULE 30(B)(6) SUBPOENA<br>ATTACHMENT RE VPL MEDICAL. | 0.6 | $192.00 |
| 09/09/20 | GERRICK WARRINGTON<br>PREPARE RULE 30(B)(6) SUBPOENA TO<br>VERSA GROUP. | 0.4 | $128.00 |
| 09/28/20 | RONNIE AUCEDA<br>DOWNLOAD AND CURSORY REVIEW OF<br>VPL/HONEYWELL DOCUMENTS. | 0.4 | $82.00 |
| | Subtotal | 17.4 | $5,522.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  60
FILE NO:    078410-0061              OCTOBER 19, 2020
FTC V. JASON CARDIFF                 INVOICE # 417131
```

----------------------------------------------------------------

ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| | TOTAL | 182.8 | $80,226.50 |
| | TOTAL FOR SERVICES | | $80,226.50 |

ITEMIZED COSTS

| DATE | | NAMES/ACTIVITY | AMOUNT |
|------|--|----------------|--------|
| | | COPYING | 278.50 |
| | | Rate = 0.25    Quantity =    1114 | |
| | | POSTAGE | 31.20 |
| | | Rate = 0.65    Quantity =      48 | |
| | | POSTAGE | 6.00 |
| | | Rate = 2.00    Quantity =       3 | |
| 09/11/20 | 274597 | LITIGATION SUPPORT VENDORS - Vendor: PACER SERVICE CENTER -PACER CHARGES FOR THE MONTH OF AUGUST 2020 - | 82.50 |
| 09/14/20 | 274616 | DELIVERY / MESSENGERS - Vendor: FEDEX -INV. 7-114-19860 -SUNDOC FILINGS - TEAMRISE BELL TOWER AP LLC - DOVER, DE - | 35.47 |
| 09/14/20 | 274616 | DELIVERY / MESSENGERS - Vendor: FEDEX -INV. 7-114-19860 -EUGENE S. ALKANA - TEAMRISE BELL TOWER AP LLC - PASADENA, CA - | 18.41 |
| 09/14/20 | 274616 | DELIVERY / MESSENGERS - Vendor: FEDEX -INV. 7-114-19860 - OFFICER, MANAGER, DIRECTOR - TEAMRISE BELL TOWER AP LLC - PASADENA, CA - | 18.41 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC               PAGE:  61
FILE NO:     078410-0061                   OCTOBER 19, 2020
FTC V. JASON CARDIFF                       INVOICE # 417131
```

---------------------------------------------------------------

### ITEMIZED COSTS (CONTINUED)

```
09/16/20  274633    COURT FEES - Vendor:              179.25
                    NATIONWIDE LEGAL, LLC INV.
                    00000020639 - TWO DOCUMENTS
                    DELIVERED TO THE CHAMBERS -
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISCTICT -
09/16/20  274633    COURT FEES - Vendor:               92.50
                    NATIONWIDE LEGAL, LLC INV.
                    00000020639 - RECEIVERS EX
                    PARTE APPLICATION: PROPOSED
                    ORDER GRANTING RECEIVER'S EX
                    PARTE APPLICATION - CENTRAL
                    DISTRICT OF CALIFORNIA -

                    TOTAL COSTS            $742.24

               TOTAL INVOICE          $80,968.74
```

346

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:  62
FILE NO:    078410-0061                OCTOBER 19, 2020
FTC V. JASON CARDIFF                   INVOICE # 417131
```

-----------------------------------------------------------------

ATTORNEY SUMMARY

| | HOURS NOT CHARGED | HOURS CHARGED | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| MICHAEL G. FLETCHER | .00 | 74.50 | 515.00 | 38,367.50 |
| HAL D. GOLDFLAM | 1.30 | 29.40 | 435.00 | 12,789.00 |
| PATRICIA A. KINAGA | .00 | 10.30 | 480.00 | 4,944.00 |
| CRAIG A. WELIN | .00 | 1.00 | 500.00 | 500.00 |
| BRAD R. BECKER | .00 | 34.00 | 380.00 | 12,920.00 |
| GERRICK M. WARRINGTON | .00 | 33.20 | 320.00 | 10,624.00 |
| RONNIE AUCEDA | .00 | .40 | 205.00 | 82.00 |
| TOTAL ALL ATTORNEYS | 1.30 | 182.80 | 438.88 | 80,226.50 |

```
                        TOTAL FOR SERVICES     $80,226.50

                        TOTAL FOR COSTS           $742.24

                        TOTAL THIS INVOICE     $80,968.74
```

347

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
ATTN: BRICK KANE                                        NOVEMBER 12, 2020
CHIEF OPERATING OFFICER                                 INVOICE # 417417
11450 SHELDON STREET                                    0131
SUN VALLEY, CA  91352


FOR LEGAL SERVICES RENDERED THROUGH 10/31/20

FILE NO: 078410-0061  FILE NAME: FTC V. JASON CARDIFF


CONTACT: BRICK KANE

|                              | FEES        | COSTS      | TOTAL       |
|------------------------------|-------------|------------|-------------|
| PRIOR BALANCE                | 301,364.50  | 1,525.72   | 302,890.22  |
| PAYMENTS THRU Nov 12, 2020   | .00         | .00        | .00         |
| SUBTOTAL                     | 301,364.50  | 1,525.72   | 302,890.22  |
| CURRENT CHARGES              | 43,284.00   | 2,795.54   | 46,079.54   |
| TOTAL BALANCE DUE            | 344,648.50  | 4,321.26   | 348,969.76  |




L-T-D FEES BILLED       913,304.50

L-T-D DISB BILLED        23,864.68

348

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
ATTN: BRICK KANE
CHIEF OPERATING OFFICER
11450 SHELDON STREET
SUN VALLEY, CA  91352

NOVEMBER 12, 2020
INVOICE # 417417

FOR LEGAL SERVICES RENDERED THROUGH 10/31/20

FILE NO:    078410-0061    FTC V. JASON CARDIFF

-----------------------------------------------------------------

## ITEMIZED SERVICES

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| | **CASE ADMINISTRATION** | | |
| 10/01/20 | HAL D. GOLDFLAM<br>TELEPHONE CALL WITH MR. KANE RE<br>███████████ | 0.3 | $130.50 |
| 10/02/20 | HAL D. GOLDFLAM<br>E-MAIL EXCHANGE WITH MR. KANE RE<br>████████████████ | 0.2 | $87.00 |
| 10/02/20 | HAL D. GOLDFLAM<br>E-MAIL EXCHANGE WITH COCHELL RE<br>TODAY'S MEET AND CONFER | 0.1 | $43.50 |
| 10/02/20 | HAL D. GOLDFLAM<br>REVIEW JIMENEZ LEXIS SEARCH RESULTS | 0.2 | $87.00 |
| 10/02/20 | HAL D. GOLDFLAM<br>FURTHER REVIEW OF RESPONSES TO<br>BEDI AND BEDI ENTITIES RESPONSES<br>TO SUBPOENAS RE PREPARATION FOR<br>MEET AND CONFER WITH COCHELL | 0.5 | $217.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                     PAGE:    2
FILE NO:   078410-0061                          NOVEMBER 12, 2020
FTC V. JASON CARDIFF                            INVOICE # 417417

------------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/02/20 | HAL D. GOLDFLAM<br>TELECONFERENCE WITH COCHELL SANGER<br>PRUNTY AND FLETCHER RE DISCOVERY<br>DISPUTE ON BEDI'S AND BEDI'S<br>ENTITIES' SUBPOENA RESPONSES | 0.5 | $217.50 |
| 10/02/20 | HAL D. GOLDFLAM<br>REVIEW MEMOS AND DOCUMENTS RE<br>JIMENEZ RE PREPARATION OF SUBPOENA<br>AND PREPARATION FOR MEET AND<br>CONFER WITH COCHELL RE DISCOVERY<br>DISPUTE | 0.3 | $130.50 |
| 10/02/20 | PATRICIA A. KINAGA<br>DRAFT TERM SHEET, REVISE JOB<br>DESCRIPTION FOR MACHINIST. | 0.9 | $432.00 |
| 10/02/20 | CRAIG A. WELIN<br>REVIEW OF/RESPONSE TO MEMOS RE THE<br>LATEST ADMINISTRATIVE MOTION. | 0.2 | $100.00 |
| 10/05/20 | HAL D. GOLDFLAM<br>REVIEW VPL/CARDIFF'S RESPONSE TO<br>RECEIVER'S STATUS REPORT | 0.2 | $87.00 |
| 10/05/20 | HAL D. GOLDFLAM<br>REVIEW REVISED STIPULATION RE<br>CARDIFF RESIDENCE | 0.1 | $43.50 |
| 10/05/20 | HAL D. GOLDFLAM<br>REVIEW AND COMMENTS TO COCHELL'S<br>PROPOSAL TO RESOLVE DISCOVERY<br>DISPUTE | 0.2 | $87.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                PAGE:   3
FILE NO:    078410-0061                     NOVEMBER 12, 2020
FTC V. JASON CARDIFF                        INVOICE # 417417
```

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/06/20 | HAL D. GOLDFLAM<br>PREPARATION FOR DEPOSITIONS | 0.3 | $130.50 |
| 10/06/20 | HAL D. GOLDFLAM<br>E-MAIL EXCHANGE WITH MR. FLETCHER<br>RE RESPONSE TO COCHELL'S DISCOVERY<br>DISPUTE RESOLUTION PROPOSAL | 0.1 | $43.50 |
| 10/07/20 | HAL D. GOLDFLAM<br>ANALYSIS OF RESPONSE TO COHCELL ON<br>RESPONSES TO SUBPOENAS; TELEPHONE<br>CALL WITH MR. KANE RE PROPOSALS;<br>PREPARE RESPONSE TO COCHELL | 0.5 | $217.50 |
| 10/07/20 | HAL D. GOLDFLAM<br>E-MAIL FROM MS. JEN RE COMMENTS TO<br>PROPOSED RESPONSE TO COCHELL RE<br>SUBPOENAS | 0.1 | $43.50 |
| 10/07/20 | HAL D. GOLDFLAM<br>REVIEW E-MAILS RE RELEASE OF<br>JIMENEZ AND ATTENTION SUBPOENA<br>PREPARATION | 0.2 | $87.00 |
| 10/07/20 | HAL D. GOLDFLAM<br>CONSIDER INTER/MEDIA'S REVISIONS<br>TO STIPULATION | 0.1 | $43.50 |
| 10/07/20 | HAL D. GOLDFLAM<br>E-MAIL EXCHANGE WITH MS. JEN RE<br>██████████████████ | 0.1 | $43.50 |

