AMANDA LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 514-0515
    Facsimile: (202) 514-8742
    Email:  Manu.J.Sebastian@usdoj.gov

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5:23-CR-00021-JGB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN: The Plaintiff's response to Defendant's Motion to Dismiss shall be filed by April 22, 2004, Defendant's Reply shall be filed by May 6, and hearing on the motion shall be scheduled for May 20, 2004, at 2:00 PM.

IT IS SO ORDERED

_____          _____
DATE                                 HONORABLE JESUS G. BERNAL
                                     UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/_____
MANU J. SEBASTIAN
TRIAL ATTORNEY
U.S. Department of Justice
Consumer Protection Branch

VALERIE MAKAREWICZ
Assistant United States Attorney

2