UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>　　　　Defendant. | Case No. 5:23-CR-00021-JGB<br><br>**ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION TO EXTEND PAGE LIMITATION FOR DEFENDANT JASON CARDIFF'S MOTION TO DISMISS INDICTMENT WITH PREJUDICE** |

1   GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that
2   Defendant shall be permitted to file a Motion to Dismiss Indictment with Prejudice,
3   with a Memorandum of Points and Authorities that is 39 pages in length.

5   DATED: April 11, 2024

HON. JESUS G. BERNAL
United States District Judge