FILED
CLERK, U.S. DISTRICT COURT

APRIL 8 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ____MG____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-CR-00021-JGB |
| Plaintiff, | **ORDER GRANTING LEAVE TO FILE UNDER SEAL** |
| vs. | *[Filed concurrently with Ex Parte Application]* |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |

LARSON
LOS ANGELES

1  GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED
2  THAT an unredacted version of the Motion to Dismiss Indictment with Prejudice
3  and the Declaration of Stephen G. Larson in support of Motion to Dismiss
4  Indictment; Exhibits shall be filed *under seal.*

DATED: April 8, 2024

HON. JESUS G. BERNAL
United States District Judge

## PROOF OF SERVICE

*United States of America v. Cardiff*
Case No. 5:23-CR-00021-JGB

**STATE OF , COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 555 South Flower Street, 30th Floor, Los Angeles, CA 90071.

On April 8, 2024, I served true copies of the following document(s):

**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address hpark@larsonllp.com to the persons at the e-mail addresses listed in the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 8, 2024, at Los Angeles, California.

Haewon Park

**SERVICE LIST**

*United States of America v. Cardiff*
Case No. 5:23-CR-00021-JGB

| | |
|---|---|
| E. Martin Estrada<br>United States Attorney<br>Mack E. Jenkins<br>Assistant United States Attorney<br>Chief, Criminal Division<br>Ranee A. Katzenstein<br>Assistant United States Attorney<br>Chief, Criminal Division<br>Valerie Makarewicz<br>Assistant United States Attorney<br>Major Frauds Section<br>1100 United States Courthouse<br>312 North Spring Street<br>Los Angeles, CA 90012<br>Telephone: (213) 894-0756<br>Facsimile: (213) 894-6269<br>E-mail: Valerie.Makarewicz@usdoj.gov | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |
| Amanda Liskamm<br>Director, Consumer Protection Branch<br>Manu J. Sebastian<br>Brianna M. Gardner<br>Trial Attorneys<br>Consumer Protection Branch<br>U.S. Department of Justice<br>450 Fifth Street NW, Suite 6400<br>Washington, DC 20001<br>Telephone: (202) 514-0515<br>Facsimile: (202) 514-8742<br>E-mail: Manu.J.Sebastian@usdoj.gov<br>          Brianna.M.Gardner@usdoj.gov | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |