AMANDA N. LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 514-0515
    Facsimile: (202) 514-8742
    Email:  Manu.J.Sebastian@usdoj.gov

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:23-CR-00021-JGB |
| Plaintiff, | **_EX PARTE_ APPLICATION FOR LEAVE TO EXTEND PAGE LIMITATION FOR GOVERNMENT'S OPPOSITION TO MOTION TO DISMISS** |
| v. | |
| JASON EDWARD THOMAS CARDIFF, | *[Filed concurrently with [Proposed] Order]* |
| Defendant. | |

### *EX PARTE* APPLICATION FOR LEAVE TO EXTEND PAGE LIMITATION FOR GOVERNMENT'S OPPOSITION TO MOTION TO DISMISS

**I.  CONTACT INFORMATION FOR OPPOSING COUNSEL PURSUANT TO C.D. CAL LOCAL RULE 7-19**

Stephen Gerard Larson
Larson LLP
555 South Flower Street 30th Floor
Los Angeles, CA 90071
213-436-4888
Fax: 213-623-2000
Email: slarson@larsonllp.com

Hilary Potashner
Larson LLP
555 South Flower Street, 30th Floor
Los Angeles, CA 90071
213-436-4888
Fax: 213-623-2000
Email: hpotashner@larsonllp.com

Jonathan Daniel Gershon
Larson LLP
555 South Flower Street, 30th Floor
Los Angeles, CA 90071
213-436-4888
Fax: 213-623-2000
Email: jgershon@larsonllp.com

**II.  APPLICATION**

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Valerie L. Makarewicz and Department of Justice Trial Attorney Manu J. Sebastian, hereby requests the Court enter an Order extending the page limit for the Government's Opposition to the Motion to Dismiss by one page to 26 pages.

On April 19, 2024, Stephen Larson of Larson LLP advised by email that Defendant does not oppose this request.

| | |
|---|---|
| Dated April 22, 2024: | Respectfully submitted, |

E. MARTIN ESTRADA
United States Attorney

AMANDA LISKAMM
Director, Consumer Protection Branch


\_\_\_\_/s/_____
MANU J. SEBASTIAN
Trial Attorney
VALERIE MAKAREWICZ
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA