# EXHIBIT 5

Case 5:23-cr-00021-JGB     Document 61-5     Filed 04/22/24     Page 1 of 4     Page ID
#:4309

**Message**

| | |
|---|---|
| **From:** | Nest [notifications@nest.com] |
| **Sent:** | 5/22/2017 5:10:54 PM |
| **To:** | danielle@redwoodscientific.co |
| **Subject:** | Your Nest Aware subscription. |

<!--[if gte mso]> <![endif]--> <!--[if gte IE]> <![endif]-->



## Your subscriptions will begin soon.

The 10-day video history subscriptions for your cameras will begin soon.

You'll be charged $15.00 on Saturday, May 27, 2017. Taxes may apply.

Your subscriptions will renew automatically until you cancel. You'll be charged monthly for as long as your subscriptions continue.

To manage your subscriptions or update billing information, login to your account.
Have a question or need to make a change? Contact Nest Support.

— The Nest Team

© 2017 Nest Labs, Inc.
3400 Hillview Ave, Palo Alto, CA 94304

Privacy Policy  |  Terms & Conditions
nest.com  |  Support  |  Store

Message

| | |
|---|---|
| **From:** | Nest [notifications@nest.com] |
| **Sent:** | 5/27/2017 5:04:40 PM |
| **To:** | danielle@redwoodscientific.co |
| **Subject:** | Your Nest Aware subscription. |

<!--[if gte mso]> <[endif]--> <![if gte IE]> <[endif]-->



## Your subscriptions will begin soon.

The 10-day video history subscriptions for your cameras will begin soon.

You'll be charged $15.00 on Saturday, May 27, 2017. Taxes may apply.

Your subscriptions will renew automatically until you cancel. You'll be charged monthly for as long as your subscriptions continue.

To manage your subscriptions or update billing information, login to your account.
Have a question or need to make a change? Contact Nest Support.

— The Nest Team



© 2017 Nest Labs, Inc.
3400 Hillview Ave. Palo Alto, CA 94304

Privacy Policy  |  Terms & Conditions
nest.com  |  Support  |  Store

**Message**

| | |
|---|---|
| **From:** | Nest [notifications@nest.com] |
| **Sent:** | 5/27/2017 4:57:40 PM |
| **To:** | danielle@redwoodscientific.co |
| **Subject:** | Your Nest Aware subscription. |

<!--[if gte mso]> <![endif]--> <!--[if gte IE]> <![endif]-->



# Your subscriptions will begin soon.

The 10-day video history subscriptions for your cameras will begin soon.

You'll be charged $15.00 on Saturday, May 27, 2017. Taxes may apply.

Your subscriptions will renew automatically until you cancel. You'll be charged monthly for as long as your subscriptions continue.

To manage your subscriptions or update billing information, login to your account.
Have a question or need to make a change? Contact Nest Support.

— The Nest Team



© 2017 Nest Labs, Inc.
3400 Hillview Ave, Palo Alto, CA 94304

Privacy Policy  |  Terms & Conditions
nest.com  |  Support  |  Store