AMANDA N. LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 514-0515
    Facsimile: (202) 514-8742
    Email:  Manu.J.Sebastian@usdoj.gov

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>        Defendant. | No. 5:23-CR-00021-JGB<br><br>**NOTICE OF ERRATA RE: GOVERNMENT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS OPPOSITION TO MOTION TO DISMISS**<br><br>Date:       May 20, 2024<br>Time:       2:00 p.m.<br>Courtroom:  1 |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Valerie L. Makarewicz and Department of Justice Trial Attorney Manu J. Sebastian, gives

notice that the Government's Opposition to Defendant's Motion to Dismiss contains an error.

Specifically, on page 2 lines 8-11 of the filing, the Government made the following statement:

> On October 12, 2018, the FTC and Receiver executed the immediate access with the assistance of a Postal Inspector from the U.S. Postal Inspection Service ("USPIS") and a few local law enforcement personnel.

This statement should be revised to read:

> On October 12, 2018, the FTC and Receiver executed the immediate access with the assistance of six Postal Inspectors from the U.S. Postal Inspection Service ("USPIS") and approximately two local law enforcement personnel.

Dated April 23, 2024:                    Respectfully submitted,


                                         E. MARTIN ESTRADA
                                         United States Attorney

                                         AMANDA LISKAMM
                                         Director, Consumer Protection
                                         Branch


                                         ____/s/_____
                                         MANU J. SEBASTIAN
                                         Trial Attorney
                                         VALERIE MAKAREWICZ
                                         Assistant United States Attorney


                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA