Name & Address:

Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Hilary Potashner (SBN 167060)
*hpotashner@larsonllp.com*
Jonathan Gershon (SBN 306979)
*jgershon@larsonllp.com*
LARSON LLP
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071
Tel:  213-436-4888; Fax: 213-623-2000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

PLAINTIFF(S)

v.

JASON EDWARD THOMAS CARDIFF

DEFENDANT(S).

CASE NUMBER:
5:23-CR-00021-JGB

**NOTICE OF MANUAL FILING
OR LODGING**

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☒ Filed ☒ Lodged: (**List Documents**)

Unopposed Ex Parte Application for Leave to file Under Seal;
[Proposed] Order Granting Leave to file Under Seal;
Reply in Support of Motion to Dismiss Indictment with Prejudice [lodged conditionally under seal];
Supplemental Declaration of Stephen G. Larson [lodged conditionally under seal]; and
Exhibit in support of Supplemental Declaration of Stephen G. Larson [lodged conditionally under seal].

**Reason:**

☒ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

May 6, 2024
Date

/s/ Stephen G. Larson
Attorney Name
Stephen G. Larson

Defendant, Jason Edward Thomas Cardiff
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*