Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Hilary Potashner (SBN 167060)
hpotashner@larsonllp.com
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Tel: (213) 436-4888
Fax: (213) 623-2000

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>　　　　Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**JASON CARDIFF'S *EX PARTE* APPLICATION TO REMOVE CURFEW ORDERED AS A CONDITION OF PRETRIAL RELEASE**<br><br>*[Filed concurrently with Declaration of Stephen G. Larson and [Proposed] Order]* |

# EX PARTE APPLICATION

By and through counsel of record, Jason Cardiff hereby seeks relief from the curfew imposed as a condition of pretrial release. Should the Court decline to permanently lift his curfew, Mr. Cardiff seeks relief from the curfew for the evening of May 11, 2024, so that he may attend a wedding within a few miles of his current residence.

On November 30, 2023, Mr. Cardiff was ordered released on a $530,000 appearance bond, justified in the amount of $500,000 with full deeding of real property. His release conditions include, among other conditions: a travel restriction to the Central District of California and the Southern District of Texas; a curfew between the hours of 8:00 p.m. and 8:00 a.m.; and, placement in the custody of third-party custodian, Attorney Stephen Cochell. Lilia Murphy and Brian Kennedy executed affidavits of sureties in support of the bond. Ms. Murphy also deeded her home as collateral.

Mr. Cardiff is currently living with Attorney Cochell in the Kingwood, Texas, and he is being supervised by United States Probation Officer Jack Sherrod of the Southern District of Texas.

Probation Officer Sherrod advised that U.S. Probation does not oppose the request to permanently remove the curfew condition from Mr. Cardiff's conditions of pretrial release. In explaining his non-opposition, PO Sherrod advised that Mr. Cardiff would still be on "standalone" location monitoring, which would allow U.S. Probation to determine Mr. Cardiff's location at any given time.

Sureties Lilia Murphy and Brian Kennedy do not oppose Mr. Cardiff's request to permanently lift Mr. Cardiff's curfew.

DOJ Attorney Sebastian Manu advised the undersigned that the government opposes Mr. Cardiff's request to permanently remove the curfew condition but does

not oppose Mr. Cardiff's request to lift the curfew on May 11, 2024, so that he may attend a wedding.

Dated: May 8, 2024                              LARSON LLP

                                                By: /s/ Stephen G. Larson
                                                    Stephen G. Larson

                                                    Attorneys for Defendant
                                                    JASON EDWARD THOMAS CARDIFF