1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

| UNITED STATES OF AMERICA, | Case No. 5:23-cr-00021-JGB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING JASON CARDIFF'S *EX PARTE* APPLICATION TO REMOVE CURFEW ORDERED AS A CONDITION OF PRETRIAL RELEASE** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | *[Filed concurrently with Ex Parte Application and Declaration of Stephen G. Larson]* |

20

21

22

23

24

25

26

27

28

LARSON LLP
LOS ANGELES

[PROPOSED] ORDER

1    **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED**

2   that the pretrial release condition that Jason Cardiff abide by a curfew from 8 p.m. to

3   8 a.m. during his pretrial release is immediately and permanently set aside.

4   Accordingly, Jason Cardiff is no longer subject to the curfew condition ordered by

5   the Court on November 30, 2023.

6

7       OR

8

9    **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED**

10  that the pretrial release condition that Jason Cardiff abide by a curfew from 8 p.m. to

11  8 a.m. during his pretrial release shall be lifted for the date of May 11, 2024.  Jason

12  Cardiff otherwise remains subject to the curfew ordered by the Court on November

13  30, 2023.

14

15      **IT IS SO ORDERED**.

16

17   Dated: _____

                         Honorable Jesus G. Bernal
18                       United States District Judge

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER