cc: USPO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>  Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**ORDER GRANTING JASON CARDIFF'S *EX PARTE* APPLICATION TO REMOVE CURFEW ORDERED AS A CONDITION OF PRETRIAL RELEASE**<br><br>*[Filed concurrently with Ex Parte Application and Declaration of Stephen G. Larson]* |

ORDER

1 | **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED**
2 | that the pretrial release condition that Jason Cardiff abide by a curfew from 8 p.m. to
3 | 8 a.m. during his pretrial release shall be lifted for the date of May 11, 2024. Jason
4 | Cardiff otherwise remains subject to the curfew ordered by the Court on November
5 | 30, 2023.

**IT IS SO ORDERED.**

Dated: May 10, 2024

_____
Honorable Jesus G. Bernal
United States District Judge