UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES—GENERAL

Page 1 of 1

| Case No. | EDCR23-00021-JGB-1 | Date | June 3, 2024 |
|---|---|---|---|

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Maynor Galvez | Phyllis A. Preston | V. Makarewicz/M. Sebastian |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Jason Edward Thomas Cardiff | X | | X | S. Larson/H. Postasher | X | | X |

**Proceedings:** MOTION TO DISMISS [45, 52]

The Court hears argument on the motion to dismiss. The motion stands submitted.

IT IS SO ORDERED.

cc: USPO

| CR-11 | CRIMINAL MINUTES - GENERAL | Initials of Deputy Clerk MG |
|---|---|---|
| | | Time: 00:47 |