1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No. 5:23-cr-00021-JGB |
| 12         Plaintiff, | **[PROPOSED] ORDER GRANTING JASON CARDIFF'S *EX PARTE* APPLICATION FOR PERMISSION TO TRAVEL TO LAS VEGAS** |
| 13         vs. | |
| 14  JASON EDWARD THOMAS CARDIFF, | *[Filed concurrently with Ex Parte Application and Declaration of Stephen G. Larson]* |
| 15         Defendant. | |

16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that Jason Cardiff shall be permitted to travel to Las Vegas on June 22, 2024, with a return to the Central District of California on June 24, 2024.

**IT IS FURTHER ORDERED** that Jason Cardiff's curfew shall be lifted for the two nights that he will be staying in Las Vegas.

**IT IS FURTHER ORDERED** that Jason Cardiff shall provide his hotel information to United States Probation Officer Jack Sherrod prior to his travel.

**IT IS SO ORDERED**.

Dated: _____

Honorable Jesus G. Bernal
United States District Judge