# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>    Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**[PROPOSED] ORDER GRANTING JASON CARDIFF'S UNOPPOSED *EX PARTE* APPLICATION FOR PERMISSION TO TEMPORARILY RELOCATE TO DALLAS**<br><br>*[Filed concurrently with Ex Parte Application and Declaration of Stephen G. Larson]* |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that Jason Cardiff shall be permitted to temporarily stay in Dallas, Texas until July 12, 2024, or until electricity is restored to his place of residence in Houston, Texas, whichever is later.

**IT IS FURTHER ORDERED** that Jason Cardiff shall continue to remain in contact with and provide his location to United States Probation and Pretrial Services.

**IT IS SO ORDERED**.

Dated: _____

                                            Honorable Jesus G. Bernal
                                            United States District Judge