1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-cr-00021-JGB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR JASON CARDIFF** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | *[Filed concurrently with Notice of Motion and Motion to Withdraw; Declaration of Stephen G. Larson]* |
| Defendant. | |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that Larson LLP's Motion to Withdraw as Counsel of Record is GRANTED.

Dated: _____

_____
Honorable Jesus G. Bernal
United States District Judge

[PROPOSED] ORDER