Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Hilary Potashner (SBN 167060)
hpotashner@larsonllp.com
Jonathan Gershon (SBN 306979)
jgershon@larsonllp.com
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-cr-00021-JGB |
|---|---|
| Plaintiff, | **DEFENDANT JASON EDWARD THOMAS CARDIFF'S UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | [*Filed concurrently with [Proposed] Order*] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Counsel hereby submits this unopposed *ex parte* application to shorten the time for a hearing on the concurrently-filed Notice of Motion and Motion to Withdraw as Counsel for Defendant Jason Cardiff, seeking a motion hearing date of **July 29, 2024, at 2 p.m**. This application is based on the attached declaration of counsel.

Dated: July 17, 2024

LARSON LLP

By: /s/ Stephen G. Larson
  Stephen G. Larson

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF