UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>  Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION TO SHORTEN TIME**<br><br>[*Filed concurrently with* Unopposed *Ex Parte Application; Declaration of S. Larson*]] |

LARSON
LOS ANGELES

1  GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that
2  the time for a hearing on the Notice of Motion and Motion to Withdraw as Counsel
3  for Defendant Jason Cardiff is shortened.  A hearing is set for July 29, 2024 at 2:00
4  p.m.
5  IT IS SO ORDERED.
6  Dated:
7  _____
   Honorable Jesus G. Bernal
8  United States District Judge