UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-cr-00021-JGB |
|---|---|
| Plaintiff, | **ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION TO SHORTEN TIME** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |

ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION TO SHORTEN TIME

1    GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the time for a hearing on the Notice of Motion and Motion to Withdraw as Counsel for Defendant Jason Cardiff is shortened.  A hearing is set for July 29, 2024 at 2:00 p.m.

IT IS SO ORDERED.

Dated: July 19, 2024

_____
Honorable Jesus G. Bernal
United States District Judge