| | |
|---|---|
| 1 | |
| 2 | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-cr-00021-JGB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING SECOND MOTION TO WITHDRAW AS COUNSEL FOR JASON CARDIFF** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | *[Filed concurrently with Second Motion to Withdraw; Declaration of Stephen G. Larson iso Second Motion]* |
| Defendant. | |

LARSON LLP
LOS ANGELES

[PROPOSED] ORDER

1 | **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED**
2 | that Larson LLP's Second Motion to Withdraw as Counsel of Record is
3 | GRANTED.

Dated: _____
Honorable Jesus G. Bernal
United States District Judge