1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,          Case No. 5:23-cr-00021-JGB

11 |          Plaintiff,                **[PROPOSED] ORDER GRANTING**
                                        ***EX PARTE* APPLICATION TO**
12 |          vs.                       **SHORTEN TIME**

13 | JASON EDWARD THOMAS               [*Filed concurrently with Ex Parte
    | CARDIFF,                          Application; Declaration iso
14 |                                    Application*]
            Defendant.
15
16
17
18
19
20          GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that

21  the time for a hearing on the Second Motion to Withdraw as Counsel for Defendant

22  Jason Cardiff is shortened.  A hearing is set for July 29, 2024 at 2:00 p.m.

23          IT IS SO ORDERED.

24
     Dated: July        . 2024
25                                      _____
26                                      Honorable Jesus G. Bernal
                                        United States District Judge
27
28

LARSON
LOS ANGELES