# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>v.<br><br>JASON EDWARD THOMAS CARDIFF<br><br>Defendant(s). | CASE NUMBER<br><br>5:23-cr-00021-jgb<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

COCHELL, STEPHEN R.   of   THE COCHELL LAW FIRM, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*   5850 SAN FELIPE, STE. 500
(832)800-3500                                                HOUSTON TEXAS 77057
*Telephone Number*   *Fax Number*
srcochell@gmail.com
*E-Mail Address*                                             *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
JASON EDWARD THOMAS CARDIFF

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel
ALLAN HOWARD GRANT   of   GRANTS LAW FIRM
*Designee's Name (Last Name, First Name & Middle Initial)*   17351 GREEENTREE DRIVE
213658      (888)937-7555      (866)858-6637                 RIVERSIDE, CA  92503-6762
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
allan@grants-law.com
*E-Mail Address*                                             *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☒ be refunded  ☐ not be refunded.

Dated  August 22, 2024

*U.S. District Judge/U.S. Magistrate Judge*