AMANDA N. LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
SHEILA BERMAN
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 514-0515
    Facsimile: (202) 514-8742
    Email:  Manu.J.Sebastian@usdoj.gov

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>      Defendant. | No. 5:23-CR-00021-JGB<br><br>**OPPOSITION TO JASON CARDIFF'S EX PARTE APPLICATION FOR AN ORDER PERMITTING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT** |

Plaintiff United States of America, by and through its counsel of record, the Civil Division Consumer Protection Branch and Trial Attorneys Manu J. Sebastian and Sheila Berman, and the United States

Attorney for the Central District of California and Assistant United States Attorney Valerie L. Makarewicz, oppose the *ex parte* application for an order permitting international travel and return of defendant's passport made by defendant, Jason Edward Thomas Cardiff for the same reasons as identified in its previous opposition. [Dkt. # 89-90].

Dated: September 3, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　AMANDA LISKAMM
　　　　　　　　　　　　　　　　　　Director
　　　　　　　　　　　　　　　　　　Consumer Protection Branch

　　　　　　　　　　　　　　　　　　E. MARTIN ESTRADA
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　____/s/_____
　　　　　　　　　　　　　　　　　　MANU J. SEBASTIAN
　　　　　　　　　　　　　　　　　　SHEILA BERMAN
　　　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　　　VALERIE L. MAKAREWICZ
　　　　　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　United States of America