AMANDA N. LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
SHEILA BERMAN
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
        450 Fifth Street, NW, Suite 6400S
        Washington, D.C.  20001
        Telephone: (202) 514-0515
        Facsimile: (202) 514-8742
        Email:  Manu.J.Sebastian@usdoj.gov

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
        1100 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-0756
        Facsimile: (213) 894-6269
        E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>                  v.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>            Defendant. | No. 5:23-CR-00021-JGB<br><br>**UNOPPOSED *EX PARTE* APPLICATION FOR BRIEFING AND HEARING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO SUPPRESS**<br><br>*[Filed concurrently with [Proposed] Order]* |

**UNOPPOSED *EX PARTE* APPLICATION FOR BRIEFING AND HEARING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO SUPPRESS**

I.    **CONTACT INFORMATION FOR OPPOSING COUNSEL PURSUANT TO C.D. CAL LOCAL RULE 7-19**

Stephen R. Cochell
Admitted *Pro Hac Vice*
5850 San Felipe, Ste. 500
Houston, Texas 77057
713-436-8000
Email: srcochell@gmail.com

Allan Grant (SBN #213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
888-937-7555
Email: allan@grants-law.com

II.   **APPLICATION**

Plaintiff United States of America, by and through its counsel of record, the United States Department of Justice Civil Division Consumer Protection Branch and Trial Attorneys Manu J. Sebastian and Sheila Berman, and the United States Attorney for the Central District of California and Assistant United States Attorney Valerie L. Makarewicz, hereby requests the Court enter an Order setting a briefing and hearing schedule on the Defendant's Motion to Dismiss (Dkt. # 106) and Motion to Suppress (Dkt. # 107), filed September 9, 2024.

Given the length and complexity of the motions, as well as the volume of exhibits attached, the parties have agreed to the following briefing and hearing schedule:

September 23, 2024 – Response Date for both motions

October 7, 2024 – Reply Date for both motions

October 21, 2024 – Hearing Date for both motions

1   The parties propose the above schedule as it provides sufficient
2   time for the government to respond to the Motion to Dismiss (Dkt.
3   #106) and the Motion to Suppress (Dkt. #107), and for the defendant
4   to reply to the government's responses.

5   The government respectfully requests the Court enter an order
6   setting the proposed briefing and hearing schedule.

10  Dated September 10, 2024          Respectfully submitted,

13                                    AMANDA LISKAMM
                                      Director, Consumer Protection
14                                    Branch

16                                    E. MARTIN ESTRADA
                                      United States Attorney

18                                    ____/s/_____
19                                    MANU J. SEBASTIAN
                                      SHEILA BERMAN
20                                    Trial Attorneys
                                      VALERIE MAKAREWICZ
21                                    Assistant United States Attorney

23                                    Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA