1 Stephen R. Cochell
Admitted Pro Hac Vice
2 *srcochell@gmail.com*
5850 San Felipe, Ste. 500
3 Houston Texas 77057
Telephone:(713) 436-8000
4 Facsimile: (213) 623-2000

5 Allan Grant (SBN#213658)
Grant's Law Firm
6 17351 Greentree Drive
Riverside, California 92503-6762
7 Telephone (888)937-7555
Facsimile (866)858-6637

8
Attorneys for Defendant
9
JASON EDWARD THOMAS CARDIFF
10

11                        UNITED STATES DISTRICT COURT
                        CENTRAL DISTRICT OF CALIFORNIA
12 UNITED STATES OF AMERICA,          Case No. 5:23-CR-00021-JGB

13          Plaintiff,

14      vs.

15 JASON EDWARD THOMAS
CARDIFF,
16
            Defendant.
17

18              **NOTICE OF SUPPLEMENTAL AUTHORITY**

19
20      PLEASE TAKE NOTICE that counsel for Jason Cardiff invites the Court's

21 attention to Ninth Circuit Court of Appeals decision in Federal Trade Commission

22 v. VPL Medical, Inc. No. 20-55858 (April 28, 2021) addresses the issue of the

23 authority of the receivership under Section 23(b) of the FTC Act.  A copy of the

24
25 decision is attached for the Court's consideration.

26
27
28

                                      1

1

2                                        Very respectfully,

3

4    Dated:  October 9, 2024

5                                        COCHELL LAW FIRM P.C.

6

7                                By:  /s/ *Stephen R. Cochell*
                                      Stephen R. Cochell
8
                                      Attorneys for DEFENDANT
9                                     Jason Edward Thomas Cardiff

10

11

12                       **CERTIFICATE OF SERVICE**

13       I hereby certify that a true and correct copy of the foregoing instrument, has

14   been served on this 9th day of October, 2024 upon all counsel of record by email,

15   facsimile, by regular mail or pursuant to the Court's ECF system.

16

17                                        */s/ Stephen R. Cochell*
                                          Stephen R. Cochell
18

19

20

21

22

23

24

25

26

27

28

No. 20-55858

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

# Fed. Trade Comm'n v. VPL Med., Inc.

Decided Apr 28, 2021

No. 20-55858

04-28-2021

FEDERAL TRADE COMMISSION, Plaintiff-Appellee, ROBB EVANS & ASSOCIATES LLC, Temporary Receiver, Receiver-Appellee, v. VPL MEDICAL, INC., Intervenor-Appellant, JASON CARDIFF, et al., Defendant-Appellant, and EUNJUNG CARDIFF, et al., Defendants, JACQUES POUJADE, Objector.

## NOT FOR PUBLICATION

D.C. No. 5:18-cv-02104-DMG-PLA ORDER Appeal from the United States District Court for the Central District of California

Dolly M. Gee, District Judge, Presiding Argued and Submitted March 2, 2021

Submission Vacated March 4, 2021

Resubmitted April 28, 2021 Pasadena, California

2    *2  Before: SILER,* HURWITZ, and COLLINS, Circuit Judges.

> * The Honorable Eugene E. Siler, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation. --------

Submission of this case was vacated on March 4, 2021. This case is resubmitted for decision effective as of the date of this order.

As the FTC states in its brief, the district court's July 7, 2020 preliminary injunction order was entered "to preserve assets pending a final judgment that could include equitable monetary relief" in this action under § 13(b) of the FTC Act, 15 U.S.C. § 53(b). In *AMG Capital Management, LLC v. Federal Trade Commission*, 593 U.S. ___, 2021 WL 1566607 (Apr. 22, 2021), the Supreme Court unanimously held "that §13(b) as currently written does not grant the Commission authority to obtain equitable monetary relief." *Id*. at *8. Accordingly, the July 7, 2020 preliminary injunction is VACATED, and the case is REMANDED to the district court for further proceedings consistent with the Supreme Court's decision in *AMG Capital Management*.

Each side shall bear its own costs.


casetext
Part of Thomson Reuters