Stephen R. Cochell
Admitted Pro Hac Vice
*srcochell@gmail.com*
5850 San Felipe, Ste. 500
Houston Texas 77057
Telephone:(713) 436-8000
Facsimile: (213) 623-2000

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile (866)858-6637

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>    Defendant. | Case No. 5:23-CR-00021-JGB<br><br>**Defendants Notice of Additional Exhibit**<br><br>Date: October 21, 2024<br>Time: 2:00 p.m.<br>Courtroom: 1 |

## DEFENDANT'S NOTICE OF ADDITIONAL EXHIBIT

Defendant, Jason Cardiff, by and through counsel, Stephen R. Cochell hereby submits this Notice of Additional Exhibit in support of Defendant's Motion to Suppress Evidence.

On October 16, 2024, the Government filed a Notice of Additional Exhibit submitting an Order Re Receiver's Application for Fees and Approval of Final report and Accounting re VPL Medical, Inc.  The Temporary Restraining Order in *FTC v.*

1

*Cardiff, et. al.* is attached to provide the Court with the order in effect at the time of the Receiver's actions on October 12, 2018. See Finding of Fact I. Defendant's counsel is prepared to discuss the exhibits during the October 21, 2024 hearing.

Respectfully submitted,

*/s/ Stephen R. Cochell*
Stephen R. Cochell
SBN: 24044255
The Cochell Law Firm, P.C.
5850 San Felipe, Ste 500
Houston, Texas 77057
(346) 800-3500 – Telephone
srcochell@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that all attorneys of record in this case have been served through the Court's CM/ECF system, including but not limited to:

Valerie Makarewicz
Assistant United States Attorney
1100 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sheila Berman
Manu Sebastian
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
450 Fifth Street N.W., Ste 6400
Washington , D.C. 20001

/s/Stephen R. Cochell
Stephen R. Cochell

DEFENDANT'S JASON CARDIFF'S NOTICE OF ADDITIONAL EXHIBIT IN SUPPORT MOTION TO SUPPRESS EVIDENCE

COCHELL
LAW FIRM