UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>    Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**[PROPOSED] ORDER GRANTING JASON CARDIFF'S *EX PARTE* APPLICATION FOR AN ORDER EXTENDING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT**<br><br>*[Filed concurrently with Ex Parte Application and Declaration of Stephen R. Cochell]* |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** That Jason Cardiff shall be permitted extend his travel to Ireland for thirty days for purposes of medical testing, evaluation and treatment. He shall return to Texas no later than December 20, 2024.

**IT IS FURTHER ORDERED** that Jason Cardiff's curfew shall be lifted only while he is traveling.

**IT IS FURTHER ORDERED** that Jason Cardiff may remove his monitor while undergoing medical testing, evaluation and treatment.

**IT IS FURTHER ORDERED** that once he returns to the United States, Jason Cardiff shall immediately return the passport to the United States Probation and Pretrial Services Office which shall reinstate and reset his electronic monitoring.

**IT IS FURTHER ORDERED** that Jason Cardiff's new travel itinerary shall be approved by United States Probation Officer Jack Sherrod prior to his return to the United States. Jason Cardiff shall remain in contact with and provide his location to Officer Sherrod while he is outside the United States.

**IT IS SO ORDERED**.

Dated: _____
Honorable Jesus G. Bernal
United States District Judge

[Proposed] Order  2