Stephen R. Cochell
Admitted Pro Hac Vice
*srcochell@gmail.com*
5850 San Felipe, Ste. 500
Houston Texas 77057
Telephone:(713) 436-8000
Facsimile: (213) 623-2000

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile  (866)858-6637

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**BRIEF REPLY IN SUPPORT OF JASON CARDIFF'S *EX PARTE* APPLICATION FOR AN ORDER EXTENDING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT**<br><br>*[Filed concurrently with Declaration of Stephen R. Cochell and [Proposed] Order]* |

COCHELL LAW FIRM

JASON CARDIFF'S *EX PARTE* APPLICATION FOR AN EXTENSION TO ORDER EXTENDING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT

### REPLY IN SUPPORT OF EX PARTE MOTION FOR AN ORDER EXTENDING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT

The Government's opposition to Jason Cardiff's Ex Parte Application for an Order Extending International Travel is ill-informed and accuses counsel of filing a motion about Mr. Cardiff's medical condition without substantiation. Ironically, AUSA Sebastian then asserts, *without substantiation*, that counsel has repeatedly misquoted sources and transcripts making dishonest statements to the court. This clearly violates the Court's Civility and Professionalism Guidelines.[1]

First, counsel did not dream up the names of the physicians identified as Mr. Cardiff's treating physicians. Moreover, counsel ignores the part of the Ex Parte Application that describes the type of medical issues being experienced by Mr. Cardiff and names of the treating physicians stating: "Counsel for Mr. Cardiff stands ready to provide the Court with the correspondence and medical records supporting this request." Dkt. 125 at 3 (emphasis supplied). Secondly, AUSA Sebastian also argues that, if electronic monitoring was removed, Mr. Cardiff would not return to the United States. The record, however, shows that Mr. Cardiff has travelled domestically and to Ireland and has complied with all court orders.

Simply stated, the unsupported allegations of dishonesty by Mr. Sebastian have are wholly irrelevant and cast serious doubt as to whether AUSA Sebastian has lost objectivity in this case.

The Court should disregard ad hominem attacks on counsel and grant the application to extend Mr. Cardiff's travel so that he can obtain the medical treatment he needs.

---

[1] https://www.cacd.uscourts.gov/attorneys/admissions/civility-and-professionalism-guidelines

2

JASON CARDIFF'S *REPLY IN SUPPORT OF EX PARTE* APPLICATION FOR AN ORDER EXTENDING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT

Dated: November 15, 2024

By: /s/ Stephen R. Cochell
Stephen R. Cochell

Attorney for Defendant
JASON EDWARD THOMAS CARDIFF

## SERVICE LIST

I HEREBY DECLARE THAT THE FOLLOWING COUNSEL HAVE BEEN SERVED WITH THIS DEFENDANT JASON CARDIFF'S NOTICE OF MOTIO AND MOTION TO SUPPRESS EVIDENCE THROUGH THE COURT'S ECF O NEXT GEN ELECTRONIC FILING SYSTEM:

E. Martin Estrada
United States Attorney
Mack E. Jenkins
Assistant United States Attorney Chief, Criminal Division Ranee A. Katzenstein
Assistant United States Attorney Chief, Criminal Division Valerie Makarewicz
Assistant United States Attorney Major Frauds Section
1100 United States Courthouse
312 North Spring
Street Los Angeles,
CA 90012
Telephone: (213) 894-0756 Facsimile: (213) 894-6269
E-mail: Valerie.Makarewicz@usdoj.gov

Amanda Liskamm
Director, Consumer Protection Branch Manu J. Sebastian
Brianna M. Gardner
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
450 Fifth Street NW, Suite 6400 Washington, DC 20001
Telephone: (202) 514-0515 Facsimile: (202) 514-8742
E-mail: Manu.J.Sebastian@usdoj.gov
         Brianna.M.Gardner@usdoj.gov

*/S/ Stephen R. Cochell*
Stephen R. Cochell

3

JASON CARDIFF'S *REPLY IN SUPPORT OF EX PARTE* APPLICATION FOR AN ORDER EXTENDING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT