AMANDA N. LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 514-0515
    Facsimile: (202) 514-8742
    Email:  Manu.J.Sebastian@usdoj.gov

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:23-CR-00021-JGB |
| Plaintiff, | |
| v. | **STATUS REPORT** |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |

1    Plaintiff United States of America, by and through its counsel
2 of record, the Consumer Protection Branch of the Department of
3 Justice and Trial Attorney Manu J. Sebastian, and the United States
4 Attorney for the Central District of California and Assistant United
5 States Attorney Valerie L. Makarewicz, hereby files an update
6 regarding defendant's request to seek medical care in Ireland.
7    The government maintains its position regarding defendant's
8 travel abroad, as it did in objecting to defendant's bond to begin
9 with and all subsequent requests to modify his ability to travel\ to
10 Ireland.
11    Attached hereto and marked Exhibit A is an email from Pretrial
12 Services Officer Cathleen Torres Vasquez as to its position
13 regarding defendant's request to continue his travel and remove his
14 location monitoring.
15    Defendant's medical plan is confusing. Attached hereto and
16 marked Exhibit B is a biography of Dr. Maura Stafford, Bellbrige
17 Medical Centre, found on [https://ballsbridgemedical.ie/about-us-doctor-dublin-4/](https://ballsbridgemedical.ie/about-us-doctor-dublin-4/)
18 (accessed on November 18, 2024), an OB-GYN and
19 dermatologist, who referred defendant to the Blackrock Clinic
20 Spirometry Department, which tests evaluates lung function -— not
21 cardiometry.  The government requests the Court examine defendant's
22 medical substantiation to ensure defendant is receiving the
23 appropriate care given his known medical conditions.
24    The government spoke with defendant's Pretrial Officer, Jack
25 Sherrod, this morning. Defendant's location monitor is not functional
26 in Ireland, therefore, removing it bears no effect on the Court's
27 ability to find defendant abroad. Therefore, the government requests

that if the Court allow defendant's location monitor to be removed (with defendant bearing the cost of replacing it upon his return to the United States), it instead order defendant to use an alternate location monitoring system by telephone (Pretrial has a biometrical telephone system, but its capability to work abroad is unknown), or if that is unsuccessful, by checking in daily with Officer Sherrod via video call proving defendant's location each day.  While the government understands that defendant needs medical care, the government is equally concerned regarding the flight risk of defendant.

Dated: November 18, 2024                Respectfully submitted,

                                        AMANDA N. LISKAMM
                                        Director
                                        Consumer Protection Branch

                                        E. MARTIN ESTRADA
                                        United States Attorney

                                             /s/
                                        _____
                                        MANU J. SEBASTIAN
                                        Trial Attorney
                                        VALERIE L. MAKAREWICZ
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        United States of America