1  Stephen R. Cochell
   Admitted Pro Hac Vice
2  *srcochell@gmail.com*
   5850 San Felipe, Ste. 500
3  Houston Texas 77057
   Telephone:(713) 436-8000
4  Facsimile: (213) 623-2000

5  Allan Grant (SBN#213658)
   Grant's Law Firm
6  17351 Greentree Drive
   Riverside, California 92503-6762
7  Telephone (888)937-7555
   Facsimile  (866)858-6637
8

9  Attorneys for Defendant
   JASON EDWARD THOMAS CARDIFF
10

11
                    UNITED STATES DISTRICT COURT
12
                   CENTRAL DISTRICT OF CALIFORNIA
13

14
   UNITED STATES OF AMERICA,          | Case No. 5:23-cr-00021-JGB
15
                 Plaintiff,           | **JASON CARDIFF'S**
16                                     | **SUPPLEMENTAL REPLY IN**
         vs.                           | **SUPPORT OF JASON CARDIFF'S**
17                                     | **MOTION TO EXTEND**
   JASON EDWARD THOMAS                 | **INTERNATIONAL TRAVEL  AND**
18 CARDIFF,                            | **GOVERNMENT'S STATUS**
                                       | **REPORT**
19               Defendant.
20

21

22

23

24

25

26

27

28

COCHELL
LAW FIRM

JASON CARDIFF'S *EX PARTE* APPLICATION FOR AN EXTENSION TO ORDER EXTENDING
INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT

## JASON CARDIFF'S STATUS REPORT OR RESPONSE TO GOVERNMENT'S STATUS REPORT

The Government's Status Report is actually a response to Defendant's clarification to the Court that, under the Order (Dkt. 123), Mr. Cardiff is set to return to the United States on November 20, 2024.[1]

The Government ignores the fact that Mr. Cardiff was referred by his cardiologist, Dr. Hazel Byme, to get medical testing.

More to the point, the Government points out that Dr. Stafford is a Ob-Gyn physician but fails to mention that she is also certified as a member of the Royal College of General Practitioners and is more than qualified to refer Mr. Cardiff to the Spirometry Clinic, which addresses lung function.  The deliberate failure to point out the complete qualifications of the physicians appears to be a calculated half-truth.

Counsel is not a doctor, but understands that people with cardiology problems often have problems with lung function at the same time.  Counsel has represented, as an officer of the Court, that counsel has reviewed medical records supporting the representations made to the Court.

Ultimately, this is about Mr. Cardiff's health and safety when it comes to travel. Given Mr. Cardiff's scrupulous compliance with pretrial conditions, it is respectfully submitted that the Court should be allowed to get needed medical testing and treatment grant the request to assure that Mr. Cardiff does not sustain a serious health problem on his return to the United States.[2]  Counsel will file an appropriate motion

---

[1] There is no option in CM/ECF to file a response to the Government's Status Report.  In an effort to comply with ECF/CM filing options, counsel submits this supplemental response to the Government's Opposition to Defendant's Motion to Extend International Travel.

[2] On one hand, the Government insisted on electronic monitoring, but on the other hand, did not know that electronic monitoring does not work overseas.  Regardless, Mr. Cardiff fully intends to return to defend this case.

JASON CARDIFF'S *REPLY IN SUPPORT OF EX PARTE* APPLICATION FOR AN ORDER EXTENDING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT

1  to seal of the medical records at issue to eliminate all doubt that qualified physicians

2  have reached an opinion that Mr. Cardiff is "unfit to fly" and will do later this

3  afternoon. [3]

4

5  Dated:  November 18, 2024

6

7                                        By:  /s/ Stephen R. Cochell

8                                             Stephen R. Cochell

9                                             Attorney for Defendant

10                                            JASON EDWARD THOMAS CARDIFF

11

12                                    **SERVICE LIST**

13  I HEREBY DECLARE THAT THE FOLLOWING COUNSEL HAVE BEEN
   SERVED WITH THIS DEFENDANT JASON CARDIFF'S NOTICE OF MOTIO
14  AND MOTION TO SUPPRESS EVIDENCE THROUGH THE COURT'S ECF O
   NEXT GEN ELECTRONIC FILING SYSTEM:

15  E. Martin Estrada
16  United States Attorney
   Mack E. Jenkins
17  Assistant United States Attorney Chief, Criminal
   Division Ranee A. Katzenstein
18  Assistant United States Attorney Chief, Criminal
   Division Valerie Makarewicz
19  Assistant United States Attorney Major Frauds Section
   1100 United States Courthouse
20  312 North Spring
   Street Los Angeles,
21  CA 90012
   Telephone: (213) 894-0756 Facsimile: (213) 894-6269
22  E-mail: Valerie.Makarewicz@usdoj.gov

23  Amanda Liskamm
   Director, Consumer Protection Branch Manu J. Sebastian
24  Brianna M. Gardner
   Trial Attorneys
25  Consumer Protection Branch
   U.S. Department of Justice
26  450 Fifth Street NW, Suite 6400 Washington, DC 20001

27  [3] Counsel also notes that bond was posted by Lilia Murphy in the amount of
28  $500,000 with her home as collateral.

JASON CARDIFF'S *REPLY IN SUPPORT OF EX PARTE* APPLICATION FOR AN ORDER EXTENDING
INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT

1 | Telephone: (202) 514-0515 Facsimile: (202) 514-8742
  | E-mail: Manu.J.Sebastian@usdoj.gov
2 |       Brianna.M.Gardner@usdoj.gov

3 |                           */S/ Stephen R. Cochell*
4 |                           Stephen R. Cochell

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JASON CARDIFF'S *REPLY IN SUPPORT OF EX PARTE* APPLICATION FOR AN ORDER EXTENDING
INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT