UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>  Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**[PROPOSED] ORDER GRANTING JASON CARDIFF'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTS 3 AND 4 OF THE INDICTMENT** |

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY GRANTS IN ITS ENTIRETY Jason Edward Thomas Cardiff's Motion to Dismiss Counts 3 and 4 of the Indictment;

IT IS THEREFORE ORDERED THAT Counts 3 and 4 of the Indictment are hereby Dismissed with Prejudice.

Dated: _____

_____
 Hon. Jesus G. Bernal
 United States District Judge