Stephen R. Cochell
Admitted Pro Hac Vice
*srcochell@gmail.com*
5850 San Felipe, Ste. 500
Houston Texas 77057
Telephone:(713) 436-8000
Facsimile: (213) 623-2000

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile  (866)858-6637

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>    Defendant. | Case No. 5:23-cr-00021-JGB<br><br>[Proposed] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>Current Trial Date: 2/4/25<br>New Trial Date: __<br>Status Conference___ |

1

2    The Court has read and considered the Ex Parte Application for Continuance of
3 Trial Date for (1) Continuance of Trial Date and (2) proposed Findings of Excludable
4 Time Periods Pursuant to Speedy Trial Act, filed in this matter on December 4, 2024.
5 The Court hereby finds that the Ex Parte Application for Continuance of Trial date,
6 which this Court incorporates by reference into this Order, demonstrates facts that
7 support a continuance of the trial date in this matter, and provides good cause for a
8 finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161. The
9 Court further finds that: (i) the ends of justice served by the continuance outweigh the
10 best interest of the public and Government in a speedy trial; (ii) failure to grant the
11 continuance would be likely to make a continuation of the proceeding impossible, or
12 result in a miscarriage of justice; and (iii) failure to grant the continuance would
13 unreasonably deny defendant continuity of counsel and would deny defense counsel
14 the reasonable time necessary for effective preparation, taking into account the
15 exercise of due diligence.

16    THEREFORE, FOR GOOD CAUSE SHOWN:

17    1. The trial in this matter is continued from February 4, 2025, to _____ 2025,
18 at 9:00 a.m. The status conference hearing is continued to _____, 2025, at 2:00
19 p.m.

20    2. The time period of December 4, 2024, to _____ inclusive, is excluded in
21 computing the time within which the trial must commence, pursuant to 18 U.S.C. §§
22 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

23    3. Defendant shall appear in Courtroom 1 of the George E. Brown, Jr. Federal
24 Building and United States Courthouse, 3470 Case 5:23-cr-00021-JGB Document
25 Twelfth Street, Riverside, CA 92501-3801 on February 4, 2025 at 9:00 a.m.

26    4. Nothing in this Order shall preclude a finding that other provisions of the
27 Speedy Trial Act dictate that additional time periods are excluded from the period
28 within which trial must commence. Moreover, the same provisions and/or other

provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____                                             _____
Date                                                                          Honorable Jesus Bernal
                                                                                    United States District Judge