# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.)

**COURT USE ONLY — DUE DATE:**

| 1a. Contact Person for this Order | Stephen Cochell | 2a. Contact Phone Number | (713) 306-8434 | 3a. Contact E-mail Address | srcochell@gmail.com |
| 1b. Attorney Name (if different) | Cochell Law Firm, P.C. | 2b. Attorney Phone Number | Same | 3b. Attorney E-mail Address | Same |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
5850 San Felipe, Ste 500
Houston, Texas 77057

| 5. Name & Role of Party Represented | Jason Cardiff |
| 6. Case Name | U.S.A v Jason Cardiff |
| 7a. District Court Case Number | 5:18-cr-00021 | NAME OF COURT REPORTER: Phyllis Preston |
| 7b. Appeals Court Case Number | |

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
☐ DIGITALLY RECORDED    ☒ TRANSCRIBED BY A COURT REPORTER

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal  ☐ Non-Appeal  ☒ Criminal  ☐ Civil  ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

| HEARING DATE | Minute Order Docket # | JUDGE (name) | PROCEEDING TYPE / PORTION | b. SELECT FORMAT(S) PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/2/24 | 142 | Bernal | Motion to Dismiss/Motion to Suppress | ☒ | ○ | ○ | ○ | ○ | ○ | | 7-Day |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 12/6/24    Signature: /s/ Stephen Cochell

G-120 (06/18)