UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5:23-CR-00021-JGB |
|---|---|
| Plaintiff, | **ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS COUNTS 3 AND 4 AND MOTION TO DISMISS CASE** |
| v. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |

**FOR GOOD CAUSE SHOWN:**

The government's ex parte request (Dkt. No. 138) to continue the hearing on Docket Nos. 134, 135, 136, and 137, currently scheduled for December 30, 2024, is continued to January 13, 2025, at 2:00 PM.

The government's opposition to Defendant's Motion to Dismiss Counts 3 and 4 and Motion to Dismiss Case shall be filed by December 23, 2024, and Defendant's replies shall be filed by December 30, 2024.

**IT IS SO ORDERED.**

December 11, 2024

DATE

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
MANU J. SEBASTIAN
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch

VALERIE MAKAREWICZ
Assistant United States Attorney