Stephen R. Cochell
Admitted Pro Hac Vice
*srcochell@gmail.com*
5850 San Felipe, Ste. 500
Houston Texas 77057
Telephone:(713) 436-8000
Facsimile: (213) 623-2000

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile  (866)858-6637

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-cr-00021-JGB |
|---|---|
| Plaintiff, | **JASON CARDIFF'S *EX PARTE* APPLICATION FOR AN ORDER EXTENDING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | *[Filed concurrently with Declaration of Stephen R. Cochell and [Proposed] Order]* |

COCHELL LAW FIRM

JASON CARDIFF'S *EX PARTE* APPLICATION FOR AN EXTENSION TO ORDER EXTENDING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT AND FOR VIDEO CONFERENCE OF PRETRIAL MOTION HEARINGS

## *EX PARTE* APPLICATION

Jason Cardiff has requested that counsel file this *ex parte* application extending his travel to Ireland from on or about December 20, 2024 for a period of thirty additional nights returning on or about January 19, 2024. The reason for the request is the need for continued medical testing and treatment in Ireland, as set forth below.

**Background**

Mr. Cardiff has been released on a $530,000 appearance bond, justified in the amount of $500,000 with full deeding of real property. His release conditions include, among other conditions: a travel restriction to the Central District of California and the Southern District of Texas; a curfew between the hours of 8:00 p.m. and 8:00 a.m.; and placement in the custody of third-party custodian, Attorney Stephen Cochell. Lilia Murphy and Brian Kennedy executed affidavits of sureties in support of the bond. Ms. Murphy also deeded her home as collateral.

Mr. Cardiff is living with Attorney Cochell in Kingwood, Texas, and he is being supervised by United States Probation Officer Jack Sherrod of the Southern District of Texas.

The Court granted permission to travel to Ireland to assist his wife for her medical needs and for his ten year old daughter. As set out in his request for this travel, Mr. Cardiff had also scheduled necessary medical appointments for himself, including a consultation with his cardiologist. Mr. Cardiff had unanticipated health problems. Dr. M.S., Bellbridge Medical Centre referred him for treatment finding him "medically unfit to fly until further notice" pending further testing. Mr. Cardiff underwent medical testing and evaluations as recommended in various records submitted to the Court under seal.[1] The results of testing and evaluation by his

---

[1] As previously stated in his prior request for extension of his travel to Ireland, Mr. Cardiff does not have medical insurance in the United States but does have full

consulting cardiologist will be submitted under seal.

During the ten-plus months of pretrial release, Mr. Cardiff has consistently complied with all court orders and has previously traveled both domestically and internationally with court approval without incident. His record reflects no violations, demonstrating his commitment to adhering to all conditions of his release. Mr. Cardiff will return to Texas as scheduled and will maintain regular contact with his Pretrial Officer, Ryan McClellan, while traveling. Additionally, Mr. Cardiff will supply Mr. McClellan and Pretrial Services with a full travel itinerary prior to his departure.

Sureties Lilia Murphy and Brian Kennedy do not oppose this request. United States Probation Officer Ryan McClellan was contacted on December 12, 2024 and, on December 13, 2024, he stated that he was new to Jack Sherrod's case load and believed that he had to obtain guidance from Pretrial Services' Los Angeles Office. Mr McClellan acknowledged that Mr Sherrod had not opposed Mr. Cardiff's international travel on prior occasions and that Mr. Sherrod considered Mr. Cardiff to be cooperative with Pretrial Services.

DOJ Valerie Makarewiscz and Manu Sebastian were contacted on November 12, 2024 and, in response, stated that the Government opposed Defendant's request.

WHEREFORE, Defendant requests this Honorable Court extend Mr. Cardiff's international travel for an additional thirty days until January 19, 2025, to allow Defendant to participate by videoconference in hearings set by the Court for January 13, 2025 at 2:00 p.m. and to allow Defendant to participate in any other hearings set by the Court during the period of time extended for Defendants medical

---

medical insurance coverage in Ireland. It is not feasible to timely obtain insurance in the United States that would cover the expensive testing that needs to be conducted for Mr. Cardiff. The Court allowed Mr. Cardiff to remove his GPS monitoring bracelet to undergo EGK testing. Dkt. __.

testing, evaluation and treatment.

Dated: December 13, 2024

By: /s/ Stephen R. Cochell
Stephen R. Cochell

Attorney for Defendant
JASON EDWARD THOMAS CARDIFF

## **SERVICE LIST**

I HEREBY DECLARE THAT THE FOLLOWING COUNSEL HAVE BEEN SERVED WITH THIS DEFENDANT JASON CARDIFF'S NOTICE OF MOTIO AND MOTION TO SUPPRESS EVIDENCE THROUGH THE COURT'S ECF O NEXT GEN ELECTRONIC FILING SYSTEM:

E. Martin Estrada
United States Attorney
Mack E. Jenkins
Assistant United States Attorney Chief, Criminal Division Ranee A. Katzenstein
Assistant United States Attorney Chief, Criminal Division Valerie Makarewicz
Assistant United States Attorney Major Frauds Section
1100 United States Courthouse
312 North Spring
Street Los Angeles,
CA 90012
Telephone: (213) 894-0756 Facsimile: (213) 894-6269
E-mail: Valerie.Makarewicz@usdoj.gov

Amanda Liskamm
Director, Consumer Protection Branch Manu J. Sebastian
Brianna M. Gardner
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
450 Fifth Street NW, Suite 6400 Washington, DC 20001
Telephone: (202) 514-0515 Facsimile: (202) 514-8742
E-mail: Manu.J.Sebastian@usdoj.gov
Brianna.M.Gardner@usdoj.gov

*/S/ Stephen R. Cochell*
Stephen R. Cochell