AMANDA N. LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
   450 Fifth Street, NW, Suite 6400S
   Washington, D.C.  20001
   Telephone: (202) 514-0515
   Facsimile: (202) 514-8742
   Email:  Manu.J.Sebastian@usdoj.gov

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
   1100 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-0756
   Facsimile: (213) 894-6269
   E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:23-CR-00021-JGB |
| Plaintiff, | |
| v. | **OPPOSITION TO JASON CARDIFF'S EX PARTE APPLICATION FOR A SECOND ORDER EXTENDING INTERNATIONAL TRAVEL** |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Consumer Protection Branch of the United States Department of Justice and Trial Attorney Manu J. Sebastian, and the United States Attorney for the Central District of California and

1

Assistant United States Attorney Valerie L. Makarewicz, oppose the *ex parte* application for an order extending international travel and return of defendant's passport made by defendant, Jason Edward Thomas Cardiff, for the same reasons as identified in its previous oppositions. [Dkt. # 33, 89-90, 104, 123, 126, and 129].

    The government also questions the legitimacy of the medical records provided to the Court as Attorney Cochell filed it without providing the government with an opportunity to review the records or verify their authenticity.

    Accordingly, the government requests the Court verify the authenticity of the medical documentation and deny the defendant's *ex parte* application for a second order extending international travel.

Dated: December 16, 2024        Respectfully submitted,

AMANDA N. LISKAMM
Director
Consumer Protection Branch

E. MARTIN ESTRADA
United States Attorney

    /s/
MANU J. SEBASTIAN
Trial Attorney
VALERIE L. MAKAREWICZ
Assistant United States Attorney

Attorneys for Plaintiff
United States of America