Message
___

| | |
|---|---|
| **From**: | Jason Cardiff [jason@redwoodsci.com] |
| **Sent**: | 4/27/2018 9:28:36 PM |
| **To**: | Danielle Cadiz (danielle@redwoodscientific.co) [danielle@redwoodscientific.co] |
| **Subject**: | FW: Redwood Scientific - email search terms |
| **Attachments**: | 2018.04.27 Letter to Tracy Green re Email Search Terms.pdf; ATT00001.htm; 2018.04.27 Search Terms for 1st Round of Searching Redwood Emails.pdf; ATT00002.htm; BCP Production Requirements 02_02_2017.pdf; ATT00003.htm; image001.jpg; image002.jpg; image003.png; image004.png |



*Jason Cardiff*
**President and Chief Executive Officer**

**Redwood Scientific Technologies**
www.RedwoodSci.com
Office: 310-693-5401



**Click the Red Wood Logo below to enjoy our Documentary " The End of the Pill "**





**PRIVILEGED AND CONFIDENTIAL**

The information and any accompanying documents is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential.  If the reader of this communication is not the intended recipient or the employee or agent responsible to deliver the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying or use of this communication is strictly prohibited.  If you receive this communication in error, please notify me immediately by email and delete it from your computer system, destroy the original communication and its attachments without reading them or saving them to disk or otherwise. Thank you.

---

**From:** Tracy Green [mailto:tgreen@greenassoc.com]
**Sent:** Friday, April 27, 2018 1:16 PM
**To:** Jason Cardiff <jason@redwoodsci.com>; Danielle Cadiz <danielle@redwoodscientific.co>
**Cc:** Julie Woodhead <jwoodhead@greenassoc.com>
**Subject:** Fwd: Redwood Scientific - email search terms

Well,  I have not looked at this so let's see what we can do on the search terms and other issues.

Thanks, Tracy

Tracy Green
Sent from my iPhone
Please excuse brevity & autocorrect typos

Tracy Green
Green & Associates, Attorneys at Law
800 West Sixth Street, Suite 450
Los Angeles, California 90017
tgreen@greenassoc.com
Office: 213-233-2260
Direct Dial: 213-233-2261

Fax: 213.477.2260
Mobile:  310-710-6434

Begin forwarded message:

> **From:** "Sanger, Elizabeth" <esanger@ftc.gov>
> **Date:** April 27, 2018 at 13:17:59 PDT
> **To:** "Tracy Green (tgreen@greenassoc.com)" <tgreen@greenassoc.com>
> **Cc:** "Kappler, Burke" <bkappler@ftc.gov>, "Modell, Shira D." <SMODELL@ftc.gov>, "Julie Woodhead (jwoodhead@greenassoc.com)" <jwoodhead@greenassoc.com>, "Claudia Santos (csantos@greenassoc.com)" <csantos@greenassoc.com>, "Prunty, James A." <JPRUNTY@ftc.gov>, "Rodriguez, Edwin" <ERODRIGUEZ@ftc.gov>, "Schools, Sallie" <SSCHOOLS@ftc.gov>
> **Subject: Redwood Scientific - email search terms**
>
> Dear Tracy,
> Please see the attached letter and search terms.
>
> I will ask my colleague, Sallie Schools, to send you a secure upload link today. Please be on the lookout for that link.
> **\*Note:** the link is valid for 72 hours and can accept multiple files, but all files must be uploaded within a single upload session.
>
> Thanks,
> Liz
>
> Elizabeth J. Sanger, J.D., M.P.H.
> Federal Trade Commission
> Bureau of Consumer Protection
> Division of Advertising Practices
> 600 Pennsylvania Ave., NW
> Mail Drop CC-10528
> Washington, DC 20580
> direct:  (202) 326-2757
> fax:  (202) 326-3259
>
> esanger@ftc.gov

UNITED STATES OF AMERICA
# Federal Trade Commission
Washington, D.C. 20580

Division of Advertising Practices

April 27, 2018

**VIA EMAIL**
Tracy Green, Esq.
800 West Sixth Street, Suite 450
Los Angeles, CA 90017
tgreen@greenassoc.com

      Re: CID to Redwood Scientific Technologies, Inc. (FTC Matter No. 1723117)

Dear Tracy,

      I am writing in response to your April 22, 2018 letter and our conversation after the April 23 show cause hearing. Pursuant to our conversation, I am enclosing with this letter a list of search terms that expands upon the list of search concepts you provided to the FTC last week. Redwood has agreed to use the enclosed list in its first round of searching the emails of current and former Redwood employees.

