1  Stephen R. Cochell
   Admitted Pro Hac Vice
2  *srcochell@gmail.com*
   5850 San Felipe, Ste. 500
3  Houston Texas 77057
   Telephone:(713) 436-8000
4  Facsimile: (213) 623-2000

5  Allan Grant (SBN#213658)
   Grant's Law Firm
6  17351 Greentree Drive
   Riverside, California 92503-6762
7  Telephone (888)937-7555
   Facsimile  (866)858-6637

8

9  Attorneys for Defendant
   JASON EDWARD THOMAS CARDIFF

10

11               UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14

15  UNITED STATES OF AMERICA,          Case No. 5:23-cr-00021-JGB

16            Plaintiff,               **JASON CARDIFF'S *EX PARTE***
                                       **APPLICATION FOR AN ORDER**
16                                     **RESETTING JANUARY 13, 2025**
17        vs.                          **MOTIONS AS A VIDEO HEARING**

17  JASON EDWARD THOMAS               *[Filed concurrently with Declaration of*
18  CARDIFF,                          *Stephen R. Cochell and [Proposed]*
                                      *Order]*
19            Defendant.

20

21

22

23

24

25

26

27

28

COCHELL
LAW FIRM

_____
JASON CARDIFF'S *EX PARTE* APPLICATION FOR AN ORDER PERMITTING INTERNATIONAL TRAVEL
AND RETURNING HIS PASSPORT

### *EX PARTE* APPLICATION

Counsel for Defendant asks the Court to re-set the hearing on Jason Cardiff's Motion to Dismiss Indictment Based on Double Jeopardy and Motion to Dismiss Counts 1 and 2 as a Video hearing or conference.  In times of emergencies, the courts have turned to video conferences to maintain schedules. The basis for the request is that counsel has a ticket to Los Angeles to attend the hearing.  In light of the wildfires that have ravaged Los Angeles, causing deaths, destruction of numerous homes, traffic backups (and abandoned vehicles) and pollution caused by smoke, counsel requests that the hearing be conducted by video conference. Counsel sent an email to Government counsel earlier today to seek their concurrence.

DOJ Manu Sebastian, in response to Defendants' request for concurrence, Stated: "We cannot agree to a zoom hearing, but we understand the concern. We are amenable to a continuance to the next available hearing date, which appears to be Monday, January 27."

Dated:  January 9, 2025

By:  /s/ Stephen R. Cochell
       Stephen R. Cochell

       Attorney for Defendant
       JASON EDWARD THOMAS CARDIFF

2