Stephen R. Cochell
Admitted Pro Hac Vice
*srcochell@gmail.com*
5850 San Felipe, Ste. 500
Houston Texas 77057
Telephone:(713) 436-8000
Facsimile: (213) 623-2000

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile  (866)858-6637

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>　　　　Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**DECLARATION OF STEPHEN R. COCHELL IN SUPPORT OF JASON CARDIFF'S *EX PARTE* APPLICATION TO RESET HEARING AS VIDEO CONFERENCE**<br><br>*[Filed concurrently with Ex Parte Application and [Proposed] Order]* |

COCHELL LAW FIRM

DECLARATION OF STEPHEN R. COCHELL IN SUPPORT OF JASON CARDIFF'S *EX PARTE* APPLICATION FOR AN ORDER PERMITTING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT

DECLARATION OF STEPHEN R. COCHELL

I, Stephen R. Cochell, declare as follows:

1. I represent Jason Cardiff in this matter. I make this declaration in support of Jason Cardiff's Ex Parte Application for an Order resetting the January 13, 2025 hearings and conduct oral argument on the motions in a video conference

2. Counsel has been monitoring the news of the wildfires in Los Angeles and which have apparently affected Riverside. The wildfires that have ravaged Los Angeles, have caused deaths, destruction of numerous homes, traffic backups (and abandoned vehicles) and pollution caused by smoke.

3. Counsel makes the request for a video conference because his airline tickets have him landing in Los Angeles as LAX on Sunday to assure that he makes the hearing on time.  It is uncertain whether the wildfires will continue or even worsen in the Los Angeles area.  To avoid any risk to health or safety, a video conference is in the best interest of both the Government and Plaintiff's counsel.  A copy of the email exchange is attached to this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 9th day of January, 2025, at Houston Texas.

/s/ Stephen R. Cochell
Stephen R. Cochell

Dated:  January 9, 2025

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Stephen Cochell <srcochell@gmail.com>

# Re: [EXTERNAL] Hearing on Monday
1 message

**Sebastian, Manu J.** <Manu.J.Sebastian@usdoj.gov>  Thu, Jan 9, 2025 at 12:43 PM
To: Stephen Cochell <srcochell@gmail.com>
Cc: "Makarewicz, Valerie (USACAC)" <Valerie.Makarewicz@usdoj.gov>

Stephen,

We cannot agree to a zoom hearing, but we understand the concern. We are amenable to a continuance to the next available hearing date, which appears to be Monday, January 27.

Best Regards,

**Manu J. Sebastian**

Trial Attorney

Consumer Protection Branch

U.S. Department of Justice

Office: (202) 514-0515

manu.j.sebastian@usdoj.gov

On Jan 9, 2025, at 12:57 PM, Stephen Cochell <srcochell@gmail.com> wrote:

In light of the fires raging in the LA area (and no end in sight), I suggest that we do the hearing by zoom.

Do you concur?

--
Stephen R. Cochell

The Cochell Law Firm, P.C.

5850 San Felipe, Ste. 500

Houston, Texas 77057

(346)800-3500

CONFIDENTIALITY NOTICE
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, printing, copying, distribution or use of this e-mail including any attachment is prohibited. If you have received this message in error, please destroy this email and notify the sender by e-mail of the same.