cc: USPO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-cr-00021-JGB |
| Plaintiff, | **ORDER GRANTING-IN-PART AND DENYING-IN-PART JASON CARDIFF'S *EX PARTE* APPLICATION REGARDING THE JANUARY 13, 2025 HEARING (Dkt. No. 160)** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the hearing on Defendant Jason Cardiff's Motion to Dismiss Indictment Based on Double Jeopardy (Dkt. Nos. 135, 137) and Motion to Dismiss Counts I and II (Dkt. Nos. 134, 136) shall be continued from January 13, 2025 to January 27, 2025 at 2:00pm.  The hearing will be held in person, and unless Defendant Jason Cardiff is permitted by the Court to attend the January 27, 2025 hearing virtually, Defendant is expected to be physically present at the hearing.

**IT IS SO ORDERED.**

Dated: January 10, 2025

Honorable Jesus G. Bernal
United States District Judge

2