# EXHIBIT A

Stephen R. Cochell
Admitted Pro Hac Vice
*srcochell@gmail.com*
5850 San Felipe, Ste. 500
Houston Texas 77057
Telephone:(713) 436-8000
Facsimile: (213) 623-2000

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile (866)858-6637

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**DECLARATION OF STEPHEN R. COCHELL IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER DENYING JASON CARDIFF'S *EX PARTE* APPLICATION FOR AN ORDER PERMITTING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT OR, IN THE ALTERNATIVE, TO MODIFY BOND CONDITIONS**<br><br>*[Filed concurrently with Motion for Reconsideration and [Proposed] Order]* |

COCHELL
LAW FIRM

DECLARATION OF STEPHEN R. COCHELL IN SUPPORT OF JASON CARDIFF'S *EX PARTE* APPLICATION FOR AN ORDER PERMITTING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT

DECLARATION OF STEPHEN R. COCHELL

I, Stephen R. Cochell, declare as follows:

1. I represent Jason Cardiff in this matter. I make this declaration in support of Jason Cardiff's Ex Parte Application for an Order Extending International Travel and Returning his Passport.

2. To my knowledge, the Government has never provided a copy of the Extradition request or warrant for Jason Cardiff to Defendant or his counsel.

3. On January 15, 2025, I asked Valerie Makarewicz for a meet and confer as part of an email string relating to an Extradition Request and Warrant. I wanted to discuss the facts and circumstances of the attempt to have Jason Cardiff arrested in Dublin Ireland. A true and correct copy of the email is attached as **Exhibit 1.**

3. On January 15, 2025, at 2:21 p.m., I emailed Court Clerk Maynor Galvez an email stating that: The government filed an opposition making claims that we contend are inaccurate. We anticipate filing a response to refute the claims tomorrow morning." A true and accurate copy of that email is attached as **Exhibit 2**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 15th day of November, 2024, at Houston Texas.

/s/ Stephen R. Cochell
Stephen R. Cochell

2
DECLARATION OF STEPHEN R. COCHELL IN SUPPORT OF JASON CARDIFF'S MOTION FOR RECONSIDERATION OF DENIAL OF *EX PARTE* APPLICATION FOR AN ORDER PERMITTING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT OR, IN THE ALTERNATIVE FOR MODIFICATION OF BOND CONDITIONS

Dated:  January 16, 2025

DECLARATION OF STEPHEN R. COCHELL IN SUPPORT OF JASON CARDIFF'S MOTION FOR RECONSIDERATION OF DENIAL OF *EX PARTE* APPLICATION FOR AN ORDER PERMITTING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT OR, IN THE ALTERNATIVE FOR MODIFICATION OF BOND CONDITIONS

# EXHIBIT 1



Stephen Cochell <srcochell@gmail.com>

## Re: [EXTERNAL] Request for Extradition Request
1 message

**Stephen Cochell** <srcochell@gmail.com>  
To: Valerie Makarewicz <Valerie.Makarewicz@usdoj.gov>  
Cc: "Manu J. Sebastian" <Manu.J.Sebastian@usdoj.gov>
Wed, Jan 15, 2025 at 2:13 PM

I would like an explanation of why an extradition request those executed 13 months after my client bonded out. I would also like to know what if anything, the government is prepared to do to assure that my client it's not gonna be arrested on an extradition warrant.
Sent from my iPhone

> On Jan 15, 2025, at 1:24 PM, Makarewicz, Valerie (USACAC) <Valerie.Makarewicz@usdoj.gov> wrote:
>
> What is the situation? And what needs to be resolved?  VLM
>
> **From:** Stephen Cochell <srcochell@gmail.com>
> **Sent:** Wednesday, January 15, 2025 11:23 AM
> **To:** Makarewicz, Valerie (USACAC) <VMakarewicz@usa.doj.gov>
> **Cc:** Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov>; Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov>
> **Subject:** Re: [EXTERNAL] Request for Extradition Request
>
> I would like to find out more about the extradition problem, and how this situation may be resolved.
>
> Sent from my iPhone
>
>> On Jan 15, 2025, at 12:14 PM, Makarewicz, Valerie (USACAC) <Valerie.Makarewicz@usdoj.gov> wrote:
>>
>> Stephen—can you tell us what topics you want to discuss in the meet and confer?  VLM
>>
>> **From:** Stephen Cochell <srcochell@gmail.com>
>> **Sent:** Tuesday, January 14, 2025 6:54 PM
>> **To:** Makarewicz, Valerie (USACAC) <VMakarewicz@usa.doj.gov>; Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov>
>> **Subject:** [EXTERNAL] Request for Extradition Request
>>
>> I contacted both of you earlier today in an attempt to find out why there was an attempt to execute an Extradition Warrant on Jason Cardiff given the fact that he has been in custody for over thirteen months and subject to bond requirements.

This is to request that the Government produce the Extradition request and related documents, including communications between the United States Government, including agencies such as the FTC, as well as DOJ and the U.S. Attorneys Office.regarding the extradition.

We are deeply concerned that the Government has interfered with the Court's order, violated the Cardiff's Fourth and Fifth Amendment rights causing the Cardiffs' great emotional distress.

Please advise whether you will voluntarily produce these documents.

--

Stephen R. Cochell

The Cochell Law Firm, P.C.

5850 San Felipe, Ste. 500

Houston, Texas 77057

(346)800-3500


CONFIDENTIALITY NOTICE
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, printing, copying, distribution or use of this e-mail including any attachment is prohibited. If you have received this message in error, please destroy this email and notify the sender by e-mail of the same.

# EXHIBIT 2



Stephen Cochell <srcochell@gmail.com>

## USA v. Cardiff; Case 5:23-00021 Ex Parte Motion to Extend Travel
1 message

**Stephen Cochell** <srcochell@gmail.com>                                         Wed, Jan 15, 2025 at 4:41 PM
To: Maynor Galvez <maynor_galvez@cacd.uscourts.gov>

Mr. Galvez

The Government filed an opposition making claims we contend are inaccurate. We anticipate filing a response to refute the claims tomorrow morning.

Thank you.

--
Stephen R. Cochell
The Cochell Law Firm, P.C.
5850 San Felipe, Ste. 500
Houston, Texas 77057
(346)800-3500


CONFIDENTIALITY NOTICE
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, printing, copying, distribution or use of this e-mail including any attachment is prohibited. If you have received this message in error, please destroy this email and notify the sender by e-mail of the same.