# EXHIBIT B

Stephen R. Cochell
Admitted Pro Hac Vice
*srcochell@gmail.com*
5850 San Felipe, Ste. 500
Houston Texas 77057
Telephone:(713) 436-8000
Facsimile: (213) 623-2000

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile  (866)858-6637

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>              Defendant. | Case No. 5:23-CR-00021-JGB<br><br>**DECLARATION OF JASON CARDIFF IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER DENYING *EX PARTE* APPLICATION FOR AN ORDER EXTENDING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT, OR IN THE ALTERNATIVE, TO MODIFY BOND CONDITIONS**<br><br>*[Filed concurrently with Declaration of Jason Cardiff and [Proposed] Order]* |

DECLARATION OF JASON CARDIFF ISO MOTION FOR RECONSIDERATION OF ORDER DENYING EX PARTE APPLICATION TO EXTEND INTERNATIONAL TRAVEL AND RETURN OF PASSPORTS OR, IN THE ALTERNATIVE FOR MODIFICATION OF BOND CONDITIONS

COCHELL
LAW FIRM

## DECLARATION OF JASON CARDIFF

I, Jason Cardiff, declare as follows:

1.     I am a party in the above-entitled action.  I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Defendant's Motion for Reconsideration of Ex Parte Application for an Order Extending International Travel and Returning his Passport.

2.     This declaration is submitted under the protections of *Simmons v. United States*, 390 U.S. 377 (1968) and the United States Constitution. Pursuant to *Simmons* and my constitutional rights, I would object to the use of this declaration for any purpose beyond the Court's adjudication of my Motion to Dismiss Indictment with Prejudice.

3.     The Court entered an order on December 20, 2024 requiring that I remain in contact with and provide my location to Officer Sherrod every other day via video call. Ryan McClellan was assigned to replace Officer Jack Sherrod in or about November 10th , 2024 .

4.     I understood that Mr. McClellan was new to the office and was replacing Officer Sherrod..

5.     When Officer McClellan replaced Officer Sherrod, there were difficulties getting in contact with him as he did not return calls.  I documented my attempts to comply with the Order.

6.     There are two sets of emails regarding Officer McClellan.  The first set are forty four (44) emails between me and Officer McClellan.  These included fifteen emails referring to arranging a video conference, two videos created by me that I sent to Mr. McClellan, and thirty (30) requests and questions asking if Officer McClellan needed anything or required information.  The first set of documents are true and correct copies of emails I sent to Officer McClellan and are marked as **Exhibit 1**.  There was no way that I could force Mr. McClellan to work with me to

COCHELL
LAW FIRM

comply with the Order.  Significantly, Officer McClellan never followed up on any of my requests for a video call. The second set of emails are true and correct copies of emails that I sent to Officer McClellan and are marked as **Exhibit 2.**  Officer McClellan responded to only five (5) emails from Defendant, two of which were "out-of-office" notices.

7.      The Government notes that I told Pretrial Services that I was in good health. Without seeing the document, it is difficult to know the context of the question. Regardless, I did seek treatment from MDC Los Angeles on two occasions for pulmonary symptoms (the same I'm currently experiencing in Ireland) .  I was given incorrect medication for the same pulmonary symptoms that have persisted over time but have progressed in the last several months after I had Covid.  I do not have quick access to these records, but they exist and are readily and easily available to the DOJ. including but not limited to the visits on the internal B.O.P. logbook.

8.      I made a request for my hospital records from San Antonio Hospital regarding an incident where I was injured as a result of my pulmonary symptoms. In my prior declaration, I mentioned that I had ordered these documents.  I have attached, as **Exhibit 3**, a true and correct copy of San Antonio Hospital's email and records showing that the records were sent directly to me by the hospital.     This email documents that the symptoms causing me injury were the same symptoms that I re-experienced here in Ireland, and was treating in 2023 prior to being  indicted. The Government's claim that I concocted these symptoms is simply inaccurate and untrue.  These records will be submitted to the Court under seal concurrently with this Motion for Reconsideration.

9.      I did not agree to provide records to the Government prosecutors because the records are highly sensitive and personal. They can be easily exchanged between government agencies and leaked to bloggers or news media who have no compunction about reporting personal information regardless of its effect on me, my company and my wife and eleven year old daughter.  I recall that during my bond

DECLARATION OF JASON CARDIFF ISO MOTION FOR RECONSIDERATION OF ORDER DENYING EX
PARTE APPLICATION TO EXTEND INTERNATIONAL TRAVEL AND RETURN OF PASSPORTS OR, IN
THE ALTERNATIVE FOR MODIFICATION OF BOND CONDITIONS

1  hearing, the Government made false statements   to the effect that I went to Ireland

2  to evade charges.  That was untrue.  Per the Permanent Injunction in the FTC case, I

3  notified the FTC when I left for Ireland and updated them of my change of address

4  to my  addresses in Dublin. I have attached **Exhibit 4**, which is a copy of my

5  reporting of my Dublin address and confirmation by the FTC (refer to the answer to

6  Question #1 regarding address). Moreover, the case was sealed and I had no idea

7  that I was indicted or that charges were going to be brought against me until I came

8  to the United States to attend my father's funeral.   Mr. Sebastian's statement was

9  then repeated in Market Watch, a Dow Jones owned Company website as "Anti-

10  smoking and male-enhancement drug maker charged with fraud after months on the

11  lam."  A true and correct copy of the banner headline in the Market Watch article is

12  attached as **Exhibit 5**. This sort of reporting has negative consequences for

13  shareholders of publicly traded companies, such as Redwood Scientific

14  Technologies, Inc.

15      10.    On January 14, 2025, agents of the Irish Garda confronted me in the

16  parking lot of *my home* in Dublin (blocking my exit) and told me that they wanted to

17  arrest me on an extradition warrant issued by the Government on October 23, 2023,

18  almost two months before his arrest at LAX on this case.  I showed the agents a

19  copy of this Court's Order permitting travel.  Detective Sergeant Murray told me

20  that I could either be arrested and go with them or I could surrender my passport and

21  my wife's passport.  I had little choice so I surrendered the passports.  I am suffering

22  from serious health problems and his wife recently suffered a heart attack.  Both of

23  us were extremely upset and humiliated at being confronted with a warrant and

24  possible arrest.   Fortunately, our eleven-year old daughter was not present to

25  witness this scene.

26      11.    Attached as **Exhibit 6** is a true and correct copy of an email dated

27  January 15, 2025 from Dr. H.B., along with his biography.  The email states that Dr.

28  M.S. requested an appointment with Dr. H.B., a specialist in respiratory medicine.

4

COCHELL
LAW FIRM

DECLARATION OF JASON CARDIFF ISO MOTION FOR RECONSIDERATION OF ORDER DENYING EX
PARTE APPLICATION TO EXTEND INTERNATIONAL TRAVEL AND RETURN OF PASSPORTS OR, IN
THE ALTERNATIVE FOR MODIFICATION OF BOND CONDITIONS

1  This is consistent with Dr. M.S.' treatment plan previously provided to the Court. A

2  copy of the unredacted email will be provided to the Court under seal.

3      12.    I complied with the FTC injunction disclosing my home address in

4  Dublin, Ireland. I am President and CEO of Redwood Scientific Technologies, a

5  publicly traded company located in the United States.  My family and I have a home

6  and a family life with my daughter attending school in the local area.  I have no

7  interest in becoming an international fugitive but want to address these charges and

8  get on with my life.

9      13.    This is a summary of my testimony.  I reserve the right to supplement

10  and/or clarify if called as a witness at trial.

