Stephen R. Cochell  
Admitted Pro Hac Vice  
srcochell@gmail.com  
5850 San Felipe, Suite 500  
Houston, Texas 77057  

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America <br><br> PLAINTIFF(S) <br><br> v. <br><br> Jason Edward Thomas Cardiff <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 5:23-cr-00021-jgb <br><br> **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Amended Ex Parte Application to Seal Medical Records and Related Documents  
Order Granting Ex Parte Application to Seal Medical Records and Related Documents  

**Reason:**

☑ Under Seal  
☑ In Camera  
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)  
☐ Per Court order dated: _____  
☐ Other:  

11/19/2024  
Date  

Stephen R. Cochell  
Attorney Name  

Jason Edward Thomas Cardiff  
Party Represented  

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)      **NOTICE OF MANUAL FILING OR LODGING**