1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>            Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**[PROPOSED] ORDER GRANTING JASON CARDIFF'S *EX PARTE* APPLICATION FOR MODIFICATION OF REPORTING TIME TO ALLOW SUBMISSION OF NEW EVIDENCE IN SUPPORT OF EX PARTE APPLICATION FOR EXTENDED TRAVEL AND RETURN OF PASSPORT OR, IN THE ALTERNATIVE, TO MODIFY BOND CONDITIONS** |
|---|---|

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED**

That Jason Cardiff shall be permitted to extend his travel to Ireland from January 19, 2025 to January 23, 2025 or three days from the date of an Order denying this Motion or a ruling on Defendant's Motion for Reconsideration based on updated medical evidence.

**IT IS FURTHER ORDERED** that Jason Cardiff's curfew shall be lifted only while he is traveling.

**IT IS FURTHER ORDERED** that Jason Cardiff shall remain in contact with and provide his location to Officer McClellan every other day via video call while he is outside the United States.

**IT IS FURTHER ORDERED** that Jason Cardiff's travel itinerary shall be approved by United States Probation Officer Ryan McClellan prior to his travel.

**IT IS SO ORDERED**.

Dated: _____
Honorable Jesus G. Bernal
United States District Judge