The Cochell Law Firm
Stephen R. Cochell
5850 San Felipe, Suite 500
Houston, Texas 77057
Pro Hac Vice

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America<br><br>PLAINTIFF(S)<br>v.<br>Jason Edward Thomas Cardiff<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:23-00021<br><br>NOTICE OF MANUAL FILING<br>OR LODGING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Email from Dr. M.S. regarding Defendant's medical condition.

**Reason:**
☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

01/21/25
Date

Stephen R. Cochell
Attorney Name

Jason Edward Thomas Cardiff
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                                    NOTICE OF MANUAL FILING OR LODGING