AMANDA N. LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 514-0515
    Facsimile: (202) 514-8742
    Email:  Manu.J.Sebastian@usdoj.gov

JOSEPH T. MCNALLY
Acting United States Attorney
LINDSAY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON EDWARD THOMAS CARDIFF, <br><br> Defendant. | No. 5:23-CR-00021-JGB <br><br> **OPPOSITION TO JASON CARDIFF'S EX PARTE REQUEST FOR MODIFICATION OF REPORTING TIME** |

    Plaintiff United States of America, by and through its counsel of record, the Consumer Protection Branch of the United States Department of Justice and Trial Attorney Manu J. Sebastian, and the United States Attorney for the Central District of California and

1

Assistant United States Attorney Valerie L. Makarewicz, oppose the <u>Ex Parte</u> Request for Modification of Reporting Time to Allow Submission of New Evidence made by Defendant, Jason Edward Thomas Cardiff.

Senior USPO Ryan McClellan confirmed to the undersigned today by telephone that Defendant has not returned to the United States as the Court ordered. Defendant's refusal to adhere to the Court's order is further evidence that he is a flight risk, and the government believes a bench warrant should be issued for Defendant's arrest.

Defendant claims that he has suffered from a medical condition since at least 2016 which now makes him "unfit to fly." <u>See</u> Dkts. 162, 166. He has, however, taken at least 20 flights since his arrest in November 2023. This includes two roundtrips to Kansas City, one roundtrip to Las Vegas, two roundtrips to California for motion hearings, two roundtrips to Ireland with layovers, and one one-way trip to Ireland with a layover; all in just 12 months (Dkts. 32, 46, 80, 87, 103, and 122).

The government continues to question the veracity of the medical records provided to the Court. Defendant's claim that the medical "evidence is unrebutted" ignored the fact that Defendant's counsel has repeatedly filed documentation under seal and in camera without providing the government an opportunity to review the records, verify their authenticity, and respond to the claims made therein. Dkt. 166 at 2:26-27. As previously asserted, the records presented to the Court present a one-sided viewpoint, and Defendant has failed to allege proper grounds for withholding the documentation from the government.

The government requests the Court provide the government with the ability to review the medical reports and underlying medical

records, and, if the Court is considering granting another extension of the time Cardiff is permitted to remain in Ireland, schedule a hearing for argument on the matter.

For the foregoing reasons, the government requests the Court allow the government to verify the authenticity of the medical documentation, deny the defendant's ex parte application, and issue a bench warrant for Defendant's arrest.

Dated: January 21, 2025           Respectfully submitted,

                                        AMANDA N. LISKAMM
                                        Director
                                        Consumer Protection Branch

                                        JOSEPH T. MCNALLY
                                        Acting United States Attorney

                                                     /s/
                                        _____
                                        MANU J. SEBASTIAN
                                        Trial Attorney
                                        VALERIE L. MAKAREWICZ
                                        Assistant United States Attorney

                                        Attorneys for the Plaintiff
                                        United States of America