The Cochell Law Firm
Stephen R. Cochell
5850 San Felipe, Suite 500
Houston, Texas 77057

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:23-00021 |
| v. | |
| Jason Edward Thomas Cardiff | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Supplemental Declaration of Jason Cardiff In Support of Motion for Reconsideration Denying Ex Parte Application for An Order Extending International Travel and Returning His Passport, or In the Alternative Modify Bond Conditions

Email from Dr. M.S. regarding Defendant's Medical Condition

**Reason:**
☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| 01/21/2025 | Stephen R. Cochell |
|---|---|
| Date | Attorney Name |
| | Jason Edward Thomas Cardiff |
| | Party Represented |

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING