Stephen R. Cochell
Admitted Pro Hac Vice
*srcochell@gmail.com*
5850 San Felipe, Ste. 500
Houston Texas 77057
Telephone:(713) 436-8000
Facsimile: (213) 623-2000

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile (866)858-6637

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>    Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**JASON CARDIFF'S *EX PARTE* APPLICATION AND REQUST TO PARTICIPATE AND ATTEND JANUARY 30, 2025 MOTIONS HEARING BY VIDEO CONFERENCE** |

Defendant, Jason Cardiff, requests that he be allowed to participate and attend the January 30, 2025 hearings by video conference. The Government opposes his participation and attendance at the hearing by video conference.

MEMORANDUM IN SUPPORT OF REQUEST

As this Court knows, Mr. Cardiff is in Ireland and, due to his current medical condition, has been directed not to travel by air, which would be necessary to physically attend the January 30, 2025 hearing on two motions pending before the

Court including Defendants Motion to Dismiss Indictment Based on Double Jeopardy and Defendant's Motion to Dismiss Counts Three and Four of the Indictment.

Defendant recognizes that the Court entered an order requiring his return. However, his physicians have found him unfit to fly and stressed that he would suffer severe and lasting damage to his pulmonary system if he travels before receiving adequate treatment. Dkt. 172, 175. As set out in his Status Report, Mr. Cardiff fully intends to return to the United States but cannot do so due to his current health condition. Dkt. 178 at 2.

WHEREFORE, Defendant requests that he be allowed to attend by video conference for pretrial hearings on Motion to Dismiss Based on Double Jeopardy and Motion to Dismiss Counts Three and Four of the Indictment.

Dated: January 28, 2025

By: /s/ Stephen R. Cochell
Stephen R. Cochell

Attorney for Defendant
JASON EDWARD THOMAS CARDIFF

**SERVICE LIST**

I HEREBY DECLARE THAT THE FOLLOWING COUNSEL HAVE BEEN SERVED WITH THIS DEFENDANT JASON CARDIFF'S NOTICE OF MOTIO AND MOTION TO SUPPRESS EVIDENCE THROUGH THE COURT'S ECF O NEXT GEN ELECTRONIC FILING SYSTEM:

E. Martin Estrada United
States Attorney Mack E.
Jenkins
Assistant United States Attorney Chief, Criminal Division
Ranee A. Katzenstein
Assistant United States Attorney Chief, Criminal Division
Valerie Makarewicz
Assistant United States Attorney Major Frauds Section
1100 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012
Telephone: (213) 894-0756 Facsimile: (213) 894-6269
E-mail: Valerie.Makarewicz@usdoj.gov

Amanda Liskamm
Director, Consumer Protection Branch Manu J. Sebastian
Brianna M. Gardner
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
450 Fifth Street NW, Suite 6400 Washington, DC 20001
Telephone: (202) 514-0515 Facsimile: (202) 514-8742
E-mail: Manu.J.Sebastian@usdoj.gov
    Brianna.M.Gardner@usdoj.gov

                                                */S/ Stephen R. Cochell*
                                                Stephen R. Cochell