UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JASON EDWARD THOMAS CARDIFF,<br>Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**[PROPOSED] ORDER GRANTING JASON CARDIFF'S *EX PARTE* APPLICATION AND REQUST TO PARTICIPATE AND ATTEND JANUARY 30, 2025 MOTIONS HEARING BY VIDEO CONFERENCE** |

The Court, has considered Jason Cardiff's Ex Parte Application and Request to Participate and Attend January 30, 2025 Motions Hearing by Video Conference.

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that Jason Cardiff may participate and attend in Defendant's Motion to Dismiss Indictment Based on Double Jeopardy and Motion to Dismiss Counts Three and Four of the Indictment by videoconference

Dated:

__________________________
Honorable Jesus G. Bernal
United States District Judge