Stephen R. Cochell
Admitted Pro Hac Vice
*srcochell@gmail.com*
5850 San Felipe, Ste. 500
Houston Texas 77057
Telephone:(713) 436-8000
Facsimile: (213) 623-2000

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile (866)858-6637

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-cr-00021-JGB |
| Plaintiff, | **DECLARATION OF STEPHEN R. COCHELL IN SUPPORT OF JASON CARDIFF'S RESPONSE TO GOVERNMENT'S *EX PARTE* APPLICATION FOR AN ORDER FOR: (1) DECLARATION OF FUGITIVE STATUS, (2) ORDER VACATING TRIAL DATE AND TOLLING OF SPEEDY TRIAL ACT, AND (3) ISSUANCE OF ARREST WARRANT** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |

DECLARATION OF STEPHEN R. COCHELL

I, Stephen R. Cochell, declare as follows:

1. I represent Jason Cardiff in this matter. I make this declaration in support of Jason Cardiff's Ex Parte Application for : (1) Declaration Of Fugitive Status, (b) Order Vacating Trial Date And Tolling Of Speedy Trial Act and (c) Issuance Of Arrest Warrant

2. A true and accurate copy of an email chain between Government counsel and I is attached as Exhibit 1 to this Response.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 3d day of September, 2024, at Los Angeles, California.

/s/ Stephen R. Cochell
Stephen R. Cochell

Dated: February 5, 2025



Stephen Cochell <srcochell@gmail.com>

## Re: [EXTERNAL] Re: Government's Motions re: Cardiff
1 message

**Stephen Cochell** <srcochell@gmail.com>  Mon, Feb 3, 2025 at 10:19 AM
To: "Makarewicz, Valerie (USACAC)" <Valerie.Makarewicz@usdoj.gov>

The authority for asking for the documents rests with the Court's inherent authority to enforce its orders and to sanction those who violate those orders.

The Local Rules require that we talk about the motions before filing a motion, including your motion to declare Mr. Cardiff a fugitive and regarding forfeiture of bond. .

On Sun, Feb 2, 2025 at 6:07 PM Makarewicz, Valerie (USACAC) <Valerie.Makarewicz@usdoj.gov> wrote:
> Given our last contact via telephone, your distortion of what actually occurred in your email, and your unnecessary and irrelevant use of it against the government, we will only proceed discussing issues that arise in this matter in writing with you going forward.
>
> As for your discovery request, we deny your request for the documents. If you have authority as to why these documents are relevant and/or must be turned over by the government, please provide.
>
> I'm unclear as to what there is to discuss regarding the government's proposed motions. Please describe in writing what specifically you'd like to discuss regarding the government's motion.
>
> Finally, if you have questions regarding the statements made on Thursday, please purchase a transcript as this is the official record of the proceedings.
>
> VLM
>
> ---
> **From:** Stephen Cochell <srcochell@gmail.com>
> **Sent:** Sunday, February 2, 2025 1:53 PM
> **To:** Makarewicz, Valerie (USACAC) <VMakarewicz@usa.doj.gov>; Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov>
> **Subject:** Re: [EXTERNAL] Re: Government's Motions re: Cardiff
>
> We believe that L.R. 7-3 requires the parties to confer in person (if feasible) or at least by phone if necessary. Insisting that we put everything in writing does not comply with the rule. We want to discuss your intention to seek declaring Mr. Cardiff a fugitive and seeking bond forfeiture. We again request that the extradition file be produced and that the Government produce any correspondence/communications between you, Mr. Sebastian, the Department of Justice, Federal Trade Commission and the State Department including but not limited to the U.S. Embassy in Dublin relating to Mr. Cardiffs extradition or arrest on January 14, 2025. I am flexible in discussing this with you tomorrow
>
> As to our motion regarding the Fourth Amendment violation, we want to confirm Mr Sebastian's statements from last Thursday. As I understand it. Mr. Sebastian told the Court that the extradition warrant was cancelled. That neither you nor Mr. Sebastian were directly or indirectly involved in requesting the Garda to effect the arrest. Mr. Sebastian represented that the Garda offered Mr. Cardiff the opportunity to make a phone call or turn over his and his wife's passports. The Cardiffs turned over their passports. .
>
> On Sun, Feb 2, 2025 at 12:35 PM Makarewicz, Valerie (USACAC) <Valerie.Makarewicz@usdoj.gov> wrote:
>> We prefer that everything be in writing going forward. Please put the contents of your proposed meet and confer in an email and we will respond accordingly. VLM

