Stephen R. Cochell
Admitted Pro Hac Vice
*srcochell@gmail.com*
5850 San Felipe, Ste. 500
Houston Texas 77057
Telephone:(713) 436-8000
Facsimile: (213) 623-2000

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile  (866)858-6637

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>        Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**JASON CARDIFF'S *EX PARTE* APPLICATION TO: (1) CONTINUE AND CONSOLIDATE HEARINGS ON PENDING MOTIONS AND (2) LEAVE OF COURT TO ALLOW JASON CARDIFF'S PARTICIPATION BY VIDEO** |

**I.    CONTACT INFORMATION FOR OPPOSING COUNSEL**

Valerie Makarewicz
Assistant United States Attorney
1100 U.S. Courthouse
312 North Spring Street
Los Angeles, California 90012
Tel: (213) 894-0756
E-mail:valerie.makarewicz@usdoj.gov

COCHELL
LAW FIRM

1

Manu J. Sebastian
Consumer Protection Branch
U.S. Department of Justice
450 5th St NW Ste 6400 S
Washington, DC, 20001-2739
Tel: (202) 514-0515
Email: manu.j.sebastian@usdoj.gov

## II.  APPLICATION

Defendant, Jason Cardiff requests that the Court consolidate and combine hearings on the Government's Motion to Forfeit Bail and for Summary Adjudication set for March 3, 2025 at 2:00 p.m. with Defendant's Motion to Compel Production of Extradition File and Related Communications set for March 10, 2025 at 2:00 p.m. Counsel for Defendant sought concurrence in this cost saving measure on February 14, 20215 was told that the Government was unable to accommodate scheduling a hearing on its motion for 7 days.  Counsel previously conferred with Government counsel regarding video conference participation by Mr. Cardiff, which was opposed.  The Court previously denied Mr. Cardiff's participation.

### POINTS AND AUTHORITIES

Counsel for Defendant is located in Houston, Texas and one of the Government's attorneys is in Washington, D.C.

Federal Rule of Procedure 1 provides that the rules should be construed and administered by the courts and parties to secure the just, speedy and inexpensive determination of every action and proceeding.  The refusal to consolidate the two motions for a hearing date on March 10, 2025 imposes unnecessary costs on all parties.

Mr. Cardiff requests that he be allowed to participate and attend the hearings by video conference.  F.R. Crim. P. 43.    Defendant recognizes that the Court previously denied a request due to his absence but respectfully requests that the Court grant permission for these motions.

2

WHEREFORE, Defendant requests that: (1) the Government's Motion to Forfeit Bail and for Summary Adjudication and Defendant's Motion to Compel Production of Extradition File and Related Communications be consolidated and set for March 10, 2025 at 2:00 p.m.; and that (2) Jason Cardiff be allowed to participate by phone for the two pending motions.

Dated:  February 24, 2025

By: /s/ Stephen R. Cochell
Stephen R. Cochell

Attorney for Defendant
JASON EDWARD THOMAS CARDIFF

# SERVICE LIST

I HEREBY DECLARE THAT THE FOLLOWING COUNSEL HAVE BEEN SERVED WITH THIS DEFENDANT JASON CARDIFF'S NOTICE OF MOTIO AND MOTION TO SUPPRESS EVIDENCE THROUGH THE COURT'S ECF O NEXT GEN ELECTRONIC FILING SYSTEM:

E. Martin Estrada United
States Attorney Mack E.
Jenkins
Assistant United States Attorney Chief, Criminal Division
Ranee A. Katzenstein
Assistant United States Attorney Chief, Criminal Division
Valerie Makarewicz
Assistant United States Attorney Major Frauds Section
1100 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012
Telephone: (213) 894-0756 Facsimile: (213) 894-6269
E-mail: Valerie.Makarewicz@usdoj.gov

Amanda Liskamm
Director, Consumer Protection Branch Manu J. Sebastian
Brianna M. Gardner
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
450 Fifth Street NW, Suite 6400 Washington, DC 20001
Telephone: (202) 514-0515 Facsimile: (202) 514-8742
E-mail: Manu.J.Sebastian@usdoj.gov
         Brianna.M.Gardner@usdoj.gov

                                                   */S/ Stephen R. Cochell*
                                                   Stephen R. Cochell