1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| UNITED STATES OF AMERICA, | Case No. 5:23-cr-00021-JGB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING JASON CARDIFF'S *EX PARTE* APPLICATION: TO: (1) CONTINUE AND CONSOLIDATE HEARINGS ON PENDING MOTIONS AND (2) LEAVE OF COURT TO ALLOW JASON CARDIFF'S PARTICIPATION BY VIDEO** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |
| | *]* |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the Government's hearing on its Motion to Forfeit Bail, currently set for March 3, 2025 at 2:00 p.m. shall be reset and consolidated for purposes of oral argument with Defendant's Motion to Compel Production of Extradition File and Related Communications which set for hearing March 10, 2025 at 2:00 p.m.

**IT IS FURTHER ORDERED** that Jason Cardiff may participate in these motions by video conference

**IT IS SO ORDERED**.

Dated: _____

Honorable Jesus G. Bernal
United States District Judge

[Proposed] Order            2