AMANDA N. LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 514-0515
    Facsimile: (202) 514-8742
    Email:  Manu.J.Sebastian@usdoj.gov

JOSEPH T. MCNALLY
Acting United States Attorney
LINDSAY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:23-CR-00021-JGB |
| Plaintiff, | **OPPOSITION TO JASON CARDIFF'S EX PARTE APPLICATION TO CONTINUE HEARING DATE AND PARTICIPATE BY VIDEO CONFERENCE** |
| v. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Consumer Protection Branch of the United States Department of Justice and Trial Attorney Manu J. Sebastian, and the Acting United States Attorney for the Central District of California

1

and Assistant United States Attorney Valerie L. Makarewicz, oppose the ex parte application. Dkt. 207.

In such filing, Defendant initially requests the Court to continue the hearing on the government's Motion to Forfeit Bail and Summary Adjudication from March 3, 2025 to March 10, 2025, so it may be heard with defendant's motion to compel discovery. While the government is very sensitive to the limited availability of the Court's schedule to hear motions by parties, defendant is not – as argued by the government, defendant filed a baseless motion to compel without citing to any law to support his request for relief. Defendant's matter is needlessly consuming the Court's limited resources and should be held without a hearing and instead, taken under submission as to not waste the Court's time any further.

Additionally, Defendant requested that he be permitted to attend hearings virtually. The government opposes this request from Defendant for the same reasons as identified in its previous video conference opposition. Dkt. 184.

Defendant is voluntarily absent. Dkt. 196. The Court determined defendant is a fugitive that is disobeying multiple court orders and issued a warrant for his arrest. See Dkts. 151, 165, 171, 194-196. Similar to his last request, Defendant lacks good cause to attend the motion hearing by video conference or telephone. Dkt. 188. Defendant should not be permitted to file further frivolous requests, while he himself refuses to obey the Court's orders.

/
/
/

Accordingly, the government requests the Court deny defendant's ex parte application.

Dated: February 25, 2025

Respectfully submitted,

AMANDA N. LISKAMM
Director
Consumer Protection Branch

JOSEPH T. MCNALLY
Acting United States Attorney

_____/s/_____
MANU J. SEBASTIAN
Trial Attorney
VALERIE L. MAKAREWICZ
Assistant United States Attorney

Attorneys for the Plaintiff
United States of America