UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>　　　　Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**ORDER DENYING JASON CARDIFF'S *EX PARTE* APPLICATION TO: (1) CONTINUE AND CONSOLIDATE HEARINGS ON PENDING MOTIONS AND (2) LEAVE OF COURT TO ALLOW JASON CARDIFF'S PARTICIPATION BY VIDEO** |

**FOR LACK OF GOOD CAUSE, IT IS HEREBY ORDERED** that the Government's hearing on its Motion to Forfeit Bail (Dkt. No. 189), currently set for March 3, 2025 at 2:00 p.m., will not be consolidated with Jason Cardiff's hearing on his Motion to Compel Production of Extradition File and Related Communications (Dkt. No. 200), currently set for March 10, 2025 at 2:00 p.m.

**IT IS FURTHER ORDERED** that Jason Cardiff may not participate in these hearings by video conference.

**IT IS SO ORDERED.**

Dated: February 25, 2025

Honorable Jesus G. Bernal
United States District Judge