cc: USPO

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>　　　　Defendant. | No. 5:23-CR-00021-JGB<br>REDACTED<br>**JUDGMENT FOR PLAINTIFF UNITED STATES ON BAIL BOND FORFEITURE WITH RESPECT TO DEFENDANT JASON EDWARD THOMAS CARDIFF AND SURITIES LILIA MURPHY AND BRIAN KENNEDY** |

　　Pursuant to the Order forfeiting bail entered substantially contemporaneously, wherein the Court ordered that bail be forfeited with respect to defendant Jason Edward Thomas Cardiff, judgment shall be entered as follows:

　　　Jason Edward Thomas Cardiff and Lilia Murphy are liable to the United States, jointly and severally, for the amount of the forfeited bail, $500,000, secured by ▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆, together with interest and costs.

>     Jason Edward Thomas Cardiff and Brian Kennedy are
>     liable to the United States, jointly and severally, for
>     the amount of the forfeited bail, $30,000, together
>     with interest and costs.

The Clerk shall serve sureties Lilia Murphy and Brian Kennedy by mail with a copy of this Judgement.

**IT IS SO ORDERED.**

DATED: March 11, 2025

_____
HONORABLE JESUS G. BERNAL
United States District Judge