UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-CR-00021-JGB |
|---|---|
| Plaintiff, | |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING SURETIES LILIA MURPHY AND BRIAN KENNEDY'S MOTION TO SET ASIDE OR MODIFY JUDGMENT**

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY GRANTS IN ITS ENTIRETY Lilia Murphy and Brian Kennedy's Motion to Set Aside Judgment.

The Court finds that it does not appear that that justice requires the forfeiture of the bond previously posted by or on behalf of the Defendant.

IT IS THEREFORE ORDERED THAT that the bond posted by Lilia Murphy and Brian Kenned in this matter is EXONERATED pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

COCHELL LAW FIRM

1

Any lien or encumbrance posted by Lilia Murphy for 1218 Welland Way, Kingwood Texas 77339 as bond for Defendant shall be released.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Jesus G. Bernal
United States District Judge

COCHELL
LAW FIRM