AMANDA N. LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 514-0515
    Facsimile: (202) 514-8742
    Email:  Manu.J.Sebastian@usdoj.gov

JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>          v.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>       Defendant. | No. 5:23-CR-00021-JGB<br><br>**STIPULATION TO CONTINUE MOTIONS HEARING DATE**<br><br>*[Filed concurrently with [Proposed] Order]* |

Plaintiff United States of America, by and through its counsel

of record, the Consumer Protection Branch of the United States

Department of Justice and Trial Attorney Manu J. Sebastian, and the

Acting United States Attorney for the Central District of California

1  and Assistant United States Attorney Valerie L. Makarewicz, and

2  Defendant, by and through his counsel of record, Stephen R. Cochell,

3  hereby requests the Court enter an Order continuing the April 21,

4  2025 hearing date for Defendant's Motion to Set Aside or Modify

5  Judgment (Dkt. #220) and Sureties' Motion to Set Aside or Modify

6  Judgment (Dkt. #221) by one week.

7      Due to religious obligations associated with the Easter holiday,

8  the parties have agreed to continue the hearing date to April 28,

9  2025.

10     Accordingly, the parties respectfully request the Court enter an

11 order setting the proposed hearing date.

12

13 Dated March 21, 2025:              Respectfully submitted,

14
                                     AMANDA N. LISKAMM
15                                   Director
                                     Consumer Protection Branch
16
                                     JOSEPH T. MCNALLY
17                                   Acting United States Attorney

18
                                     ____/s/_____
19                                   MANU J. SEBASTIAN
                                     Trial Attorney
20                                   VALERIE L. MAKAREWICZ
21                                   Assistant United States Attorney

22                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA
23

24
                                     ____/s/_____
25                                   STEPHEN R. COCHELL
26
                                     Attorney for Defendant
27                                   JASON EDWARD THOMAS CARDIFF

28

                                     2