Stephen R. Cochell
Admitted Pro Hac Vice
*srcochell@gmail.com*
5850 San Felipe, Ste. 500
Houston Texas 77057
Telephone:(713) 436-8000
Facsimile: (213) 623-2000

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile (866)858-6637

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-cr-00021-JGB |
|---|---|
| Plaintiff, | **DECLARATION OF COUNSEL IN SUPPORT OF *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS IN SUPPORT OF MOTION TO SET ASIDE JUDGMENT FOR JASON CARDIFF, AND SURETIES LILIA MURPHY AND BRIAN KENNEDY** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |

I, Stephen R. Cochell, declare as follows:

1. I represent Jason Cardiff in this matter and also represent Brian Kennedy and Lilia Murphy, the Sureties in this matter. I have personal knowledge of the matters and make this declaration in support of Jason Cardiff's *Ex Parte* Application for Extension of Time to File Jason Cardiff's Reply Brief in Support of Motion to Set Aside Judgment.

2. Late Monday afternoon, I underwent a biopsy due to a probable cancer

COCHELL
LAW FIRM

diagnosis. As a result of the biopsy and medical treatment, starting on Wednesday, April 9, 2025, I experienced significant side effects from the biopsy including fever, chills, fatigue, and dizziness. I did not anticipate that the symptoms would continue past Wednesday.

3. These symptoms have severely limited my ability to work. Despite being prescribed antibiotics and bedrest, I remain unable to focus and perform legal drafting effectively. With the assistance of Jonathan Slotter, I was able to prepare this motion.

4. Two reply briefs for Mr. Cardiff and the Sureties in this matter are currently due on April 14, 2025. Due to my medical condition, I will be unable to meet this deadline.

5. I respectfully request a 14-day extension, to and including April 28, 2025, to file both reply briefs.

6. On April 11, 2025, I contacted AUSA Valerie Makarewicz and Manu J. Sebastian to inform them of this *ex parte* request. The government has yet to respond to my request.

7. This request is made with good cause and is not made for purposes of delay. I believe it is necessary to preserve the rights of my client(s) and ensure full and fair presentation of the legal issues before the Court.

8. Granting this extension will not delay justice, but rather serve it, as it will allow for thoughtful and complete briefing of issues that may impact the outcome of this case.

Executed on this 11th day of April, 2025, at Houston Texas.

/s/ Stephen R. Cochell
Stephen R. Cochell