Stephen R. Cochell
Admitted Pro Hac Vice
*srcochell@gmail.com*
5850 San Felipe, Ste. 500
Houston Texas 77057
Telephone:(713) 436-8000
Facsimile: (213) 623-2000

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile  (866)858-6637

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**[PROPOSED] ORDER GFRANTING JASON CARDIFF AND SURETIES BRIAN KENNEDY AND LILIA MURPHY'S *EX PARTE* MOTION FOR EXTENSION TO FILE JASON CARDIFF'S REPLY BRIEF IN SUPPORT OF MOTION TO SET ASIDE JUDGMENT AND SURITIES' LILIA MURPHY AND BRIAN KENNEDY'S REPLY BRIEF IN SUPPORT OF MOTION TO SET ASIDE OR MODIFY JUDGMENT** |

Before the Court is Defendant Jason Cardiff's and Sureties Lilia Murphy and

Brian Kennedy's *Ex Parte* Application for Extension of Time to File Reply Briefs in

COCHELL
LAW FIRM

1

support of their respective Motions to Set Aside or Modify Judgment. Good cause appearing, and in the interests of justice:

IT IS HEREBY ORDERED that the application is GRANTED.

The deadline for Defendant and Sureties to file their reply briefs is extended from April 14, 2025, to April 28, 2025.  Hearing on the motion shall be re-set to Monday, May 19, 2025.

IT IS SO ORDERED.

Dated: _____

                                                     _____
                                                     Hon. Jesus G. Bernal
                                                     United States District Judge
                                                     Central District of California