AMANDA N. LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 514-0515
    Facsimile: (202) 514-8742
    Email:  Manu.J.Sebastian@usdoj.gov

BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON EDWARD THOMAS CARDIFF, <br><br> Defendant. | No. 5:23-CR-00021-JGB <br><br> **OPPOSITION TO DEFENDANT'S AND HIS SURETIES' EX PARTE APPLICATION TO CONTINUE MOTION HEARING DATE** |

    Plaintiff United States of America, by and through its counsel of record, the Consumer Protection Branch of the United States Department of Justice and Trial Attorney Manu J. Sebastian, and the United States Attorney for the Central District of California and

Assistant United States Attorney Valerie L. Makarewicz, oppose the *ex parte* application for an order continuing the motion hearing date for Defendant's and his sureties' motions to set aside or modify judgement by three weeks to May 19, 2025.

    The government is understanding of defense counsel's health concerns. Defense counsel, however, has no sense of urgency in this matter nor has he provided any additional assurances that Defendant will return to the United States as he previously reported to the Court. See Ex. 1., April 13, 2025 Email. In addition, Defendant's motion to set aside and his sureties' motion to set aside are substantially similar to the last set of filings related to bond forfeiture. See Dkts. 199, 201. Accordingly, the government suggests a one-week continuance of the motion hearing date from April 28, 2025 to May 5, 2025.

Dated: April 14, 2025

Respectfully submitted,

AMANDA N. LISKAMM  
Director  
Consumer Protection Branch

BILAL A. ESSAYLI  
United States Attorney

     /s/  
_____  
MANU J. SEBASTIAN  
Trial Attorney  
VALERIE L. MAKAREWICZ  
Assistant United States Attorney