| | |
|---|---|
| **From:** | Stephen Cochell |
| **To:** | Sebastian, Manu J. |
| **Cc:** | Makarewicz, Valerie (USACAC) |
| **Subject:** | Re: [EXTERNAL] |
| **Date:** | Sunday, April 13, 2025 12:10:17 PM |

Thank you.  Sorry for any confusion.

As you know, I married Lilia Murphy 11 months ago, on May 11, 2024.

Our one year anniversary is May 11, 2025.   We have travel plans to celebrate our anniversary.  So, we request a May 19 hearing.  So, it is not for the purpose of delay, but in the interest of my marriage.

Let me know if you have any other questions.

On Sat, Apr 12, 2025 at 4:17 PM Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov> wrote:

> Stephen,
>
> We are amenable to providing an extension, but your email and filing are confusing. Currently, the motion hearing date is set for April 28th. Your reply is therefore due on April 14th.  A two-week extension would equate to a May 12th hearing date with an April 28th reply due date. Your filing requests an April 28th reply date, but then sets the hearing three weeks later for May 19th. Did you mean to ask for a May 12th hearing date?
>
> Best Regards,
>
> **Manu J. Sebastian**
>
> Trial Attorney
>
> Consumer Protection Branch
>
> U.S. Department of Justice
>
> Office: (202) 514-0515
>
> manu.j.sebastian@usdoj.gov
>
> ---
>
> **From:** Stephen Cochell <srcochell@gmail.com>
> **Sent:** Friday, April 11, 2025 10:16 AM
> **To:** Makarewicz, Valerie (USACAC) <Valerie.Makarewicz@usdoj.gov>; Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov>
> **Subject:** [EXTERNAL]

Valerie and Manu,

This is to request a two week extension of time to file the Sureties and Jason Cardiffs' Reply memoranda regarding their Motion to Set aside Judgment. Unfortunately, I had a biopsy on a probable cancer diagnosis conducted late afternoon Monday and thereafter experienced a fever, chills, fatigue and dizziness on Wednesday making it impossible to work on the reply. I was able to get antibiotics from my doctor on Thursday but still require bed rest.

I propose a two week extension of the deadline until May 5 and a hearing two weeks later on May 19, 2025.

--

Stephen R. Cochell

The Cochell Law Firm, P.C.

5850 San Felipe, Ste. 500

Houston, Texas 77057

(346)800-3500

CONFIDENTIALITY NOTICE
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, printing, copying, distribution or use of this e-mail including any attachment is prohibited. If you have received this message in error, please destroy this email and notify the sender by e-mail of the same.

--
Stephen R. Cochell
The Cochell Law Firm, P.C.
5850 San Felipe, Ste. 500
Houston, Texas 77057
(346)800-3500

CONFIDENTIALITY NOTICE

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, printing, copying, distribution or use of this e-mail including any attachment is prohibited. If you have received this message in error, please destroy this email and notify the sender by e-mail of the same.

Case 5:23-cr-00021-JGB   Document 227-1   Filed 04/14/25   Page 3 of 3   Page ID #:7558