# EXHIBIT A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-CR-00021-JGB |
|---|---|
| Plaintiff, | |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS INDICTMENT BASED ON FRAUD ON THE COURT OR OTHER APPROPRIATE RELIEF**

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY GRANTS Defendant's Motion to Dismiss Indictment for Fraud on the Court.

IT IS HEREBY ORDERED that the Indictment shall and hereby is dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Jesus G. Bernal

COCHELL
LAW FIRM

1

United States District Judge