# EXHIBIT B

1  Stephen R. Cochell
2  Cochell Law Firm P.C.
   5850 San Felipe Ste 500
3  Houston Texas 77057
4  (346)800-3500
   srcochell@gmail.com
5  Admitted Pro Hac Vice

6  Allan Grant (SBN#213658)
7  Grant's Law Firm
   17351 Greentree Drive
8  Riverside, California 92503-6762
   Telephone (888)937-7555
9  Facsimile  (866)858-6637

10  Attorneys for Defendant
11  Jason Edward Thomas Cardiff

12

13                UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15  UNITED STATES OF AMERICA,          Case No. 5:23-CR-00021-JGB

16              Plaintiff,

17         vs.

18  JASON EDWARD THOMAS
    CARDIFF
19
20  And

21  LILIA MURPHY and BRIAN
    KENNEDY
22
              Sureties
23

24

25            **SUPPLEMENTAL DECLARATION OF BRIAN KENNEDY**

26     I, Brian Kennedy, declare as follows:

27     1.  I have personal knowledge of the facts set forth herein.  If called as a

28         witness, I could and would competently testify to the matters stated

                                     1

herein.  I make this declaration to address the Government's Motion for Order Forfeiting Bail and for Summary Adjudication.

2. This declaration is to supplement my prior declaration filed on March 19, 2025. Since that declaration, I have had a number of discussions in March and April , 2025 regarding Jason Cardiff's health.  He told me that he was still in Ireland due to his health and was receiving treatment from five or six doctors.  As before, I understand that Jason has not returned to the United States because he is concerned that traveling will further injure if not permanently injure his health.

3. I understand that the Government contends that I have not done enough to apprehend Jason Cardiff.  Dublin is over 5,000 miles away from California and has different laws. I am not a law enforcement officer and do not think that I would be authorized to even attempt to apprehend Mr. Cardiff in Dublin.

4. As I stated previously, in January, 2025, I told Jason he should return to the United States.  He was conflicted about not wanting to violate a court order but also concerned about suffering additional and permanent health damage if he came back before his doctors approved air travel.  Since that time, in March and April, 2025, I have urged Jason to return back to the United States as soon as he can to clear up this matter with the Court. Jason told me that he had requested a comprehensive report about his health and treatment from his doctor in Ireland.

5. This is a summary of events. I reserve the right to supplement my testimony if called as a witness at hearing or trial.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of April 2025, at Upland, California.

_____
Brian Kennedy