UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON EDWARD THOMAS CARDIFF | Case No. 5:23-CR-00021-JGB<br><br> |

**DECLARATION OF JASON CARDIFF IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF JASON CARDIFF'S MOTION TO SET ASIDE JUDGMENT**

I, Jason Cardiff, declare as follows:

1. I am a party in the above-entitled action. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Jason Cardiff's Motion to Set Aside Judgment

2. This declaration is submitted under the protections of *Simmons v. United States*, 390 U.S. 377 (1968) and the United States Constitution. Pursuant to *Simmons* and my constitutional rights, I would object to the use of this declaration for any purpose beyond the Court's adjudication of my Motion to Dismiss Based on Fraud of the Court.

3. I have lodged a comprehensive medical report under seal that provides the Court with a history of my treatment and prognosis. This is to provide the Court with an explanation of my decision to remain in Ireland for treatment. I deeply regret having to make such a decision, which was not intended to disobey the Court's order, but was to prevent my medical situation from progressively

getting worse through lack of treatment or by travel in disregard to my doctors' recommendations.

4. There is an allegation that I did not remain in touch with Pretrial Services over the last couple of months. Contrary to Ms. Torres' statement that I did not remain in contact, I had numerous contacts with Ryan McClellan, my assigned Pretrial Services Officer reporting that I was at home and inviting him to conduct a video chat so that he could see that I was and still am, living at my home in Ireland. A true and accurate copy of these emails are attached as **Exhibit 1.**

5. Exhibit 2 is a true and accurate copy of an email exchange with Mr. McClellan who generally states that I should contact my "district of jurisdiction, which is in the Central District of California." Mr. McClellan did not provide me with Ms Torres' name or email address. Ms. Torres did not contact me to advise me that she was now the assigned Pretrial Services Office.

6. I have asked to participate in all hearings but, after January 19, 2025, the Court has previously denied such motions.

7. This is a summary of events. I reserve the right to supplement my testimony if called as a witness at hearing or trial

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of April, 2025, at Dublin, Ireland.

Jason Cardiff

2