351

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:   4
FILE NO:   078410-0061                   NOVEMBER 12, 2020
FTC V. JASON CARDIFF                     INVOICE # 417417
```

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/08/20 | HAL D. GOLDFLAM REVISE PROPOSED RESPONSE TO COCHELL RE SUBPOENAS AND E-MAIL TO KANE AND JEN | 0.2 | $87.00 |
| 10/08/20 | HAL D. GOLDFLAM E-MAIL FROM MR. KANE RE RESPONSE TO COCHELL RE SUBPOENAS; FINALIZE AND SEND RESPONSE TO COCHELL | 0.2 | $87.00 |
| 10/09/20 | HAL D. GOLDFLAM SUMMARY REVIEW OF TENTATIVE RULING ON CROSS MOTIONS FOR SUMMARY JUDGMENT AND E-MAILS WITH CLIENT RE SAME AND RELATED RECEIVERSHIP ESTATE ISSUES | 0.3 | $130.50 |
| 10/13/20 | HAL D. GOLDFLAM REVIEW ORDER ON SUMMARY JUDGMENT MOTIONS | 0.2 | $87.00 |
| 10/13/20 | HAL D. GOLDFLAM E-MAIL TO COCHELL RE DISCOVERY DISPUTE | 0.1 | $43.50 |
| 10/13/20 | HAL D. GOLDFLAM REVIEW E-MAILS RE VPL OPERATIONS AND ENGLAND PAYMENTS | 0.2 | $87.00 |
| 10/14/20 | CRAIG A. WELIN REVIEW OF MEMOS RE THE ADMINISTRATIVE MOTION. | 0.2 | $100.00 |

352

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3457891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:   5
FILE NO:   078410-0061                   NOVEMBER 12, 2020
FTC V. JASON CARDIFF                     INVOICE # 417417
```

------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/16/20 | HAL D. GOLDFLAM<br>REVIEW AND REVISE GOLDFLAM<br>DECLARATION IN SUPPORT OF<br>RECEIVER'S OPPOSITION TO CARDIFF'S<br>MOTION FOR SALARY AND LIVING<br>EXPENSES | 0.4 | $174.00 |
| 10/16/20 | HAL D. GOLDFLAM<br>REVIEW DRAFT CLIENT DECLARATIONS<br>AND OPPOSITION TO CARDIFF'S MOTION<br>FOR SALARY AND LIVING EXPENSES,<br>AND COMMENTS TO SAME IN LIGHT OF<br>EAST WEST SUBPOENA RESPONSE | 0.5 | $217.50 |
| 10/18/20 | HAL D. GOLDFLAM<br>REVIEW COCHELL E-MAIL RE VPL | 0.1 | $43.50 |
| 10/19/20 | HAL D. GOLDFLAM<br>ANALYSIS RE NO RESPONSE FROM<br>COCHELL RE DISCOVERY DISPUTE RE<br>SUBPOENAS | 0.1 | $43.50 |
| 10/19/20 | HAL D. GOLDFLAM<br>E-MAIL TO COCHELL RE NO RESPONSIVE<br>DOCUMENTS TO SUBPOENAS PRODUCED<br>AND RECEIVER PROCEEDING WITH<br>DISCOVERY MOTIONS | 0.1 | $43.50 |
| 10/19/20 | PATRICIA A. KINAGA<br>COMMUNICATIONS WITH ANITA JEN RE | 0.3 | $144.00 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:   6
FILE NO:    078410-0061                  NOVEMBER 12, 2020
FTC V. JASON CARDIFF                     INVOICE # 417417
```

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/20/20 | HAL D. GOLDFLAM<br>E-MAIL TO MR. COCHELL RE FAILURE<br>TO RESPOND TO RECEIVER'S EFFORTS<br>TO RESOLVE DISCOVERY DISPUTE | 0.2 | $87.00 |
| 10/20/20 | HAL D. GOLDFLAM<br>E-MAIL EXCHANGE WITH KANE RE<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.1 | $43.50 |
| 10/20/20 | PATRICIA A. KINAGA<br>DRAFT TERM SHEET AND REVISE JOB<br>DESCRIPTION FOR INSIDE SALES<br>REPRESENTATIVE. | 0.8 | $384.00 |
| 10/21/20 | HAL D. GOLDFLAM<br>E-MAIL WITH COURT REPORTER RE<br>CONTINUANCE OF BEDI AN VPL<br>DEPOSITIONS (NO CHARGE) | 0.1 | NO CHARGE |
| 10/21/20 | HAL D. GOLDFLAM<br>PREPARATION OF MOTIONS TO COMPEL<br>COMPLIANCE WITH SUBPOENAS | 0.4 | $174.00 |
| 10/21/20 | HAL D. GOLDFLAM<br>E-MAIL EXCHANGE WITH COCHELL RE<br>CONTINUING OF BEDI AND RELATED<br>THIRD-PARTY DEPOSITIONS | 0.1 | $43.50 |
| 10/23/20 | HAL D. GOLDFLAM<br>E-MAIL EXCHANGE WITH MS. SANGER RE<br>STATUS OF DISCOVERY DISPUTE RE<br>RECEIVER'S SUBPOENAS TO VPL, ETC. | 0.2 | $87.00 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC               PAGE:   7
FILE NO:   078410-0061                    NOVEMBER 12, 2020
FTC V. JASON CARDIFF                      INVOICE # 417417
```

-------------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/23/20 | HAL D. GOLDFLAM<br>REVIEW E-MAILS RE STATUS OF<br>CARDIFF RESIDENCE STIPULATION | 0.1 | $43.50 |
| 10/23/20 | HAL D. GOLDFLAM<br>PREPARATION OF DISCOVERY MOTIONS<br>RE VPL SUBPOENAS | 0.2 | $87.00 |
| 10/25/20 | HAL D. GOLDFLAM<br>ANALYSIS RE STATUS OF COCHELL<br>RESPONSE TO "MEET AND CONFER" FOR<br>DISCOVERY DISPUTE | 0.1 | $43.50 |
| 10/26/20 | HAL D. GOLDFLAM<br>REVIEW FTC'S MOTION TO CONDUCT<br>ADDITIONAL LIMITED DISCOVERY | 0.3 | $130.50 |
| 10/26/20 | HAL D. GOLDFLAM<br>ANALYSIS RE COCHELL'S PROPOSAL TO<br>RESOLVE DISCOVERY DISPUTE RE<br>SUBPOENAS AND COMMENTS TO SAME | 0.3 | $130.50 |
| 10/26/20 | HAL D. GOLDFLAM<br>CONFER WITH GERRICK W. RE<br>DISCOVERY MOTIONS AND MATTERS AT<br>ISSUE | 0.3 | $130.50 |
| 10/26/20 | HAL D. GOLDFLAM<br>ANALYSIS RE CARDIFF SELLING LAKE<br>ARROWHEAD PROPERTY | 0.1 | $43.50 |

355

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:   8
FILE NO:   078410-0061                   NOVEMBER 12, 2020
FTC V. JASON CARDIFF                     INVOICE # 417417
```

----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/28/20 | HAL D. GOLDFLAM<br>PREPARATION OF MOTIONS TO COMPEL<br>COMPLIANCE WITH RECEIVER'S<br>SUBPOENAS TO VPL, ETC. | 0.5 | $217.50 |
| 10/28/20 | HAL D. GOLDFLAM<br>TELEPHONE CALL WITH MR. KANE RE<br>COCHELL'S PROPOSAL TO RESOLVE<br>DISCOVERY DISPUTE; PREPARE E-MAIL<br>TO COCHELL REJECTING HIS CLIENT'S<br>LATEST PROPOSALS AND RENEWING<br>RECEIVER'S PROPOSAL | 0.5 | $217.50 |
| 10/28/20 | HAL D. GOLDFLAM<br>E-MAIL EXCHANGE WITH MR. KANE RE<br>COCHELL'S PROPOSAL TO RESOLVE<br>DISPUTE OVER SUBPOENAS ISSUED BY<br>RECEIVER | 0.2 | $87.00 |
| 10/29/20 | HAL D. GOLDFLAM<br>REVIEW OF PRIOR PLEADINGS AND<br>ORDERS RE PREPARATION OF MOTIONS<br>TO COMPEL COMPLIANCE WITH SUBPOENAS | 0.8 | $348.00 |
| 10/29/20 | HAL D. GOLDFLAM<br>REVIEW REVISED STIPULATION RE<br>PAYMENT OF FEES | 0.1 | $43.50 |
| 10/30/20 | HAL D. GOLDFLAM<br>RESEARCH RE CONTEMPT VS. MOTION TO<br>COMPEL RE DISCOVERY DISPUTE WITH<br>VPL ET AL | 0.5 | $217.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3457891

ROBB EVANS & ASSOCIATES LLC                    PAGE:   9
FILE NO:    078410-0061                         NOVEMBER 12, 2020
FTC V. JASON CARDIFF                            INVOICE # 417417

--------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|---------------|-------|--------|
| 10/30/20 | CRAIG A. WELIN<br>REVIEW OF MEMO FROM CLIENT. | 0.1 | $50.00 |
| 10/30/20 | CRAIG A. WELIN<br>TELEPHONE CALL FROM CLIENT RE VPL ███████ | 0.2 | $100.00 |
| | Subtotal | 14.1 | $6,269.00 |
| | **ASSET ANALYSIS AND RECOVERY** | | |
| 10/01/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE REVISED RECEIVER'S VPL<br>OCTOBER 1 REPORT | 0.1 | $51.50 |
| 10/01/20 | MICHAEL G. FLETCHER<br>PREPARATION OF PLEADINGS RE: THE<br>PLEADING COVER FILING FOR THE<br>FILING AND SERVICE OF THE<br>RECEIVER'S VPL OCTOBER 1 REPORT<br>AND EXHIBITS | 0.9 | $463.50 |
| 10/01/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE SERVICE OF THE<br>RECEIVER'S VPL OCTOBER 1 REPORT<br>AND EXHIBITS | 0.1 | $51.50 |
| 10/01/20 | MICHAEL G. FLETCHER<br>FURTHER PREPARATION OF THE<br>DISCOVERY MEET AND CONFER RE THE<br>BEDI SUBPOENAS | 0.5 | $257.50 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  10
FILE NO:    078410-0061                  NOVEMBER 12, 2020
FTC V. JASON CARDIFF                     INVOICE # 417417
```