      We understand that Redwood is currently working with Lighthouse eDiscovery to ingest Redwood's email, and that the e-discovery firm can begin running searches after all the email is uploaded into Lighthouse's system sometime next week. We do not know the extent of Lighthouse's search capabilities (e.g., whether the system is capable of using Boolean operators), so the list we have provided is in a simple format that should be compatible with most search platforms.[1] If Lighthouse has the ability to run more sophisticated searches, we can schedule a phone meeting with you and Lighthouse in the coming days to discuss options for consolidating some of the terms on the enclosed list.

      As we stated during our conversation after this week's hearing, we do not yet have a good sense of how Redwood employees communicate via email because we have received no internal emails from Redwood to date, and only very few emails with consumers. For that reason, you have agreed that Redwood will submit its first production of emails to the FTC no later than May 4. Redwood and Lighthouse will then work with the FTC to incorporate any changes in the search protocol that we deem necessary after we have had a chance to review the first email production.

---

[1] Please note that whenever two or more words appear together on the list, we envision an "and" connector between those words. In other words, responsive emails must contain all the words (which will limit the responsive results), but not necessarily in the same order in which they appear on the list. For example, the term COMPLIANCE PROGRAM would return, among other hits: (1) Bill oversees the COMPLIANCE PROGRAM; (2) please make sure you run your PROGRAM by the COMPLIANCE department; and (3) we are in COMPLIANCE with the monitoring PROGRAM.

1

In addition to its email productions, we understand that Redwood intends to submit additional documents and clarifying responses to certain interrogatories on a rolling basis, beginning today. The FTC can provide Redwood with a secure upload link for each of these productions to limit the need for sending FedEx packages and to facilitate a faster transfer of information. Once sent, the link remains live for 72 hours. We will send the first secure upload link today.

If you would like to schedule a phone meeting with Lighthouse to discuss the search terms, please send me a few proposed dates and times and we will get back to you with a time that works for us. I can be reached at esanger@ftc.gov or (202) 326-2757.

                                            Sincerely,

                                            s/ Liz Sanger
                                            Attorney, Division of Advertising Practices

Enclosures
List of Search Terms for 1st Round of Searching Redwood Emails
Federal Trade Commission Bureau of Consumer Protection Production Requirements

GOV002_02720882

List of Search Terms for 1st Round of Searching Redwood Emails

| |
|---|
| % |
| 10,600 |
| 88 percent |
| 88% |
| 99 design |
| actor |
| ad |
| addict* |
| advanced men* |
| advert* |
| andy haskins |
| anna |
| appetite |
| april |
| audience |
| authori* |
| automat* |
| autoship* |
| bank of america |
| bank one |
| benjamin |
| bethinrx* |
| bill* |
| body fat |
| boland |
| cadiz |
| caffeine |
| call center |
| cardflex |
| cardiff |
| cessation |
| chang* food |
| chantix |
| chargeback |
| chasepaymentech |
| clinic* |
| cms |
| code clouds |
| commercial |
| compliance program |
| consumer research |
| continu* bill* |
| continu* charg* |

| |
|---|
| continu* complain* |
| continu* pay* |
| continu* send* |
| continu* ship* |
| continuity |
| contract |
| controltheweight* |
| craigslist |
| cravings |
| crm |
| customer relationship |
| customer service |
| customer tix |
| cytisine |
| danielle |
| deutsche |
| didn't agree* |
| didn't authoriz* |
| didn't order* |
| didn't receiv* |
| didn't reorder* |
| didn't request* |
| didn't tell |
| didn't told |
| didn't want* |
| diet* |
| disput* charge* |
| dnz |
| draft |
| easy weight loss |
| eat whatever |
| effectiv* |
| efficac* |
| elavon |
| ems |
| endorse* |
| england |
| enroll* |
| epeprx.com |
| epepsia |
| esquire |
| eunjung |
| eupepsia |
| eupepsia thin studies |
| excessive |