11      22,    I declare under penalty of perjury under the laws of the United States of

12  America that the foregoing is true and correct.

13      Executed on the 16th of January 2025 .  Dublin Ireland .

14

15

16                                              Jason Cardiff

17

18

19

20

21

22

23

24

25

26

27

28

COCHELL
LAW FIRM

DECLARATION OF JASON CARDIFF ISO MOTION FOR RECONSIDERATION OF ORDER DENYING EX
PARTE APPLICATION TO EXTEND INTERNATIONAL TRAVEL AND RETURN OF PASSPORTS OR, IN
THE ALTERNATIVE FOR MODIFICATION OF BOND CONDITIONS

# EXHIBIT 1



Jason Cardiff <jc@redwoodsci.co>

---

## Fwd: Just checking again
1 message

---

**Jason Cardiff** <jc@redwoodsci.co>                                    15 January 2025 at 19:42
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>

checking in again







CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

---------- Forwarded message ---------
From: **Jason Cardiff** <jc@redwoodsci.co>
Date: Wed, 15 Jan 2025 at 19:40
Subject: Just checking again
To: Jason Cardiff <jc@redwoodsci.co>

Checking in

https://share.icloud.com/photos/027hMpSGoN2rvbJ5jao563req

Jason Cardiff
CEO and President
(C) 1-646-503-7884
(UK) +44-7520-624257
(ROI) +353-89604-9238
Please book a meeting https://calendly.com/jc--y58

www.Redwoodsci.co
https://www.linkedin.com/in/jason-cardiff-48184ab8
"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors
or retail store locations pending final Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific
Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

 Gmail

Jason Cardiff <jc@redwoodsci.co>

## Re: cehcking in
1 message

**Jason Cardiff** <jc@redwoodsci.co>                                    3 January 2025 at 21:00
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>

We will let you know as soon as we have a update we have non yet

Jason Cardiff
CEO and President
(C) 1-213-729-5646
(ROI) +353-89604-9238
Please book a meeting https://calendly.com/jc--y58

www.Redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8
"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors or retail store locations pending final Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

On Fri, Jan 3, 2025 at 8:57 PM Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov> wrote:

Mr. Cardiff,

What is the status of your return?

Thank you,

Ryan D. McClellan

Sr. United States Probation Officer

Southern District of Texas – Houston Division

515 Rusk Street Houston, TX 77002

Office – 713-250-5602

Cell – 832-819-6685

**From:** Jason Cardiff <jc@redwoodsci.co>
**Sent:** Monday, December 23, 2024 6:56 AM
**To:** Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
**Subject:** cehcking in

**CAUTION - EXTERNAL:**

Ryan just checking in let me know fi you need anything Jason





**Jason Cardiff**



CEO and President

(C) 1-213-729-5646 USA

(C) +353-89-604-9238 ROI

Please book a meeting https://calendly.com/jc--y58

www.redwoodsci.com

https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing." | Edmund Burke*

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors or retail store locations pending final Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

 Gmail

Jason Cardiff <jc@redwoodsci.co>

---

**(no subject)**
1 message

---

Jason Cardiff <jc@redwoodsci.co>                                      1 January 2025 at 12:59
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>

HAPPY 2025
Ryan Jason Cardiff let me know just checking in on video call and update all is well thank you







CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

 **Gmail**

Jason Cardiff <jc@redwoodsci.co>

---

## cardiff
1 message

---

Jason Cardiff <jc@redwoodsci.co>                                      30 December 2024 at 12:58
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>

Happy new year I am at home in Dublin
Ryan Jason Cardiff let me know just checking in on video call and update all is well thank you





Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing." | Edmund Burke*

Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

 **Gmail**

**Jason Cardiff <jc@redwoodsci.co>**

---

## (no subject)
1 message

---

**Jason Cardiff** <jc@redwoodsci.co>                                    28 December 2024 at 12:57
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>

Ryan Jason Cardiff let me know just checking in on video call and update all is well thank you







CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

 Gmail

**Jason Cardiff <jc@redwoodsci.co>**

---

**(no subject)**
1 message

---

Jason Cardiff <jc@redwoodsci.co>                                    26 December 2024 at 12:58
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>

I hope you had a very safe and happy Christmas

Ryan Jason Cardiff let me know just checking in on video call and update all is well thank you





Jason Cardiff


CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default
Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

 Gmail

**Jason Cardiff <jc@redwoodsci.co>**

---

## cehcking in
1 message

---

Jason Cardiff <jc@redwoodsci.co>                                    23 December 2024 at 12:56
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>

Ryan just checking in let me know fi you need anything Jason







CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

 Gmail

Jason Cardiff <jc@redwoodsci.co>

---

## (no subject)
1 message

---

**Jason Cardiff** <jc@redwoodsci.co>                                    21 December 2024 at 17:19
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>, Stephen Cochell <srcochell@gmail.com>

Ryan Jason Cardiff let me know just checking in on video call and update all is well thank you







Jason Cardiff

CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)



Jason Cardiff <jc@redwoodsci.co>

---

**(no subject)**
1 message

---

**Jason Cardiff** <jc@redwoodsci.co>                                        21 December 2024 at 17:18
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>, Stephen Cochell <srcochell@gmail.com>

Ryan Jason Cardiff let me know just checking in on video call and update all is well thank you







Jason Cardiff

CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

 **Jason Cardiff <jc@redwoodsci.co>**

---

## (no subject)
1 message

---

**Jason Cardiff** <jc@redwoodsci.co>                                          20 December 2024 at 19:57
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>

Travel approved

---

 **031143898653.pdf**
329K

 Gmail

Jason Cardiff <jc@redwoodsci.co>

## Re: Cardiff
1 message

**Jason Cardiff** <jc@redwoodsci.co>                                      20 December 2024 at 16:37
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>

I think the court is running behind because the government's/motion which is also an ex parte motion on an extension of time for an issue. The court responded to three days after the date of the time and that was last week so there's a possibility he's running behind

Jason Cardiff
CEO and President
(C) 1-213-729-5646
(ROI) +353-89604-9238
Please book a meeting https://calendly.com/jc--y58

www.Redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8
"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors or retail store locations pending final Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

On Fri, Dec 20, 2024 at 4:33 PM Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov> wrote:

Per your current order you are ordered to return to Texas no later than December 20, 2024. If there has been on extension granted you will be in noncompliance if your stay is extended without the Courts approval. I cannot grant you any extensions. All must come from the Court, and at this writing you have not been granted one.

Thank you,

Ryan D. McClellan

Sr. United States Probation Officer

Southern District of Texas – Houston Division

515 Rusk Street Houston, TX 77002

Office – 713-250-5602

Cell – 832-819-6685

**From:** Jason Cardiff <jc@redwoodsci.co>
**Sent:** Friday, December 20, 2024 10:31 AM
**To:** Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
**Subject:** Re: Cardiff

**CAUTION - EXTERNAL:**

Not yet

Jason Cardiff
CEO and President
(C) 1-213-729-5646
(ROI) +353-89604-9238
Please book a meeting https://calendly.com/jc--y58

www.Redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8
"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either
distributors or retail store locations pending final Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific
Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

On Fri, Dec 20, 2024 at 4:29 PM Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov> wrote:

> Has the court approved the additional time yet?
>
> Thank you,
>
> Ryan D. McClellan
>
> Sr. United States Probation Officer
>
> Southern District of Texas – Houston Division
>
> 515 Rusk Street Houston, TX 77002
>
> Office – 713-250-5602
>
> Cell – 832-819-6685

**From:** Jason Cardiff <jc@redwoodsci.co>
**Sent:** Friday, December 20, 2024 5:56 AM
**To:** Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
**Subject:** Cardiff

**CAUTION - EXTERNAL:**

Ryan

Jason Cardiff

we have asked the court for additional time as my Health insurance is here in Ireland and we are still working with my me medical team that does not want me to travel until such time they understand the severity of my issues.

The court has not responded as to the request I will send you the order as soon as it arrives. I am sure the Judge is very busy with end of year and the Holiday schedule in route.