2/5/25, 9:34 AM Case 5:23-cr-00021-JGB   Document 193-1   Filed 02/05/25   Page 4 of 5   Page ID
Gmail - Re: [EXTERNAL] Re: Government's Motions re: Cardiff
#:7233

**From:** Stephen Cochell <srcochell@gmail.com>
**Sent:** Saturday, February 1, 2025 5:30 PM
**To:** Makarewicz, Valerie (USACAC) <VMakarewicz@usa.doj.gov>; Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov>
**Subject:** [EXTERNAL] Re: Government's Motions re: Cardiff

Sorry I'm flexible Monday if that works for you
Sent from my iPhone

> On Feb 1, 2025, at 3:33 PM, Stephen Cochell <srcochell@gmail.com> wrote:
>
> We request a meet and confer on our motion on the extradition arrest. I am flexible tomorrow if that works for you.
>
> On Fri, Jan 31, 2025 at 2:43 PM Stephen Cochell <srcochell@gmail.com> wrote:
>> Ms. Makarewicz,
>>
>> We oppose these motions.
>>
>> However, I think you have the dates wrong. L.R. 7-3 requires a conference at least 7 days prior to the motion. The first available hearing date is March 10.
>>
>> We anticipate filing a motion for appropriate relief (e.g. contempt) for interfering with the Court's Order with a hearing date as set out in our motion and reply memorandum discussed yesterday.
>>
>> On Fri, Jan 31, 2025 at 12:39 PM Makarewicz, Valerie (USACAC) <Valerie.Makarewicz@usdoj.gov> wrote:
>>> Mr. Cochell,
>>> Pursuant to LR 7-3, and previewed yesterday, the government writes to inform you of its intention to file two motions:
>>> 1. Motion to declare defendant a fugitive, to suspend deadlines under the Speedy Trial Act and to issue bench warrant.
>>> 2. Motion for Order Forfeiting Bail.
>>> The motions will be calendared for hearing on March 3, 2025.
>>>
>>> Thank you, VLM
>>>
>>>
>>> Valerie Makarewicz
>>> Assistant United States Attorney
>>> 1100 U.S Courthouse
>>> 312 North Spring Street
>>> Los Angeles, California 90012
>>> Tel: (213) 894-0756
>>> E-mail:valerie.makarewicz@usdoj.gov

2/5/25, 9:34 AM Case 5:23-cr-00021-JGB   Document 192-1   Filed 02/05/25   Page 5 of 5   Page ID
Gmail - Re: [EXTERNAL] Re: Government's Motions re: Cardiff
#:7234

Stephen R. Cochell
The Cochell Law Firm, P.C.
5850 San Felipe, Ste. 500
Houston, Texas 77057
(346)800-3500

CONFIDENTIALITY NOTICE
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, printing, copying, distribution or use of this e-mail including any attachment is prohibited. If you have received this message in error, please destroy this email and notify the sender by e-mail of the same.

--
Stephen R. Cochell
The Cochell Law Firm, P.C.
5850 San Felipe, Ste. 500
Houston, Texas 77057
(346)800-3500

CONFIDENTIALITY NOTICE
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, printing, copying, distribution or use of this e-mail including any attachment is prohibited. If you have received this message in error, please destroy this email and notify the sender by e-mail of the same.

--
Stephen R. Cochell
The Cochell Law Firm, P.C.
5850 San Felipe, Ste. 500
Houston, Texas 77057
(346)800-3500

CONFIDENTIALITY NOTICE
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, printing, copying, distribution or use of this e-mail including any attachment is prohibited. If you have received this message in error, please destroy this email and notify the sender by e-mail of the same.

--
Stephen R. Cochell
The Cochell Law Firm, P.C.
5850 San Felipe, Ste. 500
Houston, Texas 77057
(346)800-3500

CONFIDENTIALITY NOTICE
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, printing, copying, distribution or use of this e-mail including any attachment is prohibited. If you have received this message in error, please destroy this email and notify the sender by e-mail of the same.