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/01/20 | MICHAEL G. FLETCHER<br>E MAIL FROM SANGER ABOUT THE<br>CARDIFF NET VPL SALARY | 0.1 | $51.50 |
| 10/01/20 | MICHAEL G. FLETCHER<br>E MAIL TO SANGER AND OTHER FTC<br>COUNSEL, COCHELL, AND WHITE WITH<br>THE RECEIVER'S VPL OCTOBER 1 REPORT | 0.1 | $51.50 |
| 10/01/20 | MICHAEL G. FLETCHER<br>PREPARATION OF REMAINDER OF THE<br>RECEIVER'S VPL OCTOBER 1 REPORT | 1.9 | $978.50 |
| 10/01/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE WITH AND ABOUT THE<br>PLEADING COVER SHEET FOR THE<br>FILING AND SERVICE OF THE<br>RECEIVER'S VPL OCTOBER 1 REPORT<br>AND EXHIBITS | 0.1 | $51.50 |
| 10/01/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT<br>FINALIZING THE VPL OCTOBER 1<br>REPORT AND EXHIBITS | 0.3 | $154.50 |
| 10/01/20 | MICHAEL G. FLETCHER<br>PREPARATION OF PLEADINGS RE: THE<br>PROOF OF SERVICE FOR THE PLEADING<br>COVER SHEET FOR THE FILING AND<br>SERVICE OF THE RECEIVER'S VPL<br>OCTOBER 1 REPORT AND EXHIBITS | 0.4 | $206.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  11
FILE NO:    078410-0061                  NOVEMBER 12, 2020
FTC V. JASON CARDIFF                      INVOICE # 417417
```

---------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/01/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COUNSEL<br>ABOUT THE RECEIVER HOLDING THE<br>CARDIFF NET VPL SALARY | 0.1 | $51.50 |
| 10/02/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH ENGLAND AND<br>GARRETT ABOUT THE RETAINER<br>AGREEMENT AND THE PAYMENT AMOUNTS;<br>THE NEED FOR A FEE APPLICATION | 0.9 | $463.50 |
| 10/02/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE STATUS OF ▮▮▮▮▮ | 0.1 | $51.50 |
| 10/02/20 | MICHAEL G. FLETCHER<br>E MAIL FROM SANGER ABOUT THE<br>CARDIFF SALARY | 0.1 | $51.50 |
| 10/02/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE CASH FLOW PROJECTION<br>FOR THE ENGLAND PAYMENT AMOUNTS | 0.1 | $51.50 |
| 10/02/20 | MICHAEL G. FLETCHER<br>E MAIL TO COCHELL, AND SANGER AND<br>OTHERS AT FTC ABOUT THE BEDI<br>SUBPOENA MEET AND CONFER PROCESS | 0.1 | $51.50 |
| 10/02/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH<br>GOLDFLAM, COCHELL, WHITE, SANGER,<br>AND PRUNTY ABOUT THE BEDI AND<br>ENTITY SUBPOENA OBJECTIONS MEET<br>AND CONFER | 0.4 | $206.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  12
FILE NO:    078410-0061                         NOVEMBER 12, 2020
FTC V. JASON CARDIFF                            INVOICE # 417417

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/02/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE DOCUMENT AND<br>DEPOSITION SUBPOENA ON JIMENEZ | 1.1 | $566.50 |
| 10/02/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE AND<br>MULTIPLE E MAILS WITH KANE AND JEN<br>ABOUT THE BEDI SUBPOENA MEET AND<br>CONFER CONFERENCE AND ▇▇▇▇▇▇<br>▇▇▇▇▇▇▇▇▇▇▇ | 0.4 | $206.00 |
| 10/02/20 | MICHAEL G. FLETCHER<br>TELEPHONE CONFERENCE WITH SANGER<br>AND PRUNTY ABOUT ADDRESSING THE<br>ACCEPTABLE LIVING EXPENSES AND<br>FIGHTING ABOUT THE REST; TAXES AND<br>BEDI MEET AND CONFER RE JIMENEZ | 0.5 | $257.50 |
| 10/02/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE BEDI SUBPOENA<br>MEET AND CONFER AND ANALYSIS RE<br>OFFERING A PROTECTIVE ORDER<br>STIPULATION AND FOCUSING ON THE<br>BANK ACCOUNT STATEMENTS INITIALLY; | 1.3 | $669.50 |
| 10/05/20 | MICHAEL G. FLETCHER<br>MULTIPLE TELEPHONE CALLS WITH<br>SANGER AND PRUNTY ABOUT ANY<br>LANGUAGE FROM THE FTC ABOUT THE<br>MARKETING STIPULATION DRAFT | 0.1 | $51.50 |

360

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:     078410-0061
FTC V. JASON CARDIFF

PAGE:  13
NOVEMBER 12, 2020
INVOICE # 417417

-------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/05/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL WITH A FEE<br>APPLICATION STIPULATION AND DRAFT<br>ORDER | 0.1 | $51.50 |
| 10/05/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE VPL/COCHELL RESPONSE<br>TO THE 10/1 STATUS REPORT AND<br>ANALYSIS RE SALARY ISSUES | 0.6 | $309.00 |
| 10/05/20 | MICHAEL G. FLETCHER<br>E MAIL TO COCHELL WITH AND ABOUT<br>THE PORTION OF THE SEALED CASH<br>FLOW PROJECTION AS TO THE<br>RECOMMENDED FEES FOR ENGLAND AND<br>FOR COCHELL | 0.1 | $51.50 |
| 10/05/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE AND REVISIONS TO<br>COCHELL'S DRAFT STIPULATION AND<br>ORDER RE THE RECEIVER RECOMMENDED<br>PROFESSIONAL FEE PAYMENTS TO HIM<br>AND TO ENGLAND | 0.2 | $103.00 |
| 10/05/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE NO RESPONSE FROM FTC<br>ABOUT THE MARKETING STIPULATION<br>DRAFT | 0.1 | $51.50 |
| 10/05/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE COCHELL DRAFT FEE<br>APPLICATION STIPULATION AND DRAFT<br>ORDER | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  14
FILE NO:    078410-0061                  NOVEMBER 12, 2020
FTC V. JASON CARDIFF                     INVOICE # 417417
```

---------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|---------------|-------|--------|
| 10/05/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL FROM COCHELL ABOUT<br>THE STIPULATED FEE APPLICATION<br>AMOUNT FOR HIM AND ENGLAND | 0.1 | $51.50 |
| 10/05/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT<br>THE OPEN MOTION TO COMPEL ISSUES<br>RE BEDI | 0.1 | $51.50 |
| 10/05/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE ███████ ███<br>████████████████████ | 0.3 | $154.50 |
| 10/05/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>WITH AND ABOUT THE ██████████████ | 0.2 | $103.00 |
| 10/05/20 | MICHAEL G. FLETCHER<br>REVISIONS TO COCHELL'S DRAFT ORDER<br>APPROVING THE STIPULATION RE THE<br>RECEIVER RECOMMENDED PROFESSIONAL<br>FEE PAYMENTS TO HIM AND TO ENGLAND | 0.1 | $51.50 |
| 10/05/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>ABOUT ██████████████████████ | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS

1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:    078410-0061
FTC V. JASON CARDIFF

PAGE:  15
NOVEMBER 12, 2020
INVOICE # 417417

-------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/05/20 | MICHAEL G. FLETCHER<br>E MAIL TO COCHELL, WHITE, SANGER,<br>PRUNTY, AND OTHERS AT FTC ABOUT<br>THE CARDIFF RESPONSE TO THE 10/1<br>STATUS REPORT AND SALARY ISSUES | 0.3 | $154.50 |
| 10/05/20 | MICHAEL G. FLETCHER<br>REVISIONS TO COCHELL'S DRAFT<br>STIPULATION RE THE RECEIVER<br>RECOMMENDED PROFESSIONAL FEE<br>PAYMENTS TO HIM AND TO ENGLAND | 0.5 | $257.50 |
| 10/05/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH PRUNTY WITH<br>COMMENTS ABOUT THE STIPULATION TO<br>CEASE THE MARKETING | 0.4 | $206.00 |
| 10/05/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE SEALED CASH FLOW<br>PROJECTION ███████████████ | 0.2 | $103.00 |
| 10/05/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO KANE ABOUT THE<br>REVISIONS TO THE MARKETING<br>STIPULATION | 0.1 | $51.50 |
| 10/05/20 | MICHAEL G. FLETCHER<br>REVISIONS TO THE MARKETING<br>STIPULATION | 0.3 | $154.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  16
FILE NO:    078410-0061                  NOVEMBER 12, 2020
FTC V. JASON CARDIFF                     INVOICE # 417417
```

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/05/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE ELECTRONIC NOTICE OF<br>THE VPL/COCHELL RESPONSE TO THE<br>10/1 STATUS REPORT | 0.1 | $51.50 |
| 10/05/20 | MICHAEL G. FLETCHER<br>E MAIL TO COUNSEL WITH AND ABOUT<br>THE RESIDENCE MARKETING STIPULATION | 0.1 | $51.50 |
| 10/05/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE COCHELL DRAFT FEE<br>APPLICATION STIPULATION AND DRAFT<br>ORDER | 0.1 | $51.50 |
| 10/05/20 | MICHAEL G. FLETCHER<br>REVIEW OF AND ANALYSIS RE THE<br>DRAFT FTC LANGUAGE MAIL FROM<br>PRUNTY WITH COMMENTS ABOUT THE<br>STIPULATION TO CEASE THE MARKETING | 0.1 | $51.50 |
| 10/05/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE VPL/COCHELL RESPONSE TO<br>THE 10/1 STATUS REPORT | 0.1 | $51.50 |
| 10/05/20 | HAL D. GOLDFLAM<br>REVIEW REVISED STIPULATION RE<br>CARDIFF RESIDENCE AND E-MAILS RE<br>SAME | 0.2 | $87.00 |
| 10/06/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT | 0.1 | $51.50 |

364

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  17
FILE NO:    078410-0061                  NOVEMBER 12, 2020
FTC V. JASON CARDIFF                     INVOICE # 417417
```

------------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/06/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE RESOLVING THE OPEN<br>ISSUES RE THE BEDI MOTION TO<br>COMPEL MEET AND CONFER | 0.1 | $51.50 |
| 10/06/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE TIMING OF<br>RECEIVING COMMENTS ON THE JOINT<br>STIPULATION ABOUT THE RESIDENCE | 0.1 | $51.50 |
| 10/06/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE PRIOR DOCUMENT<br>PRODUCTIONS BY ENGLAND RESPONDING<br>TO THE INITIAL DOCUMENT TURN OVER<br>DEMAND | 0.1 | $51.50 |
| 10/06/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE FINAL OF THE FEE<br>APPLICATION STIPULATION RE THE<br>COCHELL AND ENGLAND FEES | 0.1 | $51.50 |
| 10/06/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH SANGER ABOUT<br>ENGLAND RESPONDING TO THE INITIAL<br>DOCUMENT TURN OVER DEMAND | 0.2 | $103.00 |
| 10/06/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COUNSEL<br>ABOUT THE JOINT FEE APPLICATION<br>STIPULATION RE THE COCHELL AND<br>ENGLAND FEES | 0.2 | $103.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

L A W Y E R S
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3457891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  18
FILE NO:   078410-0061                         NOVEMBER 12, 2020
FTC V. JASON CARDIFF                           INVOICE # 417417

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/06/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COUNSEL<br>ABOUT RECEIVING COMMENTS ON THE<br>JOINT STIPULATION ABOUT THE<br>RESIDENCE | 0.3 | $154.50 |
| 10/06/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL ABOUT<br>PROVISION OF BEDI DOCUMENTS AND<br>RELATED ISSUES | 0.1 | $51.50 |
| 10/06/20 | HAL D. GOLDFLAM<br>ANALYSIS ▇▇▇▇▇ | 0.2 | $87.00 |
| 10/07/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH THE LAWYER<br>FOR THE MORTGAGE HOLDER ABOUT<br>ENFORCEMENT ACTIVITIES AND THE<br>STIPULATION FOR THAT | 0.1 | $51.50 |
| 10/07/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL AND<br>WHITE ABOUT COMMENTS TO THE<br>RESIDENCE STIPULATION | 0.2 | $103.00 |
| 10/07/20 | MICHAEL G. FLETCHER<br>WORK ON THE SUBPOENA ▇▇▇▇ | 0.1 | $51.50 |
| 10/07/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE RESPONSE TO<br>COCHELL ABOUT THE DOCUMENT<br>PRODUCTIONS AND REDACTIONS | 0.3 | $154.50 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  19
FILE NO:    078410-0061                  NOVEMBER 12, 2020
FTC V. JASON CARDIFF                     INVOICE # 417417
```

--------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/07/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH BISNO ABOUT<br>HIS COMMENTS TO THE RESIDENCE<br>STIPULATION | 0.5 | $257.50 |
| 10/07/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN ABOUT<br>█████████████████████ | 0.3 | $154.50 |
| 10/07/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE BISNO COMMENTS TO<br>THE RESIDENCE STIPULATION | 0.1 | $51.50 |
| 10/07/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE FORM OF ORDER<br>REGARDING THE JOINT RESIDENCE<br>STIPULATION | 0.1 | $51.50 |
| 10/08/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE CARDIFF SALARY MOTION<br>BRIEF | 0.1 | $51.50 |
| 10/08/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE ABOUT TAKING PART IN<br>THE VIRTUAL HEARING CONCERNING THE<br>CROSS MOTIONS FOR SUMMARY JUDGMENT | 0.1 | $51.50 |
| 10/08/20 | MICHAEL G. FLETCHER<br>E MAIL FROM SANGER ABOUT THE<br>RECENTLY DISCLOSED ASSETS | 0.1 | $51.50 |

367

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:  20
FILE NO:   078410-0061                 NOVEMBER 12, 2020
FTC V. JASON CARDIFF                   INVOICE # 417417
```