| |
|---|
| exercise |
| expitrans |
| facebook |
| favorite food* |
| fda |
| fda import* |
| fda regist* |
| feel full |
| fifth third |
| fiverr |
| focus group |
| food drug administration |
| free offer |
| free sample |
| free trial |
| fullness |
| further charg* |
| further ship* |
| future charg* |
| future gear society |
| future ship* |
| fx |
| gain* back |
| galluppi |
| get |
| gram fat |
| green money |
| guarana |
| guarantee |
| gum |
| gus |
| harris |
| harvard |
| homeo* |
| hopkins |
| humboldt |
| icon |
| infomercial |
| informercial |
| instagram |
| isaac |
| jacques |
| jason |
| jean |
| jesse |

| |
|---|
| jhu |
| joe |
| juarez |
| julie |
| keep charg* |
| keep ship* |
| keep taking |
| keep weight off |
| keep* it off |
| kenyon |
| kept charg* |
| kept ship* |
| kept taking |
| keyword* |
| laburnum |
| landing page guys |
| landingpageguys* |
| lb* |
| leperrierre |
| lifestyle |
| lisell |
| los* weight |
| mackenzie web design |
| market* |
| member* |
| merrick |
| message service |
| mission valley |
| mohammad |
| monitoring program |
| month* |
| navarro |
| ndc |
| negative option |
| nejm |
| netbanx |
| never agree* |
| never authoriz* |
| never order* |
| never receiv* |
| never reorder* |
| never request* |
| never tell |
| never told |
| never want* |

| |
|---|
| new england journal |
| nicotine |
| noreply@redwoodscientific.com |
| not agree* |
| not authoriz* |
| not order* |
| not receiv* |
| not reorder* |
| not request* |
| not tell |
| not told |
| not want* |
| nrt |
| obligat* |
| opt* |
| orion |
| orionckb* |
| overflow call center |
| patch* |
| paullinia |
| payment process* |
| paysafe |
| pearlman |
| percent |
| platform |
| poujade |
| pound* |
| prove* |
| quantum |
| quit |
| refund* |
| refuse* cancel* |
| refuse* refund* |
| regain |
| reimburse* |
| release |
| remunerat* |
| research |
| revenue* |
| review* |
| reza |
| rhonda* |
| rma reason |
| rodaroc* |
| sale* |

| |
|---|
| sample* |
| scientific* |
| script |
| select |
| sell* |
| senior |
| serrato |
| several bottle* |
| several month* |
| sign* up |
| signature |
| simonton |
| site* |
| smok* |
| social media |
| sopharma |
| spot* |
| sps commerce |
| stefan |
| still bill* |
| still charg* |
| still pay* |
| still ship* |
| stop ship* ask* |
| stop ship* request* |
| strateg* |
| stud* |
| subscri* |
| substant* |
| success* |
| survey |
| tabex |
| talent |
| tape* |
| tapi* |
| tbx |
| tbxfree* |
| test* |
| thayer |
| thinliferx* |
| thinyounow* |
| ticket* |
| tracy |
| train* |
| trytbxfree* |

| |
|---|
| twitter* |
| unauthoriz* |
| unordered |
| unwanted |
| upwork* |
| usa epay |
| usms |
| vantiv |
| vimeo* |
| vps |
| walker |
| website* |
| weight |
| wells fargo |
| westamerica |
| william |
| without consent |
| wizmotions* |
| wu |
| www.facebook.com/epeprx |
| www.facebook.com/tbxfree |
| www.instagram.com/eupepsiarx |
| www.instagram.com/tbxfree |
| www.pinterest.com/eupepsia/pins |
| www.tbxfree.com |
| zaki |
| zappulla |

**Federal Trade Commission Bureau of Consumer Protection**
**Production Requirements**
Revised February 2018

In producing information in to the FTC, you must comply with the following production requirements, unless the FTC agrees otherwise. If you have any questions about these requirements, please contact FTC Counsel before production.