call me should you need anything I remain at my home in Dublin



REDWOOD
SCIENTIFIC
— TECHNOLOGIES —



Jason Cardiff



CEO and President

(C) 1-213-729-5646 USA

(C) +353-89-604-9238 ROI

Please book a meeting https://calendly.com/jc--y58

www.redwoodsci.com

https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises, for never intending to go beyond promises, it costs nothing."* |
*Edmund Burke*


```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```


Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific:
Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when
opening attachments or clicking on links.


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.

 Gmail

Jason Cardiff <jc@redwoodsci.co>

___

## Re: Cardiff
1 message

___

**Jason Cardiff** <jc@redwoodsci.co>                                           20 December 2024 at 16:35
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>

We're gonna contact the court today. We have turned in all the medical records for my physicians that I'm still not safe to fly and I have no form of medical insurance in the United States. They are not currently able to diagnose the respiratory problems or cardiac issues at hand and have deemed me unsafe to fly and now the latest I'm unsafe to drive so I'll keep you posted. I'm aware of the situation and then it is not granted


Jason Cardiff
CEO and President
(C) 1-213-729-5646
(ROI) +353-89604-9238
Please book a meeting https://calendly.com/jc--y58

www.Redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8
"Honesty is the first chapter in the book of wisdom" **|** Thomas Jefferson's Monticello.

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors or retail store locations pending final Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)


On Fri, Dec 20, 2024 at 4:33 PM Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov> wrote:

> Per your current order you are ordered to return to Texas no later than December 20, 2024. If there has been on extension granted you will be in noncompliance if your stay is extended without the Courts approval. I cannot grant you any extensions. All must come from the Court, and at this writing you have not been granted one.
>
>
> Thank you,
>
>
> Ryan D. McClellan
>
> Sr. United States Probation Officer
>
> Southern District of Texas – Houston Division
>
> 515 Rusk Street Houston, TX 77002
>
> Office – 713-250-5602
>
> Cell – 832-819-6685

**From:** Jason Cardiff <jc@redwoodsci.co>
**Sent:** Friday, December 20, 2024 10:31 AM
**To:** Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
**Subject:** Re: Cardiff

**CAUTION - EXTERNAL:**

Not yet

Jason Cardiff
CEO and President
(C) 1-213-729-5646
(ROI) +353-89604-9238
Please book a meeting https://calendly.com/jc--y58

www.Redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8
"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either
distributors or retail store locations pending final Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific
Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

On Fri, Dec 20, 2024 at 4:29 PM Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov> wrote:

Has the court approved the additional time yet?

Thank you,

Ryan D. McClellan

Sr. United States Probation Officer

Southern District of Texas – Houston Division

515 Rusk Street Houston, TX 77002

Office – 713-250-5602

Cell – 832-819-6685

**From:** Jason Cardiff <jc@redwoodsci.co>
**Sent:** Friday, December 20, 2024 5:56 AM
**To:** Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
**Subject:** Cardiff

**CAUTION - EXTERNAL:**

Ryan

Jason Cardiff

we have asked the court for additional time as my Health insurance is here in Ireland and we are still working with my me medical team that does not want me to travel until such time they understand the severity of my issues.

The court has not responded as to the request I will send you the order as soon as it arrives. I am sure the Judge is very busy with end of year and the Holiday schedule in route.

call me should you need anything I remain at my home in Dublin





Jason Cardiff



CEO and President

(C) 1-213-729-5646 USA

(C) +353-89-604-9238 ROI

Please book a meeting https://calendly.com/jc--y58

www.redwoodsci.com

https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises, for never intending to go beyond promises, it costs nothing." |*
*Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

M Gmail

Jason Cardiff <jc@redwoodsci.co>

## Re: Cardiff
1 message

**Jason Cardiff** <jc@redwoodsci.co>                                    20 December 2024 at 16:30
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>

Not yet


Jason Cardiff
CEO and President
(C) 1-213-729-5646
(ROI) +353-89604-9238
Please book a meeting https://calendly.com/jc--y58

www.Redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8
"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors or retail store locations pending final Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)


On Fri, Dec 20, 2024 at 4:29 PM Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov> wrote:

> Has the court approved the additional time yet?
>
>
> Thank you,
>
>
> Ryan D. McClellan
>
> Sr. United States Probation Officer
>
> Southern District of Texas – Houston Division
>
> 515 Rusk Street Houston, TX 77002
>
> Office – 713-250-5602
>
> Cell – 832-819-6685
>
>
> ---
>
> **From:** Jason Cardiff <jc@redwoodsci.co>
> **Sent:** Friday, December 20, 2024 5:56 AM

**To:** Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
**Subject:** Cardiff


**CAUTION - EXTERNAL:**



Ryan

Jason Cardiff

we have asked the court for additional time as my Health insurance is here in Ireland and we are still working with my me medical team that does not want me to travel until such time they understand the severity of my issues.


The court has not responded as to the request I will send you the order as soon as it arrives. I am sure the Judge is very busy with end of year and the Holiday schedule in route.


call me should you need anything I remain at my home in Dublin





Jason Cardiff



CEO and President

(C) 1-213-729-5646 USA

(C) +353-89-604-9238 ROI

Please book a meeting https://calendly.com/jc--y58

www.redwoodsci.com

https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default
Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.

 Gmail

**Jason Cardiff <jc@redwoodsci.co>**

---

## Cardiff
1 message

---

Jason Cardiff <jc@redwoodsci.co>                                        20 December 2024 at 11:56
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>

Ryan
Jason Cardiff
we have asked the court for additional time as my Health insurance is here in Ireland and we are still working with my me medical team that does not want me to travel until such time they understand the severity of my issues.

The court has not responded as to the request I will send you the order as soon as it arrives. I am sure the Judge is very busy with end of year and the Holiday schedule in route.

call me should you need anything I remain at my home in Dublin





Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

 **Gmail**

Jason Cardiff <jc@redwoodsci.co>

---

## (no subject)
1 message

---

**Jason Cardiff** <jc@redwoodsci.co>                                                          19 December 2024 at 17:17
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>, Stephen Cochell <srcochell@gmail.com>

Ryan Jason Cardiff let me know just checking in on video call and update all is well thank you





**Jason Cardiff**



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*


Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

 **Gmail**

Jason Cardiff <jc@redwoodsci.co>

---

**cardiff**
1 message

---

**Jason Cardiff** <jc@redwoodsci.co>                                    17 December 2024 at 17:17
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>, Stephen Cochell <srcochell@gmail.com>

Ryan Jason Cardiff let me know just checking in on video call and update all is well thank you





Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

 Gmail

Jason Cardiff <jc@redwoodsci.co>

---

**cardiff**
1 message

---

**Jason Cardiff** <jc@redwoodsci.co>                                    14 December 2024 at 17:16
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>, Stephen Cochell <srcochell@gmail.com>

ryan just checking in again Jason in Dublin let me know about a video call


REDWOOD
SCIENTIFIC
— TECHNOLOGIES —



Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

 **Gmail**

Jason Cardiff <jc@redwoodsci.co>

## Ryan here is a link video for your files
1 message

**Jason Cardiff** <jc@redwoodsci.co>                                    12 December 2024 at 17:03
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>, Stephen Cochell <srcochell@gmail.com>

file is a bit large so its in a link for your files thank you again Jason Cardiff
https://share.icloud.com/photos/0933tgyhdX7vcSCLMniUE1Tqw





Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors or retail store locations pending final Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

 **Gmail**

**Jason Cardiff <jc@redwoodsci.co>**

---

## (no subject)
1 message

---

**Jason Cardiff** <jc@redwoodsci.co>                                        12 December 2024 at 16:19
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>, Stephen Cochell <srcochell@gmail.com>

Ryan I am going to make a video and update and send it via email





Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

 Gmail

Jason Cardiff <jc@redwoodsci.co>

___

## Call me when you get a chance
1 message

___

Jason Cardiff <jc@redwoodsci.co>                                          12 December 2024 at 16:01
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
Cc: Stephen Cochell <srcochell@gmail.com>

FYI I left you a voicemail yesterday let me know if you have any questions We really need to get this video call underway let me know how





Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing." | Edmund Burke*


```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

                                                    **Jason Cardiff <jc@redwoodsci.co>**

---

## Re: update cardiff
1 message

---

**Jason Cardiff** <jc@redwoodsci.co>                              12 December 2024 at 15:53
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>

Ryan let me know how we set up a call I don't have a way to contact you cell for the video conference call





Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing." | Edmund Burke*


```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default
Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)


On Thu, 5 Dec 2024 at 15:22, Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov> wrote:
  Let's set a FaceTime for tomorrow at 10am

  This was sent from my iPhone so please excuse any typos - USPO Ryan D. McClellan

      On Dec 5, 2024, at 5:58 AM, Jason Cardiff <jc@redwoodsci.co> wrote:

**CAUTION - EXTERNAL:**

Ryan just checking you thank you let me know if you need anything

Jason Cardiff
CEO and President
(C) 1-213-729-5646
(ROI) +353-89604-9238
Please book a meeting https://calendly.com/jc--y58

www.Redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8
"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors or retail store locations pending final Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

On Wed, Nov 27, 2024 at 10:01 AM Jason Cardiff <jc@redwoodsci.co> wrote:
  Subject: Follow-Up: Court Order Communication

  Hi Ryan,

  I've sent a few messages recently but haven't received a response yet, as per the court order. Please let me know if you would prefer a video call to discuss any updates.

  I am currently staying at my home in Ireland: 37A Highfield Road, Dublin, Ireland D06 W6D0.

  My cell number remains the same as previously provided.

  I hope all is well and that you enjoy the Thanksgiving holiday.

  Best regards,
  Jason Cardiff







CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com

https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end
users all products are sold by either distributors or retail store
locations pending final Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**

 Gmail

Jason Cardiff <jc@redwoodsci.co>

---

## Re: update cardiff
1 message

---

Jason Cardiff <jc@redwoodsci.co>                                    6 December 2024 at 16:00
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>

Ryan do you have a phone number for me call





Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing." | Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

On Thu, 5 Dec 2024 at 15:22, Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov> wrote:
Let's set a FaceTime for tomorrow at 10am

This was sent from my iPhone so please excuse any typos - USPO Ryan D. McClellan

On Dec 5, 2024, at 5:58 AM, Jason Cardiff <jc@redwoodsci.co> wrote:

**CAUTION - EXTERNAL:**

Ryan just checking you thank you let me know if you need anything



Jason Cardiff
CEO and President
(C) 1-213-729-5646
(ROI) +353-89604-9238
Please book a meeting https://calendly.com/jc--y58

www.Redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8
"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors or retail store locations pending final Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)


On Wed, Nov 27, 2024 at 10:01 AM Jason Cardiff <jc@redwoodsci.co> wrote:
  Subject: Follow-Up: Court Order Communication

  Hi Ryan,

  I've sent a few messages recently but haven't received a response yet, as per the court order. Please let me know if you would prefer a video call to discuss any updates.

  I am currently staying at my home in Ireland: 37A Highfield Road, Dublin, Ireland D06 W6D0.

  My cell number remains the same as previously provided.

  I hope all is well and that you enjoy the Thanksgiving holiday.

  Best regards,
  Jason Cardiff









CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com

https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end
users all products are sold by either distributors or retail store
locations pending final Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**

 **Jason Cardiff <jc@redwoodsci.co>**

---

## Re: update cardiff
1 message

---

**Jason Cardiff** <jc@redwoodsci.co>                                              5 December 2024 at 15:56
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>

sounds Great I look forward to meeting you Via Face time
thank you







CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing." | Edmund Burke*

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors or retail store locations pending final Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

On Thu, 5 Dec 2024 at 15:22, Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov> wrote:
Let's set a FaceTime for tomorrow at 10am

This was sent from my iPhone so please excuse any typos - USPO Ryan D. McClellan

On Dec 5, 2024, at 5:58 AM, Jason Cardiff <jc@redwoodsci.co> wrote:

**CAUTION - EXTERNAL:**

Ryan just checking you thank you let me know if you need anything

Jason Cardiff
CEO and President
(C) 1-213-729-5646
(ROI) +353-89604-9238
Please book a meeting https://calendly.com/jc--y58

www.Redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8
"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors or retail store locations pending final Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

On Wed, Nov 27, 2024 at 10:01 AM Jason Cardiff <jc@redwoodsci.co> wrote:
   Subject: Follow-Up: Court Order Communication

   Hi Ryan,

   I've sent a few messages recently but haven't received a response yet, as per the court order. Please let me know if you would prefer a video call to discuss any updates.

   I am currently staying at my home in Ireland: 37A Highfield Road, Dublin, Ireland D06 W6D0.

   My cell number remains the same as previously provided.

   I hope all is well and that you enjoy the Thanksgiving holiday.

   Best regards,
   Jason Cardiff





Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com

https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | Thomas Jefferson's Monticello.

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | Edmund Burke

```
Redwood Scientific Technologies does not sell any of its products to end
users all products are sold by either distributors or retail store
locations pending final Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**

 Gmail

Jason Cardiff <jc@redwoodsci.co>

---

## Re: update cardiff
1 message

---

**Jason Cardiff** <jc@redwoodsci.co>                                                5 December 2024 at 11:57
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>

Ryan just checking you thank you let me know if you need anything


Jason Cardiff
CEO and President
(C) 1-213-729-5646
(ROI) +353-89604-9238
Please book a meeting https://calendly.com/jc--y58

www.Redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8
"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors or retail store locations pending final Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)


On Wed, Nov 27, 2024 at 10:01 AM Jason Cardiff <jc@redwoodsci.co> wrote:
  Subject: Follow-Up: Court Order Communication

Hi Ryan,

I've sent a few messages recently but haven't received a response yet, as per the court order. Please let me know if you would prefer a video call to discuss any updates.

I am currently staying at my home in Ireland: 37A Highfield Road, Dublin, Ireland D06 W6D0.

My cell number remains the same as previously provided.

I hope all is well and that you enjoy the Thanksgiving holiday.

Best regards,
Jason Cardiff



REDWOOD
SCIENTIFIC
— TECHNOLOGIES —



Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing." | Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

 **Gmail**

Jason Cardiff <jc@redwoodsci.co>

## Re: update cardiff
1 message

**Jason Cardiff** <jc@redwoodsci.co>                                                5 December 2024 at 11:57
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>

Ryan just checking you thank you let me know if you need anything


Jason Cardiff
CEO and President
(C) 1-213-729-5646
(ROI) +353-89604-9238
Please book a meeting https://calendly.com/jc--y58

www.Redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8
"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors or retail store locations pending final Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)


On Wed, Nov 27, 2024 at 10:01 AM Jason Cardiff <jc@redwoodsci.co> wrote:
    Subject: Follow-Up: Court Order Communication

Hi Ryan,

I've sent a few messages recently but haven't received a response yet, as per the court order. Please let me know if you would prefer a video call to discuss any updates.

I am currently staying at my home in Ireland: 37A Highfield Road, Dublin, Ireland D06 W6D0.

My cell number remains the same as previously provided.

I hope all is well and that you enjoy the Thanksgiving holiday.

Best regards,
Jason Cardiff




REDWOOD
SCIENTIFIC
— TECHNOLOGIES —



**Jason Cardiff**



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing." | Edmund Burke*

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors or retail store locations pending final Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

 Gmail

Jason Cardiff <jc@redwoodsci.co>

## Re: update cardiff
1 message

**Jason Cardiff** <jc@redwoodsci.co>                                            5 December 2024 at 11:57
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>

Ryan just checking you thank you let me know if you need anything


Jason Cardiff
CEO and President
(C) 1-213-729-5646
(ROI) +353-89604-9238
Please book a meeting https://calendly.com/jc--y58

www.Redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8
"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors or retail store locations pending final Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)


On Wed, Nov 27, 2024 at 10:01 AM Jason Cardiff <jc@redwoodsci.co> wrote:
 Subject: Follow-Up: Court Order Communication

Hi Ryan,

I've sent a few messages recently but haven't received a response yet, as per the court order. Please let me know if you would prefer a video call to discuss any updates.

I am currently staying at my home in Ireland: 37A Highfield Road, Dublin, Ireland D06 W6D0.

My cell number remains the same as previously provided.

I hope all is well and that you enjoy the Thanksgiving holiday.

Best regards,
Jason Cardiff






Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing." | Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

 Gmail

**Jason Cardiff <jc@redwoodsci.co>**

---

## update cardiff
1 message

---

**Jason Cardiff** <jc@redwoodsci.co>                                    27 November 2024 at 10:01
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
Cc: Stephen Cochell <srcochell@gmail.com>

 Subject: Follow-Up: Court Order Communication

Hi Ryan,

I've sent a few messages recently but haven't received a response yet, as per the court order. Please let me know if you would prefer a video call to discuss any updates.

I am currently staying at my home in Ireland: 37A Highfield Road, Dublin, Ireland D06 W6D0.

My cell number remains the same as previously provided.

I hope all is well and that you enjoy the Thanksgiving holiday.

Best regards,
Jason Cardiff







CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors or retail store locations pending final Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default
Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

 Gmail

**Jason Cardiff <jc@redwoodsci.co>**

---

## Re: Cardiff
1 message

---

**Jason Cardiff** <jc@redwoodsci.co>                                          20 November 2024 at 14:37
To: Jack Sherrod <Jack_Sherrod@txsp.uscourts.gov>
Cc: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>, Stephen Cochell <srcochell@gmail.com>

**Subject:** Update and Introduction

Dear Jack,

Thank you for your time and for your professionalism. It has been a pleasure working with you.

Ryan, I look forward to working with you as well. As you are aware, we are awaiting the court's approval for my 30-day extension related to the ongoing medical issues. We have filed the necessary medical reports with the court *in camera*. Should the extension not be granted today, I am consulting with legal counsel to explore several alternative filings to protect my position and ensure full compliance with the court's orders. I will keep you updated as things progress.