--------------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/08/20 | MICHAEL G. FLETCHER<br>E MAIL FROM THE CLERK ABOUT THE<br>SUMMARY JUDGMENT HEARING | 0.1 | $51.50 |
| 10/08/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN ABOUT<br>███████████████████ | 0.1 | $51.50 |
| 10/08/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL AND<br>SANGER ABOUT COMMENTS TO THE<br>STIPULATIONS | 0.1 | $51.50 |
| 10/08/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE CLERK'S INVITE ABOUT<br>TAKING PART IN THE VIRTUAL HEARING<br>CONCERNING THE CROSS MOTIONS FOR<br>SUMMARY JUDGMENT | 0.1 | $51.50 |
| 10/09/20 | MICHAEL G. FLETCHER<br>PREPARATION OF THE HEARING ON<br>CROSS MOTIONS FOR SUMMARY JUDGMENT | 0.1 | $51.50 |
| 10/09/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN ABOUT THE<br>HEARING AND THE PENDING RULING ON<br>THE FEE APPLICATIONS | 0.3 | $154.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  21
FILE NO:    078410-0061                         NOVEMBER 12, 2020
FTC V. JASON CARDIFF                            INVOICE # 417417

----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/12/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH ENGLAND<br>ABOUT THE STIPULATION FOR PAYMENT<br>OF THE PROFESSIONAL FEES | 0.2 | $103.00 |
| 10/13/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE COURT'S RULING ON THE<br>SUMMARY JUDGMENT MOTIONS | 0.1 | $51.50 |
| 10/13/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE COMPELLING THE<br>PRODUCTION OF THE BEDI DOCUMENTS | 0.1 | $51.50 |
| 10/13/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE COURT'S RULING ON<br>DEFAULT JUDGMENTS | 0.1 | $51.50 |
| 10/13/20 | MICHAEL G. FLETCHER<br>E MAIL FROM SANGER APPROVING THE<br>STIPULATION TO PAY COCHELL AND<br>ENGLAND | 0.1 | $51.50 |
| 10/13/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE COURT'S RULING ON<br>THE SUMMARY JUDGMENT MOTIONS | 0.1 | $51.50 |
| 10/13/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>WITH AND ABOUT THE EMAIL FROM<br>SANGER APPROVING THE STIPULATION<br>TO PAY COCHELL AND ENGLAND AND<br>SEEKING A VPL UPDATE | 0.2 | $103.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  22
FILE NO:   078410-0061                         NOVEMBER 12, 2020
FTC V. JASON CARDIFF                           INVOICE # 417417

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/14/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE COURT'S RULING RE<br>THE FEE APPLICATION | 0.3 | $154.50 |
| 10/14/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE ABOUT<br>THE COURT'S RULING RE THE FEE<br>APPLICATION | 0.1 | $51.50 |
| 10/14/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE FTC ANSWERING BRIEF<br>RE THE VPL INJUNCTION APPEAL | 0.6 | $309.00 |
| 10/14/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE SANGER FILINGS ABOUT<br>THE MEDIATION | 0.1 | $51.50 |
| 10/14/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH SANGER AND<br>COCHELL ABOUT OUTSTANDING<br>STIPULATIONS | 0.2 | $103.00 |
| 10/14/20 | MICHAEL G. FLETCHER<br>CONTINUING WORK ON THE RECEIVER<br>STATEMENT RE THE CARDIFF SALARY<br>MOTION | 0.2 | $103.00 |
| 10/14/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COUNSEL<br>ABOUT NO MORE INTERMEDIA COMMENTS,<br>AND STILL NEEDING COMMENTS FROM<br>COCHELL AND WHITE | 0.1 | $51.50 |

370

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

L A W Y E R S
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                PAGE:  23
FILE NO:    078410-0061                     NOVEMBER 12, 2020
FTC V. JASON CARDIFF                        INVOICE # 417417
```

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/15/20 | MICHAEL G. FLETCHER PREPARATION OF PLEADINGS RE: A DECLARATION FOR JEN RE THE BIZTANK ACCOUNT AND CARDIFF TAKING THE $30,000, PLUS WHITE NOT RETURNING THE $5,000 | 0.4 | $206.00 |
| 10/15/20 | MICHAEL G. FLETCHER PREPARATION OF PLEADINGS RE: A DECLARATION FOR FLETCHER RE THE COCHELL EMAILS ABOUT THE VPL ACCOUNT BEING FROZEN | 0.1 | $51.50 |
| 10/15/20 | MICHAEL G. FLETCHER PREPARATION OF THE EXHIBITS TO THE DECLARATION FOR JEN | 0.3 | $154.50 |
| 10/15/20 | MICHAEL G. FLETCHER PREPARATION OF PLEADINGS RE: THE RECEIVER'S STATEMENT RE THE CARDIFF SALARY | 0.1 | $51.50 |
| 10/15/20 | MICHAEL G. FLETCHER MULTIPLE TELEPHONE CALLS TO AND E MAIL TO KANE AND JEN ABOUT THE SALARY MOTION RESPONSE | 0.5 | $257.50 |
| 10/15/20 | MICHAEL G. FLETCHER E MAIL TO JEN ABOUT THE AMOUNT NOW HELD AS TO THE CARDIFF SALARY AND HER DECLARATION AND DOCUMENTS NEEDED | 0.2 | $103.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  24
FILE NO:   078410-0061                   NOVEMBER 12, 2020
FTC V. JASON CARDIFF                     INVOICE # 417417
```

---------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/15/20 | GERRICK WARRINGTON<br>PREPARE AND REDACT EXHIBITS TO<br>DECLARATIONS. | 2.6 | $832.00 |
| 10/15/20 | GERRICK WARRINGTON<br>PREPARE DECLARATION OF A. JEN. | 2.2 | $704.00 |
| 10/15/20 | GERRICK WARRINGTON<br>PREPARE DECLARATION OF M. FLETCHER. | 3.2 | $1,024.00 |
| 10/16/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL ABOUT<br>STIPULATION RE HIS AND ENGLAND'S<br>FEES | 0.1 | $51.50 |
| 10/16/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE SIGNED JEN<br>DECLARATION | 0.1 | $51.50 |
| 10/16/20 | GERRICK WARRINGTON<br>PREPARE DECLARATION OF H. GOLDFLAM. | 0.8 | $256.00 |
| 10/16/20 | GERRICK WARRINGTON<br>PREPARE DECLARATION OF M. FLETCHER. | 1.4 | $448.00 |
| 10/16/20 | GERRICK WARRINGTON<br>PREPARE OPPOSITION TO MOTION FOR<br>CARDIFF'S SALARY. | 1.1 | $352.00 |
| 10/16/20 | GERRICK WARRINGTON<br>PREPARE DECLARATION OF A. JEN. | 2.1 | $672.00 |
| 10/16/20 | GERRICK WARRINGTON<br>COORDINATE FILING. | 1.3 | $416.00 |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC            PAGE:  25
FILE NO:     078410-0061               NOVEMBER 12, 2020
FTC V. JASON CARDIFF                   INVOICE # 417417
```

---

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/17/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE CONFIRMATION OF THE<br>FILING OF THE RECEIVER'S SALARY<br>OPPOSITION | 0.1 | $51.50 |
| 10/17/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE FTC SALARY OPPOSITION | 0.2 | $103.00 |
| 10/19/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE NON RESPONSIVENESS<br>RE THE BEDI SUBPOENAS AND RECEIVER<br>RESPONSE | 0.2 | $103.00 |
| 10/20/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH ENGLAND'S<br>OFFICE ABOUT THE COCHELL FEE<br>APPLICATION STIPULATION | 0.1 | $51.50 |
| 10/20/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE AND JEN<br>WITH AND ABOUT ███████████████████<br>████████████████████████████████████ | 0.2 | $103.00 |
| 10/20/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT FIXING HIS DRAFT FEES ORDER | 0.2 | $103.00 |
| 10/20/20 | MICHAEL G. FLETCHER<br>E MAIL FROM SPERTUS ABOUT THE<br>LANGUAGE HE WANTS IN THE COCHELL<br>FEE APPLICATION STIPULATION | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  26
FILE NO:    078410-0061                        NOVEMBER 12, 2020
FTC V. JASON CARDIFF                           INVOICE # 417417

------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/20/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN ABOUT AND<br>WITH THE EMAIL FROM SPERTUS ABOUT<br>THE LANGUAGE HE WANTS IN THE<br>COCHELL FEE APPLICATION STIPULATION | 0.1 | $51.50 |
| 10/20/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE COCHELL DRAFT FEES<br>STIPULATION AND ORDER | 0.2 | $103.00 |
| 10/20/20 | MICHAEL G. FLETCHER<br>E MAIL FROM CROWELL ABOUT THE<br>LANGUAGE HE WANTS IN THE COCHELL<br>FEE APPLICATION STIPULATION | 0.1 | $51.50 |
| 10/21/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH APTUS ABOUT<br>THE DEPOSITIONS OF BEDI AND<br>ENTITIES BEING CONTINUED | 0.1 | $51.50 |
| 10/21/20 | MICHAEL G. FLETCHER<br>E MAIL FROM SANGER WITH CHANGES TO<br>THE COCHELL FEE APPLICATION<br>STIPULATION | 0.1 | $51.50 |
| 10/21/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL FROM COCHELL ABOUT<br>THE BEDI DOCUMENTS AND TURN OVER | 0.1 | $51.50 |
| 10/21/20 | MICHAEL G. FLETCHER<br>TELEPHONE CALL TO COCHELL ABOUT<br>HIS CONTINUING LIU OBJECTIONS | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  27
FILE NO:    078410-0061                         NOVEMBER 12, 2020
FTC V. JASON CARDIFF                            INVOICE # 417417

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/23/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL ABOUT VPL<br>STAFFING ISSUES | 0.1 | $51.50 |
| 10/23/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE E MAIL FROM COCHELL<br>ABOUT VPL STAFFING ISSUES | 0.1 | $51.50 |
| 10/23/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH SANGER ABOUT<br>FURTHER DOCUMENTS FROM BEDI, THE<br>DEPOSITIONS, AND DISCUSSIONS WITH<br>COCHELL | 0.3 | $154.50 |
| 10/23/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH COCHELL<br>ABOUT RESOLVING THE BEDI SUBPOENA<br>OBJECTIONS | 0.1 | $51.50 |
| 10/26/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE WORKER'S<br>EMPLOYMENT TERM SHEET JOB<br>DESCRIPTIONS | 0.2 | $103.00 |
| 10/27/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE ISSUES AND RISKS<br>AND OPTIONS RE THE SUGGESTIONS<br>FROM COCHELL ABOUT THE BEDI<br>SUBPOENA RESPONSES | 0.5 | $257.50 |

375

**F R A N D Z E L   R O B I N S   B L O O M   &   C S A T O ,   L . C .**

L A W Y E R S
1000 WILSHIRE BOULEVARD
19ᵀᴴ FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  28
FILE NO:    078410-0061                        NOVEMBER 12, 2020
FTC V. JASON CARDIFF                           INVOICE # 417417

---------------------------------------------------------------

ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/27/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE OPTIONS FOR BEDI<br>WANTING TO KEEP THE ARROWHEAD<br>PROPERTY | 0.1 | $51.50 |
| 10/27/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH KANE, JEN,<br>AND KINAGA ABOUT THE WORKER'S<br>EMPLOYMENT SHEETS AND THE JOB<br>DESCRIPTIONS | 0.1 | $51.50 |
| 10/27/20 | MICHAEL G. FLETCHER<br>E MAIL TO COCHELL ABOUT THE CASH<br>OUT OPTIONS FOR BEDI WANTING TO<br>KEEP THE ARROWHEAD PROPERTY | 0.1 | $51.50 |
| 10/27/20 | MICHAEL G. FLETCHER<br>E MAIL FROM COCHELL ABOUT BEDI<br>WANTING TO KEEP THE ARROWHEAD<br>PROPERTY | 0.1 | $51.50 |
| 10/28/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE, JEN, AND CALLAHAN<br>ABOUT ▮▮▮▮▮ | 0.1 | $51.50 |
| 10/28/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH THE LAWYERS<br>FOR THE MORTGAGE HOLDER ON THE<br>RESIDENCE ABOUT FORECLOSURE | 0.1 | $51.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC          PAGE:  29
FILE NO:   078410-0061               NOVEMBER 12, 2020
FTC V. JASON CARDIFF                 INVOICE # 417417
```