**Production Format**

1. **General Format:** Provide load-ready electronic productions with: (a) an Opticon image load file (.OPT) containing a line for every image file; and (b) a delimited data load file (.DAT) containing a line for every document, with bates references, metadata fields, and native file links, where applicable.

2. **Electronically Stored Information ("ESI")**: Documents stored in electronic format in the ordinary course of business must be produced in the following format:

    a. For ESI other than the categories described below, submit in native electronic format with extracted text or Optical Character Recognition (OCR), all metadata, and corresponding image renderings converted to Group IV, 300 DPI, single-page Tagged Image File Format (TIFF) or color JPEG images (if color is necessary to interpret the contents or render them intelligible).

    b. For Microsoft Excel, Access, or PowerPoint files, submit in native format with extracted text and metadata. Data compilations in Excel spreadsheets or in delimited text formats must contain all underlying data, formulas, and algorithms without redaction.

    c. For other spreadsheet, database, presentation, or multimedia formats; instant messages; or proprietary applications, discuss production format during the meet and confer.

3. **Hard Copy Documents**: Documents stored in hard copy in the ordinary course of business must be scanned and submitted as 300 DPI individual single page TIFFs (or color JPGs when necessary to interpret documents or render them intelligible), with corresponding document-level OCR text and logical document determination in an accompanying load file.

4. **Extracted Text/OCR**: Submit text as document-level text files, named for the beginning bates number, and organized into a folder separate from images. We cannot accept Unicode text files.

5. **Document Identification**: Provide a unique DocId or bates number for each hard copy or electronic document, consisting of a prefix and a consistent number of numerals using leading zeros. Do not use a space to separate the prefix from numbers.

6. **Attachments**: Preserve the parent/child relationship by producing attachments as separate documents, numbering them consecutively to the parent email, and including a reference to all attachments.

7. **Metadata Production**: For each document submitted electronically, include standard metadata fields in a standard ASCII delimited data load file. The first line of the data load file shall include the field names. <u>Submit date and time data in separate fields.</u> Use these delimiters in delimited data load files:

| Description | Symbol | ASCII Character |
|---|---|---|
| Field Separator | < | 20 |
| Quote Character | þ | 254 |

-A1-

| Multi Entry delimiter | ® | 174 |
|---|---|---|
| \<Return\> Value in data | ~ | 126 |

8. **De-duplication:** Do not use de-duplication or email threading software without FTC counsel approval.

9. **Password-Protected Files**: Remove passwords prior to production. If password removal is not possible, provide the original and production filenames and the password under separate cover.

10. **Sensitive PII or SHI:** Use data encryption to protect any Sensitive PII or SHI (as defined in the CID Schedule). Provide encryption passwords in advance of delivery, under separate cover.

**Producing and Submitting Media to the FTC**

1. Prior to production, scan all media and data for viruses and confirm the media and data are virus-free.

2. For productions smaller than 50 GB, the FTC can accept electronic file transfer via FTC-hosted secure file transfer protocol (Accellion or SecureZip). Contact FTC counsel to request this option. The FTC cannot accept files via Dropbox, Google Drive, OneDrive, or other third-party file transfer sites.

3. Use the least amount of media necessary for productions. Acceptable media formats are CDs, DVDs, flash drives, and hard drives. Format all media for use with Windows 7.

4. Use a courier service (e.g., Federal Express, UPS) because heightened security measures delay postal delivery. Mark the exterior of all packages containing electronic media with the following:

MAGNETIC MEDIA – DO NOT X-RAY
MAY BE OPENED FOR INSPECTION

5. Provide a production transmittal letter with each production that includes:

    a. Production volume name (e.g., Volume 1), date of production, and numeric DocID number range of all documents included in the production;
    b. List of custodians and the DocID number range for each custodian;
    c. Total number of records and all underlying images, emails, and associated attachments, native files, and databases in the production
    d. List of load file fields in the order in which they are organized in the data file.

-A2-