You can reach me on my Irish number at **+353 89 604 9238** or my U.S. number at **+1 213 729 5646** (though reception in Ireland is limited). Please also feel free to contact me via email.

Regarding the monitoring device, I have ensured it is fully charged and operational. There appears to be a discrepancy between the DOJ's report to the court—which claims it does not function in Ireland—and what I have been informed, which is that it tracks accurately. Regardless, I have kept it on and fully charged as required.

Strangely, I sent an update yesterday, but either way, I remain committed to keeping all communication transparent and timely.

Thank you both for working with me during this challenging time. Your support is greatly appreciated.

Best regards,



REDWOOD
SCIENTIFIC
— TECHNOLOGIES —



Jason Cardiff



CEO and President
(C) 1-213-729-5646
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)


On Wed, 20 Nov 2024 at 07:03, Jack Sherrod <Jack_Sherrod@txsp.uscourts.gov> wrote:

> Good morning Jason,
>
> This email is blank.  I want to let you know that you have been reassigned to officer Ryan McClellan.  He was briefed on your situation and travel.  He will handle all affairs from this point.
>
> ───────────────────────────────
>
> **From:** Jason Cardiff <jc@redwoodsci.co>
> **Sent:** Tuesday, November 19, 2024 9:14 PM
> **To:** Jack Sherrod <Jack_Sherrod@txsp.uscourts.gov>
> **Subject:** Cardiff
>
>
> **CAUTION - EXTERNAL:**
>
>
>
>
>
> Jason Cardiff
> CEO and President
> (C) 1-213-729-5646
> (ROI) +353-89604-9238
> Please book a meeting https://calendly.com/jc--y58
>
> www.Redwoodsci.com
> https://www.linkedin.com/in/jason-cardiff-48184ab8
> "Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.
>
> Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors or retail store locations pending final Scientific testing.
>
> Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)
>
>
> **CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# EXHIBIT 2

 Gmail

**Jason Cardiff <jc@redwoodsci.co>**

## Re:

1 message

**Ryan McClellan** <Ryan_D_McClellan@txsp.uscourts.gov>                    12 January 2025 at 22:54
To: Stephen Cochell <srcochell@gmail.com>
Cc: Jason Cardiff <jc@redwoodsci.co>

Hello,

Pretrial does oppose this length of time. Currently we have waived Mr. Cardiffs contacts for six (6) months. We cannot waive any longer than that, he must have a personal in person contact done in February 2025.

If Mr. Cardiff is going to be out the country for an additional four (4) months, and given the he is currently not being monitored via ankle monitor's, we suggest approaching your Court regarding some form of unsupervised PreTrial supervision.

However under his current bond conditions, we do oppose this motion.

This was sent from my iPhone so please excuse any typos - USPO Ryan D. McClellan

On Jan 12, 2025, at 4:48 PM, Stephen Cochell <srcochell@gmail.com> wrote:

**CAUTION - EXTERNAL:**

Mr. McClellan:

We intend to seek another extension of time from the Court regarding Jason Cardiff's current medical condition.  We have received an updated report from Dr. M.S.  who still finds that Mr. Cardiff is still unfit to travel by air and has been undergoing testing and evaluation.  Further testing has been conducted and Dr. Stafford has recommended a 3 to 4 month period of further testing and treatment.   She further determined that it would pose a medical risk to Mr. Cardiff's health and safety if he does not receive this treatment.  Pertinent medical records will be submitted to the court for in camera review.

As the current order requires Mr. Cardiff to return on January 19, 2025, we will be filing an Ex Parte Application to Extend Travel tomorrow afternoon.

Can you advise whether Pretrial Services opposes or supports this request?

--
Stephen R. Cochell
The Cochell Law Firm, P.C.
5850 San Felipe, Ste. 500
Houston, Texas 77057
(346)800-3500

CONFIDENTIALITY NOTICE
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, printing, copying, distribution or use of this e-mail including any attachment is prohibited. If you have received this message in error, please destroy this email and notify the sender by e-mail of the same.
**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**

M Gmail

Jason Cardiff <jc@redwoodsci.co>

## RE: cehcking in
1 message

**Ryan McClellan** <Ryan_D_McClellan@txsp.uscourts.gov>                     3 January 2025 at 20:57
To: Jason Cardiff <jc@redwoodsci.co>

Mr. Cardiff,

What is the status of your return?

Thank you,

Ryan D. McClellan

Sr. United States Probation Officer

Southern District of Texas – Houston Division

515 Rusk Street Houston, TX 77002

Office – 713-250-5602

Cell – 832-819-6685

---

**From:** Jason Cardiff <jc@redwoodsci.co>
**Sent:** Monday, December 23, 2024 6:56 AM
**To:** Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
**Subject:** cehcking in

**CAUTION - EXTERNAL:**

Ryan just checking in let me know fi you need anything Jason







CEO and President

(C) 1-213-729-5646 USA

(C) +353-89-604-9238 ROI

Please book a meeting https://calendly.com/jc--y58

www.redwoodsci.com

https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing." | Edmund Burke*

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors or retail store locations pending final Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



Jason Cardiff <jc@redwoodsci.co>

## Automatic reply:
1 message

**Ryan McClellan** <Ryan_D_McClellan@txsp.uscourts.gov>                     28 December 2024 at 12:57
To: Jason Cardiff <jc@redwoodsci.co>

Greetings,

I will out of the office until September 18, 2024. For immediate assistance, please contact the receptionist 713-250-5266 and ask for the duty officer. If a supervisor is needed, please ask for SUSPO Lucas.

Thank you.



Jason Cardiff <jc@redwoodsci.co>

---

## Re: Request for Concurrence by USPTO
1 message

---

**Ryan McClellan** <Ryan_D_McClellan@txsp.uscourts.gov>                12 December 2024 at 16:22
To: Stephen Cochell <srcochell@gmail.com>
Cc: Jason Cardiff <jc@redwoodsci.co>

Hello,

I am on leave today, I will reach out to you tomorrow to speak about this request.

This was sent from my iPhone so please excuse any typos - USPO Ryan D. McClellan

On Dec 12, 2024, at 10:21 AM, Stephen Cochell <srcochell@gmail.com> wrote:

**CAUTION - EXTERNAL:**

Mr. McClellan,

This is to follow up my voicemail left earlier this morning.

I represent Jason Cardiff in the above case pending before the Hon. Jesus Bernal in Riverside California. As you know, Mr. Cardiff is in Dublin Ireland pursuant to an order extending international travel to his home. Mr. Cardiff's stay was extended due to unexpected medical problems and the court extended the travel for testing, evaluation and treatment.   Testing has been partially done.   Mr  Cardiff's treating physicians require further testing which is pending.

Please call me to discuss whether Pretrial Services opposes a 30 day extension of the Order from a return on December 20, 2024 to January 19, 2025.

My cell number is:  (713)306-8434.

Thank you in advance for your anticipated cooperation in this matter.


--
Stephen R. Cochell
The Cochell Law Firm, P.C.
5850 San Felipe, Ste. 500
Houston, Texas 77057
(346)800-3500


CONFIDENTIALITY NOTICE
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, printing, copying, distribution or use of this e-mail including any attachment is prohibited. If you have received this message in error, please destroy this email and notify the sender by e-mail of the same.
**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**

M Gmail

Jason Cardiff <jc@redwoodsci.co>

## Re: update cardiff

1 message

**Ryan McClellan** <Ryan_D_McClellan@txsp.uscourts.gov>                    5 December 2024 at 15:22
To: Jason Cardiff <jc@redwoodsci.co>

Let's set a FaceTime for tomorrow at 10am

This was sent from my iPhone so please excuse any typos - USPO Ryan D. McClellan

On Dec 5, 2024, at 5:58 AM, Jason Cardiff <jc@redwoodsci.co> wrote:

**CAUTION - EXTERNAL:**

Ryan just checking you thank you let me know if you need anything

Jason Cardiff
CEO and President
(C) 1-213-729-5646
(ROI) +353-89604-9238
Please book a meeting https://calendly.com/jc--y58

www.Redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8
"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors or retail store locations pending final Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

On Wed, Nov 27, 2024 at 10:01 AM Jason Cardiff <jc@redwoodsci.co> wrote:
  Subject: Follow-Up: Court Order Communication

  Hi Ryan,

  I've sent a few messages recently but haven't received a response yet, as per the court order. Please let me know if you would prefer a video call to discuss any updates.