-------------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/28/20 | HAL D. GOLDFLAM<br>ANALYSIS RE SCOPE OF MOTION TO<br>ABANDON CARDIFF RESIDENCE; E-MAILS<br>WITH TEAM RE SAME | 0.2 | $87.00 |
| 10/28/20 | GERRICK WARRINGTON<br>REVIEW AND ANALYZE C.D. LOCAL<br>RULES RE MOTION TO COMPEL AND<br>JOINT STIPULATION. | 0.3 | $96.00 |
| 10/29/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH THE<br>SANGER FURTHER FTC EDITS TO THE<br>FEE STIPULATION | 0.1 | $51.50 |
| 10/29/20 | MICHAEL G. FLETCHER<br>E MAIL FROM SANGER WITH FURTHER<br>EDITS TO THE FEE STIPULATION | 0.1 | $51.50 |
| 10/29/20 | GERRICK WARRINGTON<br>ANALYZE PROCEDURE FOR COMPELLING<br>COMPLIANCE WITH RECEIVER'S<br>SUBPOENAS. | 1.2 | $384.00 |
| 10/29/20 | GERRICK WARRINGTON<br>PREPARE JOINT STIPULATION IN<br>SUPPORT OF RECEIVER'S MOTION TO<br>COMPEL RESPONSES TO SUBPOENAS. | 3.6 | $1,152.00 |
| 10/29/20 | GERRICK WARRINGTON<br>REVIEW AND ANALYZE FILINGS AND<br>COURT RECORDS TO PREPARE JOINT<br>STIPULATION. | 1.1 | $352.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3457891

ROBB EVANS & ASSOCIATES LLC                     PAGE:  30
FILE NO:    078410-0061                          NOVEMBER 12, 2020
FTC V. JASON CARDIFF                             INVOICE # 417417

------------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/30/20 | MICHAEL G. FLETCHER MULTIPLE E MAILS WITH COUNSEL ABOUT FURTHER CHANGES TO THE ORDER AND STIPULATION | 0.7 | $360.50 |
| 10/30/20 | MICHAEL G. FLETCHER MULTIPLE E MAILS WITH KANE AND JEN ABOUT A SEPARATE VPL ACCOUNT | 0.1 | $51.50 |
| 10/30/20 | GERRICK WARRINGTON PREPARE JOINT STIPULATION IN SUPPORT OF RECEIVER'S MOTION TO COMPEL RESPONSES TO SUBPOENAS. | 4.6 | $1,472.00 |
| | Subtotal | 53.4 | $22,480.50 |
| | **ASSET DISPOSITION** | | |
| 10/31/20 | GERRICK WARRINGTON PREPARE JOINT STIPULATION IN SUPPORT OF RECEIVER'S MOTION TO COMPEL RESPONSES TO SUBPOENAS. | 5.2 | $1,664.00 |
| | Subtotal | 5.2 | $1,664.00 |
| | **FEE/EMPLOYMENT APPLICATIONS** | | |
| 10/22/20 | BRAD R. BECKER REVIEW ORDER RE FOURTH FEE APPLICATION | 0.2 | $76.00 |
| | Subtotal | 0.2 | $76.00 |

OTHER CONTESTED MATTERS(EXCL ASSUMP/R  S)

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  31
FILE NO:    078410-0061                  NOVEMBER 12, 2020
FTC V. JASON CARDIFF                     INVOICE # 417417
```

--------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/08/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE CARDIFF SALARY MOTION | 0.3 | $154.50 |
| 10/09/20 | MICHAEL G. FLETCHER<br>COURT APPEARANCE AT US DISTRICT<br>COURT LOS ANGELES FOR THE HEARING<br>ON THE CROSS MOTIONS FOR SUMMARY<br>JUDGMENT | 1.4 | $721.00 |
| 10/13/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN ABOUT THE<br>██████████████████████ | 0.3 | $154.50 |
| 10/13/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE THE RECEIVER'S<br>POSITION AS TO THE CARDIFF SALARY<br>AND RELEASE OF IT | 0.2 | $103.00 |
| 10/15/20 | MICHAEL G. FLETCHER<br>PREPARATION OF PLEADINGS RE:<br>RECEIVER'S OPPOSITION TO THE<br>CARDIFF SALARY MOTION | 0.7 | $360.50 |
| 10/16/20 | MICHAEL G. FLETCHER<br>MULTIPLE E MAILS WITH JEN AND KANE<br>WITH AND ABOUT THE JEN DRAFT<br>DECLARATION SUPPORTING THE<br>RECEIVER'S SALARY OPPOSITION;<br>TELEPHONE CALL TO JEN ABOUT THE<br>OPEN ISSUES | 0.7 | $360.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  32
FILE NO:    078410-0061                   NOVEMBER 12, 2020
FTC V. JASON CARDIFF                      INVOICE # 417417
```

-----------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/16/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE 9TH CIRCUIT'S DENIAL OF<br>THE SUMMARY REVERSAL OF THE VPL<br>PRELIMINARY INJUNCTION | 0.1 | $51.50 |
| 10/16/20 | MICHAEL G. FLETCHER<br>PREPARATION OF REMAINDER OF THE<br>FLETCHER DECLARATION SUPPORTING<br>THE RECEIVER'S SALARY OPPOSITION | 0.4 | $206.00 |
| 10/16/20 | MICHAEL G. FLETCHER<br>PREPARATION OF REMAINDER OF THE<br>RECEIVER'S SALARY OPPOSITION<br>DECLARATION EXHIBITS | 0.3 | $154.50 |
| 10/16/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE DENIAL OF THE<br>SUMMARY REVERSAL OF THE VPL<br>PRELIMINARY INJUNCTION | 0.1 | $51.50 |
| 10/16/20 | MICHAEL G. FLETCHER<br>PREPARATION OF REMAINDER OF THE<br>RECEIVER'S SALARY OPPOSITION | 0.6 | $309.00 |
| 10/16/20 | MICHAEL G. FLETCHER<br>PREPARATION OF REMAINDER OF THE<br>GOLDFLAM DECLARATION SUPPORTING<br>THE RECEIVER'S SALARY OPPOSITION | 0.5 | $257.50 |
| 10/16/20 | MICHAEL G. FLETCHER<br>PREPARATION OF REMAINDER OF THE<br>JEN DECLARATION SUPPORTING THE<br>RECEIVER'S SALARY OPPOSITION | 2.1 | $1,081.50 |

380

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  33
FILE NO:    078410-0061                  NOVEMBER 12, 2020
FTC V. JASON CARDIFF                     INVOICE # 417417
```

-----------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/16/20 | MICHAEL G. FLETCHER<br>E MAIL TO KANE AND JEN WITH AND<br>ABOUT THE FINAL FORM OF THE<br>RECEIVER'S SALARY OPPOSITION BRIEF | 0.1 | $51.50 |
| 10/19/20 | MICHAEL G. FLETCHER<br>REVIEW OF AND ANALYSIS RE THE FTC<br>SALARY OBJECTIONS | 0.4 | $206.00 |
| 10/21/20 | MICHAEL G. FLETCHER<br>PREPARATION OF PLEADINGS RE: THE<br>MOTION TO COMPEL THE BEDI<br>DOCUMENTS TO BE TURNED OVER | 0.2 | $103.00 |
| 10/21/20 | MICHAEL G. FLETCHER<br>PREPARATION OF PLEADINGS RE: THE<br>MOTION TO COMPEL THE BEDI<br>DOCUMENTS TURN OVER | 0.1 | $51.50 |
| 10/21/20 | MICHAEL G. FLETCHER<br>ANALYSIS RE CONTINUING THE<br>DEPOSITIONS DUE TO THE FAILURE OF<br>BEDI AND ENTITIES TO PRODUCE<br>DOCUMENTS | 0.2 | $103.00 |
| 10/23/20 | MICHAEL G. FLETCHER<br>WORK ON THE MOTION TO COMPEL BEDI<br>TO PRODUCE DOCUMENTS | 0.1 | $51.50 |
| 10/25/20 | MICHAEL G. FLETCHER<br>PREPARATION OF PLEADINGS RE: THE<br>MOTION TO COMPEL PRODUCTION OF THE<br>BEDI DOCUMENTS | 0.2 | $103.00 |

## FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  34
FILE NO:    078410-0061                        NOVEMBER 12, 2020
FTC V. JASON CARDIFF                           INVOICE # 417417

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| 10/26/20 | MICHAEL G. FLETCHER<br>WORK ON THE MOTION TO COMPEL THE<br>BEDI DOCUMENT RESPONSES | 0.2 | $103.00 |
| 10/26/20 | MICHAEL G. FLETCHER<br>REVIEW OF THE CARDIFF REPLY RE THE<br>SALARY FREEZE | 0.6 | $309.00 |
| 10/26/20 | MICHAEL G. FLETCHER<br>E MAIL TO COCHELL ABOUT SELLING<br>THE ARROWHEAD PROPERTY | 0.1 | $51.50 |
| 10/28/20 | MICHAEL G. FLETCHER<br>WORK ON THE BEDI DOCUMENTS MOTION<br>TO COMPEL | 1.1 | $566.50 |
| 10/30/20 | MICHAEL G. FLETCHER<br>WORK ON THE BEDI DISCOVERY MOTIONS<br>VIA CONTEMPT | 0.3 | $154.50 |
| | Subtotal | 11.3 | $5,819.50 |
| | **LITIGATION** | | |
| 10/01/20 | REED S. WADDELL<br>ANALYSIS/INVESTIGATION RE STATUS<br>OF BEDI RELATED SUBPOENAS & DEPO<br>NOTICES AND THEIR INTERPLAY WITH<br>JIMENEZ DISCOVER. | 1.1 | $511.50 |
| 10/02/20 | REED S. WADDELL<br>REVIEW CLIENT DOCUMENTS, PRIOR<br>DISCOVERY AND MULTIPLE DOCKET<br>ENTRIES RE CATEGORIES OF DISCOVERY<br>TO PURSUE RE E. JIMINEZ; ANALYZE & | 2.5 | $1,162.50 |

382

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE:  35
FILE NO:    078410-0061                         NOVEMBER 12, 2020
FTC V. JASON CARDIFF                            INVOICE # 417417

---------------------------------------------------------------

## ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| | INVESTIGATE RE ██████ ███████████████████ | | |
| 10/02/20 | REED S. WADDELL ANALYSIS OF DOCKET AND RECENT FILINGS (1.1); PREPARE SUBPOENA AND DOCUMENT REQUEST RE EDWARD JIMINEZ (.8). ANALYSIS RE NEED FOR ISSUING SUBPOENAS ██████ ████████ (.5). | 2.4 | $1,116.00 |
| 10/05/20 | REED S. WADDELL ANALYSIS OF CLIENT DOCUMENTS RE JIMENEZ AND HIS FIRM (JAEDAN ACCOUNTANCY) AS CPA FOR CARDIFF, AND RE ██████████████████ | 0.7 | $325.50 |
| 10/06/20 | REED S. WADDELL ANALYSIS RE STATUS OF BEDI AND BEDI ENTITY DISCOVERY AND SCOPE OF ISSUES FOR WHICH DOCUMENTS WERE REQUESTED (.5); PREPARATION OF JIMENEZ SUBPOENA AND MODIFICATIONS TO DOCUMENT REQUEST BASED ON JIMENEZ' STATUS AS CPA FOR CARDIFF'S (2.0); ANALYSIS RE | 3.5 | $1,627.50 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                PAGE:  36
FILE NO:    078410-0061                    NOVEMBER 12, 2020
FTC V. JASON CARDIFF                       INVOICE # 417417
```