  I am currently staying at my home in Ireland: 37A Highfield Road, Dublin, Ireland D06 W6D0.

  My cell number remains the same as previously provided.

  I hope all is well and that you enjoy the Thanksgiving holiday.

  Best regards,
  Jason Cardiff





Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end
users all products are sold by either distributors or retail store
locations pending final Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific

Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**

# EXHIBIT 3

 Gmail

**Jason Cardiff <ideatank360@gmail.com>**

---

## Medical information requested from SAN ANTONIO REGIONAL HOSPITAL
1 message

**eDelivery@cioxhealth.com** <eDelivery@cioxhealth.com>                    Mon, Jan 13, 2025 at 10:08 PM
To: IDeaTank360@gmail.com

### PIN NUMBER TO ACCESS YOUR MEDICAL RECORDS ONLINE

PIN: 488160355

Attention: JASON CARDIFF

Recently, you requested a copy of your medical records from SAN ANTONIO REGIONAL HOSPITAL to be delivered electronically. You can now view and download your medical records on our secure eDelivery Patient Portal.

**To access your requested medical records:**

Go to mrdelivery.cioxhealth.com

and follow the simple directions. Your invoice number and PIN (located at the top of this letter), will be required to login to the site. This is to ensure that your records are only viewed by you. For security reasons your invoice number will be sent to you in a separate email.

For technical questions or assistance, please call the support team at 800-367-1500 or submit your question online through the submit question/issue link at mrdelivery.cioxhealth.com.

Thank you for letting us serve you!

**NOTE: Medical records cannot be accessed electronically from outside of the United States. If you are outside of the United States and need your medical records delivered, please contact : 1-800-367-1500**

This message is for the designated recipient(s) only. It may contain privileged, confidential, proprietary, or otherwise private information that is legally protected. If you have received it in error, please notify the sender immediately and delete the original. You are prohibited from using or distributing this email without permission. Thank you.

**CARDIFF, JASON E**  Admin Sex: **Male**  DOB: **07/15/1975**

---

**Continuity of Care Document**

Summarization of Episode Note | 01/26/2016 to 01/26/2016

Source: SAN ANTONIO REGIONAL HOSPITAL

Created: 01/13/2025

---

## Demographics

Contact Information:

700 W 25TH ST, UPLAND, CA 91784, US

, , CA, US

Tel: (909) 816-9662 (Primary Home)

Email: jc@redwoodsci.co

Previous Address(es):

--

Marital Status: **Married**

Religion: **No Preference**

Race: **White**

**Previous Name(s):**

CARDIFF, JASON E

Date of Death: **//**

Ethnic Group: **Not Hispanic or Latino**

Language: **English**

ID: URN:CERNER:IDENTITY-FEDERATION:REALM:WKLSSS89QVHKMD7TJUSOT0WHH7EBMDD--CH:PRINCIPAL:E125D62A-98C4-4249-9BBE-1AFC70C81745, 862081

### Care Team

| Type | Name | Represented Organization | Address | Phone |
|------|------|--------------------------|---------|-------|
| primary care physician | Sun, Jennifer Chia June | -- | (Work): 689 W Foothill Blvd, Ste B, Claremont, CA 91711- , US | Tel: (909)482-2058 (Work) |

**Relationships**

No Data to Display

## Document Details

**Source Contact Info**

999 San Bernardino Road, Upland, CA 91786-4920, US

Tel: (909)985-2811

**Author Contact Info**

01/13/2025 11:37 PM

SAN ANTONIO REGIONAL HOSPITAL

**Recipient Contact Info**

--

**Healthcare Professionals**

No Data to Display

**IDs & Code Type Data**

Document Type ID: 2.16.840.1.113883.1.3 : POCD_HD000040

Document Template ID: 2.16.840.1.113883.10.20.22.1.1 : --, 2.16.840.1.113883.10.20.22.1.1 : 2015-08-01, 2.16.840.1.113883.10.20.22.1.2

: 2015-08-01

Document ID: 2.16.840.1.113883.3.877.999362 : 33961659

Document Type Code: 2.16.840.1.113883.6.1, 34133-9

Document Language Code: en-US

Document Set ID: --

Document Version Number: --

## Primary Encounter

### Encounter Information

Registration Date: 01/26/2016

Discharge Date: 01/26/2016

Visit ID: --

### Location Information

Emergency Department

(Work): 999 San Bernardino Road, Upland, CA 91786- , US

### Providers

| Type | Name | Address | Phone |
|------|------|---------|-------|
| Attending | Potts, Matthew E | (Work): 999 San Bernardino Road, Upland, CA 91786- | Tel: (909)579-6680 (Work) |

**Encounter**

---

**FIN 3883969 Date(s): 1/26/16 - 1/26/16**

SAN ANTONIO REGIONAL HOSPITAL 999 San Bernardino Road Upland, CA 91786- US (909) 985-2811

**Encounter Diagnosis**

Fall from other furniture, initial encounter (Final) -

Activity, other specified (Final) -

Other place in single-family (private) house as the place of occurrence of the external cause(Final) -

Unspecified external cause status (Final) -

Cough (Final) -

Contusion of scalp, initial encounter (Final) -

Syncope and collapse (Final) -

Discharge Disposition: 01 Discharged to Home or Self Care

Attending Physician: Potts M.D., Matthew E

## Reason for Visit

---

SYNCOPE (AMB)

## Allergies, Adverse Reactions, Alerts

---

| Substance | Criticality | Severity | Reaction | Reaction Severity | Status |
|---|---|---|---|---|---|
| PATIENT DENIES ALLERGIES<br>*Author: CONTRIBUTOR_SYSTEM, IBEX, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 4:56 AM* | | | | | Active |

## Assessment and Plan

---

No data available for this section

## Immunizations

---

No data available for this section

## Medications

---

No data available for this section

## Problem List

---

No data available for this section

## Procedures

---

| Procedure | Date | Related Diagnosis | Body Site | Status |
|---|---|---|---|---|
| Collection of venous blood by venipuncture | 1/26/16 | | | Completed |

## Results

---

**Laboratory List**

| Name | Date |
|------|------|
| .eGFR | 1/26/16 |
| Auto Diff | 1/26/16 |
| Basic Metabolic Panel (Metabolic Panel - BASIC) | 1/26/16 |
| CBC | 1/26/16 |
| D-Dimer | 1/26/16 |

1/26/16:

| Test | Result | Reference Range | Specimen Source | Laboratory |
|------|--------|-----------------|-----------------|------------|
| # Basophil<br>*Author: Bailey, Wilma I, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:08 AM* | 0.1 x10(3)/mcL | (Normal is 0.0-0.0 x10(3)/mcL) | Blood | SACH Lab |
| # Eos<br>*Author: Bailey, Wilma I, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:08 AM* | 0.1 x10(3)/mcL | (Normal is 0.0-0.6 x10(3)/mcL) | Blood | SACH Lab |
| # Lymph<br>*Author: Bailey, Wilma I, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:08 AM* | 1.3 x10(3)/mcL | (Normal is 1.2-4.0 x10(3)/mcL) | Blood | SACH Lab |
| # Mono<br>*Author: Bailey, Wilma I, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:08 AM* | 0.5 x10(3)/mcL | (Normal is 0.0-0.8 x10(3)/mcL) | Blood | SACH Lab |
| # Neutro<br>*Author: Bailey, Wilma I, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:08 AM* | 5.0 x10(3)/mcL | (Normal is 1.8-7.0 x10(3)/mcL) | Blood | SACH Lab |
| % Basophil<br>*Author: Bailey, Wilma I, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:08 AM* | 1 % | (Normal is 0-1 %) | Blood | SACH Lab |
| % Eos<br>*Author: Bailey, Wilma I, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:08 AM* | 2 % | (Normal is 0-8 %) | Blood | SACH Lab |
| % Lymph<br>*Author: Bailey, Wilma I, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:08 AM* | 18 % | (Normal is 6-42 %) | Blood | SACH Lab |
| % Mono<br>*Author: Bailey, Wilma I, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:08 AM* | 7 % | (Normal is 3-8 %) | Blood | SACH Lab |