---------------------------------------------------------------

### ITEMIZED SERVICES (CONTINUED)

| DATE | NAMES/ACTIVITY | HOURS | AMOUNT |
|------|----------------|-------|--------|
| | EXPANSION OF DOCUMENT REQUEST WITH RESPECT TO A CPA AS THE DEPONENT/WITNESS (.6); MULTIPLE COMMUNICATIONS RE LOGISTICS OF JIMENEZ DISCOVERY (.4). | | |
| 10/07/20 | REED S. WADDELL PREPARATION OF DOCUMENT AND DEPOSITION (WITH RELEVANT NOTICES) SUBPOENAS FOR CPA'S E. JIMENEZ ██ ████████ | 2.5 | $1,162.50 |
| 10/08/20 | REED S. WADDELL ANALYSIS RE JIMENEZ ████████████████████ (.4); REVIEW CLIENT FILES RE STATUS OF █████████████ (.3); PREPARATION OF ██████████ SUBPOENA AND RELATED PLEADINGS AND ATTACHMENTS (1.0); REVISIONS TO JIMENEZ SUBPOENAS AND RELATED PLEADINGS (.6). | 2.3 | $1,069.50 |
| | **Subtotal** | 15.0 | $6,975.00 |
| | TOTAL | 99.2 | $43,284.00 |
| | TOTAL FOR SERVICES | | $43,284.00 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  37
FILE NO:    078410-0061                  NOVEMBER 12, 2020
FTC V. JASON CARDIFF                     INVOICE # 417417
```

----------------------------------------------------------------

## ITEMIZED COSTS (CONTINUED)

### ITEMIZED COSTS

| Date | Ref | Description | Amount |
|------|-----|-------------|--------|
| 10/12/20 | 274749 | LITIGATION SUPPORT VENDORS - Vendor: PACER SERVICE CENTER -PACER CHARGES FOR THE MONTH OF SEPTEMBER, 2020 - | 82.90 |
| 10/27/20 | 274860 | LITIGATION SUPPORT VENDORS - Vendor: NATIONWIDE LEGAL, LLC -INV. 00000021170 - FEE FOR FILING OF NOTICE OF FOURTH APPLICATION AND FOURT APPLICATION FOR ORDER APPROVIING AND AUTHORIZING AT UNITED STATES DISTRICT COURT CENTRAL DISTRICT | 177.60 |
| 10/27/20 | 274860 | LITIGATION SUPPORT VENDORS - Vendor: NATIONWIDE LEGAL, LLC -INV. 00000021170 - FEE FOR SERVICE OF SUBPOENA FOR DEPOSITION ON BOBBY BEDI C/O JAMES WHITE IN BELLEVUE, IDAHO RE ROCKON IT, INC. | 489.80 |
| 10/27/20 | 274860 | LITIGATION SUPPORT VENDORS - Vendor: NATIONWIDE LEGAL, LLC -INV. 00000021170 - FEE FOR SERVICE OF SUBPOENA FOR DEPOSITION ON BOBBY BEDI C/O JAMES WHITE IN BELLEVUE, IDAHO RE VERSA GROUP | 145.80 |
| 10/27/20 | 274860 | LITIGATION SUPPORT VENDORS - Vendor: NATIONWIDE LEGAL, LLC -INV. 00000021170 - FEE FOR SERVICE OF SUBPOENA FOR DEPOSITION ON BOBBY BEDI C/O JAMES WHITE IN BELLEVUE, IDAHO RE SMART MEDICAL | 145.80 |

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  38
FILE NO:    078410-0061                  NOVEMBER 12, 2020
FTC V. JASON CARDIFF                     INVOICE # 417417
```

----------------------------------------------------------------

### ITEMIZED COSTS (CONTINUED)

```
10/27/20  274860   LITIGATION SUPPORT VENDORS -       145.80
                   Vendor: NATIONWIDE LEGAL, LLC
                   -INV. 00000021170 - FEE FOR
                   SERVICE OF SUBPOENA FOR
                   DEPOSITION ON BOBBY BEDI C/O
                   JAMES WHITE IN BELLEVUE,
                   IDAHO RE VPL MEDICAL
10/27/20  274860   LITIGATION SUPPORT VENDORS -       144.15
                   Vendor: NATIONWIDE LEGAL, LLC
                   -INV. 00000021170 - FEE FOR
                   SERVICE OF SUBPOENA FOR
                   DEPOSITION ON BOBBY BEDI C/O
                   JAMES WHITE IN BELLEVUE,
                   IDAHO RE BOBBY BEDI
10/27/20  274860   LITIGATION SUPPORT VENDORS -        57.05
                   Vendor: NATIONWIDE LEGAL, LLC
                   -INV. 00000021170 - FEE FOR
                   SERVICE OF SUBPOENA TO
                   PRODUCE DOCUMENTS ON BOBBY
                   BEDI C/O JAMES WHITE IN
                   BELLEVUE, IDAHO RE ROCKON IT,
                   INC.
10/27/20  274860   LITIGATION SUPPORT VENDORS -        57.05
                   Vendor: NATIONWIDE LEGAL, LLC
                   -INV. 00000021170 - FEE FOR
                   SERVICE OF SUBPOENA TO
                   PRODUCE DOCUMENTS ON BOBBY
                   BEDI C/O JAMES WHITE IN
                   BELLEVUE, IDAHO RE VERSA GROUP
10/27/20  274860   LITIGATION SUPPORT VENDORS -        57.05
                   Vendor: NATIONWIDE LEGAL, LLC
                   -INV. 00000021170 - FEE FOR
                   SERVICE OF SUBPOENA TO
                   PRODUCE DOCUMENTS ON BOBBY
                   BEDI C/O JAMES WHITE IN
                   BELLEVUE, IDAHO RE SMART
```

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC                    PAGE: 39
FILE NO:    078410-0061                         NOVEMBER 12, 2020
FTC V. JASON CARDIFF                            INVOICE # 417417

--------------------------------------------------------------

### ITEMIZED COSTS (CONTINUED)

```
                        MEDICAL
10/27/20  274860        LITIGATION SUPPORT VENDORS -          57.05
                        Vendor: NATIONWIDE LEGAL, LLC
                        -INV. 00000021170 -
                        LITIGATION SUPPORT VENDORS -
                        Vendor: NATIONWIDE LEGAL, LLC
                        -INV. 00000021170 - FEE FOR
                        SERVICE OF SUBPOENA TO
                        PRODUCE DOCUMENTS ON BOBBY
                        BEDI C/O JAMES WHITE IN
                        BELLEVUE, IDAHO RE VPL MEDICAL
10/27/20  274860        LITIGATION SUPPORT VENDORS -          57.05
                        Vendor: NATIONWIDE LEGAL, LLC
                        -INV. 00000021170 -
                        LITIGATION SUPPORT VENDORS -
                        Vendor: NATIONWIDE LEGAL, LLC
                        -INV. 00000021170 - FEE FOR
                        SERVICE OF SUBPOENA TO
                        PRODUCE DOCUMENTS ON BOBBY
                        BEDI C/O JAMES WHITE IN
                        BELLEVUE, IDAHO RE BOBBY BEDI
10/27/20  274860        LITIGATION SUPPORT VENDORS -          90.60
                        Vendor: NATIONWIDE LEGAL, LLC
                        -INV. 00000021170 - FEE FOR
                        SERVICE OF RECEIERS NOTICE OF
                        SUBPOENA ON STACEY RENE
                        PROTER, FTC LOS ANGELES
10/27/20  274860        LITIGATION SUPPORT VENDORS -          92.70
                        Vendor: NATIONWIDE LEGAL, LLC
                        -INV. 00000021170 - FEE FOR
                        SERVICE OF RECIEVERS NOTICE
                        OF SUBPOENA ON ELIZABETH
                        JONES SANGER IN WASHINGTON, DC
```

**FRANDZEL ROBINS BLOOM & CSATO, L.C.**

L A W Y E R S
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323) 852-1000
FEDERAL ID #95-3437891

ROBB EVANS & ASSOCIATES LLC
FILE NO:    078410-0061
FTC V. JASON CARDIFF

PAGE:   40
NOVEMBER 12, 2020
INVOICE # 417417

-------------------------------------------------------------

### ITEMIZED COSTS (CONTINUED)

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 10/27/20 | 274860 | LITIGATION SUPPORT VENDORS - Vendor: NATIONWIDE LEGAL, LLC -INV. 00000021170 -  FEE FOR SERVICE OF RECIEVERS NOTICE OF SUBPOENA ON ELIZABETH AVERILL, FTC WASHINGTON, DC | 92.70 |
| 10/27/20 | 274860 | LITIGATION SUPPORT VENDORS - Vendor: NATIONWIDE LEGAL, LLC -INV. 00000021170 -  FEE FOR SERVICE OF RECIEVERS NOTICE OF SUBPOENA ON CHRISTOPHER DAVID CROWELL IN ENCINO, CA | 91.35 |
| 10/27/20 | 274860 | LITIGATION SUPPORT VENDORS - Vendor: NATIONWIDE LEGAL, LLC -INV. 00000021170 -  FEE FOR SERVICE OF RECIEVERS NOTICE OF SUBPOENA ON ALLAN HOWARD GRANT IN RIVERSIDE, CA | 91.35 |
| 10/27/20 | 274860 | LITIGATION SUPPORT VENDORS - Vendor: NATIONWIDE LEGAL, LLC -INV. 00000021170 -  FEE FOR SERVICE OF RECIEVERS NOTICE OF SUBPOENA ON JAMES WHITE IN BELLEVUE, ID | 94.00 |
| 10/27/20 | 274860 | LITIGATION SUPPORT VENDORS - Vendor: NATIONWIDE LEGAL, LLC -INV. 00000021170 -  FEE FOR SERVICE OF RECIEVERS NOTICE OF SUBPOENA ON STEPHEN COCHELL IN HOUSTON, TX | 91.55 |
| 10/27/20 | 274860 | LITIGATION SUPPORT VENDORS - Vendor: NATIONWIDE LEGAL, LLC -INV. 00000021170 - NATIONWIDE LEGAL, LLC -INV. 00000021170 -  FEE FOR SERVICE OF RECIEVERS NOTICE | 90.60 |