| % Neutro<br>*Author: Bailey, Wilma I, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:08 AM* | 72 % | (Normal is 45-76 %) | Blood | SACH Lab |
|---|---|---|---|---|
| AGAP<br>*Author: Patterson, Ching, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:14 AM* | 10 mmol/L | (Normal is 5-15 mmol/L) | Blood | SACH Lab |
| BUN<br>*Author: Patterson, Ching, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:14 AM* | 18 mg/dL | (Normal is 6-22 mg/dL) | Blood | SACH Lab |
| Calcium Lvl<br>*Author: Patterson, Ching, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:14 AM* | 8.5 mg/dL | (Normal is 8.0-10.3 mg/dL) | Blood | SACH Lab |
| Chloride Lvl<br>*Author: Patterson, Ching, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:14 AM* | 107 mmol/L | (Normal is 99-113 mmol/L) | Blood | SACH Lab |
| $CO_2$<br>*Author: Patterson, Ching, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:14 AM* | 24 mmol/L | (Normal is 21-32 mmol/L) | Blood | SACH Lab |
| Creatinine Lvl<br>*Author: Patterson, Ching, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:14 AM* | 1.04 mg/dL | (Normal is 0.70-1.30 mg/dL) | Blood | SACH Lab |
| D-Dimer<br>*Author: Sanpablo, Delia H, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 7:04 AM* | 508.1 ng/mL FEU [1, 2] | (Normal is <=499.9 ng/mL FEU) | Blood | SACH Lab |
| Differential?<br>*Author: Bailey, Wilma I, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:08 AM* | Not Indicated | | Blood | SACH Lab |
| GFR, Estimated<br>*Author: SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:14 AM* | 79 mL/min [3] | (Normal is >=60 mL/min) | Blood | SACH Lab |
| Glucose Lvl<br>*Author: Patterson, Ching, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:14 AM* | 100 mg/dL [4] | (Normal is 60-100 mg/dL) | Blood | SACH Lab |
| HCT<br>*Author: Bailey, Wilma I, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:08 AM* | 44 % | (Normal is 36-57 %) | Blood | SACH Lab |

| | | | | |
|---|---|---|---|---|
| Hgb<br>*Author: Bailey, Wilma I, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:08 AM* | 14.7 gm/dL | (Normal is 13.6-16.3 gm/dL) | Blood | SACH Lab |
| MCH<br>*Author: Bailey, Wilma I, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:08 AM* | 30.0 pg | (Normal is 28.3-31.1 pg) | Blood | SACH Lab |
| MCHC<br>*Author: Bailey, Wilma I, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:08 AM* | 33 gm/dL | (Normal is 30-36 gm/dL) | Blood | SACH Lab |
| MCV<br>*Author: Bailey, Wilma I, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:08 AM* | 91 fL | (Normal is 80-99 fL) | Blood | SACH Lab |
| MPV<br>*Author: Bailey, Wilma I, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:08 AM* | 8.1 fL | (Normal is 7.4-10.4 fL) | Blood | SACH Lab |
| Platelet<br>*Author: Bailey, Wilma I, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:08 AM* | 260 x10(3)/mcL | (Normal is 150-450 x10(3)/mcL) | Blood | SACH Lab |
| Potassium Lvl<br>*Author: Patterson, Ching, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:14 AM* | 3.7 mmol/L | (Normal is 3.3-5.2 mmol/L) | Blood | SACH Lab |
| RBC<br>*Author: Bailey, Wilma I, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:08 AM* | 4.89 x10(6)/mcL | (Normal is 4.60-5.40 x10(6)/mcL) | Blood | SACH Lab |
| RDW<br>*Author: Bailey, Wilma I, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:08 AM* | 12.7 % | (Normal is 11.1-14.7 %) | Blood | SACH Lab |
| Sodium Lvl<br>*Author: Patterson, Ching, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:14 AM* | 141 mmol/L | (Normal is 134-146 mmol/L) | Blood | SACH Lab |
| WBC<br>*Author: Bailey, Wilma I, SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 6:08 AM* | 6.9 x10(3)/mcL | (Normal is 4.4-9.1 x10(3)/mcL) | Blood | SACH Lab |

[1] Result Comment: Critical results called to DEBRA SERBENICK by DSP @ 1/26/2016 23:04:32 PST. Results read back.

[2] Interpretive Data: D-DIMER CUT-OFF TO RULE OUT DVT/PE: < 500 ng/mL (FEU)

Clinical performance in the evaluation of DVT/PE:

A value of 500 ng/mL (FEU) was utilized as a cut-off value with D-Dimer results of greater than or equal to 500 ng/mL (FEU) considered positive and results of less than 500 ng/mL considered negative.

Patients with positive D-Dimer test results with high pretest probability of DVT or PE underwent serial compression ultrasound (CUS), Helical CT scans, and/or angiography. The overall prevalence in the total population studied was 10.1% (56/556) and 23% (222/965) respectively.

Some studies have shown that normal pregnancy causes a progressive increase in circulating D-Dimer. Interpret with caution.

[3] Interpretive Data: eGFR result reported in ml/min/1.73m3

If patient is African-American, please

multiply the result by 1.210.

Stable creatinine presumed. Ignore eGFR

in dialysis patients. Interpret with

caution in patients with acute renal failure.

[4] Interpretive Data: Reference Ranges:

Fasting Oral GTT (2HR)

NORMAL <100 mg/dl <140 mg/dl

PREDIABETES >100 to <126 mg/dl >140 to <200 mg/dl

DIABETES >126 mg/dl >200 mg/dl

American Diabetes Association "Diagnosis and Classification of Diabetes Mellitus" Diabetes Care, Volume 36, Supplement 1, January 2013

All pregnant patients not known to be diabetic should be tested with the 75 gram OGTT between 24 and 28 weeks gestation.

Laboratory Information

**SACH Lab**

CLIA Number: 05D0564961

999 San Bernardino Road

Upland, CA 91786- US

**SACH Lab**

CLIA Number: 05D0564961

999 San Bernardino Road

Upland, CA 91786- US

**SACH Lab**

CLIA Number: 05D0564961

999 San Bernardino Road

Upland, CA 91786- US

**SACH Lab**

CLIA Number: 05D0564961

999 San Bernardino Road

Upland, CA 91786- US

**Radiology Reports**

| Exam Date Time | Procedure | Performing Provider | Status |
|---|---|---|---|
| 1/26/16 10:25 PM | CT Head or Brain w/o Contrast | Lee RT, David T; | Auth (Verified) |

Notes:

(CT Head or Brain w/o Contrast) Reason For Exam: trauma syncope fall;trauma
REPORT
CT SCAN OF THE HEAD WITHOUT IV CONTRAST

Clinical History: 40 yom reportedly passed out at approximately 1930 tonight, while sitting on barstool with wife, eating dinner. Pt reportedly was unconscious for 15 seconds. Pt claims he coughed aggressively 2 mins before passing out, but denies CP, palpitations, sob. Believes he may have passed out three days ago while sitting on sofa after coughing severely ("blacked out for maybe a second")

Technique: Axial images were obtained on a CT scanner. Coronal reformations were created from the axial images.

CTDI volume (mGy) = 64.4
DLP (mGy cm) = 1198.3

Comparison: None

Findings: There is no hydrocephalus or midline shift. The basal cisterns are patent. The gray-white matter differentiation is intact. There is no intracranial hemorrhage.

The visualized paranasal sinuses are clear. The mastoid air cells are clear. There is opacification of the visualized portions of the ethmoid air cells. There are air-fluid levels in the maxillary sinuses bilaterally and the right sphenoid sinus. There is partial opacification of the right frontal sinus.

There is scalp swelling along the right frontal convexity.

IMPRESSION:

Opacification and air-fluid levels of the visualized portions of the paranasal sinuses possibly reflective of acute sinusitis. However in the setting of trauma maxillofacial fractures cannot be excluded. If clinically indicated recommend further evaluation with maxillofacial CT.

Scalp hematoma.

No intracranial hemorrhage.

dictated by: Peter Yoo M.D. on 1/26/2016 10:46 PM
***** Final Report *****

Dictated: 01/26/2016 22:46 Yoo M.D., Peter

Electronically signed: 01/26/2016 22:56
Radiologist: Yoo M.D., Peter

*Author: Yoo, Peter, SAN ANTONIO REGIONAL HOSPITAL*
*Last Modified: 01/27/2016 6:56 AM*

| Exam Date Time | Procedure | Performing Provider | Status |
|---|---|---|---|
| 1/26/16 9:43 PM | XR Chest Portable in ER | Armour RT, Manuel M; | Auth (Verified) |

Notes:
(XR Chest Portable in ER) Reason For Exam: cough;cough;cough
REPORT
CHEST, ONE VIEW, PORTABLE AT 2133 HOURS

Clinical History: cough

Comparison: June 17, 2006

Findings: The cardiomediastinal silhouette is within normal limits. The lungs are clear. There is no
pleural abnormality.