388

**FRANDZEL ROBINS BLOOM & CSATO, L.C.**

LAWYERS
1000 WILSHIRE BOULEVARD
19ᵀᴴ FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  41
FILE NO:   078410-0061                   NOVEMBER 12, 2020
FTC V. JASON CARDIFF                     INVOICE # 417417
```

--------------------------------------------------------------

### ITEMIZED COSTS (CONTINUED)

| | | | |
|---|---|---|---|
| | | OF SUBPOENA ON JESSE JAMES THALER IN SANTA ANA, CA | |
| 10/27/20 | 274860 | LITIGATION SUPPORT VENDORS - Vendor: NATIONWIDE LEGAL, LLC -INV. 00000021170 - NATIONWIDE LEGAL, LLC -INV. 00000021170 -  FEE FOR SERVICE OF RECIEVERS NOTICE OF SUBPOENA ON DOLLY HANSEN IN LOS ANGELES, CA | 90.60 |
| 10/27/20 | 274860 | LITIGATION SUPPORT VENDORS - Vendor: NATIONWIDE LEGAL, LLC -INV. 00000021170 - NATIONWIDE LEGAL, LLC -INV. 00000021170 -  FEE FOR SERVICE OF RECIEVERS NOTICE OF SUBPOENA ON JAMES SPERTUS IN LOS ANGELES, CA | 90.60 |
| 10/27/20 | 274860 | LITIGATION SUPPORT VENDORS - Vendor: NATIONWIDE LEGAL, LLC -INV. 00000021170 - NATIONWIDE LEGAL, LLC -INV. 00000021170 -  FEE FOR SERVICE OF RECIEVERS NOTICE OF SUBPOENA ON MICHAEL ANTHONY BROWN IN LOS ANGELES, CA | 90.60 |
| 10/27/20 | 274860 | LITIGATION SUPPORT VENDORS - Vendor: NATIONWIDE LEGAL, LLC -INV. 00000021170 - NATIONWIDE LEGAL, LLC -INV. 00000021170 -  FEE FOR SERVICE OF RECIEVERS NOTICE OF SUBPOENA ON MICHAEL KINNEY IN MURRIETA, CA | 90.60 |

389

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC              PAGE:  42
FILE NO:    078410-0061                   NOVEMBER 12, 2020
FTC V. JASON CARDIFF                      INVOICE # 417417
```

----------------------------------------------------------------

### ITEMIZED COSTS (CONTINUED)

```
10/27/20  274862   LITIGATION SUPPORT VENDORS -              52.55
                   Vendor: NATIONWIDE LEGAL, LLC
                   -INV. 00000021596 - FEE FOR
                   DELIVERY OF COURTESY COPY OF
                   COMBINED REPLY BRIEF AND
                   SUPPLEMENTAL DECLARATION TO
                   UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT
10/28/20  274866   LITIGATION SUPPORT VENDORS -              28.64
                   Vendor: THOMSON REUTERS -
                   WEST -INV. 843065977 -


                       TOTAL COSTS          $2,795.54

                       TOTAL INVOICE       $46,079.54
```

390

# FRANDZEL ROBINS BLOOM & CSATO, L.C.

LAWYERS
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (323)852-1000
FEDERAL ID #95-3437891

```
ROBB EVANS & ASSOCIATES LLC                PAGE:  43
FILE NO:    078410-0061                    NOVEMBER 12, 2020
FTC V. JASON CARDIFF                       INVOICE # 417417
```

--------------------------------------------------------------

ATTORNEY SUMMARY

| | HOURS NOT CHARGED | HOURS CHARGED | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| MICHAEL G. FLETCHER | .00 | 38.60 | 515.00 | 19,879.00 |
| HAL D. GOLDFLAM | .10 | 12.00 | 435.00 | 5,220.00 |
| PATRICIA A. KINAGA | .00 | 2.00 | 480.00 | 960.00 |
| CRAIG A. WELIN | .00 | .70 | 500.00 | 350.00 |
| BRAD R. BECKER | .00 | .20 | 380.00 | 76.00 |
| REED S. WADDELL | .00 | 15.00 | 465.00 | 6,975.00 |
| GERRICK M. WARRINGTON | .00 | 30.70 | 320.00 | 9,824.00 |
| TOTAL ALL ATTORNEYS | .10 | 99.20 | 436.33 | 43,284.00 |

```
                            TOTAL FOR SERVICES      $43,284.00

                            TOTAL FOR COSTS          $2,795.54

                            TOTAL THIS INVOICE      $46,079.54
```

# EXHIBIT 5

## Hal D. Goldflam

| | |
|---|---|
| **From:** | Hal D. Goldflam |
| **Sent:** | Wednesday, December 9, 2020 11:53 AM |
| **To:** | sprocter@ftc.gov; Elizabeth Sanger; James Prunty; Edwin Rodriguez; smodell@ftc.gov; Jim White; srcochell@gmail.com; Jesse Thaler (jesse@thalerlaw.pro) |
| **Cc:** | Brick Kane; Anita Jen; Michael Fletcher; Craig A. Welin |
| **Subject:** | RE: FTC v. Cardiff, et al. | Receiver's Fifth Fee Application |
| **Attachments:** | H. Goldflam Letter re Receiver_s Fifth Fee Application.PDF; Redacted REA invoices from 2020-7 to 2020-10.pdf; August_2020 Redacted FRBC Invoice.PDF; Receiver_s Expense Report 7-20 to 10-20.PDF |

(E-mail 1 of 2)

Please see the attached letter and referenced documents concerning the Receiver's Fifth Fee Application, which we will file after December 16, 2020.  Due to the size of the attachments, four are attached to this e-mail and three will be attached to the next e-mail.

Sincerely,

Hal Goldflam

**Hal D. Goldflam**
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90017-2427
Phone:          (323) 852-1000
Facsimile:      (323) 651-2577
E-mail:          hgoldflam@frandzel.com
Web:             www.frandzel.com



♻ **GO GREEN: Please consider the environment before you print.**

This electronic message contains information which may be confidential and privileged and is intended only for the named addressee.  Unless you are the addressee of this message you may not use, copy or disclose the contents of this message to anyone.   If you have received this message in error, please delete the message and advise the sender by reply e-mail or by calling (323) 852-1000.   Thank you.

To ensure compliance with Internal Revenue Service Circular 230, we inform you that any U.S. Federal Tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

1

## Hal D. Goldflam

| | |
|---|---|
| **From:** | Hal D. Goldflam |
| **Sent:** | Wednesday, December 9, 2020 12:23 PM |
| **To:** | sprocter@ftc.gov; Elizabeth Sanger; James Prunty; Edwin Rodriguez; smodell@ftc.gov; Jim White; srcochell@gmail.com; Jesse Thaler (jesse@thalerlaw.pro) |
| **Cc:** | Brick Kane; Anita Jen; Michael Fletcher; Craig A. Welin |
| **Subject:** | RE: FTC v. Cardiff, et al. | Receiver's Fifth Fee Application |
| **Attachments:** | September_2020 Redacted FRBC Invoice.PDF; November_2020 Redacted FRBC Invoice.PDF; October_2020 Redacted FRBC Invoice (2).PDF |

(E-mail 2 of 2; three attachments)

Hal Goldflam

---

**From:** Hal D. Goldflam
**Sent:** Wednesday, December 9, 2020 11:52 AM
**To:** 'sprocter@ftc.gov' <sprocter@ftc.gov>; 'Elizabeth Sanger' <esanger@ftc.gov>; 'James Prunty' <jprunty@ftc.gov>; 'Edwin Rodriguez' <erodriguez@ftc.gov>; 'smodell@ftc.gov' <smodell@ftc.gov>; 'Jim White' <jdw@jamesdwhitelaw.com>; 'srcochell@gmail.com' <srcochell@gmail.com>; 'Jesse Thaler (jesse@thalerlaw.pro)' <jesse@thalerlaw.pro>
**Cc:** 'Brick Kane' <bkane@robbevans.com>; 'Anita Jen' <ajen@robbevans.com>; Michael Fletcher <mfletcher@frandzel.com>; Craig A. Welin <cwelin@frandzel.com>
**Subject:** RE: FTC v. Cardiff, et al. | Receiver's Fifth Fee Application

(E-mail 1 of 2)

Please see the attached letter and referenced documents concerning the Receiver's Fifth Fee Application, which we will file after December 16, 2020.  Due to the size of the attachments, four are attached to this e-mail and three will be attached to the next e-mail.

Sincerely,

Hal Goldflam

**Hal D. Goldflam**
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90017-2427
Phone:       (323) 852-1000
Facsimile:   (323) 651-2577
E-mail:       hgoldflam@frandzel.com
Web:          www.frandzel.com

## FRANDZEL

 **GO GREEN: Please consider the environment before you print.**

This electronic message contains information which may be confidential and privileged and is intended only for the named addressee.  Unless you are the addressee of this message you may not use, copy or disclose the contents of this message to anyone.   If you have received this message in error, please delete the message and advise the sender by reply e-mail or by calling (323) 852-1000.   Thank you.

To ensure compliance with Internal Revenue Service Circular 230, we inform you that any U.S. Federal Tax advice contained in this communication is not intended

1

or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

395



December 19, 2020

**VIA E-MAIL ONLY (See Attached Service List)**

Re:     *Federal Trade Commission v. Jason Cardiff, et al.*, United States District Court, Central
        District of California, Case No. ED 5:18-cv-02104-SJO-PLA

To: All Counsel

As you know, we are counsel of record for Robb Evans & Associates LLC, the Court-
appointed Receiver in the action referenced above.  This notifies you that pursuant to the
Preliminary Injunction with Asset Freeze, Receiver, and Other Equitable Relief against Jason
Cardiff and Eunjung Cardiff (Doc. 59, filed on November 8, 2018), the Receiver intends to
file an Application for Order Approving and Authorizing Payment of Receiver's and
Professionals' Fees and Expenses for the Period from July 1, 2020 through October 31,
2020 ("Fifth Fee Application").  *See* Doc. 59, § XXII. COMPENSATION OF RECEIVER;
*see also* L.R. 66-7(f).  In connection therewith, the Receiver also will file its Receivership
Administrative Expense Report by Month and Fund Balance From Inception (October 10,
2018) to October 31, 2020, a copy of which is attached hereto.  As specified in this interim
statement, the fees and costs of the Receiver for the period from July 1, 2020 through
October 31, 2020 total $160,032.79, and the fees and costs of the Receiver's counsel for this
period total $348,969.76.