IMPRESSION:

Clear lungs.


dictated by: Peter Yoo M.D. on 1/26/2016 10:05 PM
***** Final Report *****

Dictated: 01/26/2016 22:05 Yoo M.D., Peter

Electronically signed: 01/26/2016 22:15
Radiologist: Yoo M.D., Peter

*Author: Yoo, Peter, SAN ANTONIO REGIONAL HOSPITAL*
*Last Modified: 01/27/2016 6:15 AM*

**Vital Signs**

1/26/16

| | |
|---|---|
| ED Performed At<br>*Author: SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 7:43 AM* | 1/26/2016 23:41 |
| ED Performed At<br>*Author: SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 5:27 AM* | 1/26/2016 21:04 |
| Temperature (Route Not Specified)<br>*Author: SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 7:43 AM* | |
| Temperature (Route Not Specified)<br>*Author: SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 5:27 AM* | 99.1 po |
| Heart Rate Monitored<br>*Author: SAN ANTONIO REGIONAL HOSPITAL*<br>*Last Modified: 01/27/2016 7:43 AM* | 78 |

| Heart Rate Monitored | 85 |
|---|---|
| *Author: SAN ANTONIO REGIONAL HOSPITAL* | |
| *Last Modified: 01/27/2016 5:27 AM* | |
| Respiratory Rate | 18 |
| *Author: SAN ANTONIO REGIONAL HOSPITAL* | |
| *Last Modified: 01/27/2016 7:43 AM* | |
| Respiratory Rate | 17 |
| *Author: SAN ANTONIO REGIONAL HOSPITAL* | |
| *Last Modified: 01/27/2016 5:27 AM* | |
| Blood Pressure | 135/82 |
| | *Author: SAN ANTONIO REGIONAL HOSPITAL* |
| | *Last Modified: 01/27/2016 7:43 AM* |
| | *Author: SAN ANTONIO REGIONAL HOSPITAL* |
| | *Last Modified: 01/27/2016 7:43 AM* |
| Blood Pressure | 145/86 |
| | *Author: SAN ANTONIO REGIONAL HOSPITAL* |
| | *Last Modified: 01/27/2016 5:27 AM* |
| | *Author: SAN ANTONIO REGIONAL HOSPITAL* |
| | *Last Modified: 01/27/2016 5:27 AM* |

## Social History

| Social History Type | Response |
|---|---|
| Birth Sex | Male |
| *Author: IQHealth, IQHealthSuperUser 1, SAN ANTONIO REGIONAL HOSPITAL* | |
| *Last Modified: 01/14/2025 7:32 AM* | |
| Sex Representation | Male (finding) |
| *Author: IQHealth, IQHealthSuperUser 1, SAN ANTONIO REGIONAL HOSPITAL* | |
| *Last Modified: 01/14/2025 7:32 AM* | |

## Goals

No data available for this section

## Hospital Discharge Instructions

No data available for this section

## Reason for Referral

No data available for this section

## Health Concerns

No data available for this section

## Implantable Device List

No data available for this section

## Emergency department Note

Event Display: ED Notes


*Author: SAN ANTONIO REGIONAL HOSPITAL*
*Last Modified: 01/28/2016 8:59 PM*


Event Display: ED Notes


*Author: SAN ANTONIO REGIONAL HOSPITAL*
*Last Modified: 01/28/2016 8:59 PM*

**Patient Care team information**

**Care Team Personnel**
Name: Sun M.D., Jennifer Chia June
Position: none
Member Role: Primary Care Physician
Address: 689 W Foothill Blvd, Ste B
Claremont, CA 91711- US
*Author: SAN ANTONIO REGIONAL HOSPITAL*
*Last Modified: 01/27/2016 5:50 AM*

**Care Team Related Persons**
Name: CARDIFF, EUNJUNG
*Author: SAN ANTONIO REGIONAL HOSPITAL*
*Last Modified: 01/14/2025 2:51 AM*


**Family History**

No data available for this section

# EXHIBIT 4

 **Gmail**

**Jason Cardiff <jc@redwoodsci.co>**

---

## FTC v. Jason Cardiff, et al., X190001
1 message

**Jason Cardiff** <jc@redwoodsci.co>                                                    1 March 2023 at 21:57
To: DEbrief@ftc.gov
Cc: Stephen Cochell <srcochell@gmail.com>, Jason Cardiff <jc@redwoodsci.co>, Eunjung Cardiff <eunjc44@gmail.com>

Please find the attached
Jason Cardiff one year
Eunjung Cardiff one year






Jason Cardiff

CEO and President
646-733-6370 (Mobile)
JC@redwoodsci.co
www.redwoodsci.co

**Thomas Jefferson — 'Honesty is the first chapter of the book wisdom.'**

This message contains confidential information and is intended only for the individual named. If you are
not the named addressee you should not disseminate, distribute, or copy this e-mail. Please notify the
sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your
system. If you are not the intended recipient you are notified that disclosing, copying, distributing, or
taking any action in reliance on the contents of this information is strictly prohibited. [v.1]

Please Read the Final Judgment and Victory won by Redwood Scientific as to monetary relief in the FTC
VS Redwood Scientific : Redwood Scientific Default Judgment as to Redwood Scientific Technologies, et
al. (ftc.gov)

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors or
retail store locations.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default
Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

---

**2 attachments**

 **ftc 1 year jason cardiff.pdf**
512K

 **eunjung ftc 1 year.pdf**
498K

**Jason Cardiff**
<u>**FTC v. Jason Cardiff, et al., X190001**</u>

Corporate Defendant, Redwood Scientific Technologies, Inc. ("Redwood") and Jason Cardiff submit a compliance report, sworn under penalty of perjury. Each of them must:

1. Identify all telephone numbers and all physical, postal, email and Internet addresses, including all residences;



    j.   116 the sweepstakes Dublin Ireland D04 A2N8









I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 03-01-2023.



    **Jason Cardiff <ideatank360@gmail.com>**

---

### Fwd: FTC v. Jason Cardiff, et al., X190001

1 message

---

**Jason Cardiff** <jc@redwoodsci.co>                                    Tue, Feb 27, 2024 at 7:24 PM
To: Jason Cardiff <ideatank360@gmail.com>, Jason Cardiff <jc@redwoodsci.co>

 

 

> Jason Cardiff
> CEO and President
> (C) 1-646-503-7884
> (UK) +44-7520-624257
> (ROI) +353-89604-9238
> Please book a meeting https://calendly.com/jc--y58
>
> www.Redwoodsci.com
> https://www.linkedin.com/in/jason-cardiff-48184ab8
> "Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.
>
> Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors or retail store locations pending final Scientific testing.
>
> Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)
>
>
> ---------- Forwarded message ---------
> From: **DEbrief** <DEbrief@ftc.gov>
> Date: Wed, Mar 1, 2023 at 2:14 PM
> Subject: RE: FTC v. Jason Cardiff, et al., X190001
> To: Jason Cardiff <jc@redwoodsci.co>
>
>
>
>
>
> Thank you for your email submission.
>
>
> DEbrief@ftc.gov

---

**From:** Jason Cardiff <jc@redwoodsci.co>
**Sent:** Wednesday, March 1, 2023 4:57 PM
**To:** DEbrief <DEbrief@ftc.gov>
**Cc:** Stephen Cochell <srcochell@gmail.com>; Jason Cardiff <jc@redwoodsci.co>; Eunjung Cardiff <eunjc44@gmail.com>
**Subject:** FTC v. Jason Cardiff, et al., X190001

Please find the attached

Jason Cardiff one year

Eunjung Cardiff one year

```
Redwood Scientific Technologies does not sell any of its products to end users all products
are sold by either distributors or retail store locations.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

# EXHIBIT 5



Investing    Personal Finance    Ret

BREAKING    Former Fed vice chair says market is hoping Trump team doesn't mess up economy

Home  >  Personal Finance  >  Financial Crime

FINANCIAL CRIME

# Anti-smoking and male-enhancement drug maker charged with fraud after months on the lam

Jason Cardiff is accused of charging customers for drugs that they never ordered with names like Prolongz and TBX-Free and of destroying documents sought in an FTC probe

By Lukas I. Alpert  Follow

# EXHIBIT 6
# FILED UNDER SEAL