While it remains our position that we need not hold a conference with counsel of record
before filing a fee application, we attach copies of the Receiver's invoices and our firm's
invoices that will be filed as part of the Fifth Fee Application (with the work descriptions
redacted where appropriate to preserve information protected from disclosure by the
attorney-client privilege and/or attorney work product doctrine or otherwise to protect the
Receiver and the receivership estate from inappropriate disclosures).  Should you intend to
oppose the Receiver's Fifth Application in whole or part, please contact the undersigned by
December 16, 2020 to discuss your objection(s).  We will file the Fifth Fee Application after
December 16, 2020.

**Frandzel Robins Bloom & Csato, L.C.**
Attorneys at Law

www.frandzel.com

**Los Angeles Office**
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90017-2427

Tel 323.852.1000  Fax 323.651.2577

**Fresno Office**
516 West Shaw, Suite 200
Fresno, CA 93704-2515

Tel 559.221.2591  Fax 559.221.2660



December 19, 2020
Page 2

Very truly yours,

FRANDZEL ROBINS BLOOM & CSATO, L.C.

HAL D. GOLDFLAM
hgoldflam@frandzel.com

Attachments
cc:  Brick Kane, Deputy to the Receiver
     Anita Jen, Deputy to the Receiver
     Michael Gerard Fletcher, Esq.
     Craig A. Welin, Esq.



**SERVICE LIST**

Stacy Rene Procter                     Counsel for Federal Trade Commission
Federal Trade Commission
10990 Wilshire Boulevard Suite 400
Los Angeles, CA 90024
E-mail: sprocter@ftc.gov

Edwin Rodriguez                        Counsel for Federal Trade Commission
Federal Trade Commission
600 Pennsylvania Avenue NW
MailStop CC-10528
Washington, DC 20580
E-mail: erodriguez@ftc.gov

Elizabeth Jones Sanger                 Counsel for Federal Trade Commission
Federal Trade Commission
600 Pennsylvania Avenue NW
MailStop CC-10528
Washington, DC 20580
E-mail: esanger@ftc.gov

James A. Prunty                        Counsel for Federal Trade Commission
Federal Trade Commission
601 Pennsylvania Avenue NW
MailStop CC-10528
Washington, DC 20580
E-mail: jprunty@ftc.gov

Shira D. Modell                        Counsel for Federal Trade Commission
Federal Trade Commission
600 Pennsylvania Avenue NW
MailStop CC-10528
Washington, DC 20580
E-mail: smodell@ftc.gov

Frandzel Robins Bloom & Csato, L.C.
Attorneys at Law

Los Angeles Office
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90017-2427
Tel 323.852.1000 Fax 323.651.2577

Fresno Office
516 West Shaw, Suite 200
Fresno, CA 93704-2515
Tel 559.221.2591 Fax 559.221.2660

www.frandzel.com



| | |
|---|---|
| James D. White | Counsel for Jason Cardiff and Eunjung Cardiff |
| Law Offices of James D. White | a/k/a Eunjung Lee a/k/a Eunjung No |
| P.O. Box 367 | |
| 113 Quarter Horse Drive | |
| Bellevue, Idaho 83313 | |
| E-mail: jdw@jamesdwhitelaw.com | |
| | |
| Stephen R. Cochell | Counsel for Jason Cardiff and Eunjung Cardiff |
| Cochell Law Firm P.C. | a/k/a Eunjung Lee a/k/a Eunjung No |
| 5850 San Felipe Ste 500 | |
| Houston Texas 77057 | |
| (346)800-3500 | |
| E-mail: srcochell@gmail.com | |
| | |
| Jesse J. Thaler | Attorney for Defendant Danielle Cadiz |
| THALER LAW | |
| 17011 Beach Boulevard, Fl. 9 | |
| Huntington Beach, California 92647 | |
| E-mail: jesse@thalerlaw.pro | |

# EXHIBIT 6

## Hal D. Goldflam

| | |
|---|---|
| **From:** | Stephen Cochell <srcochell@gmail.com> |
| **Sent:** | Monday, December 21, 2020 7:57 AM |
| **To:** | Hal D. Goldflam |
| **Cc:** | Brick Kane; Anita Jen; Michael Fletcher; Jim White; Jonathan L. Slotter |
| **Subject:** | Re: Review of Fees and Fee Application |
| | |
| **FilingDate:** | 12/21/2020 8:39:00 AM |

Understood.  Enjoy your holiday season!

Steve

On Mon, Dec 21, 2020 at 9:54 AM Hal D. Goldflam <hgoldflam@frandzel.com> wrote:

> Dear Steve:
>
>
> Your request that we delay filing the Receiver's Fifth Fee Application until 2021 is unreasonable, especially considering that no matter what position you and your clients may take, we will be bringing the application – and this is one of the reasons why we believe we need not hold a conference with counsel of record under Local Rule 7-3 before bringing a fee application.  Moreover, we don't see how you can take issue with any of the Receiver's or our firm's fees and costs that are the subject of the Application.  Not only are the fees and costs incurred in connection with matters involving receivership matters unrelated to VPL reasonable, the fees and costs incurred in connection with VPL and related issues are also reasonable.  Notably, your clients and you even approved a ▮▮▮▮ weekly reserve in the stipulated VPL cash flow projection for Receiver's fees and costs, including the Receiver's counsel, recognizing that significant work would be conducted.  Of course, the reserve is not an agreement by the Receiver and our firm that any particular week's fees and costs would not exceed ▮▮▮▮
>
>
> That said, we will honor your request to extend the time for you to review the Receiver's and our firm's invoices until the end of this month.  We will, however, be filing the Fifth Fee Application on January 7 or 8, 2021 (February 5, 2021 hearing date), so please contact us before January 7, 2020 if you intend to discuss this matter further.
>
>
> Hal

**From:** Stephen Cochell <srcochell@gmail.com>
**Sent:** Monday, December 14, 2020 3:12 PM
**To:** Michael Fletcher <mfletcher@frandzel.com>; Hal D. Goldflam <hgoldflam@frandzel.com>

Case 5:18-cv-01004-JGB-PLA Document 45-537 Filed 04/08/21 Page 440 of 444 Page ID #:30946

**Cc:** Jim White <jdw@jamesdwhitelaw.com>; Jonathan L. Slotter <jslotter@cochelllawfirm.com>
**Subject:** Review of Fees and Fee Application

Mike and Hal,

As discussed with Mike earlier today, I am jammed with two briefs due in the next two weeks (not to mention those clients who think they can call and talk to me about their cases!).  This is to request you extend the time for us to review the Receiver's and your fees until month end.

I have a brief due on November 21, 2020 in *FTC v. Radwan* in the 9th Circuit for  four-individuals-four companies as defendants.  There are some of the usual issues but also some new issues that are taking most of my waking moments.  I have another brief due at the end of the month in Stefanides v Stefanides,a complex child custody case with some novel legal issues.  This one should be simpler but will still occupy a good bit of my time during the xmas holiday.

Thank you in advance for your consideration.

Steve

--

Stephen R. Cochell

The Cochell Law Firm, P.C.

5850 San Felipe, Ste. 500

Houston, Texas 77057

(346)800-3500

CONFIDENTIALITY NOTICE
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, printing, copying, distribution or use of this e-mail including any attachment is prohibited. If you have received this message in error, please destroy this email and notify the sender by e-mail of the same.

2

--

Stephen R. Cochell
The Cochell Law Firm, P.C.
5850 San Felipe, Ste. 500
Houston, Texas 77057
(346)800-3500

CONFIDENTIALITY NOTICE
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, printing, copying, distribution or use of this e-mail including any attachment is prohibited. If you have received this message in error, please destroy this email and notify the sender by e-mail of the same.

3

403

# PROOF OF SERVICE (1)

## FTC v. Jason Cardiff
## Case No. 5:18-cv-2104

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On **January 8, 2021**, I served true copy(ies) of the **DECLARATIONS OF BRICK KANE AND MICHAEL GERARD FLETCHER IN SUPPORT OF APPLICATION FOR ORDER APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND RECEIVER'S COUNSEL'S FEES AND EXPENSES FOR THE PERIOD FROM JULY 1, 2020 THROUGH OCTOBER 31, 2020,** the original(s) of which is(are) affixed hereto. to the party(ies) on the attached service list.

## SEE ATTACHED SERVICE LIST

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on January 8, 2021, at Los Angeles County, California.


/s/ Sandra Young-King
Sandra Young-King

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

4062768.1 | 078410-0061

16

Case No. 5:18-cv-02104-SJO-PLA

DECLARATIONS OF BRICK KANE AND MICHAEL GERARD FLETCHER IN SUPPORT OF APPLICATION FOR ORDER APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND RECEIVER'S COUNSEL'S FEES, ETC.

**SERVICE LIST**
**FTC v. Jason Cardiff**
**Case No. 5:18-cv-2104**

**Electronic Mail Notice List**

- **Elizabeth J Averill**
  eaverill@ftc.gov

- **Peter Bisno**
  pbisno@bisnolaw.com

- **Michael Anthony Brown**
  tbrown@spertuslaw.com

- **Witt W Chang**
  wwchang@venable.com,wchang@venable.com,rrubio@venable.com

- **Stephen R Cochell**
  srcochell@gmail.com

- **Roger A Colaizzi**
  rcolaizzi@venable.com,SHRoss@venable.com,VGBranch@Venable.com,DC
  LitigationDocketing@Venable.com

- **Christopher David Crowell**
  ccrowell@hrhlaw.com

- **Michael Gerard Fletcher**
  mfletcher@frandzel.com,sking@frandzel.com

- **Hal D Goldflam**
  hgoldflam@frandzel.com,bwilson@frandzel.com

- **Allan Howard Grant**
  allan@grants-law.com

- **Dolly Kae Hansen**
  dolly@spertuslaw.com

- **Lindsey M Hay**
  lhay@spertuslaw.com

- **Inter/Media Time Buying Corporation**
  ccrowell@hrhlaw.com

- **Michael W Kinney**
  mkinney@lblglaw.com

- **Shira D Modell**
  smodell@ftc.gov

- **Stacy Rene Procter**
  sprocter@ftc.gov

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

DECLARATIONS OF BRICK KANE AND MICHAEL GERARD FLETCHER IN SUPPORT OF APPLICATION FOR ORDER
APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND RECEIVER'S COUNSEL'S FEES, ETC.

- **James A Prunty**
  jprunty@ftc.gov

- **Edwin Rodriguez**
  erodriguez@ftc.gov

- **Ari N Rothman**
  anrothman@venable.com, rrubio@venable.com

- **Elizabeth Jones Sanger**
  esanger@ftc.gov, csands@ftc.gov

- **James W Spertus**
  jspertus@spertuslaw.com, sluecf@spertuslaw.com

- **Jesse James Thaler**
  jessejthaler@gmail.com

- **Gerrick M Warrington**
  gwarrington@frandzel.com, sking@frandzel.com

- **Craig A Welin**
  cwelin@frandzel.com, bwilson@frandzel.com

- **James D White**
  jdw@jamesdwhitelaw.com

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

4062768.1 | 078410-0061

18

Case No. 5:18-cv-02104-SJO-PLA

DECLARATIONS OF BRICK KANE AND MICHAEL GERARD FLETCHER IN SUPPORT OF APPLICATION FOR ORDER APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND RECEIVER'S COUNSEL'S FEES, ETC.